UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 99-6587-CIV-HURLEY

MAGISTRATE LYNCH

ACE AMERICAN INSURANCE
COMPANY (formerly known as
CIGNA INSURANCE COMPANY)
a/s/o ALAN J. GOLDSTEIN and
ALAN J. GOLDSTEIN, individually,

                    Plaintiffs,

vs.

RICHARD BERTRAM, INC.,
a Delaware Corporation;
FERRETTI OF AMERICA, INC.,
a Florida Corporation; and FERRETTI
S.p.A., an Italian Corporation,

                    Defendants.
_____

## NOTICE OF FILING

COME NOW the Plaintiffs, ACE AMERICAN INSURANCE COMPANY (formerly

known as  CIGNA INSURANCE COMPANY) a/s/o ALAN J. GOLDSTEIN and ALAN J.

GOLDSTEIN, individually, by and through undersigned counsel, and hereby file the

following Depositions, in support of the <u>Plaintiffs' Motion for Partial Summary Judgment</u>

<u>(Breach of Express Warranty)</u>, filed in this cause:

    1.     BRUCE PFUND, taken October 18, 2000;

2.     RUSSELL JOHNSON, taken October 17, 2000;

3.     ROBERT SCHOFIELD, taken November 11, 2000;

DATED this ___ day of December, 2000.

> FERTIG AND GRAMLING
> Attorneys for Plaintiffs
> 200 Southeast 13th Street
> Fort Lauderdale, FL 33316
> (954) 763-5020 PH Broward
> (305) 945-6250 PH Miami-Dade
> (954) 763-5412 FAX
>
> By _____
> Michael W. McLeod
> F.B.N. 956831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by mail and facsimile upon the following:

REGINALD M. HAYDEN, JR., Esq.
Hayden & Milliken
Attorneys for Richard Bertram, Inc.
5915 Ponce de Leon Blvd., #63
Miami, FL 33146
(305) 662-1523 PH
(305) 663-1358 FX

MACHALE A. MILLER, Esq.
Miller & Williamson, L.L.C.
Attorneys for Richard Bertram, Inc.
1850 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
PH (504) 525-9800
FX (504) 525-9820

MICHAEL D. SIKES, Esq.
Merritt & Sikes, P.A.
Attorneys for Ferretti of America
McCormick Bldg., 3rd Fl.
111 S.W. 3rd Street
Miami, FL 33130
(305) 371-3741 PH
(305) 381-8381 FX

MICHAEL T. MOORE, Esq.
Holland & Knight
Attorneys for Ferretti S.p.A.
701 Brickell Ave., 30th Floor
Miami, FL 33131
(305) 374-8500 PH
(305) 789-7799 FX

this ___ day of December, 2000.

> FERTIG AND GRAMLING
> Attorneys for Plaintiffs
> 200 Southeast 13th Street
> Fort Lauderdale, FL 33316
> (954) 763-5020 PH Broward
> (305) 945-6250 PH Miami-Dade
> (954) 763-5412 FAX
>
> By _____
>        Michael W. McLeod
>        F.B.N. 956831

1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO. 99-6587-CIV-HURLEY
3          MAGISTRATE LYNCH

4
   ACE AMERICAN INSURANCE COMPANY
5  (formerly known as CIGNA INSURANCE
   COMPANY) a/s/o ALAN J. GOLDSTEIN,
6  individually,

7              Plaintiffs,

8       v.

9  RICHARD BERTRAM, INC., a Delaware Corporation;
   FERRETTI OF AMERICA, INC., a Florida
10 Corporation; AND FERRETTI, S.p.A.,
   an ITALIAN CORPORATION,
11
               Defendants.
12 - - - - - - - - - - - - - - - - - - - - x

13                    13th Floor
                      One Broward Boulevard
14                    Fort Lauderdale, Florida
                      November 11, 2000
15                    9:15 p.m. - 4:35 p.m.

16
                 DEPOSITION OF ROBERT SCHOFIELD
17

18

19         Taken before Amy Massengale, Registered

20 Professional Reporter and Notary Public for the State

21 of Florida at Large, pursuant to Notice of Taking

22 Deposition filed in the above cause.

23

24

2

APPEARANCES

MICHAEL W. MCLEOD, ESQ., of the firm of
Fertig & Gramling, on behalf of the
Plaintiff.

MACHALE A. MILLER, ESQ., of the firm of
Miller & Williamson, L.L.C., on behalf of
the Defendant.

MICHAEL T. MOORE, ESQ., of the firm of
Holland & Knight, L.L.P., on behalf of
Ferretti S.p.A.

MICHAEL D. SIKES, ESQ., of the firm of
Merritt & Sikes, P.A., on behalf of
Ferretti of America.

I N D E X

| Witness | Direct | Cross | Red./Rec. |
|---|---|---|---|
| ROBERT SCHOFIELD | 3 | (Sikes) 208 | 221  (Moore) |
| | | (Miller) 140, | 230 |

E X H I B I T S

Depo.                                    For Ident.

412 through 415.................................. 74
416 through 425.................................. 140
426............................................. 161
427............................................. 183
428............................................. 205

3

Thereupon,

ROBERT SCHOFIELD

was called as a witness by the Defendants, and having

been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. MOORE:

Q.   State your name for the record please.

A.   My name is Robert A. Schofield.

Q.   I think you have testified many times, so I

don't need to get into the preliminaries, you know,

on how a deposition works.

A.   I think so.

Q.   I think so.  If you don't know by this

point, we have a problem.

You are a naval architect, correct?

A.   Yes.

Q.   What does one have to do to hold himself out

to the public as a naval architect?

A.   In the State of Florida there isn't a

statutory requirement, but the professional societies

to which I belong say you must have a university

degree in engineering or have practiced for some

unspecified length of time and be acknowledged as an

expert in your field or professional responsibilities

4

1   in engineering design and analysis, having to do with

2   the design and construction of ships and boats and

3   marine craft.

4       Q.   When you say acknowledged in your field --

5   is that what you said?

6       A.   Yes.

7       Q.   What does that mean? By whom are you

8   acknowledged?

9       A.   By peers, I guess.  If you want to be a

10   member of the society, you must go through a peer

11   review.

12       Q.   When you say "societies," what societies are

13   you referring to?

14       A.   The professional societies such as the

15   Society of Naval Architects and Marine Engineering,

16   the Royal Institute of Architects in the UK, American

17   Society of Naval Engineers.

18       Q.   With all due respect, I am a little bit

19   surprised by your answer.  I don't know about the

20   English society, and the last one was the American

21   Society of --

22       A.   Naval Engineers.

23       Q.   But with respect to the society of Naval

24   Architects and Marine Engineering, my impression was

5

```
 1   that you could pretty much apply for that and be

 2   admitted; is that not true?

 3       A.   Not as a full member.  You can as an

 4   associate member.

 5       Q.   So there are differences between the status

 6   of the members?

 7       A.   Yes.

 8       Q.   In other words, people that are recognized

 9   as architects or full members?

10       A.   Yes.

11       Q.   So you have an engineering degree?

12       A.   Yes.

13       Q.   That's a condition precedent to becoming a

14   naval architect?

15       A.   Yes, in most places.

16       Q.   But in the State of Florida, you don't

17   actually have to have a license per se?

18       A.   That's true.

19       Q.   Do you actually get a degree in naval

20   architecture?

21       A.   You get the degree of an engineering major

22   in naval architecture.  In my case, I also

23   specialized in the marine engineering side of it; in

24   other words, took the courses necessary too fulfill
```

6

1    the requirements for both options.

2         Q.   I see in your resume that you have designed

3    Sea Ray 65- and 63-footers.

4         A.   I did a structural design on those two

5    boats.

6         Q.   That's two models, right?

7         A.   Yes.

8         Q.   How would you describe the Sea Ray 63?

9         A.   It is a sports cruiser.  In fact, think the

10   same model name is the Super Sun Sport.  It is a

11   rather fast, high-speed, open ocean, unlimited

12   seagoing American Bureau of Shipping type approval.

13        Q.   ABS certifies the hull?

14        A.   They certify the design and the plant which

15   was constructing; somewhat analogous to Bureau

16   Veritas in this case.

17        Q.   What Bureau Veritas did as far as the design

18   of the facility and all that in this Ferretti case?

19        A.   Yes.

20        Q.   They don't go down and certify each hull

21   that comes out of the Sea Ray factory?

22        A.   They can if you want to request it and send

23   an additional fee and a surveyor from ABS, or the

24   other classification societies would have to witness

7

1  the construction as well as simply certify the

2  drawings and designs.

3  　　Q.　Can you sort of summarize the differences of

4  a vessel being built in class versus a vessel that

5  simply goes through the kind of process that we see

6  in this case?

7  　　A.　Yes.　Both class and type certification, or

8  planned certification, as the ABS used to call it, is

9  review by an ABS engineer of the structural design

10  and a review of the layout.　They will stamp the

11  drawings and certify them.　There is also a

12  requirement that the production facility have some

13  certification.

14  　　　　Although, ABS's situation was a little

15  different from Bureau Veritas.　For a full vessel to

16  be built full class, there must be a surveyor who

17  inspects the craft at various stages of construction

18  and certifies that the as-designed materials and

19  construction techniques are actually used in

20  construction of the yacht.

21  　　Q.　So it is an actual survey of that particular

22  vessel to see if it meets their classification

23  society rules and regulations?

24  　　A.　Yes.

8

1    Q.   With respect to other classification

2  societies, the ones in our case, Bureau Veritas, the

3  design approval includes the layout of the engine

4  room?

5    A.   Yes.

6    Q.   What kind of engines does a 63 Sea Ray

7  have?

8    A.   There were a variety of engines used in the

9  construction of those boats.   Some were built with

10  MTU diesels.   Some were built with Detroit Diesels.

11    Q.   In other words, the prospective buyer has

12  the option of selecting his engine, or as they say,

13  the propulsion plant?

14    A.   Yes.   The buyer can select an engine package

15  to suit a variety of options as supplied by the

16  builder.

17    Q.   The 63 Sea Ray or the 65 Sea Ray, would you

18  consider them to be competitive to the Ferretti 60?

19    A.   As a matter of fact, I would expect them to

20  compete head on head.   They are quite similar.

21    Q.   That was my impression, but I'm always

22  surprised.

23    A.   Yes.

24    Q.   Have you ever designed a boat that sank?

9

1    A.   There must have been some back in the foggy

2  past.  I have done structural designs and designs for

3  series-built craft, and the probability is that some

4  of these may have sank.

5    Q.   I am not suggesting anything by that as to

6  your design, but I am just curious as far as any

7  reason, in other words, as far as you know, whether a

8  vessel where you were involved in the design sank.

9        Do you recall someone telling you maybe in

10  jest, Rob, you know, a boat you designed sank last

11  week?

12    A.   Actually, I can't recall any specific

13  instances right now, but I have been called by some

14  of the builders for whom I have done engineering work

15  on a particular model on lawsuits involving

16  collision, fire, whatever, where a yacht had sunk as

17  a result of this accident, so there must have been

18  some in the series that I have worked on.

19    Q.   Just from your point of view as a technical

20  person, if I can use that sort of expression, I think

21  marine architecture is sort of a technical field.

22  Would you agree with that?

23    A.   Engineering is a technical field,.

24    Q.   It is not based on psychology; it is based

10

1    on data and facts and structural analysis and so

2    forth?

3        A.   Yes.

4        Q.   In laymen's terms, shall we say, what causes

5    a boat to sink?

6        A.   In order for a boat to sink, you have to

7    displace the air that is in the hull with water

8    somehow.

9        Q.   What was formerly air inside the boat is now

10   water?

11       A.   (Nods head in the affirmative.)

12       Q.   At what point does the boat sink?

13       A.   When the residual buoyancy or what is left

14   over above the water in the boat is insufficient to

15   support the weight of the boat.

16       Q.   To summarize that, once you lose buoyancy,

17   it sinks?

18       A.   Yes.

19       Q.   Is this usually at the point when the amount

20   of water inside the boat is sufficient to cause it to

21   lose its buoyancy?

22       A.   Yes.  There are an awful lot of

23   implications.  It is a very complicated question,

24   because as we go along today and we get into a

11

1   situation where that needs a further definition,   I

2   will be glad to chip in.

3       Q.   As you say, it is kind of a general

4   statement, but I think for a layperson, they need to

5   understand the concept of buoyancy is something that

6   a naval architect looks for?

7       A.   Buoyancy is one of the fundamental issues in

8   the engineering of hulls, designs of hulls.

9       Q.   Are any of the boats you have designed

10  unsinkable?

11      A.   In the definition of "unsinkable," that

12  means if the interior of the boat was in free

13  communication with the sea, the boat would not sink,

14  and to achieve that, you need tanks or flotation

15  materials.

16          In many of the models I have done work on

17  for boat builders in the past, they have had that

18  feature.

19      Q.   In other words, a boat may made of

20  styrofoam, for example, is not sinkable because the

21  materials float?

22      A.   Yes, unless you had so much weight it pulls

23  it under the surface.

24      Q.   Would you say but for the use of these

12

1   specialized materials, all boats are sinkable?

2      A.   No.   Many boats built with buoyant

3   structural materials are unsinkable per se.

4      Q.   But what I am trying to get at, if you

5   removed the buoyant structural materials from the

6   structural equation, all boats are sinkable?

7      A.   Well, in the case of a polyethylene boat,

8   for instance, if you removed the structural material,

9   you are not left with anything.

10     Q.   In a polyethylene boat, the polyethylene

11  floats itself?

12     A.   Yes.

13     Q.   Most boats are not made of material in and

14  of themselves that float; is that correct?

15     A.   Well, wood boats are a big number.

16     Q.   Good point, but even a wood boat full of

17  water, because the water causes it to lose its

18  buoyancy will sink, correct?

19     A.   If it has heavy engines or cargo on the

20  boat, it would.

21     Q.   In a boat, even a Ferretti 60 made of wood

22  with MTU engines in there, it would probably sink if

23  the engine room filled with water?

24     A.   Yes, or from the perspective of comparable

13

1  structures, it would probably sink.

2      Q.   Do you have any opinions in your years of

3  working in the boating industry what is the most

4  common cause of boats sinking?

5      A.   Yes, collision is the most common cause of

6  sinking.

7      Q.   What is the second most common cause, if

8  there is such a second thing?

9      A.   I will include grounding with collisions.

10      Q.   Right.  Holing of the vessel's hull, which I

11  guess is what you would describe as the most common

12  cause, and second to that would be?

13      A.   Second to that would be probably fire

14  casualty.

15      Q.   In other words, it burned to the waterline

16  and water comes over the burned part of the structure

17  and sinks the hull?

18      A.   Probably more commonly the firefighting

19  water exceeds the buoyancy of the vessel.

20      Q.   Again, filling it up, so we have water

21  present in the interface sinking the boat?

22      A.   Yes.  Although, in this respect, possibly

23  hurricane losses might be an even bigger source in

24  numbers of boats sinking.

14

1     Q.   Hurricane losses, again, are a form of

2  excessive water getting into the interior space of

3  the boat?

4     A.   Or opening of the hull structure due to some

5  collision or something.

6     Q.   You have been in the industry for a number

7  of years.  Have you ever heard of a Ferretti sinking?

8     A.   I don't recall any specific incident of a

9  Ferretti sinking.

10    Q.   You were appointed by the Goldsteins'

11 insurance company, correct?

12    A.   I was retained by his underwriter, if I

13 remember correctly.

14    Q.   I think specifically someone named Kim

15 MacCartney?

16    A.   Kim MacCartney was the one who initially

17 called me, yes.

18    Q.   Do you know what his position is with

19 Mr. Goldstein's insurance company?

20    A.   I do not presently know what his position

21 is.  I think at one time he was the marine claims

22 manager, and I believe also he was in some technical

23 capacity as a marine, specifically yacht,

24 underwriting specialist.

15

1          I don't know if he did underwriting, but I

2     think he consulted in an in-house role in that

3     respect.

4          Q.   At the time Mr. MacCartney called you, was

5     the insurance company's interest with Mr. Goldstein?

6     Well, at the time he called you, had the insurance

7     company already paid Mr. Goldstein for the loss of

8     his vessel, as far as you know?

9          A.   I don't know.

10         Q.   What did he say was the purpose of your

11    retainer?

12         A.   Mr. MacCartney during his first phone call

13    asked me to take a look at the MADAME and determine

14    why she sank.

15         Q.   You say he hired you to take a look at the

16    MADAME and determine why she sank?

17         A.   Yes.

18         Q.   How many times did you look at the MADAME?

19         A.   I inspected the MADAME on either four or

20    five occasions.

21         Q.   That would suggest to me that it was

22    difficult for you to determine the cause of sinking;

23    is that correct?

24         A.   Well, it might suggest that to you, but, no,

16

1    that wasn't the reason for my repetitive trips.

2        Q.    Why did you survey the MADAME so many times?

3        A.    I made several trips to investigate

4    structural things; structural connections, pipe

5    fittings, to attend a joint survey with

6    representatives of other parties involved and to take

7    photographs.

8        Q.    Did you take a bunch of photographs?

9        A.    Yes, I did.

10       Q.    I don't recall that any were attached to

11   your report.  Do you plan to use the photographs in

12   your presentation to the jury, because we have had

13   about 4,000 photographs in this case.  We literally

14   have 4,000 photographs.  I am just trying to decide

15   whether we need to bump that up a little bit.  We are

16   a little short today.

17       A.    I can appreciate that.

18       Q.    Are we going to be using photographs,

19   because I guess we need to see if he has them with

20   him?

21            MR. MCLEOD:  You have your photographs?

22            THE WITNESS:  I have my photographs.

23            MR. MCLEOD:  What he is asking you, the

24       photographs you have seen from Bob Wendling,

17

1   there are 4,000 photographs, and there are 4,000

2   photographs that show the same thing.  So if you

3   have pictures that are especially depictive of

4   what your opinion is, can you do that?

5       THE WITNESS:  I could do that.  It would

6   take some time of sorting through my photos.

7       MR. MCLEOD:  But you are going to use

8   photographs?

9       THE WITNESS:  Yes.  I may rely on Bob

10  Wendling's photographs to illustrate my points.

11  BY MR. MOORE:

12  Q.   I may on the lunch break ask you to kind of

13  thumb through those and pull the ones you

14  think are illustrative of your point, because I

15  need to know what you are looking at.

16  A.   I believe I --

17      MR. MCLEOD:  Are those the photographs?

18      THE WITNESS:  I think I took some recently

19  that would be in addition to this set.

20      MR. MOORE:  We can do that

21  over lunch.  Here is the point:  I think we are

22  entitled to sort of see the shots.  I think we

23  probably have seen the shots, but I need to know

24  what photographs you intend to point to that I

18

1    can have my experts look at the same group, and

2    we can agree with him or disagree with him.

3        THE WITNESS:  Certainly.

4        MR. MOORE:  I think some of Rob's pictures

5    are taken from a different angle.  I mean, I know

6    just from flipping through that he took some of

7    those pictures, I can tell, so I

8    think you will be able to tell also.

9        I suspect they will be duplicative of what

10   we have already seen.

11       MR. MCLEOD:  They are from a different angle

12   or close-ups of things that just --

13       MR. MOORE:  Just make a note at lunch to go

14   through that, and that's fine.  I see

15   that is labeled Robert Schofield photographs.

16       MR. MCLEOD:  These are the

17   original photographs.  All of these are

18   additional.

19 BY MR. MOORE:

20   Q.   When you went on board to look at the pipe

21 fittings, did you find anything?

22   A.   Yes.

23   Q.   What did you find under the heading of the

24 pipe fittings?

19

1          A.    I specifically looked at the main engine and

2    diesel exhaust piping, bilge piping in the stern

3    extension or spoiler, and that piping leading through

4    the transom.  I looked at some hydraulic piping holes

5    and connections through the transom and also some

6    electrical cabling throughout the transom as well.

7          Q.    With respect to the main engine piping, give

8    me a summary of what we are talking about so I can

9    know if I am interested in exploring that with you.

10         A.    There are two what you would call bypass

11   exhaust pipes on the main engine exhaust.  One

12   leading out port, one leading out starboard.  These

13   are for low-speed operations.

14              The main exhaust is through the

15   bottom for high-speed operation, and that is remote

16   from the transom penetration piping that we are

17   talking about.

18               There is diesel engine raw water

19   exhaust piping which is attached to the port main

20   engine bypass pipe, and it merges with the main

21   engine exhaust in the spoiler compartment.

22         Q.    You are talking about merges with it after

23   the Bertram modifications?

24         A.    Yes.

20

1    Q.   But in fact, everything you have observed in

2  the engine room and in the spoiler remains, in the

3  transom of the vessel, all of these observations were

4  after the sinking?

5    A.   Oh, my observations were had after the

6  sinking, yes.

7    Q.   The last comment you made when I interrupted

8  you was you observed the diesel generator exhaust

9  pipe merged into the port exhaust pipe that went

10 through the transom and out through the

11 spoiler?

12   A.   Yes.   I believe it was the port side.

13   Q.   Please continue. We are talking about main

14 engine piping, I think?

15   A.   That was the extent of my observation, but I

16 did look at some bilges and emergency piping to the

17 main engines but --

18   Q.   I think I see what you are talking about.

19 So it would be correct to say, because we are trying

20 to, wall off, you know, what your focus is.

21   A.   Yes.

22   Q.   Your purpose there was looking at the engine

23 bypass exhaust modifications, how they were

24 done and how perhaps they worked prior to the

21

1    modifications, if you can infer that, and how they

2    would have worked with the posted modifications?

3        A.    That was the majority of my involvement, but

4    since I'm an engineer who can do the piping and

5    pumping and pressure drop calculations, I am

6    basically on call to the other surveyors working for

7    the underwriters, so that if any calculation for

8    flooding rate or pumping rate has to be made, I can

9    do that for them.

10        Also, I looked at the reports of the other

11   experts with respect to pumping and flow rates and

12   determined whether or not they were

13   reasonable approximations or calculations.

14        Q.    When you say that the bypass exhausts were

15   principally low-speed operations, what is a low-speed

16   operation in your judgment?

17        A.    Exhaust gases flow through these bypasses

18   even at high-speed operations.  Part of it will go

19   through these overboard discharges, but the majority

20   of engine exhaust under high-speed operations

21   goes through the bottom, and the larger exhaust

22   is through the yacht bottom.

23        For a definition of high-speed versus low

24   speed, it is a bit of a gray

22

1    area.

2        Q.    Give me a ballpark.

3        A.    Under all conditions of operation where you

4    have flow-through into these pipes.  At high-speed

5    operations, even at full throttle, you have the

6    largest volume of gas and cooling water spray going

7    through this piping that we are talking about.

8            At low-speed operations, you may have 100

9    percent of flow go through these pipes.

10   The point of transition from one to the other I do

11   not know, except that I imagine it is probably at

12   some speed above idle.

13       Q.    In other words, at idle, almost everything

14   is coming through the low-speed bypass operation,

15   that would be in this case, would have gone out

16   through the transom of the vessel?

17       A.    At idle speed, 100 percent would go through,

18   but you might get a bubble or two.

19       Q.    Close to 100 percent.  There is

20   no seal that occurs; that is sort of the way it

21   works?

22       A.    Yes.

23       Q.    As you start going faster and faster all the

24   way up to full throttle, full plane, then this

23

1  effect occurs which starts pushing the gases and the

2  water out through the bottom of the boat?

3      A.    That is correct.

4      Q.    Through the primary hull?

5      A.    Yes.

6      Q.    Just so I have my terminology down, are

7  those big vents that are on the bottom of the hull,

8  are those called venturis?  Is there a name in the

9  industry for those things?

10     A.    Some of them would be called venturis.

11 This isn't a venturi per se.  The classical venturi

12 is a different piping configuration, but there is a

13 reduced pressure phenomenon due to the vessel speed

14 that would not actually cause suction but would be

15 greatly reduced suction against the leg of that

16 piping.

17     Q.    Do you have any sense of what percentage of

18 the gases and cooling water would go through bypass

19 exhaust at ten knots?

20     A.    No, I haven't.  I would have to consult with

21 the engineer/manufacturer and do some calculations

22 to determine that.

23     Q.    This vessel I am told actually on a normal

24 condition would get up on a plane at about 18

24

1    knots.   Does that help you in your thinking?

2        A.    Yes, it does.   Eighteen knots would be a

3    guess on my part as to the planing speed

4    of this boat.

5        Q.    And at the planing speed, more gases and

6    water would be coming through the bottom of the boat

7    rather than through these bypass exhausts?

8        A.    More would be coming out through the bottom,

9    yes.

10       Q.    Do you have a sense of how much would be

11   coming out at, say, ten knots?

12       A.    It would be closer to 100 percent

13   coming out of the pipe going through the stern

14   extension or the transom.

15       Q.    At five knots, even closer to 100 percent, I

16   trust?

17       A.    Yes.

18       Q.    You mentioned the bilge piping.   Are

19   you limiting your observations and comments to the

20   bilge piping and the spoiler, or

21   did you look at the entire bilge piping system on the

22   vessel?

23       A.    I looked at the entire bilge

24   piping system of the vessel.

25

1    Q.   When you talked about hydraulic piping, how

2    are you comparing the hydraulic piping from the bilge

3    piping?  What is the difference for my

4    understanding?

5    A.   Hydraulic piping is piping that would come

6    from inside the engine room to where the hydraulic

7    pumps are to where the davit or handling crane or the

8    swim platform or the swim extension would be.

9    Q.   What is the fluid in the hydraulic piping?

10   A.   Hydraulic systems use hydraulic fluid, which

11   is a water-free, fire resistant, special oil

12   that is specially developed for hydraulic systems.

13   Q.   Now, I am aware that the davit, at least I

14   understand that the davit that was on the spoiler

15   platform, used a hydraulic fluid pumping

16   system for operations.  Are you saying that there are

17   other things on this vessel that used this hydraulic

18   fluid?

19   A.   Could you repeat the question?

20   Q.   I am aware that the davit on the spoiler of

21   this vessel used a hydraulic fluid for operation of

22   the davit?

23   A.   Yes.

24   Q.   My question is:  Are there other systems on

26

1   this boat that use hydraulic fluid that is relevant

2   to this case?

3       A.   I don't remember that there were.

4       Q.   So the hydraulic system that you are

5   referring to and the hydraulic piping and the

6   hydraulic fluid that you are referring relates to the

7   davit?

8       A.   Yes.

9       Q.   Could you give me a succinct definition

10  defining the difference between a crane and a davit?

11      A.   The American terminology on the davit,

12  which is pronounced davit, the old British term is

13  pretty bastardized, and the old davit

14  was a pipe frame structure with some blocks and

15  tackle on it for handling boats.

16      Q.   A manually operated device?

17      A.   Yes, or free fall; and bottom handle cranes

18  are referred to in the same terminology these days

19  but I am not certain of the common usage is a correct

20  one.

21      Q.   Maybe a synonym at this point,

22  kind of a synonym?

23      A.   Yes, it is.

24          MR. MILLER:  Thank you very much.  I have

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

27

1    been shuddering through the case calling this a

2    davit.

3         MR. MOORE:  Now we've learned how to

4    pronounce it.

5  BY MR. MOORE:

6    Q.   So that is the reason I asked the question,

7  because, you know, we have a lot of terminology that

8  I think we have to kind of establish a glossary for

9  this case, I suppose, because people use words that

10 are not necessarily consistent with our understanding

11 of the word.

12        As long as we understand what we are talking

13 about when we use davit and crane, we are talking

14 about a device on the spoiler that helps to lift the

15 dinghy in and out of the water?

16   A.   That sounds like a basis for a good

17 discussion.

18        MR. MILLER:  Let's call it a davit.

19        MR. MOORE:  We will never pronounce it

20   davit.  You don't have to worry about that.

21        MR. MILLER:  We can't get into the English.

22        THE WITNESS:  I am the last Englishman

23   holding out here.

24 BY MR. MOORE:

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

28

1    Q.   You mentioned an electrical cabling.  Did

2  you get into the electrical cabling other than as

3  related to the operation of the spoiler itself?

4    A.   I looked at the electrical cabling only from

5  the watertightness of the transom penetration

6  perspective.

7    Q.   I will have to remember to discuss with you

8  the bilge pumps.  Let me just touch on it.  To fast

9  forward it, I will just ask you some questions, and

10  you can say if you agree or disagree, and if you

11  agree, we will kind of understand we are talking

12  about the same thing.

13        It is my understanding that the vessel, the

14  MADAME, had three systems for pumping water out of

15  the boat.  Would you agree with that?

16    A.   No.  There is also the frightened man with

17  the bucket scenario.

18    Q.   That would be the fourth one.  I was going

19  to say that, but I thought no one would be amused by

20  it as far as the vessel's systems.

21        So there are three systems that are part of

22  the vessel's manufactured systems for pumping out

23  water?

24    A.   Yes.  I'm sorry.  My memory does not serve

29

1    me very well.  I would have to go back and review my

2    notes on the bilge pumping

3    systems, but, if I may, we have the bilge pump and

4    the stern extension or the spoiler.  We have an

5    engine room pump, and I believe we

6    have an engine room emergency pump somewhere off the

7    main engine, which I think is tied into the raw water

8    system; and there maybe some other ones, but my

9    memory doesn't serve me well as we sit here

10   today.

11       Q.   My purpose at this time is just to define

12   the three systems, so what you have just done is you

13   have defined a true bilge pumping system; in other

14   words, the bilge is that part of the vessel that is

15   generally the lowest part of the hull?

16       A.   The bilge draining pumping system, yes.

17       Q.   The bilge draining system collects all

18   manners of stuff; oil, water, any other fluids

19   that flow to the bottom, and everything else the

20   fluid

21   carries with it end up in the bilge?

22       A.   Generally, they do, yes.

23       Q.   Kind of a hostile environment down there;

24   wouldn't you agree?

30

1    A.    Even more hostile than when there is a Coast

2   Guard inspector nearby.

3    Q.    Right.  Someone said to me it is one of the

4   most hostile environments on earth.  Would you agree

5   with that?

6    A.    No.  I've seen worse.

7    Q.    What would you say that is worse?

8    A.    Coming home late at night and having my

9   wife meet me at the door.

10           (Informal discussion off the record.)

11           (Thereupon a brief recess was taken, after

12   which the following proceedings were had:)

13  BY MR. MOORE:

14    Q.    Basically, you took my question literally

15   and defined the bilge pumping system as distinct from

16   the bilge system.  Are you aware the vessel has what

17   is called an auxiliary pumping system?

18    A.    I don't think I have heard it described as

19   that.

20    Q.    The system that I am referring to is the

21   system that is operated from the so-called "pump

22   room" that is just port of the engine room.  Are you

23   familiar with that system?  Was that part of your

24   brief?

31

1     A.   No, I looked at it but I didn't --

2     Q.   It is not an area of your expert testimony

3  here today?

4     A.   No.

5     Q.   Regarding what we called the

6  disaster pumping system, which is part of the main

7  engines, is that part of your expert testimony?

8     A.   I did look at the capacity of the system?

9  You are talking about diverting raw water suction

10  from the main engine cooling pump to the

11  bilge?

12     Q.   Right. That's what I am referring to.

13     A.   Yes.

14     Q.   That is what we call the disaster pumping

15  system, and you have defined it as you divert the

16  place where the water is drawn from?

17     A.   Yes.

18     Q.   You stop drawing it from the ocean and start

19  drawing it from the engine room?

20     A.   Yes.  Sometimes fire pumps are diverted in

21  the same way, but I don't believe we have any

22  fire pumps on board?

23     Q.   Will you be having any opinions on the

24  disaster pumps and their capacity or whether

32

1   they are functional?

2       A.   I will be reviewing reports and calculations

3   by other experts.

4       Q.   In other words, the flow rates on those

5   pumps?

6       A.   Yes, if necessary.  I am not certain I will

7   be called upon to do that, but if the numbers are

8   outside believable quantities, then I will say

9   something about it.

10      Q.   What I am trying to get down to, so we don't

11  have to go into these other areas, is if you are

12  going to be opining on them.  Are you going to be

13  talking about the layout of the pumps, you know,

14  whether the handles were adequate, whether they could

15  be reached by someone in the engine room, so forth?

16      A.   I will not be talking about the pump layout

17  with the exception of the piping layout and the

18  factors which have an effect on pumping rate.

19      Q.   Right.

20      A.   Purely in a mathematical perspective.

21      Q.   Right.  Incidentally, just in terms of the

22  bilge pumping system, would you describe that as a

23  typical layout just in terms of the positions? In

24  other words, there is a bilge pump in the spoiler,

33

1   two bilge pumps in the engine, and one bilge pump in

2   the forward compartment.

3       A.    You're asking whether this

4   particular Ferretti compared well with the rest of

5   the industry, or is comparable?  Yes, I would say it

6   is pretty typical of a yacht of this size to have

7   that type of an arrangement, numbers of pumps.

8       Q.    How would you describe the use in the

9   industry of the Jabsco 3000 pumps?

10      A.    The Jabsco 3000 pumps are very common.

11      Q.    And did you notice the float switches on the

12  pumps?

13      A.    Today as we sit here, I don't recall.  I

14  would have to go back and look at my notes

15      Q.    I will help you out.  They have Rule float

16  switches.  Could you say you see the Rule float

17  switches quite often in the marine yachting industry?

18      A.    The Rule float switches are very common as

19  well.

20      Q.    Widely used?

21      A.    Yes.

22      Q.    While I am on the subject, and this is a

23  European product, but have you had occasion to use

24  the Monacor AS1212 siren for your high-water alarm

34

1    application?

2        A.    I haven't personally, no.

3        Q.    Did you review, again agreeing on

4    the terminology, and I'm happy to use any terminology

5    you wish, what I call a disaster pumping system?  By

6    that I mean the installation.  There is one on the

7    port side of the vessel.  There is one on the

8    starboard side of the vessel aft of the engines and

9    there are pipes, one that leads to the ocean, one

10   that leads to the engine room, and there are levers

11   after the Bertram modifications, yellow levers that

12   you manipulate the valves.  Do you know what I'm

13   talking about when I define it?

14       A.    In other words, the emergency valving from

15   normal raw water suction to the emergency bilge pump

16   employment?

17       Q.    Yes, the emergency valve system, I guess.

18       A.    Right.

19       Q.    Would you say that is a commonly seen

20   system?

21       A.    In principle, it is, yes.

22       Q.    How is it different from what you are used

23   to seeing in the boats of similar size and class

24   in the boating industry?

35

1      A.   I'm sorry.  It's been a while.  I don't

2   recall a lot, but in principle, it is comparable to

3   several of the yacht builders' concepts in the U.S.,

4   but I don't know.  Without referring to my notes and

5   looking at some pictures, I don't recall very much

6   about the specifics of the configuration, the layout.

7      Q.   Did you have occasion to review the

8   emergency valving system that was used on this vessel

9   before Bertram modified it in the summer of 1998?

10     A.   No, I haven't.

11     Q.   Who is Bill Casey, if you know?

12     A.   I can't recall his name.  I'm sorry.  I'm

13  drawing a blank.

14     Q.   You have identified him in your report.  I

15  am not trying to trick you, but I have heard the name

16  before.  I am just trying to nail down exactly who he

17  is.  You say he is a marine surveyor.  Does that

18  refresh your recollection?

19     A.   Yes.  Yes.  He was in attendance

20  during my first inspection of the MADAME.

21     Q.   Did he also act for the

22  insurance company, as far as you know?

23     A.   I am not certain who he was representing.

24     Q.   I think it says in your report that you

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

36

1    interviewed Mr. Mitri?

2       A.    Yes.

3       Q.    What did he say that is relevant to this

4    case?

5       A.    He advised that he had been in some moderate

6    to rough sea conditions, and he described the areas

7    over which he cruised with his own boat, but not much

8    beyond that.

9       Q.    Did he have any complaints of the Ferretti

10   60?

11          MR. SIKES:  Excuse me, Mike.  Do you have

12       any notes regarding your conversation with him.

13          THE WITNESS:  I believe I have.

14          MR. SIKES:  I just wondered.  It might be

15       that you talked with him longer than perhaps you

16       were indicating.

17          THE WITNESS:  No.  As a matter of fact, I

18       don't have any notes on what we said.  In fact, I

19       am sure I didn't take any notes on what we said.

20       My notes are based on physical measurements and

21       findings and that sort of thing, but I remember

22       the conversation.

23   BY MR. MOORE:

24       Q.    Do you recall how old the GOLD CAY is?  In

37

1   other words, what is its year of

2   manufacture?

3       A.   I would have to refer to the hull number.  I

4   don't know if I have my notes on that regarding those

5   hull numbers with me here today.

6       Q.   Let me just refresh your recollection.  The

7   GOLD CAY is Hull No. 20 and the MADAME is Hull

8   No. 43?

9       A.   Yes.  Okay.

10      Q.   Did he discuss with you -- I think you said

11  his complaint was-- of course, your line of inquiry

12  was regarding the spoiler, correct?

13      A.   It was, yes.

14      Q.   I wager that you asked him questions about

15  whether he had any complaints regarding the spoiler?

16      A.   Yes.  The yacht was subject to some sort of

17  impound order because of divorce proceedings, if I

18  remember correctly, and he wasn't able to gain access

19  to the yacht; and there was rain and seawater leakage

20  through the hatches.

21      Q.   Do you have any idea of how long the boat

22  had been court ordered under arrest?

23      A.   He told me and I don't remember it and I

24  didn't record it.

38

1    Q.    Do you know what the weather conditions were

2  in the area in, say, the 30 days before you saw the

3  boat?

4    A.    I remember there was a light, drizzling

5  rain the day we inspected the boat.

6    Q.    When you say he had this vessel in -- I

7  forget the expression you used, but I thought you

8  said something about heavy weather or rough seas

9  or something.  Can you tell me more about that?

10    A.    Yes.  He had used the boat in the Eastern

11  Mediterranean for some time before his arrival in the

12  United States, and he mentioned that he had been in

13  some particularly rough weather in the Greek islands

14  and the route he used between there and Lebanon.

15    Q.    Did he tell you how he got the boat to the

16  United States?

17    A.    No.  As a matter of fact, as I sit here

18  today, I can't recall if it was a heavy-lift slip

19  transport or on bottom.

20    Q.    You do know on the day you saw it, the

21  United States District Court had custody of it?

22    A.    I don't know who had custody, but I

23  understand it was subject to an impound order of some

24  sort.

39

1     Q.   Do you know who was in charge of the

2  maintenance on the GOLD CAY?

3     A.   No.

4     Q.   Do you know who was working on the GOLD CAY

5  when you saw it?

6     A.   I don't know.

7     Q.   Was the bilge pump and the spoiler working?

8     A.   It could not have been working because that

9  area was full of water.

10    Q.   When you say "full of water," what do you

11  mean?

12    A.   Well, it wasn't entirely full, but it had a

13  good quantity of water in the space.

14   ·Q.   You being a naval architect, how many

15  gallons of water?  Could you estimate that?

16    A.   I would have to go to a calculation for

17  that, but it was about a foot, a foot and a half deep

18  in places,.

19       MR. SIKES:  A foot and a half deep, you say?

20       THE WITNESS:  Yes, a foot deep in the

21    beginning.  We were bailing it out trying to get

22    access to the thing.

23  BY MR. MOORE:

24    Q.   As you say, the bilge pump was not working.

40

1      A.    The bilge pump was not working at that

2  time.

3      Q.    You would agree that the maintenance of

4  that bilge pump would ordinarily be the owner's

5  responsibility?

6      A.    It would ordinarily be the owner's

7  responsibility.

8          Excuse me.  Let me clarify my earlier

9  answer.  I don't think it was a foot and a half deep.

10  It was some distance less than that, but I remember

11  there was a good quantity of water in the bilges of

12  that compartment.

13          MR. SIKES:  You refer to that as a good

14     quantity?

15          THE WITNESS:  Good quantity.

16          MR. SIKES:  Good?

17          THE WITNESS:  Yeah.

18  BY MR. MOORE:

19      Q.    But in inches deep, certainly you can

20  estimate how many inches.  A foot and a half is 18

21  inches.

22      A.    It wasn't 18 inches.  It was some distance

23  less than 18 inches.  Anyway, less than 12 inches.

24  We will go with that.  That is all that I can

41

1    remember.

2        Q.    Less than 12?

3        A.    I have looked at a couple hundred boats

4    since then.

5        Q.    One thing to consider, was the water above

6    the top of the bilge pump itself?  That may help you

7    remember.

8        A.    I climbed in the compartment after we

9    removed numerous items of gear, and by then, I think

10   we had gotten rid of some of the water, or it was

11   running over the top of the bilge pump at the time it

12   was first hauled.  I am not sure at this point.

13       Q.    Did the GOLD CAY have a high-water alarm and

14   a spoiler?

15       A.    I don't know.

16       Q.    Would you agree that the spoiler was still

17   attached to the back of the GOLD CAY when you saw it?

18       A.    The spoiler was attached.

19       Q.    We talked about what causes a vessel to

20   sink, and I think I'm correct in summarizing your

21   number one opinion, quote, the proximate cause of the

22   yacht sinking was seawater flooding through the holes

23   in the transom into the engine room?

24       A.    Yes.

42

1      Q.    You had a further opinion, quote,

2   excessively large transom holes for the exhaust

3   piping -- you started with a verb.   Interesting.   It

4   is syntax.   That's good.

5           Quote, Had the excessively large transom

6   holes for the exhaust piping been fiberglassed

7   watertight and rigid by the Bertram employees doing

8   the modification, flooding of the engine would not

9   have occurred and the yacht would not have sunk.

10          You stand by that opinion?

11     A.    Yes, I do.

12     Q.    To state it differently, it is your opinion

13  that had those holes in the transom been fiberglassed

14  watertight, the yacht would still be floating today?

15          MR. SIKES:   Can I just ask one question,

16  please, so I can go back to reading my newspaper?

17  Was there any importance that you placed on these

18  opinions by denominating them one, two, three?

19          THE WITNESS:   There is no significance to

20     the numbering.

21          MR. SIKES:   But obviously the first one came

22     to your mind first?

23          THE WITNESS:   Yes, it did.

24          MR. SIKES:   Or else it wouldn't be first?

43

```
 1              THE WITNESS:  Yes.
 2              MR. SIKES:  That's it
 3    BY MR. MOORE:
 4         Q.   You have been involved in marine
 5    construction for a number of years and I think
 6    something like 40 marine manufacturers?
 7         A.   Yes.
 8         Q.   When it comes down to installations like
 9    these exhaust tubes, would you agree that the last
10    thing you do in finishing off this kind of
11    project is fill those holes after everything else is
12    in position?
13              Maybe that's too simplistic but --
14         A.   You might do a sealing before everything is
15    complete.
16         Q.   Sometimes you may have to come back and undo
17    the sealing if it is not the way you like it?
18         A.   Yes, that is a factor.
19         Q.   In other words, a lot of times, you just
20    have to keep at it until you get it right, correct?
21              MR. MCLEOD:  Sealing for water
22         watertightness as opposed to sealing the wood,
23         right?
24    BY MR. MOORE:
```

44

1    Q.   Right.  Sealing for watertightness,

2  referring specifically to the

3  installation of the exhaust pipes through the

4  transom.

5    A.   Well, I don't understand the question with

6  respect to this particular -- I mean --

7    Q.   If you are putting these exhaust pipes

8  through the transom of the primary

9  hull, through the spoiler, as was done in this

10  particular installation, would sealing the holes at

11  that transom be the last step in the process?

12    A.   Sealing the holes as the last part of the

13  installation of these exhaust pipes through the

14  transom might be logically performed last, but who

15  knows.

16    Q.   Just a thought.  The reason that I am asking

17  is, I mean, obviously, it follows from your

18  opinion that you believe they should have been

19  sealed?

20    A.   If they had been sealed, the yacht wouldn't

21  have sunk.

22    Q.   Right.  It certainly seems to me that it

23  might be logical in the process of building something

24  that the last thing might be the one thing that

45

1   people would forget to do because, you know, it was

2   the one thing they didn't do, or going back to check

3   on the final stage is sometimes omitted?

4       A.    It is possible.

5       Q.    In building vessels, you have what are

6   called processes, construction processes.  Would you

7   agree as a matter of -- well, maybe it is asking too

8   much, but it seems to me, it might be logical the

9   last stage of the process is the one that most people

10  forget.

11      A.    I don't know if that's necessarily true.

12      Q.    There are studies done on time and motion

13  studies and so forth, and they say in sequence one

14  through ten, if you are working on step four, you

15  notice that steps two and three were missed?

16      A.    Yes.

17      Q.    And you pick them up?

18      A.    Yes.

19      Q.    And other people in a real world say, you

20  haven't done this yet, and you go back and you do it;

21  whereas, the last stage is the going home stage.

22  That's when people, you know, they are finished, they

23  go home.  That is the stage that people often

24  forget.

46

1      A.    There is a quality assurance procedure where

2   if using succeeded work stages to inspect and qualify

3   the proceeding stage, and if you don't have a step at

4   the end beyond the last step, then you would

5   necessarily lose that inspection.

6      Q.    Yes.

7      A.    So in that respect, I believe what you're

8   saying has some validity.

9      Q.    Clearly here, it is your opinion that not

10  filling the holes would be violative of good marine

11  construction practice?

12     A.    It is violative of the classification

13  society requirements that there is a watertight

14  bulkhead at both heads of an engine room.

15     Q.    So it is not only a matter of good marine

16  practice which might be kind of an informal standard,

17  but you certainly will agree with that

18  statement?

19     A.    Yes.

20     Q.    But it is also specifically violative of a

21  rule as defined by the classification society's

22  rules?

23     A.    In this case, yes.

24           MR. MCLEOD:   Whose rules?

47

 1          THE WITNESS:   Bureau Veritas.

 2   BY MR. MOORE:

 3       Q.   Does it also violate, as far as you know,

 4   the rules of RINA; and for the record, can you say

 5   what RINA stands for.  We keep referring to it.

 6       A.   It stands for Registro Italiano Navale.  It

 7   probably Associazione or something at the end, but I

 8   think it may be the first two letters of that

 9   Navale.

10       Q.   When you see the letters "EC" on things,

11   the E and the C, what does that stand for?  What does

12   that mean?

13       A.   It means it is certified, certified for sail

14   in Europe in accordance with the standards that

15   have been established by European parliament.

16       Q.   The European Parliament, correct me if I'm

17   wrong, has adopted the worldwide ISO standards?

18       A.   They have for certain standards, but not

19   all.

20       Q.   That is a work in progress, in other words?

21       A.   Yes, it is.

22       Q.   I think I am correct on this, that the ISO

23   standards with respect to how they relate to vessels

24   has been adopted in certain -- would start off

48

1   generally in certain material representations,

2   meaning their application, for example,

3   to vessels of 15 meters or less?

4       A.   The European Parliament, through directives,

5   has appointed a committee who has in turn approved

6   the use of ISO standards for construction of yachts

7   up to 24 meters.

8       Q.   It is 24 meters?

9       A.   Yes.

10      Q.   So in other words, there are now global ISO

11   standards for yachts under 24 meters, and those have

12   been adopted by the European Community?

13      A.   Yes.   That is one means of getting EC

14   certification.

15      Q.   Has the United States adopted those ISO

16   standards?

17      A.   No.

18      Q.   When did Europe adopt them?

19      A.   Let me see.

20      Q.   I think it might be 1998.

21      A.   As of July 1998, all yachts shipped to

22   Europe must have EC certification by some means, and

23   the ISO standards were the classification standards;

24   or building to class was another means.

49

1    Q.   Is there any kind of standard in your

2    industry for the responsibility of a boat

3    manufacturer to insure that, to use a specific

4    example, that hulls to the transom are sealed and

5    watertight?  I am talking about who has the

6    responsibility for that.

7    A.   Well, the boat builder has a responsibility

8    for insuring that his yacht is watertight upon his

9    delivering the boat to a dealer, and the dealer has

10   the responsibility for maintenance of the

11   watertightness and a redelivery to the owner.  The

12   owner has a responsibility for maintenance of

13   watertightness.

14          MR. MCLEOD:  I think he is asking for the

15      quality assurance standard you mentioned.

16   BY MR. MOORE:

17   Q.   Yes. In other words, is it anywhere said --

18   I know the ISO is trying to make a global, as I

19   understand it, a global sort of protocol.  Does it

20   say anything anywhere that this responsibility is the

21   responsibility of the repair facility and cannot be

22   delegated, something to that effect?

23   A.   No, I don't think that the ISO standards has

24   any bearing on repairability, and that's an

50

1    interesting omission.  I will bring it up at the next

2    meeting.

3           There is a statement and there is a set of

4    responsibilities that are incumbent upon the boat

5    builder.

6    Q.   Can you sort of summarize those

7    responsibilities; where I might find them and what

8    they are?

9    A.   I have a list of them.  There is an ISO

10   subdivision on stability and watertightness

11   standards, and I don't recall the number of it.  It

12   is ISO Technical Committee 188, TC 188.   The

13   convener of the committee is a Mr. Andrew Blythe out

14   of South Hampton, England.

15          The standard hasn't been finished even

16   though it was to have the force of law as of July

17   1998.  I think they had a meeting last Monday in

18   Paris.

19          MR. MILLER: If you don't mind, I might

20      intervene so we have some continuity.  That being

21      the case of July of 1998, that standard did not

22      have the force of law?

23          THE WITNESS:  You could use it to certify

24      your boat, but the requirements are, shall we

51

1    say, overly stringent, and it hasn't been

2    adopted.

3         MR. MILLER:  And, therefore, has no binding

4    authority?

5         THE WITNESS:  Yes.

6  BY MR. MOORE:

7    Q.   Now, you mentioned that in your report --

8  this is important for you, Mac.

9         MR. MILLER:  I'm listening.

10 BY MR. MOORE:

11   Q.   You stated without those holes, the flooding

12 of the engine compartment could not have occurred

13 correct?

14   A.   That is correct, yes.

15   Q.   What about water entering the engine room

16 compartment through the engine room hatch?

17   A.   Well, if we had water on the deck, it could

18 enter the engine room through the engine room hatch.

19   Q.   What I'm simply trying to define, and you

20 just did it succinctly by agreeing, if the engine

21 room hatch was open, water could enter that way.  So

22 you are not trying to eliminate all possibilities for

23 water entering the engine room, because there are

24 other possibilities, one of which is that someone

52

1    left the engine room hatch open?

2        A.    Yes.

3        Q.    And water came over the side, entered the

4    engine room hatch?

5        A.    If water came over the side?

6        Q.    Came over the stern, let's say, to make it

7    more clear, yes, through the engine room vents and

8    vent box and through a whole variety of means.

9            MR. MILLER:  Scuppers?

10            THE WITNESS:  No, not necessarily through

11        the scuppers.

12            MR. MILLER:  Back transom door?

13            THE WITNESS:  Back open transom door.

14            MR. MILLER:  We will talk more about

15        scuppers later.  I don't want to

16        interfere with his questioning?

17    BY MR. MOORE:

18        Q.    I think we were talking about your report,

19    just because that is what we are traveling under

20    right now, on page 2, if you want to refer to it.

21        A.    Can I butt in?  Last night, I noticed there

22    are two typos, so before somebody calls me out on

23    them, the first one is --

24        Q.    I know one of them, because I think it is

53

1    either a typo or a word I have never heard before;

2    not that my glossary is that well developed?

3         A.   I haven't found it yet, but category A is

4    for an eight-meter wave in greater, rather than a

5    nine-meter wave.  I believe there is a --

6              MR. MILLER:  Page 5?

7              MR. MOORE:  Page 4, I think, isn't it?  You

8         are using his terminology on page 5.  Okay.

9         Good.

10             THE WITNESS:  Here we go.  Middle of the

11        page, Item No. 5, second paragraph, Category C,

12        sea conditions up to eight meters wave height and

13        a Beaufort force -- Excuse me a second.  Lack of

14        sleep does this to you.  It is a four-meter wave

15        height and a Beaufort force eight.

16   BY MR. MOORE:

17        Q.   That makes more sense?

18        A.   And in excess of a four-meter wave height --

19   Category B is up to a four-meter wave height, and

20   category A is four meters and greater.

21             The other one was instead of 25 millimeters

22   in a thickness measurement, it is 2.5.

23             MR. MILLER:  What page is that?

24             THE WITNESS:  I haven't found it yet.  I

54

1     found it last night, and I didn't make myself a

2     note.  I am sorry.

3  BY MR. MOORE:

4     Q.   Well, we will pick it up as we go along.

5  Let me just direct your attention --

6     A.   Here it is.  I am sorry.

7     Q.   Okay.  You said two inches?

8     A.   Two inches and five millimeters.

9          MR. MILLER:  That's about right.

10         THE WITNESS:  That's correct.  That isn't

11    the one we are talking about.

12  BY MR. MOORE:

13    Q.   The word "fay," is that FAY, fay?

14    A.   That is an English term for two structural

15  members contacting each other over a face.

16    Q.   And tabbing would be the fiberglass that

17  goes over the two structures -- at this point they

18  come together?

19    A.   Tabbing is analogous to a steel weld.

20    Q.   Getting back to your report and specifically

21  what would be your page 4 or 8, using the number that

22  appears on the fax line copy as provided to us I

23  think this is the one faxed to Bob Wendling.

24    A.   Okay.

55

1    Q.   You were reporting to Bob Wendling in this

2    case; is that correct?

3    A.   Yes.  Well, I was reporting to

4    Fertig & Gramling.

5    Q.   Okay.  It looks like they distributed copies

6    that were faxed to Bob Wendling.

7    A.   Right.

8    Q.   Let me just ask you.  You mentioned the

9    diesel generator exhaust hole, and by that you are

10   referring to the generator exhaust tube that is

11   part of the exhaust tube that was put through the

12   transom by Bertram on the port side of the vessel?

13   A.   Yes.

14   Q.   And you are simply making the point it was

15   part of that installation on the port side?

16   A.   Yes.  There are some photographs, if you

17   want to look at them.  I remember that pretty well.

18   Q.   And you mention the hydraulic lines for the

19   crane.  Where do the hydraulic lines for a crane come

20   through the transom?

21   A.   On the port side below the box or the

22   structural foundation for the crane, which is made of

23   plywood.

24   Q.   Do you know when the holes were put there

56

1   for the hydraulic lines for the crane?

2      A.   It seems to me that those lines were cut by

3   Ferretti, the original builder.

4      Q.   Did you notice, for example, when you

5   inspected the GOLD CAY where the hydraulic lines for

6   the crane came through the transom?

7      A.   I have, but I don't recall as we sit here

8   today.   In fact, I asked myself did he have a crane

9   at all, and I can't remember.

10     Q.   Was the hydraulic line that you inspected,

11  the hydraulic line hole, did it show evidence of

12  caulking?

13     A.   It had a residual of caulking in it, yes.

14     Q.   That leads you to infer that at some point

15  in time it had been caulked?

16     A.   Yes.   Except that as we sit here today, I

17  don't know if that caulking had been placed by the

18  salvors or the constructor or the modifier.

19     Q.   So basically regarding the caulking and the

20  question concerning at some point in time it could

21  have been put there by Ferretti, it could have been

22  put there by Bertram, and it could have been put

23  there by the salvors?

24     A.   Right.

57

```
1          MR. MILLER:  Or someone else?

2          MR. MOORE: Or someone who may have been on

3     the vessel?

4          MR. MILLER:  Or who did the fiberglass

5     construction because of deficient flares?

6          (Informal discussion off the record.)

7  BY MR. MOORE:

8     Q.   Did the hydraulics in your

9  opinion, did the area where the hydraulic lines went

10 through the transom, did they contribute to sinking

11 of the MADAME?

12    A.   It could have depending on when the caulking

13 had been in place and whether it was intact at the

14 time of the sinking.

15    Q.   Could have made a contribution?

16    A.   Yes, it could have.

17    Q.   Do you have any sense of what kind of

18 contribution it could have made in terms of

19 percentage or how it would --

20    A.   If it was a deeper immersion, the flow rate

21 would be higher.  The hole is smaller, and I would

22 say probably could amount to as much as 20 percent,

23 give or take five percent or so, of the total flow

24 rate if it had been fully open.
```

58

1          MR. MCLEOD:  But there was a tube going

2     through it?

3          THE WITNESS:  Yes.

4   BY MR. MOORE:

5     Q.   If it had been fully opened, then it is

6   rather improbable it was fully opened, wouldn't you

7   say, if there was some residual of caulking there?

8          When you say "fully opened," do you mean

9   without hydraulic lines?

10    A.   No, the hydraulic lines wouldn't have to

11  be there necessarily.  There was no evidence that

12  indicates hydraulic lines were there since they

13  weren't visible in the underwater picture.

14    Q.   Then you saw those shots of the transom and

15  the two holes in the area of the davit, in the way

16  of the davit, correct?

17    A.   Yes, there are.

18    Q.   How would you describe the hole on the left,

19  if you can do it from memory?

20    A.   The left looking forward, the port hole?

21    Q.   Yes, on the port side.

22    A.   It is a little bit tighter than the other

23  one.  I recall -- in fact, I have a photograph out

24  here someplace.

59

1     Q.   Why don't you try to grab that particular

2  photograph?

3       MR. MILLER:  While you're doing so, let me

4     ask you, when you gave that 25 percent figure

5     relating to the hydraulic line, was that figure

6     based upon the line being in the hole or simply

7     the size of the hole per se?

8       THE WITNESS:  That was with the line, the

9     hydraulic lines being in the hole, and I think

10     that is what we are talking about.

11  BY MR. MOORE:

12     Q.   In the hole, but not caulked?

13     A.   As we speak, I am wondering out loud if --

14       MR. MCLEOD:  One of the photographs we

15     marked in the deposition the other day was one of

16     his.  That might be one of it.

17       What about this one?

18       THE WITNESS:  Those two holes, definitely.

19  BY MR. MOORE:

20     Q.   I want to take something that is referred to

21  in evidence.  If you have something, we will use

22  that.  Otherwise, we will use that photograph.

23     A.   Here is a good picture.

24     Q.   Let's take that out of your folder.

60

1          MR. MCLEOD:  Do you want this one?  This has

2     sealant in one of the holes.  Let's use this

3     one.

4          This is closer because that top hole is

5     sealed.

6          THE WITNESS:  I think this one is clear.  It

7     is about the same shot.

8 BY MR. MOORE:

9     Q.   With respect to the two lower holes, there

10 is one slightly to the port; and, obviously, the

11 other one slightly to the starboard.  How would you

12 describe the hole that is on the port side?

13    A.   It is a smaller diameter hole.

14    Q.   What was that hole for?

15    A.   Well, all along, we have been talking

16 about hydraulic lines, and I have to

17 refresh my memory on what was the bilge pump line

18 and what was the hydraulic line; but if my memory

19 serves me good or bad, it seems to me those were

20 hydraulic lines.

21    Q.   You're referring specifically to the hole on

22 the port?

23    A.   Yes.

24    Q.   How about the one on the starboard?

61

1    A.    That is a larger diameter and slightly

2    lower.

3    Q.    So do you have any sense as you sit here

4    today what went through the hole on the port side?

5    A.    Up until this last minute or so when I

6    wanted -- I am second guessing myself.  I thought

7    that was hydraulic lines, but I have to stop and

8    hesitate for a second.  If it becomes critical to our

9    discussion, maybe I need to refer to my notes and

10   photographs.

11   Q.    But you have seen the underwater

12   photographs, videotapes of the vessel's transom, and

13   that would give you some indication of what came

14   through those holes, correct?

15   A.    Yes.

16   Q.    Can you recall from those underwater

17   videotapes what came through those holes?

18   A.    I dimly remember that it was hydraulic

19   piping, but I can't remember if both of them -- I

20   believe you need two lines per hydraulic piping;

21   One for surface, setting the hydraulic motor, and one

22   for taking the return flow.  And I am quite sure they

23   are hydraulic lines, but I hold a little bit

24   of a reservation on the review of my notes.

62

1    Q.   As you sit here today, you really don't know

2  who put those holes there as between Ferretti,

3  Bertram or the salvors?  In terms of who put the

4  caulking in those holes, I should say.

5    A.   That's true.

6    Q.   But you do see evidence of residual

7  caulking?

8    A.   Yes, and I might add also that hydraulic

9  tube is pretty strong, and forces to break a

10  hydraulic line would be pretty large; and if there

11  was caulking in beforehand, it is likely that it

12  could be wrenched out of place by the large forces

13  involved.

14    Q.   I am pointing to a hole that appears

15  really above all the other holes, the very top of the

16  photograph directly above the largest exhaust tube,

17  and it is a smaller hole about -- it looks like it is

18  about an inch and three quarters in diameter?

19    A.   About an inch in diameter, it looks like.

20    Q.   Might be an inch in diameter, and you see it

21  is full of sealant of some sort?

22    A.   Yes, I do.

23    Q.   Do you have any knowledge as to

24  when that sealant was put there?

63

1      A.    An electrical cable passes through that

2   hole, and as far as who put the sealant in there and

3   when it was placed, I don't know.

4      Q.    Now, that electrical cable, what did that

5   electrical cable go to?

6      A.    I don't remember.

7      Q.    What are the options in the spoiler

8   compartment that the electrical cable could go to;

9   what possibilities?

10      A.    I don't know if we had a light in there.

11   That is one possibility.  High-water alarm, power

12   cables for the bilge pump would be the other

13   possibility for a wire.

14      Q.    So power cabling for light, power cabling

15   for bilge pump?

16      A.    Yes, or situational cable for high-water

17   alarm.  I am not sure which of those it was for.

18   Another possibility might be for a positional

19   indicator for the crane, boat handling crane, but I

20   don't know enough about the crane to determine that.

21      Q.    Now, we have talked a bit about how water

22   got into the engine room.  Now, let's talk about how

23   water got into the spoiler.

24      A.    Okay.

64

1      Q.    I think you said, if I can summarize, that

2    there are in your view, two possibilities; one,

3    structural bottom failure of the spoiler, and, two,

4    the downflooding through the hatches at the swim

5    platform level.

6           When you say downflooding, are you including

7    the possibility that the starboard hatch of the

8    spoiler was not latched?

9      A.    Yes.

10     Q.    In other words, you are assuming water might

11   have entered through the hatches through any number

12   of sources?

13     A.    That is correct.

14     Q.    Do you have an opinion as to how the water

15   might have downflooded through the hatches?

16     A.    The hatches, if you have unrestricted

17   access, would have floated upward because they are

18   really buoyant, and there is a hydrodynamic effect

19   from the operation of waves at the point where the

20   vessel is sinking.  The hatches would tend to lift

21   under wave action.

22          Each passing wave would tend to make it move

23   somewhat, and, of course, we had simple leakage of a

24   non-watertight hatch.

65

1          MR. SIKES:  What was the word, "simple"?

2          THE WITNESS:  Simple leakage of an

3     non-watertight hatch.

4  BY MR. MOORE:

5     Q.    So you understand that in the system on the

6  back of this vessel, meaning the system for how

7  hatches interact with each other, that the port and

8  starboard hatches hold down the center hatch when

9  latched or otherwise restrained?

10    A.    My memory doesn't serve me that well.

11  Sorry.

12    Q.    You understand that the port and starboard

13  hatch covers on the spoilers have latches on them?

14    A.    There was a key-activated toggle, but I

15  don't know if you call that a latch or not.  A latch

16  is more distinct.  It is two levers projecting from a

17  cylinder, and this doesn't have that configuration.

18          It had a fitted-key aperture on the outside

19  and a toggle on the bottom side which would tend to

20  keep the hatches from opening when you rotated it, I

21  believe, 90 degrees.

22    Q.    One of the things about this case is the

23  concept of watertightness, and do we agree that

24  watertightness means -- well, how do you define

66

1   "watertightness"?

2       A.    Weather tightness in my experience is a

3   resistance of a hatch or a door or window to keep

4   vertically deposited water, rain, spray water from

5   gaining access to whatever is being protected, the

6   interior of the space served by that hatch or the

7   door.

8           Watertightness requires a gasket and a set

9   of latching dogs to apply some clamping pressure.  It

10  is possible to withstand water from any direction and

11  under some pressure.

12      Q.    I think we can all agree that the hatches on

13  the spoiler were not watertight.

14          MR. MCLEOD:  Did you explain

15      watertightness?

16          THE WITNESS:  I explained both.

17  BY MR. MOORE:

18      Q.    Give me your definition once more, please,

19  of watertightness.

20      A.    Weather tightness is a resistance to ingress

21  of water from primarily a vertical direction or a

22  spray.  Sometimes a hose test is used to determine

23  whether something is watertight or not, but the hose

24  nozzle can't be held on the seam, and it can't be

67

1    applied at any direction except for right angles to

2    the surface.

3        Q.   Would you consider the hatches on the

4    spoiler to be weather tight?

5        A.   They seem to be in the way they were latched

6    and kept by some means from opening.

7        Q.   So, in other words, they have to be latched

8    to be weather tight?

9        A.   Well, secured by a toggle or something,

10   yes.

11       Q.   Maybe we should also address -- I think your

12   memory of what I call the way the hatch works is

13   pretty accurate.

14       A.   Okay.

15       Q.   When you say "toggle," I think of a toggle

16   switch you flip from right to left or -- and we had

17   some discussion of dog downs, and does it have dogs,

18   and I think dogs are much more sophisticated a type

19   of locking device which is used in a watertight

20   application, correct?

21       A.   Yes.

22       Q.   That is generally accepted terminology?

23       A.   Yes.

24       Q.   We have settled on, I think, a description

68

1   of what was on the top of the spoiler of the MADAME,

2   a latch that was operated by a key that you put at 90

3   degrees of a metal bar that would turn into an

4   opening of a metal case and would go into that metal

5   case; whereas, the locking bar was fitted into the

6   hatch cover itself and it went into the two bars and

7   it would latch.  What is that called, a locking bar?

8   Is that a term of art?

9       A.   I call it a toggle.

10      Q.   A toggle.  A toggle seems to me to convey a

11  different meaning, but you are the expert.

12      A.    It would be some protruding metal that would

13  be at right angles to the access rotation of the

14  key.

15      Q.   Can you point to any evidence of anything

16  that you have reviewed to suggest that the hatches on

17  this vessel were latched down?

18      A.   No.

19      Q.   Can you point to any evidence to suggest

20  that the hatches on this vessel were not latched?

21          MR. MILLER:  You mean at the commencement of

22      voyage?

23  BY MR. MOORE:

24      Q.   I do mean at the commencement of the

69

1    voyage.  Thank you.  It seems there was some

2    anecdotal evidence in one or two of the depositions,

3    and I mean, it seems to me that maybe Goldstein had

4    mentioned something about there being the possibility

5    that they had not latched them.

6        A.    Yeah.

7        Q.    You saw the videotape of the MADAME when she

8    was on the bottom of the ocean?

9        A.    Yes, I did.

10       Q.    Did you see what the hatches were doing in

11   that video?

12       A.    I may have.  I don't recall sitting here

13   today.  I'm sorry.

14       Q.    You don't recall seeing the hatches floating

15   up?

16       A.    A review of the videotape is probably in

17   order to answer the question.  I'm sorry.  I can't

18   remember.

19       Q.    Would the fact that the hatches were

20   floating up in the videotape suggest to you that the

21   hatches were not locked?

22       A.    It would, yes.

23       Q.    Do you recall whether you have actually

24   inspected the latching devices on the port and

70

1    starboard hatches?

2        A.    I looked at it, but --

3        Q.    Do you recall anything worth noting?

4        A.    Well, they weren't dogged applying any

5    pressure, clamp pressure type.

6        Q.    May I have a piece of your paper there?  It

7    looks like it would be much more suitable for what

8    I'm about to do.

9            This is out of scale.  In fact, could I have

10   another piece of paper?  I think it is too much out

11   of scale.

12           Well, I'm not an artist, but I have

13   intentionally made a part of my drawing what is

14   designed to indicate on the right what we call the

15   spoiler, and on the left to be what would be the

16   primary hull of the MADAME.

17           Incidently, can you just succinctly define

18   the word "lazarette," which is a word you defined in

19   your report which we have had some discussion on.

20           How do you define that?

21       A.    A lazarette is a compartment in the

22   aftermost end of a vessel, which has hatches to the

23   weather deck generally, or the cockpit, and it is a

24   fairly common term.  In some yachts, the access to

71

1    the steering gear and the rudders is there and the

2    upper side of the propeller strut fixings.

3           In this case, I referred to this compartment

4    as a lazarette, not entirely correctly, but I hope

5    that makes clear what I was trying to say.

6    Q.    That's fine.  You said there were some

7    pressures this spoiler was under.  Can you simply,

8    using your arrows as sort of vectors, show me where

9    you think those pressures were applied, and you can

10   talk your way through it and you can apply them on

11   the drawing.

12          Tell me where those pressures were being

13   applied to the spoiler.

14   A.    Well, we have hydrodynamic pressures from

15   two sources:  One, on the bottom of the spoiler, and

16   those would be due to what we call stagnation

17   pressure or the velocity of water from a head

18   motion.  The yacht has to have some positive angle of

19   attack to lift for planing, and that hydrodynamic

20   force is necessarily applied to the bottom of the

21   spoiler as well as the part of the running board

22   bottom of the yacht.

23          The second pressure, which is even more

24   significant, is wave impact pressure.  There are

72

1  times when the yacht is operating at high speeds and

2  higher wave conditions where there will be a wave

3  impact from underneath.

4      Q.   The two vector forces that are exemplified

5  by your comment are exemplified by the two arrows?

6      A.   Yes.   The third force is due to the trim

7  tabs that are mounted in the spoiler or stern

8  planes.   Trim tabs, one thing --

9          MR. SIKES:   Can I stop you for a minute?

10          THE WITNESS:   Yes.

11          MR. SIKES:   The trim tabs on this yacht you

12      say are mounted on the spoiler?

13          THE WITNESS:   Yes.

14          MR. SIKES:   You saw the other boat, the --

15          MR. MILLER:   The GOLD CAY.

16          MR. SIKES:   -- GOLD CAY.   The trim tabs were

17      not mounted on the spoiler on that boat, were

18      they?

19          THE WITNESS:   You know, I can't remember.

20          MR. SIKES:   I want to clarify that, if you

21      don't mind.   I have the pictures.   Can I show him

22      these real quick?

23          MR. MOORE:   Sure.

24          MR. SIKES:   I believe that's the GOLD CAY.

73

1          THE WITNESS:  Okay.

2          MR. SIKES:  Those trim tabs are in the hull,

3     or are they not?  Maybe that's not a good

4     picture.

5          THE WITNESS:  It is not a good picture.

6          MR. SIKES:  Let me see.  Maybe we have

7     another one.

8          MR. MILLER:  Here is another one.

9          MR. MOORE:  I have serious concerns about

10     running out of time here today.

11          THE WITNESS:  These are mounted in the same

12     place, yes, they are.

13          MR. MILLER:  Let's identify these.  Where

14     are we?

15          Let the record reflect that we will do some

16     housekeeping, and Mr. McLeod is marking the first

17     photograph discussed today as exhibit --

18          MR. MCLEOD:  412.  This is the Rob Schofield

19     depiction of the holes in the transom of the

20     MADAME.

21          MR. MILLER:  We will mark the diagram as

22     413.

23          MR. MCLEOD:  413 will be the diagram by

24     Michael Moore with vector forces drawn by Rob

74

1     Schofield that he is still working on.

2          MR. MOORE:  And the two pictures of trim

3     tabs arranged on the GOLD CAY will be 414 and

4     415.                                        .

5          Okay.  Let's plunge ahead here.

6          (The documents referred to were thereupon

7     marked Exhibit Nos. 412 through 415 for

8     Identification, and retained by counsel for

9     Ferretti.)

10   BY MR. MOORE:

11     Q.   You say the transverse edge of the bottom

12   shell at the spoiler's fore end where it turned up to

13   meet the main hull transom shell, I think you said,

14   failed?

15     A.   Yes.

16     Q.   Can you put a line coming off of that

17   location and a little "X" for that?

18     A.   How about if I draw a circle on the point of

19   failure?

20     Q.   That would be good.  Okay.

21     A.   I will draw a note, "point of failure."

22     Q.   Yes.  When you talk about the fiberglass

23   fabric laminate crossed boundary between the vertical

24   transom face and the horizontal bottom shell, would

75

1  you make a little half moon to show the boundary you

2  are referring to there so I know what we are talking

3  about?

4      A.   You would need to draw a blowup.  I don't

5  think you could put it on this small of a scaled

6  drawing.

7      Q.   Is the boundary between the spoiler and the

8  hull; is that what you were talking about?

9      A.   No.

10     Q.   It is a boundary between the inner facing of

11  part of the spoiler?

12     A.   Yes, the vertical bulkhead or wall of the

13  spoiler, the other end of the box and the bottom.

14     Q.   So the vertical to horizontal?

15     A.   It is the line or the corner, the knuckle

16  intersection of these two surfaces.

17     Q.   The intersection of the vertical surface and

18  the horizontal surface in the spoiler itself?

19     A.   Yes.

20     Q.   Okay.  So you really are not directing your

21  comments to the area of where the spoiler adjoined to

22  the main hull?

23     A.   Well, the immediate point of failure causing

24  the flooding was at this intersection we were just

76

1    talking about, but there was a large amount of

2    evidence that flexing had been taking place

3    throughout this connection with the rest of the

4    hull.

5        Q.    There is some evidence of flexing, but you

6    are not suggesting, for example, that Ferretti was

7    trying to bond the spoiler to the primary hull with

8    laminates?

9        A.    There was an attempt to bond on the vertical

10   sides primarily above the waterline.

11       Q.    That was on the hull side, correct?

12       A.    And the spoiler sides, correct.

13       Q.    So, in other words, fairing is apparent from

14   the primary hull to the spoiler?

15       A.    Yes.  It looked like they may have had some

16   structural thoughts about it, but fairing is

17   certainly what they were doing.

18       Q.    We can certainly agree there was no other

19   fiberglass laminates leading from the hull to the

20   spoiler beneath the vessel?

21       A.    That is correct.

22       Q.    And the vessel was hauled out before it was

23   purchased by Mr. Goldstein, and were you there for

24   the haul out of the GOLD CAY?

77

1    A.    Yes.

2    Q.    So you saw that line across the bottom where

3    there had been no effort to fair it in order to make

4    it, you know --

5    A.    Yes, I did.

6    Q.    -- make it pretty or otherwise show an

7    effort to laminate the spoiler box to the primary

8    hull?

9    A.    I have photographs of that line.

10   Q.    We have that in the record.  Let's do that.

11   That was introduced by Mr. Hamlin.  It is your view

12   that the spoiler box was structurally insufficient;

13   is that one of your conclusions?

14   A.    Yes.

15   Q.    What kind of test did you perform to come to

16   that conclusion?

17   A.    I attempted to get some samples cut for lab

18   tests, but my memory does not serve me well, but

19   there seems to be resistance to destructive testing

20   of samples.

21   Q.    You did no destructive testing; is that what

22   I infer from what you are saying?

23   A.    No.  I did carefully inspect the area under

24   magnification and counted the number of plies that

78

1    actually turned the corner, and then I measured

2    vertically tabs on the extension to the bottom and

3    the number of plies that extended from the bottom

4    into the vertical surfaces.

5         I measured the thickness, took some accurate

6    dimensions on bolting patterns, determined what the

7    materials were; and since these materials are common

8    materials in the industry which have mechanical

9    properties, I did some -- well, I don't know.  I did

10   some computer calculations of the original lamination

11   schedules, but whether that matches the spoiler, we

12   don't know at this point.

13   Q.   Did you do any investigation with respect to

14   any other vessels in the industry by any

15   manufacturers experiencing a similar failure?

16   A.   Well, my intent for looking at Mr. Mitri's

17   boat, the GOLD CAY, was to determine whether he, too,

18   had cracking along that forward edge of the spoiler,

19   and I spent a great deal of time with the hammer in

20   that area tapping out the bottom trying to determine

21   whether there were lamination problems.

22   Q.   Did Mr. Mitri have lamination problems?

23   A.   No.  As a matter of fact, his laminate

24   appeared to be a lot more massive than that used on

79

1   Mr. Goldstein's boat.  Mr. Mitri's boat did not

2   exhibit any problems.

3       Q.   Have you inspected any other vessels, any

4   other exemplar vessels?

5       A.   No, I haven't.  No, except that I went

6   through repair records of some facilities that

7   handled Ferrettis, and I can't remember who that is,

8   but I have it in my file right here some place.

9       Q.   Did you see anything in there to evidence a

10  problem with a spoiler failure?

11      A.   No.

12      Q.   What you reviewed was a repair facility that

13  does warranty work for Ferretti vessels?

14      A.   I believe so, yes.

15      Q.   You say that the second failure contributing

16  to the flooding of the spoiler compartment was the

17  separation of the aftermost starboard fiberglass

18  exhaust elbow from the spoiler's bottom shell.  Can

19  you explain that statement?

20      A.   Well, the bottom shell is a bit -- it is a

21  bottom projection that the exhaust exits the hull,

22  but it is not the same bottom shell that we are

23  talking about here.  It is elevated up a little

24  different in sort of a ducktail configuration.

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

80

1    Q.   You are referring there to the exhaust tube

2    that Bertram put in?

3    A.   Yes.

4    Q.   So it is your opinion that that starboard

5    fiberglass exhaust separated from the spoiler shell?

6    A.   Yes.

7    Q.   Stop me if you don't understand the

8    question, because I want to get through this in a way

9    that allows Mr. Miller adequate time.

10    A.   Okay.

11    Q.   What does the EC Category A mean?

12    A.   Category A is a designation of marine craft,

13    motor yachts, commercial or whatever, that are

14    intended for unlimited seagoing use.

15    Q.   This is European Community Category A, and

16    Category A being unlimited seas?

17    A.   Yes, except the seas are defined, and that's

18    for waves in excess of four meters and winds in

19    excess of Beaufort force eight.

20    Q.   So, in other words, as long as your wave

21    height is not above four feet and your Beaufort force

22    is not above eight, you are okay?

23    A.   No.  It is in excess of those numbers.

24    Q.   So you are actually approved for use in

81

1    those seas?

2        A.    Yes.

3        Q.    So for a vessel that complies with the EC

4    Category A rules, that vessel could go into seas with

5    wave heights of four meters and a Beaufort force of

6    eight or more?

7        A.    Yes.

8        Q.    What rating did the MADAME have?

9        A.    Category A rating was assigned by the

10   notified body, which in this case was the Registro

11   Italiano Navale.

12       Q.    The group we are calling RINA?

13       A.    Yes.

14       Q.    Does the EC Category A rating cover hatches?

15       A.    Yes.  Excuse me.  It did not at the time the

16   vessel was built because the hatch -- excuse me.

17   There was a draft hatch standard at that time.  The

18   convener is Mr. Gregoire Dolto of Paris, France.

19       Q.    So there was a hatch standard at the time

20   the MADAME was delivered?

21       A.    Yes.  It was in draft form, but it wasn't a

22   complete standard.

23       Q.    You are aware in this case, we understand,

24   that RINA assigned its rating to the MADAME after it

82

1    was fully built?

2         A.   After it was fully built?

3         Q.   Yes.

4         A.   I don't understand that.

5         Q.   Do you assign these ratings before vessels

6    are constructed or after they are constructed?

7         A.   The rating can be assigned at any point, but

8    most usually when the design itself, drawings,

9    calculations, are submitted to the notified body.

10             By the way, the notified body is the

11   approved body for the EC stamp.

12        Q.   In other words, RINA could assign that EC

13   stamp?

14        A.   Yes.

15        Q.   Would you equate the RINA organization to be

16   on a par with, say, the American Bureau of Shipping?

17        A.   No.

18        Q.   How would you equate it in terms of

19   propriety?

20        A.   This may seem to be a bit parochial, but I

21   would consider the classification societies to have a

22   relative ranking by the hierarchy of expertise and

23   stringency of requirements, and RINA is not in the

24   top three.

83

Q.    In your opinion, what is it in?

A.    Four or five.

Q.    Who is in the top three?

A.    The American Bureau of Shipping, Lloyds Register of Shipping, Det Norske Veritas.

Q.    You say in your report that waves from astern or slow speed or lying motionless in the trough would easily be expected from Category A vessels.

A.    Yes, true.  Yes.

Q.    Do you recommend that vessels' operators of Category A vessels experiencing four-meter wavelengths or four-meter wave heights, excuse me, and Beaufort forces of eight, cut their engines and lie motionless in the troughs?

A.    So much is dependent on the seakeeping characteristics of each individual vessel that you couldn't make a categorical statement.

Q.    As a general rule, you wouldn't think that would be a smart thing to do?

A.    Beaufort force eight and four-meter waves? Well, sometimes you have to -- in the case of lying to, when nothing else seems to work, you can let her take whatever position in the sea she wants to and go

84

1   below and pray.

2       Q.   I have been there once or twice.

3           MR. MILLER:  That's the last resort, in

4       other words.

5   BY MR. MOORE:

6       Q.   What happens to a vessel that does not have

7   headway in a sea of five- to seven-foot waves and 15

8   miles per hour winds with a few white caps and so

9   forth?  What does that vessel usually do?

10      A.   You mean as far as lying to?

11      Q.   Yes.

12      A.   It would depend on the boat.

13      Q.   How about the MADAME, what would it do?

14      A.   She would probably take a 45, 30 to 45

15  degree axis of the vessel versus direction of the

16  waves, depending if the waves and wind are in the

17  same direction.

18      Q.   In other words, would you expect waves to be

19  coming from the stern for the most part?

20      A.   Yes.

21      Q.   Do the EC Category A rules or regs, if there

22  is such a thing, say anything about cutting engines

23  and maintaining headway.  Or advice like that?

24      A.   No.

85

1    Q.   With respect to the motor yacht MADAME, can

2    you list any violations to the Bureau Veritas rules?

3    A.   By whom?

4    Q.   It refers here to the rules that apply for

5    the Mode 1 certification process.  Were there any

6    violations by Ferretti that you can point to?

7    A.   Yes.

8    Q.   What are they?

9    A.   Well, the bottom and the transom plies on

10   the spoiler laminates were not carried through.

11        I'm sorry.  Was this BV rules?  Bureau

12   Veritas, their rules, I'm not sure if there are any,

13   but common sense would dictate you carry it through;

14   and other BV rules do have a definition of what is

15   acceptable lamination procedures, but this yacht

16   would not comply with those rules.

17        The yacht rules which we have in my book

18   here don't say anything about it, but high-speed

19   craft rules do, and other fiberglass rules that they

20   have.  It doesn't look like they adhered to the

21   lamination schedule that was specified on the

22   drawings approved by BV and the spoiler.

23        The rules require that the hatches shall be

24   watertight; all hatches and decks must be watertight

86

1   on the weather deck.

2       Q.   Right.   There you were talking -- are you

3   talking about the engine room hatch?

4       A.   Any floodable space would seem to be in that

5   category.   If you had several boltings such as an

6   anchor-locked board, as you see in some boats these

7   days --

8       Q.   With respect to the MADAME though, my

9   question is, do you view that engine room hatch to be

10  in violation of any Bureau Veritas rules?   The engine

11  room hatch I'm referring to.

12      A.   The engine room hatch, that's subject to

13  interpretation.   I think one of their surveyors would

14  say yes.   I think one of their surveyors would say

15  no, and that is where the problem is in that

16  question.

17      Q.   Would you say, if you know --

18      A.   I would refer to the rules, Part 2,

19  paragraph 1, 3214, and the clamp pressure in full

20  gaskets would be a requirement to meet watertight

21  integrity, and I'm contrasting that with the new EC

22  rules which are rather stringent hatch requirements.

23           These hatches do not appear to comply with

24  that more lenient interpretation of what is

87

1   watertight.

2      Q.   Just so we are not confused on the record,

3   we are still talking about the engine room hatch,

4   that single hatch there in the cockpit; you

5   understand that?

6      A.   Okay.

7      Q.   You are saying in your opinion that

8   particular hatch, it might or might not -- different

9   surveyors would pass it; others might not find it

10  complying with Bureau Veritas rules?

11     A.   Yes.

12     Q.   Now, with EC rules, would it pass the EC

13  inspection?

14     A.   I will have to read the most current one.   I

15  don't remember.

16     Q.   You are not sure as you sit here today?

17     A.   I don't think it does, but I would have to

18  read it.

19     Q.   How about the American Boat and Yacht

20  Council?

21     A.   There isn't any requirement.

22     Q.   How about Coast Guard rules and regs?

23     A.   No requirement.

24          MR. MCLEOD:   Talking about the engine room

88

1      hatch?

2              MR. MOORE:  Engine room hatch only.

3              THE WITNESS:  I understand, yes.

4    BY MR. MOORE:

5      Q.   Now, I guess it follows that if we all agree

6    that the hatches on the spoiler are not watertight,

7    is there anything in what you have seen in terms of

8    the design of the spoiler, does anything in those

9    designs indicate to you they were designed to be

10   watertight?

11     A.   In the definition of "watertight" that we

12   are using?

13     Q.   Yes.  In other words, I'm distinguishing

14   between design and execution of design.

15     A.   Yes.  I don't believe they were designed.  I

16   mean, I don't think so.

17     Q.   Any violations by any of these bodies that

18   we have referred to, the EC, meaning, I guess, RINA

19   as it applies to EC rules; Bureau Veritas; American

20   Boat and Yacht Council; Coast Guard regs; any of

21   those?  With respect to the rules and regs of any of

22   those bodies, do you se any violations with respect

23   to the float switches on the boat?

24     A.   No, but I still haven't finished my answer

89

1    on the Bureau Veritas violations.

2        Q.    Okay.

3        A.    There were requirements as indicated on the

4    approval drawings by Bureau Veritas that put some

5    brackets on the stringers, the main bottom stringers

6    at the transom, and those brackets per the

7    instructions on the drawings were not placed.

8        Q.    Let me do this, if I may:  In the interest

9    of time and sort of focus, do you have anything on

10   your list that you are referring to there that does

11   not have to do with the spoiler and how the spoiler

12   is constructed and so forth?

13       A.    Well, this one does have a bearing on the

14   spoiler because it affects the lamination schedule of

15   the spoiler, structural design of the spoiler itself,

16   and it seems to be a violation of EC Category A.

17       Q.    I want to go into that, but I want to move

18   along before I get into my notes of where we are

19   discussing the spoiler.

20       A.    Do you mind if I take a quick break here?

21            MR. MOORE:  Not at all.

22            (Thereupon a brief recess was taken, after

23       which the following proceedings were had:)

24   BY MR. MOORE:

90

1    Q.   You were talking about, and I was trying to

2  separate a little bit later in our discussion the

3  attachment and construction methods used on building

4  the spoiler, and I just want to take that away for a

5  moment and ask you if you have anything else in your

6  list there, the violations of rules or regs, your

7  beliefs in this case of any violations of rules and

8  regs of these organizations we have referred to?

9    A.   Yes.  According to the Bureau Veritas

10 comment on the structural drawings, the yacht was

11 designed to a wave height of 0.27 meters and an

12 acceleration of gravity, 1.3 Gs, which is a small

13 fraction of what Category A would ordinarily require

14 of a 35-knot motor yacht.

15   Q.   Show me where that appeared in your report

16 so I can focus in on that a little bit.

17   A.   It doesn't.

18   Q.   Okay.  Give that to me again, if you would,

19 please, your comment, so I can understand it?

20        MR. SIKES:   I think we need a drawing of

21    this.

22        THE WITNESS:  Well, there is a drawing and

23    it is one of the discovered documents.

24        MR. SIKES:   The center of gravity drawing?

91

1          THE WITNESS:  No.  It is this.

2          MR. MOORE:  Do we have an Exhibit number on

3     that?

4          THE WITNESS:  I'm looking for one.  I didn't

5     see it.  There are several versions of that

6     drawing, but this is the one with the BV

7     comments.

8          Anyway, the BV comments were just what I

9     told you about as far as the significant wave

10    height and acceleration of center of gravity

11    translated into the bottom design pressure, which

12    governs how thick you have to make the bottom and

13    the sides.

14   BY MR. MOORE:

15   Q.    Tell me what is the violation you think you

16   see.  Tell me what it is again.

17   A.    Well, this is a long stretch from what is

18   required from EC Category A these days.

19   Q.    How about in 1997?

20   A.    There is a lack of definition.  We had some

21   draft rules in '97, but it was left to the

22   classification societies to establish an acceptable

23   standard.

24   Q.    But you don't deny in this particular case

92

1    that Bureau Veritas approved this particular drawing?

2        A.    Yes, I do not deny that.

3        Q.    But you are looking at a drawing and you are

4    sort of questioning it in a certain way the fact that

5    Bureau Veritas approved that drawing?

6        A.    It was a shock to me they accepted such a

7    low number of plies for a design of a yacht such as

8    this one.

9        Q.    It would be their job and duty to advise

10   Ferretti if they thought the design was in any way

11   deficient, wouldn't it?

12       A.    And they did from the note on the drawing,

13   as far as I can tell.

14       Q.    At some point, whatever the note may have

15   said, Bureau Veritas did approve that drawing; you

16   just don't necessarily agree with the approval?

17       A.    Yes.

18       Q.    Specifically, what you were referring to is

19   the amount of freeboard or something; is that what it

20   is?  What exactly are you --

21       A.    It had to do with speed of the yacht and

22   waves which would generate the bottom design

23   pressures.

24       Q.    In other words, this yacht is too fast?

93

1    A.    This is a very light loading of a yacht of

2  this type.

3         MR. MILLER:  That is how you get the speed.

4         THE WITNESS:  The speed won't last very

5    long.

6         MR. SIKES:  This hull isn't big enough?

7         THE WITNESS:  It would translate to that,

8    yes.

9  BY MR. MOORE:

10   Q.    Sort of a variation of some extant, is what

11 you are saying about the spoiler?

12   A.    But the spoiler is a unique case as in that

13 structural continuation of those plies at the

14 juncture of the spoiler bottom and front caused the

15 loss.

16   Q.    Caused the spoiler to fail?

17   A.    Yes.

18   Q.    So, again, we are sort of back to that was

19 the comment regarding the hull itself, but anything

20 else regarding anything other than the spoiler?

21 Anything other than the spoiler?

22   A.    Other than the spoiler?

23        MR. MCLEOD:  Does that include the

24   calculations you did on the computer this

94

1    morning.

2         THE WITNESS:  I checked the significant wave

3    height, the bottom design pressures and

4    acceleration by three means on my computer.  One

5    is per current EC requirements.

6    BY MR. MOORE:

7    Q.   We can't really get there because we are

8    really talking about this boat was built in 1997.  It

9    is not really fair to talk about current standards,

10   you know.  It would be like air bags on cars when air

11   bags weren't required.

12   A.   We had a draft standard in '97.

13   Q.   Well, it was a draft though, not a

14   requirement?

15   A.   Yeah.  I always use --

16   Q.   You would know about it because you were on

17   the committee, right?

18   A.   Yeah.  And I used the American Bureau of

19   Shipping standard, which is for 1990 for yachts of

20   this type.

21   Q.   Of course, this is not American Bureau of

22   Shipping.  We are talking Bureau Veritas?

23   A.   The C-Shell program I developed myself and

24   Sea Ray approved and built 20 boats with it,

95

1   including the 63 and 65.

2       Q.   So what you are saying there, it is a proven

3   design?

4       A.   A design system that models what typical

5   U.S. and European yachts were.

6       Q.   I don't take exception to that.  Sea Ray has

7   a good name, and you are a part of that good name.

8           Let me ask you, did you notice any

9   violations with respect to the high-water alarm; and

10  there is no high-water alarm in the spoiler, just so

11  you understand.  I'm not talking about that.  I'm

12  talking about the main hull.

13      A.   Yeah.  Well, I still haven't finished

14  answering your question about BV standards.

15      Q.   As long as it is not going back to what you

16  have gone back to a couple of times.  If it is the

17  spoiler, we will get back to it.

18      A.   In case it gets lost.

19      Q.   It won't get lost.

20      A.   They never approved the spoiler design.

21      Q.   I understand that.  That is why we will

22  spend so much time on it.

23      A.   Okay.

24          MR. MCLEOD:  You want things that have to do

96

1      with anything other than the spoiler?

2          MR. MOORE:  I only have so much time left.

3      I need to do this.

4          THE WITNESS:  Main hull?

5  BY MR. MOORE:

6      Q.   Yes, the main hull.  I'm just trying to do a

7  good job.  It would be to my detriment if I didn't

8  bring it out.

9      A.   No, the International Maritime Organization,

10  which is a division of the UN, I guess, this yacht

11  would not have satisfied current IMO regulations.

12      Q.   Is there anything in what you have said that

13  says it has to satisfy IMO regulations?

14      A.   Well, technically, by the various countries

15  being involved in the construction, being involved as

16  signatory parties in the IMO convention, it should

17  have watertight subdivisions necessary to keep her

18  afloat for one compartment; but in actual fact, no

19  implementation, as we say, in the membered countries,

20  but this yacht does violate that convention.

21      Q.   In other words, this is the IMO convention?

22      A.   Yes.

23      Q.   And you are saying that in your view, Italy

24  has adopted the IMO convention?

97

1     A.   They are a signatory party, but they haven't

2 adopted it.

3     Q.   Is the United States a signatory party?

4     A.   Yes.

5     Q.   Have they adopted it?

6     A.   No.

7     Q.   So neither Italy nor the U.S. has adopted

8 it?

9     A.   No.

10     Q.   But Rob Schofield has adopted it?

11     A.   Well, you asked me.

12     Q.   This is the world according to Robert

13 Schofield?

14     A.   I'm merely answering your question.

15     Q.   This is boat building standards according to

16 Robert Schofield.  I'm not saying that's a bad

17 standard.  Don't get me wrong.  I'm just not sure

18 anybody can live up to it.

19          MR. MCLEOD:  Don't worry about it, because

20      it will be boat building by Russell on the 16th.

21          THE WITNESS:  It is a violation of the IMO

22      convention, yes.

23 BY MR. MOORE:

24     Q.   Which has been knocking around for how many

98

1    decades now?

2        A.    That particular one hasn't been quite a

3    decade, but close to it.

4        Q.    Probably you could pump it on out to ten

5    years?

6        A.    The U.S. Coast Guard has been making its

7    move toward that recently.

8        Q.    They have been making nonmovements for the

9    26 years I have been practicing law.

10       A.    Yes.  They just don't have enough money.

11   Actually, it would be quite impressive if they did.

12       Q.    I don't think a reasonable jury will hold us

13   to a standard that governments themselves can't agree

14   on?

15            Do you know of any rules or regulations that

16   require a high-water alarm in the spoiler of this

17   Ferretti 60?

18       A.    No.

19       Q.    Would you agree that the need of a

20   high-water alarm in the spoiler was greater after

21   Bertram did its modification?

22       A.    Yes.

23       Q.    This is out of the blue, but are you

24   familiar with Sonitron audible alarm that was used on

99

1    the console of this boat?

2       A.   Oh, is that the --

3       Q.   That's the little alarm right there on the

4    console?

5       A.   I might have had some involvement in alarm

6    gauging for some tank ships, but that would have been

7    a commercial ship building type of thing rather than

8    the yacht.

9       Q.   You don't personally from your experience as

10   a boat builder and so forth recall in your experience

11   applying or using the Sonitron alarm in the vessels

12   you have built?

13      A.   No.

14           MR. MILLER:  Off the record.

15           (Informal discussion off the record.)

16   BY MR. MOORE:

17      Q.   You are familiar, of course, with bilge

18   pumps and their use on board vessels?

19      A.   I mean, that is a broad statement, but I

20   think the answer to that is definitely yes.  Yes, I

21   have designed bilge pumping systems for container

22   ships.

23      Q.   That would be a fine definition of the upper

24   end of their application on your designs.  What about

100

1    the lower end; what is the smallest boat that you can

2    think of where you have designed a bilge pump

3    application?

4        A.   My own eight-foot dinghy.

5        Q.   You have a bilge pump in your eight-foot

6    dinghy?

7        A.   It was a manual thing I had at one time.

8        Q.   How about an automatic?  I don't mean

9    talking about the rare exception like a dinghy that,

10   you know, most people normally bail out if they get

11   water in it, but in generally accepted boat building

12   practices, is there a standard when boats suddenly

13   start having bilge pumps put in?

14       A.   I can't remember if there is an ABYC

15   standard for that or not.

16       Q.   Let's talk about a 30-foot boat.  Is there a

17   30-foot boat out there that doesn't?

18       A.   Not many, but there are.

19       Q.   Most 30-foot boats have bilge pumps?

20       A.   Yes.

21       Q.   Would you agree water gets into almost all

22   boats?

23       A.   Yes.

24       Q.   How does IT get in?

101

1      A.    Rainwater, spray, leakage, washing, fishing.

2      Q.    A variety of sources?

3      A.    Piping systems, condensation.

4      Q.    Condensation?

5      A.    Condensation, yeah.

6            (Informal discussion off the record.)

7  BY MR. MOORE:

8      Q.    Let me just say this:  With respect to the

9  engine room, do you have any problems with the

10  forward bulkhead?

11     A.    From the perspective that by Engineer

12  Frabetti's own testimony, he said that even if the

13  bulkhead were watertight that the yacht would still

14  sink and the engine room flooded.

15     Q.    I mean, in other words, what I guess my

16  question is, you are not suggesting the forward

17  bulkhead is not watertight, are you?

18     A.    I tried to make that determination, and I

19  wasn't able to determine that one way or the other.

20     Q.    So you have no opinion on the forward

21  bulkhead?

22     A.    Except that according to the IMO convention

23  it should be watertight.

24     Q.    Should be watertight?

102

1      A.   And also Bureau Veritas rules require that

2   it be watertight for yachts over 15 meters.

3           MR. MCLEOD:   But you are right, he didn't do

4      that work.

5   BY MR. MOORE:

6      Q.   So as far as you are concerned, you have no

7   opinion of the MADAME as constructed as to whether

8   the forward bulkhead is watertight?

9      A.   Yes, I have an opinion.

10     Q.   What is your opinion?

11     A.   In order to satisfy Bureau Veritas rules in

12  effect at the time it was constructed, it should have

13  been watertight.

14     Q.   And it was certified by Bureau Veritas?

15     A.   Erroneously.   You know, we don't know.

16     Q.   The world according to Rob, your apparently

17  high standard, your opinion is that the Bureau

18  Veritas surveyor was wrong?

19          MR. MILLER:   When you say --

20          MR. MCLEOD:   No, I think he is saying he

21     doesn't know.

22  BY MR. MOORE:

23     Q.   What I'm trying to --

24          MR. MCLEOD:   Bureau Veritas requires it to

103

1    be watertight, but he didn't do any

2    investigation.

3         THE WITNESS:  There is the answer, yes.

4         MR. MILLER:  I have an objection to form.

5    It is one thing for Bureau Veritas to approve

6    construction methodology, and it is another thing

7    to build it under Bureau Veritas supervision.  So

8    even though Bureau Veritas may have approved the

9    plans for the watertight bulkhead, if the

10   construction did not implement the plans, then

11   the boat has not met Bureau Veritas standards as

12   constructed as opposed to design, and I think

13   that is where you might be cross talking.

14        MR. SIKES:  It is real simple.  He doesn't

15   know the answer.

16  BY MR. MOORE:

17   Q.   I think the bottom line with respect to this

18  vessel, you have no opinion.  I'm not talking about

19  the design.  We have covered the designs, the

20  factory.  We are talking about your eyes being laid

21  on this bulkhead.  You don't have an opinion?

22   A.   That is right.

23   Q.   I want you to understand I'm not trying, you

24  know, not trying to mislead you regarding your

104

1    opinions, regarding the design and so forth.  I think

2    you made that clear.

3           Your eyes on this bulkhead, you have no

4    opinion.

5           MR. MCLEOD:  He is asking because there is a

6        theory that was floating around here that it

7        wasn't, and so far, nobody has been able to show

8        us that it has.

9           MR. MILLER:  Jules will take care of that

10        when he recovers.

11   BY MR. MOORE:

12       Q.   With respect to your opinion, you have not

13   laid your eyes on that bulkhead and said whether or

14   not it is watertight?

15       A.   I have eyeballed the bulkhead, but I haven't

16   determined whether it is watertight or not.

17       Q.   Now, let's assume that the forward bulkhead

18   is not watertight.  Assume that as you are entitled

19   to as an expert.  Are you with me on this,

20   Mr. Schofield?

21       A.   Yes.  My eyes may be elsewhere.  Sorry.

22       Q.   You are entitled to assume that because that

23   is the way I'm phrasing the question, that the

24   forward bulkhead of the engine room is not

105

1    watertight.  Assume that.

2         Would this boat still have sunk if it were

3    not watertight?

4    A.   Well, it would have sunk whether it was

5    watertight or not.

6    Q.   That's my question.

7    A.   Yes.

8    Q.   It would have sunk whether it was watertight

9    or not?

10   A.   Yes.

11   Q.   The forward bulkhead, I'm referring to.

12   A.   Yes, I don't have to assume one way or the

13   other.

14   Q.   In this case, there is a lot of stuff; you

15   know, Ferretti is not this and Ferretti is not that,

16   and these are Italians, they don't know what they are

17   doing, yada, yada, yada.  What you are saying, even

18   if the forward bulkhead were not watertight, the boat

19   still would have sunk?

20   A.   Yes.

21   Q.   In other words, that didn't have a damn

22   thing to do with the boat sinking?

23   A.   Well, it did.

24   Q.   This particular boat?

106

1    A.    Yeah, but --

2    Q.    This particular boat under the circumstances

3 as you understand them?

4    A.    If the bulkhead was watertight and it was

5 further aft restricting the volume of edge space, it

6 is conceivable the yacht could have been constructed

7 so it wouldn't have flooded the engine room.

8    Q.    I will not go there.   I don't know what that

9 means?

10        MR. SIKES:   Did you get down the yada,

11   yada?

12        THE REPORTER:   I got it.

13        MR. MILLER:   Since we are on the subject --

14        MR. MOORE:   No.   No.   No.   No.   I don't want

15   to stay on the subject at your leisure.

16        MR. MILLER:   No problem.

17 BY MR. MOORE:

18   Q.    So as I understand it, just to summarize,

19 you do agree that the design of the vessel passed the

20 Bureau Veritas specifications; you do agree with

21 that?

22   A.    As type certificate.

23   Q.    You also agree that Bureau Veritas certified

24 Ferretti's construction yard?

107

1    A.    Of the yard facility.

2    Q.    That's a yes?  Go ahead, say yes and we will

3 move on.

4    A.    Of the yard facility.

5    Q.    That is right.  Do you agree Bureau Veritas

6 also certified Ferretti's construction methods?

7    A.    That could not be answered categorically.

8    Q.    I thought in your report you said that.  I'm

9 not trying to rush you.  I'm trying to recall what

10 you said in your report.  We will go back to it.

11        Top of your page 6 of 8, you say this

12 certificate was based on approval of the builders's

13 construction methods, so maybe you didn't mean to say

14 that.

15    A.    Yeah, I meant it generically.

16    Q.    I mean generically.

17    A.    Yes.

18    Q.    I'm just going generically here.

19    A.    Yes.

20    Q.    Now, have you ever designed a lazarette that

21 is on the aft part of a vessel?

22    A.    Yes.

23    Q.    What was the type of vessel you designed

24 with a lazarette?

108

1    A.   Well, I have done numbers of them.

2    Q.   I mean, who was the manufacturer, I guess,

3  is my first question.

4    A.   I'm thinking of one I designed for Vector

5  Works a few years ago, a 72-footer.  That yacht

6  wasn't built, but had a lazarette, you know, a bath,

7  and the engine spaces.

8         MR. MILLER:  What about your Sea Ray 63,

9    doesn't that have --

10        THE WITNESS:  I didn't design that vessel.

11   I did a structural design of it.  I didn't do the

12   overall design.

13  BY MR. MOORE:

14   Q.   Does the Sea Ray 63 have a lazarette on the

15  aft of the transom on the boat?

16   A.   They have a swim platform that is cut away

17  in the hull.  They don't have a stern extension or

18  something what you might call a spoiler here.

19   Q.   Have you designed any vessels that might

20  have a feature that could be generically referred to

21  as a spoiler?

22   A.   You almost never design one that way.  I

23  mean, after all, these are add-ons.

24   Q.   Right.  But if you personally designed one?

109

1    A.    I have designed stern extensions, yes.

2    Q.    Do those stern extensions, are they storage

3    compartments, those stern extensions?

4    A.    They are used for storage compartments,

5    yeah, but primarily, they are a swim platform.

6    Q.    What vessels have you designed that have a

7    stern extension?

8    A.    Christenson Motor Yachts, 120-footer.

9    Q.    A Christenson 120?

10   A.    That is the BAH HUMBUG.

11   Q.    Any others you can think of?

12   A.    Yeah.  What is the name of it?  This is a

13   Spanish yacht.  I want to say CATALON.  This is one I

14   did in conjunction with Luiz de Basto, and the lot

15   was Merrill Stevens.  CATALONIA is the name.

16   Q.    That has a stern extension?

17   A.    Yeah.  I have done some other ones.  Those

18   are the ones that come immediately to mind.  It is a

19   very common thing in the industry.

20   Q.    To have a stern extension?

21   A.    Yes.

22   Q.    And it has a swim platform on the top?

23   A.    Yes.

24   Q.    And people use it for storage?

110

1    A.   Yes, generally, uh-huh.

2    Q.   Now, would you say that generally the

3  hatches on those vessels, that those hatches are

4  watertight?

5    A.   Yes, they are.

6    Q.   And the bulkhead between those compartments

7  and the transom bulkhead, is that watertight?

8    A.   Yes.

9    Q.   This will be your chance to explain damage

10  to the spoiler, Mr. Schofield.

11       MR. SIKES:  I thought we already had.

12       MR. MOORE:  He is trying.

13  BY MR. MOORE:

14    Q.   I'm just opening.  I am sort of signaling to

15  you this is your chance to talk about the

16  deficiencies of the spoiler.

17       MR. MILLER:  We only have one day for this

18    deposition.

19       MR. MOORE:  Well, it is a small spoiler.

20  BY MR. MOORE:

21    Q.   Have you calculated the volume of the

22  spoiler?

23    A.   I remember doing it, but I know -- and this

24  stack of stuff in front of me, that volume is not in

111

1  this set.  I'm sure I did it, but I don't have the

2  calculations.

3      Q.   When you saw the video of the insurance

4  company's representative removing the transom,

5  removing, I should say, the forward wall of the

6  spoiler from the transom of the hull --

7      A.   I saw a photograph, a still photograph, not

8  a video.

9      Q.   Were you present that day when the forward

10  bulkhead of the spoiler was removed from the transom

11  of the big boat?

12      A.   You know, I think I was there the day

13  before.  Maybe the beginning of it, but I didn't stay

14  around while they pulled it off.

15      Q.   But there is no issue here that the forward

16  wall of the spoiler was still attached to the hull of

17  this vessel after the second time it dropped to the

18  ocean floor?

19      A.   Yeah, I'm sorry.  I don't understand what

20  you mean by "no issue."

21      Q.   There is no issue as far as at least the

22  detachment of the forward wall of the spoiler from

23  the transom of the primary hull.  I mean, it was

24  still attached even after being dropped twice to the

112

1    ocean floor.

2        A.    It was attached.

3        Q.    Now, in your report, you talk about the fact

4    that, at least you state it as a fact, that there is

5    no bronze backing plate in the attachment between

6    this spoiler and the hull of the vessel, correct?

7        A.    There was a pattern of bronze backing plates

8    as called out in the drawings that were submitted to

9    Bureau Veritas for approval and the configuration of

10   those plates as per that drawing was not followed.

11       Q.    So there are bronze backing plates, but they

12   are not in the right configuration?

13       A.    It seems to me we found -- my memory is

14   going bad here again.  It seems we found something in

15   there, but nothing like -- there were large numbers '

16   and the nuts were -- the bolts attaching the spoiler

17   were to have been threaded and tapped into that.

18   Those bronze backing plates were nowhere near the

19   configuration as built.

20       Q.    Where are the bronze backing plates?  In

21   other words, starting off with are they in the engine

22   room of the structure, or are they in the spoiler

23   side of the structure?

24       A.    You know, I don't recall exactly.  I will

113

1   have to refer to the notes and the drawings.  Bear

2   with me.

3        MR. MCLEOD:  If you left that exhibit book

4     and the drawing downstairs, I have to go get it,

5     so let me know.  If you can go into a different

6     area --

7   BY MR. MOORE:

8     Q.   If Bureau Veritas approved the bronze

9   backing plate contribution to the design, where would

10   you put the bronze backing plate?

11     A.   In the location as specified on the

12   drawing.

13        MR. MCLEOD:  I know what you are looking

14     for.  It is only this big.

15        MR. MOORE:  That's not it.  Go to another

16     one.  Let me help you.

17        MR. MCLEOD:  You are looking for one that

18     looks like this with the boat pattern with all

19     these things like that.  You are looking for a

20     drawing that looks like this.

21        THE WITNESS:  Yes, it is in this set.

22        MR. MCLEOD:  Yes, it is a small one.

23        THE WITNESS:  Yes.

24        MR. MCLEOD:  It is not like a big plan.  It

114

1       is a small drawing.

2   BY MR. MOORE:

3       Q.   I think it has the word "spoiler" in this

4   panel?

5           MR. MCLEOD:  It is with the boat pattern;

6       that is what it is.  I'm positive.  I know

7       exactly what you are looking for, and it is in

8       that box downstairs.

9   BY MR. MOORE:

10      Q.   Let me ask you a question as you are

11  thumbing through those.  How does a company like

12  Bureau Veritas approve the attachment configuration

13  for the spoiler without knowing, you know, what the

14  spoiler is?  Do you follow my question?

15      A.   Well, I don't think that Bureau Veritas

16  reviewed those drawings.

17      Q.   They approved them, Mr. Schofield.

18      A.   Well --

19      Q.   Let's assume you are going to hang your

20  mother-in-law's picture on the other side of the

21  transom.  You are going to hang your mother-in-law's

22  picture on the transom of your boat, and since you

23  are going to do that, you ask Bureau Veritas to

24  approve it.  Would the attachment drawing that you

115

1  saw be the same as the kind of attachment drawing you

2  would prepare to hang your mother-in-law's picture?

3      A.   To be nice to my mother-in-law, this drawing

4  would show the attachment much more massive than

5  required.

6      Q.  So if I understand your answer, the drawing

7  you are referring to, which we will find at some

8  point here, contemplates a fairly substantial

9  structure on the attachment to the transom of the

10  primary hull?

11      A.  Yes, it does.

12      Q.  I mean, you are a naval architect.  Wouldn't

13  that suggest to you the person who certified that

14  drawing had some pretty good idea of what was going

15  on back there?

16      A.   Yes.

17      Q.  How does not having a bronze backing plate

18  contribute to the sinking of this vessel, assuming

19  there is no bronze backing plate, which we deny?

20      MR. SIKES:  I didn't think he said there

21    were none.

22      MR. MOORE:  I think he said he found them,

23    but he didn't like the arrangement.

24      MR. MILLER:  I'm not sure if he said that

116

1    either.

2  BY MR. MOORE:

3    Q.   He will have a chance to clarify every

4  question I have asked today.

5    A.   My preliminary recollection, subject to my

6  review of the notes and photos or whatever, is there

7  were only a couple of plates and they were not --

8  they didn't act as big load-bearing washers or beam

9  tie members that you would expect.

10   Q.   Don't worry about that drawing.  Oh, he just

11  found it.

12   A.   We found it.  "Descrizione Srutture Pianta e

13  Long."

14   Q.   Just show it to him and we can refer to it

15  by Exhibit number before we move on.

16   A.   They do have Bureau Veritas marks.

17       MR. MCLEOD:  It looks like 233, 234 are the

18    boat patterns, the backing plates.

19       When you are looking at a document, remember

20    before you start speaking say "I'm looking at

21    Exhibit 230," and then let's have it.

22  BY MR. MOORE:

23   Q.   Now, in looking at Exhibit 230, you see that

24  that exhibit has been stamped by Bureau Veritas,

117

1    correct?

2        A.    Yes.

3        Q.    And that is the exhibit, or at least one of

4    the exhibits, that gives you the design or profile of

5    the way the spoiler was to be attached to the transom

6    of the primary hull?

7        A.    I notice also that Exhibit 231 has a

8    different molding configuration, but essentially,

9    yes.

10       Q.    But 230 and 231 are sort of related to each

11   other, and 231 is a little bit bigger scale; is that

12   correct?

13       A.    Different bolt configurations as well.

14       Q.    Well, to move along, what I would like to

15   ask you, what we see here is the transom of the

16   primary hull and the forward wall of the spoiler and

17   a design of how those two structures are supposed to

18   be attached, correct?

19       A.    Yes.

20       Q.    And you have already admitted that wall

21   never came off the transom of the boat, correct?

22       A.    It didn't come off.

23       Q.    Now, you claim there is a variance between

24   the drawings and the as-built.  How does that

118

1    contribute in your opinion, support your opinion that

2    the spoiler failed?

3        A.   Yes.   I can answer that.   There is evidence

4    of movement of what was left on the boat during my

5    inspection, and this movement may have precipitated

6    the loss.   You know, it was a precursor to the

7    failure of the bottom.

8            For instance --

9        Q.   Well, I don't have to get into it.   Let's

10   get back to your Exhibit 413 which is this little

11   drawing that you drew which shows the hole in the

12   spoiler.

13           You are saying there was movement between

14   the spoiler and the hull?

15       A.   Between the spoiler and the hull, yes.

16       Q.   And that in some way contributed to the

17   failure of the horizontal part of the spoiler from

18   the vertical part of the spoiler?

19       A.   No.   It didn't relate to that particular

20   part.   That wouldn't happen in isolation.

21       Q.   What did it contribute to?

22       A.   It could have likely contributed to the

23   separation of the exhaust pipe construction to the

24   after end of the spoiler.   Any movement would

119

1   suppress those pipes.

2      Q.   The failure you are referring to is

3   referring to the flexing of the spoiler box; it may

4   have been enhanced by this divergence from the

5   drawing?

6      A.   Yeah.  Not only it might have, it probably

7   did.

8      Q.   Well, that is certainly clarified as being

9   the question that I had.  Okay.

10     A.   Okay.

11     Q.   Now, I may have asked you earlier, but did

12  you do calculations just with respect to the design

13  of the spoiler, the structural design of the spoiler,

14  not the as-built, but just the design of it?

15     A.   I realized that -- I realized that the

16  spoiler was pretty much analogous to the hull.  The

17  hull bottom and sides, the main hull bottom and

18  sides, and, therefore, the scantling the plies of the

19  laminate structural configuration should be a copy of

20  the hull itself.  But with respect to those loadings

21  on the spoiler, I did some calculations, too, on the

22  hydrodynamics for pushing it up and down to get a

23  feeling for the magnitude of forces here.

24     Q.   Okay.  And?

120

1    A.   Well, trim tabs alone at 35 knots would

2  exert roughly 3,300 pounds per tab.

3          MR. SIKES:  3,300 pounds?

4          THE WITNESS:  Yes.  That would be upward

5      force per tab.

6          MR. SIKES:  Directly above the tab.

7          THE WITNESS:  It acts about the third

8      forward end of the tab, but roughly, we have a 43

9      inch distance from the transom joint to the after

10     end of the tab.

11         Tabs are 13 inches forward to aft

12     dimensions.

13  BY MR. MOORE:

14     Q.   You say 43 inches?

15     A.   Yes.

16     Q.   Did you measure it?

17     A.   Yes.

18     Q.   Because you conclude in your report that the

19  trim tabs were on the aft edge of the spoiler?

20     A.   Well, they start from the after edge and go

21  forward.

22     Q.   Where does that 43 inches start from and

23  end?

24     A.   The transom has a chamber crowned curve, and

121

1   if you measure 43 inches back from that, you describe

2   the aft edge of the spoiler edge.  The lower edge,

3   there is another ducktailed portion which extends

4   further aft from that; and with this force on the

5   tab, I figured there was going to be roughly 2,200

6   foot pounds of bending moment at the intersection of

7   the spoiler to the main hull.

8       Q.   How many pounds her tab at 25 knots?

9       A.   It would be a squared function.  I would

10  have to calculate it.

11      Q.   So you would have to calculate it out?

12      A.   Yes.

13      Q.   In other words, the square of something

14  equals 33,000 pounds per tab?

15      A.   3,300 pounds per tab, yeah, the square of

16  the speed.

17      Q.   I meant 3,300.

18      A.   So you take the ratio of the squares of 35

19  knots versus 25 knots both squared.  That ratio, you

20  could multiply that amount and you would get the

21  right answer.

22      Q.   That squared formula would apply as you went

23  down in knots?

24      A.   Yes.

122

1    Q.   Of course, the pressure being exerted is

2    relieved as the trim tab does its job?

3    A.   Yes.   The trim becomes less.   Assuming the

4    yacht was running in the early planing stages, total

5    tab deflection relative to water flow would be

6    approximately 15 degrees.

7    Q.   Talking in the first 20 minutes of the

8    voyage from 07:00 to 07:20, the only time when

9    Mr. Goldstein was on a plane, 20 minutes?

10   A.   No.   I didn't relate it to the voyage as to

11   the voyage in question.   It would be just a simple

12   operation.   The yacht has to climb over a bow wave to

13   get on plane basically.

14        There is a bow high attitude, as you know,

15   from the initial stages of planing.   Trim tabs help a

16   lot to minimize that dwell time in that stage and

17   about 15 degrees of tab deflection to the water is

18   approximately normal.   It could be greater.   It could

19   be less.

20   Q.   The pressure is sort of less as the plane

21   and speed are achieved; the pressure is sort of

22   relieved?

23   A.   Well, no.   I mean, conceivably, you could

24   have full tab deflection at 35 knots if the operator

123

1   operated the tabs down and in a running position.

2   Sometimes in heavy sea states, you want to keep the

3   bow down to minimize slamming.

4       Q.   Do you relate in your opinion how

5   Mr. Goldstein had been underway when his spoiler

6   failed in support of your opinion that it failed?

7   That, of course, we deny.

8       A.   Yes.  I read the transcript of his

9   deposition.  The description of the accident, and I

10  have pieced together not a chronology, but followed

11  the chronology, and I remember the times involved;

12  but as we sit here today, I don't remember how long

13  those were.

14      Q.   Do you recall that he was cruising along

15  nicely at ten knots, not having any problems to speak

16  of when his port V-drive alarm went off?

17      A.   Was it ten knots?

18      Q.   Yes.

19      A.   Whatever the transcript of the deposition

20  says.

21      Q.   But then something like 15 minutes later, he

22  couldn't get the boat up to even ten knots?

23      A.   With the full throttle application because

24  he was wallowing and sitting down by the stern so

124

1   much?

2       Q.    Right.

3       A.    I remember reading that.

4       Q.    So you would agree that something happened

5   between 08:20 when he cut his engines because of the

6   port V-drive light and 08:35 when he reported to the

7   Coast Guard he was taking on water and sinking?

8       A.    Yes.  What happened was he was taking in

9   water.

10      Q.    Right, and do you have any reason to believe

11  he was taking on water prior to 08:20?

12      A.    Yes.

13      Q.    What leads you to conclude that?

14      A.    Mr. Goldstein reported intermittent

15  operation of the spoiler bilge pump.  The light kept

16  coming on and going off and then coming on.

17      Q.    He testified, see if you remember that, that

18  not only the bilge pump went on off, but that more

19  than one bilge pump went on and off?

20      A.    Well, I remember there was ultimately a

21  high-water alarm going off in the engine room.

22      Q.    That's way later.  I'm talking leading up to

23  08:20 when he cut his engines to inspect the

24  V-drive.  Prior to 08:20 I'm referring to, in other

125

1  words.

2      A.    Without reading the deposition, I would have

3  to refresh my memory.  I assume that is what he

4  reported.

5      Q.    Wouldn't you also agree if he was taking on

6  significant quantities of water into the spoiler and

7  if that entered into the engine room that the bilge

8  pump light would go on and stay on?

9      A.    Significant quantities of water or what

10  would require -- yeah, you mean if they --

11      Q.    Enough to raise the float switch, in other

12  words.

13      A.    Oh, in other words, to overpower the pump?

14      Q.    Right.

15      A.    Yes.

16      Q.    In other words, if the float switch is

17  raised and the pump is not keeping up, as they say,

18  the red lights on the bilge pump would stay on in the

19  console?

20      A.    If the systems were working, yes.

21      Q.    They would illuminate and stay illuminated

22  unless and until the vessel bilge pumps caught up

23  with the flow of the water?

24      A.    That is right.

126

1   Q.   And there is nothing you have seen, I trust,

2   that would lead you to concluded that Mr. Goldstein

3   ever saw bilge pumps staying on, bilge pump lights

4   illuminating and staying on, correct?

5   A.   No.

6   Q.   Up to 08:20 when he cut his engines?

7   A.   When he cut his engines and called in on the

8   high temperature alarm of the main reduction engine.

9   Q.   Port V-drive?

10   A.   V-drive.

11   Q.   You don't see anything in the record that

12   would suggest to you that the bilge pump light came

13   on and stayed on; is that correct?

14   A.   That is correct.

15   Q.   But it could have came on and stayed on in

16   the spoiler if the spoiler had more than a few inches

17   of water in it, correct?

18   A.   I mean, excepting for water sloshing or

19   bilge water going back and forth.

20   Q.   Bilge water sloshing back and forth could

21   explain intermittent lights going on and off,

22   correct?

23   A.   It might.

24   Q.   I mean, it would be one possible

127

1    explanation?

2        A.    Yes.

3        Q.    I thought in your report you referred to

4    a -- let me find it so I don't mislead you here.    I

5    think it is at the bottom of page 5.    It is actually

6    on the top of page 7.

7            You refer to the failure of the spoiler

8    bottom along the transom edge, and you say, "I found

9    only two or three plies of fiberglass fabric turning

10   the corner"; and I think you defined that turning the

11   corner phrase meaning from the horizontal to the

12   vertical?

13       A.    Yes.

14       Q.    Inside the spoiler?

15       A.    Yes.

16       Q.    Then you say, and I'm quoting, This single

17   deficiency caused the bottom shell of the spoiler to

18   fracture at its edge with the transom of the main

19   hull.

20       A.    Yes.

21       Q.    What you are referring to there is this

22   single deficiency relates to the separation of the

23   bottom of the spoiler on the horizontal to a

24   separation of the spoiler at the vertical?

128

1      A.    Yes.

2      Q.    Now, would that kind of separation be

3  something that would almost within a matter of a few

4  minutes flood the spoiler?

5      A.    Massive separation, you could conceivably

6  have a crack, a small crack that would remain and

7  weep for a while, but you can expect a catastrophic

8  failure.

9      Q.    You would expect a catastrophic failure?

10     A.    Not necessarily all cases, but most likely

11  it would be.

12     Q.    It is most likely in this scenario you could

13  have a catastrophic failure?

14     A.    Yes.

15     Q.    In other words, the dynamic forces at work

16  here don't really lend themselves to suggest that you

17  would have some leakage; you would have like a

18  failure, a big-time failure where the vertical

19  separated from the horizontal?

20     A.    I don't know if you could be so categorical

21  as that.  I think you would have to allow for the

22  possibility that some leakage may happen.  You

23  couldn't be that definite.

24     Q.    The leakage scenario would lend itself to

129

1  Mr. Goldstein seeing his bilge pump in the spoiler

2  coming on and staying on, wouldn't it?

3      A.   It is a possibility.

4      Q.   Now --

5      A.   That possibility is open, yes.

6      Q.   Can you direct me to any sort of scientific

7  journals or treatises or scholarly works that sort of

8  talk about this subject if I'm interested in reading

9  up on it in the next 30 days?

10     A.   With respect to?

11     Q.   The lamination, you know, requirements that

12  you have referred to.

13     A.   As far as turning the corner on the sides

14  and bottoms?

15     Q.   What you referred to as the "single

16  deficiency."

17     A.   A good place is exemplified by the American

18  Bureau of Shipping Rule Book for Yachts, the guide

19  for motor yachts wherein descriptions of these proper

20  types of joints are outlined.

21     Q.   ABS Guide for Motor Yachts?

22     A.   Yes.  Lloyds' Register of Shipping has a set

23  of preferred details for this type of joint.  I have

24  written a paper myself for the Composites Fabrication

130

1   Association Journal called "Chains and Chines," back

2   to nomenclature issues again; and I think in my

3   resume or CV you have a reference to that.

4          There is a fellow by the name of Reichert,

5   Professor Riechert, Florida Institution of

6   Technology, who wrote a paper on chine structures in

7   cored boats which may or may not have to do with this

8   thing, but he does talk about this particular joint.

9          The American Society of Mechanical

10  Engineers, Code 10, which is -- which has force of

11  law in design of pressure vessels in fiberglass

12  design, joint configurations similar to this where we

13  have a vertical face.

14  Q.    That is probably enough for me to read in

15  the next 30 days.  One of the wonderful things about

16  being a trial lawyer is you get to be an expert on

17  totally esoteric matters; I should say that you will

18  never use in your life.

19          In your opinion, if it happened that the

20  vertical face separated from the horizontal face,

21  would you agree that at that point, the structural

22  integrity of the spoiler was lost?

23  A.    Once that is the case, this interface or

24  this joint separated, yes, you would lose the

131

1    structural integrity of this spoiler bottom anyway.

2        Q.   Structural integrity is effectively a term

3    that means what keeps the box together?

4        A.   Or what keeps the water out, in this case.

5        Q.   Yes, but it also is structural.  In terms of

6    structural integrity, the strength of the bottom has

7    been compromised at the point in time when the

8    horizontal surface separates from the vertical

9    surface?

10       A.   Yes.

11       Q.   Now, I think you would agree that you have

12   no evidence that was taken from observing the MADAME

13   prior to her sinking, correct?  You don't have any

14   videos some place I don't know about?

15       A.   We have photographs taken by Mr. Justin

16   Blue.  We have also all sorts of drawings and

17   calculations provided by Ferretti S.p.A.

18       Q.   What I'm really referring to, and that's a

19   very good comment, the Justin Blue photographs,

20   because I momentarily forgot about those, is anything

21   other than that.  And the drawings, of course, are

22   conceptual, and you are really relating to the

23   as-built situation?  You never had occasion to

24   inspect the MADAME before she sank?

132

1    A.   No.

2    Q.   As far as you can recall sitting here today,

3    the only thing you have observed that might be

4    considered evidence taken prior to the sinking are

5    the Justin Blue photographs?

6    A.   Yes.

7    Q.   One comment, at the bottom of page 6, you

8    say "reliance exclusively on bolts is unusual for

9    stern extensions in the American marine industry."

10        That suggests to me that you may have

11   concluded that Ferretti was relying exclusively on

12   the bolts.  Do you agree with that statement?

13   A.   Yes.

14   Q.   When you say it is unusual in the American

15   marine industry, can you point to any situations in

16   the American marine industry where they have used

17   bolts as the exclusive method of attaching stern

18   extensions?

19   A.   No.

20   Q.   Did you do any calculations to support your

21   opinion that taking off the flares reduces the

22   strength of the spoiler?  Is that just sort of in

23   your view kind of a common sense observation?

24   A.   Yes.

133

1    Q.    Based on your experience?

2    A.    Yes.

3    Q.    But you have no work product to support

4    that?

5    A.    No.

6    Q.    I'm almost finished.

7          MR. SIKES:  Let me ask him a question while

8    you are looking.

9          MR. MOORE:  Yes, sir.

10          MR. SIKES:  Would it have appeared to you

11   that the exhaust flares were somehow designed in

12   order to better stabilize the spoiler?

13          THE WITNESS:  It would be surprising to me

14   if anybody treated it structurally in design.

15          MR. MILLER:  Frabetti has testified

16   otherwise.  He said they provided little to no

17   strength.

18          THE WITNESS:  I am concurring with that,

19   yes.

20   BY MR. MOORE:

21   Q.    You effectively concur with that; they

22   provided little or no strength to the structure?

23   A.    No, they do provide some strength, but at

24   the same time, it would be unusual for someone to --

134

1          MR. SIKES:  Consciously design it in?

2          THE WITNESS:  Yes.

3    BY MR. MOORE:

4          Q.    As a structural member?

5          A.    Yes.

6          Q.    And there is a contribution, but it is not

7    much?

8          A.    Exactly.

9          Q.    Now, I will make an assumption that the

10   answer would be no, but we will try to base it on

11   what you said earlier.  If the dinghy, the Novarania,

12   was properly secured down on the deck of the spoiler

13   and the spoiler was completely awash, do you have any

14   opinion as to how many gallons of water could enter

15   the spoiler if all hatches were latched?

16          In other words, it has several parts; if the

17   dinghy is secured down, latched down tight; spoiler

18   completely awash; and all the hatches are latched.

19   Any opinions as to how many gallons of water could

20   enter that spoiler when the vessel is just sitting

21   there in the water with no headway?

22          A.    Well, it depends on the head of the water

23   over the swim platform.

24          Q.    How many gallons of water per minute given

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

135

 1  what you know about the configurations of the --

 2      A.   Do we want -- do you mean hold it underwater

 3  physically?  So much depends on the water pressure.

 4      Q.   Say a one-foot wave.

 5      A.   A wave is a momentary thing, too, or would

 6  you start with the emergence head of one foot?

 7      Q.   A wash six inches, is what I recall.

 8      A.   A wash six inches.  It was six inches under

 9  water, and all those hatches --

10      Q.   Dry and down, and the water that came over

11  was six inches?

12      A.   Yeah, the effect of going -- the effect of

13  the dinghy would be inconsequential because it would

14  ultimately float.

15      Q.   If it were latched down, I'm talking.  It is

16  down.  It is not floating.

17      A.   It depends on the amount of lashing.  There

18  are an awful lot of variables, and I'm not sure you

19  could give a definitive answer to something like

20  that.

21      Q.   How would your opinion change regarding the

22  definitive nature of your answer if one of the

23  hatches was not held down by the dinghy and was

24  completely unlatched?

136

1     A.   You could conceivably be at open

2   communication with the sea at that point.

3     Q.   It is just pouring in at that point?

4     A.   Yes.

5     Q.   How many seconds or moments would it take?

6     A.   Almost instantaneous.

7          MR. MILLER:   As waves wash over the swim

8     platform?

9          THE WITNESS:   If you are talking about a

10     six-inch immersion or something, it would just

11     take a few seconds.

12   BY MR. MOORE:

13     Q.   What if the dinghy were properly secured

14   down; the spoiler was not completely awash, but it

15   was simply getting wet from time to time.  Say under

16   conditions like that, what would you expect

17   Mr. Goldstein to have experienced when he was coming

18   from Ocean Reef to the point where he cut off his

19   engines having heard the V-drive alarm?  How many

20   gallons per minute would you expect to enter the

21   spoiler if the hatches were latched?

22     A.   Stern to seas?

23     Q.   He is taking the seas off his starboard bow

24   at 45 degrees.  He is traveling at ten knots.

137

1        MR. MILLER:  The two outer hatches are

2    latched?

3        MR. MOORE:  That is right.

4        THE WITNESS:  It wouldn't take in very much

5    water under those circumstances.  He might get a

6    gallon every couple of minutes or something.

7  BY MR. MOORE:

8     Q.   Maximum?

9     A.   Yeah.  You know, this is an estimate of the

10  sea state like that, comparable conditions to the day

11  of the accident.

12    Q.   Assume if the dinghy were not properly

13  secured and had floated off the back of the boat and

14  the spoiler was completely awash and latches were not

15  latched, therefore, floating.  You would have

16  instantaneous floating of the spoiler?

17    A.   By that point and from the description of

18  the accident as given by Mr. Goldstein, the spoiler

19  was pretty well underwater anyway.

20    Q.   So whatever conditions, whether the dinghy

21  is secured or not, with the vessel experiencing a

22  wash that comes over the spoiler at six inches, if a

23  hatch is floating free, not latched down, you would

24  almost have instantaneous flooding of the spoiler

138

1    compartment?

2        A.    It might take 30 seconds, but close enough.

3        Q.    Do you see a connection between the V-drive

4    alarm going off and Mr. Goldstein discovering within

5    15 minutes later that his spoiler was full of water?

6        A.    No.

7        Q.    Do you think this is coincidental?

8        A.    I don't know.  I haven't formulated -- I

9    have asked myself the question and haven't come up

10   with an answer.

11       Q.    Stated differently, do you think it is

12   fortuitous that on all days, on that day,

13   Mr. Goldstein has an overheating V-drive at the very

14   moment his spoiler is falling apart?

15       A.    It is fortuitous, or it seems to be at

16   least.

17       Q.    Do you think it is more likely than not that

18   the two events are connected?

19       A.    It is possible that the sensing circuit was

20   short circuited by seawater.

21       Q.    You do recall Mr. Goldstein saying he was in

22   the engine room for four minutes and saw no water in

23   the engine room?

24       A.    He was in the fore end of the engine room,

139

1    and the V-drives are up there as well.

2         The floor plates are pretty high off the

3    tops of the stringers.  There is a possibility there

4    was water in there and didn't see it, so I don't

5    know.

6    Q.   I mean, he is looking right at the V-drive,

7    so if the water is short circuiting the sensors on

8    the V-drive, you would expect him to see it, wouldn't

9    you?

10   A.   It depends on the routing of the circuitry.

11   I don't know.

12   Q.   You have puzzled over this to try to resolve

13   the fact that two apparently unconnected events

14   happened within 15 minutes of each other?

15   A.   Yes.  There is a possibility of cavitating

16   and pooling of water, too, which may have affected

17   the attitude of the bow or a few other things, or

18   maybe with the V-drive, but I don't think it was a

19   V-drive belt pump.

20   Q.   Those are kind of speculative thoughts on

21   your part?

22   A.   Yes.

23   Q.   Naval architecture is really more in the

24   realm of a type of science, if that is the right

140

1   word, or engineering?  It is not really based on

2   speculation?  You have what are called provens, and

3   you prove things?  You don't just sort of surmise

4   what might have happened, correct?

5       A.   It is another branch of engineering.

6            MR. MOORE:  Okay.  That's all I have.

7            (Documents were thereupon marked Exhibit

8       Nos. 416 through 425 for Identification, and

9       retained by counsel for Ferretti.)

10                    CROSS-EXAMINATION

11  BY MR. MILLER:

12      Q.   Mr. Schofield, I'm handing you some

13  photographs that I have marked as Exhibits 416

14  through 425.

15           Would you identify each of those for us

16  calling out the exact number as you do so.

17      A.   Exhibit 416 is a photograph of the stern of

18  the subject boat shooting from starboard toward

19  port.

20           417 is a photo upside down of the piece of

21  the spoiler material that is torn from the transom of

22  the boat.

23           Exhibit 418 is a view of the lower transom

24  of the boat with the spoiler wall still in place.

141

1   I'm sorry.  I used a non-marine nomenclature.

2          419 is a close-up shooting from the

3   starboard toward port also prior to the removal of

4   the forward bulkhead of the spoiler.

5          Exhibit 420 is a stern view of the MADAME

6   from some distance off giving an overall

7   perspective.

8          Exhibit 421 is a picture of one side of the

9   spoiler bulkhead after removal, port side to be

10  exact.

11         Exhibit 422 is a photo of articles on the

12  warehouse floor, including parts of the spoiler deck

13  with one hatch cover attached and some exhaust

14  tubing.  This appears to be the port exhaust tube.

15         Exhibit 423 is a photograph of the interior

16  of Mr. Mitri's boat and the spoiler compartment

17  showing some water in the bilges and the bilge pump

18  along with a scum line.

19         Exhibit 424 is a view of Mr. Mitri's spoiler

20  compartment from a distance after the compartment was

21  cleared of the articles stored therein.

22         Exhibit 425 is a photo of Mr. Mitri's

23  starboard trim tab spoilers and propeller.

24     Q.   Do you see anything of significance in 417

142

1    insofar as it relates to your theory about the

2    spoiler failure?

3       A.   Yes.

4       Q.   Would you please explain that?

5       A.   There is a seam in the plywood core of this

6    spoiler bulkhead, and the seam appears to be the line

7    of, well, scabbed in pieces of plywood.  The seam

8    line end line of the lower most bolts attaching the

9    spoiler to the main hull.

10          MR. MOORE:  What number is that?

11          THE WITNESS:  417.

12   BY MR. MILLER:

13      Q.   Does the composition of this bulkhead in

14   connection with the bolted pattern have any causal

15   connection with the swim platform failure?

16      A.   Yes.  I called it a swim platform.  I should

17   say spoiler to stick with our nomenclature.

18      Q.   Would you explain the connection?

19      A.   As I mentioned earlier today, the flexing of

20   the spoiler relative to the hull might have

21   precipitated the failure of the attachment of the

22   starboard exhaust to the spoiler bottom, and this

23   crack along the seam of the plywood that I talked

24   about a minute ago lining up with the bolt holes is

143

1    evidence that things had flexed quite a bit.

2        Q.    Would the spoiler flexing along that bolt

3    line also place stresses on the tab junctions between

4    the forward face and side walls of the spoiler where

5    they interconnect with the bottom face of the

6    spoiler?

7        A.    Yes, it could.  The effect wouldn't be

8    major, but there would be an effect nevertheless.

9        Q.    The point being, that flexing created by the

10   lack of rigidity due to the composite nature of that

11   plywood bulkhead would be an additive stress on the

12   tabbing that joined the bottom of the swim platform

13   to the front face and the side?

14            MR. MCLEOD:  I didn't know there was a tab

15       at all.

16            MR. MILLER:  No, there is some.  Maybe I

17       need to get into that.

18            MR. MCLEOD:  Are you talking about this

19       right there?

20   BY MR. MILLER:

21       Q.    No, I'm talking about the fact you have this

22   flexing along the bolt line here on either side,

23   particularly manifested at the very bottom; and the

24   question is whether the flexing would occur because

144

1   the composite nature of the plywood bulkhead would

2   put additive stresses on whatever would join the

3   bottom of the swim platform to the front face and

4   other side.

5       A.   It would not be additive to impact loads and

6   hydrodynamics of the bottom spoiler plating, but it

7   would be additive to the vertical leg of that tab of

8   the spoiler bottom to the vertical face.

9       Q.   Which is the face plate to the back of the

10  main hull?

11      A.   Yes.

12      Q.   Would that force tend to try to separate the

13  bottom from that forward face?

14      A.   It would cause a peel effect.

15      Q.   Can you describe for us what precisely you

16  criticize with respect to the construction of the

17  spoiler on the MADAME?

18      A.   Well, there were a number of items.

19      Q.   You need that chart?

20      A.   No.  I recall this from memory.  The

21  lamination schedules were a bit light as per my

22  comments earlier today on the overall structural

23  design of the MADAME, but aside from that, we had a

24  few number of plies at the bottom of the spoiler

145

1    connected to the vertical faces and vertical

2    laminates connecting to the bottom.

3           The abrupt termination of the plies, the

4    dropping off of the plies that made the corner -- I'm

5    sorry I don't have a better term -- scabbing a bit,

6    and pieces of plywood along the bottom edge of the

7    vertical end at the box of the spoilers, that is that

8    part that bolts to the transom.

9           The poor workmanship for attachments of the

10   exhaust tubing to the bottom of the spoiler.

11   Insufficient tabbing, insufficient taper-out.  No

12   material from the exterior.  Large quantities of

13   resin putty.

14        MR. MOORE:  Excuse me one second.  When you

15     say no material from the exterior --

16        THE WITNESS:  Yes, no tabbing on the

17     outside.  I will back up a bit.

18        MR. MOORE:  That is not a sentence fragment,

19     "no material from exterior"?

20        MR. MCLEOD:  Under the category Workmanship

21     of Exhaust Tubing, and then you made three

22     comments, insufficient tabbing, insufficient

23     taper out, no material from the outside.  Those

24     are just subdivisions of that one category?

146

1          THE WITNESS:  That is correct.

2          MR. MCLEOD:  Keep going.

3          MR. MOORE:  I'm with you.

4          THE WITNESS:  Now, lack of reinforcement,

5     bronze reinforcement bars in the transom bolting,

6     as we talked about earlier on the structural

7     drawing.

8          MR. MOORE:  Now, we are going back to -- we

9     are not talking about the starboard exhaust tube

10    any longer?

11         THE WITNESS:  That is right.

12         MR. MOORE:  Now we are talking about the

13    structure of the spoiler itself?

14         THE WITNESS:  Yes.

15         MR. MOORE:  Okay.

16         THE WITNESS:  Do we want to talk about the

17    open hole in the transom?

18  BY MR. MILLER:

19    Q.  We are talking about the spoiler itself.

20    A.  Okay.  That's part of it, but as far as the

21  -- and the fact that they are relying on bolts and

22  not exterior fiberglass tabbing or secondary bonding

23  on the joint between the spoiler and the hull itself,

24  this is a highly unusual way of making that

147

1    attachment.

2        Q.   Well, you mentioned earlier that the

3    existence of a compartment in the engine room is not

4    unusual on a yacht, but my question to you is whether

5    the addition of a piece by the use of bolting is

6    unusual.

7        A.   It is not unheard of, but it is unusual.

8    Most of the stern extensions I have worked on or have

9    seen or have reviewed have been accomplished with

10   fiberglass tabbing and secondary bonding.  There

11   might be some bolts, but not bolts exclusively.

12       Q.   Let's talk about some of the deficiencies in

13   the spoiler that you have listed.  The first one that

14   you have mentioned was that the laminate schedule was

15   light compared to the hull, I believe, if I

16   characterized it correctly?

17       A.   No, it seems to match the hull laminate.

18       Q.   That was my point.  The laminate schedule

19   for the spoiler shows dimensions that are more or

20   less the same as that of the main hull; is that

21   correct?

22       A.   Yes.

23       Q.   Or put differently, the thickness of the

24   spoiler pieces should be the same as the thickness of

148

1    the main hull, pieces of comparable nature according

2    to the laminate schedule?

3        A.    Yes.

4        Q.    Now, in fact, when you looked at the

5    spoiler, Ferretti, when constructing that spoiler, it

6    followed the laminate schedule for the spoiler?

7        A.    It seemed to have, yes.

8            MR. MCLEOD:   The hull?

9            THE WITNESS:   Yes.

10            MR. MCLEOD:   Spoiler of the hull?

11            THE WITNESS:   Yes.

12   BY MR. MILLER:

13       Q.    Then I'm not sure we are communicating.

14            When you looked at the spoiler, did it have

15   the proper thickness?

16       A.    Yes.

17       Q.    Did you find any discrepancy?

18       A.    Excuse me.   Per the hull structural drawing,

19   it did have that thickness.   My criticism was of that

20   hull laminate.

21       Q.    Would you tell us in particular your

22   criticism of the hull laminate?

23       A.    Yes.   The hull seems to have been designed

24   to a lesser acceleration and significant wave height

149

1   than would be expected of a yacht of this type.

2      Q.   The second point you mentioned was the

3   presence of fewer plies connecting the bottom to the

4   vertical members of the spoiler.  Could you talk

5   about that for us, please, and explain your

6   criticism?

7      A.   Yes, not enough plies turn the corner.  We

8   had insufficient structure connection between the

9   vertical leg of this joint and the horizontal leg.

10     Q.   What precisely did you find when you

11  examined that connection?  What was present to make

12  the connection?

13     A.   There were only three or four plies in most

14  case of structural fiberglass that physically turned

15  the corner and went any appreciable distance onto the

16  adjacent member.

17     Q.   How many should there be?

18     A.   You would need the full number of the

19  thinner of the two members, plus about one and a half

20  times that amount.  That is a good rule of thumb for

21  a solid chine-type connection.

22     Q.   What would that have added up to in this

23  particular application?

24     A.   I need my file for that, and I had counted

150

1    the number of plies and it was in the vicinity of 8

2    or 9 plies.  You would need approximately 12, 13

3    plies total to go around the corner.

4        Q.    If I understand you correctly, the thinnest

5    member had 8 to 9 plies?

6        A.    Yes.

7        Q.    And applying your 150 percent factor, the

8    chine or the corner where the bottom surface met the

9    side surface should be 12 to 13 plies?

10       A.    Yes, and some builders double lap

11   everything, so we would have all the side plies plus

12   the bottom plies through the joint.

13       Q.    From a structural standpoint, why is it

14   necessary to do so?

15       A.    When you turn the corner with a piece of

16   plating structure as that, there is a moment in a

17   sheer intensification due to the change in geometry.

18   To provide sufficient rigidity and strength against

19   that preservation of the geometry, you need to have

20   an additional thickness of comparable strength.  That

21   is to allow you to keep that joint from rotating.

22   Otherwise, it simply becomes a plastic tackle box

23   hinge.

24       Q.    Put differently, where the bottom meets the

151

1    side, you don't have the same rigidity as you do on

2    just the bottom surface itself?

3        A.    That is right.   Yeah.

4        Q.    Where the bottom meets the side will become

5    a hinge unless you have sufficient laminate buildup?

6        A.    Exactly.

7        Q.    Sufficient layers?

8        A.    In this case, we had a little more than

9    resin plus three, four plies.   It might be three

10   plies would be a good average.

11       Q.    Now, I will oversimplify for the sake of

12   aiming the discussion, but see if you agree with my

13   oversimplification.   If we have a flat piece like the

14   bottom surface of the spoiler, at least within a

15   certain area of its perimeter, the stresses tend to

16   run in one direction?

17             That is really not a very good way to put

18   it.

19             If we take a bottom piece that is flat, the

20   stresses will run in a regular fashion; will they

21   not?

22       A.    Well, we have a superposition of many

23   stresses, but the stress that you are most concerned

24   about in the design of a joint like this or the

152

1   actual performance of a joint like this, regardless

2   of what the designer may be interested in, is the

3   fact the bottom will be flexing up from waves and

4   hydrodynamic loads.

5       Q.   Trying to make the joint a hinge?

6       A.   Yes.

7       Q.   And the stresses that you are trying to

8   resist are running at right angles to that hinge?

9       A.   That is what I was saying.

10      Q.   That was the point I was leading up to.  If

11  the stresses are running up to the flat plate, they

12  will be more or less regular; but when they meet the

13  turn in the transition, they concentrate and tend to

14  collapse the joinder?

15      A.   Yes.

16      Q.   And, hence, the reason for adding the plies

17  around the chines, correct?

18      A.   Yeah.  We need something a little bit more

19  descriptive, but I --

20      Q.   Help me out then.  How would you express

21  this more descriptively?

22      A.   If I have a pair of frames running across a

23  flat piece of a plate and I press up on the plating

24  as the loads cross over, these frames there, there

153

1  will be a corresponding load on this next panel.  So

2  there is a lot of support to prevent that plate from

3  rotating as it crosses over the framing members.

4        I don't have that support if I turn a

5  corner.  As the plate bends up, there isn't the

6  support from the adjacent member to keep it from

7  rotating, and I have stress concentration along that

8  line which is the bolt as represented by this folded

9  piece of paper that I have just shown you.

10    Q.    The stress concentration is as a result of

11  the discontinuity?

12    A.    Yes.

13    Q.    And, hence, the need for more material so

14  that the stresses can be distributed within a greater

15  medium?

16    A.    Right.  And it is aggravated even further if

17  I thin out that structural member through the joint.

18  Not only do you have the stress concentration of

19  geometry changes there, you have the intensified

20  stress because of the fewer number of structural

21  plies of material carrying that load.

22    Q.    Your third point was you found an abrupt

23  drop-off where the individual plies make the corner?

24    A.    Yes.

154

1    Q.    Could you describe that for us, please?

2    A.    Yes.  If the plies that actually turn the

3    corner are abruptly terminated at some distance close

4    to that corner, they will effect a peeling or sliding

5    phenomenon where the resin between the plies is

6    stressed unusually.

7         If I carry them some distance, you won't get

8    that stress concentration from that factor.

9    Q.    To put it in laymen's terms, you found the

10   plies that turn the corner from the MADAME's spoiler

11   were too short?

12   A.    Yes, to the adjacent members.

13   Q.    It is a lot like putting a piece of tape on

14   a box.  If you put a nice long piece, you will get

15   greater adhesion and bonding to resisting forces?

16   A.    That is a very good analogy.

17        MR. MCLEOD:  How long were they?

18        THE WITNESS:  A good rule of thumb for

19        distance of overlap onto adjacent members is a

20        minimum of four inches, in my experience, or 12

21        times the thickness of the total laminate or the

22        breadth of the boat divided by 15 as per the

23        American Bureau of Shipping, which is a little

24        conservative.

155

BY MR. MILLER:

Q.   What was the length of the extension of these plies that you saw on the spoiler?

A.   In most cases, they were less than three inches, but I saw some that terminated within a couple of inches; and, of course, we had a whole bunch that simply terminated within the joint itself, which is the worst of all worlds.

Q.   Did you notice this deficiency in the area that you have identified as the failure point on the spoiler?

A.   Yes.   That made it most easy to see because the broken edge was available for inspection without any destructive testing.

Q.   So one of these photographs you have just identified show what you have just described; or show the area that you have described, I guess would be a better way to put it?

MR. MCLEOD:   The termination of plies now?

BY MR. MILLER:

Q.   Let's put it this way:   Can you show us in one of these photographs an area where you --

MR. SIKES:   The failure?

BY MR. MILLER:

156

1    Q.   -- the area where you think the failure

2    occurred?

3    A.   I don't see -- 417 and 418, 419, the broken

4    edge is visible, but most of the material was carried

5    away broken off the spoiler.

6    Q.   Looking at 419, where is the broken edge?

7    A.   I'm outlining this for you like so.

8    Q.   Where the darker color meets the lighter

9    color on the diagonal?

10   A.   Yes.  You can barely see the edge on 419.

11   The painted edge is of the hull bottom.

12        MR. SIKES:  Let me see that picture,

13   please.

14   BY MR. MILLER:

15   Q.   Now, you were asked earlier whether the

16   construction areas that we just discussed about the

17   spoiler would cause a catastrophic failure.  I would

18   like to talk to you about whether this could be a

19   progressive failure ultimately becoming a

20   catastrophic failure.

21   A.   Okay.

22   Q.   Do you understand what I mean by a

23   progressive failure?

24   A.   Yes.

157

1    Q.   Do you envision the failure of the joinder

2  of the spoiler forward face to the bottom to be a

3  progressive phenomenon or a sudden catastrophic one?

4    A.   It could be either.  I would expect a

5  catastrophic failure, but that's not to say a

6  progressive-type failure might have occurred in the

7  earlier stages of separation.

8    Q.   If you had had a progressive failure, would

9  you describe for us how the insufficient number of

10 plies and the abrupt termination of the plies at the

11 turn and the scabbing of bits of the plywood and the

12 forward face of the spoiler resulted in an ingress of

13 water into the swim platform, or spoiler as we

14 sometimes call it?

15   A.   Well, the scabbing of the plywood and the

16 flexibility of the joint is almost unrelated to the

17 bottom intersection failure.  That is directly

18 related to the forces placed on the exhaust tubing.

19   Q.   Then let me change the question for you,

20 please.  Will you describe to us how deficiencies in

21 the spoiler where the bottom joined the forward face

22 caused the ingress of water into the spoiler?

23   A.   Well, if we have insufficient moment and

24 sheer strength in the laminate that turns the corner,

158

1    then we could have, and we did have, failure of that

2    joint.

3           Is that what you were asking?

4    Q.    Then how does that failure in turn permit

5    water to enter the spoiler?

6    A.    As the intersection of the bottom plate with

7    the vertical plate of the spoiler failed, then the

8    pressure of water from below would force the bottom

9    plate to move upward somewhat sheering off that

10   connection.

11          Once the connection had sheered, we now have

12   a crack which can leak.

13          If we have a catastrophic separation of that

14   bottom plate from the vertical plate, then that

15   bottom plate could conceivably, after a slow leak

16   from being pressed in and after the filling of the

17   spoiler volume, could then flex downward, in which

18   case forward velocity of the vessel would act as a

19   scoop which would force large volumes of water

20   through the holes in the transom, and, thereby,

21   explain the quick loss of the vessel.

22   Q.    Does the missing material that we see in the

23   forward face of the swim platform in Exhibit 417 have

24   anything directly to do with this scoop phenomenon

159

1   you just described?

2       A.    The missing material is that vertical

3   tabbing which went with the bottom plate.   The

4   outward bottom plate apparently failed first, and

5   what was left eventually broke away.   The area you

6   are describing is near the center line, the keel

7   aspect of the boat, and that particular area was

8   visible as being sort of unattached in the videotape,

9   in the first video that shows the boat from the ocean

10  bottom.

11      Q.    If we focus on 417 and the flares that are

12  near the pipe that we see behind the boat, do you see

13  the initial failure occurring along this edge toward

14  the pipe?

15      A.    Well, actually, that failure would be on the

16  same line, but further outboard.

17          As I mentioned before, in the videotape

18  showing from port the bottom of the spoiler during

19  the first lift from the ocean floor, this area as we

20  see in this photograph was still attached sort of,

21  and there is a longitudinal crack which was aligned

22  roughly with the stringer.   You can see the outline

23  of the stringer on the transom.

24      Q.    The stringer on the left-hand side of the

160

1   photograph?

2       A.   Yes.  Yes, the outboard portion of the

3   bottom was free to flap up and down, but this portion

4   was still roughly attached to the boat.

5            It is my position that this portion detached

6   later on when the yacht was dropped and struck the

7   ocean bottom a second time.

8       Q.   The missing piece in 417?

9       A.   Yes.

10      Q.   Now, referring to this crack that you saw in

11  the video, approximately how far aft of the face that

12  we see in Exhibit 417 was it located?

13      A.   Are you talking about the fore and aft crack

14  that I just described?

15      Q.   Let's go back a moment.  Did this crack that

16  you saw in the video run fore and aft, or did it run

17  transversely?

18      A.   It was an L-shaped crack which was aligned

19  -- it was the spoiler hull interface.  It ran from

20  port outboard to the approximate location of this

21  stringer, and then it turned straight aft.

22           So the spoiler bottom hinged down or flapped

23  downward because of the failure of the joint scooping

24  water, and the water pressure would tear it aft, and

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

161

1    it would tear in a fore and aft line that aligned

2    with the stringer.

3        Q.   Do I understand you to say, then, that

4    certain portions of this crack ran transversely, and

5    another portion of it ran longitudinally?

6        A.   Yes.

7        Q.   Would you take a piece of paper and sketch

8    that out?

9             While he is doing that, let me quickly take

10   this.

11            Mr. Schofield, you have completed your

12   diagram; have you not?

13       A.   Except for one thing.

14            MR. MILLER:  I will identify this diagram as

15       Exhibit 426, and I think it is self-explanatory.

16       If you guys have any questions, I think to keep

17       the continuity going, it would be good for you to

18       ask them.

19            (The document referred to was thereupon

20       marked Exhibit No. 426 for Identification, and

21       retained by counsel for Ferretti.)

22            MR. MOORE:  I would like to ask one or two

23       questions.

24            Looking at the Deposition Exhibit 426 where

162

1    the words are all as you would expect them to be

2    on the page, where the arrow is pointing north as

3    forward up top, and then you have the squiggly

4    line and the area that says "crack."  The crack

5    that runs fore and aft, that's on the stringer?

6          THE WITNESS:  Yes.  There are other

7    stringers, but apparently they moved with the

8    panel that went with the crack.

9          MR. MOORE:  In other words, when the bottom

10   of the spoiler started failing, in your opinion,

11   the stringers started moving away from the

12   forward wall of the spoiler?

13         THE WITNESS:  Yes.

14         MR. MOORE:  What was your comment on the

15   other stringer?

16         THE WITNESS:  The center section of the

17   bottom of the spoiler stayed attached to the hull

18   for some time after the accident and apparently

19   separated when the yacht struck the bottom the

20   second time.

21         MR. MOORE:  The bottom of the spoiler lifted

22   up effectively?

23         THE WITNESS:  Yes, and one thing I forgot to

24   put on this diagram is the trim tab pocket.  The

163

1    inboard fore and aft crack aligned with the

2    inboard trim tab pocket.

3         MR. MOORE:  Show us on the diagram, please,

4    because my experts are very interested in the

5    trim tabs.

6         THE WITNESS:  Sure.  This edge of this trim

7    tab would be this edge on Exhibit 415.

8         Now, if I might add, I have to qualify my

9    answer.  It may be the other edge of the trim

10   tab.  I will have to look at the videotape to

11   look at that, but I know it is one of the two

12   edges of the trim tab; and I think as we sit here

13   now, it is the inboard edge of the trim tab.

14        MR. MOORE:  The stringer that is next to the

15   squiggly line in Exhibit 420, would that stringer

16   just be completely detached from the forward wall

17   as well as from the bottom of the spoiler?

18        THE WITNESS:  No.  The pipe in which the

19   cracks are visible in the videotape, that

20   stringer is still apparently attached to the fore

21   end, the forward wall.

22        MR. SIKES:  Of the spoiler?

23        THE WITNESS:  Of the spoiler.

24   BY MR. MILLER:

164

1    Q.   What significance do you attach to the fact
2    that the crack after running transversely turns
3    longitudinally along this stringer?

4    A.   This visible phenomenon is what triggered my
5    opinion that the bottom plate acted as a scoop, and
6    by deflecting downward and scooping water, large
7    pressure is built in the spoiler compartment.  And,
8    in fact, there is a very large peeling force that
9    would tend to tear the spoiler bottom along that
10   line.

11   Q.   Now, once the yacht has run with that flap
12   forming after the cracks that occurred, would that
13   tend to cause that opening to remain in existence
14   once the yacht was no longer being powered forward
15   and it was simply adrift in the sea?

16   A.   It would still allow the spoiler compartment
17   to be in free communication with the ocean, but the
18   rate of leakage would slow down as the spoiler bottom
19   then flexed back up to the same line with the rest of
20   the bottom.

21   Q.   So if I understand you correctly, your view
22   of that is the crack in the spoiler bottom developed,
23   and this allowed water to be scooped into the spoiler
24   while Mr. Goldstein was running the yacht at ten

165

1    knots en route to Cat Cay; is that correct?

2        A.    Yes.

3        Q.    And then once he cut his engines in response

4    to the V-drive alarm, the spoiler continued filling

5    with water through this crack, albeit at a lighter

6    rate than when it is running at ten knots?

7        A.    Well, it may be that this peeling and scoop

8    effect was after he attempted to run the engines, you

9    know, after the V-drive incident.

10           First of all, he didn't see water in the

11   engine spaces.

12       Q.    But, remember, he and his wife saw the

13   dinghy floating and the spoiler a few inches below

14   the surface before he ran the boat ahead.  Does that

15   suggest to you the spoiler was full of water at that

16   time?

17       A.    It does suggest that the spoiler is full of

18   water.  The question is whether the engine room was

19   filled with water, and the scoop effect would cause

20   that to happen in a hurry.

21       Q.    As he is running the boat through the

22   water?

23       A.    Yes.  Yes.  Uh-uh.  So the longitudinal tear

24   may not have occurred up to that point, but it would

166

1    certainly occur as you subject the spoiler bottom

2    plating to large peeling forces from a scoop design

3    configuration.

4        Q.    How do you think water first got into the

5    spoiler?

6        A.    It could have been through separation of the

7    exhaust tubing from global flexing of the spoiler.

8    It could have been the transverse crack.

9        Q.    The one you have diagrammed in Exhibit 426?

10       A.    Yes, or it could have been some water

11   through leaky hatches in the deck, but it is more

12   likely that it was from below.  That is either this

13   exhaust tube or the break of the bottom to the

14   forward bulkhead laminate because of leakage from

15   above, and this initial stage at least wouldn't be of

16   a volume that the small bilge pump there would have

17   difficulty handling.

18            Once we immerse the spoiler where latches

19   are flapping open because of immersion and that sort

20   of thing, then the volume becomes much more than what

21   it would be if it is just a leakiness of a watertight

22   or non-watertight hatch.

23       Q.    Do you think it more likely that the initial

24   source of water into the spoiler was through a crack

167

1   in the bottom as compared with the starboard pipe

2   separating, or do you think the starboard pipe

3   separating is more likely the initial source of water

4   ingress?

5       A.    I think the crack in the bottom is more

6   likely, but both are likely.

7       Q.    But the bottom crack is more likely?

8       A.    Yes, based on my structural observation

9   alone.

10      Q.    If this spoiler had been properly designed

11  and constructed, would it have had sufficient

12  strength that it would not have flexed enough to

13  break the starboard tube loose, if indeed that is

14  what happened?

15      A.    In other words, if I may rephrase your

16  question to clarify it to myself --

17      Q.    Certainly.

18      A.    -- there are two issues; workmanship of

19  attachment of starboard exhaust tube to bottom, and,

20  second, construction of spoiler.

21            What you asked me is if the spoiler was

22  rigid and structurally sound, would this exhaust tube

23  failure have occurred?

24      Q.    Yes.

168

1      A.    And I don't know.  The attachment of the

2   exhaust tube was pretty poor, and it is likely that

3   could have precipitated an accident all by itself.

4      Q.    Are you able to quantify how much force it

5   would have taken to separate the starboard exhaust

6   tube from the aft face of the spoiler?

7      A.    I could do that, but I haven't done that.

8      Q.    How would you go about doing that?

9      A.    I have done a large amount of testing

10  secondary bonds and peel strength.  I would measure

11  the faying surface area, multiply that by known

12  strengths of polyester tabbing and peel, and we would

13  have a pounds necessary to separate the joint.

14     Q.    Have you made any attempt to determine how

15  much deflection in the spoiler it would take to

16  separate the starboard stern exhaust?

17     A.    Other than an observation of geometry and

18  sorting out the accident scenario in my mind's eye, I

19  have not physically calculated anything.  I have

20  taken measurements, but I haven't really related that

21  to the forces involved in causing this separation.

22     Q.    So is it correct to say that at this time

23  you don't know whether there was sufficient

24  deflection of the spoiler on this voyage to separate

169

1     the starboard stern exhaust pipe from the stern face

2     of the spoiler?

3          I'm not asking for guesses.  I'm asking for

4     good hard objective data now.

5     A.   All I can say is there is a high probability

6     that it is possible.

7     Q.   Why do you say that?

8     A.   Because it is a very brittle bond.

9     Q.   By the very nature of a fiberglass bond?

10    A.   No, by -- not by fiberglass, but by the

11    resin putty used and the small amount of tabbing

12    used.  In other words, it is a brittle joint.

13         Flexible joints can give a bit as the

14    various members flex or move one relative to the

15    other.  Brittle joints have no forgiveness after a

16    fashion.

17    Q.   Well, let's talk about that.  We know that a

18    certain part of the connection of the starboard

19    exhaust pipe to the stern face was the resin putty;

20    do we not?

21    A.   Yes.

22    Q.   Approximately what percentage of the

23    circumference was the resin putty, as you recall?

24    A.   Approximately 40 percent plus or minus ten

170

1   percent.

2          No, actually, it couldn't be.  Let's say

3   plus ten percent as a margin for my error of

4   approximation.

5      Q.   That bond you would consider a brittle one,

6   I gather?

7      A.   Yes.  Uh-huh.

8      Q.   Now, a tabbed bond would not be a brittle

9   one, would it?

10     A.   It would be much more capable of being

11  stretched a bit before it let go.

12     Q.   So 60 percent of the perimeter of the

13  starboard pipe as it connected to the aft of the

14  spoiler face would have been a more flexible bond;

15  would it not?

16     A.   Yes, except that the outboard-most portion

17  of that bond was, well, no bond.

18     Q.   That's back to the resin putty?

19     A.   No, that's back to some tabbing, but it

20  really wasn't connected that well.

21     Q.   So?

22     A.   It was impossible to get in there to work,

23  for one thing.  There wasn't a large amount of

24  working space to accomplish that bond.

171

1     Q.   Well, I'm having some trouble understanding

2  you, because I understood you to say that a

3  fiberglassed tab bond had sufficient flexibility.

4     MR. MCLEOD:  You jumped from 40 to 60

5     percent.  That is what you did.

6     MR. MILLER:  I don't think I mentioned any

7     numbers in this question.

8     MR. MCLEOD:  But that is where you got it

9     from.

10  BY MR. MILLER:

11     Q.   Maybe that is what happened; but,

12  Mr. Schofield, a joinder by tabbing of the exhaust

13  pipe to the spoiler face would have sufficient

14  flexibility; would it not?

15     A.   If it was well accomplished, it would have.

16     Q.   If it were 100 percent tabbed, then it would

17  have the flexibility you would desire, correct?

18     A.   Yes.

19     Q.   Now, as to the 60 percent that was tabbed,

20  would that 60 percent perimeter have flexibility?

21     A.   No, because now we are faced with putty in

22  conjunction with tabbing.  The weak link will break

23  first.

24     Q.   Let's suppose that the putty breaks.  Would

172

1    the 60 percent tabbing have maintained that

2    flexibility?

3         A.    No.

4         Q.    Why not?

5         A.    There isn't sufficient coverage of area

6    around the boundary of the intersection of the

7    exhaust tube with the bottom of the spoiler.

8         Q.    I fail to see how that would affect

9    flexibility.  It might affect the overall strength,

10   but I don't see how that would affect flexibility.

11   So please explain that.

12        A.    The problem is once we have a debond, we

13   have a crack initiator site.

14        Q.    What do you mean, D E bond?

15        A.    Yes.  Once we have this crack initiator

16   site, is a point of peel, and then it takes very

17   little force to accomplish the rest of the peel.

18        Q.    But it does take a certain amount of force,

19   doesn't it?

20        A.    Yeah.

21        Q.    And the source of the force in the context

22   of this particular situation would be the flexing of

23   the spoiler; am I not correct?

24        A.    I believe so.

173

1    Q.   So in order to be able to make this

2    determination on an objective basis as to whether or

3    not there was sufficient force to break the 60

4    percent tabbing that remained, you would need to know

5    how much the spoiler was flexing; would you not?

6    A.   Yes, I would.

7    Q.   What inspection would you need to determine

8    how much the spoiler was flexing on this particular

9    voyage?

10   A.   I have dimensions.  I might want to take

11   some more dimensions, measurements.  What I do not

12   have is a good model upon which I could base any

13   flexibility of the attachment at the lower end of the

14   spoiler to the transom.

15        It is such a messy structure that I'm not

16   certain that we could come up with anything that

17   would allow us to calculate meaningful results.

18   Q.   If the connection of the spoiler to the main

19   hull had been properly done, do you have an opinion

20   that -- even though Bertram had not attached the

21   starboard pipe in the fashion you would have liked --

22   nevertheless, there would not have been enough

23   flexion of the spoiler to break that inadequate

24   bond?

174

1          MR. SIKES:  I have to object to that

2     question as to form.

3          THE WITNESS:  Well, I do not have a specific

4     opinion on the probability of that happening on

5     its own given a completely rigid spoiler

6     attachment.

7  BY MR. MILLER:

8     Q.   Do you agree with me that if you had a

9  completely rigid spoiler attachment that it would be

10 considerably less likely that the starboard tube

11 might have attached even bonded the way Bertram had

12 done it?

13         MR. SIKES:  Did you mean detached?

14         MR. MILLER:  What did I say?

15         MR. MOORE:  You said "attached."

16         MR. SIKES:  Strike that, ma'am.

17 BY MR. MILLER:

18    Q.   Do you agree it is far less likely that the

19 starboard exhaust tube might detach from the aft face

20 of the spoiler if indeed Ferretti had properly joined

21 the spoiler to the main hull?

22    A.   It is far less likely than the exhaust tube

23 would have detached from the hull, at the spoiler

24 attachment at the hull if the spoiler structure

175

1    itself was sufficiently rigid.

2        Q.    In answering that question, you are taking

3    into account the manner in which Bertram had bonded

4    that exhaust tube to the spoiler's aft face; are you

5    not?

6        A.    Yes, I am considering the actual

7    accomplishment of that bond.

8        Q.    Now, from your perspective, would you see

9    any way for Bertram in looking at this spoiler to the

10   main hull junction to know just from a visual

11   examination the connection had been done improperly?

12       A.    I'm not sure I understand the question.

13       Q.    Well, you have criticized the connection of

14   the spoiler to the main hull.

15       A.    Yes.

16       Q.    You have done that after seeing the pieces

17   after the casualty.

18       A.    Yes.  Yes.

19       Q.    If you had seen the MADAME before the

20   casualty, just looking at the boat, not looking at

21   the plans or drawings, but just looking at the boat,

22   would you have realized that Ferretti had not

23   properly attached the spoiler to the main hull?

24           MR. SIKES:  Now, are you asking him as a

176

1     naval architect?

2          MR. MILLER:  I'm asking him as a naval

3     architect.

4  BY MR. MILLER:

5     Q.    In other words, was this a hidden problem?

6     A.    I'm visually -- in my mind's eye, I'm

7  comparing my observations of Mr. Mitri's boat with

8  the MADAME in a predamaged state.

9     Q.    I'm not sure that is the question, but go

10  ahead.

11     A.    Yes.  And I would not have anything to point

12  to if there was a problem with the bond.

13     Q.    So just looking at Mr. Mitri's boat --

14     A.    With one possible exception.

15     Q.    Go ahead.

16     A.    Rust streaks from the bolts which may or may

17  not be indicative of flexure of the joint.  Other

18  than that, no, no event or anything points to that

19  being indicative of a problem with an attachment of

20  the spoiler to the main hull.

21     Q.    If you had been asked to go on board

22  Mr. Mitri's boat and the MADAME had never sunk and

23  you were going aboard his boat and asked to take a

24  look at his spoiler, you would not have realized that

177

1    the spoiler was improperly attached to the main hull;

2    is that correct?

3        A.    With the exception that there is no

4    fiberglass attachment of the exterior of the spoiler

5    to the main hull.  I would not have seen anything but

6    the bolts, and not being fiberglassed is a red flag

7    or a bit unusual; but I would have under those

8    circumstances told myself, oh, they relied on bolts

9    to accomplish this bond and must have engineered that

10   connection.

11       Q.    Surely, if you were in the position of

12   Bertram, would you think that Ferretti having built

13   that yacht under BV certification would have properly

14   joined the spoiler to main hull?

15       A.    Well, that's a difficult question to answer

16   because there is always the type certificate versus

17   the built, the class certification.

18       Q.    If you do any calculations of the nature we

19   just described dealing with the starboard pipe

20   between now and trial, I would like to have those in

21   advance of trial with sufficient opportunity to quiz

22   you on them.

23       A.    Certainly.

24            MR. MCLEOD:  Talking about how much stress

178

1    the flexing caused?

2        MR. SIKES:  I would encourage him to do

3    that.  I thought we got the full load today.

4        MR. MILLER:  I'm not encouraging him at all,

5    but if he does -- in fact, I would be

6    disappointed if he did, because he told you that

7    you can't make a meaningful calculation because

8    he is confronted with an absolute deplorable

9    connection that Ferretti made between the spoiler

10   and main hull.

11   BY MR. MILLER:

12   Q.    Am I not basically correct, Mr. Schofield?

13        MR. MOORE:  Objection to form.  Go ahead.

14        THE WITNESS:  You could, however, make a

15   sensitivity analysis based on degrees of distance

16   of flexure of the spoiler versus load and exhaust

17   tube.

18   BY MR. MILLER:

19   Q.    What do you think of the running surface of

20   the Ferretti 60?

21   A.    As far as sea kindliness in a comparison of

22   other yachts of its type?

23   Q.    Yes, sir.

24   A.    It is pretty typical of a

179

1  Mediterranean-styled, ocean-going power boat, 18

2  degrees of dead rise, constant dead rise.  It is

3  basically an extruded shape bottom.  Generally, a

4  good performer.  A bit rough on the fore end.  In

5  other words, the ride could probably be improved a

6  bit; but, otherwise, it is probably pretty typical of

7  a yacht of this type.

8      Q.   Was the bottom part of this spoiler part of

9  the running surface?

10     A.   It was forced to by virtue of being placed

11 in that position.

12     Q.   Does the presence of trim tabs on the

13 spoiler have any influence upon the forces exerted on

14 the spoiler while the vessel is underway?

15     A.   Yes.

16     Q.   Does the degree of force depend not only on

17 the speed at which the boat is running, but also upon

18 the positioning of the trim tabs?

19     A.   Yes, sir, it does.

20     Q.   If the trim tabs are in the fully up

21 position, is more force being exerted on the hull

22 than if there are no trim tabs there at all?

23     A.   No.  There is less force being exerted by

24 the trim tabs than if they were extended a bit.

180

1    Q.    That is not my question.

2          MR. SIKES:  Extends downward?

3    BY MR. MILLER:

4    Q.    No, that wasn't my question.  If the spoiler

5    had no trim tabs and just a rag bottom shape --

6    A.    Yes.

7    Q.    -- would the forces on the area where the

8    trim tabs are now be the same, less or more than a

9    comparable vessel with the trim tabs in the up

10   position?

11         MR. MCLEOD:  Did you get that?

12         MR. SIKES:  That's a tough one.

13         MR. MCLEOD:  I can do it.

14         THE WITNESS:  Are trim tabs flush with the

15      bottom with no angle of deflection relative to

16      the bottom exerting many different forces on the

17      spoiler attachment than just a simple plate

18      bottom that would be in the same position?

19   BY MR. MILLER:

20   Q.    Exactly.

21   A.    There is no difference in the loads between

22   the two cases.

23   Q.    Now, we have talked about the position of

24   the trim tabs in the upper versus down position, and

181

1  we have talked about the speed of the vessel as

2  factors in determining the forces being exerted on

3  the spoiler; in particular, the connection between

4  the spoiler and the main hull.  Are there any other

5  variables we need to take into account?

6      A.   From the analysis of what?

7      Q.   Forces exerted on the bottom and the other

8  connections.

9      A.   Sea conditions, speed, angle of approach

10  versus oncoming waves.  These are other factors that

11  are important.

12      Q.   If you recall --

13      A.   Could I break us at this point?

14      Q.   Yes.

15      (Thereupon a brief recess was taken, after

16  which the following proceedings were had:)

17  BY MR. MILLER:

18      Q.   You mentioned that you thought removing the

19  exhaust flares reduced the strength of the spoilers;

20  did you not?

21      A.   Yes.

22      Q.   You further mentioned that you would not

23  expect Ferretti to have designed the spoiler to serve

24  a structural function; did you not?

182

1    A.   You mean the exhaust flares to serve a

2    structural function?  I would not expect them to

3    count on those for any structural support.

4    Q.   In looking at a boat like the GOLD CAY,

5    would you think that those flares served any

6    structural function?

7    A.   Well, they did by virtue of their being

8    there being rigidly beam-shaped members.

9    Q.   In looking at the GOLD CAY, would you expect

10   those exhaust flares to serve a structural function?

11   A.   Yes.  I wouldn't be expecting them to be

12   designed for that function.

13   Q.   By the same token, you would expect, like

14   the GOLD CAY, it would have sufficient strength in

15   the spoiler so that when you remove the exhaust

16   flares it would be without creating any structural

17   problems?

18   A.   Yes, I would expect it to have sufficient

19   strength without the exhaust flares.

20   Q.   It is only this hidden defect of the

21   improper joinder of the spoiler to the main hull that

22   in your view makes removing the exhaust flares a

23   structurally significant event; is that not a fact?

24   A.   It is true that it is by the deficient

183

1    attachment of the spoiler to the main hull that made

2    that a factor.

3        Q.    The hidden defect?

4        A.    Yes.

5        Q.    I saw in looking through your file earlier

6    some calculations on some yellow pieces of paper.  Do

7    you have those handy?

8        A.    Yes.  At least I had.

9        Q.    Let me hand you this and see if this is a

10   copy of those calculations.

11       A.    No.  That is a list of the boat's structural

12   designs.

13       Q.    I'm sorry.  I moved too quickly.  Is this

14   sheet of paper from the copy of your file the

15   calculations in question?

16       A.    Yes.

17           MR. MILLER:  I will ask these be identified

18       as Exhibit 427, the originals from his file.

19           THE WITNESS:  The originals?

20           MR. MOORE:  Yes.

21           THE WITNESS:  Can I have a copy?

22           MR. MOORE:  I will make you another copy.

23           (The document referred to was thereupon

24       marked Exhibit No. 427 for Identification, and

184

1        retained by counsel for Ferretti.)

2    BY MR. MILLER:

3        Q.    What do these calculations tell us?

4        A.    The first page contains calculations from

5    three different systems.  This page was a spreadsheet

6    program that I wrote for my work on the ISO

7    Structures Committee for European boat safety

8    standards.

9            The left column is the current ISO -- sorry,

10   it is not current.  It is the ISO standards of a year

11   ago, somewhat comparable to the time the directive

12   became effective; and the middle column is a series

13   of calculations based on the American Bureau of

14   Shipping Rule Book for Yachts.

15           The right column is based on my own firm's

16   proprietary structural design program, which we have

17   designed thousands of boats.  Sea Ray has built

18   120,000 boats, according to their records, using this

19   system.

20           We have three comparable structural design

21   systems for motor yachts.  We input the dimensions,

22   weights and speeds of the boat, and we end up with

23   the acceleration factor, which is a measure of the

24   impact of the boat in encountering waves at a high

185

1    speed, which drives structural designs to the bottom

2    structure and sides.

3           We then have a resulting bottom design

4    pressure and side design pressure and the deck design

5    pressure.  You can forget about that for purposes of

6    our discussion, but the same spreadsheet inputs all

7    these items.

8    Q.    What was your purpose in making these

9    calculations?

10   A.    I noticed the Bureau Veritas comment on the

11   structural design drawing of Ferretti, and I wondered

12   how realistic the assumption of wavelength and

13   acceleration rates were relative to a boat of this

14   type, and especially with respect to certain systems

15   for certifying yachts for European sail.

16   Q.    In looking at a page of this exhibit, what

17   are you examining there?

18   A.    I need to explain that this is a computer

19   program that I wrote some years ago.  This is part of

20   our C-Shell computer program set.

21   Q.    Is that independent of what was done on the

22   first page of the exhibit?

23   A.    Yes.  I took the tabular lamination

24   schedules from the Ferretti structural design

186

1   drawings, which were submitted to BV, and I input

2   those plies of material in U.S. units, by the way,

3   into our structural design program to find out what

4   thickness resulted from stacking these numbers of

5   plies and types of plies and the type of properties;

6   what the stiffness, the ultimate bending moment, and

7   the ultimate sheer of a laminate of this type should

8   be.  And I should explain that the Ferretti material

9   has a hybrid glass fiber roving type material in the

10  middle of it, which I approximated as 18 roving turns

11  of this sheet.

12       Q.    In terms of strength?

13       A.    The middle.

14       Q.    In terms of strength?

15       A.    The middle of the laminate, yes.  The mere

16  surface, it would have a bigger effect, so I gave

17  this a reasonable approximation, and it gave a quick

18  answer because I didn't have the particular

19  properties of this laminate that Ferretti used in

20  this lamination schedule.

21       Q.    When you refer to elements, that would be

22  through 12, are you referring to cross-sections at

23  various openings along the length of the hull?

24       A.    No.  It is a simple ply stack about the

187

1    bottom laminate as outlined in Ferretti's structural

2    drawing.

3        Q.   Were there 12 laminates?

4        A.   Actually, there was one more, which was the

5    gel coat, but I don't count that for a structural

6    member.

7        Q.   Were you basically testing the Ferretti

8    design in terms of the strength of the hull

9    thickness?

10       A.   Yes.  The logical conclusion of all this

11   would be carried out by a comparison with the plate

12   size and stiffness and spacing, which I did not do,

13   but it would be an easy extension of what was started

14   in this.  This was merely a means of getting a handle

15   on the overall thickness of the laminate, and the

16   structural properties of that laminate were not so

17   important to me at this stage because I did not

18   compare it with the stringer spacing and the

19   structural configuration of the bottom of the

20   Ferretti.

21       Q.   Were you able to derive any conclusions from

22   any of the calculations we see in this exhibit?

23       A.   Yes.  The thickness that I developed from

24   these calculations was very close to the measure of

188

1    thickness on the real boat.

2        Q.   Anything else?

3        MR. MCLEOD:  From this page or the whole

4    exhibit?

5        MR. MILLER:  The whole exhibit.

6        THE WITNESS:  Sorry.  The first page gave me

7    a good comparison, which demonstrated without a

8    doubt that the design submitted to BV by Ferretti

9    used liberally low choices for acceleration

10   factors and for significant wave height.

11       I should explain also, in my system, in the

12   ISO system and the ABS system, there is an

13   implicit wave height which is not shown on this

14   page, but it is buried in the formulas.

15       MR. MCLEOD:  That is the difference in

16   numbers?

17       THE WITNESS:  Well, Ferretti's design

18   assumed an acceleration according to BV here of

19   1.3 Gs maximum impact of waves at running speed.

20   The ISO system would require design to 3.4 Gs

21   acceleration.  The ABS system would require a

22   yacht running at 35 knots to assume an impact

23   acceleration of 2.57 Gs, and from my own C-Shell

24   system, you input the acceleration systems.

189

1           So I used the ABS system as I input values.

2    BY MR. MILLER:

3       Q.    This leads right into another point I was

4    thinking about when listening to your answers to

5    Mr. Moore's questions.  You were ranking

6    classification societies for him.  Where does Bureau

7    Veritas fall in the ranking of classification

8    societies?

9       A.    From stringency of design and

10   progressiveness from a technical perspective, I would

11   rank them at No. -- Bureau Veritas, you say?

12      Q.    Yes.

13      A.    Around No. 4 in ranking, give or take one or

14   so, of course.

15          MR. SIKES:  Of course, that is meaningless

16       depending on if you have 5 or 500.

17          MR. MCLEOD:  This is the world according to

18       Rob though.

19          THE WITNESS:  World according to Rob.

20          MR. SIKES:  Out of 50?

21          THE WITNESS:  How many classifications

22       societies there are in the world?

23   BY MR. MILLER:

24      Q.    Of about four or five majors, BV is at the

190

```
 1    very bottom?
 2            MR. MOORE:  No, there are a whole bunch.
 3            MR. MCLEOD:  He ranked it six before.
 4            THE WITNESS:  As long as there is the
 5       Russian, Polish and Japanese societies, they are
 6       much higher than the bottom of the list.
 7            MR. SIKES:  The Polish?
 8            THE WITNESS:  The Greek classification
 9       society.
10    BY MR. MILLER:
11       Q.   But none of those are major classification
12    societies?
13       A.   Yes.
14            MR. MCLEOD:  Off the record.
15            (Informal discussion off the record.)
16            MR. MOORE:  Fourth in the world?
17            THE WITNESS:  It is relevant in that
18       question to note that there's a new organization
19       called Unitas that has been formed, which I
20       believe it is a joint venture between
21       Germanischer, Bureau Veritas and the Italiano
22       classification society.
23            MR. MOORE:  Has been formed, or there are
24       some discussions of formation?
```

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

191

1          THE WITNESS:  Where they actually delivered

2      a design rule for high-speed craft based on

3      inputs of all three.  It is in a book form, and

4      it is very professionally done.

5  BY MR. MILLER:

6      Q.   You were speaking earlier about the 63-foot

7  Sea Ray.  Does it have a stern extension?

8      A.   No.

9      Q.   In order for a vessel like that to comply

10 with the Bureau Veritas requirement that there be a

11 watertight bulkhead in either of the engine rooms,

12 would the back of the boat be considered one of those

13 two bulkheads?

14          MR. MCLEOD:  Sea Ray.

15          THE WITNESS:  No.  There is a bulkhead at

16      the after end of the engine space.

17 BY MR. MILLER:

18      Q.   In order to comply with the classification

19 society rules, can the back of the boat be considered

20 one of the two bulkheads for the engine room?

21      A.   It can if the engines are sufficiently

22 forward aft.

23      Q.   What about in terms of the design of the

24 MADAME, could the back of the spoiler be considered

192

1   the aft bulkhead and meet classification society

2   requirements?

3          MR. MCLEOD:   In general or BV Mode 1,

4      because they are different rules?

5   BY MR. MILLER:

6      Q.   Talking about BV for the moment.

7      A.   I don't know.

8      Q.   Under any classification society

9   requirements, could the aft of the spoiler qualify as

10  one of the two bulkheads for the engine room of the

11  MADAME?

12     A.   It depends on whether they consider the

13  one-compartment subdivision to be a real requirement.

14     Q.   That being the case though, are there any

15  rules that would regard the MADAME as qualifying with

16  their requirements by virtue of a forward bulkhead as

17  one of the two bulkheads and the very back of the

18  spoiler as the other bulkhead?

19     A.   I don't know.  I couldn't speak for the

20  classification societies' interpretation of the IMO

21  requirements.  As we say, it's very loose at this

22  juncture.

23     Q.   Under the IMO requirements, could the aft of

24  the spoiler qualify as one of the two bulkheads for

193

1  the engine room?

2     A.    No.

3     Q.    Why not?

4     A.    Floatable length is too long.

5     Q.    Is that because IMO has a one-compartment

6  requirement?

7     A.    Yes.

8     Q.    In other words, is that because IMO requires

9  that if you have that, if you flood the engine room,

10  the vessel should still remain afloat?

11    A.    It seems to be the intent of the rule; but

12  secondarily, I mean, also, I'm not certain whether

13  oil pollution is another consideration.

14    Q.    Now, if the stern bulkhead of the main hull

15  of the MADAME were watertight and if the forward

16  bulkhead of the engine room were watertight and you

17  filled the engine room with water, does the MADAME

18  sink or float?

19    A.    According to the testimony of Engineer

20  Frabetti, it would sink.

21    Q.    So for that reason, the MADAME as originally

22  constructed would not meet the IMO requirements,

23  would it?

24    A.    As I understand it, the IMO requirement

194

1   would not be satisfied by the original construction

2   of the MADAME without the spoiler.

3       Q.    There are quite a few perfectly seaworthy

4   boats in the 60-foot length that rely on the very

5   back of the boat as the stern bulkhead for the engine

6   room; are there not?

7       A.    Yes, there are.

8       Q.    And there's nothing wrong with that, is

9   there?

10      A.    No.

11      Q.    So there would be nothing wrong whatsoever

12  from a seaworthiness standpoint with a design that

13  relies upon the back of the spoiler of the MADAME as

14  the stern bulkhead for the engine room, would it?

15      A.    Well, we do have a major bulkhead between

16  the engine and the spoiler room, and a surveyor, a

17  classification surveyor may view that bulkhead as

18  meeting the watertight requirement because it is a

19  major bulkhead between the stern of the boat and the

20  engine room.  So whether they would allow you to

21  consider the oil end of the boat as being the aft

22  bulkhead or for you to make the original transom

23  stern of the Ferretti watertight is open to

24  interpretation.

195

1      Q.   Are there quite a few perfectly seaworthy

2  boats in the 60-foot length on the market where the

3  very stern of the boat serves as one of the bulkheads

4  for the engine room, and the boat will not stay

5  afloat if the engine room is flooded?

6      A.   Ignoring the consideration of the IMO for

7  the moment, to answer your question, there are such

8  boats in existence.  Are they perfectly seaworthy?

9  Well, that is contingent upon whether the IMO

10  requirement is a reasonable one or whether it is

11  unusually stringent.

12      Q.   The one-compartment requirement?

13          MR. MOORE:  I will just object and move to

14      strike all this testimony about the IMO

15      requirements.  We have already agreed that the

16      United States nor Italy has adopted these

17      requirements, and I think it is just ridiculous

18      to be suggesting it as some sort of standard.

19          MR. MILLER:  Yeah, I think we should leave

20      the IMO requirements for a while, and if you can

21      narrow your answers to that, it might short

22      stream things.

23  BY MR. MOORE:

24      Q.   The American market, are there many 60-foot

196

1   length boats in service that will not remain afloat

2   if their engine rooms are flooded?

3       A.   As long as ABS is not involved, as long as

4   the U.S. Coast Guard carrying passengers for hire

5   regs are not involved.  As soon as you impose either

6   one of those conditions on the design of the yacht,

7   then we must have a watertight bulkhead and the

8   one-compartment subdivision.

9       Q.   And the Coast Guard would not be involved in

10  a yacht like Mr. Goldstein's, would it, just for the

11  purpose he used it for?

12      A.   Yes, they would not be involved.

13      Q.   And there is no requirement that an American

14  yacht be built according to ABS standards, is there?

15      A.   That is right.

16      Q.   That being the case, aren't there a lot of

17  boats in the 60-foot class on the American market

18  that will sink if the engine room is flooded?

19      A.   Yes.

20      Q.   And in your estimation, are these boats

21  serviceable to their owners?

22      A.   Yes, they are.

23      Q.   Are many of these boats designed in such a

24  fashion that the very back of the boat, very similar

197

1    to the back of the boat of the MADAME, serves as the

2    aft bulkhead of the engine room?

3        A.    Particularly in the case of the V-drive

4    boats, yes.

5        Q.    In your view, those boats are perfectly

6    serviceable to their owners, aren't they?

7        A.    Yes.

8        Q.    You are aware that the spoiler of the MADAME

9    did not have a high-water alarm; are you not?

10       A.    No, I'm not.

11       Q.    Then let me give you this information right

12   now.  When the MADAME left Ferretti's factory, it did

13   not have a high-water alarm in the spoiler.  When it

14   was sold to Mr. Goldstein, it did not have a

15   high-water alarm in the spoiler.

16            Should the MADAME have had a high-water

17   alarm in the spoiler if you are designing the boat?

18            MR. MOORE:  Hint, hint.

19            MR. MILLER:  Better than you saying, "You

20       can just say yes.

21            (Informal discussion off the record.)

22            THE WITNESS:  If I was designing a boat

23       similar to the MADAME, I would not have attached

24       any importance to a high-water alarm in the

198

1    spoiler area.

2    BY MR. MILLER:

3        Q.   When you mentioned earlier that the forward

4    bulkhead of the engine room of the MADAME should have

5    been watertight, which bulkhead were you referring

6    to?

7        A.   If I'm standing in the engine room and I

8    walked forward, the bulkhead that stops my progress

9    is the subject bulkhead.

10       Q.   Do you know approximately how far ahead of

11   the V-drive that bulkhead is located?

12       A.   I could probably determine that from some of

13   the drawings we have.

14       Q.   Better yet, if you can pull the drawing out

15   and show the bulkhead on the drawing, that would be

16   very helpful.

17       A.   The bulkhead you are asking about is shown

18   as being approximately Station 11.6 here on this

19   drawing, which is No. N/A054/005/000/0/D.

20           MR. MILLER:  Off the record.

21           (Informal discussion off the record.)

22   BY MR. MILLER:

23       Q.   Is that the bulkhead we see right here with

24   this double line?

199

1    A.   Yes.  I'm sorry.  I don't have the metric

2  scale with me to determine how far that is from the

3  V-drive precisely, but if we admit this drawing is as

4  an exhibit --

5    Q.   It has been admitted through Mr. Frabetti's

6  deposition.

7    A.   Then it could be scaled by anybody

8  interested.

9    Q.   Do you have any objection to our using this

10  particular drawing as an exhibit and you marking with

11  my green marker, point on it this bulkhead?

12         MR. MOORE:  Isn't it sort of evident?

13         MR. MILLER:  Not to me.

14         MR. MCLEOD:  It's the only bulkhead on

15    here.

16         THE WITNESS:  Well, I have to sort out in my

17    mind's eye what this bulkhead looks like, because

18    I have looked at a bunch of boats since then.

19         Is it this one or this one?

20  BY MR. MILLER:

21    Q.   That's my question.

22         MR. MOORE:  That's it.

23         MR. MILLER:  We will ask him.

24         MR. MOORE:  That is what Frabetti said.

200

1        Let me just ask you, do the double lines

2    have meaning to you?

3        THE WITNESS:  Yes.

4        MR. MOORE:  That's why when you looked at

5    that drawing you very quickly picked up the

6    double lines, followed these lines and these

7    tanks over to the wall, and that's a stairwell or

8    something down there in Section 18.  What does it

9    say right here?

10       THE WITNESS:  18, support for the strut.

11   Yeah, that is the port.

12       MR. MOORE:  What is the number?

13       MR. MCLEOD:  21.

14       MR. MOORE:  I want to see 21.

15       THE WITNESS:  What that is is the galley.

16   That is exactly right.  So that is the galley.

17 BY MR. MILLER:

18   Q.   Having gone through all of that, do you feel

19 comfortable telling us where the bulkhead should be?

20   A.   No, I don't.

21   Q.   Still uncomfortable.  What is the problem?

22   A.   Well, this would require a review of my

23 notes and maybe a reinspection of the MADAME.

24       Okay.  I will say this though:  That the

201

1  bulkhead, approximately Station 13 to 13 and a half,

2  which is joggled, would be an appropriate watertight

3  boundary for the one-compartment subdivision based on

4  my experience in design of comparable vessels.

5       However, if we go back to Station 11.6, then

6  the space is too large to make it a one-compartment

7  subdivision.

8       Q.  Do you have any idea how much of the exhaust

9  water flows through the bypass exhaust when the yacht

10  is at 10 knots?

11      A.  No.  I did read experts' reports.  I think

12  it originated from Frabetti or it originated from Lee

13  Dana, one or the other, that said something about

14  1,850 gallons.

15      Q.  I'm not worried about what Lee Dana says.

16  I'm worried about you.

17      A.  I haven't calculated it and I don't know

18  offhand.

19      Q.  Referring to page 3 of your report, which is

20  referred to in the upper right-hand corner as page 4

21  of 8.

22      A.  Okay.

23      Q.  The third paragraph.  Ferretti's lawyers had

24  asked you to read the first sentence there, and then

202

1    I inquired whether that was your opinion, and I think

2    you said yes, it was.

3            Do you recall that?

4    A.    Yes.

5    Q.    That dialogue?

6    A.    Yes.

7    Q.    I will read a sentence and see if you would

8    agree.  Even though the excessively large transom

9    holes for the exhaust piping had not been

10   fiberglassed watertight and rigid by the Bertram

11   employees during the modification, flooding of the

12   engine compartment would not have occurred and the

13   yacht would not have sunk if the spoiler had not

14   filled with water.

15           MR. MCLEOD:  Object to the form of the

16       question.

17   BY MR. MILLER:

18       Q.    Do you agree with that statement?

19       A.    In other words, if no water was contained in

20   the spoiler, would it have been possible to flood the

21   engine room and sink the yacht?

22       Q.    Put better, if excessive water had not been

23   in the spoiler, would it have been possible to flood

24   the engine room and sink the yacht.

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

203

1          MR. MOORE:  How about no water had entered

2     the vessel?

3          MR. MILLER:  You can have water in the

4     spoiler.  The bilge pump can pump it out.  That

5     is the point of the question.

6          THE WITNESS:  "Excessive" is pretty

7     ambiguous.

8  BY MR. MILLER:

9     Q.   Well, you had to have enough water in the

10  spoiler to get up to the level of the holes for that

11  water to spill into the engine room; did you not?

12     A.   Yes.

13     Q.   Here is the question.  Would you agree with

14  this statement:  Even though excessively large

15  transom holes for the exhaust piping had not been

16  fiberglassed watertight and rigid by the Bertram

17  employees during the modification, flooding of the

18  engine room compartment could not have occurred and

19  the yacht would not have sunk if the spoiler had not

20  filled with water?

21     A.   If it hadn't filled with water, yes, the

22  yacht would not have sunk.

23     Q.   If the spoiler had not filled with water, it

24  wouldn't have sank?

204

1     A.   That is correct.

2     Q.   So the unsealed holes in the aft bulkhead of

3   the main hull make no difference whatsoever if the

4   spoiler doesn't flood, do they?

5     A.   Well, the spoiler hatches wouldn't have been

6   reached.  If the exhaust pipe hadn't come loose and

7   if the spoiler bottom shell plating hadn't come

8   apart.  Then you would not have had any water coming

9   through the transom of the MADAME.

10    Q.   The holes in the stern transom don't make a

11  difference if you don't flood the spoiler, do they?

12    A.   Yes, that is correct.

13    Q.   If you look at page 5 of your report, which

14  is headed page 6 of 8 at the top, you refer to the

15  Bureau Veritas Rule Book, Section 1-21, Paragraph

16  12.  Do you have that rule in your file?

17    A.   Yes.

18    Q.   May I see that, please.

19         MR. MCLEOD:  Oh, the BV book.

20         MR. MILLER:  Yes.

21         THE WITNESS:  All right.  That is the latest

22    issue we got from '93.  Go back.  Section 1.

23         MR. SIKES:  What do you want, 1-21?

24  BY MR. MILLER:

205

1      Q.   I will let you find it.  It will be

2   quicker.

3      A.   So you think.  You're finding out.

4           MR. MCLEOD:  BV has a horrible organization

5      system, and it is almost impossible to find

6      things in here, but if you will be patient, we

7      will find it.

8           MR. MILLER:  I will agree with you.

9           MR. SIKES:  We certainly have been patient

10     thus far.  We know it is in this section,

11     particularly Section 1-21, paragraph 12.

12          THE WITNESS:  I found the section.  It is

13     Part 2, Section 1-21.  Sorry.

14  BY MR. MOORE:

15     Q.   May I see it, please. ?

16     A.   Page 55 of the rule book.

17          MR. SIKES:  Let me see it.  Bring it over

18     here.

19          MR. MILLER:  Sure.

20          MR. MILLER:  I will ask that a copy of this

21  page of the rule book be identified as Exhibit 428.

22          (The document referred to was thereupon

23  marked Exhibit No. 428 for Identification, and

24  retained by counsel for Ferretti.)

206

1          MR. MOORE:  May I?

2          THE WITNESS:  Go ahead.

3    BY MR. MILLER:

4      Q.   If you now turn to page 5 of your report,

5    page 6 of 8, at the top under Item 7, fourth

6    paragraph, last two sentences, you state, "Frabetti

7    stated the spoiler should have the same laminate as

8    the hull sides.  Our inspection revealed 0.3 inches,

9    (75mm) thickness of the spoiler sides.

10     A.   Let me interrupt.  That was my second

11   typographical error which I could not find this

12   morning.  That would be a 7.5 rather than 75

13   millimeters.  That is it right there.

14     Q.   What are you telling us there?

15     A.   I'm telling you two things.  First is that

16   the structural configuration of the transom and the

17   spoiler's attachment to the transom are not as shown

18   on the drawings submitted to BV, and the second is

19   the sides and the hull sides are 34 millimeters on

20   the main hull and which are covered with PVC foam.

21         The spoiler, on the other hand, is

22   single-skinned and it is .3 inches thick, which is

23   7.5 millimeters.

24     Q.   If you were to compare the fiberglass

207

1  thickness of the hull sides of the main hull with the

2  fiberglass thickness of the spoiler, what would you

3  get?

4      A.    In other words, take out the PVC foam?

5      Q.    The fiberglass skins, what thickness would

6  you end up with?

7      A.    0.63 inches.

8      Q.    In the next page of your report in the

9  fourth paragraph, you mentioned that the failed

10  exhaust pipe termination can also be seen in that

11  video.  Which video are you referring to?

12      A.    This is the video taken by the ROV of the

13  hull being lifted the first time from the ocean

14  floor.

15      Q.    Do you recall which tape number that is on

16  Bob Wendling's log of the tapes?

17      A.    No.

18      Q.    Well, I would like you to tell Mr. McLeod

19  which tape you were talking about and what frame

20  counts so we can see if we can agree with your

21  interpretation.

22      A.    Okay.

23      Q.    In the next paragraph, you state, "Normal

24  operational sea loads solely would cause the spoiler

208

1   bottom shell to fail at the transom intersection." Is

2   that because of the tabbing deficiencies you have

3   described earlier?

4       A.   Well, it is the plies crossing the joint.

5   There isn't sufficient strength of the joint to

6   survive the bottom loads.

7       Q.   Does that statement hold true for without

8   the exhaust flare attachment?

9       A.   That's true without.

10      Q.   Based upon your understanding of the

11  construction of the spoiler, do you believe that with

12  the yacht making ten knots in the seas being

13  experienced on the day of the sinking, the pressure,

14  or better put, the force exerted by the trim tabs

15  could cause localized failure in the spoiler bottom?

16      A.   It would be unlikely that the trim tabs at

17  ten knots could precipitate a failure.

18          MR. MILLER:  Mr. Schofield, I don't think I

19      have anymore questions, but while I'm looking, I

20      will turn you over to the next examiner so we

21      don't waste anymore time.

22                    CROSS-EXAMINATION

23  BY MR. SIKES:

24      Q.   Do you know how many hours this yacht had at

209

1  the time of the sinking?

2      A.   I don't know.

3      Q.   I would think there would certainly be an

4  hours meter somewhere to the engines; would there not

5  be?

6      A.   I would think so, and if there was, it would

7  probably be recorded by Bob Wendling some place, but

8  I don't have the hours myself.  At least I don't

9  think so.  Let me check.

10     Q.   If not, the hours may very well be in a log,

11 in a captain's log, such as Mr. Goldstein being the

12 captain of that famous boat?

13         MR. MCLEOD:  It should be on Bertram's

14     invoice, too.

15 BY MR. SIKES:

16     Q.   You don't have that information?

17     A.   I haven't found it yet, if I have.  I'm

18 still looking.

19     Q.   Well, while you are looking for it, did you

20 talk to Mr. Goldstein?  You interviewed him; did you

21 not?

22     A.   I spoke with him for few minutes, but not a

23 full-blown interview of a technical nature, no.

24     Q.   Did you get an impression one way or the

210

1    other about his use of the yacht, the extent to which

2    he used it or not?

3         A.    I got the impression that the trip in which

4    they lost the yacht was the first real trip they had

5    taken her on up to that point, and that they hadn't

6    used her very much.

7              MR. MOORE:  You mean after Bertram, first

8         real trip after Bertram?

9    BY MR. SIKES:

10        Q.    We call that AB.  That was the first trip

11   they had taken after Bertram's modification, but you

12   are also telling us they had not used the yacht a

13   great deal even prior to the Bertram modification?

14        A.    That was my understanding.

15        Q.    You are familiar with the Bertram

16   modifications, and you are aware of a problem that

17   Mr. Goldstein had which was caused by the Bertram

18   modifications?

19        A.    Yes, I am.

20        Q.    Had you been consulted, and then we probably

21   wouldn't be here had you been consulted, about this

22   modification, what would you have recommended in

23   order to alleviate Mr. Goldstein's problems,

24   including the modification which in fact was done?

211

1      A.    I usually recommend that high-water exhausts

2   or bypass exhausts be routed directly to the side

3   shell, but most people don't like that because of the

4   noise it generates.

5      Q.    I'm not sure I understand what you mean.

6      A.    Instead of rerouting the exhaust piping

7   right back to the spoiler, I probably would have

8   recommended going directly overboard at some place in

9   the engine room.

10      Q.    So that's from the engine room outboard and

11   downward?

12      A.    No, I probably would have recommended

13   directly overboard discharge at that point, but I

14   would anticipate that most owners would say we can't

15   do that because it is too noisy, we would like to get

16   the noise away from the cockpit and bury it some

17   place aft.

18      Q.    What else would you have recommended, if

19   anything?

20      A.    In that case, I would look at actually what

21   had been done; that is running it back through the

22   swim platform area and dump it as far aft as you can,

23   which is pretty much what was accomplished.

24      Q.    Would you agree that the modifications that

212

1    were made by Bertram were substantial?

2        A.    Were substandard?

3        Q.    Well, they were substantial?

4        A.    Well, they were substandard.

5        Q.    Well, substantial modifications to the boat?

6        A.    Oh, that's a pretty subjective thing.  I

7    would have difficulty answering that.

8        Q.    Well, with respect to whatever warranties

9    the owner would have been given, would you not

10   consider the modifications to be substantial insofar

11   as affecting that warranty?

12           MR. MCLEOD:   Object to the form of the

13       question.

14           THE WITNESS:   Based on my previous

15       experience with other boat manufacturers, I would

16       expect they would have some impact on the

17       warranty, and they ordinarily require concurrence

18       of the original boat builder to issue that

19       warranty.

20   BY MR. SIKES:

21       Q.    Warranty offerings were impacted by these

22   alterations even if you did the repair with the full

23   knowledge of the original builders?

24           MR. MCLEOD:   Objection, and contrary to his

213

1    testimony.

2         THE WITNESS:  It had an impact on the

3    warranty insofar as to whether the changes had a

4    direct bearing on a warranty item being claimed

5    against the builder at some later date.

6  BY MR. SIKES:

7    Q.   Or for that matter, the seaworthiness of the

8  vessel, the boat, the yacht?

9    A.   Yes.

10   Q.   Did you make a determination about whether

11 the holes which were drilled in the transom by

12 Bertram, and generally speaking, the work that

13 Bertram did on the modifications of the exhaust

14 system, had an effect on the seaworthiness of this

15 boat?

16   A.   Yes.

17   Q.   What was that?

18   A.   Well, as evidenced by the yacht sinking

19 because of those holes, the holes did have a direct

20 impact on her seaworthiness.

21   Q.   How many times, to your knowledge, was this

22 yacht raised from the time Mr. Goldstein purchased

23 the yacht up until the time of the sinking?

24   A.   Raised in slings in a marina?

214

1   Q.   No.   Either raised on davits or raised

2   either put in dry docks for some reason or another.

3   A.   I don't know.

4   Q.   The work which Bertram did for the

5   modifications, that boat had to be in dry docks in

6   order for that to be done?

7   A.   Yes, and the boat would have been in dry

8   docks.

9   Q.   Do you know how long?

10  A.   I don't know how long.  As a guess, I would

11  say it would take three, four days.

12  Q.   If that boat were in dry docks and one were

13  to go up underneath the spoiler and look upward, if

14  there had been any kind of sheering effect on the

15  bottom part of that spoiler, would that be

16  detectable?  And that's probably not a fair question,

17  depending upon the extent of it.

18  A.   It would be buried in the line between the

19  hull and the spoiler, and it could be conceivably

20  hidden or merely out in the open, but it would be

21  hard to tell after the fact.

22  Q.   Assuming here again, Bertram, before they

23  did the modifications or during the time they made

24  the modifications went up under there and looked and

215

1    didn't see any sort of sheering effect there, we

2    would have to say that the sheering effect such as

3    you have testified to occurred solely on the trip

4    that Mr. Goldstein took on that fateful day?

5         A.    That would be a fair assumption.

6         Q.    But it could have been working for while?

7         A.    It could have been working for a while,

8    yes.  So this problem that we had with the weakness

9    of the spoiler which caused the -- and I use the word

10   "fail."  It could have appeared over a period of

11   time when no one would have been able to see that.

12        Q.    Then all of a sudden on the fateful voyage,

13   it could have erupted?

14        A.    That is true.

15        Q.    Such that you would have had an opening at

16   the bottom of the spoiler which would have been a

17   scupper like thing which would have driven water into

18   the scupper?

19        A.    Scooped, yes.  Uh-huh.

20        Q.    Do you recall the modifications that were

21   recommended by Ferretti S.p.A?

22        A.    To meet Mr. Goldstein's objection of

23   impacting?

24        Q.    Yes.

216

1    A.    That was to cut down the size, the outward

2  extension of the exhaust flares.  Yes, I remember

3  seeing a sketch describing that suggestion.

4    Q.    Based upon your knowledge of that yacht, was

5  that a possibility?

6    A.    It would be dependent upon whether

7  Mr. Goldstein's favorite birthing area consisted of

8  pilings only or a pier at some other level.  If it

9  was pilings only and the hull deck connection or the

10 gunnel contacted these pilings, that would be a

11 reasonable approach.

12         If it was a lower floating pier or something

13 that would impact the boat some distance below that,

14 he would probably have an objection to the changes

15 recommended by the Ferretti factory.  I remember

16 his --

17   Q.    Did you make any determination about the

18 outermost edge of the yacht as between whatever

19 railing there may have been on the side of the boat

20 as opposed to the exhaust flares?

21   A.    Yes, specifically with respect to that

22 vertical line from the gunnel at the hull deck

23 connection.

24   Q.    A plumb?

217

1        A.    A plumb line would clear the exhaust flare;

2   however, as we move aft and the area of the spoiler

3   projected into this, that would be the extreme

4   outward portion of the yacht.  So up to a point where

5   the original transom is on the hull, the flare would

6   be in the flare of the yacht sides.

7             The terminology is a real problem in this

8   case.  At that point, the extreme projection of the

9   exhaust could well itself.

10       Q.    Again, I will talk to you just momentarily.

11  I have page 7 of your report.  It talks about the

12  flapping that you saw on the video.

13       A.    Yes.

14       Q.    This yacht had already struck the bottom,

15  and you're telling us in this photograph that the

16  flapping of the failed spoiler was not caused in your

17  judgment by the boat, the yacht striking the bottom

18  of the ocean?

19       A.    That's what I'm saying, yes.

20       Q.    How was it that you were able to make that

21  determination?

22       A.    My review of the broken face of the laminate

23  showed that you only had three, maybe four plies

24  turning the corner.  And being aware of the magnitude

218

1   of the hydrodynamic loads of the bottom of the yacht,

2   especially a yacht that was capable of achieving 35

3   knots, I knew the structural failure of that bottom

4   was imminent, and it was in view of the other

5   circumstances of the loss.  It is my opinion this was

6   the cause of the loss.  It was going to happen sooner

7   or later, and the fact that we had a series of events

8   that would logically have built on that, that was my

9   conclusion.

10      Q.   When you were talking about the flapping,

11  here again, looking at Exhibit 426, you are talking

12  about the area on the port side?

13      A.   Yes.

14      Q.   And when you say flapping, are you talking

15  about some piece of the spoiler that was literally

16  flapping up and down?

17      A.   Yes.

18      Q.   And you believe that this would have been

19  extant at some point at such time that Mr. Goldstein

20  would have been operating the yacht?

21      A.    I believe when he accelerated after the

22  checking of the V-drive, that is when it started to

23  tear and made it so open that it would visibly flap

24  like that.

219

1     Q.   So it would be, in your judgment, partially

2  cracked before the V-drive checking?

3     A.   Could have been, yes.

4     Q.   But would it have been cracked to the extent

5  that it would have been what I call a scupper-like

6  device which would have been bringing water into it?

7     A.   It could have been, yes.

8     Q.   So at some point in time, this thing just

9  broke loose, and was that because it had too much

10  water in it?

11     A.   In a head position at ten knots, it would

12  have had a considerable force of water.

13     Q.   But he did not go ten knots after the

14  V-drive incident, did he?

15     A.   I thought that was his testimony.

16     Q.   So we have the V-drive problem, he goes

17  down, does whatever he does, and then he decides,

18  according to what you think, that he then puts the

19  boat in gear and goes forward ten knots?

20     A.   Yes.

21     Q.   At that point in time, that's when the

22  bottom of the spoiler breaks loose and began

23  flapping?

24     A.   I think so, yes.

220

1    Q.    Before that time, are you saying that the

2  bilge pump would not have been sufficient to pump

3  whatever water was in the spoiler out?

4    A.    In the early stages, if this was a

5  progressive failure, it may have stayed ahead of the

6  water, and as the crack grew and the open situation

7  it would have created, the scoop effect would have

8  predominated.

9    Q.    (In French) when he went forward after the

10 V-drive problem at ten knots, is that when this

11 bottom more likely fell out?

12   A.    Yes, except "je ne parle Francais," so I

13 don't know what was the first part of your question.

14   Q.    I'm looking at Exhibit 414 of the GOLD CAY.

15 I see the trim tabs are recessed.

16   A.    Yes.

17   Q.    How far back is the transom from where they

18 are recessed?

19   A.    The transom is 43 inches from the point at

20 which you have your thumb.

21   Q.    From here?

22   A.    Yes.

23   Q.    To the end of the spoiler?

24   A.    Yes.  Yes, to the immersed ends of the

221

1  spoiler.   There is a ducktail that sticks out above

2  that point, and then the trim tab is 14 inches fore

3  and aft.

4       Q.   So how far?

5       A.   Fourteen inches.

6       Q.   Is there a plate or something above these

7  trim tabs to reduce the force and effect on the

8  spoiler?

9       A.   No, not that I'm aware of.

10      Q.   In other words, all you have is the

11 thickness of the bottom of the spoiler?

12      A.   Yes, and the stringers, the tall stringers

13 are aligned roughly with the inboard face of those

14 trim tabs.

15      Q.   The inboard face?

16      A.   Yes.

17      Q.   Not necessarily outboard face?

18      A.   I think there is a shallow stringer at that

19 point, a little hat section strengthening it.  I

20 don't know if it is directly aligned with the edge,

21 but it is pretty close.

22           MR. SIKES:  I don't have any further

23      questions.

24                      REDIRECT EXAMINATION

H. Allen Benowitz & Associates, a Veritext Company
(305) 373-9997

222

BY MR. MOORE:

   Q.   I have just a couple.  In this book, the Bureau Veritas rules for the certification, classification of yachts, they refer to ships with more than 15 meters in length.

   A.   Yes.

   Q.   What length are they referring to?

   A.   They are referring to the length of the hull.

   Q.   Length of the hull?

   A.   Yes.

   Q.   What is your conversion factor?  How do you convert feet to meters?

   A.   Let me calculate it for you rather than guessing.  Well, a meter is 13 inches.  Divide that by 12.

   Q.   So 13 inches, you divide 13 inches into the feet to get meters?

   A.   Yes.

      MR. SIKES:  So 15?

BY MR. MOORE:

   Q.   Is it 39 even?

   A.   No.  It is some odd inches, but that probably is close enough for your calculation there.

223

1    A good ratio is 79 feet equals 24 meters.

2          MR. SIKES:  What is the 3.9?

3          THE WITNESS:  39 point something.  I can't

4      recall the number.  I always use my calculator.

5      I suggest using the ratio of 79 divided by 24.

6          MR. SIKES:  This boat is 58.5.

7          MR. MOORE:  54.13.

8          MR. SIKES:  In feet?

9          MR. MOORE:  Maximum length plus the

10     spoiler.

11         THE WITNESS:  It is the waterline length, so

12     we have to add the length of the spoiler to the

13     yacht.

14   BY MR. MOORE:

15     Q.   Length of the hull is actually -- I would

16   think this maximum length would be the calculation

17   that would include the total length of the hull;

18   whereas, the first statement would only include the

19   54 feet.

20     A.   The BV rules are not clear in the rule book

21   you have in your hand.  In other books, they are --

22     Q.   Well, let's go specifically to the ISO

23   definition of "length of hull."  In your judgment,

24   since it does not involve destructive measures, would

224

1   the spoiler be included in the length of the hull

2   calculation?

3       A.    It would under the current -- there is an

4   ISO 8666.

5           MR. SIKES:  Here we go, current.  We are

6       talking about 1996 when this boat was made,

7       right?

8           THE WITNESS:  Yeah.  I think that --

9           MR. MOORE:  Yes.

10          THE WITNESS:  That definition came into play

11      around '96 and you exclude bowsprit, but include

12      permanently fastened and buoyant structures.

13  BY MR. MOORE:

14      Q.    The bowsprits and so forth are included for

15  a maximum length definition, but the --

16      A.    Not the length of the hull.

17      Q.    Hull length includes components that require

18  destructive testing to remove?

19      A.    That would require destructive removal.

20      Q.    In other words, if it requires destructive

21  measures to remove it, it is included.  If it is not

22  required, it is not included in the length of the

23  hull measurement?

24      A.    I looked at this question myself with

225

1    respect to that rule which you have in your hand, and

2    with the spoiler, it is over 18 meters.  Without the

3    spoiler, it is under the 15 meters.

4         Did I say 18?

5    Q.   I think you did.  With the spoilers, it is

6    over 18.

7    A.   Say 15.

8    Q.   It is 15?

9    A.   Yes.

10   Q.   Without the spoiler, it is definitely under

11   15 meters?

12   A.   Yes.

13   Q.   I think you would agree then, or maybe you

14   would not agree, but I asked you if you agreed there

15   may be some issue as to whether this particular rule

16   regarding 15-meter boats in length would even apply?

17   A.   Yes, I expected an argument on that count.

18   Q.   Now, I want to go back to this drawing.  As

19   I understand your testimony, you have determined from

20   your analysis of all these photographs and so forth

21   that the failure was a failure at the point where the

22   bottom of the spoiler interfaced with the upright

23   face or forward part of the spoiler; and do I further

24   understand that would be outboard of the stringer

226

1  that you have identified here with the squiggly line;

2  that is what you have identified in the area of the

3  failure?

4      A.   It is roughly in line with the stringer.

5  Whether it is an inboard or outboard item, it is not

6  certain.

7          MR. SIKES:  Which stringer is this?

8          MR. MOORE:  It is the stringer that lines up

9      with the trim tab pocket we just talked about.

10  BY MR. MOORE:

11      Q.   You further clarified that those small sort

12  of two-by-four size things on the bottom of the

13  spoiler platform are stringers; they are just a

14  different type of stringers?

15      A.   Yes.

16      Q.   And then there are little short stringers

17  that are sort of midway between the real tall

18  stringers that you are talking about.  Do they have a

19  different name, or they are just shorter stringers?

20      A.   We call them bottom longitudinals or bottom

21  stiffners.  Some people call them -- the U.S. boating

22  industry calls them stringers.  The term is not

23  entirely correct, but we all know what we are talking

24  about.

227

1    Q.    You said that rust streaks are an indicator

2    of failure?

3    A.    They can be.

4    Q.    So in other words, if there are no rust

5    streaks, it will eliminate that anyway as an

6    indicator of failure?

7    A.    On the bolts that attach it.

8    Q.    Just regarding drawing inference from rust

9    streaks, if you draw no inferences -- I mean, in

10   other words, you could draw an inference to say that

11   was evidence of failure, but there is an equally

12   solid inference that there is no failure; it is just

13   rusting?

14   A.   Yes, except that there is marine growth

15   scum-type material between the interface.  You know,

16   in the interface between the transom and the spoiler,

17   and judging from the appearance of that, it has been

18   there for some time, so there was water in there in

19   that interface, and it just further confirms it is

20   one more bit of the piece of the puzzle on whether or

21   not this thing was working or not.

22   Q.    For example, in Exhibit 421, a slightly

23   green appearance is the marine growth that you are

24   referring to?

228

1      A.    I'm not 100 percent sure as to that

2   particular photo.

3      Q.    Here is another photo, 416?

4      A.    Yes, there are some green materials in there

5   that I'm referring to.

6          MR. SIKES:   We have referred to that as

7      "mung."

8   BY MR. MOORE:

9      Q.    Looking at 416 with respect to the green

10  growth, so we are clear, that is the outer face of

11  the transom of the primary hull?

12     A.    Yes, after removal of the spoiler parts.

13     Q.    Did you see any evidence of water

14  penetration into the inside of the spoiler

15  compartment at a point in time preceding the sinking

16  of the MADAME?

17     A.    I did on my industry boats, but not on the

18  MADAME.

19     Q.    What did you see in Mitri's boat that would

20  indicate that?

21     A.    The spoiler had a large amount of water.

22     Q.    That could have come through hatches,

23  correct?

24     A.    In fact, it probably did.

229

1    Q.    I am focusing on the failure of the bottom.

2         MR. SIKES:  I saw a picture of the boat, and

3    in the spoiler, I didn't see that water in the

4    spoiler.  You are saying there was a whole bunch

5    of water.

6         MR. MCLEOD:  They pumped it out.

7         THE WITNESS:  That is the reason I

8    emphasized there was a scum line.  There was a

9    lot of water in that boat.

10        MR. MCLEOD:  They pumped it out.

11   BY MR. MOORE:

12   Q.    So if the scoop that you referred to fills

13   the spoiler when present, it follows that if there is

14   no scoop, then the spoiler would not be filled?

15   A.    It would still fill, but at a slower rate.

16   Q.    Do I understand that you have compared the

17   lamination schedule of the hull to the lamination

18   schedule of the spoiler, correct?  You have made that

19   comparison?

20   A.    I did, yes.

21   Q.    Have you compared the lamination schedule of

22   the spoiler to the lamination of the spoiler?

23   A.    We have no paperwork that indicates what the

24   lamination schedule of the spoiler was, excepting for

230

1    the hull lamination schedule.

2        Q.   So the answer to my question is no?

3        A.   I have physically measured the thickness of

4    the laminate.

5        Q.   But there seems to be the inference here

6    there is some sort of magic schedule, you know,

7    because the schedule is one thing, and then you

8    compare that schedule to what was actually built.  So

9    my question really has to do with the lamination

10   schedule for the spoiler.  As far as you know, there

11   is no such thing?

12        In other words, the comparison you made

13   regarding the lamination of the spoiler is as to the

14   as-built of the spoiler; you compared that to the

15   lamination schedule of the hull?

16        A.   That is true.

17        MR. MOORE:  I have no further questions.

18        (Thereupon, Mr. Sikes exits the deposition room,

19        and the following proceedings were had:)

20                    RECROSS-EXAMINATION

21   BY MR. MILLER:

22        Q.   I got a little confused by Mr. Sikes

23   questions.

24             Looking at your Exhibit 426, you see the

231

1    fracture that runs from left to right.  Had that

2    developed while Mr. Goldstein's boat was underway

3    from the Sea Buoy up to the point where the port

4    V-drive alarm sounded?

5        A.   I think that it had, but I can't prove that

6    at this late date.

7        Q.   Do you think it is likely that this fracture

8    that runs from the port to the starboard had

9    developed before the V-drive alarm sounded?

10       A.   It is likely that it did.

11       Q.   It is likely the boat was taking on water as

12   it was proceeding from the Sea Buoy until the time

13   the V-drive alarm went off?

14       A.   Not so much water that the bilge pump in the

15   spoiler couldn't take care of, but it was taking in

16   water from something.

17       Q.   I know Mr. Goldstein testified that the

18   spoiler bilge pump light was intermittently going off

19   and on, but what we don't know is the last time that

20   it went on and off, how long it stayed on.  Is it a

21   distinct possibility that the crack got progressively

22   worse as the voyage continued to the point where

23   water was coming in faster than the bilge pump could

24   evacuate, but before the V-drive alarm went off?

232

1    A.    Yes, it is highly probable, actually.

2    Q.    And that being the case, that crack alone

3   could have been the explanation for the amount of

4   water that was in the spoiler when Mr. Goldstein and

5   his wife looked over the stern and saw the spoiler

6   slightly beneath the water level?

7    A.    It is possible, yes.

8    Q.    Is that likely in your view?

9    A.    It is actually likely.

10   Q.    Would you say that it is a fairly likely

11  order of probability?

12   A.    Very high order of probability.

13        MR. MILLER:   I don't have any further

14   questions.

15        (Thereupon the taking of the deposition was

16   concluded.)

17

18                        ROBERT SCHOFIELD

19

20

21        Sworn to and subscribed before me this

22

23        day of         2000.

24

233

                              Notary Public


                          CERTIFICATE OF OATH


STATE OF FLORIDA

COUNTY OF MIAMI-DADE


        I, the undersigned authority, certify that
ROBERT SCHOFIELD personally appeared before me and
was duly sworn.
        WITNESS my hand and official seal this 29th
day of October 2000.


                    AMY MASSENGALE
                    Notary Public - State of Florida
                    My Commission No. CC543978

234

1                    Expires: March 31, 2004

2

3

4

5              REPORTER'S DEPOSITION CERTIFICATE

6

7

8   STATE OF FLORIDA

9   COUNTY OF MIAMI-DADE

10

11

12          I, AMY MASSENGALE, Registered Professional

13   Reporter, certify that I was authorized and did

14   stenographically report the deposition of ROBERT

15   SCHOFIELD; that a review of the transcript was

16   requested; and that the transcript is a true and

17   complete record of my stenographic notes.

18

19          I further certify that I am not a relative,

20   employee, attorney, or counsel of any of the parties,

21   nor am I a relative or employee of any of the

22   parties' attorney or counsel connected with the

23   action, nor am I financially interested in the

24   action.

235

DATED this 29th day of October 2000.



AMY MASSENGALE

**perhaps** 20:24
   36:15
**perimeter** 151:15
   170:12 171:20
**period** 215:10
**permanently**
   224:12
**permit** 158:4
**person** 9:20 115:13
**personally** 34:2
   99:9 108:24
   233:15
**perspective** 12:24
   28:6 32:20 101:11
   141:7 175:8
   189:10
**phenomenon** 23:13
   154:5 157:3
   158:24 164:4
**phone** 15:12
**photo** 140:20
   141:11,22 228:2,3
**photograph** 58:23
   59:2,22 62:16
   73:17 111:7,7
   140:17 141:15
   159:20 160:1
   217:15
**photographs** 16:7,8
   16:11,13,14,18,21
   16:22,24 17:1,2,8
   17:10,17,24 18:15
   18:17 55:16 59:14
   61:10,12 77:9
   131:15,19 132:5
   140:13 155:15,22
   225:20
**photos** 17:6 116:6
**phrase** 127:11
**phrasing** 104:23
**physical** 36:20
**physically** 135:3
   149:14 168:19
   230:3
**Pianta** 116:12
**pick** 45:17 54:4
**picked** 200:5
**picture** 58:13 59:23
   73:4,5 114:20,22
   115:2 141:8
   156:12 229:2
**pictures** 17:3 18:4,7
   35:5 72:21 74:2
**piece** 70:6,10
   140:20 147:5
   150:15 151:13,19
   152:23 153:9
   154:13,14 160:8
   161:7 218:15
   227:20
**pieced** 123:10
**pieces** 142:7 145:6
   147:24 148:1
   175:16 183:6
**pier** 216:8,12
**pilings** 216:8,9,10
**pipe** 16:4 18:20,24

19:20 20:9,9
   24:13 26:14
   118:23 159:12,14
   163:18 167:1,2
   169:1,19 170:13
   171:13 173:21
   177:19 204:6
   207:10
**pipes** 19:11 22:4,9
   34:9 44:3,7,13
   119:1
**piping** 19:2,2,3,4,7
   19:16,19 20:14,16
   21:4 22:7 23:12
   23:16 24:18,20,21
   24:24 25:1,2,3,5,5
   25:9 26:5 32:17
   42:3,6 61:19,20
   101:3 202:9
   203:15 211:6
**place** 31:16 57:13
   62:12 73:12 76:2
   79:8 129:17
   131:14 140:24
   143:3 209:7 211:8
   211:17
**placed** 42:17 56:17
   63:3 89:7 157:18
   179:10
**places** 5:15 39:18
**Plaintiff** 2:4
**Plaintiffs** 1:7
**plan** 16:11 113:24
**plane** 22:24 23:24
   122:9,13,20
**planes** 72:8
**planing** 24:3,5
   71:19 122:4,15
**planned** 7:8
**plans** 103:9,10
   175:21
**plant** 6:14 8:13
**plastic** 150:22
**plate** 112:5 113:9
   113:10 115:17,19
   144:9 152:11,23
   153:2,5 158:6,7,9
   158:14,14,15
   159:3,4 164:5
   180:17 187:11
   221:6
**plates** 112:7,10,11
   112:18,20 116:7
   116:18 139:2
**platform** 25:8,15
   64:5 108:16 109:5
   109:22 134:23
   136:8 142:15,16
   143:12 144:3
   157:13 158:23
   211:22 226:13
**plating** 144:6
   150:16 152:23
   166:2 204:7
**play** 224:10
**please** 3:7 20:13
   42:16 66:18 90:19

142:4 149:5 154:1
   156:13 157:20
   163:3 172:11
   204:18 205:15
**plies** 77:24 78:3
   85:9 92:7 93:13
   119:18 127:9
   144:24 145:3,4
   149:3,7,13 150:1
   150:2,3,5,9,11,12
   151:9,10 152:16
   153:21,23 154:2,5
   154:10 155:3,19
   157:10,10 186:2,5
   186:5 208:4
   217:23
**plumb** 216:24 217:1
**plunge** 74:5
**plus** 149:19 150:11
   151:9 169:24
   170:3 223:9
**ply** 186:24
**plywood** 55:23
   142:5,7,23 143:11
   144:1 145:6
   157:11,15
**pocket** 162:24 163:2
   226:9
**point** 3:14 9:19
   10:12,19 12:16
   17:14,21,24 22:10
   26:21 41:12 54:17
   55:14 56:14,20
   64:19 68:15,19
   74:18,21 75:23
   78:12 82:7 85:6
   92:14 115:8
   130:21 131:7
   132:15 136:2,3,18
   137:17 143:9
   147:18 149:2
   152:10 153:22
   155:10 165:24
   172:16 176:11
   181:13 189:3
   199:11 203:5
   205:5 211:13
   217:4,8 218:19
   219:8,21 220:19
   221:2,19 223:3
   225:21 228:15
   231:3,22
**pointing** 62:14
   162:2
**points** 17:10 176:18
**Polish** 190:5,7
**pollution** 193:13
**polyester** 168:12
**polyethylene** 12:7
   12:10,10
**pooling** 139:16
**poor** 145:9 168:2
**port** 19:12,19 20:9
   20:12 30:22 34:7
   55:12,15,21 58:20
   58:21 60:10,12,22
   61:4 65:7,12

69:24 123:16
   124:6 126:9
   140:19 141:3,9,14
   159:18 160:20
   200:11 218:12
   231:3,8
**portion** 121:3 160:2
   160:3,5 161:5
   170:16 217:4
**portions** 161:4
**position** 14:18,20
   43:12 83:24 123:1
   160:5 177:11
   179:11,21 180:10
   180:18,23,24
   219:11
**positional** 63:18
**positioning** 179:18
**positions** 32:23
**positive** 71:18 114:6
**possibilities** 51:22
   51:24 63:9 64:2
**possibility** 63:11,13
   63:18 64:7 69:4
   128:22 129:3,5
   139:3,15 216:5
   231:21
**possible** 45:4 66:10
   126:24 138:19
   169:6 176:14
   202:20,23 232:7
**possibly** 13:22
**posted** 21:2
**pounds** 120:2,3
   121:6,8,14,15
   168:13
**pouring** 136:3
**power** 63:11,14,14
   179:1
**powered** 164:14
**practice** 46:11,16
**practiced** 3:22
**practices** 100:12
**practicing** 98:9
**pray** 84:1
**precedent** 5:13
**preceding** 228:15
**precipitate** 208:17
**precipitated** 118:5
   142:21 168:3
**precisely** 144:15
   149:10 199:3
**precursor** 118:6
**predamaged** 176:8
**predominated**
   220:8
**preferred** 129:23
**preliminaries** 1:10
**preliminary** 116:5
**prepare** 115:2
**presence** 149:3
   179:12
**present** 13:21 111:9
   149:11 229:13
**presentation** 16:12
**presently** 14:20
**preservation** 150:19

**press** 152:23
**pressed** 158:16
**pressure** 21:5 23:13
   66:9,11 70:5,5
   71:17,23,24 86:19
   91:11 122:1,20,21
   130:11 135:3
   158:8 160:24
   164:7 185:4,4,5
   208:13
**pressures** 71:7,9,12
   71:14 92:23 94:3
**pretty** 5:1 26:13
   33:6 55:17 62:9
   62:10 67:13 77:6
   115:14 119:16
   137:19 139:2
   168:2 178:24
   179:6 203:6
   211:23 212:6
   221:21
**prevent** 153:2
**previous** 212:14
**primarily** 66:21
   76:10 109:5
**primary** 23:4 44:8
   70:16 76:7,14
   77:7 111:23
   115:10 117:6,16
   228:11
**principally** 21:15
**principle** 34:21 35:2
**prior** 20:24 124:11
   124:24 131:13
   132:4 141:3
   210:13
**probability** 9:3
   169:5 174:4
   232:11,12
**probable** 232:1
**probably** 12:22
   13:1,13,18 17:23
   22:11 47:7 57:22
   69:16 84:14 98:4
   119:6 130:14
   179:5,6 198:12
   209:7 210:20
   211:7,12 214:16
   216:14 222:24
   228:24
**problem** 3:14 79:10
   86:15 106:16
   172:12 176:5,12
   176:19 200:21
   210:16 215:8
   217:7 219:16
   220:10
**problems** 78:21,22
   79:2 101:9 123:15
   182:17 210:23
**procedure** 46:1
**procedures** 85:15
**proceeding** 46:3
   231:12
**proceedings** 30:12
   37:17 89:23
   181:16 230:19

process 7:5 44:11
  44:23 45:9 85:5
processes 45:6,6
product 33:23
  133:3
production 7:12
professional 1:20
  3:20,24 4:14
  234:12
professionally
  191:4
Professor 130:5
profile 117:4
program 94:23
  184:6,16 185:19
  185:20 186:3
progress 47:20
  198:8
progressive 156:19
  156:23 157:3,8
  220:5
progressively
  231:21
progressiveness
  189:10
progressive-type
  157:6
project 43:11
projected 217:3
projecting 65:16
projection 79:21
  217:8
pronounce 27:4,19
pronounced 26:12
propeller 71:2
  141:23
proper 129:19
  148:15
properly 134:12
  136:13 137:12
  167:10 173:19
  174:20 175:23
  177:13
properties 78:9
  186:5,19 187:16
proprietary 184:16
propriety 82:19
propulsion 8:13
prospective 8:11
protected 66:5
protocol 49:19
protruding 68:12
prove 140:3 231:5
proven 95:2
provens 140:2
provide 133:23
  150:18
provided 54:22
  131:17 133:16,22
proximate 41:21
psychology 9:24
public 1:20 3:18
  233:4,23
pull 17:13 198:14
pulled 111:14
pulls 11:22
pump 29:3,5,6

30:21 31:10 32:16
  32:24 33:1 34:15
  39:7,24 40:1,4
  41:6,11 60:17
  63:12,15 98:4
  100:2,5 124:15,18
  124:19 125:8,13
  125:17,18 126:3
  126:12 129:1
  139:19 141:17
  166:16 203:4,4
  220:2,2 231:14,18
  231:23
pumped 229:6,10
pumping 21:5,8,11
  25:15 28:14,22
  29:2,13,16 30:15
  30:17 31:6,14
  32:18,22 34:5
  99:21
pumps 25:7 28:8
  31:20,22,24 32:5
  32:13 33:1,7,9,10
  33:12 99:18
  100:13,19 125:22
  126:3
purchased 76:23
  213:22
Purely 32:20
purpose 15:10
  20:22 29:11 185:8
  196:11
purposes 185:5
pursuant 1:21
pushing 23:1
  119:22
put 55:11,24 56:21
  56:22,22 62:2,3
  62:24 63:2 68:2
  74:16 75:5 80:2
  89:4 100:13
  113:10 144:2
  147:23 150:24
  151:17 154:9,14
  155:18,21 162:24
  202:22 208:14
  214:2
puts 219:18
putting 44:7 154:13
putty 145:13 169:11
  169:19,23 170:18
  171:21,24
puzzle 227:20
puzzled 139:12
PVC 206:20 207:4
P.A 2:9
p.m 1:15,15

Q

qualify 46:2 163:8
  192:9,24
qualifying 192:15
quality 46:1 49:15
quantify 168:4
quantities 32:8
  125:6,9 145:12

quantity 39:13
  40:11,14,15
quarters 62:18
question 10:23
  25:19,24 27:6
  30:14 42:15 44:5
  56:20 69:17 80:8
  86:9,16 95:14
  97:14 101:16
  104:23 105:6
  108:3 114:10,14
  116:4 119:9
  122:11 133:7
  138:9 143:24
  147:4 157:19
  165:18 167:16
  171:7 174:2 175:2
  175:12 176:9
  177:15 180:1,4
  183:15 190:18
  195:7 199:21
  202:16 203:5,13
  212:13 214:16
  220:13 224:24
  230:2,9
questioning 52:16
  92:4
questions 28:9
  37:14 161:16,23
  189:5 208:19
  221:23 230:17,23
  232:14
quick 72:22 89:20
  158:21 186:17
quicker 205:2
quickly 161:9
  183:13 200:5
quite 8:20 33:17
  61:22 98:2,11
  143:1 194:3 195:1
quiz 177:21
quote 41:21 42:1,5
quoting 127:16

R

rag 180:5
railing 116:19
rain 37:19 38:5 66:4
Rainwater 101:1
raise 125:11
raised 125:17
  213:22,24 214:1,1
ran 160:19 161:4,5
  165:14
rank 189:11
ranked 190:3
ranking 82:22
  189:5,7,13
rare 100:9
rate 21:8,8 32:18
  57:20,24 164:18
  165:6 229:15
rates 21:11 32:4
  185:13
rather 6:11 24:7
  53:4 58:6 86:22

99:7 206:12
  222:14
rating 81:8,9,14,24
  82:7
ratings 82:5
ratio 121:18,19
  223:1,5
raw 19:18 29:7 31:9
  34:15
Ray 6:3,8,21 8:6,17
  8:17 94:24 95:6
  108:8,14 184:17
  191:7,14
reached 32:15
  204:6
read 87:14,18 123:8
  130:14 201:11,24
  202:7
reading 42:16 124:3
  125:2 129:8
real 45:19 72:22
  103:14 188:1
  192:13 210:4,8
  217:7 226:17
realistic 185:12
realized 119:15,15
  175:22 176:24
really 62:1,15 64:18
  75:20 94:7,8,9
  128:16 131:18,22
  139:23 140:1
  151:17 168:20
  170:20 230:9
realm 139:24
reason 9:7 16:1 27:6
  44:16 124:10
  152:16 193:21
  214:2 229:7
reasonable 21:13
  98:12 186:17
  195:10 216:11
Rec 2:16
recall 9:9,12 14:8
  16:10 33:13 35:2
  35:5,12 36:24
  38:18 50:11 56:7
  58:23 61:16 69:12
  69:14,23 70:3
  99:10 107:9
  112:24 123:14
  132:2 135:7
  138:21 144:20
  169:23 181:12
  202:3 207:15
  215:20 223:4
recently 17:18 98:7
recess 50:11 89:22
  181:15
recessed 220:15,18
recognized 5:8
recollection 35:18
  37:6 116:5
recommend 83:11
  211:1
recommended
  210:22 211:8,12
  211:18 215:21

216:15
record 3:7 30:10
  37:24 47:4 57:6
  73:15 77:10 87:2
  99:14,15 101:6
  126:11 190:14,15
  197:21 198:20,21
  234:17
recorded 209:7
records 79:6 184:18
recovers 104:10
RECROSS-EXA...
  230:20
red 2:16 125:18
  177:6
redelivery 49:11
REDIRECT 221:24
reduce 221:7
reduced 23:13,15
  181:19
reduces 132:21
reduction 126:8
Reef 136:18
refer 37:3 40:13
  52:20 61:9 86:18
  113:1 116:14
  127:7 186:21
  204:14 222:4
reference 130:3
referred 26:18
  59:20 71:3 74:6
  88:18 90:8 108:20
  127:3 129:12,15
  161:19 183:23
  201:20 205:22
  228:6 229:12
referring 4:13 26:5
  26:6 30:20 31:12
  35:4 44:2 47:5
  55:10 60:21 75:2
  80:1 86:11 89:10
  92:18 105:11
  115:7 119:2,3
  124:24 127:21
  131:18 160:10
  186:22 198:5
  201:19 207:11
  222:7,8 227:24
  228:5
refers 85:4
reflect 73:15
refresh 35:18 37:6
  60:17 125:3
regard 192:15
regarding 31:5
  36:12 37:4,12,15
  56:19 93:19,20
  103:24 104:1
  135:21 225:16
  227:8 230:13
regardless 152:1
Register 83:5
  129:22
Registered 1:19
  234:12
Registro 47:6 81:10
regs 84:21 87:22

88:20,21 90:6,8
196:5
regular 151:20
152:12
regulations 7:23
96:11,13 98:15
Reichert 130:4
reinforcement
146:4,5
reinspection 200:23
relate 47:23 118:19
122:10 123:4
related 28:3 117:10
157:18 168:20
relates 26:6 127:22
142:1
relating 59:5 131:22
relative 82:22 122:5
142:20 169:14
180:15 185:13
234:19,21
relevant 26:1 36:3
190:17
reliance 132:8
relied 177:8
relies 194:13
relieved 122:2,22
rely 17:9 194:4
relying 132:11
146:21
remain 128:6
164:13 193:10
196:1
remained 173:4
remains 20:2
remember 14:13
26:3 28:7 36:21
37:18,23 38:4
40:10 41:1,7
55:17 56:9 61:18
61:19 63:6 69:18
72:19 79:7 87:15
100:14 110:23
116:19 123:11,12
124:3,17,20
165:12 216:2,15
remote 19:15
removal 141:3,9
224:19 228:12
remove 182:15
224:18,21
removed 12:5,8
41:9 111:10
removing 111:4,5
181:18 182:22
repair 49:21 79:6
79:12 212:22
repairability 49:24
repeat 25:19
repetitive 16:1
rephrase 167:15
report 16:11 35:14
35:24 51:7 52:18
54:20 70:19 83:6
90:15 107:8,10
112:3 120:18
127:3 201:19

204:13 206:4
207:8 217:11
234:14
reported 124:6,14
125:4
reporter 1:20
106:12 234:13
REPORTER'S
234:5
reporting 55:1,3
reports 21:10 32:2
201:11
representations
48:1
representative
111:4
representatives
16:6
represented 153:8
representing 35:23
request 6:22
requested 234:16
require 85:23 90:13
98:16 102:1
125:10 188:20,21
200:22 212:17
224:17,19
required 91:18
94:11 115:5
224:22
requirement 3:20
7:12 86:20 87:21
87:23 94:14
191:10 192:13
193:6,24 194:18
195:10,12 196:13
requirements 6:1
46:13 50:24 82:23
86:22 89:3 94:5
129:11 192:2,9,16
192:21,23 193:22
195:15,17,20
requires 66:8
102:24 193:8
224:20
rerouting 211:6
reservation 61:24
residual 10:13
56:13 58:7 62:6
resin 145:13 151:9
154:5 169:11,19
169:23 170:18
resist 152:8
resistance 66:3,20
77:19
resistant 25:11
resisting 154:15
resolve 139:12
resort 84:3
respect 4:18,23 8:1
13:22 15:3 19:7
21:11 44:6 46:7
47:23 60:9 78:13
85:1 86:8 88:21
88:22 95:9 101:8
103:17 104:12
119:12,20 129:10

144:16 185:14
212:8 216:21
225:1 228:9
response 165:3
responsibilities 3:24
50:4,7
responsibility 40:5
40:7 49:2,6,7,10
49:12,20,21
rest 33:4 76:3
164:19 172:17
restrained 65:9
restricting 106:5
result 9:17 153:10
resulted 157:12
186:4
resulting 185:3
results 173:17
resume 6:2 130:3
retained 14:12 74:8
140:9 161:21
184:1 205:24
retainer 15:11
return 61:22
revealed 206:8
review 4:11 7:9,10
29:1 34:3 35:7
61:24 69:16 116:6
200:22 217:22
234:15
reviewed 68:16
79:12 114:16
147:9
reviewing 32:2
RICHARD 1:9
rid 41:10
ride 179:5
ridiculous 195:17
Riechert 130:5
right 6:6 9:13 13:10
30:3 31:12 32:19
32:21 34:18 43:20
43:23 44:1,22
52:20 54:9 55:7
56:24 67:1,16
68:13 70:14 79:8
86:2 94:17 99:3
102:3 103:22
107:5 108:24
112:12 121:21
124:2,10 125:14
125:24 137:3
139:6,24 143:19
146:11 151:3
152:8 153:16
184:15 189:3
196:15 197:11
198:23 200:9,16
204:21 206:13
211:7 224:7 231:1
right-hand 201:20
rigid 42:7 167:22
174:5,9 175:1
202:10 203:16
rigidity 143:10
150:18 151:1
rigidly 182:8

RINA 47:4,5 81:12
81:24 82:12,15,23
88:18
rise 179:2,2
Rob 9:10 73:18,24
97:10 102:16
189:18,19
robert 1:16 2:17 3:2
3:8 18:15 97:12
97:16 232:18
233:15 234:14
Rob's 18:4
role 15:2
room 8:4 12:23 20:2
25:6 29:5,6 30:22
30:22 31:19 32:15
34:10 41:23 46:14
51:15,16,18,18,21
51:23 52:1,4,7
63:22 86:3,9,11
86:12 87:3,24
88:2 101:9,14
104:24 106:7
112:22 124:21
125:7 138:22,23
138:24 147:3
165:18 191:20
192:10 193:1,9,16
193:17 194:6,14
194:16,20 195:4,5
196:18 197:2
198:4,7 202:21,24
203:11,18 211:9
211:10 230:18
rooms 191:11 196:2
rotated 65:20
rotating 150:21
153:3,7
rotation 68:13
rough 36:6 38:8,13
179:4
roughly 120:2,8
121:5 159:22
160:4 221:13
226:4
route 38:14 165:1
routed 211:2
routing 139:10
ROV 207:12
roving 186:9,10
Royal 4:16
rudders 71:1
rule 33:15,16,18
46:21 83:19
129:18 149:20
154:18 184:14
191:2 193:11
204:15,16 205:16
205:21 223:20
225:1,15
rules 7:23 46:22,24
47:4 81:4 84:21
85:2,4,11,12,14
85:16,17,19,19,23
86:10,18,22 87:10
87:12,22 88:19,21
90:6,7 91:21

98:15 102:1,11
191:19 192:4,15
222:3 223:20
run 151:16,20
160:16,16 164:11
165:8
running 41:11
71:21 73:10 122:4
123:1 152:8,11,22
164:2,24 165:6,21
178:19 179:9,17
188:19,22 211:21
runs 162:5 231:8
rush 107:9
Russell 97:20
Russian 190:5
rust 176:16 227:1,4
227:8
rusting 227:13

**S**

S 2:19
safety 184:7
sail 47:13 185:15
sake 151:11
salvors 56:18,23
62:3
same 6:10 17:2 18:1
26:18 28:12 31:21
60:7 73:11 79:22
84:17 115:1
133:24 147:20,24
151:1 159:16
164:19 180:8,18
182:13 185:6
206:7
samples 77:17,20
sank 8:24 9:4,8,10
15:14,16 131:24
203:24
satisfied 96:11
194:1
satisfy 96:13 102:11
saw 38:2,20 39:5
41:17 58:14 69:7
72:14 77:2 111:3
111:7 115:1 126:3
138:22 155:3,5
160:10,16 165:12
183:5 217:12
229:2 232:5
saying 25:16 46:8
77:22 87:7 93:11
95:2 96:23 97:16
102:20 105:17
118:13 138:21
152:9 197:19
217:19 220:1
229:4
says 35:24 96:13
123:20 162:4
201:15
scabbed 142:7
scabbing 145:5
157:11,15
scale 70:9,11 117:11

199:2
scaled 75:5 199:7
scantling 119:18
scenario 28:17
  128:12,24 168:18
schedule 85:21
  89:14 147:14,18
  148:2,6 186:20
  229:17,18,21,24
  230:1,6,7,8,10,15
schedules 78:11
  144:21 185:24
schofield 1:16 2:17
  3:2,8 18:15 73:18
  74:1 97:10,13,16
  104:20 110:10
  114:17 140:12
  161:11 171:12
  178:12 208:18
  232:18 233:15
  234:15
scholarly 129:7
science 139:24
scientific 129:6
scoop 158:19,24
  164:5 165:7,19
  166:2 220:7
  229:12,14
scooped 164:23
  215:19
scooping 160:23
  164:6
scum 141:18 229:8
scum-type 227:15
scupper 215:17,18
scuppers 52:9,11,15
scupper-like 219:5
se 5:17 12:3 23:11
  59:7 88:22
sea 6:3,8,21 8:6,17
  8:17 11:13 36:6
  53:12 83:24 84:7
  94:24 95:6 108:8
  108:14 123:2
  136:2 137:10
  164:15 178:21
  181:9 184:17
  191:7,14 207:24
  231:3,12
seagoing 6:12 80:14
seakeeping 83:16
seal 22:20 233:17
sealant 60:2 62:21
  62:24 63:2
sealed 44:19,20 49:4
  60:5
sealing 43:14,17,21
  43:22 44:1,10,12
seam 66:24 142:5,6
  142:7,23
seas 38:8 80:16,17
  81:1,4 136:22,23
  208:12
seawater 37:19
  41:22 138:20
seaworthiness
  194:12 213:7,14

213:20
seaworthy 194:3
  195:1,8
second 13:7,8,12,13
  53:11,13 61:6,8
  71:23 79:15
  111:17 145:14
  149:2 160:7
  162:20 167:20
  206:10,18
secondarily 193:12
secondary 146:22
  147:10 168:10
seconds 136:5,11
  138:2
section 162:16
  200:8 204:15,22
  205:10,11,12,13
  221:19
secured 67:9 134:12
  134:17 136:13
  137:13,21
see 6:2 7:5,22 16:19
  17:22 18:14 20:18
  33:16 47:10 48:19
  62:6,20 69:10
  73:6 79:9 86:6
  91:5,16 116:23
  117:15 124:17
  126:11 138:3
  139:4,8 141:24
  151:12 155:12
  156:3,10,12
  158:22 159:12,12
  159:20,22 160:12
  165:10 172:8,10
  175:8 183:9
  187:22 198:23
  200:14 202:7
  204:18 205:15,17
  207:20 215:1,11
  220:15 228:13,19
  229:3 230:24
seeing 34:23 69:14
  129:1 175:16
  216:3
seem 67:5 82:20
  86:4
seemed 148:7
seems 44:22 45:8
  56:2 60:19 68:10
  69:1,3 77:19
  83:23 89:16
  112:13,14 138:15
  147:17 148:23
  193:11 230:5
seen 16:24 17:23
  18:10 30:6 34:19
  61:11 88:7 126:1
  147:9 175:19
  177:5 207:10
select 8:14
selecting 8:12
self-explanatory
  161:15
send 6:22
sense 23:17 24:10

53:17 57:17 61:3
  85:13 132:23
sensing 138:19
sensitivity 178:15
sensors 139:7
sentence 145:18
  201:24 202:7
sentences 206:6
separate 90:2
  144:12 168:5,13
  168:16,24
separated 80:5
  128:19 130:20,24
  162:19
separates 131:8
separating 167:2,3
separation 79:17
  118:23 127:22,24
  128:2,5 157:7
  158:13 166:6
  168:21
sequence 45:13
series 9:18 184:12
  218:7
series-built 9:3
serious 73:9
serve 28:24 29:9
  65:10 77:18
  181:23 182:1,10
served 66:6 182:5
serves 60:19 195:3
  197:1
service 196:1
serviceable 196:21
  197:6
set 17:19 50:3 66:8
  111:1 113:21
  129:22 185:20
setting 61:21
settled 67:24
seven-foot 84:7
several 16:3 35:3
  86:5 91:5 134:16
shallow 221:18
shape 179:3 180:5
sheer 150:17 157:24
  186:7
sheered 158:11
sheering 158:9
  214:14 215:1,2
sheet 183:14 186:11
shell 74:12,13,24
  79:18,20,22 80:5
  127:17 204:7
  208:1 211:3
ship 99:7
shipped 48:21
Shipping 6:12 82:16
  83:4,5 94:19,22
  129:18,22 154:23
  184:14
ships 4:2 99:6,22
  222:4
shock 92:6
shooting 140:18
  141:2
short 16:16 138:20

139:7 154:11
  195:21 226:16
shorter 226:19
shot 60:7
shots 17:22,23
  58:14
show 17:2 56:11
  71:8 72:21 75:1
  77:6 90:15 104:7
  115:4 116:14
  155:16,16,21
  163:3 198:15
showed 217:23
showing 141:17
  159:18
shown 153:9 188:13
  198:17 206:17
shows 118:11
  147:19 159:9
shuddering 27:1
side 5:23 20:12 34:7
  34:8 52:3,5 55:12
  55:15,21 58:21
  60:12 61:4 65:19
  71:2 76:11 112:23
  114:20 141:8,9
  143:4,13,22 144:4
  150:9,11 151:1,4
  159:24 185:4
  211:2 216:19
  218:12
sides 76:10,12 91:13
  119:17,18 129:13
  185:2 206:8,9,19
  206:19 207:1
  217:6
signaling 110:14
signatory 96:16
  97:1,3
significance 42:19
  141:24 164:1
significant 71:24
  91:9 94:2 125:6,9
  148:24 182:23
  188:10
sikes 2:9,9,17 36:11
  36:14 39:19 40:13
  40:16 42:15,21,24
  43:2 65:1 72:9,11
  72:14,16,20,24
  73:2,6 90:20,24
  93:6 103:14
  106:10 110:11
  115:20 120:3,6
  133:7,10 134:1
  155:23 156:12
  163:22 174:1,13
  174:16 175:24
  178:2 180:2,12
  189:15,20 190:7
  204:23 205:9,17
  208:23 209:15
  210:9 212:20
  213:6 221:22
  222:20 223:2,6,8
  224:5 226:7 228:6
  229:2 230:18,22

similar 8:20 34:23
  78:15 130:12
  196:24 197:23
simple 64:23 65:1,2
  103:14 122:11
  180:17 186:24
simplistic 43:13
simply 7:1,5 51:19
  55:14 59:6 71:7
  136:15 150:22
  155:7 164:15
since 21:4 41:4
  58:12 78:7 106:13
  114:22 199:18
  223:24
single 87:4 127:16
  127:22 129:15
single-skinned
  206:22
sink 10:5,6,12 11:13
  12:18,22 13:1
  41:20 101:14
  193:18,20 196:18
  202:21,24
sinkable 11:20 12:1
  12:6
sinking 13:4,6,21,24
  14:7,9 15:22 20:4
  20:6 41:22 57:10
  57:14 64:20
  105:22 115:18
  124:7 131:13
  132:4 208:13
  209:1 213:18,23
  228:15
sinks 10:17 13:17
sir 133:9 178:23
  179:19
siren 33:24
sit 29:9 33:13 38:17
  56:7,16 61:3 62:1
  87:16 123:12
  163:12
site 172:13,16
sitting 69:12 123:24
  132:2 134:20
situation 7:14 11:1
  131:23 172:22
  220:6
situational 63:16
situations 132:15
six 135:7,8,8,11
  137:22 190:3
six-inch 136:10
size 33:6 34:23 59:7
  187:12 216:1
  226:12
sketch 161:7 216:3
skins 207:5
slamming 123:3
sleep 53:14
sliding 154:4
slightly 60:10,11
  61:17 227:22 232:6
slings 213:24
slip 58:18
sloshing 126:18,20

slow 83:7 158:15
   164:18
slower 229:15
small 75:5 90:12
   110:19 113:22
   114:1 128:6
   166:16 169:11
   226:11
smaller 57:21 60:13
   62:17
smallest 100:1
smart 83:20
societies 3:20 4:12
   4:12.14 6:24 8:2
   82:21 91:22 189:6
   189:8,22 190:5,12
   192:20
society 4:10,15,17
   4:20.21,23 7:23
   46:13 130:9 190:9
   190:22 191:19
   192:1,8
society's 46:21
sold 197:14
solely 207:24 215:3
solid 149:21 227:12
some 3:22 7:12 8:9
   8:10 9:1,3,13,18
   14:4,22 17:6,18
   18:4,6 19:4,5
   20:16 22:12 23:10
   23:21 26:14 28:9
   29:8 35:5 36:5
   37:16 38:11,13,23
   40:10,22 41:10
   46:8 48:22 50:20
   55:16 56:14,20
   58:7 61:13 62:21
   66:9,11 67:6,17
   68:12 69:1 70:19
   70:24 71:6,18
   73:15 76:5,15
   77:17 78:5,9,10
   79:6,8 86:6 89:4
   91:20 92:14 93:10
   99:5,6 109:17
   115:7,14 118:16
   119:21 128:17,22
   131:14 133:23
   140:12 141:6,13
   141:17 143:16
   147:11,12 150:10
   154:3,7 155:5
   162:18 166:10
   170:19 171:1
   173:11 183:6,6
   185:19 190:24
   195:18 198:12
   209:7 211:8,16
   212:16 213:5
   214:2 216:8,13
   218:15,19 219:8
   222:23 225:15
   226:21 227:18
   228:4 230:6
somebody 52:22
somehow 10:8

133:11
someone 9:9 14:14
   201:6
spaces 108:7 165:11
spacing 187:12,18
Spanish 109:13
speak 59:13 123:15
   192:19
speaking 116:20
   191:6 213:12
special 25:11
specialist 14:24
specialized 5:23
   12:1
specially 25:12
specific 9:12 14:8
   49:3 174:3
specifically 14:14
   14:23 19:1 44:2
   46:20 54:20 60:21
   92:18 216:21
   223:22
specifications
   106:20
specifics 35:6
specified 85:21
   113:11
speculation 140:2
speculative 139:20
speed 21:24 22:12
   22:17 23:13 24:3
   24:5 83:7 92:21
   93:3,4 121:16
   122:21 179:17
   181:1,9 185:1
   188:19
speeds 72:1 184:22
spend 95:22
spent 78:19
spill 203:11
spoiler 19:3,21 20:2
   20:11 24:20 25:14
   25:20 27:14 28:3
   29:4 32:24 37:12
   37:15 39:7 41:14
   41:16,18 44:9
   63:7,23 64:3,8
   66:13 67:4 68:1
   70:15 71:7,13,15
   71:21 72:7,12,17
   75:7,11,13,18,21
   76:7,12,14,20
   77:7,12 78:11,18
   79:10,16 80:5
   85:10,22 88:6,8
   89:11,11,14,15,15
   89:19 90:4 93:11
   93:12,14,16,20,21
   93:22 95:10,17,20
   96:1 98:16,20
   108:18,21 110:10
   110:16,19,22
   111:6,10,16,22
   112:6,16,22 114:3
   114:13,14 117:5
   117:16 118:2,12
   118:14,15,17,18
   118:24 119:3,13

119:13,16,21
120:19 121:2,7
123:5 124:15
125:6 126:16,16
127:7,14,17,23,24
128:4 129:1
130:22 131:1
132:22 133:12
134:12,13,15,17
134:20 136:14,21
137:14,16,18,22
137:24 138:5.14
140:21,24 141:4,9
141:12,16,19
142:2,6,9,17,20
142:22 143:2,4,6
144:6,8,17,24
145:10 146:13,19
146:23 147:13,19
147:24 148:5,5,6
148:10,14 149:4
151:14 154:10
155:3,11 156:5,17
157:2,12,13,21,22
158:5,7,17 159:18
160:19,22 162:10
162:12,17,21
163:17,22,23
164:7,9,16,18,22
164:23 165:4,13
165:15,17 166:1,5
166:7,18,24
167:10,20,21
168:6,15,24 169:2
170:14 171:13
172:7,23 173:5,8
173:14,18,23
174:5,9,20,21,23
174:24 175:9,14
175:23 176:20,24
177:1,4,14 178:9
178:16 179:8,13
179:14 180:4,17
181:3,4,23 182:15
182:21 183:1
191:24 192:9,18
192:24 194:2,13
194:16 197:8,13
197:15,17 198:1
202:13,20,23
203:4,10,19,23
204:4,5,7,11
206:7,9,21 207:2
207:24 208:11,15
211:7 214:13,15
214:19 215:9,16
217:2,16 218:15
219:22 220:3,23
221:1,8,11 223:10
223:12 224:1
225:2,3,10,22,23
226:13 227:16
228:12,14,21
229:3,4,13,14,18
229:22,22,24
230:10,13,14
231:15,18 232:4,5

spoilers 65:13
   141:23 145:7
   181:19 225:5
spoiler's 74:12
   79:18 175:4
   206:17
spoke 209:22
Sport 6:10
sports 6:9
spray 22:6 66:4,22
   101:1
spreadsheet 184:5
   185:6
square 121:13,15
squared 121:9.19
   121:22
squares 121:18
squiggly 162:3
   163:15 226:1
Srutture 116:12
stability 50:10
stabilize 133:12
stack 110:24 186:24
stacking 186:4
stage 45:3,9,21,21
   45:23 46:3 122:16
   166:15 187:17
stages 7:17 46:2
   122:4,15 157:7
   220:4
stagnation 71:16
stairwell 200:7
stamp 7:10 82:11,13
stamped 116:24
stand 42:10 47:11
standard 46:16 49:1
   49:15 50:15,21
   81:17,19,22 91:23
   94:12,19 97:17
   98:13 100:12,15
   102:17 195:18
standards 47:14,17
   47:18,23 48:6,11
   48:16,23,23 49:23
   50:11 94:9 95:14
   97:15 103:11
   184:8,10 196:14
standing 198:7
standpoint 150:13
   194:12
stands 47:5,6
starboard 19:12
   34:8 60:11,24
   64:7 65:8,12 70:1
   79:17 80:4 136:23
   140:18 141:3,23
   142:22 146:9
   167:1,2,13,19
   168:5,16 169:1,18
   170:13 173:21
   174:10,19 177:19
   231:8
start 22:23 31:18
   47:24 100:13
   116:20 120:20,22
   135:6
started 42:3 162:10

162:11 187:13
218:22
**starting** 112:21
**starts** 23:1
**state** 1:20 3:7,19
5:16 42:12 112:4
137:10 176:8
206:6 207:23
233:10,23 234:8
**stated** 51:11 138:11
206:7
**statement** 11:4
46:18 50:3 79:19
83:18 99:19
132:12 202:18
203:14 208:7
223:18
**states** 1:1 38:12,16
38:21 48:15 97:3
123:2 195:16
**Station** 198:18
201:1,5
**status** 5:5
**statutory** 3:20
**stay** 106:15 111:13
125:8,18,21 195:4
**stayed** 126:13,15
162:17 220:5
231:20
**staying** 126:3,4
129:2
**steel** 54:19
**steering** 71:1
**stenographic**
234:17
**stenographically**
234:14
**step** 44:11 45:14
46:3,4
**steps** 45:15
**stern** 19:2 24:13
29:4 52:6 72:7
84:19 108:17
109:1,2,3,7,16,20
123:24 132:9,17
136:22 140:17
141:5 147:8
168:16 169:1,1,19
191:7 193:14
194:5,14,19,23
195:3 204:10
232:5
**Stevens** 109:15
**stick** 142:17
**sticks** 221:1
**stiffners** 226:21
**stiffness** 186:6
187:12
**still** 41:16 42:14
74:1 87:3 88:24
95:13 101:13
105:2,19 111:7,16
111:24 140:24
159:20 160:4
163:20 164:16
193:10 200:21
209:18 229:15

**stop** 31:18 61:7 72:9
80:7
**stops** 198:8
**storage** 109:2,4,24
**stored** 141:21
**straight** 160:21
**streaks** 176:16
227:1,5,9
**stream** 195:22
**strength** 131:6
132:22 133:17,22
133:23 150:18,20
157:24 167:12
168:10 172:9
181:19 182:14,19
186:12,14 187:8
208:5
**strengthening**
221:19
**strengths** 168:12
**stress** 143:11
151:23 153:7,10
153:18,20 154:8
177:24
**stressed** 154:6
**stresses** 143:3 144:2
151:15,20,23
152:7,11 153:14
**stretch** 91:17
**stretched** 170:11
**strike** 174:16
195:14
**striking** 217:17
**stringency** 82:23
189:9
**stringent** 51:1 86:22
195:11
**stringer** 159:22,23
159:24 160:21
161:2 162:5,15
163:14,15,20
164:3 187:18
221:18 225:24
226:4,7,8
**stringers** 89:5,5
139:3 162:7,11
221:12,12 226:13
226:14,16,18,19
226:22
**strong** 62:9
**struck** 160:6 162:19
217:14
**structural** 6:4 7:9
9:2 10:1 12:3,5,6
12:8 16:4,4 54:14
55:22 64:3 76:16
89:15 90:10 93:13
108:11 119:13,19
130:21 131:1,2,5
131:6 134:4
144:22 146:6
150:13 153:17,20
167:8 181:24
182:2,3,6,10,16
183:11 184:16,20
185:1,11,24 186:3

**187**:1,5,16,19
206:16 218:3
**structurally** 77:12
133:14 167:22
182:23
**structure** 13:16
14:4 26:14 112:22
112:23 115:9
133:22 146:13
149:8 150:16
173:15 174:24
185:2
**structures** 13:1
54:17 117:17
130:6 184:7
224:12
**strut** 71:2 200:10
**studies** 45:12,13
**stuff** 29:18 105:14
110:24
**styrofoam** 11:20
**subdivision** 50:10
192:13 196:8
201:3,7
**subdivisions** 96:17
145:24
**subject** 33:22 37:16
38:23 86:12
106:13,15 116:5
129:8 140:18
166:1 198:9
**subjective** 212:6
**submitted** 82:9
112:8 186:1 188:8
206:18
**subscribed** 232:21
**substandard** 212:2
212:4
**substantial** 115:8
212:1,3,5,10
**succeeded** 46:2
**succinct** 26:9
**succinctly** 51:20
70:17
**suction** 23:14,15
31:9 34:15
**sudden** 157:3
215:12
**suddenly** 100:12
**sufficient** 10:20
150:18 151:5,7
167:11 168:23
171:3,13 172:5
173:3 177:21
182:14,18 208:5
220:2
**sufficiently** 175:1
191:21
**suggest** 15:21,24
68:16,19 69:20
115:13 126:12
128:16 165:15,17
223:5
**suggesting** 9:5 76:6
101:16 195:18
**suggestion** 216:3
**suggests** 132:10

**suit** 8:15
**suitable** 70:7
**summarize** 7:3
10:16 50:6 64:1
106:18
**summarizing** 41:20
**summary** 19:8
**summer** 35:9
**Sun** 6:10
**sunk** 9:16 42:9
44:21 105:2,4,8
105:19 176:22
202:13 203:19,22
**Super** 6:10
**superposition**
151:22
**supervision** 103:7
**supplied** 8:15
**support** 10:15 118:1
123:6 132:20
133:3 153:2,4,6
182:3 200:10
**suppose** 27:9
171:24
**supposed** 117:17
**suppress** 119:1
**sure** 36:19 41:12
61:22 63:17 72:23
85:12 87:16 97:17
111:1 115:24
135:18 148:13
163:6 175:12
176:9 205:19
211:5 228:1
**Surely** 177:11
**surface** 11:23 61:21
67:2 75:17,18
131:8,9 150:8,9
151:2,14 165:14
168:11 178:19
179:9 186:16
**surfaces** 75:16 78:4
**surmise** 140:3
**surprised** 4:19 8:22
**surprising** 133:13
**survey** 7:21 16:2,5
**surveyor** 6:23 7:16
35:17 102:18
194:16,17
**surveyors** 21:6
86:13,14 87:9
**survive** 208:6
**suspect** 18:9
**swim** 25:8,8 64:4
108:16 109:5,22
134:23 136:7
142:15,16 143:12
144:3 157:13
158:23 211:22
**switch** 67:16 125:11
125:16
**switches** 33:11,16
33:17,18 88:23
233:16
**sworn** 3:4 232:21
**synonym** 26:21,22
**syntax** 42:4

**system** 24:21,24
25:16 26:4 29:8
29:13,16,17 30:15
30:16,17,20,21,23
31:6,8,15 32:22
34:5,17,20 35:8
65:5,6 95:4
184:19 188:11,12
188:12,20,21,24
189:1 205:5
213:14
**systems** 25:10,12,24
28:14,20,21,22
29:3,12 99:21
101:3 125:20
184:5,21 185:14
188:24
**S.p.A** 1:10 2:8
131:17 215:21

--- **T** ---

**T** 2:7,19
**tab** 120:2,5,6,8,10
121:5,8,14,15
122:2,5,17,24
141:23 143:3,14
144:7 162:24
163:2,7,10,12,13
171:3 221:2 226:9
**tabbed** 170:8
171:16,19
**tabbing** 54:16,19
143:12 145:11,16
145:22 146:22
147:10 159:3
168:12 169:11
170:19 171:12,22
172:1 173:4 208:2
**tabs** 72:7,8,11,16
73:2 74:3 78:2
120:1,11,19
122:15 123:1
163:5 179:12,18
179:20,22,24
180:5,8,9,14,24
208:14,16 220:15
221:7,14
**tabular** 185:23
**tackle** 26:15 150:22
**take** 15:13,15 16:6,8
17:6 36:19 57:23
59:20,24 83:24
84:14 89:20 90:4
95:6 104:9 121:18
136:5,11 137:4
138:2 151:19
161:7,9 168:15
172:18 173:10
176:23 181:5
189:13 207:4
214:11 231:15
**taken** 1:19 18:5
30:11 89:22
131:12,15 132:4
168:5,20 181:15
207:12 210:5,11

takes 172:16
taking 1:21 61:22
  76:2 124:7,8,11
  125:5 132:21
  136:23 175:2
  231:11,15 232:15
talk 52:14 63:22
  71:10 74:22 94:9
  100:16 110:15
  112:3 129:8 130:8
  146:16 147:12
  149:4 156:18
  169:17 209:20
  217:10
talked 25:1 36:15
  41:19 63:21
  142:23 146:6
  180:23 181:1
  226:9
talking 19:8,17,22
  20:13,18 22:7
  27:12,13 28:11
  31:9 32:13,16
  34:13 49:5 52:18
  54:11 59:10 60:15
  75:2,8 76:1 79:23
  86:2,3 87:3,24
  90:1 94:8,22
  95:11,12 100:9
  103:13,18,20
  122:7 124:22
  135:15 136:9
  143:18,21 146:9
  146:12,19 160:13
  177:24 192:6
  207:19 218:10,11
  218:14 224:6
  226:18,23
talks 217:11
tall 221:12 226:17
tank 99:6
tanks 11:14 200:7
tape 154:13 207:15
  207:19
taper 145:23
taper-out 145:11
tapes 207:16
tapped 112:17
tapping 78:20
TC 50:12
tear 160:24 161:1
  164:9 165:23
  218:23
technical 9:19,21,23
  14:22 50:12
  189:10 209:23
technically 96:14
techniques 7:19
Technology 130:6
tell 18:7,8 38:9,15
  71:12 91:15,16
  92:13 148:21
  184:3 207:18
  214:21
telling 9:9 200:19
  206:14,15 210:12
  217:15

temperature 126:8
ten 23:19 24:11
  45:14 98:4 123:15
  123:17,22 136:24
  164:24 165:6
  169:24 170:3
  208:12,17 219:11
  219:13,19 220:10
tend 64:20,22 65:19
  144:12 151:15
  152:13 164:9,13
term 26:12 54:14
  68:8 70:24 131:2
  145:5 226:22
terminated 154:3
  155:5,7
termination 145:3
  155:19 157:10
  207:10
terminology 23:6
  26:11,18 27:7
  34:4,4 53:8 67:22
  217:7
terms 10:4 32:21,23
  57:18 62:3 82:18
  88:7 131:5 154:9
  186:12,14 187:8
  191:23
test 66:22 77:15
testified 3:4,9
  124:17 133:15
  215:3 231:17
testimony 31:2,7
  101:12 193:19
  195:14 213:1
  219:15 225:19
testing 77:19,21
  155:14 168:9
  187:7 224:18
tests 77:18
Thank 26:24 69:1
their 7:22 31:24
  48:2 83:14 85:12
  86:13,14 92:9
  99:18,24 182:7
  184:18 192:16
  196:2,21 197:6
themselves 12:14
  98:13 128:16
theory 104:6 142:1
thick 91:12 206:22
thickness 53:22
  78:5 147:23,24
  148:15,19 150:20
  154:21 186:4
  187:9,15,23 188:1
  206:9 207:1,2,5
  221:11 230:3
thin 153:17
thing 13:8 17:2
  28:12 36:21 39:22
  41:5 43:10 44:24
  44:24 45:2 72:8
  83:20 84:22 99:7
  100:7 103:5,6
  105:22 109:19
  130:8 132:3 135:5

161:13 162:23
  166:20 170:23
  212:6 215:17
  219:8 227:21
  230:7,11
things 16:4 18:12
  23:9 25:17 47:10
  65:22 95:24
  113:19 130:15
  139:17 140:3
  143:1 195:22
  205:6 206:15
  226:12
think 3:9,12,13 6:9
  9:20 11:4 14:14
  14:21 15:2 17:14
  17:18,21,22 18:4
  18:8 20:14,18
  27:8 29:7 30:18
  35:24 37:10 40:9
  41:9,20 43:5 47:8
  47:22 48:20 49:14
  49:23 50:17 52:18
  52:24 53:7 54:23
  59:9 60:6 64:1
  66:12 67:11,15,18
  67:24 70:10 71:9
  74:13 75:5 83:19
  86:13,14 87:17
  88:16 90:20 91:15
  98:12 99:20 100:2
  102:20 103:12,17
  104:1 109:11
  111:12 114:3,15
  115:20,22 127:5
  127:10 128:21
  130:2 131:11
  138:7,11,17
  139:18 156:1
  161:15,16 163:12
  166:4,23 167:2,5
  171:6 177:12
  178:19 182:5
  195:17,19 201:11
  202:1 205:3
  208:18 209:3,6,9
  219:18,24 221:18
  223:16 224:8
  225:5,13 231:5,7
thinking 24:1 108:4
  189:4
thinner 149:19
thinnest 150:4
third 72:6 120:7
  153:22 201:23
though 50:16 86:8
  94:13 103:8
  173:20 189:18
  192:14 200:24
  202:8 203:14
thought 28:19 38:7
  44:16 61:6 92:10
  107:8 110:11
  127:3 178:3
  181:18 219:15
thoughts 76:16
  139:20

thousands 184:17
threaded 112:17
three 28:14,21
  29:12 42:18 45:15
  62:18 82:24 83:3
  94:4 127:9 145:21
  149:13 151:9,9
  155:4 184:5,20
  191:3 214:11
  217:23
throttle 22:5,24
  123:23
through 2:21,21
  4:10 7:5 17:6,13
  18:6,14 19:3,5,14
  20:10,10 21:17,19
  21:21,22 22:7,9
  22:14,16,17 23:2
  23:4,18 24:6,7,8
  24:13 27:1 37:20
  41:22 44:3,8,9,13
  45:14 48:4 51:16
  51:18 52:7,8,10
  55:11,20 56:6
  57:10 58:2 61:4
  61:14,17 63:1
  64:4,11,11,15
  71:10 74:7 79:6
  80:8 85:10,13
  114:11 140:8,14
  150:12 153:17
  158:20 165:5,21
  166:6,11,24 183:5
  186:22 199:5
  200:18 201:9
  204:9 211:21
  228:22
throughout 19:6
  76:3
thumb 17:13 149:20
  154:18 220:20
thumbing 114:11
tie 116:9
tied 29:7
tight 67:4,8 134:17
tighter 58:22
tightness 66:2,20
time 3:23 14:21
  15:4,6 17:6 29:11
  38:11 40:2 41:11
  45:12 56:15,20
  57:14 73:10 78:19
  80:9 81:15,17,19
  89:9 95:22 96:2
  100:7 102:12
  111:17 122:8,16
  131:7 133:24
  136:15,15 160:7
  162:18,20 165:16
  168:22 184:11
  207:13 208:21
  209:1 213:22,23
  214:23 215:11
  218:19 219:8,21
  220:1 227:18
  228:15 231:12,19
  times 3:9 15:18 16:2

43:19 72:1 95:16
  123:11 149:20
  154:21 213:21
today 10:24 16:16
  29:10 31:3 33:13
  37:5 38:18 42:14
  56:8,16 61:4 62:1
  69:13 73:10.17
  87:16 116:4
  123:12 132:2
  142:19 144:22
  178:3
together 54:18
  123:10 131:3
toggle 65:14,19 67:9
  67:15,15 68:9,10
  68:10
token 182:13
told 23:23 37:23
  91:9 177:8 178:6
top 41:6,11 60:4
  62:15 68:1 82:24
  83:3 107:11
  109:22 127:6
  162:3 204:14
  206:5
tops 139:3
torn 140:21
total 57:23 122:4
  150:3 154:21
  223:17
totally 130:17
touch 28:8
tough 180:12
toward 98:7 140:18
  141:3 159:13
transcript 123:8,19
  234:15,16
transition 22:10
  152:13
translate 93:7
translated 91:11
transom 19:4,5,6,16
  20:3,10 22:16
  24:14 28:5 41:23
  42:2,5,13 44:4,8
  44:11,14 49:4
  52:12,13 55:12,20
  56:6 57:10 58:14
  61:12 73:19 74:13
  74:24 85:9 89:6
  108:15 110:7
  111:4,6,10,23
  114:21,22 115:9
  117:5,15,21 120:9
  120:24 127:8,18
  140:21,23 145:8
  146:5,17 158:20
  159:23 173:14
  194:22 202:8
  203:15 204:9,10
  206:16,17 208:1
  213:11 217:5
  220:17,19 227:16
  228:11
transport 38:19
transverse 74:11

166:8
transversely 160:17
161:4 164:2
traveling 52:19
136:24
treated 133:14
treatises 129:7
trial 130:16 177:20
177:21
trick 35:15
tried 101:18
triggered 164:4
trim 72:6,8,11,16
73:2 74:2 120:1
120:19 122:2,3,15
141:23 162:24
163:2,5,6,9,12,13
179:12,18,20,22
179:24 180:5,8,9
180:14,24 208:14
208:16 220:15
221:2,7,14 226:9
trip 210:3,4,8,10
215:3
trips 16:1,3
trouble 171:1
trough 83:8
troughs 83:15
true 5:2,18 29:13
45:11 62:5 83:10
182:24 208:7,9
215:14 230:16
234:16
trust 24:16 126:1
try 59:1 134:10
139:12 144:12
trying 12:4 16:14
20:19 32:10 35:15
35:16 39:21 49:18
51:19,22 71:5
76:7 78:20 90:1
96:6 102:23
103:23,24 107:9,9
110:12 152:5,7
tube 55:10,11 58:1
62:9,16 80:1
141:14 146:9
166:13 167:13,19
167:22 168:2,6
172:7 174:10,19
174:22 175:4
178:17
tubes 43:9
tubing 141:14
145:10,21 157:18
166:7
turn 48:5 68:3
149:7 150:15
152:13 153:4
154:2,10 157:11
158:4 206:4
208:20
turned 74:12 78:1
149:14 160:21
turning 127:9,10
129:13 217:24
turns 157:24 164:2

186:10
twice 84:2 111:24
two 6:4,6 19:10
22:18 33:1 42:18
45:15 47:8 52:22
54:7,8,14,17
58:15 59:18 60:9
61:20 64:2,3
65:16 68:6 69:2
71:15 72:4,5 74:2
75:16 117:17
127:9 137:1
138:18 139:13
149:19 161:22
163:11 167:18
180:22 191:13,20
192:10,17,24
206:6,15
two-by-four 226:12
type 6:12 7:7 33:7
67:18 70:5 93:2
94:20 99:7 106:22
107:23 129:23
139:24 149:1
177:16 178:22
179:7 185:14
186:5,7,9 226:14
types 129:20 186:5
typical 32:23 33:6
95:4 178:24 179:6
typo 53:1
typographical
206:11
typos 52:22

U

uh-huh 110:1 170:7
215:19
Uh-uh 165:23
UK 4:16
ultimate 186:6,7
ultimately 124:20
135:14 156:19
UN 96:10
unattached 159:8
uncomfortable
200:21
unconnected 139:13
under 11:23 18:23
21:20 22:3 37:22
48:11 52:19 64:21
66:11 71:7 77:23
103:7 106:2 135:8
136:15 137:5
145:20 177:7,13
192:8,23 206:5
214:24 224:3
225:3,10
underneath 72:3
214:13
undersigned 233:14
understand 11:5
25:14 27:12 28:11
38:23 44:5 49:19
65:5,12 80:7
81:23 82:4 87:5

88:3 90:19 95:11
95:21 103:23
106:3,18 111:19
115:6 150:4
156:22 161:3
164:21 175:12
193:24 211:5
225:19,24 229:16
understanding 25:4
27:10 28:13 171:1
208:10 210:14
understood 171:2
underwater 58:13
61:11,16 135:2
137:19
underway 123:5
179:14 231:2
underwriter 14:12
underwriters 21:7
underwriting 14:24
15:1
undo 43:16
unheard 147:7
unique 93:12
Unitas 190:19
united 1:1 38:12,16
38:21 48:15 97:3
195:16
units 186:2
university 3:21
unlatched 135:24
unless 11:22 125:22
151:5
unlikely 208:16
unlimited 6:11
80:14,16
unrelated 157:16
unrestricted 64:16
unsealed 204:2
unsinkable 11:10,11
12:3
unspecified 3:23
until 43:20 61:5
125:22 213:23
231:12
unusual 132:8,14
133:24 146:24
147:4,6,7 177:7
unusually 154:6
195:11
upper 71:2 99:23
180:24 201:20
upright 225:22
upside 140:20
upward 64:17 120:4
158:9 214:13
usage 26:19
use 9:20 11:24
16:11 17:7 25:10
26:1 27:9,13 33:8
33:23 34:4 48:6
49:3 50:23 59:21
59:22 60:2 80:14
80:24 94:15 99:18
109:24 130:18
147:5 210:1 215:9
223:4

used 7:8,19 8:8
25:15,17,21 33:20
34:22 35:8 38:7
38:10,14 66:22
67:19 78:24 90:3
94:18 98:24 109:4
132:16 141:1
169:11,12 186:19
188:9 189:1
196:11 210:2,6,12
using 16:18 46:2
53:8 54:21 71:8
88:12 99:11
184:18 199:9
223:5
usually 10:19 82:8
84:9 211:1
U.S 35:3 95:5 97:7
98:6 186:2 196:4
226:21

V

v 1:8
validity 46:8
values 189:1
valve 34:17
valves 34:12
valving 34:14 35:8
variables 135:18
181:5
variance 117:23
variation 93:10
variety 8:8,15 52:8
101:2
various 7:17 96:14
169:14 186:23
vector 72:4 73:24
108:4
vectors 71:8
velocity 71:17
158:18
vent 52:8
vents 23:7 52:7
venture 190:20
venturi 23:11,11
venturis 23:8,10
verb 42:3
Veritas 6:16,17 7:15
8:2 47:1 83:5 85:2
85:12 86:10 87:10
88:19 89:1,4 90:9
92:1,5,15 94:22
102:1,11,14,18,24
103:5,7,8,11
106:20,23 107:5
112:9 113:8
114:12,15,23
116:16,24 185:10
189:7,11 190:21
191:10 204:15
222:3
versions 91:5
versus 7:4 21:23
84:15 121:19
177:16 178:16
180:24 181:10

vertical 66:21 74:23
75:12,14,17 76:9
78:4 118:18
127:12,24 128:18
130:13,20 131:8
144:7,8 145:1,1,7
149:4,9 158:7,14
159:2 216:22
vertically 66:4 78:2
very 10:23 26:24
29:1 33:10,18
35:5 62:15 93:1,4
109:19 131:19
137:4 138:13
143:23 151:17
154:16 163:4
164:8 169:8,9
172:16 187:24
190:1 191:4
192:17,21 194:4
195:3 196:24,24
198:16 200:5
209:10 210:6
232:12
vessel 7:4,4,15,22
9:8 13:19 15:8
20:3 22:16 23:13
23:23 24:22,24
25:17,21 28:13
29:14 30:16 34:7
34:8 35:8 38:6
41:19 55:12 57:3
64:20 65:6 68:17
68:20 70:22 76:20
76:22 81:3,4,16
83:17 84:6,9,15
103:18 106:19
107:21,23 108:10
111:17 112:6
115:18 125:22
134:20 137:21
158:18,21 179:14
180:9 181:1 191:9
193:10 203:2
213:8
vessels 45:5 47:23
48:3 78:14 79:3,4
79:13 82:5 83:9
83:11,12 99:11,18
108:19 109:6
110:3 130:11
201:4
vessel's 13:10 28:20
28:22 61:12
vicinity 150:1
video 69:11 111:3,8
159:9 160:11,16
207:11,11,12
217:12
videos 131:14
videotape 69:7,16
69:20 159:8,17
163:10,19
videotapes 61:12,17
view 9:19 64:2
77:11 86:9 96:23
132:23 140:23

141:5,19 164:21
182:22 194:17
197:5 218:4 232:8
violate 47:3 96:20
violation 86:10
89:16 91:15 97:21
violations 85:2,6
88:17,22 89:1
90:6,7 95:9
violative 46:10,12
46:20
virtue 179:10 182:7
192:16
visible 58:13 156:4
159:8 163:19
164:4
visibly 218:23
visual 175:10
visually 176:6
volume 22:6 106:5
110:21,24 158:17
166:16,20
volumes 158:19
voyage 68:22 69:1
122:8,10,11
168:24 173:9
215:12 231:22
V-drive 123:16
124:6,24 126:9,10
136:19 138:3,13
139:6,8,18,19
165:4,9 197:3
198:11 199:3
218:22 219:2,14
219:16 220:10
231:4,9,13,24
V-drives 139:1

**W**

W 2:3
wager 37:14
walked 198:8
wall 20:20 75:12
111:5,16,22
117:16,20 140:24
162:12 163:16,21
200:7
wallowing 123:24
walls 143:4
want 4:9 6:22 52:15
52:20 55:17 59:20
60:1 72:20 80:8
89:17,17 90:4
95:24 103:23
106:14 109:13
123:2 135:2
146:16 173:10
200:14 204:23
225:18
wanted 61:6
wants 83:24
warehouse 141:12
warranties 212:8
warranty 79:13
212:11,17,19,21
213:3,4

wash 135:7,8 136:7
137:22
washers 116:8
washing 101:1
wasn't 16:1 37:18
39:12 40:22 81:21
101:19 104:7
108:6 170:20,23
180:4
waste 208:21
water 10:7,10,14,20
12:17,17,23 13:16
13:19,20 14:2
19:18 22:6 23:2
23:18 24:6 27:15
28:14,23 29:7,18
31:9,16 34:15
39:9,10,13,15
40:11 41:5,10
43:21 51:15,17,21
51:23 52:3,5
63:21,23 64:10,14
66:4,4,10,21
71:17 100:11,21
122:5,17 124:7,9
124:11 125:6,9,23
126:17,18,19,20
131:4 134:14,19
134:21,22,24
135:3,9,10 137:5
138:5,22 139:4,7
139:16 141:17
157:13,22 158:5,8
158:19 160:24,24
164:6,23 165:5,10
165:15,18,19,22
166:4,10,24 167:3
193:17 201:9
202:14,19,22
203:1,3,9,11,20
203:21,23 204:8
215:17 219:6,10
219:12 220:3,6
227:18 228:13,21
229:3,5,9 231:11
231:14,16,23
232:4,6
waterline 13:15
76:10 223:11
watertight 42:7,14
46:13 49:5,8
66:13,23 67:19
85:24,24 86:20
87:1 88:6,10,11
96:17 101:13,17
101:23,24 102:2,8
102:13 103:1,9
104:14,16,18
105:1,3,5,8,18
106:4 110:4,7
166:21 191:11
193:15,16 194:18
194:23 196:7
198:5 201:2
202:10 203:16
watertightness 28:5
43:22 44:1 49:11

49:13 50:10 65:23
65:24 66:1,8,15
66:19
water-free 25:11
wave 53:4,5,12,14
53:18,19 64:21,22
71:24 72:2,2
80:20 81:5 83:13
90:11 91:9 94:2
122:12 135:4,5
148:24 188:10,13
wavelength 185:12
wavelengths 83:13
waves 64:19 80:18
83:6,21 84:7,16
84:16,18 92:22
136:7 152:3
181:10 184:24
188:19
way 22:20,24 31:21
43:17 51:21 58:15
67:5,12 71:10
80:8 82:10 92:4
92:10 101:19
104:23 105:12
108:22 117:5
118:16 124:22
146:24 151:17
155:18,21 174:11
175:9 186:2
209:24
weak 171:22
weakness 215:8
weather 38:1,8,13
66:2,20 67:4,8
70:23 86:1
week 9:11
weep 128:7
weight 10:15 11:22
weights 184:22
weld 54:19
well 7:1 12:7,15
15:6,24 19:6 29:1
29:9 33:4,19
39:12 44:5 45:7
49:7 51:17 53:2
54:4 55:3,17
60:15 65:10,24
67:9 70:4,12
71:14,21 75:23
77:18 78:9,16
79:20 83:22 85:9
89:13 90:22 91:17
94:13 95:13 96:14
97:11 105:4,23
108:1 110:19
114:15,18 117:13
117:14 118:9
119:8 120:1,20
122:23 124:20
134:22 137:19
139:1 142:7
144:18 147:2
151:22 157:15,23
159:15 163:17
165:7 169:17
170:17,20 171:1

171:15 174:3
175:13 177:15
182:7 188:17
194:15 195:9
199:16 200:22
203:9 204:5
207:18 208:4
209:10,19 212:3,4
212:5,8 213:18
217:9 222:15
223:22
Wendling 16:24
54:23 55:1,6
209:7
Wendling's 17:10
207:16
went 18:20 20:9
57:9 61:4 68:6
79:5 121:22
123:16 124:18,19
149:15 159:3
162:8 214:24
220:9 231:13,20
231:24
were 8:8,9,10 9:8
14:10 16:10 20:3
20:5,23 21:12,14
26:3 30:12 32:14
36:16 38:1 39:21
45:15 48:23 52:18
55:1,6,24 56:2
58:12 60:19 66:13
67:5 68:17,20
69:10,19,21 71:6
71:9,12 72:16,17
74:6 75:8,24
76:17,23 78:7,21
85:5,10 86:2 88:9
88:15 89:3,7,23
90:1 91:8 92:18
94:16 95:5 101:13
105:2,18 111:9
112:8,15,16,17,18
115:21 116:7,7
120:19 123:13
125:20 133:11
134:15 135:15
136:13,21 137:12
137:14 140:7
144:18,21 149:13
154:11,17 155:4
156:15 158:3
171:16 176:23
177:11 179:24
181:16 185:13
186:1 187:3,7,16
187:21 189:5
191:6 193:15,16
198:5 206:24
207:19 212:1,1,2
212:3,4,21 213:11
214:12,12 215:20
217:20 218:10
230:19
weren't 58:13 70:4
94:11
wet 136:15

we've 27:3
whatsoever 194:11
204:3
while 33:22 35:1
59:3 111:14 128:7
133:7 161:9
164:24 179:14
195:20 208:19
209:19 215:6,7
231:2
white 84:8
whole 52:8 155:6
188:3,5 190:2
229:4
Widely 33:20
wife 30:9 165:12
232:5
Williamson 2:5
wind 84:16
window 66:3
winds 80:18 84:8
wire 63:13
wish 34:5
withstand 66:10
witness 2:16 3:3
6:24 16:22 17:5,9
17:18 18:3 27:22
36:13,17 39:20
40:15,17 42:19,23
43:1 47:1 50:23
51:5 52:10,13
53:10,24 54:10
58:3 59:8,18 60:6
65:2 66:16 72:10
72:13,19 73:1,5
73:11 88:3 90:22
91:1,4 93:4,7 94:2
96:4 97:21 103:3
108:10 113:21,23
120:4,7 133:13,18
134:2 136:9 137:4
142:11 145:16
146:1,4,11,14,16
148:9,11 154:18
162:6,13,16,23
163:6,18,23 174:3
178:14 180:14
183:19,21 188:6
188:17 189:19,21
190:4,8,17 191:1
191:15 197:22
199:16 200:3,10
200:15 203:6
204:21 205:12
206:2 212:14
213:2 223:3,17
224:8,10 229:7
233:17
wondered 36:14
185:11
wonderful 130:15
wondering 59:13
wood 12:15,16,21
43:22
word 27:11 53:1
54:13 65:1 70:18
70:18 114:3 140:1

215:9
**words** 5:8,24 8:11
9:7 11:19 13:15
22:13 27:9 29:14
32:4,24 34:14
37:1 43:19 47:20
48:10 49:17 64:10
67:7 76:13 80:20
82:12 84:4,18
88:13 92:24 96:21
101:15 105:21
112:21 121:15
125:1,12,13,16
128:15 134:16
162:1,9 167:15
169:12 176:5
179:5 193:8
202:19 207:4
221:10 224:20
227:4,10 230:12
**work** 9:14 11:16
46:2 47:20 79:13
83:23 102:4
128:15 133:3
170:22 184:6
213:12 214:4
**worked** 9:18 20:24
21:2 147:8
**working** 13:3 21:6
39:4,7,8,24 40:1
45:14 74:1 125:20
170:24 215:6,7
227:21
**workmanship** 145:9
145:20 167:18
**works** 3:11 22:21
67:12 108:5 129:7
**world** 45:19 97:12
102:16 189:17,19
189:22 190:16
**worlds** 155:8
**worldwide** 47:17
**worried** 201:15,16
**worry** 27:20 97:19
116:10
**worse** 30:6,7 231:22
**worst** 155:8
**worth** 70:3
**wouldn't** 29:24
42:24 44:20 58:6
58:10 83:19 92:11
106:7 115:12
118:20 125:5
129:2 137:4 139:8
143:7 166:15
182:11 203:24
204:5 210:21
**wrenched** 62:12
**written** 129:24
**wrong** 47:17 97:17
102:18 194:8,11
**wrote** 130:6 184:6
185:19

---

**X**

x 1:12 2:15,19 74:17

---

**Y**

**yacht** 7:20 9:16
14:23 21:22 33:6
35:3 37:16,19
41:22 42:9,14
44:20 49:8 71:18
71:22 72:1,11
85:1,15,17 87:19
88:20 90:10,14
92:7,21,24 93:1
96:10,20 99:8
101:13 106:6
108:5 109:13
122:4,12 147:4
149:1 160:6
162:19 164:11,14
164:24 177:13
179:7 188:22
196:6,10,14 201:9
202:13,21,24
203:19,22 208:12
208:24 210:1,4,12
213:8,18,22,23
216:4,18 217:4,6
217:14,17 218:1,2
218:20 223:13
**yachting** 33:17
**yachts** 48:6,11,21
70:24 80:13 94:19
95:5 102:2 109:8
129:18,19,21
178:22 184:14,21
185:15 222:4
**yada** 105:17,17,17
106:10,11
**yard** 106:24 107:1,4
94:15,18 95:13
101:5 106:1
107:15 109:5,12
109:17 111:19
119:6 121:15
125:10 135:12
137:9 151:3
152:18 172:20
195:19 200:11
224:8
**year** 37:1 184:10
**years** 13:2 14:7 43:5
98:5,9 108:5
185:19
**yellow** 34:11 183:6

---

**0**

**0.27** 90:11
**0.3** 206:8
**0.63** 207:7
**07:00** 122:8
**07:20** 122:8
**08:20** 124:5,11,23
124:24 126:6
**08:35** 124:6

---

**1**

**1** 85:5 86:19 192:3
204:22

**1,850** 201:14
**1-21** 204:15,23
205:11,13
**1.3** 90:12 188:19
**10** 130:10 201:10
**100** 22:8,17,19
24:12,15 171:16
228:1
**11** 1:14
**11.6** 198:18 201:5
**12** 40:23 41:2 150:2
150:9 154:20
186:22 187:3
204:16 205:11
222:16
**120** 109:9
**120,000** 184:18
**120-footer** 109:8
**13** 120:11 150:2,9
201:1,1 222:15,17
222:17
**13th** 1:13
**14** 221:2
**140** 2:17,21
**15** 48:3 84:7 102:2
122:6,17 123:21
138:5 139:14
154:22 222:5,20
225:3,7,8,11
**15-meter** 225:16
**150** 150:7
**16th** 97:20
**161** 2:22
**18** 23:24 40:20,22
40:23 179:1
186:10 200:8,10
225:2,4,6
**183** 2:22
**188** 50:12,12
**1990** 94:19
**1996** 224:6
**1997** 91:19 94:8
**1998** 35:9 48:20,21
50:17,21

---

**2**

**2** 52:20 86:18
205:13
**2,200** 121:5
**2.5** 53:22
**2.57** 188:23
**20** 37:7 57:22 94:24
122:7,9
**2000** 1:14 232:23
233:18 235:2
**2004** 234:1
**205** 2:23
**208** 2:17
**21** 200:13,14
**221** 2:17
**230** 2:17 116:21,23
117:10
**231** 117:7,10,11
**233** 116:17
**234** 116:17
**24** 48:7,8,11 223:1,5

---

**25** 53:21 59:4 121:8
121:19
**26** 98:9
**29th** 233:17 235:2

---

**3**

**3** 2:17 201:19
206:22
**3,300** 120:2,3
121:15,17
**3.4** 188:20
**3.9** 223:2
**30** 38:2 84:14 129:9
130:15 138:2
**30-foot** 100:16,17
100:19
**3000** 33:9,10
**31** 234:1
**3214** 86:19
**33,000** 121:14
**34** 206:19
**35** 120:1 121:18
122:24 188:22
218:2
**35-knot** 90:14
**39** 222:22 223:3

---

**4**

**4** 53:7 54:21 189:13
201:20
**4,000** 16:13,14 17:1
17:1
**4:35** 1:15
**40** 43:6 169:24
171:4
**412** 2:21 73:18 74:7
**413** 73:22,23 118:10
**414** 74:3 220:14
**415** 2:21 74:4,7
163:7
**416** 2:21 140:8,13
140:17 228:3,9
**417** 140:20 141:24
142:11 156:3
158:23 159:11
160:8,12
**418** 140:23 156:3
**419** 141:2 156:3,6
156:10
**420** 141:5 163:15
**421** 141:8 227:22
**422** 141:11
**423** 141:15
**424** 141:19
**425** 2:21 140:8,14
141:22
**426** 2:22 161:15,20
161:24 166:9
218:11 230:24
**427** 2:22 183:18,24
**428** 2:23 205:21,23
**43** 37:8 120:8,14,22
121:1 220:19
**45** 84:14,14 136:24

---

**5**

**5** 53:6,8,11 127:5
189:16 204:13
206:4
**50** 189:20
**500** 189:16
**54** 223:19
**54.13** 223:7
**55** 205:16
**58.5** 223:6

---

**6**

**6** 107:11 132:7
204:14 206:5
**60** 8:18 12:21 36:10
98:17 170:12
171:4,19,20 172:1
173:3 178:20
**60-foot** 194:4 195:2
195:24 196:17
**63** 6:8 8:6,17 95:1
108:8,14
**63-foot** 191:6
**63-footers** 6:3
**65** 6:3 8:17 95:1

---

**7** 127:6 206:5
217:11
**7.5** 206:12,23
**72-footer** 108:5
**74** 2:21
**75** 206:12
**75mm** 206:9
**79** 223:1,5

---

**8**

**8** 54:21 107:11
150:1,5 201:21
204:14 206:5
**8666** 224:4

---

**9**

**9** 150:2,5
**9:15** 1:15
**90** 65:21 68:2
**93** 204:22
**96** 224:11
**97** 91:21 94:12
**99-6587-CIV-HU...**
1:2

---

**A**

**AB** 210:10
**able** 18:8 37:18
  101:19 104:7
  168:4 173:1
  187:21 215:11
  217:20
**aboard** 176:23
**about** 4:19 16:13
  19:8,17,22 20:13
  20:18 22:7 23:24
  25:1 27:13,14,20
  28:12 31:9 32:9
  32:13,16 34:13
  35:6 37:14 38:8,9
  39:17 41:19 49:5
  51:15 52:14,18
  54:9,11 59:10,17
  60:7,16,24 62:17
  62:18,19 63:20,21
  63:22 65:22 69:4
  70:8 73:9 74:18
  74:22 75:3,8 76:1
  76:16 79:23 84:13
  84:22 85:18 86:3
  87:3,19,22,24
  90:1 91:9,19
  93:11 94:8,9,16
  95:11,12,14 97:19
  99:24 100:8,9,16
  103:18,20 108:8
  110:15 112:3
  116:10 120:7
  122:17 129:8
  130:8,15 131:14
  131:20 135:1
  136:9 142:1,24
  143:18,21 146:6,9
  146:12,16,19
  147:12 149:5,19
  151:24 156:16,18
  160:13 168:8
  169:17 177:24
  180:23 181:1
  185:5 186:24
  189:4,24 191:6,23
  192:6 195:14
  198:17 201:13,15
  201:16 203:1
  207:19 210:1,21
  213:10 216:17
  217:11 218:10,12
  218:15 224:6
  226:9,18,24
**above** 1:22 10:14
  22:12 41:5 62:15
  62:16 76:10 80:21
  80:22 120:6
  166:15 221:1,6
**abrupt** 145:3
  153:22 157:10
**abruptly** 154:3
**ABS** 6:13,23 7:8,9
  129:21 188:12,21
  189:1 196:3,14
**absolute** 178:8

**ABS's** 7:14
**ABYC** 100:14
**accelerated** 218:21
**acceleration** 90:12
  91:10 94:4 148:24
  184:23 185:13
  188:9,18,21,23,24
**acceptable** 85:15
  91:22
**accepted** 67:22 92:6
  100:11
**access** 37:18 39:22
  64:17 66:5 68:13
  70:24
**accident** 9:17 123:9
  137:11,18 162:18
  168:3,18
**accomplish** 170:24
  172:17 177:9
**accomplished** 147:9
  171:15 211:23
**accomplishment**
  175:7
**accordance** 47:14
**according** 90:9
  97:12,15 101:22
  102:16 148:1
  184:18 188:18
  189:17,19 193:19
  196:14 219:18
**account** 175:3 181:5
**accurate** 67:13 78:5
**ACE** 1:4
**achieve** 11:14
**achieved** 122:21
**achieving** 218:2
**acknowledged** 3:23
  4:4,8
**across** 77:2 152:22
**act** 35:21 116:8
  158:18
**acted** 164:5
**action** 64:21 234:23
  234:24
**acts** 120:7
**actual** 7:21 96:18
  152:1 175:6
**actually** 5:17,19
  7:19 9:12 23:14
  23:23 69:23 78:1
  80:24 98:11 127:5
  154:2 159:15
  170:2 187:4 191:1
  211:20 223:15
  230:8 232:1,9
**add** 62:8 163:8
  223:12
**added** 149:22
**adding** 152:16
**addition** 17:19
  147:5
**additional** 6:23
  18:18 150:20
**additive** 143:11
  144:2,5,7
**address** 67:11
**add-ons** 108:23

**adequate** 32:14
  80:9
**adhered** 85:20
**adhesion** 154:15
**adjacent** 149:16
  153:6 154:12,19
**adjoined** 75:21
**admit** 199:3
**admitted** 5:2 117:20
  199:5
**adopt** 48:18
**adopted** 47:17,24
  48:12,15 51:2
  96:24 97:2,5,7,10
  195:16
**adrift** 164:15
**advance** 177:21
**advice** 84:23
**advise** 92:9
**advised** 36:5
**affect** 172:8,9,10
**affected** 139:16
**affecting** 212:11
**affects** 89:14
**affirmative** 10:11
**afloat** 96:18 193:10
  195:5 196:1
**aft** 34:8 106:5
  107:21 108:15
  120:11,19 121:2,4
  160:11,13,16,21
  160:24 161:1
  162:5 163:1 168:6
  170:13 174:19
  175:4 191:22
  192:1,9,23 194:21
  197:2 204:2
  211:17,22 217:2
  221:3
**after** 19:22 20:4,5
  30:11 34:11 41:8
  43:11 81:24 82:2
  82:6 89:22 98:20
  108:23 111:17,24
  118:24 120:9,20
  141:9,20 158:15
  158:16 162:18
  164:2,12 165:8,9
  169:15 175:16,17
  181:15 191:16
  210:7,8,11 214:21
  218:21 219:13
  220:9 228:12
**aftermost** 70:22
  79:17
**again** 13:20 14:1
  34:3 90:18 91:16
  93:18 112:14
  130:2 214:22
  217:10 218:11
**against** 23:15
  150:18 213:5
**aggravated** 153:16
**ago** 108:5 142:24
  184:11 185:19
**agree** 9:22 18:2
  28:10,11,15 29:24

  30:4 40:3 41:16
  43:9 45:7 46:17
  65:23 66:12 76:18
  88:5 92:16 98:13
  98:19 100:21
  106:19,20,23
  107:5 124:4 125:5
  130:21 131:11
  132:12 151:12
  174:8,18 202:8,18
  203:13 205:8
  207:20 211:24
  225:13,14
**agreed** 195:15
  225:14
**agreeing** 34:3 51:20
**ahead** 74:5 107:2
  165:14 176:10,15
  178:13 198:10
  206:2 220:5
**aiming** 151:12
**air** 10:7,9 94:10,10
**ALAN** 1:5
**alarm** 33:24 41:13
  63:11,17 95:9,10
  98:16,20,24 99:3
  99:5,11 123:16
  124:21 126:8
  136:19 138:4
  165:4 197:9,13,15
  197:17,24 231:4,9
  231:13,24
**albeit** 165:5
**aligned** 159:21
  160:18 161:1
  163:1 221:13,20
**alleviate** 210:23
**allow** 128:21 150:21
  164:16 173:17
  194:20
**allowed** 164:23
**allows** 80:9
**almost** 22:13 100:21
  108:22 128:3
  133:6 136:6
  137:24 157:16
  205:5
**alone** 120:1 167:9
  232:2
**along** 10:24 54:4
  60:15 78:18 89:18
  117:14 123:14
  127:8 141:18
  142:23 143:2,22
  145:6 153:7
  159:13 164:3,9
  186:23
**already** 5:7 18:10
  110:11 117:20
  195:15 217:14
**alterations** 212:22
**Although** 7:14
  13:22
**always** 8:21 94:15
  177:16 223:4
**ambiguous** 203:7
**america** 1:9 2:10

**american** 1:4 4:16
  4:20 6:12 26:11
  82:16 83:4 87:19
  88:19 94:18,21
  129:17 130:9
  132:9,14,16
  154:23 184:13
  195:24 196:13,17
**amount** 10:19 57:22
  76:1 92:19 121:20
  135:17 149:20
  168:9 169:11
  170:23 172:18
  228:21 232:3
**amused** 28:19
**amy** 1:19 233:22
  234:12 235:6
**analogous** 6:15
  54:19 119:16
**analogy** 154:16
**analysis** 4:1 10:1
  178:15 181:6
  225:20
**anchor-locked** 86:6
**Andrew** 50:13
**anecdotal** 69:2
**angle** 18:5,11 71:18
  180:15 181:9
**angles** 67:1 68:13
  152:8
**another** 48:24 63:18
  70:10 73:7,8
  103:6 113:15
  121:3 140:5 161:5
  183:22 189:3
  193:13 214:2
  228:3
**answer** 4:19 40:9
  69:17 88:24 99:20
  103:3,15 115:6
  118:3 121:21
  134:10 135:19,22
  138:10 163:9
  177:15 186:18
  195:7 230:2
**answered** 107:7
**answering** 95:14
  97:14 175:2 212:7
**answers** 189:4
  195:21
**anticipate** 211:14
**anybody** 97:18
  133:14 199:7
**anymore** 208:19,21
**anything** 9:5 12:9
  18:21 49:20 68:15
  70:3 79:9 84:22
  85:18 88:7,8 89:9
  90:5 93:19,20,21
  96:1,12 126:11
  131:20 141:24
  158:24 168:19
  173:16 176:11,18
  177:5 188:2
  211:19
**anyway** 40:23 91:8
  131:1 137:19

227:5
anywhere 49:17,20
apart 138:14 204:8
aperture 65:18
apparent 76:13
apparently 102:16
139:13 159:4
162:7,18 163:20
appear 86:23
appearance 227:17
227:23
APPEARANCES
2:1
appeared 78:24
90:15 133:10
215:10 233:15
appears 54:22
62:14 141:14
142:6
application 34:1
48:2 67:20 99:24
100:3 123:23
149:23
applied 67:1 71:9
71:13,20
applies 88:19
apply 5:1 66:9
71:10 85:4 121:22
225:16
applying 70:4 99:11
150:7
appointed 14:10
48:5
appreciable 149:15
appreciate 16:17
approach 181:9
216:11
appropriate 201:2
approval 6:12 8:3
89:4 92:16 107:12
112:9
approve 92:15
103:5 114:12,24
approved 48:5
80:24 82:11 85:22
92:1,5 94:24
95:20 103:8 113:8
114:17
approximate
160:20
approximated
186:10
approximately
122:6,18 150:2
160:11 169:22,24
198:10,18 201:1
approximation
170:4 186:17
approximations
21:13
architect 3:15,18
5:14 11:6 39:14
115:12 176:1,3
architects 4:15,16
4:24 5:9
architecture 5:20
5:22 9:21 139:23

area 22:1 31:2 38:2
39:9 57:9 58:15
75:21 77:23 78:20
113:6 151:15
155:9,17,22 156:1
159:5,7,19 162:4
168:11 172:5
180:7 198:1
211:22 216:7
217:2 218:12
226:2
areas 32:11 36:6
156:16
argument 225:17
around 97:24 104:6
111:14 150:3
152:17 172:6
189:13 224:11
arranged 74:3
arrangement 33:7
115:23
arrest 37:22
arrival 38:11
arrow 162:2
arrows 71:8 72:5
art 68:8
articles 141:11,21
artist 70:12
aside 144:23
asked 15:13 27:6
37:14 56:8 97:11
116:4 119:11
138:9 156:15
167:21 176:21,23
201:24 225:14
asking 16:23 33:3
44:16 45:7 49:14
104:5 158:3 169:3
169:3 175:24
176:2 198:17
aspect 159:7
assign 82:5,12
assigned 81:9,24
82:7
associate 5:4
Association 130:1
Associazione 47:7
assume 104:17,18
104:22 105:1,12
114:19 125:3
137:12 188:22
assumed 188:18
assuming 64:10
115:18 122:3
214:22
assumption 134:9
185:12 215:5
assurance 46:1
49:15
astern 83:7
as-built 117:24
119:14 131:23
230:14
as-designed 7:18
AS1212 33:24
attach 164:1 227:7
attached 16:10

19:19 41:17,18
111:16,24 112:2
117:5,18 141:13
159:20 160:4
162:17 163:20
173:20 174:11,15
175:23 177:1
197:23
attaching 112:16
132:17 142:8
attachment 90:3
112:5 114:12,24
115:1,4,9 142:21
147:1 167:19
168:1 173:13
174:6,9,24 176:19
177:4 180:17
183:1 206:17
208:8
attachments 145:9
attack 71:19
attempt 76:9 168:14
attempted 77:17
165:8
attend 16:5
attendance 35:19
attention 54:5
attitude 122:14
139:17
attorney 234:20,22
audible 98:24
authority 51:4
233:14
authorized 234:13
automatic 100:8
auxiliary 30:17
available 155:13
average 151:10
aware 25:13,20
30:16 81:23 197:8
210:16 217:24
221:9
awash 134:13,18
136:14 137:14
away 90:4 108:16
156:5 159:5
162:11 211:16
awful 10:22 135:18
axis 84:15
a/s/o 1:5

**B**

B 2:19 53:19
back 9:1 29:1 33:14
41:17 42:16 43:16
45:2,20 52:12,13
54:20 65:6 93:18
95:15,16,17
107:10 115:15
118:10 121:1
126:19,20 130:1
137:13 144:9
145:17 146:8
160:15 164:19
170:18,19 191:12
191:19,24 192:17

194:5,13 196:24
197:1 201:5
204:22 211:7,21
220:17 225:18
backing 112:5,7,11
112:18,20 113:9
113:10 115:17,19
116:18
bad 60:19 97:16
112:14
bags 94:10,11
BAH 109:10
bail 100:10
bailing 39:21
ballpark 22:2
bar 68:3,5,7
barely 156:10
bars 68:6 146:5
base 134:10 173:12
based 9:24,24 36:20
59:6 107:12 133:1
140:1 167:8
178:15 184:13,15
191:2 201:3
208:10 212:14
216:4
basically 21:6 30:14
56:19 122:13
178:12 179:3
187:7
basis 27:16 173:2
bastardized 26:13
Basto 109:14
bath 108:6
beam 116:8
beam-shaped 182:8
Bear 113:1
bearing 49:24 89:13
213:4
Beaufort 53:13,15
80:19,21 81:5
83:14,21
became 184:12
become 151:4
becomes 61:8 122:3
150:22 166:20
becoming 5:13
156:19
before 1:19 35:9,16
38:2,11 43:14
52:22 53:1 76:22
82:5 89:18 111:13
116:15,20 131:24
159:17 165:14
170:11 175:19
190:3 214:22
219:2 220:1 231:9
231:24 232:21
233:15
beforehand 62:11
began 219:22
beginning 39:21
111:13
behalf 2:3,5,7,9
behind 159:12
being 7:4 39:14
50:20 59:6,9 66:5

69:4 71:12 80:16
96:15,15 103:20
111:24 119:8
122:1 130:16
143:9 158:16
159:8 164:14
170:10 176:19
177:6 179:10,21
179:23 181:2
182:7,8 192:14
194:21 196:16
198:18 207:13
208:12 209:11
213:4 217:24
232:2
beliefs 90:7
believable 32:8
believe 14:22 17:16
20:12 29:5 31:21
36:13 44:18 46:7
53:5 61:20 65:21
72:24 79:14 88:15
124:10 147:15
172:24 190:20
208:11 218:18,21
belong 3:21
below 55:21 84:1
158:8 165:13
166:12 216:13
belt 139:19
bending 121:6
186:6
bends 153:5
beneath 76:20
232:6
bertram 1:9 19:23
34:11 35:9 42:7
55:12 56:22 62:3
80:2 98:21 173:20
174:11 175:3,9
177:12 202:10
203:16 210:7,8,13
210:15,17 212:1
213:12,13 214:4
214:22
Bertram's 209:13
210:11
better 133:12 145:5
155:18 197:19
198:14 202:22
208:14
between 5:5 26:10
38:14 62:2 74:23
75:7,10 88:14
110:6 112:5
117:23 118:13,15
124:5 138:3 143:3
146:23 149:8
154:5 177:20
178:9 180:21
181:3 190:20
194:15,19 214:18
216:18 226:17
227:15,16
beyond 36:8 46:4
big 12:15 23:7 93:6
111:11 113:14,24

116:8
**bigger** 13:23 117:11
  186:16
**big-time** 128:18
**bilge** 19:2 24:18,20
  24:21,23 25:2
  28:8 29:2,3,13,14
  29:16,17,21 30:15
  30:16 31:11 32:22
  32:24 33:1,1
  34:15 39:7,24
  40:1,4 41:6,11
  60:17 63:12,15
  99:17,21 100:2,5
  100:13,19 124:15
  124:18,19 125:7
  125:18,22 126:3,3
  126:12,19,20
  129:1 141:17
  166:16 203:4
  220:2 231:14,18
  231:23
**bilges** 20:16 40:11
  141:17
**Bill** 35:11
**binding** 51:3
**birthing** 216:7
**bit** 4:18 16:15 21:24
  58:22 61:23 63:21
  79:20 82:20 90:2
  90:16 117:11
  143:1 144:21
  145:5,17 152:18
  169:13 170:11
  177:7 179:4,6,24
  227:20
**bits** 157:11
**blank** 35:13
**blocks** 26:14
**blowup** 75:4
**blue** 98:23 131:16
  131:19 132:5
**Blythe** 50:13
**board** 18:20 31:22
  71:21 86:6 99:18
  176:21
**boat** 8:24 9:10 10:5
  10:6,9,12,14,15
  10:20 11:12,13,17
  11:19 12:7,10,16
  12:20,21 13:21
  14:3 23:2 24:4,6
  26:1 28:15 36:7
  37:21 38:3,5,10
  38:15 49:2,7,9
  50:4,24 63:19
  72:14,17 78:17
  79:1,1 84:12
  87:19 88:20,23
  94:8 97:15,20
  99:1,10 100:1,11
  100:16,17 103:11
  105:2,18,22,24
  106:2 108:15
  111:11 113:18
  114:5,22 116:18
  117:21 118:4

123:22 137:13
  140:18,22,24
  141:16 154:22
  159:7,9,12 160:4
  165:14,21 175:20
  175:21 176:7,13
  176:22,23 179:1
  179:17 182:4
  184:7,22,24
  185:13 188:1
  191:12,19 194:5
  194:19,21 195:3,4
  196:24 197:1,17
  197:22 209:12
  212:5,15,18 213:8
  213:15 214:5,7,12
  216:13,19 217:17
  219:19 223:6
  224:6 228:19
  229:2,9 231:2,11
**boating** 13:3 34:24
  226:21
**boats** 4:2 6:5 8:9
  11:9 12:1,2,6,13
  12:15 13:4,24
  26:15 34:23 41:3
  86:6 94:24 100:12
  100:19,22 130:7
  184:17,18 194:4
  195:2,8 196:1,17
  196:20,23 197:4,5
  199:18 225:16
  228:17
**boat's** 183:11
**Bob** 16:24 17:9
  54:23 55:1,6
  207:16 209:7
**bodies** 88:17,22
**body** 81:10 82:9,10
  82:11
**bolt** 117:13 142:24
  143:2,22 153:8
**bolted** 142:14
**bolting** 78:6 146:5
  147:5
**boltings** 86:5
**bolts** 112:16 132:8
  132:12,17 142:8
  145:8 146:21
  147:11,11 176:16
  177:6,8 227:7
**bond** 76:7,9 169:8,9
  170:5,8,14,17,17
  170:24 171:3
  172:14 173:24
  175:7 176:12
  177:9
**bonded** 174:11
  175:3
**bonding** 146:22
  147:10 154:15
**bonds** 168:10
**book** 85:17 113:3
  129:18 184:14
  191:3 204:15,19
  205:16,21 222:2
  223:20

**books** 223:21
**both** 6:1 7:7 46:14
  61:19 66:16
  121:19 167:6
**bottom** 19:15 21:21
  21:22 23:2,7 24:6
  24:8 26:17 29:19
  38:19 64:3 65:19
  69:8 71:15,20,22
  74:11,24 75:13
  77:2 78:2,3,20
  79:18,20,21,22
  85:9 89:5 91:11
  91:12 92:22 93:14
  94:3 103:17 118:7
  119:17,17 127:5,8
  127:17,23 131:1,6
  132:7 142:22
  143:5,12,23 144:3
  144:6,8,13,24
  145:2,6,10 149:3
  150:8,12,24 151:2
  151:4,14,19 152:3
  156:11 157:2,17
  157:21 158:6,8,14
  158:15 159:3,4,10
  159:18 160:3,7,22
  162:9,17,19,21
  163:17 164:5,9,18
  164:20,22 166:1
  166:13 167:1,5,7
  167:19 172:7
  179:3,8 180:5,15
  180:16,18 181:7
  185:1,3 187:1,19
  190:1,6 204:7
  208:1,6,15 214:15
  215:16 217:14,17
  218:1,3 219:22
  220:11 221:11
  225:22 226:12,20
  226:20 229:1
**bottoms** 129:14
**Boulevard** 1:13
**boundary** 74:23
  75:1,7,10 172:6
  201:3
**bow** 122:12,14
  123:3 136:23
  139:17
**bowsprit** 224:11
**bowsprits** 224:14
**box** 52:8 55:21
  75:13 77:7,12
  114:8 119:3 131:3
  145:7 150:22
  154:14
**brackets** 89:5,6
**branch** 140:5
**breadth** 154:22
**break** 17:12 62:9
  89:20 166:13
  167:13 171:22
  173:3,23 181:13
**breaks** 171:24
  219:22
**brief** 30:11,24 89:22

181:15
**bring** 50:1 96:8
  205:17
**bringing** 219:6
**British** 26:12
**brittle** 169:8,12,15
  170:5,8
**broad** 99:19
**broke** 159:5 219:9
**broken** 155:13
  156:3,5,6 217:22
**bronze** 112:5,7,11
  112:18,20 113:8
  113:10 115:17,19
  146:5
**Broward** 1:13
**bubble** 22:18
**bucket** 28:17
**build** 103:7
**builder** 8:16 49:7
  50:5 56:3 99:10
  212:18 213:5
**builders** 9:14 11:17
  35:3 150:10
  212:23
**builders's** 107:12
**building** 44:23 45:5
  48:24 90:3 97:15
  97:20 99:7 100:11
**buildup** 151:5
**built** 7:4,16 8:9,10
  12:2 81:16 82:1,2
  94:8,24 99:12
  108:6 112:19
  164:7 177:12,17
  184:17 196:14
  218:8 230:8
**bulkhead** 46:14
  75:12 101:10,13
  101:17,21 102:8
  103:9,21 104:3,13
  104:15,17,24
  105:11,18 106:4
  110:6,7 111:10
  141:4,9 142:6,13
  143:11 144:1
  166:14 191:11,15
  192:1,16,18
  193:14,16 194:5
  194:14,15,17,19
  194:22 196:7
  197:2 198:4,5,8,9
  198:11,15,17,23
  199:11,14,17
  200:19 201:1
  204:2
**bulkheads** 191:13
  191:20 192:10,17
  192:24 195:3
**bump** 16:15
**bunch** 16:8 155:7
  190:2 199:18
  229:4
**Buoy** 231:3,12
**buoyancy** 10:13,16
  10:21 11:5,7
  12:18 13:19

**buoyant** 12:2,5
  64:18 224:12
**Bureau** 6:12,15,17
  7:15 8:2 47:1
  82:16 83:4 85:2
  85:11 86:10 87:10
  88:19 89:1,4 90:9
  92:1,5,15 94:18
  94:21,22 102:1,11
  102:14,17,24
  103:5,7,8,11
  106:20,23 107:5
  112:9 113:8
  114:12,15,23
  116:16,24 129:18
  154:23 184:13
  185:10 189:6,11
  190:21 191:10
  204:15 222:3
**buried** 188:14
  214:18
**burned** 13:15,16
**bury** 211:16
**butt** 52:21
**buyer** 8:11,14
**BV** 85:11,14,22
  91:6,8 95:14
  177:13 186:1
  188:8,18 189:24
  192:3,6 204:19
  205:4 206:18
  223:20
**bypass** 19:10,20
  20:23 21:14 22:14
  23:18 24:7 201:9
  211:2
**bypasses** 21:17

**C**
**C** 47:11 53:11
**cable** 63:1,4,5,8,16
**cables** 63:12
**cabling** 19:6 28:1,2
  28:4 63:14,14
**calculate** 121:10,11
  173:17 222:14
**calculated** 110:21
  168:19 201:17
**calculation** 21:7
  39:16 178:7
  222:24 223:16
  224:2
**calculations** 21:5,13
  23:21 32:2 78:10
  82:9 93:24 111:2
  119:12,21 131:17
  132:20 177:18
  183:6,10,15 184:3
  184:4,13 185:9
  187:22,24
**calculator** 223:4
**call** 7:8 15:12 19:10
  21:6 27:18 31:14
  34:5 65:15 67:12
  68:9 70:14 71:16
  108:18 157:14

210:10 219:5
226:20,21
**called** 3:3 9:13
14:17 15:4,6 23:8
23:10 30:17 31:5
32:7 45:6 68:7
112:8 126:7 130:1
140:2 142:16
190:19
**calling** 27:1 81:12
140:16
**calls** 52:22 226:22
**came** 42:21 52:3,5,6
56:6 61:13,17
117:21 126:12,15
135:10 224:10
**capable** 170:10
218:2
**capacity** 14:23 31:8
31:24
**caps** 84:8
**captain** 209:12
**captain's** 209:11
**care** 104:9 231:15
**carefully** 77:23
**cargo** 12:19
**carried** 85:10 156:4
187:11
**carries** 29:21
**carry** 85:13 154:7
**carrying** 153:21
196:4
**cars** 94:10
**case** 1:2 5:22 6:16
6:18 7:6 8:2 12:7
16:13 22:15 26:2
27:1,9 36:4 46:23
50:21 55:2 65:22
68:4,5 71:3 81:10
81:23 83:22 90:7
91:24 93:12 95:18
105:14 130:23
131:4 149:14
151:8 158:16
192:14 196:16
197:3 211:20
217:8 232:2
**cases** 128:10 155:4
180:22
**Casey** 35:11
**casualty** 13:14
175:17,20
**Cat** 165:1
**CATALON** 109:13
**CATALONIA**
109:15
**catastrophic** 128:7
128:9,13 156:17
156:20 157:3,5
158:13
**categorical** 83:18
128:20
**categorically** 107:7
**category** 53:3,11,19
53:20 80:11,12,15
80:16 81:4,9,14
83:8,12 84:21

86:5 89:16 90:13
91:18 145:20,24
**caught** 125:22
**caulked** 56:15 59:12
**caulking** 56:12,13
56:17,19 57:12
58:7 62:4,7,11
**causal** 142:14
**cause** 1:22 10:20
13:4,5,7,12 15:22
23:14 41:21
144:14 156:17
164:13 165:19
207:24 208:15
218:6
**caused** 93:14,16
127:17 157:22
178:1 210:17
215:9 217:16
**causes** 10:4 12:17
41:19
**causing** 75:23
168:21
**cavitating** 139:15
**cay** 36:24 37:7 39:2
39:4 41:13,17
56:5 72:15,16,24
74:3 76:24 78:17
165:1 182:4,9,14
220:14
**CC543978** 233:24
**center** 65:8 90:24
91:10 159:6
162:16
**certain** 26:19 32:6
35:23 47:18,24
48:1 92:4 151:15
161:4 169:18
172:18 173:16
185:14 193:12
226:6
**certainly** 18:3 40:19
44:22 46:17 76:17
76:18 119:8 166:1
167:17 177:23
205:9 209:3
**certificate** 106:22
107:12 177:16
233:7 234:5
**certification** 7:7,8
7:13 48:14,22
85:5 177:13,17
222:3
**certified** 47:13,13
102:14 106:23
107:6 115:15
**certifies** 6:13 7:18
**certify** 6:14,20 7:1
7:11 50:23 233:14
234:13,19
**certifying** 185:15
**Chains** 130:1
**chamber** 120:24
**chance** 110:9,15
116:3
**change** 135:21
150:17 157:19

**changes** 153:19
213:3 216:14
**characteristics**
83:17
**characterized**
147:16
**charge** 39:1
**chart** 144:19
**check** 45:2 209:9
**checked** 94:2
**checking** 218:22
219:2
**chine** 130:6 150:8
**chines** 130:1 152:17
**chine-type** 149:21
**chip** 11:2
**choices** 188:9
**Christenson** 109:8,9
**chronology** 123:10
123:11
**CIGNA** 1:5
**circle** 74:18
**circuit** 138:19
**circuited** 138:20
**circuiting** 139:7
**circuitry** 139:10
**circumference**
169:23
**circumstances**
106:2 137:5 177:8
218:5
**claim** 117:23
**claimed** 213:4
**claims** 14:21
**clamp** 70:5 86:19
**clamping** 66:9
**clarified** 119:8
226:11
**clarify** 40:8 72:20
116:3 167:16
**class** 7:4,7,16 34:23
48:24 177:17
196:17
**classical** 23:11
**classification** 6:24
7:22 8:1 46:12,21
48:23 82:21 91:22
189:6,7 190:8,11
190:22 191:18
192:1,8,20 194:17
222:4
**classifications**
189:21
**clear** 52:7 60:6 71:5
104:2 217:1
223:20 228:10
**cleared** 141:21
**Clearly** 46:9
**climb** 122:12
**climbed** 41:8
**close** 22:19 98:3
138:2 154:3
187:24 221:21
222:24
**closer** 24:12,15 60:4
**close-up** 141:2
**close-ups** 18:12

**Coast** 30:1 87:22
88:20 98:6 124:7
196:4,9
**coat** 187:5
**cockpit** 70:23 87:4
211:16
**Code** 130:10
**coincidental** 138:7
**collapse** 152:14
**collects** 29:17
**collision** 9:16 13:5
14:5
**collisions** 13:9
**color** 156:8,9
**column** 184:9,12,15
**come** 25:5 43:16
54:18 55:19 77:15
109:18 117:22
138:9 173:16
204:6,7 228:22
**comes** 6:21 13:16
43:8 137:22
**comfortable** 200:19
**coming** 22:14 24:6,8
24:11,13 30:8
74:16 84:19
124:16,16 129:2
136:17 204:8
231:23
**commencement**
68:21,24
**comment** 20:7 72:5
90:10,19 93:19
131:19 132:7
162:14 185:10
**comments** 24:19
75:21 91:7,8
144:22 145:22
**commercial** 80:13
99:7
**Commission** 233:24
**committee** 48:5
50:12,13 94:17
184:7
**common** 13:4,5,7
13:11 26:19 33:10
33:18 70:24 78:7
85:13 109:19
132:23
**commonly** 13:18
34:19
**communicating**
148:13
**communication**
11:13 136:2
164:17
**Community** 48:12
80:15
**company** 1:4,5
14:11,19 15:7
35:22 114:11
**company's** 15:5
111:4
**comparable** 12:24
33:5 35:2 137:10
148:1 150:20
180:9 184:11,20

201:4
**compare** 187:18
206:24 230:8
**compared** 33:4
147:15 167:1
229:16,21 230:14
**comparing** 25:2
176:7
**comparison** 178:21
187:11 188:7
229:19 230:12
**compartment** 19:21
33:2 40:12 41:8
51:12,16 63:8
70:21 71:3 79:16
96:18 138:1
141:16,20,20
147:3 164:7,16
202:12 203:18
228:15
**compartments**
109:3,4 110:6
**compete** 8:20
**competitive** 8:18
**complaint** 37:11
**complaints** 36:9
37:15
**complete** 43:15
81:22 234:17
**completed** 161:11
**completely** 134:13
134:18 135:24
136:14 137:14
163:16 174:5.9
**complicated** 10:23
**complies** 81:3
**comply** 85:16 86:23
191:9,18
**complying** 87:10
**components** 224:17
**composite** 143:10
144:1
**Composites** 129:24
**composition** 142:13
**compromised** 131:7
**computer** 78:10
93:24 94:4 185:18
185:20
**conceivable** 106:6
**conceivably** 122:23
128:5 136:1
158:15 214:19
**concentrate** 152:13
**concentration** 153:7
153:10,18 154:8
**concept** 11:5 65:23
**concepts** 35:3
**conceptual** 131:22
**concerned** 102:6
151:23
**concerning** 56:20
**concerns** 73:9
**conclude** 120:18
124:13
**concluded** 126:2
132:11 232:16
**conclusion** 77:16

187:10 218:9
conclusions 77:13
187:21
concur 133:21
concurrence 212:17
concurring 133:18
condensation 101:3
101:4.5
condition 5:13
23:24
conditions 22:3
36:6 38:1 53:12
72:2 136:16
137:10,20 181:9
196:6
configuration 23:12
35:6 65:17 79:24
112:9,12,19
114:12 117:8
119:19 166:3
187:19 206:16
configurations
117:13 130:12
135:1
confirms 227:19
confronted 178:8
confused 87:2
230:22
conjunction 109:14
171:22
connected 138:18
145:1 170:13,20
234:22
connecting 145:2
149:3
connection 76:3
138:3 142:14,15
142:18 149:8,11
149:12,21 158:10
158:11 169:18
173:18 175:11,13
177:10 178:9
181:3 216:9,23
connections 16:4
19:5 181:8
Consciously 134:1
conservative 154:24
consider 8:18 41:5
67:3 82:21 170:5
192:12 194:21
212:10
considerable 219:12
considerably
174:10
consideration
193:13 195:6
considered 132:4
191:12,19,24
considering 175:6
consisted 216:7
consistent 27:10
console 99:1,4
125:19
constant 179:2
constructed 82:6,6
89:12 102:7,12
103:12 106:6

167:11 193:22
constructing 6:15
148:5
construction 4:2 7:1
7:17,19,20 8:9
43:5 45:6 46:11
48:6 57:5 90:3
96:15 103:6,10
106:24 107:6,13
118:23 144:16
156:16 167:20
194:1 208:11
constructor 56:18
consult 23:20
consulted 15:2
210:20,21
contacted 216:10
contacting 54:15
contained 202:19
container 99:21
contains 184:4
contemplates 115:8
context 172:21
contingent 195:9
continuation 93:13
continue 20:13
continued 165:4
231:22
continuity 50:20
161:17
contrary 212:24
contrasting 86:21
contribute 57:10
115:18 118:1,21
contributed 118:16
118:22
contributing 79:15
contribution 57:15
57:18 113:9 134:6
convener 50:13
81:18
convention 96:16
96:20,21,24 97:22
101:22
conversation 36:12
36:22
conversion 222:12
convert 222:13
convey 68:10
cooling 22:6 23:18
31:10
copies 55:5
copy 54:22 119:19
183:10,14,21,22
205:20
core 142:5
cored 130:7
corner 75:15 78:1
127:10,11 129:13
145:4 149:7,15
150:3,8,15 153:5
153:23 154:3,4,10
157:24 201:20
217:24
corporation 1:9,10
1:10
correct 3:15 12:14

12:18 14:11 15:23
20:19 23:3 26:19
37:12 41:20 43:20
47:16,22 51:13,14
54:10 55:2 58:16
61:14 64:13 67:20
76:11,12,21 112:6
117:1,12,18,21
126:4,13,14,17,22
131:13 140:4
146:1 147:21
152:17 165:1
168:22 171:17
172:23 177:2
178:12 204:1,12
226:23 228:23
229:18
correctly 14:13
37:18 71:4 147:16
150:4 164:21
corresponding
153:1
Council 87:20 88:20
counsel 74:8 140:9
161:21 184:1
205:24 234:20,22
count 182:3 187:5
225:17
counted 77:24
149:24
countries 96:14,19
counts 207:20
COUNTY 233:11
234:9
couple 41:3 95:16
116:7 137:6 155:6
222:2
course 37:11 64:23
94:21 99:17 122:1
123:7 131:21
155:6 189:14,15
courses 5:24
court 1:1 37:22
38:21
cover 68:6 81:14
141:13
coverage 172:5
covered 103:19
206:20
covers 65:13
crack 128:6,6
142:23 158:12
159:21 160:10,13
160:15,18 161:4
162:4,4,8 163:1
164:2,22 165:5
166:8,24 167:5,7
172:13,15 220:6
231:21 232:2
cracked 219:2,4
cracking 78:18
cracks 163:19
164:12
craft 4:3 7:17 9:3
80:12 85:19 191:2
crane 25:7 26:10
27:13 55:19,19,22

56:1,6,8 63:19,19
63:20
cranes 26:17
created 143:9 220:7
creating 182:16
critical 61:8
criticism 148:19,22
149:6
criticize 144:16
criticized 175:13
cross 2:16 103:13
152:24
crossed 74:23
crosses 153:3
crossing 208:4
CROSS-EXAMI...
140:10 208:22
cross-sections
186:22
crowned 120:24
cruised 36:7
cruiser 6:9
cruising 123:14
curious 9:6
current 87:14 94:5
94:9 96:1 184:9
184:10 224:3,5
curve 120:24
custody 38:21,22
cut 56:2 77:17
83:14 108:16
124:5,23 126:6,7
136:18 165:3
216:1
cutting 84:22
CV 130:3
cylinder 65:17
C-Shell 94:23
185:20 188:23

— D —

D 2:9,15 172:14
damage 110:9
damn 105:21
Dana 201:13,15
darker 156:8
data 10:1 169:4
date 215:3 231:6
DATED 235:2
davit 25:7,13,14,20
25:22 26:7,10,11
26:12,13 27:2,13
27:18,20 58:15,16
davits 214:1
day 38:5,20 59:15
110:17 111:9,12
137:10 138:12
208:13 215:4
232:23 233:18
235:2
days 26:18 38:2
86:7 91:18 129:9
130:15 138:12
214:11
de 109:14
dead 179:2,2

deal 78:19 210:13
dealer 49:9,9
dealing 177:19
debond 172:12
decade 98:3
decades 98:1
decide 16:14
decides 219:17
deck 51:17 70:23
86:1 134:12
141:12 166:11
185:4 216:9,22
decks 85:20
deep 39:17,19,20
40:9,19
deeper 57:20
defect 182:20 183:3
Defendant 2:6
Defendants 1:11 3:3
deficiencies 110:16
147:12 157:20
208:2
deficiency 127:17
127:22 129:16
155:9
deficient 57:5 92:11
182:24
define 29:11 34:13
51:19 65:24 70:17
70:20
defined 29:13 30:15
31:15 46:21 70:18
80:17 127:10
defining 26:10
definite 128:23
definitely 59:18
99:20 225:10
definition 11:1,11
21:23 26:9 66:18
85:14 88:11 91:20
99:23 223:23
224:10,15
definitive 135:19,22
deflecting 164:6
deflection 122:5,7
122:24 168:15,24
180:15
degree 3:22 5:11,19
5:21 84:15 179:16
degrees 65:21 68:3
122:6.17 136:24
178:15 179:2
Delaware 1:9
delegated 49:22
delivered 81:20
191:1
delivering 49:9
demonstrated 188:7
denominating 42:18
deny 91:24 92:2
115:19 123:7
depend 84:12
179:16
dependent 83:16
216:6
depending 57:12
84:16 189:16

214:17
depends 134:22
  135:3,17 139:10
  192:12
depiction 73:19
depictive 17:3
deplorable 178:8
Depo 2:20
deposited 66:4
deposition 1:16,22
  3:11 59:15 110:18
  123:9,19 125:2
  161:24 199:6
  230:18 232:15
  234:5,14
depositions 69:2
derive 187:21
describe 6:8 13:11
  32:22 33:8 58:18
  60:12 121:1
  144:15 154:1
  157:9,20
described 30:18
  36:6 155:16.17
  159:1 160:14
  177:19 208:3
describing 159:6
  216:3
description 67:24
  123:9 137:17
descriptions 129:19
descriptive 152:19
descriptively
  152:21
Descrizione 116:12
design 4:1,2 6:4,14
  6:17 7:9 8:3 9:6.8
  82:8 88:8,14,14
  89:15 91:11 92:7
  92:10,22 94:3
  95:3,4,20 103:12
  103:19 104:1
  106:19 108:10,11
  108:12,22 113:9
  117:4,17 119:12
  119:13,14 130:11
  130:12 133:14
  134:1 144:23
  151:24 166:2
  184:16,20 185:3,4
  185:4,11,24 186:3
  187:8 188:8,17,20
  189:9 191:2,23
  194:12 196:6
  201:4
designation 80:12
designed 6:2 8:24
  9:10 11:9 70:14
  88:9,15 90:11
  99:21 100:2
  107:20,23 108:4
  108:19,24 109:1,6
  133:11 148:23
  167:10 181:23
  182:12 184:17
  196:23
designer 152:2

designing 197:17,22
designs 7:2 9:2,2
  11:8 88:9 99:24
  103:19 183:12
  185:1
desire 171:17
destructive 77:19
  77:21 155:14
  223:24 224:18,19
  224:20
Det 83:5
detach 174:19
detached 160:5
  163:16 174:13,23
detachment 111:22
details 129:23
detectable 214:16
determination
  101:18 173:2
  213:10 216:17
  217:21
determine 15:13,16
  15:22 23:22 63:20
  66:22 78:17,20
  101:19 168:14
  173:7 198:12
  199:2
determined 21:12
  78:6 104:16
  225:19
determining 181:2
detriment 96:7
Detroit 8:10
developed 25:12
  53:2 94:23 164:22
  187:23 231:2,9
device 26:16 27:14
  67:19 219:6
devices 69:24
diagonal 156:9
diagram 73:21,23
  161:12,14 162:24
  163:3
diagrammed 166:9
dialogue 202:5
diameter 60:13 61:1
  62:18,19,20
dictate 85:13
diesel 19:2,18 20:8
  55:9
diesels 8:10,12
difference 25:3
  26:10 180:21
  188:15 204:3,11
differences 5:5 7:3
different 7:15 18:5
  18:11 23:12 34:22
  68:11 79:24 87:8
  113:5 117:8,13
  180:16 184:5
  192:4 226:14,19
differently 42:12
  138:11 147:23
  150:24
difficult 15:22
  177:15
difficulty 166:17

212:7
dimensions 78:6
  120:12 147:19
  173:10,11 184:21
dimly 61:18
dinghy 27:15 100:4
  100:6,9 134:11,17
  135:13,23 136:13
  137:12,20 165:13
direct 2:16 3:5 54:5
  129:6 213:4,19
directing 75:20
direction 66:11,20
  67:1 84:15,17
  151:16
directive 184:11
directives 48:4
directly 62:16 120:6
  157:17 158:24
  211:2,8,13 221:20
disagree 18:2 28:10
disappointed 178:6
disaster 31:6,14,24
  34:5
discharge 211:13
discharges 21:19
discontinuity
  153:11
discovered 90:23
discovering 138:4
discrepancy 148:17
discuss 28:7 37:10
discussed 73:17
  156:16
discussing 89:19
discussion 27:17
  30:10 57:6 61:9
  67:17 70:19 90:2
  99:15 101:6
  151:12 185:6
  190:15 197:21
  198:21
discussions 190:24
displace 10:7
distance 40:10,22
  120:9 141:6,20
  149:15 154:3,7,19
  178:15 216:13
distinct 30:15 65:16
  231:21
distinguishing
  88:13
distributed 55:5
  153:14
district 1:1,1 38:21
divergence 119:4
divert 31:15
diverted 31:20
diverting 31:9
divide 222:15,17
divided 154:22
  223:5
division 96:10
divorce 37:17
docks 214:2,5,8,12
document 116:19
  161:19 183:23

205:22
documents 74:6
  90:23 140:7
dog 67:17
dogged 70:4
dogs 66:9 67:17,18
doing 42:7 59:3
  69:10 76:17
  105:17 110:23
  161:9 168:8
Dolto 81:18
done 9:2,14 11:16
  20:24 29:12 44:9
  45:12,20 108:1
  109:17 168:7.9
  173:19 174:12
  175:11,16 185:21
  191:4 210:24
  211:21 214:6
  door 30:9 52:12,13
  66:3,7
double 150:10
  198:24 200:1.6
doubt 188:8
down 6:20 23:6
  29:23 32:10 35:16
  43:8 65:8 68:17
  106:10 119:22
  121:23 123:1,3,24
  134:12,17,17
  135:10,15,16,23
  136:14 137:23
  140:20 160:3,22
  164:18 180:24
  200:8 216:1
  218:16 219:17
downflooded 64:15
downflooding 64:4
  64:6
downs 67:17
downstairs 113:4
  114:8
downward 158:17
  160:23 164:6
  180:2 211:11
draft 81:17,21
  91:21 94:12,13
draining 29:16,17
draw 74:18,21 75:4
  227:9,10
drawing 31:18,19
  35:13 70:13 71:11
  75:6 90:20,22,24
  91:6 92:1,3,5,12
  92:15 112:10
  113:4,12,20 114:1
  114:24 115:1,3,6
  115:14 116:10
  118:11 119:5
  146:7 148:18
  185:11 187:2
  198:14,15,19
  199:3,10 200:5
  225:18 227:8
drawings 7:2,11
  82:8 85:22 89:4,7
  90:10 112:8 113:1

114:16 117:24
  131:16,21 175:21
  186:1 198:13
  206:18
drawn 31:16 73:24
drew 118:11
drilled 213:11
driven 215:17
drives 185:1
drizzling 38:4
drop 21:5
dropped 111:17,24
  160:6
dropping 145:4
drop-off 153:23
dry 135:10 214:2,5
  214:7,12
ducktail 79:24
  221:1
ducktailed 121:3
due 4:18 14:4 23:13
  71:16 72:6 143:10
  150:17
duly 3:4 233:16
dump 211:22
duplicative 18:9
during 15:12 35:20
  118:4 159:18
  202:11 203:17
  214:23
duty 92:9
dwell 122:16
dynamic 128:15

E
e 2:15,19 47:11
  116:12 172:14
each 6:20 54:15
  64:22 65:7 83:17
  117:10 139:14
  140:15
earlier 40:8 119:11
  134:11 142:19
  144:22 146:6
  147:2 156:15
  157:7 183:5 191:6
  198:3 208:3
early 122:4 220:4
earth 30:4
easily 83:8
Eastern 38:10
easy 155:12 187:13
EC 47:10 48:13,22
  80:11 81:3,14
  82:11,12 84:21
  86:21 87:12,12
  88:18,19 89:16
  91:18 94:5
edge 74:11 78:18
  106:5 120:19,20
  121:2,2,2 127:8
  127:18 145:6
  155:13 156:4,6,10
  156:11 159:13
  163:6,7,9,13
  216:18 221:20

edges 163:12
effect 23:1 32:18
  49:22 64:18
  102:12 135:12,12
  143:7,8 144:14
  154:4 165:8,19
  186:16 213:14
  214:14 215:1,2
  220:7 221:7
effective 184:12
effectively 131:2
  133:21 162:22
effort 77:3,7
eight 53:12,15
  80:19,22 81:6
  83:14,21
Eighteen 24:2
eight-foot 100:4,5
eight-meter 53:4
either 15:19 53:1
  116:1 143:22
  157:4 166:12
  191:11 196:5
  214:1,2
elbow 79:18
electrical 19:6 28:1
  28:2,4 63:1,4,5,8
elements 186:21
elevated 79:23
eliminate 51:22
  227:5
elsewhere 104:21
emergence 135:6
emergency 20:16
  29:6 34:14,15,17
  35:8
emphasized 229:8
employee 234:20,21
employees 42:7
  202:11 203:17
employment 34:16
en 165:1
encountering
  184:24
encourage 178:2
encouraging 178:4
end 29:21 46:4 47:7
  70:22 74:12 75:13
  99:24 100:1
  118:24 120:8,10
  120:23 138:24
  142:8 145:7
  163:21 173:13
  179:4 184:22
  191:16 194:21
  207:6 220:23
ends 220:24
engine 8:3,12,14
  12:23 19:1,7,11
  19:18,20,21 20:2
  20:14,22 21:20
  25:6 29:5,6,7
  30:22 31:10,19
  32:15 33:1 34:10
  41:23 42:8 46:14
  51:12,15,16,18,18
  51:20,23 52:1,4,7

63:22 86:3,9,10
  86:12 87:3,24
  88:2 101:9,14
  104:24 106:7
  108:7 112:21
  124:21 125:7
  126:8 138:22,23
  138:24 147:3
  165:11,18 191:11
  191:16,20 192:10
  193:1,9,16,17
  194:5,14,16,20
  195:4,5 196:2,18
  197:2 198:4,7
  202:12,21,24
  203:11,18 211:9
  211:10
engineer 7:9 21:4
  101:11 193:19
engineered 177:9
engineering 3:22
  4:1,15,24 5:11,21
  5:23 9:14,23 11:8
  140:1,5
Engineers 4:17,22
  130:10
engineer/manufac...
  23:21
engines 8:6,8 12:19
  12:22 20:17 31:7
  34:8 83:14 84:22
  124:5,23 126:6,7
  136:19 165:3,8
  191:21 209:4
England 50:14
English 4:20 27:21
  54:14
Englishman 27:22
enhanced 119:4
enough 63:20 93:6
  98:10 125:11
  130:14 138:2
  149:7 167:12
  173:22 203:9
  222:24
enter 51:18,21
  134:14,20 136:20
  158:5
entered 52:3 64:11
  125:7 203:1
entering 51:15,23
entire 24:21,23
entirely 39:12 71:4
  226:23
entitled 17:22
  104:18,22
environment 29:23
environments 30:4
envision 157:1
equally 227:11
equals 121:14 223:1
equate 82:15,18
equation 12:6
Erroneously 102:15
error 170:3 206:11
erupted 215:13
esoteric 130:17

especially 17:3
  185:14 218:2
ESQ 2:3,5,7,9
essentially 117:8
establish 27:8 91:22
established 47:15
estimate 39:15
  40:20 137:9
estimation 196:20
Europe 47:14 48:18
  48:22
European 33:23
  47:15,16 48:4,12
  80:15 95:5 184:7
  185:15
evacuate 231:24
even 12:16,21 13:23
  21:18 22:5 24:15
  30:1 50:15 71:23
  101:12 103:8
  105:17 111:24
  123:22 153:16
  173:20 174:11
  202:8 203:14
  210:13 212:22
  222:22 225:16
event 176:18 182:23
events 138:18
  139:13 218:7
eventually 159:5
ever 8:24 14:7
  107:20 126:3
every 116:3 137:6
everything 20:1
  22:13 29:19 43:11
  43:14 150:11
evidence 56:11
  58:11 59:21 62:6
  68:15,19 69:2
  76:2,5 79:9 118:3
  131:12 132:4
  143:1 227:11
  228:13
evidenced 213:18
evident 199:12
exact 140:16 141:10
exactly 35:16 92:20
  112:24 114:7
  134:8 151:6
  180:20 200:16
examination 3:5
  175:11 221:24
examined 149:11
examiner 208:20
examining 185:17
example 11:20 48:2
  49:4 56:4 76:6
  227:22
exceeds 13:19
except 22:11 56:16
  67:1 79:5 80:17
  101:22 161:13
  170:16 220:12
  227:14
excepting 126:18
  229:24
exception 32:17

95:6 100:9 176:14
  177:3
excess 53:18 80:18
  80:19,23
excessive 14:2
  202:22 203:6
excessively 42:2,5
  202:8 203:14
exclude 224:11
exclusive 132:17
exclusively 132:8,11
  147:11
excuse 36:11 40:8
  53:13 81:15,16
  83:13 145:14
  148:18
execution 88:14
exemplar 79:4
exemplified 72:4,5
  129:17
exert 120:2
exerted 122:1
  179:13,21,23
  181:2,7 208:14
exerting 180:16
exhaust 19:2,11,11
  19:14,19,21 20:8
  20:9,23 21:17,20
  21:21 23:19 42:2
  42:6 43:9 44:3,7
  44:13 55:9,10,11
  62:16 79:18,21
  80:1,5 118:23
  133:11 141:13,14
  142:22 145:10,21
  146:9 157:18
  166:7,13 167:19
  167:22 168:2,5,16
  169:1,19 171:12
  172:7 174:19,22
  175:4 178:16
  181:19 182:1,10
  182:15,19,22
  201:8,9 202:9
  203:15 204:6
  207:10 208:8
  211:6 213:13
  216:2,20 217:1,9
exhausts 21:14 24:7
  211:1,2
exhibit 73:17 74:7
  79:2 91:2 113:3
  116:15,21,23,24
  117:3,7 118:10
  140:7,17,23 141:5
  141:8,11,15,19,22
  158:23 160:12
  161:15,20,24
  163:7,15 166:9
  183:18,24 185:16
  185:22 187:22
  188:4,5 199:4,10
  205:21,23 218:11
  220:14 227:22
  230:24
exhibits 117:4
  140:13

existence 147:3
  164:13 195:8
exits 79:21 230:18
expect 8:19 84:18
  116:9 128:7,9
  136:16,20 139:8
  157:4 162:1
  181:23 182:2,9,13
  182:18 212:16
expected 83:8 149:1
  225:17
expecting 182:11
experience 66:2
  99:9,10 133:1
  154:20 201:4
  212:15
experienced 136:17
  208:13
experiencing 78:15
  83:12 137:21
expert 3:24 31:2,7
  68:11 104:19
  130:16
expertise 82:22
experts 18:1 21:11
  32:3 163:4 201:11
Expires 234:1
explain 66:14 79:19
  110:9 126:21
  142:4,18 149:5
  158:21 172:11
  185:18 186:8
  188:11
explained 66:16
explanation 127:1
  232:3
exploring 19:9
express 152:20
expression 9:20
  38:7
extant 93:10 218:19
extended 78:3
  179:24
extends 121:3 180:2
extension 19:3
  24:14 25:8 29:4
  78:2 108:17 109:7
  109:16,20 155:2
  187:13 191:7
  216:2
extensions 109:1,2,3
  132:9,18 147:8
extent 20:15 210:1
  214:17 219:4
exterior 145:12,15
  145:19 146:22
  177:4
extreme 217:3,8
extruded 179:3
eye 168:18 176:6
  199:17
eyeballed 104:15
eyes 103:20 104:3
  104:13,21

F

fabric 74:23 127:9
Fabrication 129:24
face 54:15 74:24
130:13,20,20
143:4,5,13 144:3
144:8,9,13 157:2
157:12,21 158:23
160:11 168:6
169:1,19 170:14
171:13 174:19
175:4 217:22
221:13,15,17
225:23 228:10
faced 171:21
faces 145:1
facilities 79:6
facility 6:18 7:12
49:21 79:12 107:1
107:4
facing 75:10
fact 6:9 8:19 20:1
36:17,18 38:17
56:8 58:23 69:19
70:9 78:23 92:4
96:18 112:3,4
139:13 143:21
146:21 148:4
152:3 164:1,8
178:5 182:23
210:24 214:21
218:7 228:24
factor 43:18 150:7
154:8 183:2
184:23 222:12
factors 32:18 181:2
181:10 188:10
factory 6:21 103:20
197:12 216:15
facts 10:1
fail 93:16 172:8
208:1 215:10
failed 74:14 118:2
123:6,6 158:7
159:4 207:9
217:16
failing 162:10
failure 64:3 74:19
74:21 75:23 78:15
79:10,15 118:7,17
119:2 127:7 128:8
128:9,13,18,18
142:2,15,21
155:10,23 156:1
156:17,19,20,23
157:1,5,6,8,17
158:1,4 159:13,15
160:23 167:23
208:15,17 218:3
220:5 225:21,21
226:3 227:2,6,11
227:12 229:1
fair 77:3 94:9
214:16 215:5
fairing 76:13,16
fairly 70:24 115:8
232:10
fall 26:17 189:7

falling 138:14
familiar 30:23
98:24 99:17
210:15
famous 209:12
far 6:17 9:6,7 15:8
28:20 35:22 47:3
63:2 84:10 91:9
92:13 102:6 104:7
111:21 129:13
132:2 146:20
160:11 174:18,22
178:21 198:10
199:2 205:10
211:22 220:17
221:4 230:10
fashion 151:20
169:16 173:21
196:24
fast 6:11 28:8 92:24
fastened 224:12
faster 22:23,23
231:23
fateful 215:4,12
favorite 216:7
fax 54:22
faxed 54:23 55:6
fay 54:13,13,13
faying 168:11
feature 11:18
108:20
fee 6:23
feel 200:18
feeling 119:23
feet 80:21 222:13,18
223:1,8,19
fell 220:11
fellow 130:4
ferretti 1:9,10 2:8
2:10 6:18 8:18
12:21 14:7,9 33:4
36:9 56:3,21 62:2
74:9 76:6 79:13
85:6 92:10 98:17
105:15,15 131:17
132:11 140:9
148:5 161:21
174:20 175:22
177:12 178:9,20
181:23 184:1
185:11,24 186:8
186:19 187:7,20
188:8 194:23
205:24 215:21
216:15
Ferrettis 79:7
Ferretti's 106:24
107:6 187:1
188:17 197:12
201:23
Fertig 2:3 55:4
few 84:8 108:5
126:16 128:3
136:11 139:17
144:24 165:13
194:3 195:1
209:22

fewer 149:3 153:20
fiber 186:9
fiberglass 54:16
57:4 74:22 76:19
79:17 80:5 85:19
127:9 130:11
146:22 147:10
149:14 169:9,10
177:4 206:24
207:2,5
fiberglassed 42:6,13
171:3 177:6
202:10 203:16
field 3:24 4:4 9:21
9:23
figure 59:4,5
figured 121:5
file 79:8 149:24
183:5,14,18
204:16
filed 1:22
fill 43:11 229:15
filled 12:23 165:19
193:17 202:14
203:20,21,23
229:14
filling 13:20 46:10
158:16 165:4
fills 229:12
final 45:3
financially 234:23
find 18:21,23 50:7
87:9 115:7 127:4
148:17 149:10
186:3 205:1,5,7
206:11
finding 205:3
findings 36:21
fine 18:14 71:6
99:23
finished 45:22
50:15 88:24 95:13
133:6
finishing 43:10
fire 9:16 13:13
25:11 31:20,22
firefighting 13:18
firm 2:3,5,7,9
firm's 184:15
first 3:4 15:12 35:20
41:12 42:21,22,24
47:8 52:23 73:16
108:3 122:7
147:13 159:4,9,19
165:10 166:4
171:23 184:4
185:22 188:6
201:24 206:15
207:13 210:4,7,10
220:13 223:18
fishing 101:1
fitted 68:5
fitted-key 65:18
fittings 16:5 18:21
18:24
five 15:20 24:15
54:8 57:23 83:2

84:7 189:24
fixings 71:2
flag 177:6
flap 160:3 164:11
218:23
flapped 160:22
flapping 166:19
217:12,16 218:10
218:14,16 219:23
flare 208:8 217:1,5
217:6
flares 57:5 132:21
133:11 159:11
181:19 182:1,5,10
182:16,19,22
216:2,20
flat 151:13,19
152:11,23
flex 158:17 169:14
167:12
flexibility 157:16
171:3,14,17,20
172:2,9,10 173:13
flexible 169:13
170:14
flexing 76:2,5 119:3
142:19 143:2,9,22
143:24 152:3
166:7 172:22
173:5,8 177:1
flexion 173:23
flexure 176:17
178:16
flip 67:16
flipping 18:6
float 11:21 12:14
33:11,15,16,18
88:23 125:11,16
135:14 193:18
Floatable 193:4
floated 64:17
137:13
floating 42:14 69:14
69:20 104:6
135:16 137:15,16
137:23 165:13
216:12
floats 12:11
flood 128:4 193:9
202:20,23 204:4
204:11
floodable 86:4
flooded 101:14
106:7 195:5 196:2
196:18
flooding 21:8 41:22
42:8 51:11 75:24
79:16 137:24
202:11 203:17
floor 1:13 111:18
112:1 139:2
141:12 159:19
207:14
florida 1:1,9,14,21
3:19 5:16 130:5
233:10,23 234:8

flotation 11:14
flow 21:11,17 22:9
29:19 32:4 57:20
57:23 61:22 122:5
125:23
flows 201:9
flow-through 22:4
fluid 25:9,10,15,18
25:21 26:1,6
29:20
fluids 29:18
flush 180:14
foam 206:20 207:4
focus 20:20 89:9
90:16 159:11
focusing 229:1
foggy 9:1
folded 153:8
folder 59:24
follow 114:14
followed 112:10
123:10 148:6
200:6
following 30:12
89:23 181:16
230:19
follows 3:4 44:17
88:5 229:13
foot 39:17,17,19,20
40:9,20 121:6
135:6
force 50:16,22
53:13,15 71:20
72:6 80:19,21
81:5 83:21 120:5
121:4 130:10
144:12 158:8,19
164:8 168:4
172:17,18,21
173:3 179:16,21
179:23 208:14
219:12 221:7
forced 179:10
forces 62:9,12 72:4
73:24 83:14
119:23 128:15
154:15 157:18
166:2 168:21
179:13 180:7,16
181:2,7
fore 74:12 138:24
160:13,16 161:1
162:5 163:1,20
179:4 221:2
forget 38:7 45:1,10
45:24 185:5
forgiveness 169:15
forgot 131:20
162:23
form 14:1 81:21
103:4 174:2
178:13 191:3
202:15 212:12
formation 190:24
formed 190:19,23
formerly 1:5 10:9
forming 164:12

formula 121:22
formulas 188:14
formulated 138:8
Fort 1:14
forth 10:2 32:15
  45:13 84:9 89:12
  99:10 104:1
  126:19,20 224:14
  225:20
fortuitous 138:12
  138:15
forward 28:9 33:2
  58:20 78:18
  101:10,16,20
  102:8 104:17,24
  105:11,18 111:5,9
  111:15,22 117:16
  120:8,11,21 141:4
  143:4 144:13
  157:2,12,21
  158:18,23 162:3
  162:12 163:16,21
  164:14 166:14
  191:22 192:16
  193:15 198:3,8
  219:19 220:9
  225:23
found 53:3,24 54:1
  112:13,14 115:22
  116:11,12 127:8
  153:22 154:9
  205:12 209:17
foundation 55:22
four 15:19 45:14
  53:20 80:18,21
  81:5 83:2 138:22
  149:13 151:9
  154:20 189:24
  214:11 217:23
Fourteen 221:5
fourth 28:18 190:16
  206:5 207:9
four-meter 53:14
  53:18,19 83:12,13
  83:21
Frabetti 133:15
  193:20 199:24
  201:12 206:6
Frabetti's 101:12
  199:5
fraction 90:13
fracture 127:18
  231:1,7
fragment 145:18
frame 26:14 207:19
frames 152:22,24
framing 153:3
Francais 220:12
France 81:18
free 11:12 26:17
  137:23 160:3
  164:17
freeboard 92:19
French 220:9
frightened 28:16
from 6:23 7:15 9:19
  12:5,24 16:24

18:5,6,11 19:16
  22:10 25:2,6 28:4
  30:15,21 31:10,16
  31:18,19 34:14,22
  44:17 58:19 61:16
  64:19 65:16,20
  66:4,10,21 67:6
  67:16 71:14,17
  72:3 76:13,19
  77:22 78:3 79:18
  80:5 83:6,8 84:19
  91:17,18 92:12
  99:9 101:11 111:6
  111:10,22 118:17
  119:4 120:9,20,22
  121:1,4 122:8,15
  127:11 128:19
  130:20 131:8,12
  136:15,18 137:17
  140:18,21 141:2,6
  141:20 144:13,20
  144:23 145:12,15
  145:19,23 150:13
  150:21 152:3
  153:2,6,6 154:8
  154:10 158:8,14
  158:16 159:9,18
  159:19 160:19
  162:11 163:16,17
  166:2,7,12,14
  168:6 169:1 171:4
  171:9 174:19,23
  175:8,10 176:16
  181:6 183:14,18
  184:4 185:24
  186:4 187:21,23
  188:3,23 189:9,10
  194:12 198:12
  199:2 201:12,12
  204:22 207:13
  211:10,16 213:22
  216:22 220:17,19
  220:21 225:19
  227:8,17 231:1,3
  231:8,12,16
front 93:14 110:24
  143:13 144:3
fulfill 5:24
full 5:3,9 7:15,16
  12:16 22:5,24,24
  39:9,10,12 62:21
  86:19 122:24
  123:23 138:5
  149:18 165:15,17
  178:3 212:22
fully 57:24 58:5,6,8
  82:1,2 179:20
full-blown 209:23
function 121:9
  181:24 182:2,6,10
  182:12
functional 32:1
fundamental 11:7
further 11:1 42:1
  106:5 121:4
  153:16 159:16
  181:22 221:22

225:23 226:11
  227:19 230:17
  232:13 234:19

**G**

gain 37:18
gaining 66:5
galley 200:15,16
gallon 137:6
gallons 39:15
  134:14,19,24
  136:20 201:14
gas 22:6
gases 21:17 23:1,18
  24:5
gasket 66:8
gaskets 86:20
gather 170:6
gauging 99:6
gave 59:4 186:16,17
  188:6
gear 41:9 71:1
  219:19
gel 187:5
general 11:3 83:19
  192:3
generally 29:15,22
  48:1 67:22 70:23
  100:11 110:1,2
  179:3 213:12
generate 92:22
generates 211:4
generator 20:8 55:9
  55:10
generically 107:15
  107:16,18 108:20
geometry 150:17,19
  153:19 168:17
Germanischer
  190:21
gets 95:18 100:21
getting 14:2 48:13
  54:20 136:15
  187:14
give 19:7 22:2 26:9
  57:23 61:13 66:18
  90:18 135:19
  169:13 189:13
  197:11
given 134:24 137:18
  174:5 212:9
gives 117:4
giving 141:6
glad 11:2
glass 186:9
global 48:10 49:18
  49:19 166:7
glossary 27:8 53:2
go 4:10 6:20 10:24
  18:13 21:18 22:9
  22:17 23:18 29:1
  32:11 33:14 39:16
  40:24 42:16 45:20
  45:23 53:10 54:4
  63:5,8 68:4 81:4
  83:24 89:17 106:8

107:2,10 113:4,5
  113:15 120:20
  125:8 150:3
  160:15 168:8
  170:11 176:9,15
  176:21 178:13
  201:5 204:22
  206:2 214:13
  219:13 223:22
  224:5 225:18
goes 7:5 21:21
  54:17 219:16,19
going 16:18 17:7
  22:6,23 24:13
  28:18 32:12,12
  45:2,21 58:1
  95:15 107:18
  112:14 114:19,21
  114:23 115:14
  121:5 124:16,21
  126:19,21 135:12
  138:4 146:2,8
  161:17 176:23
  211:8 218:6
  231:18
**GOLD** 36:24 37:7
  39:2,4 41:13,17
  56:5 72:15,16,24
  74:3 76:24 78:17
  182:4,9,14 220:14
goldstein 1:5 15:5,7
  69:3 76:23 122:9
  123:5 124:14
  126:2 129:1
  136:17 137:18
  138:4,13,21
  164:24 197:14
  209:11,20 210:17
  213:22 215:4
  218:19 231:17
  232:4
Goldsteins 14:10
Goldstein's 14:19
  79:1 196:10
  210:23 215:22
  216:7 231:2
gone 22:15 95:16
  200:18
good 12:20 17:16
  39:13 40:11,13,15
  40:16 42:4 46:10
  46:15 53:9 59:23
  60:19 73:3,5
  74:20 95:7,7 96:7
  115:14 129:17
  131:19 149:20
  151:10,17 154:16
  154:18 161:17
  169:4 173:12
  179:4 188:7 223:1
gotten 41:10
governments 98:13
governs 91:12
grab 59:1
Gramling 2:3 55:4
gravity 90:12,24
  91:10

gray 21:24
great 78:19 210:13
greater 53:4,20
  98:20 122:18
  153:14 154:15
greatly 23:15
Greek 38:13 190:8
green 199:11
  227:23 228:4,9
Gregoire 81:18
grew 220:6
grounding 13:9
group 18:1 81:12
growth 227:14,23
  228:10
Gs 90:12 188:19,20
  188:23
Guard 30:2 87:22
  88:20 98:6 124:7
  196:4,9
guess 4:9 13:11
  16:19 24:3 34:17
  88:5,18 96:10
  101:15 108:2
  155:17 214:10
guesses 169:3
guessing 61:6
  222:15
guide 129:18,21
gunnel 216:10,22
guys 161:16

**H**

H 2:19
half 39:17,19 40:9
  40:20 75:1 149:19
  201:1
Hamlin 77:11
hammer 78:19
Hampton 50:14
hand 183:9 206:21
  223:21 225:1
  233:17
handing 140:12
handle 26:17
  187:14
handled 79:7
handles 32:14
handling 25:7 26:15
  63:19 166:17
handy 183:7
hang 114:19,21
  115:2
happen 118:20
  128:22 165:20
  218:6
happened 124:4,8
  130:19 139:14
  140:4 167:14
  171:11
happening 174:4
happens 84:6
happy 34:4
hard 169:4 214:21
hat 121:19
hatch 51:16,18,21

52:1,4 64:7,24
65:3,8,13 66:3,6
67:12 68:6 81:16
81:17,19 86:3,9
86:11,12,22 87:3
87:4,8 88:1,2
137:23 141:13
166:22
**hatches** 37:20 64:4
64:11,15,16,20
65:7,8,20 66:12
67:3 68:16,20
69:10,14,19,21
70:1,22 81:14
85:23,24 86:23
88:6 110:3,3
134:15,18 135:9
135:23 136:21
137:1 166:11
204:5 228:22
**haul** 76:24
**hauled** 41:12 76:22
**having** 3:3 4:1 30:8
31:23 100:13
115:17 123:15
136:19 171:1
177:12 200:18
**head** 8:20,20 10:11
71:17 134:22
135:6 219:11
**headed** 204:14
**heading** 18:23
**heads** 46:14
**headway** 84:7,23
134:21
**heard** 14:7 30:18
35:15 53:1 136:19
**heavy** 12:19 38:8
123:2
**heavy-lift** 38:18
**height** 53:12,15,18
53:19 80:21 90:11
91:10 94:3 148:24
188:10,13
**heights** 81:5 83:13
**held** 66:24 135:23
**help** 24:1 33:15 41:6
113:16 122:15
152:20
**helpful** 198:16
**helps** 27:14
**hence** 152:16
153:13
**her** 83:23 96:17
121:8 131:13
210:5,6 213:20
**hesitate** 61:8
**hidden** 176:5
182:20 183:3
214:20
**hierarchy** 82:22
**high** 72:1 102:17
122:14 126:8
139:2 169:5
184:24 232:12
**higher** 57:21 72:2
190:6

**highly** 146:24 232:1
**high-speed** 6:11
19:15 21:18,20,23
22:4 85:18 191:2
**high-water** 33:24
41:13 63:11,16
95:9,10 98:16,20
124:21 197:9,13
197:15,16,24
211:1
**him** 16:20 18:2,2
35:14 36:12,15
37:14 72:21
116:14 133:7
139:8 175:24
176:2 178:2,4
189:6 199:23
209:20,22
**himself** 3:17
**hinge** 150:23 151:5
152:5,8
**hinged** 160:22
**hint** 197:18,18
**hire** 196:4
**hired** 15:15
**hold** 3:17 61:23
65:8 98:12 135:2
208:7
**holding** 27:23
**hole** 55:9 56:11
57:21 58:18,20
59:6,7,9,12 60:4
60:12,13,14,21
61:4 62:14,17
63:2 118:11
146:17
**holes** 19:4 41:22
42:2,6,13 43:11
44:10,12 46:10
51:11 55:24 58:15
59:18 60:2,9
61:14,17 62:2,4
62:15 73:19
142:24 158:20
202:9 203:10,15
204:2,10 213:11
213:19,19
**Holing** 13:10
**Holland** 2:7
**home** 30:8 45:21,23
**hope** 71:4
**horizontal** 74:24
75:14,18 118:17
127:11,23 128:19
130:20 131:8
149:9
**horrible** 205:4
**hose** 66:22,23
**hostile** 29:23 30:1,4
**hour** 84:8
**hours** 208:24 209:4
209:8,10
**housekeeping** 73:16
**hull** 6:13,20 10:7
13:10,17 14:4
23:4,7 29:15 37:3
37:5,7,7 44:9

70:16 73:2 74:13
75:8,22 76:4,7,11
76:14,19 77:8
79:21 93:6,19
95:12 96:4,6
108:17 111:6,16
111:23 112:6
115:10 117:6,16
118:14,15 119:16
119:17,17,20
121:7 127:19
142:9,20 144:10
146:23 147:15,17
147:20 148:1,8,10
148:18,20,22,23
156:11 160:19
162:17 173:19
174:21,23,24
175:10,14,23
176:20 177:1,5,14
178:10 179:21
181:4 182:21
183:1 186:23
187:8 193:14
204:3 206:8,19,20
207:1,1,13 214:19
216:9,22 217:5
222:9,10 223:15
223:17,23 224:1
224:16,17,23
228:11 229:17
230:1,15
**hulls** 11:8,8 49:4
**HUMBUG** 109:10
**hundred** 41:3
**hurricane** 13:23
14:1
**hurry** 165:20
**hybrid** 186:9
**hydraulic** 19:4 25:1
25:2,5,6,9,10,10
25:12,15,17,21
26:1,4,5,6 55:18
55:19 56:1,5,10
56:11 57:9 58:9
58:10,12 59:5,9
60:16,18,20 61:7
61:18,20,21,23
62:8,10
**hydraulics** 57:8
**hydrodynamic**
64:18 71:14,19
152:4 218:1
**hydrodynamics**
119:22 144:6

**I**

**idea** 37:21 115:14
201:8
**Ident** 2:20
**Identification** 74:8
140:8 161:20
183:24 205:23
**identified** 35:14
155:10,16 183:17
205:21 226:1,2

**identify** 73:13
140:15 161:14
**idle** 22:12,13,17
**Ignoring** 195:6
**illuminate** 125:21
**illuminated** 125:21
**illuminating** 126:4
**illustrate** 17:10
**illustrative** 17:14
**imagine** 22:11
**immediate** 75:23
**immediately** 109:18
**immerse** 166:18
**immersed** 220:24
**immersion** 57:20
136:10 166:19
**imminent** 218:4
**IMO** 96:1,11,13,16,21
96:24 97:21
101:22 192:20,23
193:5,8,22,24
195:6,9,14,20
**impact** 71:24 72:3
144:5 184:24
188:19,22 212:16
213:2,20 216:13
**impacted** 212:21
**impacting** 215:23
**implement** 103:10
**implementation**
96:19
**implications** 10:23
**implicit** 188:13
**importance** 42:17
197:24
**important** 51:8
181:11 187:17
**impose** 196:5
**impossible** 170:22
205:5
**impound** 37:17
38:23
**impression** 4:24
8:21 209:24 210:3
**impressive** 98:11
**improbable** 58:6
**improper** 182:21
**improperly** 175:11
177:1
**improved** 179:5
**inadequate** 173:23
**inboard** 163:1,2,13
221:13,15 226:5
**INC** 1:9,9
**inch** 62:18,19,20
120:9
**inches** 40:19,20,21
40:22,23,23 54:7
54:8 120:11,14,22
121:1 126:16
135:7,8,8,11
137:22 154:20
155:5,6 165:13
206:8,22 207:7
220:19 221:2,5
222:15,17,17,23
**incident** 14:8 165:9

219:14
**Incidentally** 32:21
**Incidently** 70:17
**include** 13:9 93:23
223:17,18 224:11
**included** 24:1,14
224:21,22
**includes** 8:3 224:17
**including** 64:6 95:1
141:12 210:24
**inconsequential**
135:13
**incumbent** 50:4
**indeed** 167:13
174:20
**independent** 185:21
**indicate** 70:14 88:9
228:20
**indicated** 89:3
**indicates** 58:12
229:23
**indicating** 36:16
**indication** 61:13
**indicative** 176:17
176:19
**indicator** 63:19
227:1,6
**individual** 83:17
153:23
**individually** 1:6
**industry** 13:3 14:6
23:9 33:5,9,17
34:24 49:2 78:8
78:14 109:19
132:9,15,16
226:22 228:17
**infer** 21:1 56:14
77:22
**inference** 227:8,10
227:12 230:5
**inferences** 227:9
**influence** 179:13
**informal** 30:10
46:16 57:6 99:15
101:6 190:15
197:21 198:21
**information** 197:11
209:16
**ingress** 66:20
157:12,22 167:4
**initial** 122:15
159:13 166:15,23
167:3
**initially** 14:16
**initiator** 172:13,15
**inner** 75:10
**input** 184:21 186:1
188:24 189:1
**inputs** 185:6 191:3
**inquired** 202:1
**inquiry** 37:11
**inside** 10:9,20 25:6
127:14 228:14
**insofar** 142:1
212:10 213:3
**inspect** 46:2 77:23
124:23 131:24

inspected 15:19
38:5 56:5,10
69:24 79:3
inspection 35:20
46:5 87:13 118:5
155:13 173:7
206:8
inspector 30:2
inspects 7:17
installation 34:6
44:3,10,13 55:15
installations 43:8
instance 12:8 118:8
instances 9:13
instantaneous 136:6
137:16,24
instead 53:21 211:6
Institute 4:16
Institution 130:5
instructions 89:7
insufficient 10:14
77:12 145:11,11
145:22,22 149:8
157:9,23
insurance 1:4,5
14:11,19 15:5,6
35:22 111:3
insure 49:3
insuring 49:8
intact 57:13
integrity 86:21
130:22 131:1,2,6
intend 17:24
intended 80:14
intensification
150:17
intensified 153:19
intent 78:16 193:11
intentionally 70:13
interact 65:7
interconnect 143:5
interest 15:5 89:8
interested 19:9
129:8 152:2 163:4
199:8 234:23
interesting 42:3
50:1
interface 13:21
130:23 160:19
227:15,16,19
interfaced 225:22
interfere 52:16
interior 11:12 14:2
66:6 141:15
intermittent 124:14
126:21
intermittently
231:18
International 96:9
interpretation
86:13,24 192:20
194:24 207:21
interrupt 206:10
interrupted 20:7
intersection 75:16
75:17,24 121:6
157:17 158:6

172:6 208:1
intervene 50:20
interview 209:23
interviewed 36:1
209:20
introduced 77:11
investigate 16:3
investigation 78:13
103:2
invoice 209:14
involve 223:24
involved 9:8 16:6
43:4 62:13 96:15
96:15 123:11
168:21 196:3,5,9
196:12
involvement 21:3
99:5
involving 9:15
in-house 15:2
islands 38:13
ISO 47:17,22 48:6
48:10,15,23 49:18
49:23 50:9,12
184:6,9,10 188:12
188:20 223:22
224:4
isolation 118:20
issue 111:15,20,21
204:22 212:18
225:15
issues 11:7 130:2
167:18
ITALIAN 1:10
Italiano 47:6 81:11
190:21
Italians 105:16
Italy 96:23 97:7
195:16
item 53:11 206:5
213:4 226:5
items 41:9 144:18
185:7

___ J ___

J 1:5
Jabsco 33:9,10
Japanese 190:5
je 220:12
jest 9:10
job 92:9 96:7 122:2
joggled 201:2
join 144:2
joinder 152:14
157:1 171:12
182:21
joined 143:12
157:21 174:20
177:14
joint 16:5 120:9
129:23 130:8,12
130:24 146:23
149:9 150:12,21
151:24 152:1,5
153:17 155:7
157:16 158:2

160:23 168:13
169:12 176:17
190:20 208:4,5
joints 129:20
169:13,15
Journal 130:1
journals 129:7
judging 227:17
judgment 21:16
217:17 219:1
223:23
Jules 104:9
July 48:21 50:16,21
jumped 171:4
junction 175:10
junctions 143:3
juncture 93:14
192:22
jury 16:12 98:12
just 9:6,19 16:14
18:6,12,13 23:6
28:8,9 29:11,12
30:22 32:21,23
35:16 36:14 37:6
42:15 43:19 44:16
51:20 52:19 54:5
55:8 70:17 75:24
87:2 90:4 91:8
92:16 95:10 96:6
97:17 98:10 101:8
106:18 107:18
110:14 116:10,14
119:12,14 122:11
132:22 134:20
136:3,10 140:3
145:24 151:2
153:9 155:15,16
156:16 159:1
160:14 163:16
166:21 175:10,20
175:21 176:13
177:19 180:5,17
195:13,17 196:10
197:20 200:1
217:10 219:8
222:2 226:9,13,19
227:8,12,19
Justin 131:15,19
132:5

___ K ___

keel 159:6
keep 43:20 47:5
65:20 66:3 96:17
123:2 146:2
150:21 153:6
161:16
keeping 125:17
keeps 131:3,4
kept 67:6 124:15
key 68:2,14
key-activated 65:14
Kim 14:14,16
kind 7:5 8:6 11:3
17:12 26:22 27:8
28:11 29:23 43:10

46:16 49:1 57:17
77:15 115:1 128:2
132:23 139:20
214:14
kindliness 178:21
knew 218:3
Knight 2:7
knocking 97:24
knots 23:19 24:1,2
24:11,15 120:1
121:8,19,19,23
122:24 123:15,17
123:22 136:24
165:1,6 188:22
201:10 208:12,17
218:3 219:11,13
219:19 220:10
know 3:10,13 4:19
9:7,10 14:18,20
15:1,8,9 17:15,23
18:5 19:9 20:20
22:11 27:7 32:13
34:12 35:4,11,22
37:4 38:1,20,22
39:1,4,6 41:15
45:1,11,22 47:3
49:18 52:24 55:24
56:17 62:1 63:3
63:10,20 65:15
72:19 75:2 77:4
78:9,12 86:17
94:10,16 98:15
100:10 102:15,15
102:21 103:15,24
105:15,16 106:8
108:6 110:23
111:12 112:24
113:5,13 114:6,13
118:6 122:14
128:20 129:11
131:14 135:1
137:9 138:8 139:5
139:11 143:14
163:11 165:9
168:1,23 169:17
173:4 175:10
192:7,19 198:10
201:17 205:10
208:24 209:2
214:3,9,10 220:13
221:20 226:23
227:15 230:6,10
231:17,19
knowing 114:13
knowledge 62:23
212:23 213:21
216:4
known 1:5 168:11
knows 44:15
knuckle 75:15

___ L ___

lab 77:17
labeled 18:15
lack 53:13 91:20
143:10 146:4

laid 103:20 104:13
laminate 74:23 77:7
78:23 119:19
147:14,17,18
148:2,6,20,22
151:5 154:21
157:24 166:14
186:7,15,19 187:1
187:15,16 206:7
217:22 230:4
laminates 76:8,19
85:10 145:2 187:3
lamination 78:10,21
78:22 85:15,21
89:14 129:11
144:21 185:23
186:20 229:17,17
229:21,22,24
230:1,9,13,15
lap 150:10
large 1:21 42:2,5
62:10,12 76:1
112:15 145:12
158:19 164:6,8
166:2 168:9
170:23 201:6
202:8 203:14
228:21
larger 21:21 61:1
largest 22:6 62:16
lashing 135:17
last 4:20 9:10 20:7
27:22 43:9 44:11
44:12,14,24 45:9
45:21 46:4 50:17
52:21 54:1 61:5
84:3 93:4 206:6
231:19
latch 65:15,15 68:2
68:7
latched 64:8 65:9
67:5,7 68:17,20
69:5 134:15,17,18
135:15 136:21
137:2,15,23
latches 65:13
137:14 166:18
latching 66:9 69:24
late 30:8 231:6
later 52:15 90:2
123:21 124:22
138:5 160:6 213:5
218:7
latest 204:21
Lauderdale 1:14
law 50:16,22 98:9
130:11
lawsuits 9:15
lawyer 130:16
lawyers 201:23
layers 151:7
laymen's 10:4 154:9
layout 7:10 8:3
32:13,16,17,23
35:6
layperson 11:4
lazarette 70:18,21

71:4 107:20,24
108:6,14
**lead** 126:2
**leading** 19:3,12,12
76:19 124:22
152:10
**leads** 34:9,10 56:14
124:13 189:3
**leak** 158:12,15
**leakage** 37:19 64:23
65:2 101:1 128:17
128:22,24 164:18
166:14
**leakiness** 166:21
**leaky** 166:11
**learned** 27:3
**least** 25:13 111:21
112:4 117:3
138:16 151:14
166:15 183:8
209:8
**leave** 195:19
**Lebanon** 38:14
**Lee** 201:12,15
**left** 10:13 12:9 52:1
58:18,20 67:16
70:15 91:21 96:2
113:3 118:4 159:5
184:9 197:12
231:1
**left-hand** 159:24
**leg** 23:15 144:7
149:9,9
**leisure** 106:15
**lend** 128:16,24
**length** 3:23 155:2
186:23 193:4
194:4 195:2 196:1
222:5,7,8,10
223:9,11,12,15,16
223:17,23 224:1
224:15,16,17,22
225:16
**lenient** 86:24
**less** 40:10,23,23
41:2 48:3 122:3
122:19,20 147:20
152:12 155:4
174:10,18,22
179:23 180:8
**lesser** 148:24
**let** 28:8 37:6 40:8
48:19 54:5 55:8
59:3 73:6,15
83:23 89:8 95:8
101:8 113:5,16
114:10 127:4
133:7 156:12
157:19 161:9
170:11 183:9
197:11 200:1
205:1,17 206:10
209:9 222:14
**letters** 47:8,10
**let's** 27:18 52:6
59:24 60:2 63:22
73:13 74:5 77:10

100:16 104:17
114:19 116:21
118:9 147:12
155:21 160:15
169:17 170:2
171:24 223:22
**level** 64:5 203:10
216:8 232:6
**levers** 34:10,11
65:16
**liberally** 188:9
**license** 5:17
**lie** 83:15
**life** 130:18
**lift** 27:14 64:20
71:19 159:19
**lifted** 162:21 207:13
**light** 38:4 63:10,14
93:1 124:6,15
125:8 126:12
144:21 147:15
231:18
**lighter** 156:8 165:5
**lights** 125:18 126:3
126:21
**like** 27:16 43:6,8,17
55:5 62:17,19
70:7 76:15 84:23
85:20 94:10 100:9
112:15 113:18,19
113:20,24 114:11
115:23 116:17
117:14 123:21
128:17 135:19
136:16 137:10
151:13,24 152:1
154:13 156:7,18
161:22 177:20
182:4,13 191:9
196:10 199:17
207:18 211:3,15
215:17 218:24
**liked** 173:21
**likely** 62:11 118:22
128:10,12 138:17
166:12,23 167:3,6
167:6,7 168:2
174:10,18,22
220:11 231:7,10
231:11 232:8,9,10
**limiting** 24:19
**line** 37:11 54:22
56:10,11 59:5,6,8
60:17,18 62:10
74:16 75:15 77:2
77:9 103:17
141:18 142:6,8,8
143:3,22 153:8
159:6,16 161:1
162:4 163:15
164:10,19 198:24
214:18 216:22
217:1 226:1,4
229:8
**lines** 55:18,19 56:1
56:2,5 57:9 58:9
58:10,12 59:9

60:16,20 61:7,20
61:23 200:1,6,6
226:8
**lining** 142:24
**link** 171:22
**list** 50:9 85:2 89:10
90:6 183:11 190:6
**listed** 147:13
**listening** 51:9 189:4
**literally** 16:13 30:14
218:15
**little** 4:18 7:14
16:15,16 58:22
61:23 74:17 75:1
79:23 90:2,16
99:3 117:11
118:10 133:16,22
151:8 152:18
154:23 172:17
221:19 226:16
230:22
**live** 97:18
**Lloyds** 83:4 129:22
**load** 167:13 192:21
178:16
**loading** 93:1
**loadings** 119:20
**loads** 144:5 152:4
152:24 180:21
207:24 208:6
218:1
**load-bearing** 116:8
**localized** 208:15
**located** 160:12
198:11
**location** 74:17
113:11 160:20
**locked** 69:21
**locking** 67:19 68:5,7
**log** 207:16 209:10
209:11
**logical** 44:23 45:8
187:10
**logically** 44:14
218:8
**long** 27:12 37:21
80:20 91:17 93:5
95:15 116:13
123:12 154:14,17
190:4 193:4 196:3
196:3 214:9,10
231:20
**longer** 36:15 146:10
164:14
**longitudinal** 159:21
165:23
**longitudinally**
161:5 164:3
**longitudinals**
226:20
**look** 15:13,15,18
18:1,20 20:16
24:21 31:8 33:14
55:17 85:20
163:10,11 176:24
204:13 211:20
214:13

**looked** 19:1,4 21:10
24:23 28:4 31:1
41:3 70:2 76:15
148:4,14 199:18
200:4 214:24
224:24 232:5
**looking** 17:15 20:22
35:5 58:20 78:16
91:4 92:3 113:13
113:17,19 114:7
116:19,20,23
133:8 139:6 156:6
161:24 175:9,20
175:20,21 176:13
182:4,9 183:5
185:16 208:19
209:18,19 218:11
220:14 228:9
230:24
**looks** 11:6 55:5
62:17,19 70:7
113:18,20 116:17
199:17
**loose** 167:13 192:21
204:6 219:9,22
**lose** 10:16,21 12:17
46:5 130:24
**loss** 15:7 93:15
118:6 158:21
218:5,6
**losses** 13:23 14:1
**lost** 95:18,19 130:22
210:4
**lot** 10:22 27:7 35:2
43:19 78:24
105:14 109:14
122:16 135:18
153:2 154:13
196:16 229:9
**loud** 59:13
**low** 21:23 92:7
188:9
**lower** 60:9 61:2
100:1 121:2
140:23 142:8
173:13 216:12
**lowest** 29:15
**low-speed** 19:13
21:15,15 22:8,14
**Luiz** 109:14
**lunch** 17:12,21
18:13
**lying** 83:7,22 84:10
**LYNCH** 1:3
**L-shaped** 160:18
**L.L.C** 2:5
**L.L.P** 2:7

**M**

**Mac** 51:8
**MacCartney** 14:15
14:16 15:4,12
**MACHALE** 2:5
**MADAME** 15:13
15:16,18,19 16:2
28:14 35:20 37:7

57:11 68:1 69:7
70:16 73:20 81:8
81:20,24 84:13
85:1 86:8 102:7
131:12,24 141:5
144:17,23 175:19
176:8,22 191:24
192:11,15 193:15
193:17,21 194:2
194:13 197:1,8,12
197:16,23 198:4
200:23 204:9
228:16.18
**MADAME's** 154:10
**made** 11:19 12:13
12:21 16:3 20:7
21:8 55:22 57:15
57:18 70:13 104:2
145:4,21 155:12
168:14 178:9
183:1 212:1
214:23 218:23
224:6 229:18
230:12
**magic** 230:6
**MAGISTRATE** 1:3
**magnification** 77:24
217:24
**magnitude** 119:23
**main** 19:1,7,11,14
19:19,20 20:13,17
29:7 31:6,10
74:13 75:22 89:5
95:12 96:4,6
119:17 121:7
126:8 127:18
142:9 144:10
147:20 148:1
173:18 174:21
175:10,14,23
176:20 177:1,5,14
178:10 181:4
182:21 183:1
193:14 204:3
206:20 207:1
**maintained** 172:1
**maintaining** 84:23
**maintenance** 39:2
40:3 49:10,12
**major** 5:21 143:8
190:11 194:15,19
**majority** 21:3,19
**majors** 189:24
**make** 18:13 49:18
52:6 54:1 64:22
75:1 77:3,6 83:18
91:12 101:18
134:9 149:11
152:5 153:23
173:1 178:7,14
183:22 194:22
201:6 204:3,10
213:10 216:17
217:20
**makes** 53:17 71:5
182:22
**making** 55:14 98:6

98:8 146:24 185:8
208:12
man 28:16
manager 14:22
manifested 143:23
manipulate 34:12
manner 175:3
manners 29:18
manual 100:7
manually 26:16
manufacture 37:2
manufactured
28:22
manufacturer 49:3
108:2
manufacturers 43:6
78:15 212:15
many 3:9 11:16
12:2 15:18 16:2
39:14 40:20 97:24
100:18 121:8
134:14,19,24
136:5,19 149:17
151:22 180:16
189:21 195:24
196:23 208:24
213:21
March 234:1
margin 170:3
marina 213:24
marine 4:3,15,24
5:23 9:21 14:21
14:23 33:17 35:17
43:4,6 46:10,15
80:12 132:9,15,16
227:14,23
Maritime 96:9
mark 73:21
marked 59:15 74:7
140:7,13 161:20
183:24 205:23
marker 199:11
market 195:2,24
196:17
marking 73:16
199:10
marks 116:16
massengale 1:19
233:22 234:12
235:6
massive 78:24 115:4
128:5
match 147:17
matches 78:11
material 12:8,13
48:1 140:21
145:12,15,19,23
153:13,21 156:4
158:22 159:2
186:2,8,9 227:15
materials 7:18
11:15,21 12:1,3,5
78:7,7,8 228:4
mathematical 32:20
matter 8:19 36:17
38:17 45:7 46:15
78:23 128:3 213:7

matters 130:17
maximum 137:8
188:19 223:9,16
224:15
may 9:4 11:19 17:9
17:12,22 8:9 29:3
41:6 43:16 47:8
57:2 69:12 70:6
76:15 82:20 89:8
92:14 103:8
104:21 118:5
119:3,11 128:22
130:7,7 132:10
139:16 152:2
163:9 165:7,24
167:15 176:16,16
194:17 204:18
205:15 206:1
209:10 216:19
220:5 225:15
maybe 9:9 26:21
29:8 43:13 45:7
61:9 67:11 69:3
73:3,6 107:13
111:13 139:18
143:16 171:11
200:23 217:23
225:13
ma'am 174:16
mcleod 2:3 16:21,23
17:7,17 18:11,16
43:21 46:24 49:14
58:1 59:14 60:1
66:14 73:16,18,23
87:24 93:23 95:24
97:19 102:3,20,24
104:5 113:3,13,17
113:22,24 114:5
116:17 143:14,18
145:20 146:2
148:8,10 154:17
155:19 171:4,8
177:24 180:11,13
188:3,15 189:17
190:3,14 191:14
192:3 199:14
200:13 202:15
204:19 205:4
207:18 209:13
212:12,24 229:6
229:10
mean 4:7 18:5 34:6
39:11 44:6,17
47:12 58:8 68:21
68:24 69:3 80:11
84:10 88:16 99:19
100:8 101:15
107:13,16 108:2
108:23 111:20,23
115:12 122:23
125:10 126:18,24
135:2 139:6
156:22 172:14
174:13 182:1
193:12 210:7
211:5 227:9
meaning 48:2 65:6

68:11 88:18
127:11 200:2
meaningful 173:17
178:7
meaningless 189:15
means 11:12 47:13
48:13,22,24 52:8
65:24 67:6 94:4
106:9 131:3
187:14
meant 107:15
121:17
measure 120:16
121:1 168:10
184:23 187:24
measured 78:1,5
230:3
measurement 53:22
224:23
measurements
36:20 168:20
173:11
measures 223:24
224:21
mechanical 78:8
130:9
Mediterranean
38:11
Mediterranean-st...
179:1
medium 153:15
meet 30:9 74:13
86:20 152:12
192:1 193:22
215:22
meeting 50:2,17
194:18
meets 7:22 150:24
151:4 156:8
member 4:10 5:3,4
134:4 149:16
150:5 153:6,17
187:6
membered 96:19
members 5:6,9
54:15 116:9 149:4
149:19 153:3
154:12,19 169:14
182:8
memory 28:24 29:9
58:19 60:17,18
65:10 67:12 77:18
112:13 125:3
144:20
mention 55:18
mentioned 24:18
28:1 38:12 49:15
51:7 55:8 69:4
142:19 147:2,14
149:2 159:17
171:6 181:18,22
198:3 207:9
mere 186:15
merely 97:14
187:14 214:20
merged 20:9
merges 19:20,22

Merrill 109:15
Merritt 2:9
messy 173:15
met 150:11 150:8
metal 68:3,4,4,12
meter 209:4 222:15
meters 48:3,7,8,11
53:12,20 80:18
81:5 90:11 102:2
222:5,13,18 223:1
225:2,3,11
method 132:17
methodology 103:6
methods 90:3 107:6
107:13
metric 199:1
MIAMI-DADE
233:11 234:9
michael 2:3,7,9
73:24
middle 53:10
184:12 186:10,13
186:15
midway 226:17
might 13:23 15:24
22:18 36:14 43:14
44:14,23,24 45:8
46:16 48:20 50:7
50:19 59:16 62:8
62:20 63:18 64:10
64:15 87:8,8,9
99:5 103:13
108:18,19 119:6
126:23 132:3
137:5 138:2 140:4
142:20 147:11
151:9 157:6 163:8
172:9 173:10
174:11,19 195:21
Mike 36:11
miles 84:8
miller 2:5,5,17
26:24 27:18,21
50:19 51:3,9 52:9
52:12,14 53:6,23
54:9 57:1,4 59:3
68:21 72:15 73:8
73:13,21 80:9
84:3 93:3 99:14
102:19 103:4
104:9 106:13,16
108:8 110:17
115:24 133:15
136:7 137:1
140:11 142:12
143:16,20 146:18
148:12 155:1,20
155:24 156:14
161:14 163:24
171:6,10 174:7,14
174:17 176:2,4
178:4,11,18 180:3
180:19 181:17
183:17 184:2
188:5 189:2,23
190:10 191:5,17
192:5 195:19

197:19 198:2,20
198:22 199:13,20
199:23 200:17
202:17 203:3,8
204:20,24 205:8
205:19,20 206:3
208:18 230:21
232:13
millimeters 53:21
54:8 206:13,19,23
mind 42:22 50:19
72:21 89:20
109:18
mind's 168:18
176:6 199:17
minimize 122:16
123:3
minimum 154:20
minus 169:24
minute 61:5 72:9
134:24 136:20
142:24
minutes 122:7,9
123:21 128:4
137:6 138:5,22
139:14 209:22
mislead 103:24
127:4
missed 45:15
missing 158:22
159:2 160:8
Mitri 36:1 78:22
Mitri's 78:16 79:1
141:16,19,22
176:7,13,22
228:19
Mode 85:5 192:3
model 6:10 9:15
173:12
models 6:6 11:16
95:4
moderate 36:5
modification 42:8
98:21 202:11
203:17 210:11,13
210:22,24
modifications 19:23
20:23 21:1,2
34:11 210:16,18
211:24 212:5,10
213:13 214:5,23
214:24 215:20
modified 35:9
modifier 56:18
molding 117:8
moment 90:5 121:6
138:14 150:16
157:23 160:15
186:6 192:6 195:7
momentarily
131:20 217:10
momentary 135:5
moments 136:5
Monacor 33:24
Monday 50:17
money 98:10
moon 75:1

moore 2:7,17 3:6
17:11,20 18:4,13
18:19 27:3,5,19
27:24 30:13 36:23
39:23 40:18 43:3
43:24 47:2 49:16
51:6,10 52:17
53:7,16 54:3,12
57:2,7 58:4 59:11
59:19 60:8 65:4
66:17 68:23 72:23
73:9,24 74:2,10
84:5 88:2,4 89:21
89:24 91:2,14
93:9 94:6 96:2,5
97:23 99:16 101:7
102:5,22 103:16
104:11 106:14,17
108:13 110:12,13
110:19,20 113:7
113:15 114:2,9
115:22 116:2,22
120:13 133:9,20
134:3 136:12
137:3,7 140:6
142:10 145:14,18
146:3,8,12,15
161:22 162:9,14
162:21 163:3,14
174:15 178:13
183:20,22 190:2
190:16,23 195:13
195:23 197:18
199:12,22,24
200:4,12,14 203:1
205:14 206:1
210:7 222:1,21
223:7,9,14 224:9
224:13 226:8,10
228:8 229:11
230:17
Moore's 189:5
more 13:18 24:5,8
30:1 38:9 52:7,14
53:17 65:16 66:18
67:18 70:7 71:23
78:24 81:6 86:24
115:4 124:18
126:16 138:17
139:23 147:19
151:8 152:12,18
152:21 153:13
166:11,20,23
167:3,5,7 170:10
170:14 173:11
179:21 180:8
187:4 220:11
222:5 227:20
morning 94:1
206:12
most 5:15 12:13
13:3,5,7,11 30:4
45:9 82:8 84:19
87:14 100:10,19
128:10,12 142:8
147:8 149:13
151:23 155:4,12

156:4 211:3,14
mother-in-law
115:3
mother-in-law's
114:20,21 115:2
motion 45:12 71:18
motionless 83:7,15
motor 61:21 80:13
85:1 90:14 109:8
129:19,21 184:21
mounted 72:7,12,17
73:11
move 64:22 89:17
98:7 107:3 116:15
117:14 158:9
169:14 195:13
217:2
moved 162:7 183:13
movement 118:4,5
118:13,24
moving 162:11
MTU 8:10 12:22
much 5:1 11:22
24:10 26:24 35:5
36:7 45:8 57:22
67:18 70:7,10
83:16 95:22 96:2
115:4 119:16
124:1 134:7 135:3
137:4 166:20
168:4,15 170:10
173:5,8 177:24
190:6 201:8 210:6
211:23 219:9
231:14
multiply 121:20
168:11
mung 228:7
must 3:21 4:10 7:16
9:1,17 48:22
85:24 177:9 196:7
myself 54:1 56:8
61:6 94:23 129:24
138:9 167:16
177:8 209:8
224:24

**N**

N 2:15
nail 35:16
name 3:7,8 6:10
23:8 35:12,15
95:7,7 109:12,15
122:18 207:23
130:4 226:19
named 14:14
narrow 195:21
nature 135:22
143:10 144:1
148:1 169:9
177:18 209:23
naval 3:15,18 4:15
4:17,22,23 5:14
5:19,22 11:6
39:14 115:12
139:23 176:1,2
Navale 47:6,9 81:11

ne 220:12
near 112:18 159:6
159:12
nearby 30:2
necessarily 27:10
45:11 46:5 52:10
58:11 71:20 92:16
128:10 221:17
necessary 5:24 32:6
96:17 150:14
168:13
need 3:10 11:4,14
16:15,19 17:15,23
61:9,20 75:4
90:20 96:3 98:19
143:17 144:19
149:18,24 150:2
150:19 152:18
153:13 173:4,7
181:5 185:18
needs 11:1
neither 97:7
never 27:19 53:1
95:20 108:22
117:21 130:18
131:23 176:22
nevertheless 143:8
173:22
new 86:21 190:18
newspaper 42:16
next 50:1 129:9
130:15 153:1
163:14 207:8,23
208:20
nice 115:3 154:14
nicely 123:15
night 30:8 52:21
54:1
nine-meter 53:5
nobody 104:7
Nods 10:11
noise 211:4,16
noisy 211:15
nomenclature 130:2
141:1 142:17
none 115:21 190:11
nonmovements
98:8
non-marine 141:1
non-watertight
64:24 65:3 166:22
normal 23:23 34:15
122:18 207:23
normally 100:10
Norske 83:5
north 162:2
Nos 74:7 140:8
Notary 1:20 233:4
233:23
note 18:13 54:22
74:21 92:12,14
190:18
notes 29:2 33:14
35:4 36:12,18,19
36:20 37:4 61:9
61:24 89:18 113:1
116:6 200:23

234:17
nothing 83:23
112:15 126:1
194:8,11
notice 1:21 33:11
45:15 56:4 95:8
117:7 155:9
noticed 52:21
185:10
notified 81:10 82:9
82:10
noting 70:3
Novarania 134:11
November 1:14
nowhere 112:18
nozzle 66:24
number 12:15 14:6
37:3 41:21 43:5
50:11 54:21 64:11
77:24 78:3 91:2
92:7 116:15
140:16 142:10
144:18,24 149:18
150:1 153:20
157:9 200:12
207:15 223:4
numbering 42:20
numbers 13:24 32:7
33:7 37:5 80:23
108:1 112:15
171:7 186:4
188:16
numerous 41:9
nuts 112:16
N/A054/005/000/0...
198:19

**O**

OATH 233:7
object 174:1 195:13
202:15 212:12
objection 103:4
178:13 199:9
212:24 215:22
216:14
objective 169:4
173:2
observation 20:15
132:23 167:8
168:17
observations 20:3,5
24:19 176:7
observed 20:1,8
132:3
observing 131:12
obviously 42:21
44:17 60:10
occasion 33:23 35:7
131:23
occasions 15:20
occur 143:24 166:1
occurred 42:9 51:12
156:2 157:6
164:12 165:24
167:23 202:12
203:18 215:3

occurring 159:13
occurs 22:20 23:1
ocean 6:11 31:18
34:9 69:8 111:18
112:1 136:18
159:9,19 160:7
164:17 207:13
217:18
ocean-going 179:1
October 233:18
235:2
odd 222:23
off 20:20 29:6 30:10
43:10 47:24 57:6
74:16 99:14,15
101:6 111:14
112:21 117:21,22
123:16 124:16,18
124:19,21 126:21
132:21 136:18,23
137:13 138:4
139:2 141:6 145:4
156:5 158:9
190:14,15 197:21
198:20,21 231:13
231:18,20,24
offerings 212:21
offhand 201:18
official 233:17
often 33:17 45:23
oh 20:5 99:2 116:10
125:13 177:8
204:19 212:6
oil 25:11 29:18
193:13 194:21
okay 37:9 53:8 54:7
54:24 55:5 63:24
67:14 73:1 74:5
74:20 75:20 80:10
80:22 87:6 89:2
90:18 95:23 119:9
119:10,24 140:6
146:15,20 156:21
200:24 201:22
207:22
old 26:12,13 36:24
omission 50:1
omitted 45:3
once 10:16 66:18
84:2 130:23
158:11 164:11,14
165:3 166:18
172:12,15
oncoming 181:10
one 1:13 3:17 4:20
11:7 14:16,21
19:11,12 22:10
26:20 28:18,19
30:3 33:1 34:6,7,9
34:9 41:5,21
42:15,18,21 44:24
45:2,9,13 48:13
51:24 52:23,24
53:21 54:11,23
58:23 59:14,15,16
59:17 60:1,2,3,6
60:10,11,24 61:21

61:21 63:11 64:2
65:22 69:2 71:15
72:8 73:7,8 77:13
86:13,14 87:14
89:13 90:23 91:4
91:6 92:8 94:4
96:18 98:2 100:7
101:19 103:5
105:12 108:4,22
108:24 109:13
110:17 113:16,17
113:22 117:3
124:19 126:24
130:15 132:7
135:6,22 141:8,13
145:14,24 147:13
149:19 151:16
155:15,22 157:3
161:13,22 162:23
163:11 166:9
169:14 170:5,9,23
176:14 180:12
187:4 189:13
191:12,20 192:10
192:17,24 195:3
195:10 196:6
199:19,19 201:13
209:24 214:12
215:11 227:20
230:7
ones 8:2 17:13 29:8
109:17,18
one-compartment
192:13 193:5
195:12 196:8
201:3,6
one-foot 135:4
only 28:4 46:15
88:2 96:2 110:17
113:14 116:7
119:6 122:8
124:18 127:9
132:3 149:13
153:18 179:16
182:20 199:14
216:8,9 217:23
223:18
onto 149:15 154:19
open 6:11 51:21
52:1,13 57:24
129:5 136:1
146:17 166:19
194:23 214:20
218:23 220:6
opened 58:5,6,8
opening 14:4 65:20
67:6 68:4 110:14
164:13 215:15
openings 186:23
operated 26:16
30:21 68:2 123:1
operating 72:1
218:20
operation 19:15
21:16 22:3,14
25:21 28:3 64:19
122:12 124:15

operational 207:24
operations 19:13
21:15,18,20 22:5
22:8 25:16
operator 122:24
operators 83:11
opining 32:12
opinion 17:4 41:21
42:1,10,12 44:18
46:9 57:9 64:14
80:4 83:1 87:7
101:20 102:7,9,10
102:17 103:18,21
104:4,12 118:1,1
123:4,6 130:19
132:21 134:14
135:21 162:10
164:5 173:19
174:4 202:1 218:5
opinions 13:2 31:23
42:18 104:1
134:19
opportunity 177:21
opposed 43:22
103:12 216:20
option 8:12
options 6:1 8:15
63:7
order 10:6 37:17
38:23 69:17 77:3
102:11 133:12
173:1 191:9,18
210:23 214:6
232:11,12
ordered 37:22
ordinarily 40:4,6
90:13 212:17
organization 82:15
96:9 190:18 205:4
organizations 90:8
original 18:17 56:3
78:10 194:1,22
212:18,23 217:5
originally 193:21
originals 183:18,19
originated 201:12
201:12
other 5:8,24 6:24
8:1,11 9:7 11:19
13:15 16:6 21:6
21:10 22:10,13
25:17,24 28:2
29:8,13,18 32:3,4
32:11,24 34:14
37:1 43:19 45:19
47:20 48:10 49:17
51:24 53:21 54:15
58:22 59:15 60:11
62:15 63:12 64:10
65:7 67:7 72:14
75:13 76:13,18
78:14 79:3,4
80:20 82:12 84:4
84:18 85:14,19
88:13 92:24 93:20
93:21,22 96:1,21
101:15,19 105:13

105:21 109:17
112:21 114:20
117:11 121:13
124:24 125:11,13
125:16 128:15
131:21 134:16
139:14,17 144:4
162:6,9,15 163:9
167:15 168:17
169:12,15 176:5
176:17 178:22
179:5 181:4,7,10
192:18 193:8
201:13 202:19
206:21 207:4
210:1 212:15
216:8 218:4
221:10 223:21
224:20 227:4,10
230:12
others 87:9 109:11
otherwise 59:22
65:9 77:6 133:16
150:22 179:6
out 3:17 6:21 19:12
19:12 20:10 22:15
23:2 24:8,11,13
27:15,23 28:14,22
33:15 39:21 50:13
52:22 58:23 59:13
59:24 62:12 70:9
70:10 73:10 76:22
76:24 78:20 96:8
98:4,23 100:10,17
112:8 121:11
131:4 140:16
145:23 152:20
153:17 161:8
168:18 186:3
187:11 189:20
198:14 199:16
203:4 205:3 207:4
214:20 220:3,11
221:1 229:6,10
outboard 159:16
160:2,20 211:10
221:17 225:24
226:5
outboard-most
170:16
outer 137:1 228:10
outermost 216:18
outline 159:22
outlined 129:20
187:1
outlining 156:7
outside 32:8 65:18
145:17,23
outward 159:4
216:1 217:4
over 10:14 13:16
17:21 36:7 41:11
52:3,5,6 54:15,17
102:2 122:12
134:23 135:10
136:7 137:22
139:12 152:24

153:3 200:7
205:17 208:20
215:10 225:2,6
232:5
overall 108:12
141:6 144:22
172:9 187:15
overboard 21:19
211:8,13
overheating 138:13
overlap 154:19
overly 51:1
overpower 125:19
oversimplification
151:13
oversimplify 151:11
own 36:7 100:4
101:12 174:5
184:15 188:23
owner 49:11,12
212:9
owners 196:21
197:6 211:14
owner's 40:4,6

P

package 8:14
page 52:20 53:6,7,8
53:11,23 54:21
107:11 127:5,6
132:7 162:2 184:4
184:5 185:16,22
188:3,6,14 201:19
201:20 204:13,14
205:16,21 206:4,5
207:8 217:11
paid 15:7
painted 156:11
pair 152:22
panel 114:4 153:1
162:8
paper 70:6,10
129:24 130:6
153:9 161:7 183:6
183:14
paperwork 229:23
par 82:16
paragraph 53:11
86:19 201:23
204:15 205:11
206:6 207:9,23
Paris 50:18 81:18
parle 220:12
parliament 47:15
47:16 48:4
parochial 82:20
part 13:16 21:18
24:3 28:21 29:14
29:15 30:23 31:6
31:7 44:12 55:11
55:15 70:13 71:21
75:11 84:19 86:18
95:7 107:21
118:17,18,20
139:21 145:8
146:20 169:18

179:8,8 185:19
205:13 214:15
220:13 225:23
partially 219:1
particular 7:21 9:15
33:4 44:6,10 59:1
87:8 91:24 92:1
98:2 105:24 106:2
118:19 130:8
148:21 149:23
159:7 172:22
173:8 181:3
186:18 199:10
225:15 228:2
particularly 38:13
143:23 197:3
205:11
parties 16:6 96:16
234:20,22
parts 134:16 141:12
228:12
party 97:1,3
pass 87:9,12
passed 106:19
passengers 196:4
passes 63:1
passing 64:22
past 9:2 11:17
patient 205:6,9
pattern 112:7
113:18 114:5
142:14
patterns 78:6
116:18
peel 144:14 168:10
168:12 172:16,17
peeling 154:4 164:8
165:7 166:2
peer 4:10
peers 4:9
penetration 19:16
28:5 228:14
people 5:8 27:9 45:1
45:9,19,22,23
100:10 109:24
211:3 226:21
per 5:17 12:3 23:11
59:7 61:20 84:8
89:6 94:5 112:10
120:2,5 121:14,15
134:24 136:20
144:21 148:18
154:22
percent 22:9,17,19
24:12,15 57:22,23
59:4 150:7 169:24
170:1,3,12 171:5
171:16,19,20
172:1 173:4 228:1
percentage 23:17
57:19 169:22
perfectly 194:3
195:1,8 197:5
perform 77:15
performance 152:1
performed 44:14
performer 179:4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 99-6587-CIV-HURLEY/LYNCH

ACE AMERICAN INSURANCE
COMPANY (formerly known as
CIGNA INSURANCE COMPANY)
a/s/o ALAN J. GOLDSTEIN and
ALAN J. GOLDSTEIN, individually,

        Plaintiffs,

    vs.

RICHARD BERTRAM, INC. a Delaware
Corporation; FERRETTI OF AMERICA,
INC., a Florida Corporation; and
FERRETTI S.p.A., an Italian
Corporation, and BUREAU VERITAS,
a French Corporation.

        Defendants.

_____/

ORIGINAL

          701 Brickell Avenue
          Miami, Florida
          October 18, 2000
          10:50 a.m.

--------------------------

DEPOSITION

OF

BRUCE PFUND

--------------------------

2

```
 1   APPEARANCES:
 2
 2         FERTIG AND GRAMLING,
 3         By:  MICHAEL W. McLEOD, ESQ.,
 3         appearing on behalf of the Plaintiffs.
 4
 4         MILLER & WILLIAMSON,
 5         By:  MACHALE A. MILLER, ESQ.,
 5         appearing on behalf of the Defendant,
 6         Richard Bertram.
 6
 7         HOLLAND & KNIGHT,
 7         By:  MICHAEL T. MOORE, ESQ.,
 8         appearing on behalf of the Defendant,
 8         Ferretti S.p.A.
 9
 9         MERRITT & SIKES,
10         By:  MICHAEL D. SIKES, ESQ.,
10         appearing on behalf of the Defendant,
11         Ferretti of America
11
12                    I N D E X
12
13         WITNESS                           PAGE
13
14   Bruce Pfund
14
15   Direct Examination by Mr. McLeod          3
15   Cross-Examination by Mr. Miller          80
16
16
17               E X H I B I T S
17
18   FOR IDENTIFICATION                       PAGE
18
19   Exhibit Nos. 489 - 493            Premarked
19   Exhibit No.  494                         6
20   Exhibit No.  495                         6
20   Exhibit No.  496                         9
21   Exhibit No.  497                         9
21   Exhibit No.  498                        10
22   Exhibit No.  499                        10
22   Exhibit No.  500                        72
23   Exhibit No.  501                        75
23   Exhibit No.  502                       120
24   Exhibit No.  503                       126
24   Exhibit No.  504                       150
25   Exhibit No.  505                       150
25   Exhibit No.  506                       153
26
```

3

1         Deposition of BRUCE PFUND, the Deponent

2  herein, taken on behalf of the Plaintiffs herein, for

3  the purpose of discovery and for use as evidence in

4  the above-entitled cause, pending in the United

5  States District Court, Southern District of Florida,

6  before Nancy S. Johnson, Notary Public in and for the

7  State of Florida at Large pursuant to notice

8  heretofore filed, at 701 Brickell Avenue, 30th Floor,

9  Miami, Florida on the 18th day of October 2000,

10  commencing at 10:50 a.m.

11  THEREUPON:

12          BRUCE PFUND

13  the Deponent herein, being of lawful age and being

14  first duly sworn in the above-entitled cause,

15  testified on his oath as follows:

16         DIRECT EXAMINATION

17  BY MR. McLEOD:

18     Q.   Bruce, how do you pronounce you last

19  name?

20     A.   Silent "P" pronounced fund.

21     Q.   My name is Michael McLeod, and I

22  represent Ace Insurance Company, used to be Cigna

23  Insurance Company, and Alan Goldstein.  I'm going to

24  ask you some questions today about the sinking of the

25  "Madame" and a report that you drafted giving

4

1   opinions about the construction of the boat and some

2   other things.

3           Before we get started, say your first

4   name and your last name, and spell your last name,

5   and give us your business address.

6       A.   My first name is Bruce, my last is Pfund,

7   spelled P-F-U-N-D.  My residence and business address

8   is 7 Windover Turn in Westerly, Road Island.

9       Q.   What I'm going to do in the next,

10  hopefully, ten minutes here is I'm just going to go

11  through some documents I've already marked as

12  exhibits, catalog your file, and then I'll get into

13  your background and then I'll turn it over to

14  Mr. Miller, who represents Bertram.  So I'm hoping my

15  time with you will be about an hour.

16          First let me hand you a document and tell

17  me what this is.  It's marked as Exhibit 489.

18      A.   It's a resumé, it lists a variety of

19  clients and my activities in the marine industry.

20      Q.   That's your resumé?

21      A.   Yes.

22      Q.   And what is a Exhibit 490?

23      A.   That's my standard rates and terms.

24      Q.   And Exhibit 491 is what?

25      A.   A listing of my previous Court testimony

5

1    as a designated expert witness.

2            Q.   And Exhibit 492, just tell me generally

3    what the document is, and I'll explain the

4    highlighting and whatever notes are on there.

5            A.   This is, I believe, a document that was

6    prepared by Mr. Moore at Holland and Knight very soon

7    after my initial contact regarding this case.   I

8    believe it's an edited version that I sent to

9    Mr. Moore with some further modifications.

10           Q.   I'll get into that in a minute.

11                The document that I marked as 492, just

12   so everybody is clear on this when they are looking

13   at the deposition later on, there are some words that

14   are circled and some sentences that are underlined,

15   those are mine, because we didn't have another copy

16   of this to mark as an exhibit.   There's also a

17   circled note in the upper right-hand corner that's

18   got some highlighting on it, and that note says, was

19   this report prepared before inspection, question

20   mark, yes, exclamation point.   That's my -- Those are

21   my notes, those aren't Mr. Pfund's notes.   I just

22   wanted to make that clear.

23                Let me hand you this binder that's marked

24   as 493, what is that?

25           A.   As marked on the title page, it's my

6

1    inspection report and photographs on the subject

2    vessel "Madame".

3         Q.    Now, you have some other documents and

4    two video tapes with you today.  Can you first tell

5    me what the two video tapes are?  And here, if you

6    hand them to me, let me hand them back to you with a

7    sticker on it, that will make it easier to identify

8    later on for whoever is reading the transcript.

9              (Whereupon, Exhibit Nos. 494 and 495 were

10        marked for Identification.)

11        Q.    First videotape is entitled Hurricane

12   Cove "Madame". I marked it as Exhibit 494.  Tell me

13   what that is.

14        A.    According to the title label, it's a

15   videotape showing the inspection and removal of the

16   transom face of the spoiler from the salvaged hull.

17        Q.    And you reviewed that during the course

18   of --

19        A.    That's correct.

20        Q.    -- preparing your opinions, right?

21        A.    Yes.

22        Q.    The next video I marked as Exhibit 495,

23   and it's entitled -- looks like ROV survey No. 1

24   excerpts.

25              Tell me what that is.

1          A.    Once again, these are excerpted segments

2     from salvage videotape that I received from Holland

3     and Knight that was marked ROV survey No. 1, and it

4     contains excerpts showing inspection of the boat

5     relevant to my opinions.

6          Q.    Other than those two videotapes have you

7     seen any other videotapes in this case?

8          A.    I have.

9          Q.    How many?

10         A.    When you say "seen" do you mean watched?

11         Q.    Yeah.

12         A.    I will refer to the appendix that was

13    attached to my report, and it would probably -- I'll

14    read them out.  One is SON SUB-RUN Tape No. 1.  Then

15    there is Tape No. 47, which is the removal of the

16    spoiler tansom at Hurricane Cove.  Then there's

17    another videotape, SON SUB-RUN tape No. 8.  And then

18    there's an additional video tape, SSR tape No. 10

19    dated 2/27/99 (33).

20         Q.    And those are -- Is that the universe of

21    videos that you watched in this case?

22         A.    Yes.

23         Q.    Those were provided by who?

24         A.    Holland and Knight.

25         Q.    With respect to Exhibit 495 was this tape

8

1   with the ROV survey excerpts, was that tape created

2   by you or was that provided to you?

3          A.   I went to a video production studio,

4   placed the original tape, the ROV survey No. 1 tape,

5   and excerpted what I felt are relevant sections, I

6   prepared the video that you're holding.

7          Q.   Which videotape that's listed in your

8   appendix did you use when you were pulling the

9   excerpts out?

10          A.   As stated on the label for the excerpts,

11   ROV survey No. 1.

12          Q.   So the tape that's marked as Exhibit 495

13   is just certain excerpts that you pulled from another

14   tape titled ROV survey No. 1?

15          A.   Correct.

16          Q.   Help me go through your file.  And what I

17   want to do here is rather than -- I'm not going to

18   pull apart your file and go through every document in

19   there.  There are two or three folders in the binder

20   there, what I'll do is just mark each individual item

21   that you have.  For example, the blue, folder, the

22   green folder, and the binder, that way everything is

23   organized like you have it.

24          A.   Okay.  These are the documents that you

25   asked me to bring to the deposition, and they are not

1  part of my case file.  They are my standard

2  business --

3          Q.   Let's see what those are.  Hand me the

4  blue folder first.

5          A.   Yes.

6          MR. McLEOD:  I'm marking on the lower

7          right-hand corner of the blue folder Exhibit

8          496.

9              (Whereupon, Exhibit No. 496 was marked

10         for Identification.)

11         Q.   What is contained in this folder just

12  generally?

13         A.   A one-page piece of literature, my

14  standard business literature, detailing some services

15  that I offer.  This second page was my references.  I

16  wasn't clear from the subpoena on whether or not I

17  was asked to bring them.  And then one, two, three,

18  four, five, six, seven, eight nine, ten -- eleven

19  pages of handwritten notes.

20         MR. McLEOD:  Now, the next folder you have

21         is a green folder, I'll mark that folder as

22         Exhibit 497.

23             (Whereupon, Exhibit No. 497 was marked

24         for Identification.)

25         Q.   Tell me what's contained in that folder.

1        A.    Okay.   Contains the subpoena that the

2   sheriff delivered to me.   It contains the first

3   appendix, which was attached to my report, which

4   lists all of the documents, videos, plans and other

5   things that I inspected prior to preparing my report.

6   And there is also an appendix entitled Appendix

7   No. 2, which lists additional documents, photographs,

8   videotapes, and expert witness opinion reports that I

9   reviewed subsequent to preparing my report.

10       Q.    Put it all back in the green folder, I'm

11   going to trade you.

12       A.    Okay.

13           MR. McLEOD:   There is a clear folder, and I

14       marked that as Exhibit 498.

15           (Whereupon, Exhibit No. 498 was marked

16       for Identification.)

17       Q.    What is contained in that?

18       A.    Copies of my three billings to Holland

19   and Knight to date.

20           MR. McLEOD:   And you have a three-ring

21       binder in front of you, which I'll mark as

22       Exhibit 499.

23           (Whereupon, Exhibit No. 499 was marked

24       for Identification.)

25       Q.    What is contained in that binder?

1          A.    Case documents that I received from

2     Holland and Knight with, I believe, five exceptions;

3     they are all listed in Appendix 1 and Appendix 2 we

4     just spoke about.

5          Q.    Appendix 1 and Appendix 2, they're

6     contained in here, in Exhibit 497, right?

7          A.    Correct.

8          Q.    Now, other than the items that I've

9     marked in the last five minutes, what else is

10    contained in your file that you used to develop your

11    opinions that are included in your report?

12         A.    That I brought with me today or that I

13    have not brought with me today?

14         Q.    Have you brought anything else today that

15    you haven't showed me?

16         A.    I have not.

17         Q.    What else is there that you may have

18    looked at or reviewed that you didn't bring with you

19    today?

20         A.    I have not made a list of the items that

21    I did not bring with me, but to my best recollection

22    they include the depositions of Mr. and

23    Mrs. Goldstein and a xerox copy of the operator's

24    manual corresponding to the vessel.

25         Q.    And to clear up any confusion, the items

1    listed here in your two appendixes that I marked as

2    Exhibit 497, these items are contained in that white

3    binder right there?

4            A.    With the exception of the Goldstein

5    depositions and the operator's manual that I just

6    mentioned, that's correct.

7            Q.    The exhibits and the plans are in that

8    three-ring binder?

9            A.    Excuse me, I did not bring the plans with

10   me.

11           Q.    What I'm looking at in your appendix, it

12   says, plans Exhibit No. 227, and there is some other

13   ones, is that the universe of plans that you

14   reviewed?

15           A.    Correct.

16           Q.    Those are at home?

17           A.    That's correct.

18           Q.    So other than the plans and the Goldstein

19   depositions, is there anything else that you didn't

20   bring?

21           A.    The operator's manual.

22           Q.    Okay.

23                 You were hired as a fiberglass expert in

24   this case, is that why your being offered?

25           A.    That's correct.

1     Q.   I'm just reading through your resumé as

2   compared to what I've been provided before, I think

3   it's pretty similar.

4     A.   I believe they should be identical, only

5   the one that you received came by e-mail, so the

6   pagination and typeface is confused.

7     Q.   What I'm missing on the information

8   provided is anything about educational background.

9   Or am I just overlooking that?

10     A.   No.  It's not in there.  I have no

11   academic credentials regarding composites.

12     Q.   Just take me through -- Just give me an

13   oral resume from the date you graduated high school

14   through college.

15     A.   To generalize, after I graduated high

16   school I enjoyed summer vacation.  I immediately went

17   to college.  I'm a 1972 graduate of Bard College in

18   Annandale, A-N-N-A-N-D-A-L-E, on Hudson, New York.  I

19   have a bachelor of fine arts degree.

20          (Whereupon, a discussion was held off the

21          record.)

22   BY MR. McLEOD:

23     Q.   You're a fine arts major at Bard College,

24   you graduated in what year?

25     A.   1972.

14

1          Q.    Do you have any other education, formal

2     education?

3          A.    No.

4          Q.    Are you an engineer?

5          A.    I am not.

6          Q.    And do you have any licenses, any

7     professional licenses?

8          A.    I do not.

9          Q.    In my experience in handling a lot of

10    these marine cases we run into experts a lot of times

11    that don't have a lot of formal college education,

12    but they have gone to certain schools offered by -- A

13    lot of them are diesel mechanics, they've been to

14    Detroit Diesel schools and technical schools like

15    that throughout the course of their career.

16              Have you done anything like that?

17         A.    Yes.   In the '70s and '80s I attended a

18    wide range of regional and national meetings of

19    Composite Fabricators Association.   I'm a member of

20    the Society for the Advancements of Materials and

21    Process Engineering.   I went to their regional and

22    national trade shows and conventions.   I went to as

23    many technical seminars that were relevant to my

24    interests as I could during those events.

25         Q.    Other than seminars and things you might

1    go to, what I'm looking for is an actual school.  I

2    can tell you -- I can kind of contrast to give you an

3    example.  There may be seminars that I go to to

4    maintain my legal license, and I'll go and I'll sit

5    there for three days and listen to people like

6    Mr. Moore and Mr. Miller educate me on certain topics

7    of the law, and then I'll basically leave there

8    and -- That's one thing.

9              What I'm looking for is more of a school

10   like I would go to and actually sit and listen for a

11   week or so and learn hands-on and go to an actual

12   course, it's not a formal university course, but

13   maybe it's offered by other people in your profession

14   to educate you on certain things where you're

15   actually tested and that kind of stuff.

16        A.    I've attended a few of those.  It may be

17   an indication of the perverse state of the marine

18   composites industry but, in fact, over the last 15

19   years I have presented enumerable seminars and taught

20   quite a few classes that are listed on my resumé

21   where other marine surveyors and industry

22   professionals have received trade association

23   educational credits for attending the classes that I

24   have taught.

25        Q.    I'm looking for the opposite; classes

1    that you attended and you received credit.

2         A.   By the time I attended those classes

3    there was no credit attached to them that I might

4    have used in any way.

5         Q.   How did you get interested in marine

6    composite or, I guess, fiberglass composites?

7         A.   I grew up at a beach house during the

8    summer, and my first job as a teenager was at the

9    local boatyard.  And I was the only person there who

10   could stand working with fiberglass, it was during

11   the time of the transition from wooden to fiberglass

12   boats was occurring.  And much of the fiberglass work

13   in the yard fell on my shoulders.

14        Q.   Was most of that work in New England?

15        A.   That's correct.

16        Q.   I'm looking at your teaching, the courses

17   that you've taught, and I see instructor, three-day

18   class, American Bureau of Shipping 1995.  What was

19   that class about?

20        A.   That was the class that I presented in

21   New Orleans to approximately 20 composite boat, ship

22   and yacht surveyors who worked for the American

23   Bureau of Shipping.  And the class was specifically

24   configured to get these folks information about

25   composite construction and inspection.

1    Q. I see here that under select customers
2 you have Cigna Insurance Company.  Who did you work
3 for at Cigna?
4    A. I've worked with Kim McCartney.  I've
5 worked with another gentleman who no longer works for
6 Cigna, whose name escapes me.  And I've worked
7 frequently with Michael Taylor, who used to be senior
8 claims rep for the New England region.
9    Q. Did you know Mr. Taylor was on this case
10 for awhile -- not for our side?
11    A. Not until I saw his business card on a
12 page of business cards in the file, I believe
13 Mr. Moore showed me immediately prior to the start of
14 the deposition.
15    Q. Who is Kim McCartney?  Who was he when
16 you worked with him?
17    A. I won't be able to recall his exact job
18 title, but he was senior level marine insurance
19 employed by Cigna.
20    Q. Is he a surveyor?
21    A. I don't know the correct answer to that.
22 I know that we spent time out in the field together,
23 and I saw him conduct on-site inspection of vessels,
24 multiple vessels.
25    Q. Under the, I guess, Professional Boat

1    Builder Magazine, you're the technical editor of that

2    magazine.  Are you actually writing articles that are

3    published in the magazine or are you collecting

4    articles from various other experts in the field and

5    then publishing them in the magazine?

6         A.   As of the next issue of Professional Boat

7    Builder, which is published bi-monthly, that's six

8    times a year, Professional Boat Builder will have

9    been published for 11 years or 66 issues, and I have

10   had articles -- all of my articles in Professional

11   Boat Builder I have authored himself.  And I have one

12   or more articles in 64 of the 66 issues of the

13   magazine.

14        Q.   Is there any article that you authored

15   that you think is particularly relevant to the

16   opinion that you're giving in this case, that

17   contains similar information?

18        A.   I'm certain that there is, but I would

19   like to have the opportunity to consult my

20   bibliography.  But I can think of six or eight come

21   to mind immediately.

22             MR. MILLER:  Do you have your bibliography

23        with you?

24             THE WITNESS:  That was not part of the

25        request list in the subpoena, so I do not.

19

1       Q.   The professional mention section of your

2   resumé lists, I think, five different associations.

3   Which of those associations did you have to, I guess,

4   take any type of exam to obtain membership?

5       A.   None.  However, as you will note in there

6   I have accredited surveyor's status with the

7   Surveyors Trade Group, and normal requirement to

8   attain that status is either apprenticeship -- is

9   both apprenticeship and passing a qualification test.

10   However, the majority of the membership in that trade

11   organization are what I would characterize as general

12   practitioners in the marine survey business, whereas

13   I characterize himself as a specialist.

14       The board or directors of the Trade Group

15   reviewed my credentials and my professional history

16   and gave me accredited marine surveyors status based

17   upon their review without my taking the standard

18   qualification test, which is largely irrelevant to

19   the services that I provide.

20       Q.   What background do you have in actual

21   ship construction, boat manufacturing?

22       A.   Many, many dozens of consulting jobs

23   around the world on composite boat construction.  My

24   experience is first-hand, not academic.

25       Q.   But you've actually worked in yards and

1    built boats?

2         A.    That's the basis of my business.  I was a

3    construction consultant and troubleshooter for a

4    company called Torin, based in Waldwick, New Jersey.

5    They were U.S. importers and distributors of a

6    variety of structural foam core materials for

7    composite construction, and they sent me all over the

8    world providing training and troubleshooting services

9    to their end users.  Just one example.

10        Q.    When was that?  That was before --

11        A.    Was in the '80s.

12        Q.    -- 1987?

13        A.    No.  I believe it was from, I'm

14   guesstimating here, 1981 to 1979.

15        Q.    What percentage of your business is

16   consultation for the purpose of litigation, like

17   we're doing today, as opposed to consultation for the

18   various other customers you have in actual

19   shipbuilding, things like that?

20        A.    In anticipation of your question I

21   reviewed my records for the last five years, and two

22   out of five years the percentage was zero, and in

23   other years it varied from five to 20 percent.

24        Q.    I'm looking at this document that I

25   marked as Exhibit 491, I think we only have one copy,

1    so why don't I --

2            A.    I'm familiar with the document.

3            Q.    You've testified in one trial, and that

4    was in 1994, and your client was Davis and company,

5    correct?

6            A.    Correct.

7            Q.    What was the style of the case?  What I'm

8    asking for is the parties, basically.  It was

9    somebody vs. Davis and Company, right?

10           A.    Correct.

11           Q.    Who was the plaintiff?

12           A.    Davis and Company was the defendant; I

13   don't recall the name of the plaintiff.

14           Q.    What Court was it in?  Was it in Federal

15   Court or State Court?

16           A.    I believe it was State Court in Holland,

17   Michigan.

18           Q.    You actually testified at trial, correct?

19           A.    Correct.

20           Q.    You gave a deposition in this case, too,

21   probably before the trial?

22           A.    Correct.

23           Q.    What was the nature of your testimony in

24   the Davis and Company case?

25           A.    The allegations in the case were that a

```
 1    surveyor working for Davis and Company had failed to
 2    detect osmotic blisters during the inspection, during
 3    the pre-purchase survey inspection of a used
 4    sailboat.
 5              My testimony countered that allegation
 6    and demonstrated that plausibility of a competent
 7    surveyor missing regressed osmotic blisters obscured
 8    by freshly-applied bottom paint.
 9         Q.   So other than that you haven't given any
10    other depositions?
11         A.   No.  I've given numerous other
12    depositions, but I was only asked for instances when
13    I testified in court.
14         Q.   How many depositions do you think you've
15    given in the last four years?
16         A.   Two to four.  I'd have to think about
17    that for awhile.
18         Q.   As a marine composite fiberglass --
19         A.   As a designated expert in marine
20    composites.
21         Q.   Did any of those cases go to trial?
22         A.   No -- Oh, excuse me.  I misspoke.  One
23    went to trial last week.
24         Q.   You weren't called?
25         A.   I was not called, correct.
```

23

1          Q.    Are you going to be called in that case?

2          A.    No one has updated me on the status of

3     the case.  As far as I know, I will not be asked to

4     testify.

5          Q.    Do any of the cases that you mentioned

6     that you've given depositions in involve yachts?

7          A.    Yes.

8          Q.    All of them?

9          A.    As I recall, yes.

10         Q.    In any of those cases that you've just

11    mentioned are you giving opinions similar to those

12    that you're giving today or that you've written in

13    your report?

14         A.    No.

15         Q.    Let's go to exhibit 492, which you

16    briefly explained before.  And I think I cut you off.

17    Can you now go through the full explanation of what

18    that document is?

19         A.    Michael, correct me if I'm wrong, but I

20    believe this is a document prepared by Michael Moore

21    after he and I fired a few edit versions back and

22    forth by e-male and fax during the very early days of

23    this case, and I believe we had less than 48 hours to

24    prepare this document due to a Court deadline.

25               And at the time this was just a very

24

```
 1    brief summery of the areas in which I would be
 2    rendering an expert opinion.
 3         Q.   Where are the faxes that have gone back
 4    and forth or the e-mail prior to generation of that
 5    document?
 6         A.   Mr. Moore characterized those documents
 7    as confidential work product, and instructed me not
 8    to bring them to the deposition.
 9         Q.   Other than those e-mails is there
10    anything else that you haven't brought with you
11    because that was work product?
12         A.   Correspondence from Mr. Moore's office by
13    conventional surface mail.
14         Q.   Okay.
15         A.   I believe that's it.
16         Q.   Hand me that --
17         A.   Oh, and certain other of my personal
18    notes taken during office meetings, that Mr. Moore
19    indicated was confidential work product.
20         Q.   Did you rely on any of information that
21    has not been brought with you to formulate your
22    opinions that you've issued in the case, the meetings
23    or --
24         A.   Yes.
25         Q.   Ultimately, though, Exhibit 492, this
```

1   wasn't drafted by you, but it was kind of a joint

2   effort between you and Mr. Moore and he came up with

3   this document before you actually got into the case?

4        A.   I felt that I had gotten into the case

5   when Mr. Moore retained me verbally over the

6   telephone, so I felt that at the time this was

7   prepared I was a participant in the case acting as an

8   expert.

9             Is that an accurate characterization?

10       Q.   That was a bad question.

11            What I want to do, I don't want to

12  characterize this as something Michael Moore wrote

13  100 percent by himself or something that you wrote

14  100 percent by yourself --

15       A.   I would characterize it as a joint effort

16  on our part, because at the time it was prepared I

17  had not yet inspected the vessel, the fragments of

18  the spoiler, met with any of the other experts or --

19  I was missing a lot of information at the time that

20  document was prepared.

21       Q.   What have you done as of the time this

22  document was prepared?  Have you done anything other

23  than talk to Mr. Moore to find out generally what the

24  scope of your retention would be?

25       A.    I believe I had received a dozen or less

26

1    photographs from Mr. Moore and a copy of Robert

2    Schofield's report.

3         Q.   And based on that information alone, you

4    were able to come up with the two opinions listed at

5    the bottom of the page here on Exhibit 492?

6         A.   I'm uncertain about opinion No. 2.

7              Opinion No. 1 corresponds well to my

8    recollection of my correspondence with Mr. Moore.

9         MR. SIKES:  Let me see that document,

10        please.

11        MR. MOORE:  How about overnight video tape

12        to you as well --

13        THE WITNESS:  Wasn't it -- I think it was

14        just a day or two after we prepared that

15        document.  I stamp "received" on all of them.

16        I'd have to look at the tapes.

17   BY MR. McLEOD:

18        Q.   So in a chronology sense, after your

19   initial review of some photographs and things and

20   conversations with Mr. Moore, you came up with

21   Exhibit 492, which was provided to me, and then you

22   went to work and started reviewing materials that

23   Mr. Moore sent you, depositions.

24              Did you actually look at the "Madame"?

25        A.   I did.

27

1       Q.   And then as a result of all of that work
2  that you put in, you came up with the report that's
3  marked over there as what?
4       A.   493.  That's correct.
5       Q.   How much time did you spend between the
6  time that Exhibit 492 was prepared and the time when
7  you ultimately came up with your opinions as
8  represented in 493?
9       A.   Bear with me for a moment while I consult
10 my time logs.
11      Q.   The time logs -- Just tell me whether --
12      A.   The time logs are itemized in my billings
13 which --
14      Q.   What folder were those in?
15      A.   Exhibit 498.
16      Q.   Let's go onto the substance of your
17 report then.
18           What I'm going to do, just so you know
19 where I'm headed, I'm basically going to go through
20 the first four pages of your report and then I'll
21 skip to a few items on page six that I'll ask you
22 about.  But that basically is going to be the scope
23 of my questioning to you.
24           What was the date of your initial
25 retention, the first call that you received from

28

1    either Mr. Moore or whoever it was that called you

2    and asked you if you were interested in this job,

3    this project?

4         A.   I'd probably have to consult my desk

5    calendar.  As I recall our initial contact was by

6    cell phone while I was getting dripped on by a boat

7    in a shipyard somewhere.

8         Q.   Can you give me an approximate date?  You

9    can just say --

10        A.   I'd say within three to five days

11   predating the initial document that we've just been

12   referring to.

13        Q.   This doesn't have a date on it.

14             How long have you worked on the case,

15   just generally.  You've been retained --

16        A.   I'd say --

17        Q.   -- a month?

18        A.   Seven weeks or less.

19        Q.   What was the instruction given to you?

20   What were you asked to do?  Not necessarily the first

21   conversation, but as you sit here today, what is the

22   understanding that you had in your mind that you were

23   asked to do in this case?

24        A.   I'd refer to this scope of services as I

25   detail it in my report, which reads that I was

29

1    retained to inspect and document the subject vessel's

2    original and modified composites, specifically in the

3    exhaust system, spoiler and transom areas.

4              I was also tasked with preparing a report

5    to address the original sinking damage to and

6    failures of the spoiler and exhaust system

7    composites.

8              I was also tasked with documenting my

9    observations with conventional and digital

10   photographs.

11        Q.   So just in a general basic, I guess,

12   layman's terms then, in my mind, you were asked by

13   Mr. Moore or Ferretti S.p.A. to take a look at this

14   case, look at the -- inspect the "Madame", look

15   specifically at the spoiler area, the transom area,

16   the exhaust system area, and come up with an opinion

17   about qualify of work done with respect to

18   modifications performed by Richard Bertram to the

19   quality of construction of the spoiler and how either

20   one of those would have or could have caused the boat

21   to sink the first time?

22        A.   That is correct.

23        Q.   Under the section that you have

24   identified as background information, you have a

25   statement here that the sinking occurred offshore in

30

1    approximately one to two meter seas well within the

2    normal operating conditions for a vessel of this type

3    in good condition and appropriately prepared.

4                Where did you obtain the information that

5    the sea state was well within the normal operating

6    conditions of the "Madame"?

7         A.    I believe that I got that information

8    orally from other experts in the case.  I also

9    believe that I had read in Schofield's report, his

10   analysis of the BV documentation of the vessel

11   indicating it's seaworthy for operation in seas

12   significantly larger than those present on the day

13   that the vessel sank.

14               And I also based that opinion based upon

15   my personal experience as a boat operator.

16        Q.    That's what I was --

17        A.    And my inspection of the vessel.

18        Q.    It's your opinion that the "Madame",

19   absent some type of, I guess, defect or just the

20   "Madame" in the normal situation that the Ferretti 60

21   or 175 Fly is built, it should be able to withstand

22   one to two meter seas without sinking?

23        A.    Yes.

24               And in addition to the resources that I

25   stated just a moment ago, I also recall in

31

1   Mr. Goldstein's deposition his statement that he had

2   operated the boat in worse conditions numerous times

3   with no problem.

4        Q.   I agree with you.  I just want to make

5   sure that sea state is not really an issue, that

6   nobody is saying that Alan Goldstein shouldn't have

7   been operating his boat in one to two meter seas

8   because the boat was too small or it couldn't handle

9   it.

10       A.   I am not making that statement.

11       Q.   There is also, in the final paragraph of

12  the background information section of your report, it

13  indicates that, at least at the time the report was

14  drafted or as of the time the report was drafted, you

15  had made one visit to the "Madame" and the warehouse.

16            Have you made any other inspections of

17  the boat?

18       A.   Yes.

19       Q.   When was that?

20       A.   I need to refer to my notes to get the

21  date, but approximately two weeks after the initial

22  visit on 9/12/2000 we visited a sister ship.

23       Q.   You did do that?

24       A.   We visited the "Madame" and we returned

25  to the warehouse.

32

```
 1          Q.   How long did -- Exclude the sister ship
 2    for just this question, how long have you spent
 3    actually inspecting the "Madame" versus inspecting
 4    the parts for the boat that are in the warehouse?
 5          A.   I would say I spent no more than 90
 6    minutes at the warehouse, and I would say I spent
 7    approximately two and a half hours on the salvaged
 8    hull.
 9          Q.   What is the sister ship that you
10    inspected?  What's the name of that boat?
11          A.   I do not recall.
12          Q.   Was it the "Gold Key"?
13               THE WITNESS:  Mr. Moore?
14          Q.   Was it at the same yard?
15          A.   Yes.
16          Q.   I just want to make sure.  The reason I'm
17    asking that is, I'll be very honest with you --
18          A.   I believe the sheriff had impounded it
19    and it was at the same facility where the salvaged
20    hull was stored.  That's the extent to which I can
21    identify it.
22          Q.   You identified that as a sister ship of
23    the "Madame"?
24          A.   That's how it was represented to me, and
25    based on my visual inspection it appeared to be a
```

1    sister ship.

2           Q.    The reason I asked you that is, back on

3    page six of eight of your report there is just a

4    comment that approximately 48 Ferretti sister ships

5    of the "Madame" are in service, and I was trying to

6    find out whether you had gone on 48 different boats

7    or which ones.

8                 So as of today you've only seen the "Gold

9    Key" and the "Madame"; you have not gone on any other

10   sister ships?

11          A.    I have not.

12          Q.    Why is there a disclaimer in your report

13   on page one of eight?

14          A.    Well, number one, standard practice on

15   the recommendation of my attorney, but also in cases

16   of a complex nature like this one over time, it's not

17   uncommon for additional information to become

18   available for the various sources that I listed here,

19   and it's only prudent to give myself the opportunity

20   to amend my opinions if I learned something now.

21          Q.    Do you hold to that disclaimer today?

22   Are you planning on doing anything else between now

23   and the trial that's supposedly set for three weeks

24   from now?

25          A.    Would you separate those two questions

34

1    and present them to me one at a time, please?

2         Q.   Do you plan on doing anything else

3    between now and the date of trial which may modify

4    these opinions?

5         A.   I plan on following Mr. Moore's

6    instructions and reviewing any additional information

7    that he sends me and indicating to him that an

8    amendment to my opinions would be required if that's

9    the determination that I reach.

10        Q.   If you amend your opinions, you'll

11   contact Mr. Moore and he'll contact me and let me

12   know?

13        A.   I will contact Mr. Moore; what happens

14   afterwards is out of my control.

15        Q.   Going into your opinions, the first one

16   is the source of water ingress into the hull.  And so

17   I'm on the same page with you, we're talking water

18   into the structure of the vessel that does not

19   include the spoiler, is that what you're taking

20   about?

21        A.   Correct.

22        Q.   What is your opinion?  How does water

23   ultimately get into hull of the "Madame"?

24        A.   It's stated clearly in my report, vessel

25   sank due to water ingress into the engine room

1   through multiple holes in the hull transom and

2   spoiler face that were not correctly sealed with

3   laminates or other means by Richard Bertram and

4   Company during their modifications to the vessel's

5   exhaust, bilge bump and hydraulic systems.

6          Q.   You think that those deficiencies are the

7   direct cause of the sinking?

8          A.   When the vessel was salvaged and the

9   salvagers covered the specific penetrations of the

10  transom that are mentioned in my opinion, the

11  salvagers reported that the vessel was watertight,

12  and that was all that was necessary to seal up to

13  keep her afloat.  And that's completely consistent

14  with my on-site observations of the vessel.

15         Q.   You said the salvagers told you that or

16  where did you hear that?

17         A.   I believe Schofield mentioned it in his

18  report, and I believe there was another gentleman who

19  was on-site at the time of the salvage, whose name

20  escapes me, who also indicated that the vessel became

21  watertight once the Richard Bertram holes in the

22  transom were sealed.

23         Q.   Just to step back a little bit, to close

24  the universe of things you believe goes to your

25  opinions, have you interviewed anybody in this case

1    other than reading depositions?  Like, for example,

2    you may have access to Ferretti employees or Ferretti

3    of America employees that we wouldn't have access to.

4    Have you met with anybody from Ferretti of America or

5    Ferretti Italy on the phone or otherwise to interview

6    them to generate your opinions today?

7         A.   During the on-site inspection of the

8    sister ship, Ferretti USA employee, Wes Dickman, was

9    there.  I don't believe he made any statements

10   relevant to the opinion that I have rendered.

11             There was also a meeting at Holland and

12   Knight with Mr. Frabetti, the engineer from Ferretti

13   in Italy.  And some information that I received from

14   him is certainly relevant to my opinion.

15             I also had incidental conversations at

16   Holland and Knight with other defendant experts on

17   the case.

18        Q.   Your defense experts?

19        A.   Our defense experts on the case.  Let's

20   see, including but not limited to Willard Burpee,

21   David Pritchard, Lee Dana and some other people; I've

22   got to consult my notes.

23        Q.   And you have notes of all of these

24   conversations or interviews somewhere in your file?

25        A.   In some cases I made notes and other

1    cases I did not.

2         Q.   How about with respect to the

3    conversation you might have had with Mr. Frabetti?

4         A.   Any notes in that regard have been

5    provided to you and are marked as an exhibit.

6         Q.   And just so that the record here is

7    clear, who is Andrea Frabetti?

8         A.   I don't know his exact title at Ferretti,

9    but he is an engineer working for Ferretti S.p.A.

10        Q.   Back to your report, I'm sorry, I had to

11   do that just because I had skipped part of background

12   information when I questioned you earlier.

13             But back to the sources of water ingress

14   into the hull, you're basically stating that as the

15   question's been posed by Mr. Sikes a million times in

16   this case, but for the holes in the transom drilled

17   by Bertram, the boat wouldn't have sunk?  That's your

18   opinion?

19        A.   That is my opinion.

20             That the Bertram holes in the transom

21   were the primary source of water ingress into the

22   hull of the subject vessel.

23        Q.   And to clear up a little bit about the

24   salvor you mentioned, are you speaking of, I guess,

25   testimony you may have read offered by -- the guy

1   might have been Bob Wendeling or something else who

2   offered testimony in this case to the effect that

3   after the "Madame" was raised, they basically covered

4   the two tansom holes that were drilled in the boat

5   with some type of steel metal plating, and at that

6   point the boat stayed afloat and they were able to

7   tow it to Fort Lauderdale and that's all it needed to

8   make sure the boat --

9          A.   I believe there were more than two metal

10  plates used to block off the holes, but essentially

11  your previous statement is correct.

12         Q.   Have you been shown a photograph of the

13  "Madame" being towed to Fort Lauderdale?

14         A.   I have.

15         Q.   Is that in your file somewhere?

16         A.   It is not.

17         Q.   But basically there's a photograph of the

18  vessel being towed after the original sinking, it's

19  being towed up the river somewhere toward Fort

20  Lauderdale by a small tugboat, and photographs taken

21  from the rear and you can see the metal plates we're

22  talking about, right?

23         A.   I agree with everything that you said

24  except I don't know the destination of the tow.

25         Q.   In this paragraph you indicate that the

1  holes were not correctly sealed with laminate.  And

2  believe it or not I think that, although that's been

3  mentioned maybe one or twice, nobody's really gotten

4  into that.

5          How would they correctly be sealed with

6  laminate?  Nobody's really explained this in the case

7  so far.  How you would go about sealing the Bertram

8  holes?  How would you suggest that that be done?  I'm

9  focusing on this word "laminate".

10         A.   Well, if the exhaust pipe outfalls had

11  been competently attached to the spoiler bottom where

12  they exit the spoiler, I could use that construction

13  as an example to show you a way that you can use

14  laminate tapes to seal a tube to a pass-through in a

15  panel.

16         Normally you would carefully tailor dry

17  fiberglass, position it around the pipe and the

18  opening, and it's a straightforward industry-standard

19  construction procedure called taping and tabbing.

20  There is nothing unusual about it whatsoever.

21         Q.   This is what I'm going after, though,

22  there's a hole in the transom that was drilled by

23  Bertram, right, and inside of that hole goes or

24  inserted in an exhaust pipe?

25         A.   Correct.

40

1      Q.   And then there's an area there was never

2 sealed.

3           I see other holes in the boat that were

4 sealed with caulking or some other type of material,

5 but what you're saying is they actually should have

6 laminated that pipe to the transom right there, and

7 that would have sealed everything?  You basically

8 would have a transom pipe sticking through it and it

9 would be laminated on both sides all way around, and

10 that was the proper way to seal it?

11     A.   Let's backtrack, because I don't agree

12 completely with everything that you just stated.

13     Q.   I'm just trying to find out what you

14 mean.

15     A.   Number one, I don't believe that Bertram

16 drilled the holes in the transom, because they were

17 not completely round; I believe they were cut with a

18 power saw of some sort, a saber saw, a tiger saw or

19 something like that.  They are eccentric, you can see

20 the saw cut line; they're certainly not round.  I

21 don't believe they were cut with a tool like a hole

22 saw which would produce, basically, a nearly perfect

23 round hole.

24     Q.   It's not like a drill I would use to

25 drill a door handle?

```
 1          A.    That's correct.

 2                First thing that I would like to see for

 3  a situation like this, which generally characterizes

 4  a pass-through, which is where ship's systems pass

 5  through a bulkhead or joiner work, would be the hole

 6  and the object passing through it should correspond

 7  pretty closely in size.  If you're putting a 10 inch

 8  pipe through a bulkhead, you don't drill a 14 inch

 9  diameter hole and have a large gap around the

10  perimeter, you try to make the gap as small as is

11  practical.

12                The next standard step would be to fill

13  in any gap between the bulkhead and what's passing

14  through it with a putty of some sort, which could be

15  a wide variety of materials.  You want to fill in

16  that gap.  And that would be followed by workman-like

17  application of fiberglass reinforcements to that

18  joint on both the forward and the aft face of the

19  panel.

20                There are other ways of making watertight

21  pass-throughs, which is why my statement is that the

22  multiple holes in the hull transom spoiler face were

23  not correctly sealed with laminates or other means.

24                There are a wide variety of watertight

25  and vaportight pass-through methods available other
```

42

1   than the putty and laminating method that I just

2   described.

3         Q.   If a yard was to a adopt your laminating

4   technique as you just described it, how many hours

5   would that require, how many work hours?

6               MR. MOORE:  I don't understand the

7               question.  You mean for this job?

8         Q.   How long would it take for you to seal

9   the holes that were drilled or cut into the "Madame"

10  transom using the technique that you just described

11  to laminate --

12        A.   Are you asking me how long it would take

13  me or how long it would take a yard?  Two different

14  questions.

15              I normally don't get involved in time

16  estimating.  There are also some potential access

17  issues here, so that some disassembly of ship's

18  system and outfitting might be required to do the

19  laminating, so there's more to the job than the

20  simple composites work that we're discussing here.

21              But I think a generous estimate would be

22  eight hours for each side of each penetration around

23  the exhaust pipes.  So each exhaust pipe would have a

24  total of an estimated 16 man-hours to seal it.  So to

25  seal both pipes would be an estimated 32 man-hours.

```
 1    And I believe that's a generous --
 2              MR. MILLER:  And the shipyard would be
 3         paying for that, wouldn't they?
 4              THE WITNESS:  I don't know who would be
 5         paying for it.
 6              MR. MILLER:  And they would make a profit
 7         on that job, wouldn't they?
 8              THE WITNESS:  I don't know whether or not
 9         their operation is profitable.
10              (Whereupon, a discussion was held off the
11         record).
12   BY MR. McLEOD:
13         Q.   Let's continue to the next paragraph.
14              What do you mean when you say, spoiler
15   compartment was failsafe?
16         A.   As built, the watertight integrity of the
17   vessel hull transom was intact.  All pass-throughs
18   were sealed.  The spoiler could fill up with water
19   and none of that water would be able to pass through
20   the transom into the hull of the vessel.
21         Q.   You basically --
22         A.   Therefore the spoiler is what I would
23   characterize as a failsafe appendage to the boat.
24   The watertight integrity of spoiler was irrelevant to
25   watertight integrity of the balance of the hull.
```

1      Q.   So, for example, if you were to accept --
2  which I know that you won't -- this theory that some
3  of the experts for the plaintiffs have come up with
4  that the spoiler was defective and was peeling off
5  the back of the boat, if that was the situation that
6  was actually happening, and the spoiler was actually
7  ripped off the back of the boat, you're saying it
8  still wouldn't have sank but for the holes drilled by
9  Bertram?
10     A.   Correct.  I'm saying that only, however,
11  with respect to flooding of the hull.  There might be
12  other consequences to losing the spoiler that might
13  jeopardize the safety of the ship.
14     Q.   Now, you indicated that all of the holes,
15  penetrations in the transom were sealed, is it your
16  opinion that the holes, all the penetrations in the
17  transom of the boat when it was delivered to Bertram,
18  were sealed by the factory?
19     A.   It is.
20     Q.   How do you know that?
21     A.   Sister ship observations, statements by
22  engineer Frabetti.
23     Q.   Did Mr. Frabetti show you any photographs
24  or diagrams or anything saying, Mr. Pfund, this is
25  the way we build the ships or the boats in Italy and

45

1    there are, for example, three hull penetrations in

2    the transom in the boat's manufacture, and this is

3    how we seal them?

4         A.    He did not show me any photographs.

5         Q.    What did he tell you?  How many

6    penetrations are there intended to be in the transom

7    of vessels like the "Madame" when they are first

8    built?

9         A.    I'd have to consult my photographs and

10   think about that.  But specifically engineer Frabetti

11   assured me that all transom penetrations were made

12   watertight at the factory prior to vessel delivery.

13        Q.    How did they accomplish that?  How did

14   they accomplish the watertightness?  How were the

15   holes sealed?

16        A.    Based on my inspection of the sister

17   ship, the size of the hole was appropriate for

18   whatever system was to be feg through it.  The holes

19   were not grossly oversized.  And there is one

20   instance in the port upper corner of the "Madame"

21   where I believe there was a Ferretti original

22   pass-through for a wire, and that appears to be

23   sealed with a caulking or bedding material of some

24   type that's elastic and rubbery.

25        Q.    The hole you're speaking of is above the

1    Bertram cutout that kind of looks like Micky Mouse

2    ears on the port?

3          A.    It's on the port side above the exhaust,

4    the engine exhaust and generator exhaust cutouts,

5    correct.

6          Q.    Did Mr. Ferretti or anybody else tell you

7    that there were holes or penetrations in the transom

8    of the vessel to accommodate hydraulic lines for the

9    davit?

10         A.    Yes.

11         Q.    Were those holes made by the factory?

12               I don't know, and I can tell you right

13    now I cannot tell you if there's one hole for the

14    hydraulic lines or there's two holes or who may have

15    made these holes.

16               MR. MILLER:  With respect to what is

17               Frabetti telling him about it, right?

18               MR. McLEOD:  Right.

19               THE WITNESS:  I don't know that

20               Mr. Frabetti made any specific statement in

21               that regard.

22                    My understanding was that the davit

23               was a piece of factory-supplied equipment,

24               and my assumption was therefore that it

25               was plumbed through the transom by the

47

```
 1              factory.  So to answer your question that
 2              Ferretti did make the transom penetration
 3              for those hydraulic lines, but since
 4              Bertram repositioned the hydraulic lines,
 5              the evidence of what Ferretti did during
 6              the original construction of the "Madame"
 7              is gone.
 8    BY MR. McLEOD:
 9         Q.   Where are the hydraulic lines positioned
10    originally?  You just mentioned that Bertram may have
11    repositioned the lines.  That's where I'm going.
12         A.   Port side and obviously prudently close
13    to the davit, positioned to allow the hoses to be run
14    to the davit with a good lead and without an
15    inappropriately tight radius.
16              MR. MILLER:  Could you read back the last
17              part of that answer, please?  I phased out.  I
18              apologize.
19              (Whereupon, the requested portion of
20         the transcript was read back by the reporter as
21         previously recorded.)
22         Q.   Are you familiar with a -- I've been
23    calling it a davit box, but it's some type of --
24    looks like a support that was built inside the
25    spoiler to basically support the weight of davit?
```

48

```
 1          A.    The term is foundation.
 2          Q.    Foundation.  That's a better word.
 3                You're familiar with that?
 4          A.    Yes.
 5          Q.    Were the hydraulic lines or the holes or
    the penetrations in the transom to accommodate the
 6    hydraulic lines for the transom, were those
 7    penetrations located within the foundation of the
 8    davit or were they originally -- talking when it was
 9    first built?
10
11          A.    I'm not sure I understand your question.
12          Q.    Well, here's ultimately where I'm going,
    I'm trying to find out the difference between before
13    the boat went to Bertram and where was the hole
14    after.  Because you said that they may have moved or
15    changed the location of the holes, right?
16
17          A.    I don't believe that either the original
    location or the modified location in any way affected
18    the plywood foundation.
19
20          Q.    I'm trying --
21          A.    I don't think they cut through the
    foundation to pass the hydraulic lines through.  That
22    would be difficult and unpleasant to do.  I can't
23    imagine why they would voluntarily do that.
24
25          Q.    Can you show me where the penetrations
```

49

1    were originally before they may have been modified?

2              MR. MILLER:  Object to the form of the

3         question, because we have not established that

4         the holes were moved by Bertram.  And I

5         promise you, they weren't.

6         Q.   Well, how do you know or what leads you

7    to believe that the location of the penetrations in

8    transom to accommodate the hydraulic lines were

9    modified?  What makes you --

10        A.   I am not certain that they were.  I have

11   not inspected enough exemplar vessels to know that

12   Ferretti puts the same holes in the same position

13   every time.  So it may well be that there's variance

14   from hole to hole.

15             I also recall something about different

16   types of davits being used also amongst the 46 sister

17   ships.  So it may well be to accommodate the

18   different davits that the plumbing has to come

19   through and different locations.

20        Q.   Well, what led you to make the statement

21   that the holes were modified or the location of the

22   holes?

23        A.   I believe some other photographs I have

24   seen that are not part of my case file of the sister

25   ship.

50

```
 1          Q.    Where were the holes located in those

 2   photographs?

 3          A.    As I recall they were slightly higher

 4   than in this location.

 5                If you'll notice -- You don't have copy

 6   of the photos?

 7          Q.    I'll look at them with you.

 8          A.    We're looking at the port side, the wide

 9   area here is below the foundation for the davit.

10   This horizontal band right here corresponds to the

11   horizontal piece of plywood that formed the

12   foundation for the davit.  And one of these two holes

13   would be the pass-through for the hydraulic lines.

14          Q.    That's after the modifications?

15          A.    This is post sinking.

16          Q.    Where would the holes be as described to

17   you, I guess by Mr. Frabetti or whoever, before they

18   were modified?

19          A.    He did not describe their physical

20   location or how they were sealed during our

21   conversations.

22          Q.    So you think they may have been moved,

23   but you just don't know how they were moved?

24          A.    That's correct.

25                I think the most important thing about
```

51

1 the smaller penetrations that I saw was that there

2 was no evidence of any attempts being made to seal

3 them.  I saw no sealer, I saw no bedding compound, I

4 saw no intumescent fire stop.  I didn't see anything

5 in the holes.

6      Q.   Did you look at the lines that may have

7 passed through those holes to see if there was

8 sealant on those lines that may have been pulled out

9 of the holes when the lines were pulled out of the

10 holes?

11      A.   None of the lines were present for my

12 inspection.

13      Q.   Have you seen any photographs of that?

14      A.   I have not.

15      Q.   Have you seen photographs that may have

16 been introduced during the deposition of Bob

17 Wendeling?

18      A.   I do not believe that I have seen either

19 Mr. Wendeling's deposition or any photographs that

20 may be associated with it.

21      Q.   I'm asking because there is some

22 commentary in Mr. Wendeling's deposition about those

23 exact same holes, and all the lawyers in the room

24 went over and over with him about whether the holes

25 were sealed or not sealed, and there is some compound

52

1   near the holes that suggest that it might have been

2   sealed, it might not have been sealed.  I just want

3   to know if you've seen those photographs and you have

4   any opinion about that.

5           MR. MOORE:  We're talking about the two

6       holes in the davit box?

7           MR. McLEOD:  Yes.

8           MR. MOORE:  All they're talking about is

9       these two holes.

10          A.   I have not seen Mr. Wendeling's

11   deposition or the associated photographs.

12          Q.   Mr. Pfund, it would be fair to say then

13   that after we leave here today and you obtain

14   Mr. Wendeling's deposition and you look at the

15   photographs I'm talking about, your opinion, with

16   respect to whether those hydraulic line holes are

17   sealed, that might change depending on what is given

18   do you?

19          A.   Correct.

20          MR. MOORE:  If I may just interject, Mike,

21       as I understand his testimony, before we leave

22       this subject, is -- And correct me if I'm

23       wrong, I'm not trying to lead you, please

24       don't think there's any implication here --

25       the holes you've seen, and specifically those

53

1        two holes in the davit box, as far as you can

2        tell were not sealed?

3            THE WITNESS:  That is correct.

4            MR. MOORE:  That's all.  That's what I

5        thought you said.

6            MR. McLEOD:  I want to know if he was

7        making that opinion after he has seen the

8        photographs that you guys went over with Bob

9        Wendeling or he was testifying about what was

10        factory sealed as opposed to salvage sealant

11        on the tubes.  But he hasn't seen those.  He

12        may change his mind.

13            THE WITNESS:  There is one other important

14        thing to add here, which is that the removal

15        of the spoiler's transom face from the hull

16        spoiler was done in very, very primitive

17        rough, fashion, and that whatever was going on

18        around those holes, whatever materials may or

19        may not have been present at those locations,

20        that's been completely disrupted.  And my

21        ability to draw conclusions about the original

22        construction of the boat was severely

23        compromised by the fact that the spoiler's

24        transom face was yanked off the hull in such

25        an unprofessional way.

BY MR. McLEOD:

Q.   But that opinion itself might change if you were provided additional photographs of the removal process?

A.   No.  Based on my videotape inspection of the approval process, I'm comfortable characterizing the approval process as primitive and destructive.

MR. SIKES:  You keep saying "approval" you mean removal?

THE WITNESS:  Removal.  Excuse me.

MR. SIKES:  He used the word "approval".

THE WITNESS:  Removal.

BY MR. McLEOD:

Q.   I'm not speaking of the removal process itself, I'm talking about the holes and whether they were sealed or not.

In reviewing your file and the list of items that you've seen, there are a lot of photographs in this case that I don't think you have seen.  For example, there are over three thousand photographs in my office, that were taken when the boat was raised before they ever peeled it back, zooming in on those holes that you're speaking of, zooming out, things like, that you may not have seen, and I don't think it's fair for me to lock you into

55

1    an opinion before you've seen those photographs,

2    that's all.

3          A.   You are correct, I have not seen those

4    photographs.

5          Q.   Let me ask you a general question about

6    your report.  Do you have page three where you start

7    going into your photo log, it says, detail

8    observations exhaust system, starboard side, and then

9    there's descriptions of the photographs.

10               Do those descriptions correspond only

11   with, I guess, your second opinion as opposed to your

12   first?  Because I don't see any photograph log

13   following your first opinion.

14         A.   You are correct.

15         Q.   Well, tell me just generally what your

16   second opinion is, and then I'll start going through

17   a couple sentences with you.

18         A.   I'll read you my opinion.

19         Q.   First, this is how water got into the

20   spoiler, is that what you're talking about now, for

21   your second opinion?

22         A.   My second opinion is entitled as follows,

23   source(s) of water ingress into spoiler at exhaust

24   system outfall.

25               Opinion number three, in the middle of

56

1    page four out of eight refers to, another source of

2    water ingress into spoiler.

3              So opinion number two is referring to one

4    source of water ingress.

5         Q.   And the other source that you had

6    identified as opinion number three?

7         A.   That is correct.

8         Q.   But ultimately those are water into the

9    spoiler as opposed to water into the hull?

10        A.   Correct.

11        Q.   What is your first opinion about how

12   water may have, I guess, gotten into the spoiler of

13   the boat?

14        A.   Well, it's opinion number two on page two

15   of eight, and I'll read it to you.  It say, very poor

16   marine composites workmanship at the outfall of the

17   starboard side exhaust tube through the spoiler shell

18   was noted.  Port side exhaust system outfall area

19   shows similar but less extensive defects.

20        Q.   Then you continue to say that the failure

21   of the starboard outfall tube's bonding at the elbow

22   permitted both high volume seawater ingress and

23   collection of engine exhaust cooling water in spoiler

24   compartment.

25        A.   Correct.

1       Q.   Just so that we're exactly on the same

2   page, you're talking about the area where the

3   starboard exhaust tube exits out the aft end of the

4   spoiler into the ocean?

5       A.   Correct.

6       Q.   In general terms are you indicating here

7   in your second opinion that due to poor workmanship

8   in the starboard exhaust tube area that water may

9   have come into this spoiler from within the spoiler

10  due to some type of failure, and that water would

11  have been from the engine cooling?  Explain that part

12  of your opinion.

13      A.   Depending upon the operating speed of the

14  engines, I was told by Mr. Dana and engineer Frabetti

15  that the cooling water flow rate is anywhere from 80

16  to approximately 160 gallons per minute per engine.

17        When the outfall connection where the

18  exhaust system passes through the holes to the vessel

19  exterior fails, there is a possibility that not all

20  of engine cooling water discharge will flow

21  overboard, but that some or all that may have flowed

22  into the spoiler compartment.

23      Q.   Have you reviewed a report that was

24  authored in Italy by the Ferretti engineer that

25  appears to state that same theory or similar theory?

58

1          A.    I have not.

2          Q.    Have you seen any reports that were

3    generated by Mr. Frabetti?

4          A.    I have not.

5          Q.    How much water are we talking about?  If

6    the starboard exhaust fails at some point within the

7    spoiler, and your opinion is correct, that because of

8    that failure cooling water, engine cooling water is

9    now filling up the spoiler with water, how much water

10   and how fast would it happen?

11         A.    Well, as I've previously stated, the flow

12   rate of the engine exhaust cooling water is a

13   function of the operating speed of the engine.  And

14   the ingress rate of seawater into the spoiler when

15   the outfall fails and the exhaust system detaches

16   will be a function of the cross-sectional area of the

17   opening.

18               I've not spent any time, nor have I been

19   tasked with computing the answer to your question.

20         Q.    So your opinion is basically that the

21   starboard exhaust tube may have become detached in

22   the spoiler, and because of that, engine coolant

23   water that was running through that tube may have

24   filled up the spoiler with water or contributed to

25   that.  Then you have a second opinion that also

59

1   because of the detachment, seawater from outside the

2   spoiler may have helped fill the compartment with

3   water?

4          A.    Correct.

5          Q.    Has anyone, to your knowledge, done

6   calculations to determine how much water and how fast

7   the spoiler compartment would be flooded solely by

8   engine cooling water?

9          A.    I do not know if anyone has conducted

10  those requests.

11         Q.    Has anybody done any calculations to

12  determine how the amount of water that would come in

13  from the ocean from outside the spoiler were results

14  of the failure of the exhaust tube?

15         A.    As I recall Lee Dana has conducted some

16  math on that.

17         Q.    Tell me why you think that the starboard

18  exhaust pipe may have become detached, and how that

19  may have happened.

20         A.    The workmanship is terribly poor on the

21  attachment of the outfall to the shell of the

22  spoiler.  There is a large portion of the

23  circumference of the outfall which does not have any

24  fiberglass laminate whatsoever attaching the exhaust

25  system tubing to the spoiler shell.  And the putty

60

1    that was also used in the joint also appears to be

2    incomplete in that area.

3            In addition to the incomplete coverage of

4    the taping at the attachment, the quality of the

5    taping itself is also very, very poor.  The tailoring

6    is poor.  The consolidation of the laminate is poor.

7            I have no information about the

8    appropriateness of the resin selected for this

9    particular application in terms of whether or not it

10   was up to withstanding the relatively high

11   temperature that it would reasonably be exposed to as

12   part of the exhaust system.

13           And I just see gross deviations from

14   industry standard laminating practice, particularly

15   at the starboard side, but similar deviations were

16   also apparent to port.

17      Q.   Let me stop you there.

18           Just in general terms, I have a couple

19   questions about what you just said specifically, but

20   in general terms what happens -- So whoever repaired

21   or installed those exhaust tubes on the starboard

22   side of the boat, didn't do the job they should have,

23   it was just poor workmanship.  So how did that -- I

24   mean, how did it fail?  That's what I want to know.

25           We can go and look at something and say,

61

1    you know what, they didn't do a very good job.  But

2    in my mind that's a little different than saying,

3    well, they didn't do a very good job and because of

4    that, that tube came off and filed the boat with

5    water -- filled the spoiler with water.

6              I'm just trying to get in your mind, so I

7    understand your process.

8         A.   I disagree with your characterization of

9    the workmanship as, quote, not doing a very good job.

10   I think that it was an extremely poor, highly

11   substandard job to the extent where, in my opinion,

12   failure was inevitable at that juncture.  It's

13   terribly poor workmanship and evidence of inadequate

14   supervision, because the briefest of visual

15   inspection by someone competent would have made it

16   immediately apparent that the workmanship was

17   substandard.  There was nothing whatsoever hidden or

18   obscured by this workmanship; it was right out there

19   in the open available for inspection.

20        Q.   Basically what you're saying is, it was

21   inevitable that this thing was going to fail at some

22   point?

23        A.   Yes.

24        Q.   And would the vibration of the vessel's

25   engine have anything to do with the ultimate failure?

62

1     A.    Potentially.

2     Q.    How?

3     A.    Well, although the individual lengths of

4  composite exhaust tubing are connected by rubber

5  exhaust tubes, it's hose-clamped to the composite

6  tube, no hangers were used to support the exhaust

7  system, so you have unsupported weight, you have

8  general vibration, you have thermal expansion and

9  contraction between when the vessel is operating and

10  coolant water is flowing through the pipe when the

11  vessel is at rest with the engines off.

12          You also have slap of water from the

13  vessel exterior up into that pipe.

14          You have the weight of the coolant water

15  that's in the pipe supplementing the static weight of

16  the exhaust systems themselves.

17          I think there are a number of factors

18  including those that I've given you, but not

19  necessarily limited to them, that caused the joint to

20  fail.

21     Q.    What about the natural flexing of the

22  spoiler itself?  Boats move and flex as the boat goes

23  through the water, would that contribute to the

24  failure of the exhaust tube?

25     A.    Given the poor workmanship that I saw in

1    evidence on port and starboard sides, that's

2    plausible, but I have no specific knowledge of the

3    degree or extent of any deflections that might have

4    occurred in the spoiler during normal service.

5            Q.    You mentioned the couplings or the rubber

6    connections between sections of the exhaust tube.

7            And my understanding of that is simply

8    that there are two pieces of exhaust tube that you

9    want to connect, and you facilitate that by using a

10   rubber sleeve, and you insert one end of the exhaust

11   tube, like the left into one side of that sleeve and

12   the other piece of exhaust tube into the right end,

13   you clamp it down and then you're connected.

14           My question to you is, in the

15   circumstances where that connection is made, the way

16   I've described it, and inside connection the two

17   exhaust tubes are nearly butted against each other in

18   the connection, does the fact that the tubes are

19   inside the connection almost touching each other,

20   does that affect the shock-absorbing nature of the

21   connections or the ability of that rubber boot to

22   absorb the shocks and vibrations?

23           A.    Potentially, plausibly the further apart

24   the ridged pipes are and the longer the slightly

25   flexible rubber connection between them is, there is

64

1    the potential for an increased disability to absorb

2    vibration and shock.

3                    There's some potential downside, however,

4    to having the two pipes very close to each other

5    within the rubber sleeve, particularly if there's the

6    slightest misalignment between the two pipes.  Having

7    them very close together stops the compliance and

8    flexibility of the rubber sleeve from accommodating

9    that misalignment and could potentially pre-load the

10   system if the two pipes aren't perfectly aligned with

11   each other.

12        Q.   What did you find in this case?  Did you

13   look at the starboard exhaust tube and that coupling

14   that we're talking about?

15        A.   I looked at photographs of the original

16   system after the modifications were made at Bertram,

17   I believe they were taken by Mr. Blue.

18        Q.   When you went to the "Madame" in the

19   storage warehouse, did you pick up the exhaust tube

20   that failed --

21        A.   I did.

22        Q.   -- and look at coupling to try to see how

23   much of the exhaust tubes were inserted into the

24   rubber coupling?

25        A.   I did not.

1          Q.    Have you been advised of a theory that's

2     running in this case to the effect that one of the --

3     Well, one of the defenses apparently to this argument

4     that the exhaust tube and spoiler failed is that

5     there is no evidence of soot in the spoiler

6     compartment itself, basically meaning, well, you

7     know, if the exhaust starboard exhaust tube would

8     have failed or become disconnected during normal

9     operation of the "Madame", you would have seen some

10    soot in the engine room or in the spoiler, and

11    because that soot is not there, apparently there is

12    an argument that the whole theory of the connection

13    of the starboard exhaust failing is not plausible.

14          Has anybody talked to you about that?

15          A.    Yes.

16          Q.    What is your opinion about that?

17          A.    I don't give much weight to that argument

18    given the fact that the vessel was under water for

19    many months in an area where there's a running

20    current with lots of sand circulating.  And I think

21    it's -- Number one, if the spoiler was wet, which it

22    was prior to the accident, prior to failure, I recall

23    from Mr. Goldstein's deposition that it wasn't

24    uncommon to see water in there, he was aware that you

25    shouldn't store things in there that had to be kept

1    in a dry condition, it was a wet compartment.  So

2    it's entirely plausible to me this even if there was

3    some diesel soot and smoke floating around in there,

4    the compartment was wet, it never would have had a

5    chance to adhere to the interior of the spoiler.

6              But even if it had, after four months or

7    more under water, and what appeared to be on the

8    videotapes relatively abrasive conditions, I think

9    its entirely plausible that any soot or smoke

10   evidence on the inside of the spoiler might have just

11   been scoured or washed away.

12             Q.   You've seen comment in this case that

13   there was a fire, that the case was reported to the

14   Coast Guard as a fire?

15             A.   Yes.

16             Q.   So you've seen somewhere that this --

17   somebody mentioned that there may have been a fire

18   onboard the "Madame"?

19             A.   My best recollection is that although

20   there's some confusion surrounding it, the original

21   Coast Guard call from Mr. Goldstein indicated that

22   they saw smoke coming out of the engine room.  I

23   don't know that I specifically recall mention of

24   fire, but I do recall mention of smoke.

25             Q.   Assume that that comment wasn't coming

1    out of the engine room, but it was coming out of the

2    back part of the boat -- that smoke was seen coming

3    out of the back part of the boat around where the

4    spoiler is, does that suggest anything to you?

5         A.    The assumption is inconsistent with what

6    I recall from Mr. and Mrs. Goldstein's depositions

7    and other documents --

8         Q.    Right.

9         A.    -- that I had read where I believe the

10   observation of smoke was made after Mr. Goldstein

11   opened the engine room hatch.

12              And as I can best recall, none of the

13   comments on this topic referred to anything other

14   than smoke from the engine room.  No comments were

15   made about the spoiler area.

16        Q.    You're right.  And I can tell you're

17   right because there's a lot of questions that some

18   lawyers that didn't ask either Alan or Vicki because

19   their depositions were taken right after when this

20   started.  And nobody -- I'm sure that if we got Alan

21   Goldstein and Victoria Goldstein in this room right

22   now, that there would be a lot of questions asked by

23   these lawyers that were never asked before.

24              My question is simply between now and

25   trial -- Whether you're going to sit through trial, I

1    have no idea -- I want to know if the fact, if it

2    comes within your knowledge at some point before you

3    get on the stand at trial that one of Goldsteins may

4    have seen smoke exhaust coming from the back of the

5    boat, back by the spoiler area, before that boat

6    sank, does that suggest anything to you relative to

7    your theories in the case?

8         A.    It suggests to me that the exhaust made

9    it through the transom and made it through the

10   exhaust plumbing and may either have been exiting --

11   You haven't specified which side, port or starboard

12   in your question.  So it may have been exiting

13   normally, or it may have been exiting through the

14   hatches, or it may have been exiting through the

15   outfall hole after the pipe detached.

16        I mean, under normal circumstances absent

17   any damage or failure, that's where you would expect

18   to see exhaust products at the back of the boat,

19   that's where they're supposed to go.

20        Q.    You say resin richness in your report,

21   can you explain that?

22        A.    Yes.  Good laminating practice indicates

23   that you try and register your new laminates against

24   the original construction you're working against

25   fairly intimately, and that you apply only enough

1    resin to saturate the laminates that you're applying.

2    And that you then remove any excess resin through the

3    use of squeegee or a blotting or rollers or any

4    number of means.

5              And normally when the part fails, you

6    would see lots of fiber breakage and lots of whited

7    fiber, and you would not see shiny resin rich or

8    resin puddly appearance.

9              And in this case in looking at the

10   exterior of laminates both port and starboard, based

11   on my firsthand experience, there appears to be a

12   surplus of resin in these laminates.

13        Q.   Is there a possibility that the resin

14   itself was not mixed properly; too much of one

15   element and not enough of another?

16        A.   That's not a mixing problem.  That's a

17   metering problem or a proportioning problem.

18        Q.   If that happens, does the color of the

19   resin -- can that tell you one way the other?

20        A.   Well, the color of the resin is not an

21   appropriate indicator for determining that.

22        Q.   It means nothing?

23        A.   May mean something, but it's not -- It's

24   in no way a valid clue as to whether or not the

25   material was metered or mixed correctly.

1    Q.   What is the gray putty?  Can you show me

2    the gray putty in the photo on page three, I guess?

3    A.   Which one are you referring to?

4    Q.   The gray putty.

5    A.   Page three, back three, all three in

6    level column; gray putty, gray putty, gray putty.

7    Q.   Now, the port side of -- the connection

8    of the port exhaust through the spoiler, that

9    remained intact after the sinking, correct?

10    A.   Yes.  At the outfall.

11    Q.   But you still found some problems with

12    the port side, the way the port side was repaired.

13    What were those?

14    A.   I wouldn't characterize my observations

15    as being about a repair.  They are about the

16    modification where the exhaust system came through.

17    And I saw problems that corresponded very

18    closely to what I observed on the starboard side of

19    the boat.  The workmanship was extremely poor and the

20    laminate tabbing attaching the exhaust pipe to the

21    shell of the spoiler did not go completely around the

22    circumference of the pipe.  There was a considerable

23    part of the circumference of the pipe where there was

24    no laminate whatsoever attaching it to the hull -- to

25    the spoiler shell, excuse me.

71

Q.    This photograph says, photo page two, front bottom right.  You mentioned note, the inside corner line bubble?

A.    Correct.

Q.    What is that?

A.    Right here.  The white area at the joint.

MR. MILLER:  Let me see that, too, please.

THE WITNESS:  See the dark brown and then the white area right at the joint where the two meet?

MR. MILLER:  No.

THE WITNESS:  See it?

MR. MILLER:  I hear you, but I just don't.

THE WITNESS:  Maybe I can --

BY MR. McLEOD:

Q.    Here is my question -- I originally just wanted to know where the bubble was.

MR. MILLER:  Let's mark that photograph as the next exhibit, please.

MR. McLEOD:  I'll mark it according to his report.  I've marked his report --

MR. MILLER:  Do we have a number on that?

THE WITNESS:  Yes.  It's specifically referred to in the report by page number and position on the page.

1        MR. MOORE:  Why don't you say that on the

2     record so everyone knows what you're referring

3     to.

4        THE WITNESS:  I'm on the front of page two,

5     photograph at that bottom of the right-hand

6     column.

7        MR. MILLER:  I would like to have that as a

8     separate exhibit.  What's the next number?

9        MR. McLEOD:  500.

10        (Whereupon, Exhibit No. 500 was marked

11     for Identification.)

12        MR. McLEOD:  All right.  This looks like

13     jury instructions from Chris Fertig and

14     Darlene, so if you have questions you need to

15     call them, because they wrote them.

16        MR. SIKES:  Very nice.

17        MR. McLEOD:  And my understanding of this

18     is these are the general ones and they may be

19     working on specific ones having to do with --

20     I have an extra one, so this is mine.

21  BY MR. McLEOD:

22        Q.   You showed me the bubble on that

23  photograph and we marked it as Exhibit 500.

24            In that same paragraph of your report on

25  the page three of eight you say, this may be an

73

1    as-built defect or indicative of exhaust system

2    deflections that are starting to fail.

3            Do you mean to say that the port exhaust

4    modifications weren't maybe starting to fail similar

5    to how the starboard exhaust work was done, how that

6    failed in your mind?

7        A.    Would you --

8        Q.    What I'm getting at here on your opinion

9    on the bottom of page three of eight of your report

10   where we're looking at this photograph it says, note

11   the inside corner line bubble that starts -- And you

12   give us the measurements -- then you say, this may be

13   an as-built defect or indicative of exhaust system

14   deflections that are starting to fail.

15           What I'm trying to get at is, what is

16   starting to fail?  Can you show us --

17       A.    Yes.

18       Q.    -- what you're talking about?

19       A.    A line bubble is a phenomenon that occurs

20   when you're working with composites commonly in the

21   tight inside corner where the reinforcements are so

22   stiff and rigid that they won't register completely

23   into the very root of the corner.  And that generally

24   makes at a right angle joint a long skinny bubble

25   right at the root of the corner.  And in laminator's

1       terminology that's called a line bubble, because it's

2       a long, linear feature.

3              That is a construction defect.  That's

4       something that's built into the boat as opposed to a

5       service defect.  However, typically stresses build up

6       at the edges of the line bubble because it's not

7       making its full structural contribution, and so

8       damage commonly propagates outward from the edge of

9       line bubble futures.

10             So in inspecting this part, since I did

11      not get a chance to cut it up and inspect it, I made

12      that comment specifically because not only did I see

13      a line bubble feature, but immediately above the 18

14      to 19 inch marks on my measuring tape that runs right

15      to left across the bottom of the photograph, I see a

16      change in the perimeter of the line bubble, which

17      leads me to indicate that -- leads me to think that

18      the line bubble may be growing.

19             So a construction defect is starting to

20      become a service defect.

21             MR. MILLER:  You're talking about

22         propagation in the axial direction?

23             THE WITNESS:  Correct.

24             If I was just tentatively going to

25         give you a dotted line, I would say that

75

```
 1            original line bubble defect would have
 2            been in here, and this region in here
 3            might represent growth of the line bubble.
 4            And that can be confirmed in some cases by
 5            cutting the subject area apart and
 6            inspecting it.
 7                MR. McLEOD:  I'm going to mark another one
 8            of your photographs just to orient me.
 9                (Whereupon, Exhibit No. 501 was marked
10            for Identification.)
11   BY MR. McLEOD:
12            Q.   The photograph I'm marking as Exhibit
13   501, does that photograph show the bubble you're
14   speaking of from the other side?
15            A.   Yes, it does.
16            Q.   As that's what's shown there by the dye?
17            A.   No.  It's just a red dye indicating that
18   this is in the port side of the vessel; the green dye
19   to starboard, that's all, it's just a way of
20   orienting yourself without writing a note.  Red and
21   green corresponding to navigation lights.  That's the
22   purpose of using that.
23            Q.   Where on Exhibit 501 is that bubble
24   located?
25            A.   The bubble is located on the after end of
```

1  the exhaust pipe outfall penetration.

2      Q.   In relation to the dye?

3      A.   Immediately above the dye and to -- and

4  around the circumference of the laminate from there.

5      Q.   Let's get to your third opinion.  This is

6  the second way water could have gotten into this

7  spoiler, and this involves the hatches to the

8  spoiler.

9          In the second paragraph -- In the first

10 real paragraph of that opinion it states, after

11 modifications conducted by Richard Bertram and vessel

12 owner, hatch leakage consequences became serious

13 potentially jeopardizing the vessel's safety.

14         What are you speaking of there?

15     A.   As long as the spoiler was an isolated

16 appendage with no hole penetrations between the

17 spoiler and the engine room, the spoiler could flood,

18 the spoiler could fall off, any number of scenarios

19 could be imagined, but water would not enter the main

20 hull of the vessel.

21         Spoiler leakage around the hatches would,

22 perhaps under normal circumstances, be taken care of

23 by the bilge pump in the spoiler.

24         Another failure scenario is where the

25 bilge pump system and spoiler failed or was not

1   energized.  The boat, in my opinion, would still be

2   failsafe in this regard in that flooding in the

3   spoiler could not get into the main hull of the

4   vessel.

5        Q.   So what you're saying is basically before

6   the Bertram repair work and before the holes were cut

7   into the tansom of the boat, water coming into the

8   spoiler through the hatches was basically no big

9   deal; it wasn't a series problem.  And you denote

10  that it's a more serious problem after the repair

11  work only in that now the water coming into the

12  hatches into the spoiler could potentially get

13  through holes that were drilled in the transom?

14       A.   If we characterized the work done by

15  Bertram as modifications instead is repairs, I agree

16  with you.

17       Q.   Have you done calculations to determine

18  how much water would flood into that spoiler if one

19  of the hatches was left open?

20       A.   I have not.

21       Q.   I'm just going to do a few cleanup items;

22  I'm primarily finished.

23       If you can turn to page six of eight of

24  your report.  I asked you about this before.  Here

25  where you say there are approximately 48 sister ships

1 to the "Madame" that are in service with similar

2 spoilers, where did you get that information from?

3   A. It was relayed to me by Mr. Moore, and I

4 believe he received it from the Ferretti factory in

5 Italy.

6     THE WITNESS:  Am I correct, Michael?

7     MR. MOORE:  That's correct.

8   Q. Were you told how many sister vessels to

9 the "Madame" are located in the United States

10 presently?

11   A. I was not.

12   Q. In your opinion six where you say,

13 original spoiler laminate damage, it appears to me

14 that you found some deviations from the Ferretti

15 assembly drawings.  What were the deviations?

16   A. I have a number of drawings in my records

17 showing attachment schemes for the spoiler.  And my

18 observations of the vessel transom and of the spoiler

19 transom and its post removal condition did not

20 correspond to those drawings.

21   Q. Do you know which specific drawings or --

22 I know that in your appendix that you've listed all

23 the drawings that you've reviewed.

24   A. Yes.

25   Q. Can you identify which of those drawings

1   your speaking of?

2         A.   I don't believe that these were

3   mechanical drawings.

4         Q.   I'm just trying to find out -- If you

5   can't, I can just assume it's one of those drawings.

6         A.   Just bear with me a moment.

7              Referring to Exhibit 231.

8         Q.   Okay.  I don't need to see them; I pretty

9   much know what they are.

10        A.   And Exhibit 230.

11        Q.   Any other drawings where you found

12  deviations between the boat as built and the drawings

13  other than those two exhibits that you've shown me?

14        A.   Not that I recall.

15             I'd like to add that my comment about the

16  deviations is based solely upon visible inspection,

17  no disassembly, sectioning or anything.

18        MR. McLEOD:  Mr. Pfund, thank you very

19        much.  I'm finished.  I know that Mr. Miller's

20        going to ask you questions for some time, so

21        if I can take a break --

22        MR. MOORE:  Why don't we take a lunch

23        break.

24             (Whereupon, lunch recess was taken, after

25        which the following proceedings took place:)

CROSS-EXAMINATION

BY MR. MILLER:

        Q.   Bruce, I'd like to speak with you about what you do for a living.

             In looking at your report I saw a reference to two companies somewhere, one of which was -- I suppose I'm reading this correctly -- Special Projects, LLC?

        A.   Correct.

        Q.   And is there another company with which you're affiliated?

        A.   No.

        Q.   Advance Process Technologies?

        A.   That was a company that I operated in the mid 1980s, and which I closed in the early 1990s.

        Q.   What is the business of Special Projects, LLC?

        A.   It covers a number of my business activities which are consulting on composite construction, inspection of damaged or defective composites, a little non-destructive test device that I've invented and patented that I'm marketing, and my technical writing activities.

        Q.   When you speak of composites, to what are you referring?

81

 1          A.   Generic term that refers to a class of

 2     materials which I would characterize as reinforced

 3     plastics, fiber reinforced plastics.

 4          Q.   Are those the only composite materials

 5     with which you work?

 6          A.   Well, I also do consulting work on

 7     composites that are cored with forest products like

 8     balsa core, plywood, metal cores.

 9          Q.   Are all of those overlayed with plastics

10     of some sort?

11          A.   Correct.

12          Q.   When did you first become involved in the

13     plastic composite business?

14          A.   When I went to work at the Frank Hall

15     Boatyard in Avondale, Road Island when I was a

16     teenager.

17          Q.   And when did you first become involved

18     with these composite structures at a professional

19     level?

20          A.   Late 1970s -- Well, I would consider

21     myself a professional when I repaired sailboats and

22     powerboats at the marina when I was a teenager.

23          Q.   So at 17, for instance, you were a pro?

24          A.   Being professional -- Yeah, I would say I

25     was a professional in that I was paid to do these

82

1    specific activities working with these materials.

2         Q.    So we're going to have to go way back in

3    time, we're not going to be able to start at a point

4    I had hoped, we're going to talk about your teenage

5    years, your formative experiences.

6              When did you first begin working with

7    these composite materials?

8         A.    I made my first surfboard in July of 1964

9    when I was 14 years old.

10        Q.    And you used fiberglass and resins, I

11   take it, to do so?

12        A.    That's correct.

13        Q.    How did it work?

14        A.    It was a disaster.

15        Q.    And tell me how you progressed from this

16   first novicius experience with a surfboard?

17        A.    Read everything that I could get my hands

18   on about the methods and materials, attended as many

19   learning opportunities as I could.  This certainly

20   was not while I was a teenager attending trade shows

21   and things like that, but in terms of reading

22   magazines --

23        Q.    Stick with teenager.

24        A.    Reading magazines, reading product

25   literature.  I was very lucky in finding some

1   material distributors who kind of took me under their

2   wing and helped me solve some of my technical

3   problems and explained to me things that I didn't

4   understand.

5        Q.   When was the first time that you were

6   employed to work with fiberglass structures?

7        A.   Must have been when I was 15.

8        Q.   Who employed you?

9        A.   Same boat yard, Frank Hall Boatyard in

10  Avondale, Road Island.

11       Q.   What was your position?

12       A.   Fiberglass slave.

13            MR. McLEOD:   You said Frank Hall Boatyard.

14       You never -- Have you said Avondale Shipyard

15       yet?

16            THE WITNESS:   No.   This is Avondale, Road

17       Island.   The physical address is Avondale,

18       Road, Island.

19            MR. McLEOD:   I misheard you.   Thank you.

20  BY MR. MILLER:

21       Q.   I take it that they instructed you to

22  make certain repairs using fiberglass and you

23  followed their directions?

24       A.   Yes.

25       Q.   And what was your next involvement with

84

1    fiberglass on an employment level?

2         A.   On an employment level I did some

3    fabricating and tooling construction and repair work

4    for the Theurer, T-H-E-U-R-E-R, Atlantic Trailer

5    Company, and their subsidiary, Cramco, C-R-A-M-C-O,

6    based in Newark, New Jersey.  These were composites

7    for transportation applications.

8         Q.   Was this land-based transported

9    application?

10        A.   Yes.

11        Q.   Trailer, as the name might imply?

12        A.   Correct.  And shipping containers.

13        Q.   What specifically did you do for those

14   two companies?

15        A.   Addressed some of the problems they were

16   having with cored composite panels that were just

17   being introduced at that time for the floors,

18   ceilings and sidewalls of tractor trailers and

19   shipping containers.

20             I also fabricated them some tooling for

21   aerodynamic aids for the tractor trailer components.

22        Q.   And how old were you at this time?

23        A.   Well, let's see, if we say that's 1980,

24   that would make me 30.

25        Q.   How long did you work for Atlantic

1    Trailer and its affiliates?

2         A.    I was not a full-time employee, I was

3    strictly a consultant hired on a specific

4    project-by-project basis.  My term of work for them

5    probably lasted 14 to 16 months.

6         Q.    So from the time you were about 30 years

7    old until you were 31-plus you worked in this

8    business, is that it?

9         A.    I was doing other projects concurrently

10   with working for them.

11        Q.    That's not my question.  The question is

12   from the time you were 30 until you were 31-plus you

13   were working with that company?

14        A.    Yes.

15        Q.    And as you clarified, on a part-time

16   basis?

17        A.    Right.

18        Q.    Now, what did you do between the time you

19   were 15 and the time you were 30?  We know you went

20   to college, but take us through there as it would

21   relate to the expertise you profess in this case.

22        A.    I graduated from college in 1972.  I

23   moved to Road Island.  I continued seasonal

24   employment at the Frank Hall Boatyard.  I also worked

25   for two different companies in the antique automobile

1  and antique racing car restoration business where I

2  used the metal fabricating skills that I was taught

3  in college.

4          And I also did some composite fabricating

5  for those folks, too.

6       Q.   When would you say you first became

7  predominately employed in connection with composite

8  fabrication?

9       A.   '79.

10      Q.   And what was the occasion?

11      A.   The work for Theurer Atlantic Trailer,

12  etc.

13      Q.   Now, you mentioned that you acted as a

14  consultant for them, could you tell us precisely

15  about what you were consulting?

16      A.   Yes.  Theurer Atlantic Trailer had

17  purchased a complete factory design to produce

18  fiberglass faced balsa cored insulating panels for

19  liquified natural gas transportation ships.  Their

20  goal was to convert this production line to

21  manufacture balsa or plywood cored fiberglass faced

22  gelcoated panels for use in the transportation

23  industry.

24          My task was to advise them on what

25  modifications to the factory would be necessary to

1   meet the project goals.  Their intention was to then

2   retain me in some unspecified aspect of plant

3   operation and management.

4         Q.   Now, what expertise did you bring to that

5   operation that led them to hire you?

6         A.   My hands-on experience.

7         Q.   Just working for fiberglass over the

8   years?

9         A.   That's correct.

10        Q.   When did you feel that you reached a

11  level of competence in this fiberglass composite

12  construction technique?

13        A.   Which technique are you referring to?

14        Q.   Well, let's talk about the one that you

15  brought to bear when you worked with Theurer

16  Atlantic.

17        A.   Would you more clearly characterize level

18  of competence?

19        Q.   No, I think I'm going to leave that to

20  you.

21             When did you feel comfortable that you

22  knew what you were doing?

23        A.   This particular job is probably a very

24  good example of the sorts of projects that I get

25  involved in, which is where a client will have a

1    specific problem and they're looking for an answer to

2    that problem, and I'm retained, in some cases because

3    I may know the answer based on prior experience, but

4    I'm often retained after clearly stating that I do

5    not know the answer to their problem immediately, but

6    by stating the methodology that I use to do the

7    research, conduct the testing, to work towards

8    developing the answer to the problem, I get retained.

9           So in many cases my jobs are of a

10   research nature.  So I'm constantly being exposed to

11   new information, new points of contact, and new

12   technologies because I'm taking on jobs where -- And

13   I'm not reluctant to admit it -- I do not know the

14   specific answer or solution to my client's questions

15   and problems.

16        Q.   Unfortunately we're drifting from my

17   original question which was, when do you feel that

18   you achieved the necessary competence to qualify for

19   the Theurer Atlantic job?

20        A.   I feel that my being retained by these

21   folks attests to my competence to do the job,

22   specifically referring to this job, when do I feel

23   that I was competent about this job, regarding the

24   reconfiguration and restarting of the manufacturing;

25   I would say after a couple of months of researching

1   the equipment, the process, the technology and the

2   applications, I felt that I had enough information to

3   register a credible, professional opinion.

4        Q.   You're telling us then that when you were

5   hired by Theurer Atlantic, you did not have the

6   requisite competence and you had to learn the skills?

7        A.   No, I'm not saying that.  I'm saying that

8   due to my unfamiliarity with the manufacturing

9   process -- And this is a one-of-kind,

10  only-one-in-the-world manufacturing line that was

11  highly proprietary, no publicity about it -- I was

12  retained to educate myself in the way this factory

13  worked and advise my client.  Therefore, the first

14  day on the job, although I felt competent, I didn't

15  have information in-hand to complete the project; it

16  required a great deal of research.

17       Q.   I think we're wandering again.  Let's

18  make sure you understand the question.  We're not

19  worried about when Theurer Atlantic may have thought

20  you were competent, we're talking about you from your

21  prospective, when do you think you had achieved

22  enough knowledge to where you would consider yourself

23  competent to put yourself forward to a Theurer

24  Atlantic type project?

25       A.   Well, since that's the first example that

1    I've claimed as work that I did as an expert in

2    composites, let's say that at the point where I

3    undertook that contract.  I would not have accepted

4    the contract if I had not felt that I was competent

5    and qualified to fulfill the contract requirements.

6              MR. McLEOD:  What's the date of that?

7              THE WITNESS:  '79.

8         Q.   I understand, but that's not the

9    question.

10             You've told me now that as of the day

11   that you took that project under your wings you felt

12   competent.  I didn't ask that.  I asked you when in

13   the --

14        A.   That's competent, not confident.

15        Q.   Right.

16             MR. McLEOD:  I think I know what he's

17        saying.

18             MR. MILLER:  I know what he's saying.  I

19        know what he's saying.  I'm trying to see if

20        we can get an answer to the question.

21             MR. McLEOD:  Is it a different one?

22             MR. MOORE:  I thought he answered.

23             MR. MILLER:  No, he really hasn't.

24   BY MR. MILLER:

25        Q.   I'm not asking you when you felt

1  confident that you were competent -- I beg your

2  pardon.  I'm not asking whether you were confident

3  that you were competent when you took the Theurer

4  Atlantic job, I'm asking you when in your educational

5  process do you feel that you had acquired enough

6  knowledge to where you could take on a Theurer

7  Atlantic project?

8  In other words, if they had come to you

9  in 1978, would you have said, yeah, let me give that

10  a shot?  Or '77 or 76?  I'd like a date when you

11  would have even considered yourself worthy of that

12  job.

13  If I might say, let's say for instance,

14  Theurer Atlantic came to me today, I would say, I'm

15  not competent to do the job, but maybe if I study for

16  a month or two, I would feel like I was, and I'd be

17  able to answer that question.

18  So the question is, when do you, at what

19  point in your life do you feel you had enough

20  knowledge that you would have the confidence to take

21  on that type of assignment?

22  A.   Let's arbitrarily say January 1, 1979.

23  Q.   And what had you learned over the course

24  of your lifetime up until that point that led you to

25  have that conviction?

1          A.    Would you restate the question, please?

2          Q.    It seems to me that before you would

3    undertake a job, you would have to have learned

4    certain elemental points to lead you to think you

5    were competent to take this assignment.

6                I'm simply trying to ascertain what

7    elemental points do you feel were necessary for you

8    to have learned to take that job.  How did you learn

9    them?  When did you learn them?

10         A.    I doubt that I will be able give you the

11   specific target dates that you seem to be seeking.

12               I'll characterize my education in the

13   world of composites as based upon my hands-on

14   experience and upon interaction with colleagues in

15   the industry and reading as much consumer trade and

16   technical literature that I could get on the topic

17   ever since I've been interested in it as a teenager.

18         Q.    As of 1979 when you took that project,

19   what work had you done with composite laminates?

20               Is that the right term, composite

21   laminates?

22         A.    That's slightly redundant.

23               Damage repairs; new construction;

24   modification to existing construction that was not

25   damaged; tooling; prototyping; plug making;

1    gelcoating.  Many of the various aspects of

2    traditional hand layout open-molded composite

3    construction typical for the marine industry.

4          Q.   Did you obtain all of that knowledge at

5    the boatyard in Avondale?

6          A.   No.  I think a lot of the knowledge I

7    gained independently with my work at the boatyard.

8              While I was in college I did a number of

9    art projects with composites that required a great

10   deal of research.

11              I subscribe to a wide range of consumer

12   and trade magazines, I requested technical literature

13   from the reader service cards and magazines.  I tried

14   to vacuum up as much information as I possibly could.

15         Q.   Now, after -- Strike that.  You mentioned

16   that contemporaneously with your work at Theurer

17   Atlantic you were working somewhere else.

18         A.   I had part-time small composite projects.

19         Q.   For whom?

20         A.   Oh, a wide variety of probably individual

21   boat owners just working as a free-lancer coming into

22   different boatyards.

23         Q.   Repair jobs?

24         A.   Yes.

25         Q.   Any fabrication, per se, new boat

1    fabrication?

2          A.   Oh, maybe rudders and centerboard blades

3    and coamings and things like that.

4          Q.   What was your next job after Theurer

5    Atlantic?

6          A.   I can't remember specifically the next

7    consecutive job after Theurer Atlantic.  I would say

8    my next major client and longterm consultant client

9    for approximately eight years was Torin, T-O-R-I-N,

10   Incorporated located Waldwick, W-A-L-D-W-I-C-K, New

11   Jersey.  They were U.S. importers of Airex, A-I-R-E-X

12   and Termanto, T-E-R-M-A-N-T-O polyvinyl

13   chloride-based structural form core materials.

14         Q.   What did you do for Torin?

15         A.   I was engaged in a wide variety of

16   activities for Torin.  I built them prototype test

17   equipment.  I built the prototype process machinery.

18   I helped them set up a process control lab.  I did a

19   lot of material qualifications and testing as far as

20   how resins and laminates interacted with their foam

21   core products.

22              They used me as a technical service

23   representative and troubleshooter and sent me to

24   boats builders in the United States, Canada, Italy

25   Singapore, Bangkok, Hong Kong and Taiwan representing

1   their materials, trying to help their customers use
2   them successfully in diagnosing problems that may
3   have occurred.
4         Q.   Now, what types of products does Torin
5   manufacture?
6         A.   As I previously stated they were
7   importers and distributor of materials.  At that time
8   they did not manufacture any materials themselves.
9         Q.   What types of materials did they import?
10        A.   Linear and cross-linked polyvinyl
11   chloride structural foam core materials.
12        Q.   And to what applications are those
13   products typically put?
14        A.   The generic term for applications of
15   these products is sandwiched or cored construction.
16        Q.   Of what?
17        A.   Composites.
18        Q.   And what were those composites used to
19   make?
20        A.   Industrial components; aircraft
21   components; boats; satellite dish antennas;
22   third-world toilet tanks; water tanks.  A wide
23   variety of products in a number of different
24   industries.
25        Q.   Now, you mention that you developed a

```
 1    prototype test device for them.
 2            A.    Correct.
 3            Q.    What did that device consist of?
 4            A.    That was a drop missile impact tester.
 5            Q.    In other words, you devised a product
 6    that would drop something on the laminate to see how
 7    it would respond?
 8            A.    That's correct.
 9                  One of the Torin products that they
10    imported had superior performance under impact
11    damage, and their goal was to demonstrate this in a
12    more quantified fashion.
13            Q.    You mentioned that Torin sent you to
14    various boat manufacturers, I believe.
15            A.    Yes.
16            Q.    And you mentioned all points on the
17    globe.
18            A.    Aircraft manufacturers; transportation
19    equipment manufacturers; chemical equipment
20    manufacturers.
21            Q.    We're talking about boats now.
22            A.    Right.
23            Q.    Which boat manufacturers did Torin send
24    you to see?
25            A.    Many, many dozens.  I can only name a
```

1   few.  Let me see, Bertram; Hatteras; Lazzara;

2   Hinkley; Young Brothers; Christensen; eleven

3   shipyards in Taiwan that I can't remember; Grand

4   Banks; and four or five shipyards in Singapore whose

5   names I can't remember; couple of shipyards in

6   Bangkok that I can't remember.

7        Q.   What was your assignment in visiting

8   these sites?

9        A.   The assignments varied dramatically from

10  the occasional pure and simple sales call to training

11  the employees in how to use the materials, to working

12  with engineers, working with test labs, failure

13  analysis, diagnosis of manufacturing defects.  A wide

14  range of activities.

15       Q.   Who did you work for after Torin?

16       A.   I've had hundreds of clients since I've

17  worked for Torin.  My resume has a section which says

18  selected clients, those are some of the names that

19  might be more easily recognized.

20       Q.   You mentioned in your resumé that you did

21  work for Hinkley and Christensen in connection with

22  vacuum bagging.  What is that?

23       A.   That vacuum bagging is a construction

24  technique used to improve the quality of bonding

25  between core materials and the facing skins.  It

98

1   involves placing an impermeable membrane over the
2   uncured assembly, putting a vaccum on it, the vacuum
3   consolidates the components under the bag, drives the
4   air out.  And when done correctly, can produce a
5   superior product.
6       Q.   That type of work, therefore, was
7   involved with construction techniques, was it not?
8       A.   Correct.
9       Q.   Now, you refer to Brooklyn Boatyard as
10  work involving bag laminate and core construction
11  training.  There, too, were you working in connection
12  with construction techniques?
13      A.   Correct.  I was on the shop floor with
14  the crew building an advanced composite racing
15  sailboat, training them specifically in processing
16  quality control techniques, vacuum bagging, working
17  with cores.
18      Q.   Now, you mentioned that between 1987 and
19  '92 you were working with Advanced Process
20  Technology.
21      A.   I was not working with them, I was them.
22      Q.   So that's just a matter of terminology.
23          You say there that you designed,
24  developed and marketed the APT fabric impregnator.
25  What was that?

1          A.     That is characterized as a nip, N-I-P,

2     role-dip, D-I-P, bath fabric impregnator machine.

3     You know the old-fashioned wash ringer, you turn the

4     crank, and the rolls rotate to pull the laundry

5     through and squeezes the water out of the laundry?

6               This does the reverse.  The roles are

7     horizontally opposed instead of vertically opposed.

8     The rolls rotate.  There's a puddle of resin in

9     between the rolls.  The rolls are very accurately

10    ground.  And by controlling the gap between the

11    rolls, you can control the amount of resin that's

12    impregnated into the fabric as the rotation of the

13    rolls pulls it through the resin bath.

14         Q.   So you would use this machinery to insure

15    the proper amount of resin impregnation, and hence

16    avoid a resin richness, as you call it?

17         A.   That's one application, yes.

18         Q.   This, again, is a construction technique,

19    is it not?

20         A.   It's a piece of processing equipment.

21         Q.   Involved in construction?

22         A.   Yes.

23         Q.   You mentioned that you developed the APT

24    portable resin lab.  Was that simply equipment to

25    test resins?

1          A.    Correct.

2          Q.    Was that a chemical type test?

3          A.    No.  It was more a test of some of the

4    mechanical and curing properties of the resin, all

5    built into a suitcase so it was easy for me to travel

6    with.

7          Q.    Specifically what were you testing for

8    when you were using this portable resin lab?

9          A.    Gel times, exotherm temperatures,

10   exotherm cycle characteristics, Barcol, B-A-R-C-O-L,

11   hardness development, Shore-D durometer hardness

12   testing.  Things like that to test.  The suitcase

13   could be configured in a number of different ways.

14         Q.    Again, that's all testing in connection

15   with the construction process?

16         A.    No.  The resin lab was specifically

17   testing to qualify the performance of the resin.

18         Q.    Which was used in the construction

19   process?

20         A.    Could be, yes.

21         Q.    What else would it be used in?

22         A.    Oh, it might be used in determining that

23   you would correctly catalyze material you were

24   sending to the landfill because it was over-aged,

25   beyond its shelf life.

1    Q.   In other words, you could use your lab to
2  test a fiberglass laminate structure to see if the
3  resins had reached the point where it was over-aged?
4    A.   No, that's not what I said.
5    Q.   Then tell me what you said.
6    A.   What I said was that you didn't have to
7  use the equipment for construction purposes, that it
8  could have other purposes.
9    Q.   I don't understand what the other
10  purposes are, why don't you help me.
11    A.   You can't send unreactive polymeric
12  resins to the landfill because they're characterized
13  as hazardous waste.  You have to catalyze them so
14  that they will be characterized as low-level
15  hazardous waste.
16         So you could use this equipment to
17  determine that you were meeting the law to change the
18  haz-mat characterization of the materials before
19  discarding them.
20    Q.   And these would be materials that were
21  being used by fabricators?
22    A.   Or the test could have conducted the
23  resin formulator.  There are a number for potential
24  applications for it.
25    Q.   Then you mention a syntactic foam meter

102

1    mix equipment.  Tell us what that's all about.

2         A.    Syntactic foams are materials that are

3    lower in density than unblended, unfilled resins.

4    And they have achieved now widespread acceptance as a

5    lightweight bonding method for installing cored

6    material and sandwiched panel construction.

7              My client, Torin, was a pioneer in the

8    formulation and marketing and technical support in

9    the use of syntactic foam.  Traditional method was

10   handmixing of the materials and very crude metering

11   methods.

12             And my client was interested in

13   developing a more automated process to meter and mix

14   these materials, so I built them some prototype

15   demonstration machinery.

16        Q.    Then you next mentioned coating testing

17   laminating equipment.  What is that?

18        A.    Well, the impregnating machines, some

19   test equipment that I developed -- I also developed

20   some machinery that applies scrim, S-C-R-I-M, to

21   scored PCV foam, to produce it in the contour cut

22   configuration that's typically used for boat

23   building.  I think that comment refers specifically

24   to a scrim applicator machine.

25        Q.    Have you had any formal training in

1   engineering?

2        A.   None.

3        Q.   Have you learned through on-the-job

4   training engineering principles?

5        A.   Yes.

6        Q.   Do you consider yourself an expert in

7   engineering?

8        A.   I do not.

9        Q.   Do you know how to do engineering

10  calculations?

11       A.   I know how to call engineers and pay them

12  to do the calculations for me.

13       Q.   Unfortunately, that's what we lawyers

14  know how to do, too.

15            Do you know how to calculate the strength

16  of a beam manufactured of a particular commodity?

17       A.   I know how to plug this hypothetical

18  beam's properties into software and interpret the

19  results, but I make no representations as to

20  professional competence for doing that.

21       Q.   Do you do that as a regular part of your

22  job?

23       A.   Absolutely not.

24       Q.   You go to engineers for that?

25       A.   Correct.

104

1      Q.   Do you consider yourself, from an

2  engineering standpoint, competent in determining the

3  strength of a particular fiberglass laminate in a

4  particular application?  I don't mean in fuzzy,

5  subjective terms where we say terrible or great or

6  not so good, I mean PSIs.

7      A.   I do not represent myself as an engineer

8  or someone qualified or competent to conduct an

9  engineering evaluation of a composite panel.

10     Q.   So when you look at Bertram's tabbing job

11 on the starboard pipe, you are telling us that it was

12 terrible workmanship because, in your view, they

13 should have tabbed it 360 degrees and they should

14 have perhaps done more overlapping or some such

15 application technique, am I correct?

16     A.   In part.

17     Q.   Let's do this so we can get into the meat

18 at this point.

19          What precisely do you fault about the

20 tabbing of the starboard exhaust tube on the

21 "Madame", and what would you have done to have

22 performed that task correctly as you see it?

23     A.   The first thing that I would have done

24 would have been to contact the manufacturer of the

25 exhaust tubing to get their recommendations for

1    fabricating techniques using their materials,

2    specifically what resins, catalysts cure cycles, and

3    preparation they would recommend to assure that the

4    ultimate mechanical properties of composite supplied

5    to their materials were appropriate in terms of heat

6    resistance, mechanical strength, secondary bonding

7    attachments, and other consideration.

8         Q.   What if you had done that already on

9    previous jobs, would you do it again?

10        A.   If I thought the specifications of the

11   materials that I was being supplied had changed, or

12   if there was anything unusual about the job, I

13   wouldn't have hesitated to make such a call.

14        Q.   That's my not question.  The questions

15   is, if you had worked with this material before,

16   would you call?

17        A.   Unless I had specific reservations about

18   the job, I probably would not call.

19        Q.   We talked about step one, which may be

20   superfluous depending on the knowledge of the

21   individual.  What's the next thing you'd do?

22        A.   The next thing that I would have done

23   would be adherence to general industry standard

24   common sense laminating practices.

25        Q.   And what would that consist of in this

106

 1    particular application?

 2         A.   Well, that would consist of doing the job

 3    completely around the full circumference of the

 4    joints that I was trying to make watertight and

 5    structurally appropriate.

 6              It would consist of complete preparation

 7    of the substrates, that's both the bonding surface

 8    and the surface of the pipes.

 9              It would consist of using the correct

10    resin correctly catalyzed, applied under the correct

11    working conditions and environmental conditions as

12    far as temperature and humidity.

13              It would consist of completely grinding

14    off the gelcoat on the interior of the part.

15              It would consist is selecting the

16    appropriate laminates and then carefully tailoring

17    them so that the attachments' strength and quality

18    was roughly uniform around the full circumference of

19    the joints.

20         Q.   Do you think you have sufficient

21    engineering knowledge to determine the strength of

22    the pipe to aft spoiler face joinder that Bertram

23    performed on the starboard tab?

24         A.   My opinion is that engineering knowledge

25    is not necessary for me to reach my opinion.

1        Q.    You see, we're going to be here all day.

2   Listen carefully to the question.

3        A.    I have listened carefully.

4        Q.    I didn't ask you if you felt you had

5   sufficient knowledge to render an opinion.  You see,

6   you've got to listen real carefully because that's

7   not the question.

8             Here is the question, I'll try it again,

9   please.  Can we get on the same page there?

10        A.    We're on the same page.

11        Q.    Do you feel that you have sufficient

12   engineering knowledge to calculate the strength of

13   the joinder that Bertram made between the starboard

14   exhaust pipe and the spoiler aft face?

15        A.    That's different from your previous

16   question.

17        Q.    Let's not argue about that, just answer

18   that.

19        A.    Calculate was not in your previous

20   question.

21             I don't represent myself in my expert

22   report, in my business literature, or anything that I

23   may say about myself as rendering any engineering

24   opinions whatsoever.

25        Q.    So you can't do what I just asked, can

108

1    you?

2         A.    I'm physically and intellectually capable

3    of conducting those calculations, I have software to

4    aid me in doing that.  I do not render any

5    professional opinions in that regard whatsoever, and

6    I did not undertake any of those activities on this

7    boat.

8         Q.    Probably everybody on the jury has the

9    same software available to them and could plug the

10   numbers in, but being able to evaluate it from an

11   engineering standpoint is quite another thing, isn't

12   it?

13        MR. SIKES:  I'm going to object to the form

14        of that question.

15        MR. MILLER:  That's fine.

16        MR. SIKES:  That was a two-part question.

17        MR. MILLER:  I'll take my chances.

18        MR. SIKES:  You want to --

19        MR. MILLER:  I'll go with that.

20        MR. SIKES:  Do you remember the question?

21        THE WITNESS:  I think I answered it, didn't

22        I?

23        MR. McLEOD:  You did.

24        MR. SIKES:  I don't know.

25        MR. McLEOD:  Do you think the jury could

1            plug it in their computer --

2                MR. MILLER:  No, no, that isn't the

3            question.

4                THE WITNESS:  I didn't interpret that as a

5            question, that was a statement.

6    BY MR. MILLER:

7            Q.    Let me restate the question.

8                It's one thing to plug numbers into a

9    computer program and get a printout; it's another

10   thing to evaluate the significance of those numbers,

11   isn't it?

12           A.    I agree.

13           Q.    And do you think you have the requisite

14   engineering knowledge to evaluate the significance of

15   those numbers?

16           A.    I've never stated that I have, and I

17   don't claim to.

18           Q.    So you don't, right?

19           A.    Correct.

20           Q.    Have you ever done any design work in

21   connection with marine applications?

22           A.    Under a broad definition of design, yes.

23           Q.    Tell me how you are defining the term

24   design when you just answered my question.

25           A.    Sailboat gets trapped under the dock,

1   coamings and seatings are crushed when the tide comes

2   in, the owner says, gee, those seats were never

3   comfortable, do you think when we put the boat back

4   together, we can change things a little bit and make

5   it more comfortable for me and the wife and the kids;

6   I say, sure, let me make you three sketches on the

7   back of this afternoon's sandwich wrapper, pick the

8   one that you like and we'll make the tool.  I'd

9   characterize that as the sort of design work that I

10  do.  Not represented as being engineering, just a

11  simple line drawing depiction what a modification

12  might look like.

13      Q.   So you don't consider yourself an expert

14  in the design of marine vessels from the standpoint

15  of determining whether the product will have the

16  requisite strength to survive the anticipated

17  stresses, do you?

18      A.   My representation of my expertise in

19  marine composites is based upon my firsthand

20  experience mainly in looking at damaged or defective

21  marine composite structures.  And I believe that I

22  have a very fine-tuned eye for identifying blatant

23  construction deficiencies similar to what I see in

24  the exhaust outfalls on the "Madame".  It is strictly

25  a non-engineering, non-design analysis, but based

1    upon simple common sense and decades of observing

2    failed composite construction.

3         Q.   So you would agree with me, would you

4    not, that you do not have the requisite expertise to

5    design a vessel's hull?

6         A.   I've never claimed to have that

7    expertise; and I would agree with you in that regard.

8         Q.   You don't have the requisite expertise to

9    calculate and anticipate stresses that various

10   components of the vessel might be subjected to while

11   underway, do you?

12        A.   That is correct.

13        Q.   During the course of your employment over

14   the years have you ever been required to do any

15   calculations with regard to down hull flooding rates?

16        A.   I have not.

17        Q.   Was your assignment in this particular

18   case involving the "Madame" in any way involved with

19   calculating the rate at which water flowed from the

20   spoiler into engine room of the "Madame"?

21        A.   I was not involved in any way, and that

22   was not part of my scope of services.

23        Q.   Were you asked to determine whether the

24   engine room of the "Madame" was constructed in such a

25   way that it could flood and the yacht nevertheless

1   would remain afloat?

2          A.   I was not.

3          Q.   Are you aware that the Bureau Veritas

4   rules, pursuant to which the "Madame" was built,

5   required that both ends of the engine room have a

6   watertight bulkhead?

7          A.   I am aware of that, yes.

8          Q.   Applying your common sense, what would be

9   the purpose of having a forward and an aft watertight

10  bulkhead in an engine room?

11         A.   To minimize cross-compartment flooding

12  potential at the forward bulkhead and to keep the

13  water on the right side of hull at, what they call

14  the after bulkhead, and what we normally call the

15  transom.

16         Q.   Applying your common sense, would you not

17  expect a properly-designed and constructed yacht like

18  the "Madame" to remain afloat if its engine room was

19  flooded and if it had been built in accordance with

20  the Bureau Veritas' requirements?

21         A.   I do not believe that the Bureau Veritas

22  requirements guaranteed that the vessel will remain

23  afloat if the engine room floods.

24         Q.   Why then, applying a common sense

25  approach now, would someone like Bureau Veritas want

1    a watertight bulkhead at both ends of the engine

2    room?

3         A.   Once again, flooding control, vapor

4    control, sound installation.  There is a wide

5    variety.  It's quite common in a vessel of this size

6    to have a watertight forward engine room bulkhead,

7    even though the vessel's flotation might be

8    critically compromised if the engine room were to

9    flood.

10        Q.   Now, you know there's a difference

11   between watertight and vaportight, don't you?

12        A.   I'm aware of that.

13        Q.   So let's forget about vaportight and talk

14   about what the rules refer to as watertight.

15             Don't you think from a common sense

16   standpoint, when Bureau Veritas says that it wants a

17   watertight bulkhead at the forward end of the engine

18   room and a watertight bulkhead at the aft end, that

19   they have in mind that the designer will place the

20   bulkheads close enough together that you can flood

21   the engine room and the boat will remain afloat?

22        A.   I'm unaware of what these folks were

23   thinking when they formulated their rules and

24   regulations, so I don't have an answer to your

25   question.

114

1      Q.   Let's apply some common sense.  If you
2   were to design a boat, and a classification society
3   told you to put a watertight bulkhead forward and a
4   watertight bulkhead after the engine room, do you
5   think that, in the exercise of that common sense, you
6   should position those bulkheads in such a manner that
7   the engine room could be flooded and the boat would
8   remain afloat?
9      A.   Since I don't represent myself as a
10  designer, I don't belief I have any credible,
11  professional opinion to render to answer your
12  question.
13     Q.   How about --
14     A.   I don't do that kind of work.
15     Q.   How about a boat user?
16     A.   As a boat user, I find boats that are
17  approved by classification societies to be baffling,
18  ridiculous, contradictory and often stupid; and I'm
19  rarely surprised by almost anything.
20     Q.   As a boat owner, would you want your
21  engine room to be designed in such a fashion that it
22  could flood and the boat would stay afloat?
23     A.   Once again, as a non-engineer and a
24  non-designer, I'm not certain that it would be
25  possible to meet those criteria in all cases.  I can

1  imagine situations where, regardless of where the

2  bulkhead was placed, the boat would sink if the

3  engine room flooded.

4       Q.   See, we're going in sort of a Robert

5  Frost mode here; two roads diverge into the yellow

6  woods, you take the path less traveled, and I'm going

7  down the main one, so listen to my question.

8       MR. MOORE:  Well, I'm going to object to

9            badgering the witness.  He wasn't offered to

10            render opinions on Bureau Veritas'

11            regulations, and he's not familiar with them.

12            Not only that, he's telling you he doesn't

13            understand them.  You're going to try to

14            badger him --

15       MR. MILLER:  Now, Michael, if ever someone

16            lived in a glass house that was cast in stone,

17            that is it.  You look at the witness and say,

18            just say yes.

19       MR. MOORE:  That's true.  You haven't asked

20            anything yet.

21       MR. MILLER:  I don't badger every witness,

22            I just question them until they answer my

23            question.

24       MR. MOORE:  I'll be the first to admit I'm

25            not guilt-free here, but this is my witness.

1          THE WITNESS:  Would you restate the

2     question?

3          MR. MILLER:  You really need to listen to

4     the question, because the problem experts have

5     is that since they've been hired and are being

6     paid to give an opinion, they're always trying

7     to go down their road, sort of like a

8     presidential candidate in a debate.  And since

9     I'm asking the question, I have the privilege

10    of having you go down my road.  You may not

11    want to go there, and you can tell me you

12    don't want to go there.

13         MR. SIKES:  How many pages did that take

14    up?

15         MR. MILLER:  But you have to remember why

16    did I have to do that.  Because there was an

17    unnecessary objection.  You see, I can only

18    respond --

19         MR. MOORE:  I guess all objections are

20    preserved simply as to form.  I do object to

21    the form of it.

22 BY MR. MILLER:

23         Q.   As a boat owner, from a common sense

24 standpoint, if at all possible from a design

25 standpoint, would you like to see that builders put

1    the forward and aft watertight bulkhead of an engine

2    room close enough together so that the boat would

3    stay afloat if the engine room flooded?

4            A.   As a non-engineer and non-designer, I

5    don't think I'm qualified to say whether or not that

6    is even possible.

7            Q.   But I didn't ask you that.  You see, I

8    said as a boat --

9            A.   If it was desirable.  But even if it was

10   not possible, it's an appealing notion.  But I have

11   no opinion on whether or not it's practical or real,

12   so ....

13           Q.   I didn't ask you that.  My naval

14   architect is going to take care of that.

15                As a boat owner, that's what you would

16   want, an engine room that could be flooded between

17   two watertight bulkheads and stay afloat?

18           MR. MOORE:  He's referring to an unsinkable

19       boat.

20           A.   Yes.  In a perfect world, that sounds

21   appealing.

22           MR. MILLER:  No, no, see, that wasn't my

23       question.

24           MR. MOORE:  You should have asked him my

25       question.

1          MR. MILLER:  No, no, no, not at all.

2          MR. MOORE:  Sure.  If you flood two

3      compartments, it will sink.  If you're asking

4      him would he prefer to have a boat that would

5      be unsinkable under the following conditions

6      versus one that is sinkable, his answer is

7      always going to be yes.

8          MR. MILLER:  But that wasn't my question.

9  BY MR. MILLER:

10         Q.    Here is the question, as the owner of a

11  boat would you prefer that, if possible, the boat be

12  designed so that it would remain afloat with the

13  engine room flooded?

14         A.    If that didn't have other consequences

15  that made the boat awkward, unsafe or inappropriate

16  in some other respect, unsinkability is obviously a

17  very desirable characteristic.

18         Q.    Especially when the engine room is

19  involved, because that is the one place on a boat

20  where you are most likely to have water intrusion, is

21  it not, from your prospective as a boat operator?

22         A.    From my prospective as a boat operator

23  and my personal experience, I would say no.

24         Q.    Why?

25         A.    My personal experience operating boats

1    running on plane at speed at night, when we hit

2    stuff, we hit stuff in the forward third of the boat,

3    and most of the damage that I've sustained to boats,

4    personally operating them, other than grounding, has

5    been in the forward third of the boat from foreign

6    object strike damage.

7              So I have no personal experience with

8    water intrusion into the engine room.

9              Although I'll also add that most of the

10   boats I've owned and operated have been powered by

11   outboards where we don't have a classic engine room.

12        Q.    Do you have anything back at your office

13   that would list the articles that you've written

14   during your career?

15        A.    I do.

16        Q.    Does that give the title of the article

17   as well as the synopsis of the contents?

18        A.    No.  I believe it just gives the title,

19   volume number, publication date, and the pages my

20   article appeared on within the specified volume.

21        Q.    Are you going back to your office after

22   this deposition?

23        A.    I am.

24        Q.    Can you telefax a copy to Mr. Moore, he

25   will then get it to the court reporter, who will mark

120

1      as that as Exhibit 502.

2              A.    Yes.

3                    (Whereupon, Exhibit No. 502 was marked

4              for Identification.)

5              Q.    Mr. Moore had asked you whether you had

6      made a specific type of calculation, and I believe

7      you told him no.  I've got a broader question for

8      you.

9                    Have you made any calculations with

10     respect to your investigation into the "Madame"

11     sinking?

12             A.    Yes.

13             Q.    Do you have those with you?

14             A.    I do not.

15             Q.    And what do those relate to?

16             A.    They were converting certain

17     specifications on drawings or spread sheets from

18     metric format to U.S. format.  It was strictly a

19     conversion calculation, not calculations intended to

20     conduct an engineering evaluation.  I was converting

21     millimeters to inches and things like that.

22             Q.    Was that so you could determine whether

23     Ferretti built the spoiler in conformity with the

24     design?

25             A.    That's one example of the sort of

121

1   conversions that I conducted.

2                   I'm perfectly conversant with metric

3   nomenclature, I'm quite familiar in working with it

4   with some military projects, but I just wanted to

5   make sure that I was conducting an accurate look at

6   the numbers.

7           Q.   Putting aside, of course, whether

8   Mr. Moore later may ask you to perform any

9   calculations, do you presently see the need to

10  perform any calculations between now and trial?

11          A.   At this point in time I don't think so.

12          Q.   Are there any calculations that you would

13  feel qualified to make relating to this sinking?

14          A.   There might be some calculations that I

15  would want to conduct for my own personal interest to

16  substantiate my subjective observations, but I don't

17  believe that I would be making any calculations that

18  I would represent as professional opinions.

19          Q.   If you make any such calculations, please

20  give a copy to Mr. Moore promptly, and I'd ask that

21  he, equally promptly, notify us, providing us copies

22  prior to trial so that we can get armed to question

23  you about those, okay?

24          A.   Certainly.

25          Q.   Thank you.

1          Did you make an attempt to determine

2    whether Ferretti had built the spoiler for the

3    "Madame" in conformity with its design?

4          A.    I checked the correspondence between my

5    observations of the spoiler fragments and my

6    photographs of the spoiler fragments with the

7    drawings and plans and specification, spread sheets

8    that I received.

9          Q.    Can you tell us by exhibit number which

10   plans, drawings and specifications you used during

11   that exercise?

12             MR. McLEOD:    You said 230 or 231.

13             MR. MILLER:    I'm sorry?

14             MR. McLEOD:    Look at his appendix, his

15             appendix has a list of all the plans, so you

16             can ask him --

17             MR. MILLER:    I know, but I'm trying to pin

18             these down.   He's got all sorts of exhibit

19             numbers there.

20             MR. McLEOD:    No.   You're looking at the

21             wrong page.   There is an appendix that

22             lists --

23             MR. MILLER:    Nobody gave me that.

24             MR. McLEOD:    It's one of these exhibits.

25             THE WITNESS:    It's right there, that's the

1          second page of it.  If you go forward, there's

2          one more page that lists the plans.

3    BY MR. MILLER:

4          Q.   For plans.  But I don't believe all those

5    plans are the ones to which you just referred, are

6    they?

7          A.   I looked at them and then I looked at

8    some laminate schedules.

9          Q.   Let's just do this systematically if we

10   may.

11         Can you tell me by exhibit number what

12   plans and laminate schedules you looked at in trying

13   to determine whether Ferretti built the spoiler in

14   accordance with the design specifications?

15         A.   I don't believe that these documents have

16   been marked as exhibit numbers, or at least the

17   copies that I have do not show them marked as exhibit

18   numbers.

19         MR. McLEOD:  Show them to us and maybe

20         we'll be able to --

21         THE WITNESS:  They were in spread sheet

22         format.

23         MR. McLEOD:  01223, that is the lamination

24         schedule that Bureau Veritas made handwritten

25         notes on, that is 228.

1          And the second lamination schedule

2          has no handwritten notes on it, I believe

3          that is 229.  But in any event it's marked

4          with an FE number 01300.  I think this is

5          the RINA.

6     BY MR. MILLER:

7          Q.   Which plans did you look at by exhibit

8     number to make that determination?

9          A.   I don't recall specifically, but it's one

10    of the sets of plans listed in Appendix 1.

11         Q.   Was that the plan that also had a

12    laminate schedule on it in a similar form to what we

13    see on Exhibit 228?

14         A.   As I recall, yes.

15         Q.   What conclusions did you reach as to

16    whether Ferretti built the spoiler like they designed

17    it?

18         A.   My conclusion was that in some respects

19    they did not.

20         Q.   What deficiencies did you find?

21         A.   I would characterize my observations as

22    deviations from specifications, whether or not those

23    deviations are deficiencies is an opinion I'm not

24    qualified to render.

25         Q.   Why not?  Because of your engineering --

125

1          A.    Because of my lack of engineering

2    credentials.

3          Q.    What deviations did you find?

4          A.    Thickness in laminate schedule did not

5    correspond.

6          Q.    Could you be precise?  What was called

7    for and what was found and where?

8          A.    Well, we have not conducted any

9    destructive analysis of the laminates, so my comments

10   are based upon my visual observations of the laminate

11   and some very simple measurements.  But the thickness

12   on certain sections on the bottom panal of the

13   spoiler does not correspond to the thickness

14   indicated in the laminate schedule.

15         Q.    What thickness did the laminate schedule

16   call for?

17         A.    They're calling for approximately

18   five-eights to three-quarters of an inch as I recall.

19   And in one location we saw much less than that.

20         Q.    Can you tell me what figure you found?

21         A.    Yeah.  I believe I recall one photograph

22   with the thicknesses of approximately three-eights to

23   seven-sixteenths of an inch thick.

24         Q.    Where was that location?

25         A.    Bear with me while I consult the

126

1    photographs.

2                MR. MILLER:  Let's take a short break.

3                (Whereupon, there was a break in the

4           proceedings).

5    BY MR. MILLER:

6           Q.   Do we have a question on the table?

7           A.   Yes, we do.

8                And I noticed laminate thickness that did

9    not correspond to the laminate schedule I received on

10   a cutout, made by parties unknown, on the starboard

11   side of the spoiler bottom shell laminate.  And I

12   refer specifically to the back of page ten, lower

13   photograph, right column in the photographs attached

14   to my report.  Right there.

15               MR. MILLER:  I'd like to mark that

16          photograph as Exhibit 503.

17               (Whereupon, Exhibit No. 503 was marked

18          for Identification.)

19          Q.   You mentioned earlier that the aft

20   bulkhead of the main hull was watertight as built.

21   Are you basing that upon what Mr. Frabetti told you?

22          A.   On Mr. Frabetti's comments, on my review

23   of the plans, and on my on-site inspections of the

24   sister ship.

25          Q.   Do the plans show the holes for the

```
 1    davit --

 2         A.   Not that I recall.

 3         Q.   -- cables?

 4         A.   No.

 5         Q.   So the plans really didn't tell you

 6    anything about the watertightness or not of those

 7    holes, did they?

 8         A.   That's correct.

 9         Q.   And you also mentioned you based that

10    conclusion upon your inspection of the boat, but you

11    told Mr. Moore that you saw no evidence that the

12    holes for the davit cables were sealed, did you not?

13         A.   I'm sorry, I don't recall that.

14         Q.   Did you see any evidence from your

15    inspections of the boat that the holes for the davit

16    cables were sealed?

17         A.   Which boat are you referring to?

18         Q.   The "Madame".

19         A.   I did not see any evidence that the holes

20    were sealed.  But I added the proviso that that

21    evidence may have disappeared when the spoiler's

22    transom face was removed from the hull at Hurricane

23    Cove.

24         Q.   Well, you talked about how Bertram should

25    have sealed the holes, and described the very
```

128

1    intricate laminate process, did you not?

2         A.    I don't consider it an intricate laminate

3    process at all.  I think it's straightforward

4    boatyard 101 grade laminating, nothing exotic about

5    it whatsoever.

6         Q.    You described the laminate process, did

7    you not?

8         A.    Yes.

9         Q.    Did you see any evidence that the hole

10   that was present in the bulkhead for the hydraulic

11   cables had been sealed in that fashion?

12        A.    I recall the specific question that you

13   were referring to it regarding the passage of the

14   exhaust system tubing through the transom, and the

15   laminating techniques that I described I characterize

16   as appropriate for that application.  I would not

17   generally recommend laminating a similar passthrough

18   for hydraulic hoses, cables or wires such as supplied

19   the davit, which is what you're asking me about now.

20        Q.    Now you're getting back to our Robert

21   Frost problem.  You need to listen to my question.  I

22   didn't ask you if you would recommend it.  Here is

23   the question, okay?

24        A.    Go ahead.

25        Q.    Did you see any evidence that the hole

1   through which the davit cables passed had been sealed

2   by the laminate process you earlier described?

3        A.   I think you're referring to the hydraulic

4   hoses supplying the davit, not cables --

5        Q.   I'm not asking --

6        A.   And I did not --

7            MR. McLEOD:   Let's go off the record.

8            (Whereupon, a discussion was held off the

9        record).

10  BY MR. MILLER:

11       Q.   Bruce, there were two holes that were in

12  the vicinity of the crane -- of the davit foundation,

13  right?

14       A.   Uh-huh.

15       Q.   Did you see any evidence of any

16  fiberglass laminate that had been applied to those

17  holes to seal them once the cables had passed

18  through?

19       A.   I did not.

20       Q.   Did you see any evidence of there ever

21  having been a through-hull fitting through which

22  those wires passed?

23       A.   I did not.

24       Q.   I want to go back just a little bit,

25  Bruce, if you'll bear with me.

1          You had referred to the photograph that

2     we've identified as 503 as one spot where you found

3     that Ferretti had not built the spoiler as thick as

4     its own design required, right?

5          A.    Correct.

6          Q.    Did you find any other places where that

7     problem or deviation, I guess we should say,

8     occurred?

9          A.    This cutout and the corresponding cutout

10    on the port side were the only opportunities that I

11    had to inspect the cross section of the spoiler

12    bottom shell laminate.

13         Q.    What about the port side, was it a proper

14    dimension?

15         A.    It was actually slightly thicker.

16         Q.    Now, are you familiar with Bob

17    Schofield's report?

18         A.    I am.

19         Q.    Did you refer -- Strike that.  Are you

20    familiar with his criticism of the manner in which

21    the bottom of the spoiler was joined to the sides?

22         A.    I am.

23         Q.    Were you familiar with the fact that he

24    says that the tabbing was inadequate because of

25    insufficient number of lamina or plies, as well as

131

1     failure to extend those lamina or plies a sufficient

2     distance once they turned the corner?

3          A.    I am.

4          Q.    Did you inspect the spoiler to see if you

5     saw the same things?

6          A.    I did.

7          Q.    Did you agree with what Mr. Schofield

8     saw -- That was not a very-well asked question.   Try

9     again.

10          Do you agree that Mr. Schofield

11    accurately reported what was there to be seen?

12          A.    At the locations where the cross section

13    of laminate was opened for inspection, my

14    observations corresponded quite closely to

15    Mr. Schofield's.

16          Q.    Do you agree with Mr. Schofield that the

17    tabbing joinder of the bottom to the sides of the

18    "Madame's" spoiler was not done in accordance with

19    good marine practice?

20          A.    As I recall, Mr. Schofield's comments on

21    that topic referred to the joint between the spoiler

22    bottom and the transom face of the spoiler, not the

23    sides of the spoiler the way your question was posed.

24          Q.    Well, you see, we're into precise,

25    because the forward face is the side.   A box has four

132

1    sides.  But I'll take your statement.  We're going to

2    narrow which of the four sides we're talking about.

3    The forward side.

4         A.   Would you repeat the question?

5         Q.   Do you agree with Mr. Schofield that the

6    tabbing implemented by Ferretti to join the bottom of

7    the spoiler with the forward face or side was

8    substandard workmanship?

9         A.   In large part.

10        Q.   What small part do you disagree with?

11        A.   I think that it's a common substandard

12   characteristic in boats; I see it very, very

13   frequently.  And although it may be a deviation from

14   recommended practice, it often is one of limited or

15   no consequence.

16        Q.   You don't fashion it though, do you?

17        A.   I do not.

18        Q.   And if you had been Ferretti's quality

19   control man on the scene and you saw that, you'd have

20   said, stop the presses, let's do this right or not do

21   it at all, wouldn't you?

22        A.   It's a good hypothetical question.

23             I would have recommended that the

24   construction there be re-evaluated.  As far as

25   stopping production and so on.  I have no comment in

133

1    that regard.

2         Q.   Let's assume you're the quality control

3    man at Ferretti and you have power to shut it down

4    until it's done right, you'd exercise that power if

5    you saw this tabbing job, wouldn't you?

6         A.   I think as a quality control inspection

7    you probably wouldn't be able to spot many of these

8    conditions that we're not aware of because the boat

9    has failed or has been cut apart.

10        Q.   We're back in the yellow woods again.

11             Let's suppose you're a control assurance

12   inspector and you are there while they're doing this

13   tabbing and you see it and you have the power to shut

14   down the operations, you would exercise it, would you

15   not, if you saw this type of substandard tabbing

16   between the spoiler bottom and the spoiler forward

17   face?

18        A.   I don't think shutting down the operation

19   would be necessary.  In similar circumstances for

20   other manufacturers, we've affected running changes

21   or modifications without the production shutdown that

22   you're suggesting.

23        Q.   You would stop them from doing what they

24   were doing on a substandard level, would you not?

25        A.   No, I would not.

1          My protocol in this regard as a

2     non-engineer would be to contact the appropriate

3     person in the organization that I was working for and

4     bring my observations to their attention and ask them

5     to render the appropriate engineering or design

6     opinion based upon the observations of which I made

7     them aware.

8          MR. McLEOD:  You said that in other

9          situations you've made changes to remedy that

10         without shutting down the operation, what type

11         of changes would you do, would you make?

12         THE WITNESS:  Well, there's a wide variety

13         of things that I'm generally called into.

14         MR. McLEOD:  I'm saying that rather than

15         shutting down operations, you indicated, I

16         thought, that there were other things you

17         could do to fix the problem without stopping

18         the process.

19         THE WITNESS:  Right.

20         MR. McLEOD:  What would you do?

21         THE WITNESS:  Well, there's a wide range of

22         things that you could do.  The simplist might

23         be to just alter the physical dimensions to

24         the reinforcements that they're applying to

25         that location, use wider material or use

135

1        narrower material.  There are at least a half

2        dozen things that you might want to consider

3        doing.

4             MR. McLEOD:  But what --

5             THE WITNESS:  But let me finish, please.

6             I'm very, very careful in not

7        changing anything in a production

8        environment because I don't have the

9        credentials to do it.  My job is to use my

10       hands-on and nose-in-the mold experience

11       as a composite fabricator and boat builder

12       to make detailed observations, and if they

13       concern me, I'll bring them to someone

14       with the appropriate credentials.

15            Sometimes they'll say, we've never

16       had a problem with this, it doesn't

17       matter, don't change a thing; sometimes

18       they'll say, gee, we never noticed that,

19       let's change it.

20            MR. McLEOD:  I understand from an

21       operational standpoint in stopping the

22       manufacturing process, but how could you, if

23       you saw it, saw how the "Madame's" work was

24       done, how could you fix that?  Is there a way

25       you could have fixed it without stopping?

1    MR. MOORE:  Or make it better, I think is

2    what he's saying.

3    MR. McLEOD:  Without stopping the

4    production of the boat; the boat was in

5    production.  Was there a way or is there a way

6    that you could have made that lamination area

7    or seal, or whatever it is, better?

8    THE WITNESS:  Subsequent to approval by an

9    engineer or the appropriate person within

10    whoever my client's organization that might

11    be, yeah, there are a number of

12    straightforward steps.  Make it thicker, add

13    more plies, make the plies wider.  Things like

14    that.

15    MR. McLEOD:  That's what I'm talking about.

16    I'm coming from a real basic point of view.

17    If you said, well, that juncture

18    right there may not be strong enough,

19    could you just slap some fiberglass on the

20    bottom of the boat and make it stronger

21    that way?

22    THE WITNESS:  No, it's not quite that

23    simple.

24    Once again, this is a condition that

25    might be very difficult to discover once

137

1          the interior of the boat is completely

2          coated with opaque gelcoat.  The outside

3          of the boat is opaque, you don't really

4          have a way to gauge the thickness of the

5          boat.

6              We have this information now because

7          the spoiler has been disintegrated and

8          we've had some cuts that expose the cross

9          section.  But an inspector could very

10         plausibly and credibly be completely

11         unaware of these conditions.

12             I speak from firsthand experience; I

13         specialize in cutting holes in things to

14         figure out what's going on, because quite

15         often you can't merely by looking at the

16         exterior/interior surface.

17         MR. McLEOD:  I had no idea that you may be

18         able to do subsequent repairs to make this

19         stronger, I thought that you would have to

20         take the whole thing apart and put it back

21         together.

22         THE WITNESS:  No, I don't believe that.

23  BY MR. MILLER:

24         Q.  Are you telling us that if you were at a

25  job site to observe from time to time a job in

1    progress and you saw work that you thought was

2    substandard, you would report this to your supervisor

3    and have the proper engineering consultation

4    conducted to see if what you thought was a

5    substandard job was going to be a problem?

6         A.    Given my lack of engineering credentials

7    I think that's the appropriate policy.

8         Q.    That's what anybody in that type of role

9    would do, is it not?

10        A.    Given my personal opinion, yes.

11        Q.    So if you were out at the Bertram yard

12   when this exhaust modification project was being done

13   and you saw holes being cut in the bulkhead above the

14   water line, but nevertheless in the bulkhead, would

15   you report that to your superior and say, we've got

16   to look into this?

17        A.    If I saw holes being cut --

18        Q.    Above the waterline, but nevertheless in

19   the bulkhead between the main hull and the spoiler,

20   would you consider it appropriate for you to go to

21   your superior and say, we need to investigate this?

22        A.    Well, if I didn't understand what the

23   purpose for the holes was, and if I just came in off

24   the street, I might search for clarification.

25              But I think if you're going to bring

139

1   systems through the transom, you've got to cut holes,

2   so the holes themselves are not cause for concern.

3       Q.   What if you went out to the boat on the

4   day it was being sent for sea trial and you saw that

5   the exhaust pipes ran through the holes, the holes

6   were unsealed, and a rubber coupling, a rubber sleeve

7   had been fitted over the exhaust pipe to act as a

8   chafing gear between the exhaust pipe and the

9   periphery perimeter of the hull, would you think it

10  wise and, indeed, necessary for you to report that to

11  your superior so that this could be investigated

12  further?

13          MR. SIKES:  What you're saying is that the

14          person was knowledgable, and number two, that

15          he knew that they had finished the job?

16          MR. MILLER:  You're at sea trial and --

17          MR. SIKES:  No, no --

18          THE WITNESS:  Yes, I would take definite

19          notice of that condition and I would want to

20          understand it in greater detail had I been --

21  BY MR. MILLER:

22      Q.   And contrary to what Ferretti of

23  America's lawyer just said, if you saw that these

24  holes had not been sealed and the rubber sleaves were

25  fit over the pipes that extended through the bulkhead

140

1    and the ship was going -- the yacht was going to sea

2    trial, you would ask Bertram, are you going to do any

3    more work such as sealing those holes, wouldn't you?

4          A.    I think that would be a prudent question.

5          Q.    You mentioned earlier that engine

6    vibrations might -- Strike that.  Did I correctly

7    understand you to say earlier in your deposition that

8    you thought that engine vibrations could separate the

9    starboard tailpipe from the aft face of the spoiler?

10         A.    That was one of a number of possible

11   causes.

12         Q.    Now, in stating that, you're not giving

13   that opinion from an engineering standpoint, are you?

14         A.    That's correct.

15         Q.    You would have to take that concern to an

16   engineer to see if it was well-founded, would you

17   not?

18         A.    I based that comment in my inclusion of

19   engine vibration based upon my first-person

20   experience operating and being aboard vessels of

21   roughly this size and my observations that, underway,

22   the boat is vibrating.

23         Q.    To determine, however, whether there

24   would be enough engine vibrations to detach the

25   starboard pipe from the aft face of the spoiler as

141

```
 1    joined by Bertram, you would need to consult an
 2    engineer, wouldn't you?
 3          A.    I would recommend it.
 4          Q.    You were asked earlier some questions
 5    about the natural flexion of the spoiler.  What did
 6    you have in mind when that question was posed to you?
 7    Or better put, what do you understand the phrase,
 8    quote, natural flexion of the spoiler, close quote,
 9    to mean?
10          A.    I find the terminology to be very murky
11    and unfamiliar.
12                My interpretation was you were referring
13    to the fact that fiberglass vessels are not
14    completely rigid and that they are subject to
15    deflections underway, which are a normal part of the
16    operation and don't represent any deficiency, this is
17    just the nature of composite boats in the water, that
18    they move around a little bit.
19          Q.    Steel does too, right?
20          A.    Right.
21                So when you said natural, that was my
22    interpretation of that term.
23                MR. McLEOD:  That was my question, and
24          that's exactly what I meant, so you're right.
25          Q.    Do you have any idea whatsoever as to
```

1    what the natural flexion of the spoiler of the

2    "Madame" would be in the seas it was experiencing on

3    the day of the sinking, built as it was built and

4    bolted as it was to the stern of the main hull?

5         A.   I believe that I have seen some

6    engineering calculations, and I can't accurately

7    attribute them to the correct consultant, but some of

8    the calculations looked at allowable panel

9    deflections in analyzing the laminate schedule.  I

10   didn't pay much attention to that information.  And I

11   don't have any personal first-hand experience, nor

12   have I conducted any calculations or anything to

13   determine that.

14        Q.   Who showed you those calculations?

15        A.   I believe they were part of the

16   information package that I received from Mr. Moore.

17   Or I might have read them in his office.  I believe I

18   also saw some calculations in a copy of the RINA or

19   BV's scantlings manual indicating acceptable bottom

20   deflection.

21             But once again, this is outside of the

22   area that I was tasked to evaluate, so I just skimmed

23   it and don't recall accurate, obviously.

24        Q.   But we need to know and, indeed, are

25   entitled to know everything you've seen.  Could you

1  look through your file and see if you can find those

2  calculations?

3      A.   Yes.

4          MR. MILLER:  And to save time, let me ask

5      Mike Moore, if the calculations were not given

6      to him, what calculations is he referring to?

7          MR. MOORE:  Only thing I can think of is

8      Schofield's calculations.

9          THE WITNESS:  Schofield's seashell spread

10     sheet.

11          Is that an acceptable answer?

12          MR. MILLER:  Do you have that in your file

13     there, so we can make no mistake about what

14     you're referring to?

15          MR. McLEOD:  I think I know what it looks

16     like.

17          MR. MOORE:  I took it back.

18          (Whereupon, a discussion was held off the

19     record).

20          MR. MOORE:  It's marked as an exhibit.  I

21     don't recall the number.  I just accidentally

22     had it.

23          MR. McLEOD:  Do you really not remember it?

24          MR. SIKES:  It's part of his report, wasn't

25     it?

144

1           MR. McLEOD:  There was a -- During his
2       deposition he was being questioned by somebody
3       else, I handed you this document, it was
4       yellow paper, it was three columns, one was
5       something --
6           MR. MOORE:  It's definitely not in his
7       file, because I handed it to him, and he
8       looked at it and he handed it back to me --
9   BY MR. MILLER:
10          Q.   You don't have it?
11          A.   I do not.
12          Q.   Do you have any opinion as to the extent
13  to which this spoiler would have deflected naturally
14  in the sea conditions under the loading condition of
15  the "Madame"?
16          A.   I do not.
17          Q.   That's another one of those engineering
18  problems, right?
19          A.   Yes.
20          Q.   In answering Mr. McLeod's questions about
21  the deflection absorbing capability of the rubber
22  sleeve used to join two pieces of exhaust pipe
23  together in this Bertram modification, you mentioned,
24  did you not, that the further apart the pipes are,
25  the greater their ability to absorb deflections?

145

1      A.   I don't believe that's what I said.  If I
2  can --
3      Q.   Do you remember what you said?
4      A.   Yes.
5      Q.   I'm just trying to get --
6      A.   I indicated that if the ends of the
7  composite pipes were very close together, the ability
8  of the flexible connection in between them to
9  accommodate misalignment would be less than if the
10  ends of the pipes were further apart.
11      Q.   So you weren't really talking about
12  deflection absorbing capabilities, but merely whether
13  they might be some locked-in stresses during the
14  installation process?
15      A.   Correct.
16      Q.   I'm working very hard to understand how,
17  from a mechanical standpoint what you say holds true.
18      And to share with you my thoughts, if I
19  were to butt two exhaust pipe pieces together within
20  the rubber coupling, how would that inhibit the
21  ability of the pipes to align properly and/or how
22  would that lock-in any stresses?
23      A.   If you take a piece of rubber hose of
24  almost any diameter, but particularly metal,
25  reinforced, thick wall exhaust hose, it's very

1  uncooperative material.  It has a very large bend

2  radius.

3         So let's say that I have a three-foot

4  piece of this exhaust hose, if I hold it in my right

5  and left hands and I put it over my knee and try and

6  deflect it, I may be able to deflect it some

7  detectable amount.

8         If you give me a six-inch length of hose

9  and I run the same test, I'm going to have a much

10  harder time bending it.

11         Therefore, the longer it is, the more

12  susceptible it is to accepting misalignment at the

13  two ends of the hose.

14         The situation that I was specifically

15  referring to was if during assembly.  The two lengths

16  of composite exhaust pipe were not correctly aligned

17  with each other, but greater exaggerated were offset

18  from each other, the further apart the ends of those

19  pipes were, the more likely it is that the exhaust

20  hose could accommodate the misalignment.

21         And an adjunct to that would be the less

22  pre-load would be built into the system because the

23  flexible hose would be accommodating misalignment to

24  a greater length.

25         Q.   So to use your term.  Locked-in stress

1    would not result from the fact that the pipes

2    themselves were abutting, but rather from the fact

3    that you have a shorter run of uninhibited rubber

4    coupling?

5         A.   Assuming an initial misalignment in the

6    pipes.

7              If they were correctly aligned, then the

8    rubbing coupling would not have to accommodate

9    anything or deflect to any extent.

10        Q.   You've mentioned that you would prefer to

11   have seen the starboard exhaust pipe tabbed the full

12   360 degrees of its circumference, right?

13        A.   I have.

14        Q.   Are you in a position to say the extent

15   to which tabbing only 50 to 60 percent of the

16   circumference reduced the overall strength of the

17   bond?

18        A.   I'm not prepared to render a quantified

19   opinion.

20        Q.   Do you have some type of subjective one?

21        A.   Yes, I do.

22             I'd say that if you imagine the outfall

23   opening as a clock face, that every hour that you

24   leave out of perimeter tabbing corresponds to a

25   proportionate reduction in the quality of that joint,

148

1    if you leave out from twelve o'clock to six,

2    seat-of-the-pants estimate on my part,

3    non-engineering opinion, you have 50 percent of the

4    strength that you should have based just on surface

5    area of contact.

6            Q.    Understood.

7                  That would have been my seat-of-the-pants

8    response, too, for whatever that's worth.  But I want

9    to ask you another question now, please.

10                 You were critical of Bertram's surface

11   preparation, were you not?

12           A.    Correct.

13           Q.    Were you referring, in criticizing

14   surface preparation, to the extent to which Bertram

15   used a grinder to remove the gelcoat from the

16   interior face of the aft wall or side of the spoiler?

17           A.    The bottom shell, yes, specifically

18   referring to incomplete removal of the gelcoat.

19   Based, by the way, on information that I learned from

20   Robert Schofield, who is adamant that secondary bonds

21   land on exposed laminate instead of gelcoat.

22                 MR. MILLER:  Read back that very last part.

23                 (Whereupon, the requested portion of

24           the transcript was read back by the reporter as

25           previously recorded.)

149

1          Q.    If I understand what you're saying, you

2     mean that, in your view, when Bertram applied the

3     second layer of tabs, that second layer fell on the

4     first layer and did not lap over to the surface of

5     the spoiler?

6          A.    No.   I think my vocabulary may be a bit

7     confusing.

8               Secondary bond is where you are applying

9     new laminates and resin to aged, cured -- when you're

10    adding new boat to old boat, which is secondary bond.

11              One of my strong objections to the

12    quality of the laminating done to attach the tube to

13    the hull on both port and starboard sides was that

14    only one layer was used.

15              See, I want to be very clear that there

16    was no second layer involved.   The operation that

17    they undertook, tabbing the pipe to the hull, is

18    characterized as a secondary bond.

19         Q.   Understood now.

20              Are you telling me then that it is your

21    belief that the secondary bond consisting of the

22    fiberglass strip joined to tailpipe and then to

23    spoiler face was applied directly over the gelcoat?

24         A.    No.   And let me refer to a specific

25    photograph --

1          Q.   I mean, you're not saying that Bertram

2     did no grinding to prepare the surface, are you?

3          A.   I'm not saying that.

4               For the starboard side I would refer you

5     to my report photographs, page three, front top left,

6     shows quite clearly gelcoat underneath where the

7     secondary bond fell.

8          Q.   That would be Exhibit 504, would it not?

9          A.   Yes.

10              (Whereupon, Exhibit No. 504 was marked

11         for Identification.)

12         Q.   Let me see it, please, Bruce.

13         A.   Here is the area where the secondary bond

14    landed, and you can see gelcoat remaining here.  And

15    then on the port side you can see a great deal of

16    white gelcoat where the secondary bond landed.

17         Q.   Referring now to Exhibit 505, are you

18    not?

19         A.   Yes.  Which is page two, front bottom

20    left.

21              (Whereupon, Exhibit No. 505 was marked

22         for Identification.)

23         Q.   Now, go ahead and take a look at those,

24    please.  Going back to 504 you mentioned that you can

25    see evidence of gelcoat remaining on the area of the

151

1    secondary bond, right?

2         A.    I can.

3         Q.    Can you also see areas where the grinding

4    done by Bertram has taken the gelcoat off down to the

5    fiberglass?

6         A.    I can't determine whether or not it's

7    down to the fiberglass, but I can see areas where the

8    gelcoat is no longer present.  And the absence of

9    gelcoat corresponds to the surface texture of the

10   fiberglass, of the laminate.  And it looks like the

11   gelcoat has been ground off in the high spots, but I

12   don't know if actual laminate was exposed.  It could

13   just be a surface of resin that they've sanded down

14   too hard.

15        Q.    Laminate meaning the actual fiberglass

16   itself?

17        A.    Laminate is resin and fiberglass.

18        Q.    Are you able to say one way or the other

19   whether Bertram did sufficient grinding to expose

20   some laminate?

21        A.    Visually, yes, some laminate.

22        Q.    Now, I presume, and please confirm, that

23   you're not in a position to give engineering analysis

24   of the extent to which Bertram's surface preparation

25   reduced the strength of the secondary bond?

152

1          A.    That is correct.

2          Q.    Are you able to give me some subjective

3     view based on your experience?

4          A.    I mentioned the failure to completely

5     remove the gelcoat as one of a number of workmanship

6     deficiencies that I noted in that location.

7                I attribute the major cause of failure

8     due to very sloppy tailoring and laminating of the

9     taping.

10         Q.    And are you referring, at least in part,

11    to the fact that only 50 to 60 percent of the

12    perimeter of pipe was tabbed?

13         A.    That is correct.  But I see major

14    deficiencies in the tabbing that was present.

15         Q.    Let's go back before we get onto that

16    subject.

17                Are you able to give me any subjective

18    opinion as to the extent to which Bertram's surface

19    preparation reduced the secondary bond?

20         A.    I'd say no.

21         Q.    Now, tell me what else you found lacking

22    with respect to Bertram's tabbing job?

23         A.    Based only upon visual inspection, no

24    laboratory testing to confirm my visual observations,

25    I see little, if any, chopped strand mat in their

153

1    repair.  All I see is woven roving.  Industry

2    standard practice is to use chopped strand mat with

3    woven roving on top of it simultaneously, wet out and

4    consolidated.

5         Q.   So you would put -- You would install the

6    chopped mat first onto the spoiler face, then you

7    come with the roving material on top of that?

8         A.   Yes.  Or I would select a material where

9    the mat and the roving are fastened to each other so

10   that they could be applied simultaneously in one

11   layer.

12        Q.   And what material do you think Bertram

13   used?

14        A.   Based on appearance -- And I'm referring

15   specifically to page three, front lower right -- all

16   I see in the failed laminate is woven roving.

17        Q.   You are referring now to Exhibit 506?

18        A.   Yes.

19             (Whereupon, Exhibit No. 506 was marked

20        for Identification.)

21        Q.   Are you able to provide us with an

22   objective statement as to the extent to which this

23   deficiency reduced the strength of the secondary

24   bonding?

25        A.   Estimating, based upon my own personal

154

1    boatyard-grade testing of make samples, swat with a

2    sledge hammer, drive a truck over it, those sorts of

3    tests, I would say in the ten to 20 percent range.

4         Q.   Reduction?

5         A.   Yes.  Because woven roving has a very

6    course texture.  And one of the purposes of the

7    chopped strand mat is to fill in that texture.  The

8    consequence of omitting the mat is that you end up

9    with resin puddles and a resin-rich interface between

10   the tabbing and the substrate.

11        Q.   Therefore you're telling us that the type

12   of fiberglass material that Bertram selected would

13   have reduced the strength of the secondary bond by 10

14   to 20 percent, is that correct?

15        A.   Seat-of-the-pants, non-engineering

16   estimate.

17        Q.   Subjective?

18        A.   Right.

19        Q.   Are there any other criticisms?

20        A.   Yes.

21             The tabbing fails to extend around the

22   full circumference of the pipe.

23        Q.   We've done that already.

24        A.   And the additional major deficiency is

25   that in addition to incomplete coverage of the

155

1    circumference, they only used one layer of tabbing,

2    and it's very, very crudely tailed.

3              If you would refer again to Exhibit No.

4    506, page three, front bottom right, it's possible to

5    see either an overlap in their tabbing or a dart in

6    their tabbing, which extends almost to the root of

7    the tab.  And it's a gross deviation from good

8    laminating practice.

9         Q.   Can you give us a subjective appraisal of

10   the extent to which this particular defect reduced

11   the overall strength of the secondary bond?

12        A.   No.

13        Q.   Do you have even a subjective ballpark?

14        A.   My subjective ballpark, once again

15   non-engineering opinion, I'd say in the five to 20

16   percent range.

17        Q.   This is based on your test that consists

18   of dropping objects from heights on things and

19   hitting them with sledge hammers and watching boats

20   hit docks?

21        A.   Assembling joints in various

22   configurations while teaching classes and then

23   deliberately destroying them to show my students the

24   consequences of workmanship deficiencies and

25   inappropriate material selection.

156

1          Q.    So if Bertram tabbed only 60 percent of

2     the circumference, you would have only 60 percent of

3     the strength, using you're subjective approach,

4     correct?

5          A.    Approximately, yes.

6          Q.    And that 60 percent would be reduced 10

7     to 20 percent because Bertram didn't use the right

8     fiberglass material, correct?

9          A.    As I've stated, yes.

10         Q.    And that would also be reduced five to 20

11    percent because they used only one layer of tabbing

12    and had darts and whatever else you described there,

13    correct?

14         A.    That's what I estimated, correct.

15         Q.    Any other deficiencies in the tabbing

16    process?

17         A.    Yes.  The fact that they only used one

18    layer of tabbing, which inevitably produced the gaps

19    in the legs of the tabbing.

20         Q.    We just covered that, didn't we?  Just

21    one layer of tabbing, that was a five to 20 percent

22    reduction?

23         A.    Right.

24               The problem is with using only one layer

25    of tabbing, there is no say way to avoid the gaps and

157

1    do a workmanship-like job.  In my opinion, two layers

2    of tabbing would be appropriate for this location.

3         Q.   I understand.  But if we can go back just

4    a second when you told me a moment ago that using

5    only one layer of tabbing in your estimation based on

6    your experience would result in a five to 20 percent

7    reduction in strength, were you taking into account

8    what you just described?

9         A.   Yes.

10        Q.   Mr. Pfund, if the spoiler had not filled

11   with water, the "Madame" would not have sunk, would

12   it?

13        A.   I believe that's correct.

14        Q.   So the spoiler filling with water, to use

15   your words, is a direct cause of the sinking, is it

16   not?

17        A.   The spoiler filing with water that either

18   was not or could not have been pumped out.

19        Q.   So that's a yes?

20        A.   That's a yes.

21        Q.   Even though water was flowing into the

22   engine room through the unsealed holes in the aft

23   bulkhead, the "Madame" had bilge pumps that could

24   pump water out, did it not?

25        A.   That's correct.

1          Q.    If Mr. Goldstein had engaged his

2     emergency bilge pump when the flow of water just

3     began, would that have saved the boat in your

4     estimation as a boater?

5          A.    You said pump singular, and I believe

6     there are, in fact, plural pumps that Mr. Goldstein

7     could have used to dewater his boat.

8          Q.    I actually deliberately said singular,

9     because each pump is pretty darn powerful.

10         A.    I have read Lee Dana's calculations,

11    which are pretty straight forward, high school math,

12    I feel I understand them clearly.  And Mr. Dana's

13    conclusion was that the "Madame" possessed adequate

14    pumping capacity if it was used early enough in the

15    incident to keep up with and potentially overcome the

16    flooding rate through the cross sectional area of the

17    openings in the transom.

18         Q.    So now I think we need to take the next

19    step.

20              Even if the spoiler flooded and continued

21    to flood, and even if the water flows into the engine

22    room through the holes in the bulkhead, the boat

23    still doesn't sink if the emergency bilge pump is

24    engaged, is that not correct?

25         A.    Based on my understanding of Mr. Dana's

1    calculations, more than just the emergency bulge pump

2    would be required to keep up with the flooding rate.

3    I believe that the non-emergency bilge pumps would

4    also have been required.

5            But ultimately the total bilge pump

6    capacity of the boat, according to Mr. Dana's

7    analysis, could have kept up with the flooding.

8            Q.   Do you agree then if the engine room

9    bilge pumping system had been put to timely use, the

10   "Madame" would not have sunk?

11           A.   Once again, I'd like to clarify that

12   there are multiple pumps available within the engine

13   room, and that in my opinion, it would have been

14   prudent to utilize the capacity of all of them due to

15   standard things that happen like bilge debris

16   clogging the pump or float switches getting stuck and

17   things like that.  I don't believe it would have been

18   prudent to run only one pump.

19           Q.   If the engine room bilge pumping system

20   had been properly utilized and timely utilized, the

21   "Madame" not would not have sunk, would it?

22           A.   That's my opinion.

23           Q.   I want to be sure we've discussed all of

24   your tabbing errors.  Number one, failure to make a

25   360 degree tabbing; number two, failure to prepare

160

1    the surface of the spoiler face correctly; number

2    three, failure to use the correct fiberglass material

3    for the tabbing; number four, using only one layer of

4    tabbing configured as it was.

5         A.   Sloppily configured as it was, and

6    incomplete as it was.

7         Q.   Is there anything else?

8         A.   I don't believe so.

9         Q.   In your report you conclude that the

10   fractures in the spoiler were caused by the violent

11   impact with the ocean bottom, do you not?

12        A.   I do.

13        Q.   In your opinion could the attachment of

14   the starboard exhaust pipe also have been caused

15   solely by that same violent contact?

16        A.   That's plausible, but I don't believe

17   that contact of anywhere near that level of energy

18   would be required to fail the attachment.

19        Q.   That's another question.

20             But you do agree with me, do you not,

21   that the logic by which you conclude that the

22   spoiler, although not built in accordance with

23   Ferretti's own specifications, was fractured by

24   virtue of the yacht's crashing with the bottom, also

25   lead to the conclusion that the starboard exhaust

1    pipe was detached by the same mechanism?

2         A.    The deficiencies in the attachment of the

3    starboard exhaust pipe to the spoiler shell bottom

4    are so gross and the workmanship is so poor that, to

5    me, failure of that composite attachment prior to the

6    vessel sinking and striking the bottom is entirely

7    plausible and realistic.

8         Q.    Just as it is equally plausible and

9    realistic that the pipe remained firmly attached

10   prior to the sinking and became detached as a result

11   of crashing with the bottom, right?

12        A.    My opinion is, as I've stated before,

13   that it's plausible that it happened while the vessel

14   was in operation and prior to sinking.

15        Q.    And it's equally plausible that it did

16   not happen while the vessel was in operation and

17   prior to sinking, but only when the vessel hit the

18   bottom, right?

19        MR. McLEOD:   Object to the form.

20        A.    Being unable to go back in time, it's

21   plausible, yes.

22        Q.    So either possibility is of the same

23   likelihood, correct?

24        A.    I believe I've stated my opinion in my

25   written report and here today that I'm of the opinion

162

1    that it failed prior to the vessel striking the

2    bottom.

3         Q.   Because of the poor workmanship?

4         A.   Because of the poor workmanship.

5         Q.   And that's the only reason you say that?

6         A.   That's correct.

7         Q.   But the Ferretti spoiler had poor

8    workmanship and you don't think that caused any of

9    the cracks in it prior to hitting the bottom, right?

10        A.   I don't think that the deficiencies were

11   anywhere near the severity of what I saw at the

12   starboard exhaust pipe outfall attachment.

13        Q.   We know that the hatches -- Strike that.

14   We know that one or more hatches on the "Madame" was

15   not locked prior to commencement of the voyage,

16   correct?

17        A.   Yes.

18        Q.   We don't know -- Strike that.  We know

19   that for a fact, don't we?

20        A.   I believe I read that detail in

21   Mr. Goldstein's deposition.

22        Q.   Putting that aside, we have videos of the

23   yacht on the bottom showing the hatches flapping, and

24   we have looked at the physical evidence and know that

25   the latch tab, on the starboard hatch at least, is

163

1    not deformed and the latch plate on the starboard

2    hatch is not deformed.  And we know therefore it is

3    absolutely a certainty that the starboard hatch was

4    open before the yacht hit the bottom, right?

5         MR. McLEOD:  Object to the form.

6         A.   I agree.

7         Q.   This is common sense at its most basic,

8    is it not?

9         MR. McLEOD:  Same objection.

10        A.   I believe that the hatches were unlatched

11   at the time the vessel departed the surface and

12   headed down.

13        Q.   You're confident of that, aren't you?

14        A.   The physical evidence supports that

15   conclusion.

16        Q.   But you don't know whether the spoiler

17   cracked before it hit the bottom; I know you have an

18   opinion, but you don't really know for sure about

19   that, do you?

20        A.   I don't believe anyone does, that's

21   correct.

22        Q.   And you don't know for sure whether the

23   starboard pipe detached before the yacht hit the

24   bottom, do you?

25        A.   I'm sorry, I thought your first statement

1   about the spoiler cracking referred to the exhaust

2   system.

3           Would you ask the question again, please?

4       Q.   You know, based on the physical evidence,

5   that the starboard hatch was unlatched before the

6   boat sank?

7       A.   Correct.

8       Q.   You don't know whether the spoiler

9   developed any cracks prior to the sinking, do you?

10  Could be one way or the other?

11      A.   I have some observations that I have made

12  from the ROV surgery tape that shows certain areas of

13  the spoiler interior that I can determine are not

14  cracked.

15      Q.   The point is though, you don't have any

16  physical objective evidence that would allow you to

17  conclude with scientific certitude that the spoiler

18  did not develop cracks prior to the sinking, do you?

19      A.   Correct.

20           Would you care to be more specific about

21  where this crack might have been?

22      Q.   Well, maybe later.  But let's just take

23  this one step at a time.

24           MR. SIKES:  Did you say later?

25           MR. MILLER:  Yeah, like after 5:00 so

165

1        you'll be late.

2            MR. SIKES:  I was hoping you meant at

3        trial.

4            MR. MILLER:  I did.  Relax.

5   BY MR. MILLER:

6        Q.   Nor do you have sufficient information to

7   know with scientific certainty that the starboard

8   tailpipe, exhaust pipe separated before the sinking,

9   do you?

10       A.   That's correct.

11       Q.   So of the three possible sources of

12  ingress into the spoiler -- unlocked hatch, cracks in

13  the spoiler, tailpipe separating -- we really have to

14  say that the only one of those that we can be fairly

15  certain about is the hatch, right?

16       A.   Based on the physical evidence, that's

17  correct.

18           MR. MILLER:  I have no further questions.

19           MR. McLEOD:  No further questions.  Thank

20       you.

21           (Thereupon, the taking of the deposition

22       was concluded at 4:30 p.m.)

23

24

24

25

25

26

```
 1                          ERRATA SHEET
 2        RULE 1.310 FLORIDA RULES OF CIVIL PROCEDURE PROVIDES:
 2
 3           "(e)  Any changes in form or substance which
 3                 the witness desires to make shall be
 4                 entered upon the deposition by the
 4                 officer, with a statement of the reasons
 5                 given by the witness for making them."
 5
 6        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW
 7          Page    Line           Change              Reason
 8          ____    ____    _____    _____
 9          ____    ____    _____    _____
10          ____    ____    _____    _____
11          ____    ____    _____    _____
12          ____    ____    _____    _____
13          ____    ____    _____    _____
14          ____    ____    _____    _____
15          ____    ____    _____    _____
16          ____    ____    _____    _____
17          ____    ____    _____    _____
18          ____    ____    _____    _____
19          ____    ____    _____    _____
20          ____    ____    _____    _____
21          ____    ____    _____    _____
22          ____    ____    _____    _____
23     Please forward the original signed errata sheet to this
24     office so that copies may be distributed to all parties
24
25
25     DATE: _____  SIGNATURE OF WITNESS: _____
```

```
                        CERTIFICATE


STATE OF FLORIDA   )
COUNTY OF BROWARD   )


          I, NANCY S. JOHNSON, Court Reporter and
Notary Public within and for the State of Florida at
Large, do hereby certify that the aforementioned
witness was by me first duly sworn to testify the
whole truth, and that the foregoing pages are a true
and correct transcription of my shorthand notes of
said deposition.
          I further certify that I am not a
relative, counsel or attorney of either party, nor
employed by any of the parties in this cause, or
otherwise interested in the event of this action.
          The foregoing certification of this
transcript does not apply to any reproduction of the
same by any means unless under the direct control
and/or direction of the certifying reporter.
          IN WITNESS WHEREOF, I have hereunto set
my hand and affixed my official seal this  3rd day
of    November       , 2000.
```

NANCY S. JOHNSON, Shorthand
Reporter and Notary Public,
State of Florida.

NANCY S. JOHNSON
COMMISSION # CC 727296
EXPIRES MAR 23, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.
NOTARY PUBLIC
STATE OF FLORIDA

**A**

**ability** 53:21 63:21
144:25 145:7,21
**able** 17:17 26:4 30:21
38:6 43:19 82:3
91:17 92:10 108:10
123:20 133:7 137:18
146:6 151:18 152:2
152:17 153:21
**aboard** 140:20
**about** 3:24 4:1,15 11:4
13:8 16:19,24 22:16
26:6,11 27:22 29:17
34:20 37:2,23 38:22
39:7,20 45:10 46:17
49:15 50:25 51:22,24
52:4,5,8,15 53:9,21
54:15 55:5,20 56:11
57:2 58:5 60:7,19
62:21 64:14 65:14,16
67:15 70:15,15 73:18
74:21 77:24 79:15
80:3 82:4,18 85:6
86:15 87:14 88:23
89:11,19,20 96:21
102:1 104:19 105:12
105:17,19 107:17,23
113:13,14 114:13,15
121:23 127:6,24
128:4,19 130:13
132:2 136:15 141:5
143:13 144:20 145:11
163:18 164:1,20
165:15
**above** 45:25 46:3 74:13
76:3 138:13,18 168:9
**above-entitled** 3:4,14
**abrasive** 66:8
**absence** 151:8
**absent** 30:19 68:16
**absolutely** 103:23
163:3
**absorb** 63:22 64:1
144:25
**absorbing** 144:21
145:12
**abutting** 147:2
**academic** 13:11 19:24
**accept** 44:1
**acceptable** 142:19
143:11
**acceptance** 102:4
**accepted** 90:3
**accepting** 146:12
**access** 36:2,3 42:16
**accident** 65:22
**accidentally** 143:21
**accommodate** 46:8
48:6 49:8,17 145:9
146:20 147:8
**accommodating** 64:8
146:23
**accomplish** 45:13,14
**accordance** 112:19
123:14 131:18 160:22
**according** 6:14 71:20
159:6

**account** 157:7
**accredited** 19:6,16
**accurate** 25:9 121:5
142:23
**accurately** 99:9 131:11
142:6
**ace** 1:5 3:22 168:6
**achieved** 88:18 89:21
102:4
**ACKNOWLEDGE...**
167:1
**acquired** 91:5
**across** 74:15
**act** 139:7
**acted** 86:13
**acting** 25:7
**action** 167:10,11
**activities** 4:19 80:19,23
82:1 94:16 97:14
108:6
**actual** 15:1,11 19:20
20:18 151:12,15
**actually** 15:10,15 18:2
19:25 21:18 25:3
26:24 32:3 40:5 44:6
44:6 130:15 158:8
**adamant** 148:20
**add** 53:14 79:15 119:9
136:12
**added** 127:20
**adding** 149:10
**addition** 30:24 60:3
154:25
**additional** 7:18 10:7
33:17 34:6 54:3
154:24
**address** 4:5,7 29:5
83:17
**Addressed** 84:15
**adequate** 158:13
**adhere** 66:5
**adherence** 105:23
**adjunct** 146:21
**admit** 88:13 115:24
**adopt** 42:3
**Advance** 80:13
**advanced** 98:14,19
**Advancements** 14:20
**advise** 86:24 89:13
**advised** 65:1
**aerodynamic** 84:21
**affect** 63:20
**affected** 48:18 133:20
**affiliated** 80:11
**affiliates** 85:1
**afloat** 35:13 38:6 112:1
112:18,23 113:21
114:8,22 117:3,17
118:12
**aft** 41:18 57:3 106:22
107:14 112:9 113:18
117:1 126:19 140:9
140:25 148:16 157:22
**after** 5:7 13:15 23:21
26:14,18 31:21 38:3
38:18 39:21 48:15
50:14 52:13 53:7

64:16 66:6 67:10,19
68:15 70:9 75:25
76:10 77:10 79:24
88:4,25 93:15 94:4,7
97:15 112:14 114:4
119:21 164:25
**afternoon's** 110:7
**afterwards** 34:14
**again** 7:1 89:17 99:18
100:14 105:9 107:8
113:3 114:23 131:9
133:10 136:24 142:21
155:3,14 159:11
164:3
**against** 63:17 68:23,24
**age** 3:13
**aged** 149:9
**ago** 30:25 157:4
**agree** 31:4 38:23 40:11
77:15 109:12 111:3,7
131:7,10,16 132:5
159:8 160:20 163:6
**agreed** 168:10
**ahead** 128:24 150:23
**aid** 108:4
**aids** 84:21
**air** 98:4
**aircraft** 95:20 96:18
**Airex** 94:11
**al** 168:6
**alan** 1:7,7 3:23 31:6
67:18,20
**align** 145:21
**aligned** 64:10 146:16
147:7
**allegation** 22:5
**allegations** 21:25
**allow** 47:13 164:16
**allowable** 142:8
**almost** 63:19 114:19
145:24 155:6
**alone** 26:3
**already** 4:11 105:8
154:23
**alter** 134:23
**although** 39:2 62:3
66:19 89:14 119:9
132:13 160:22
**always** 116:6 118:7
**amend** 33:20 34:10
**amendment** 34:8
**america** 1:10 2:11 36:3
36:4
**american** 1:5 16:18,22
168:6
**America's** 139:23
**amongst** 49:16
**amount** 59:12 99:11,15
146:7
**analysis** 30:10 97:13
110:25 125:9 151:23
159:7
**analyzing** 142:9
**Andrea** 37:7
**and/or** 145:21
**angle** 73:24
**Annandale** 13:18

**another** 5:15 7:17 8:13
17:5 35:18 56:1
69:15 75:7 76:24
80:10 108:11 109:9
144:17 148:9 160:19
**answer** 17:21 47:1,17
58:19 88:1,3,5,8,14
90:20 91:17 107:17
113:24 114:11 115:22
118:6 143:11
**answered** 90:22 108:21
109:24
**answering** 144:20
**antennas** 95:21
**anticipate** 111:9
**anticipated** 110:16
**anticipation** 20:20
**antique** 85:25 86:1
**anybody** 35:25 36:4
46:6 59:11 65:14
138:8
**anyone** 59:5,9 163:20
**anything** 11:14 12:19
13:8 14:16 24:10
25:22 33:22 34:2
44:24 51:4 61:25
67:4,13 68:6 79:17
105:12 107:22 114:19
115:20 119:12 127:6
135:7 142:12 147:9
160:7
**anywhere** 57:15 160:17
162:11
**apart** 8:18 63:23 75:5
133:9 137:20 144:24
145:10 146:18
**apologize** 47:18
**apparent** 60:16 61:16
**apparently** 65:3,11
**appealing** 117:10,21
**appearance** 69:8
153:14
**APPEARANCES** 2:1
**appeared** 32:25 66:7
119:20 167:5
**appearing** 2:3,5,8,10
60:1 69:11 78:13
**appendage** 43:23 76:16
**appendix** 7:12 8:8 10:3
10:6,6 11:3,3,5,5
12:11 78:22 122:14
122:15,21 124:10
**appendixes** 12:1
**application** 41:17 60:9
84:9 99:17 104:4,15
106:1 128:16
**applications** 84:7 89:2
95:12,14 101:24
109:21
**applicator** 102:24
**applied** 106:10 129:16
149:2,23 153:10
**applies** 102:20
**apply** 68:25 114:1
**applying** 69:1 112:8,16
112:24 134:24 149:8

**appraisal** 155:9
**apprenticeship** 19:8,9
**approach** 112:25 156:3
**appropriate** 45:17
69:21 105:5 106:5,16
128:16 134:2,5
135:14 136:9 138:7
138:20 157:2
**appropriately** 30:3
**appropriateness** 60:8
**approval** 54:6,7,8,11
136:8
**approved** 114:17
**approximate** 28:8
**approximately** 16:21
30:1 31:21 32:7 33:4
57:16 77:25 94:9
125:17,22 156:5
**APT** 98:24 99:23
**arbitrarily** 91:22
**architect** 117:14
**area** 29:15,15,16 40:1
50:9 56:18 57:2,8
58:16 60:2 65:19
67:15 68:5 71:6,9
75:5 136:6 142:22
148:5 150:13,25
158:16
**areas** 24:1 29:3 151:3,7
164:12
**argue** 107:17
**argument** 65:3,12,17
**armed** 121:22
**around** 19:23 39:17
40:9 41:9 42:22
53:18 66:3 67:3
70:21 76:4,21 106:3
106:18 141:18 154:21
**art** 93:9
**article** 18:14 119:16,20
**articles** 18:2,4,10,10,12
119:13
**arts** 13:19,23
**ascertain** 92:6
**aside** 121:7 162:22
**asked** 8:25 9:17 22:12
23:3 28:2,20,23 29:12
33:2 67:22,23 77:24
90:12 107:25 111:23
115:19 117:24 120:5
131:8 141:4
**asking** 21:8 32:17
42:12 51:21 90:25
91:2,4 116:9 118:3
128:19 129:5
**aspect** 87:2
**aspects** 93:1
**Assembling** 155:21
**assembly** 78:15 98:2
146:15
**assignment** 91:21 92:5
97:7 111:17
**assignments** 97:9
**associated** 51:20 52:11
**association** 14:19 15:22
**associations** 19:2,3
**assume** 66:25 79:5

133:2
**Assuming** 147:5
**assumption** 46:24 67:5
**assurance** 133:11
**assure** 105:3
**assured** 45:11
**as-built** 73:1,13
**Atlantic** 84:4,25 86:11
  86:16 87:16 88:19
  89:5,19,24 91:4,7,14
  93:17 94:5,7
**attach** 149:12
**attached** 7:13 10:3 16:3
  39:11 126:13 161:9
**attaching** 59:24 70:20
  70:24
**attachment** 59:21 60:4
  78:17 160:13,18
  161:2,5 162:12
**attachments** 105:7
  106:17
**attain** 19:8
**attempt** 122:1
**attempts** 51:2
**attended** 14:17 15:16
  16:1,2 82:18
**attending** 15:23 82:20
**attention** 134:4 142:10
**attests** 88:21
**attorney** 33:15 167:9
  167:10
**attribute** 142:7 152:7
**authored** 18:11,14
  57:24
**authority** 167:4
**authorized** 167:6
**automated** 102:13
**automobile** 85:25
**available** 33:18 41:25
  61:19 108:9 159:12
**Ave** 168:4
**Avenue** 1:16 3:8
**avoid** 99:16 156:25
**Avondale** 81:15 83:10
  83:14,16,17 93:5
**aware** 65:24 112:3,7
  113:12 133:8 134:7
**away** 66:11
**awhile** 17:10 22:17
**awkward** 118:15
**axial** 74:22
**A-I-R-E-X** 94:11
**A-N-N-A-N-D-A-L-E**
  13:18
**a.m** 1:17 3:10
**a/s/o** 1:7

**B**

**B** 2:17
**bachelor** 13:19
**back** 6:6 10:10 23:21
  24:3 33:2 35:23
  37:10,13 44:5,7 47:16
  47:20 54:22 67:2,3
  68:4,5,18 70:5 82:2
  110:3,7 119:12,21
  126:12 128:20 129:24

133:10 137:20 143:17
  144:8 148:22,24
  150:24 152:15 157:3
  161:20
**background** 4:13 13:8
  19:20 29:24 31:12
  37:11
**backtrack** 40:11
**bad** 25:10
**badger** 115:14,21
**badgering** 115:9
**baffling** 114:17
**bag** 98:3,10
**bagging** 97:22,23 98:16
**balance** 43:25
**ballpark** 155:13,14
**balsa** 81:8 86:18,21
**band** 50:10
**Bangkok** 94:25 97:6
**Banks** 97:4
**Barcol** 100:10
**Bard** 13:17,23
**based** 19:16 20:4 26:3
  30:14,14 32:25 45:16
  54:5 69:10 79:16
  84:6 88:3 92:13
  110:19,25 125:10
  127:9 134:6 140:18
  140:19 148:4,19
  152:3,23 153:14,25
  155:17 157:5 158:25
  164:4 165:16
**basic** 29:11 136:16
  163:7
**basically** 15:7 21:8
  27:19,22 37:14 38:3
  38:17 40:7,22 43:21
  47:25 58:20 61:20
  65:6 77:5,8
**basing** 126:21
**basis** 20:2 85:4,16
**bath** 99:2,13
**beach** 16:7
**beam** 103:16
**beam's** 103:18
**bear** 27:9 79:6 87:15
  125:25 129:25
**became** 35:20 76:12
  86:6 161:10
**become** 33:17 58:21
  59:18 65:8 74:20
  81:12,17
**bedding** 45:23 51:3
**before** 3:6 4:3 5:19
  13:2 20:10 21:21
  23:16 25:3 48:13
  49:1 50:17 52:21
  54:22 55:1 67:23
  68:2,5 77:5,6,24 92:2
  101:18 105:15 152:15
  161:12 163:4,17,23
  164:5 165:8 167:5
**beg** 91:1
**began** 158:3
**begin** 82:6
**behalf** 2:3,5,8,10 3:2
  **being** 3:13,13 12:24

38:13,18,19 49:16
  51:2 70:15 81:24
  84:17 88:10,20
  101:21 105:11 108:10
  110:10 116:5 138:12
  138:13,17 139:4
  140:20 144:2 161:20
**belief** 114:10 149:21
**believe** 5:5,8 11:2 13:4
  17:12 20:13 21:16
  23:20,23 24:15 25:25
  30:7,9 32:18 35:17,18
  35:24 36:9 38:9 39:2
  40:15,17,21 43:5
  45:21 48:17 49:7,23
  51:18 64:17 67:9
  78:4 79:2 96:14
  110:21 112:21 119:18
  120:6 121:17 123:4
  123:15 124:2 125:21
  137:22 142:5,15,17
  145:1 157:13 158:5
  159:3,17 160:8,16
  161:24 162:20 163:10
  163:20
**below** 50:9 166:6
**bend** 146:1
**bending** 146:10
**bertram** 1:10 2:6 4:14
  29:18 35:3,21 37:17
  37:20 39:7,23 40:15
  44:9,17 46:1 47:4,10
  48:14 49:4 64:16
  76:11 77:6,15 97:1
  106:22 107:13 127:24
  138:11 140:2 141:1
  144:23 148:14 149:2
  150:1 151:4,19
  153:12 154:12 156:1
  156:7 168:6
**Bertram's** 104:10
  148:10 151:24 152:18
  152:22
**best** 11:21 66:19 67:12
  141:7
**better** 48:2 136:1,7
  141:7
**between** 25:2 27:5
  33:22 34:3 41:13
  48:13 62:9 63:6,25
  64:6 67:24 76:16
  79:12 85:18 97:25
  98:18 99:9,10 107:13
  113:11 117:16 121:10
  122:4 131:21 133:16
  138:19 139:8 145:8
  154:9
**beyond** 100:25
**bibliography** 18:20,22
  **big** 77:8
**bilge** 35:5 76:23,25
  157:23 158:2,23
  159:3,5,9,15,19
**billings** 10:18 27:12
**binder** 5:23 8:19,22
  10:21,25 12:3,8
**bit** 35:23 37:23 110:4
  129:24 141:18 149:6

**bi-monthly** 18:7
**blades** 94:2
**blatant** 110:22
**blisters** 22:2,7
**block** 38:10
**blotting** 69:3
**blue** 8:21 9:4,7 64:17
**board** 19:14
**boat** 4:1 7:4 16:21
  17:25 18:6,8,11 19:21
  19:23 28:6 29:20
  30:15 31:2,7,8,17
  32:4,10 37:17 38:4,6
  38:8 40:3 43:23 44:5
  44:7,17 48:14 53:22
  54:22 56:13 60:22
  61:4 62:22 67:2,3
  68:5,5,18 70:19 74:4
  77:1,7 79:12 83:9
  93:21,25 96:14,23
  102:22 108:7 110:3
  113:21 114:2,7,15,16
  114:20,22 115:2
  116:23 117:2,8,15,19
  118:4,11,11,15,19,21
  118:22 119:2,5
  127:10,15,17 133:8
  135:11 136:4,4,20
  137:1,3,5 139:3
  140:22 149:10,10
  158:3,7,22 159:6
  164:6
**boater** 158:4
**boats** 16:12 20:1 33:6
  44:25 62:22 94:24
  95:21 96:21 114:16
  118:25 119:3,10
  132:12 141:17 155:19
**boatyard** 16:9 81:15
  83:9,13 85:24 93:5,7
  98:9 128:4
**boatyards** 93:22
**boatyard-grade** 154:1
**boat's** 45:2
**Bob** 38:1 51:16 53:8
  130:16
**bolted** 142:4
**bond** 147:17 149:8,10
  149:18,21 150:7,13
  150:16 151:1,25
  152:19 154:13 155:11
**bonding** 56:21 97:24
  102:5 105:6 106:7
  153:24
**bonds** 148:20
**boot** 63:21
**both** 19:9 40:9 41:18
  42:25 56:22 69:10
  106:7 112:5 113:1
  149:13
**bottom** 22:8 26:5 39:11
  71:2 72:5 73:9 74:15
  125:12 126:11 130:12
  130:21 131:17,22
  132:6 133:16 136:20
  142:19 148:17 150:19
  155:4 160:11,24

161:3,6,11,18 162:2,9
  162:23 163:4,17,24
**box** 47:23 52:6 53:1
  131:25
**break** 79:21,23 126:2,3
**breakage** 69:6
**Brickell** 1:16 3:8 168:4
**brief** 24:1
**briefest** 61:14
**briefly** 23:16
**bring** 8:25 9:17 11:18
  11:21 12:9,20 24:8
  87:4 134:4 135:13
  138:25
**broad** 109:22
**broader** 120:7
**Brooklyn** 98:9
**Brothers** 97:2
**brought** 11:12,13,14
  24:10,21 87:15
**BROWARD** 167:3
**brown** 71:8
**bruce** 1:24 2:14 3:1,12
  3:18 4:6 80:3 129:11
  129:25 150:12 168:3
**bubble** 71:3,17 72:22
  73:11,19,24 74:1,6,9
  74:13,16,18 75:1,3,13
  75:23,25
**build** 44:25 74:5
**builder** 18:1,7,8,11
  135:11
**builders** 94:24 116:25
**building** 98:14 102:23
**built** 20:1 30:21 43:16
  45:8 47:24 48:10
  74:4 79:12 94:16,17
  100:5 102:14 112:4
  112:19 120:23 122:2
  123:13 124:16 126:20
  130:3 142:3,3 146:22
  160:22
**bulge** 159:1
**bulkhead** 41:5,8,13
  112:6,10,12,14 113:1
  113:6,17,18 114:3,4
  115:2 117:1 126:20
  128:10 138:13,14,19
  139:25 157:23 158:22
**bulkheads** 113:20
  114:6 117:17
**bump** 35:5
**bureau** 1:12 16:18,23
  112:3,20,21,25
  113:16 115:10 123:24
**Burpee** 36:20
**business** 4:5,7 9:2,14
  17:11,12 19:12 20:2
  20:15 80:16,18 81:13
  85:8 86:1 107:22
**butt** 145:19
**butted** 63:17
**BV** 30:10
**BV's** 142:19
**B-A-R-C-O-L** 100:10

**C**

cables 127:3,12,16
  128:11,18 129:1,4,17
calculate 103:15
  107:12,19 111:9
calculating 111:19
calculation 120:6,19
calculations 59:6,11
  77:17 103:10,12
  108:3 111:15 120:9
  120:19 121:9,10,12
  121:14,17,19 142:6,8
  142:12,14,18 143:2,5
  143:6,8 158:10 159:1
calendar 28:5
call 27:25 66:21 72:15
  97:10 99:16 103:11
  105:13,16,18 112:13
  112:14 125:16
called 20:4 22:24,25
  23:1 28:1 39:19 74:1
  125:6 134:13
calling 47:23 125:17
came 13:5 25:2 26:20
  27:2,7 61:4 70:16
  91:14 138:23
Canada 94:24
candidate 116:8
capabilities 145:12
capability 144:21
capable 108:2
capacity 158:14 159:6
  159:14
car 86:1
card 17:11
cards 17:12 93:13
care 76:22 117:14
  164:20
career 14:15 119:14
careful 135:6
carefully 39:16 106:16
  107:2,3,6 168:11
case 1:4 5:7 7:7,21 9:1
  11:1 12:24 17:9
  18:16 21:7,20,24,25
  23:1,3,23 24:22 25:3
  25:4,7 28:14,23 29:14
  30:8 35:25 36:17,19
  37:16 38:2 39:6
  49:24 54:19 64:12
  65:2 66:12,13 68:7
  69:9 85:21 111:18
cases 14:10 22:21 23:5
  23:10 33:15 36:25
  37:1 75:4 88:2,9
  114:25
cast 115:16
catalog 4:12
catalysts 105:2
catalyze 100:23 101:13
catalyzed 106:10
caulking 40:4 45:23
cause 3:4,14 35:7 139:2
  152:7 157:15
caused 29:20 62:19
  160:10,14 162:8
causes 140:11
CC 168:22

ceilings 84:18
cell 28:6
centerboard 94:2
certain 8:13 14:12 15:6
  15:14 18:18 24:17
  49:10 83:22 92:4
  114:24 120:16 125:12
  164:12 165:15
certainly 36:14 40:20
  82:19 121:24
certainty 163:3 165:7
CERTIFICATE 167:1
certify 167:4,6,8
certitude 164:17
chafing 139:8
chance 66:5 74:11
chances 108:17
change 52:17 53:12
  54:2 74:16 101:17
  110:4 135:17,19
  166:7 168:14
changed 48:16 105:11
changes 133:20 134:9
  134:11 166:3,6
  168:13,15
changing 135:7
characteristic 118:17
  132:12
characteristics 100:10
characterization 25:9
  61:8 101:18
characterize 19:11,13
  25:12,15 43:23 70:14
  81:2 87:17 92:12
  110:9 124:21 128:15
characterized 24:6
  77:14 99:1 101:12,14
  149:18
characterizes 41:3
characterizing 54:6
checked 122:4
chemical 96:19 100:2
chloride 95:11
chloride-based 94:13
chopped 152:25 153:2
  153:6 154:7
Chris 72:13
Christensen 97:2,21
chronology 26:18
cigna 1:6 3:22 17:2,3,6
  17:19
circled 5:14,17
circulating 65:20
circumference 59:23
  70:22,23 76:4 106:3
  106:18 147:12,16
  154:22 155:1 156:2
circumstances 63:15
  68:16 76:22 133:19
citing 168:13
CIVIL 166:2
claim 109:17
claimed 90:1 111:6
claims 17:8
clamp 63:13
clarification 138:24
clarified 85:15

clarify 159:11
class 16:18,19,20,23
  81:1
classes 15:20,23,25
  16:2 155:22
classic 119:11
classification 114:2,17
cleanup 77:21
clear 5:12,22 9:16
  10:13 11:25 37:7,23
  149:15
clearly 34:24 87:17
  88:4 150:6 158:12
client 21:4 87:25 89:13
  94:8,8 102:7,12
clients 4:19 97:16,18
client's 88:14 136:10
clock 147:23
clogging 159:16
close 35:23 47:12 64:4
  64:7 113:20 117:2
  141:8 145:7
closed 80:15
closely 41:7 70:18
  131:14
clue 69:24
coamings 94:3 110:1
Coast 66:14,21
coated 137:2
coating 102:16
colleagues 92:14
collecting 18:3
collection 56:23
college 13:14,17,17,23
  14:11 85:20,22 86:3
  93:8
color 69:18,20
column 70:6 72:6
  126:13
columns 144:4
come 18:20 26:4 29:16
  44:3 49:18 57:9
  59:12 91:8 153:7
comes 68:2 110:1
comfortable 54:6 87:21
  110:3,5
coming 66:22,25 67:1,2
  68:4 77:7,11 93:21
  136:16
commencement 162:15
commencing 3:10
comment 33:4 66:12,25
  74:12 79:15 102:23
  132:25 140:18
commentary 51:22
comments 67:13,14
  125:9 126:22 131:20
commodity 103:16
common 105:24 111:1
  112:8,16,24 113:5,15
  114:1,5 116:23
  132:11 163:7
commonly 73:20 74:8
companies 80:6 84:14
  85:25
company 1:6,6 3:22,23
  17:2 20:4 21:4,9,12

21:24 22:1 35:4
  80:10,14 84:5 85:13
compared 13:2
compartment 43:15
  56:24 57:22 59:2,7
  65:6 66:1,4
compartments 118:3
competence 87:11,18
  88:18,21 89:6 103:20
competent 22:6 61:15
  88:23 89:14,20,23
  90:4,12,14 91:1,3,15
  92:5 104:2,8
competently 39:11
complete 86:17 89:15
  106:6
completely 35:13 40:12
  40:17 53:20 70:21
  73:22 106:3,13 137:1
  137:10 141:14 152:4
complex 33:16
compliance 64:7
components 84:21
  95:20,21 98:3 111:10
composite 14:19 16:6
  16:21,25 19:23 20:7
  22:18 62:4,5 80:19
  81:4,13,18 82:7 84:16
  86:4,7 87:11 92:19,20
  93:2,18 98:14 104:9
  105:4 110:21 111:2
  135:11 141:17 145:7
  146:16 161:5
composites 13:11 15:18
  16:6 22:20 29:2,7
  42:20 56:16 73:20
  80:21,24 81:7 84:6
  90:2 92:13 93:9
  95:17,18 110:19
compound 51:3,25
compromised 53:23
  113:8
computer 109:1,9
computing 58:19
concern 135:13 139:2
  140:15
conclude 160:9,21
  164:17
concluded 165:22
conclusion 124:18
  127:10 158:13 160:25
  163:15
conclusions 53:21
  124:15
concurrently 85:9
condition 30:3 66:1
  78:19 136:24 139:19
  144:14
conditions 30:2,6 31:2
  66:8 106:11,11 118:5
  133:8 137:11 144:14
conduct 17:23 88:7
  104:8 120:20 121:15
conducted 59:9,15
  76:11 101:22 121:1
  125:8 138:4 142:12
conducting 108:3 121:5

confidence 91:20
confident 90:14 91:1,2
  163:13
confidential 24:7,19
configuration 102:22
configurations 155:22
configured 16:24
  100:13 160:4,5
confirm 151:22 152:24
confirmed 75:4
conformity 120:23
  122:3
confused 13:6
confusing 149:7
confusion 11:25 66:20
connect 63:9
connected 62:4 63:13
  167:10
connection 57:17 63:15
  63:16,18,19,25 65:12
  70:7 86:7 97:21
  98:11 100:14 109:21
  145:8
connections 63:6,21
consecutive 94:7
consequence 132:15
  154:8
consequences 44:12
  76:12 118:14 155:24
consider 81:20 89:22
  103:6 104:1 110:13
  128:2 135:2 138:20
considerable 70:22
consideration 105:7
considered 91:11
consist 96:3 105:25
  106:2,6,9,13,15
consistent 35:13
consisting 149:21
consists 155:17
consolidated 153:4
consolidates 98:3
consolidation 60:6
constantly 88:10
constructed 111:24
  112:17
construction 4:1 16:25
  19:21,23 20:3,7 29:19
  39:12,19 47:6 53:22
  68:24 74:3,19 80:20
  84:3 87:12 92:23,24
  93:3 95:15 97:23
  98:7,10,12 99:18,21
  100:15,18 101:7
  102:6 110:23 111:2
  132:24
consult 18:19 27:9 28:4
  36:22 45:9 125:25
  141:1
consultant 20:3 85:3
  86:14 94:8 142:7
consultation 20:16,17
  138:3
consulting 19:22 80:19
  81:6 86:15
consumer 92:15 93:11
contact 5:7 28:5 34:11

34:11,13 88:11
104:24 134:2 148:5
160:15,17
**contained** 9:11,25
10:17,25 11:6,10 12:2
**containers** 84:12,19
**contains** 7:4 10:1,2
18:17
**contemporaneously**
93:16
**contents** 119:17
**continue** 43:13 56:20
**continued** 85:23 158:20
**contour** 102:21
**contract** 90:3,4,5
**contraction** 62:9
**contradictory** 114:18
**contrary** 139:22
**contrast** 15:2
**contribute** 62:23
**contributed** 58:24
**contribution** 74:7
**control** 34:14 94:18
98:16 99:11 113:3,4
132:19 133:2,6,11
**controlling** 99:10
**convenience** 168:16
**conventional** 24:13
29:9
**conventions** 14:22
**conversant** 121:2
**conversation** 28:21
37:3
**conversations** 26:20
36:15,24 50:21
**conversion** 120:19
**conversions** 121:1
**convert** 86:20
**converting** 120:16,20
**conviction** 91:25
**coolant** 58:22 62:10,14
**cooling** 56:23 57:11,15
57:20 58:8,8,12 59:8
**copies** 10:18 121:21
123:17 166:24
**copy** 5:15 11:23 20:25
26:1 50:5 119:24
121:20 142:18
**core** 20:6 81:8 94:13,21
95:11 97:25 98:10
**cored** 81:7 84:16 86:18
86:21 95:15 102:5
**cores** 81:8 98:17
**corner** 5:17 9:7 45:20
71:3 73:11,21,23,25
131:2
**Corporation** 1:10,11
1:12,12
**correct** 6:19 8:15 11:7
12:6,15,17,25 16:15
17:21 21:5,6,10,18,19
21:22 22:25 23:19
27:4 29:22 34:21
38:11 39:25 41:1
44:10 46:5 50:24
52:19,22 53:3 55:3,14
56:7,10,25 57:5 58:7

59:4 70:9 71:4 74:23
78:6,7 80:9 81:11
82:12 84:12 87:9
96:2,8 98:8,13 100:1
103:25 104:15 106:9
106:10 109:19 111:12
127:8 130:5 140:14
142:7 145:15 148:12
152:1,13 154:14
156:4,8,13,14 157:13
157:25 158:24 160:2
161:23 162:6,16
163:21 164:7,19
165:10,17
**corrections** 168:13
**correctly** 35:2 39:1,5
41:23 69:25 80:7
98:4 100:23 104:22
106:10 140:6 146:16
147:7 160:1
**correspond** 41:6 55:10
78:20 125:5,13 126:9
**corresponded** 70:17
131:14
**correspondence** 24:12
26:8 122:4
**corresponding** 11:24
75:21 130:9
**corresponds** 26:7 50:10
147:24 151:9
**counsel** 167:9,10
168:11
**countered** 22:5
**COUNTY** 167:3
**couple** 55:17 60:18
88:25 97:5
**coupling** 64:13,22,24
139:6 145:20 147:4,8
**couplings** 63:5
**course** 6:17 14:15
15:12,12 91:23
111:13 121:7 154:6
**courses** 16:16
**court** 1:1 3:5 4:25
21:14,15,15,16 22:13
23:24 119:25
**Cove** 6:12 7:16 127:23
**coverage** 60:3 154:25
**covered** 35:9 38:3
156:20
**covers** 80:18
**crack** 164:21
**cracked** 163:17 164:14
**cracking** 164:1
**cracks** 162:9 164:9,18
165:12
**Cramco** 84:5
**crane** 129:12
**crank** 99:4
**crashing** 160:24 161:11
**created** 8:1
**credentials** 13:11 19:15
125:2 135:9,14 138:6
**credible** 89:3 114:10
**credibly** 137:10
**credit** 16:1,3
**credits** 15:23

**crew** 98:14
**criteria** 114:25
**critical** 148:10
**critically** 113:8
**criticism** 130:20
**criticisms** 154:19
**criticizing** 148:13
**cross** 130:11 131:12
137:8 158:16
**cross-compartment**
112:11
**cross-examination** 2:15
80:1
**cross-linked** 95:10
**cross-sectional** 58:16
**crude** 102:10
**crudely** 155:2
**crushed** 110:1
**cure** 105:2
**cured** 149:9
**curing** 100:4
**current** 65:20
**customers** 17:1 20:18
95:1
**cut** 23:16 40:17,20,21
42:9 48:21 74:11
77:6 102:21 133:9
138:13,17 139:1
**cutout** 46:1 126:10
130:9,9
**cutouts** 46:4
**cuts** 137:8
**cutting** 75:5 137:13
**cycle** 100:10
**cycles** 105:2
**C-R-A-M-C-O** 84:5
**C/O** 168:3

**D**

**D** 2:10,12
**damage** 29:5 68:17
74:8 78:13 92:23
96:11 119:3,6
**damaged** 80:20 92:25
110:20
**Dana** 36:21 57:14
59:15
**Dana's** 158:10,12,25
159:6
**dark** 71:8
**Darlene** 72:14
**darn** 158:9
**dart** 155:5
**darts** 156:12
**date** 10:19 13:13 27:24
28:8,13 31:21 34:3
90:6 91:10 119:19
166:25 168:1,15
**dated** 7:19 167:12
**dates** 92:11
**David** 36:21
**Davis** 21:4,9,12,24 22:1
**davit** 46:9,22 47:13,14
47:23,25 48:9 50:9,12
52:6 53:1 127:1,12,15
128:19 129:1,4,12
**davits** 49:16,18

**day** 3:9 26:14 30:12
89:14 90:10 107:1
139:4 142:3 167:12
**days** 15:5 23:22 28:10
**deadline** 23:24
**deal** 77:9 89:16 93:10
150:15
**Dear** 168:7
**debate** 116:8
**debris** 159:15
**decades** 111:1
**defect** 30:19 73:1,13
74:3,5,19,20 75:1
155:10
**defective** 44:4 80:20
110:20
**defects** 56:19 97:13
**defendant** 2:5,8,10
21:12 36:16
**Defendants** 1:13
**defense** 36:18,19
**defenses** 65:3
**deficiencies** 35:6
110:23 124:20,23
152:6,14 155:24
156:15 161:2 162:10
**deficiency** 141:16
153:23 154:24
**defining** 109:19
**definite** 139:18
**definitely** 144:6
**definition** 109:22
**deflect** 146:6,6 147:9
**deflected** 144:13
**deflection** 142:20
144:21 145:12
**deflections** 63:3 73:2
73:14 141:15 142:9
144:25
**deformed** 163:1,2
**degree** 13:19 63:3
159:25
**degrees** 104:13 147:12
**Delaware** 1:10
**deliberately** 155:23
158:8
**delivered** 10:2 44:17
**delivery** 45:12
**demonstrate** 96:11
**demonstrated** 22:6
**demonstration** 102:15
**denote** 77:9
**density** 102:3
**departed** 163:11
**depending** 52:17 57:13
105:20
**depiction** 110:11
**Deponent** 3:1,13
**deposition** 1:22 3:1
5:13 8:25 17:14
21:20 24:8 31:1
51:16,19,22 52:11,14
65:23 119:22 144:7
144:2 162:21 165:21
166:4 167:7 168:9,10
168:12,20
**depositions** 11:22 12:5

12:19 22:10,12,14
23:6 26:23 36:1 67:6
67:19
**describe** 50:19
**described** 42:2,4,10
50:16 63:16 127:25
128:6,15 129:2
156:12 157:8
**descriptions** 55:9,10
**design** 86:17 109:20,22
109:24 110:9,14
111:5 114:2 116:24
120:24 122:3 123:14
130:4 134:5
**designated** 5:1 22:19
**designed** 98:23 114:21
118:12 124:16
**designer** 113:19 114:10
**desirable** 117:9 118:17
**desires** 166:3
**desk** 28:4
**destination** 38:24
**destroying** 155:23
**destructive** 54:7 125:9
**detach** 140:24
**detached** 58:21 59:18
68:15 161:1,10
163:23
**detaches** 58:15
**detachment** 59:1
**detail** 28:25 55:7
139:20 162:20
**detailed** 135:12
**detailing** 9:14
**detect** 22:2
**detectable** 146:7
**determination** 34:9
124:8
**determine** 59:6,12
77:17 101:17 106:21
111:23 120:22 122:1
123:13 140:23 142:13
151:6 164:13
**determining** 69:21
100:22 104:2 110:15
**Detroit** 14:14
**develop** 11:10 164:18
**developed** 95:25 98:24
99:23 102:19,19
164:9
**developing** 88:8 102:13
**development** 100:11
**deviation** 130:7 132:13
155:7
**deviations** 60:13,15
78:14,15 79:12,16
124:22,23 125:3
**device** 80:21 96:1,3
**devised** 96:5
**dewater** 158:7
**diagnosing** 95:2
**diagnosis** 97:13
**diagrams** 44:24
**diameter** 41:9 145:24
**Dickman** 36:8
**diesel** 14:13,14 66:3
**difference** 48:13

113:10
**different** 19:2 33:6
42:13 49:15,18,19
61:2 85:25 90:21
93:22 95:23 100:13
107:15
**difficult** 48:23 136:25
**digital** 29:9
**dimension** 130:14
**dimensions** 134:23
**direct** 2:15 3:16 35:7
157:15
**direction** 74:22
**directions** 83:23
**directly** 149:23
**directors** 19:14
**disability** 64:1
**disagree** 61:8 132:10
**disappeared** 127:21
**disassembly** 42:17
79:17
**disaster** 82:14
**discarding** 101:19
**discharge** 57:20
**disclaimer** 33:12,21
**disconnected** 65:8
**discover** 136:25
**discovery** 3:3
**discussed** 159:23
**discussing** 42:20
**discussion** 13:20 43:10
129:8 143:18
**dish** 95:21
**disintegrated** 137:7
**disrupted** 53:20
**distance** 131:2
**distributed** 166:24
**distributor** 95:7
**distributors** 20:5 83:1
**district** 1:1,2 3:5,5
**diverge** 115:5
**DIVISION** 1:3
**dock** 109:25
**docks** 155:20
**document** 4:16 5:3,5,11
8:18 20:24 21:2
23:18,20,24 24:5 25:3
25:20,22 26:9,15
28:11 29:1 144:3
**documentation** 30:10
**documenting** 29:8
**documents** 4:11 6:3
8:24 10:4,7 11:1 24:6
67:7 123:15
**doing** 20:17 33:22 34:2
61:9 85:9 87:22
103:20 106:2 108:4
133:12,23,24 135:3
**done** 14:16 25:21,22
29:17 39:8 53:16
59:5,11 73:5 77:14,17
92:19 98:4 104:14,21
104:23 105:8,22
109:20 131:18 133:4
135:24 138:12 149:12
151:4 154:23
**door** 40:25

**dotted** 74:25
**doubt** 92:10
**down** 63:13 111:15
115:7 116:7,10
122:18 133:3,14,18
134:10,15 151:4,7,13
163:12
**downside** 64:3
**dozen** 25:25 135:2
**dozens** 19:22 96:25
**drafted** 3:25 25:1 31:14
31:14
**dramatically** 97:9
**draw** 53:21
**drawing** 110:11
**drawings** 78:15,16,20
78:21,23,25 79:3,5,11
79:12 120:17 122:7
122:10
**drifting** 88:16
**drill** 40:24,25 41:8
39:22 40:16 42:9
44:8 77:13
**dripped** 28:6
**drive** 154:2
**drives** 98:3
**drop** 96:4,6
**dropping** 155:18
**dry** 39:16 66:1
**due** 23:24 34:25 57:7
57:10 89:8 152:8
159:14
**duly** 3:14 167:5
**during** 6:17 14:24 16:7
16:10 22:2,2 23:22
24:18 35:4 36:7 47:5
50:20 51:16 63:4
65:8 111:13 119:14
122:10 144:1 145:13
146:15
**durometer** 100:11
**dye** 75:16,17,18 76:2,3
**D-I-P** 99:2

**E**

e 2:12,17 166:3
**each** 8:20 42:22,22,23
63:17,19 64:4,11
146:17,18 153:9
158:9
**earlier** 37:12 126:19
129:2 140:5,7 141:4
**early** 23:22 80:15
158:14
**ears** 46:2
**easier** 6:7
**easily** 97:19
**easy** 100:5
**eccentric** 40:19
**edge** 74:8
**edges** 74:6
**edit** 23:21
**edited** 5:8
**editor** 18:1
**educate** 15:6,14 89:12
**education** 14:1,2,11

92:12
**educational** 13:8 15:23
91:4
**effect** 38:2 65:2
**effort** 25:2,15
**eight** 9:18 18:20 33:3
33:13 42:22 56:1,15
72:25 73:9 77:23
94:9
**either** 19:8 28:1 29:19
48:17 51:18 67:18
68:10 155:5 157:17
161:22
**elastic** 45:24
**elbow** 56:21
**element** 69:15
**elemental** 92:4,7
**eleven** 9:18 97:2
**emergency** 158:2,23
159:1
**employed** 17:19 83:6,8
86:7
**employee** 36:8 85:2
167:9,9
**employees** 36:2,3 97:11
**employment** 84:1,2
85:24 111:13
**end** 20:9 57:3 63:10,12
75:25 113:17,18
154:8 168:12
**ends** 112:5 113:1 145:6
145:10 146:13,18
**energized** 77:1
**energy** 160:17
**engaged** 94:15 158:1
158:24
**engine** 34:25 46:4
56:23 57:11,16,20
58:8,12,13,22 59:8
61:25 65:10 66:22
67:1,11,14 76:17
111:20,24 112:5,10
112:18,23 113:1,6,8
113:17,21 114:4,7,21
115:3 117:1,3,16
118:13,18 119:8,11
140:5,8,19,24 157:22
158:21 159:8,12,19
**engineer** 14:4 36:12
37:9 44:22 45:10
57:14,24 104:7 136:9
140:16 141:2
**engineering** 14:21
103:1,4,7,9 104:2,9
106:21,24 107:12,23
108:11 109:14 110:10
120:20 124:25 125:1
134:5 138:3,6 140:13
142:6 144:17 151:23
**engineers** 97:12 103:11
103:24
**engines** 57:14 62:11
**England** 16:14 17:8
**enjoyed** 13:16
**enough** 49:11 68:25
69:15 89:2,22 91:5,19
113:20 117:2 136:18

140:24 158:14
**enter** 76:19 166:6
**entered** 166:4
**entire** 168:16
**entirely** 66:2,9 161:6
**entitled** 6:11,23 10:6
55:22 142:25
**enumerable** 15:19
**envelope** 168:16
**environment** 135:8
**environmental** 106:11
**equally** 121:21 161:8
161:15
**equipment** 46:23 89:1
94:17 96:19,19 99:20
99:24 101:7,16 102:1
102:17,19
**errata** 166:1,23 168:12
168:13,15
**errors** 159:24
**escapes** 17:6 35:20
**Especially** 118:18
**esq** 2:3,5,7,10 168:3,22
168:23,23,24
**ESQUIRE** 168:10
**essentially** 38:10
**established** 49:3
**estimate** 42:21 148:2
154:16
**estimated** 42:24,25
156:14
**estimating** 42:16
153:25
**estimation** 157:5 158:4
**et** 168:6
**etc** 86:12
**evaluate** 108:10 109:10
109:14 142:22
**evaluation** 104:9
120:20
**even** 66:2,6 91:11 113:7
117:6,9 155:13
157:21 158:20,21
**event** 124:3
**events** 14:24
**ever** 54:22 92:17
109:20 111:14 115:15
129:20
**every** 8:18 49:13
115:21 147:23
**everybody** 5:12 108:8
**everyone** 72:2
**everything** 8:22 38:23
40:7,12 82:17 142:25
**evidence** 3:3 47:5 51:2
61:13 63:1 65:5
66:10 127:11,14,19
127:21 128:9,25
129:15,20 150:25
162:24 163:14 164:4
164:16 165:16
**exact** 17:17 37:8 51:23
**exactly** 57:1 141:24
**exaggerated** 146:17
**exam** 19:4
**examination** 2:15 3:16
**example** 8:21 15:3 20:9

36:1 39:13 44:1 45:1
54:20 87:24 89:25
120:25
**except** 38:24
**exception** 12:4
**exceptions** 11:2
**excerpted** 7:1 8:5
**excerpts** 6:24 7:4 8:1,9
8:10,13
**excess** 69:2
**exclamation** 5:20
**Exclude** 32:1
**excuse** 12:9 22:22
54:10 70:25
**exemplar** 49:11
**exercise** 114:5 122:11
133:4,14
**exhaust** 29:3,6,16 35:5
39:10,24 42:23,23
46:3,4,4 55:8,23
56:17,18,23 57:3,8,18
58:6,12,15,21 59:14
59:18,24 60:12,21
62:4,5,6,16,24 63:6,8
63:10,12,17 64:13,19
64:23 65:4,7,7,13
68:4,8,10,18 70:8,16
70:20 73:1,3,5,13
76:1 104:20,25
107:14 110:24 128:14
138:12 139:5,7,8
144:22 145:19,25
146:4,16,19 147:11
160:14,25 161:3
162:12 164:1 165:8
**exhibit** 2:19,19,20,20
2:21,21,22,22,23,23
2:24,24,25,25 4:17,22
4:24 5:2,16 6:9,12,22
7:25 8:12 9:7,9,22,23
10:14,15,22,23 11:6
12:2,12 20:25 23:15
24:25 26:5,21 27:6,15
37:5 71:19 72:8,10,23
75:9,12,23 79:7,10
120:1,3 122:9,18
123:11,16,17 124:7
124:13 126:16,17
143:20 150:8,10,17
150:21 153:17,19
155:3
**exhibits** 4:12 12:7
79:13 122:24
**existing** 92:24
**exit** 39:12
**exiting** 68:10,12,13,14
**exits** 57:3
**exotherm** 100:9,10
**exotic** 128:4
**expansion** 62:8
**expect** 68:17 112:17
**experience** 14:9 19:24
30:15 69:11 82:16
87:6 88:3 92:14
110:20 118:23,25
119:7 135:10 137:12
140:20 142:11 152:3

157:6
experiences 82:5
experiencing 142:2
expert 5:1 10:8 12:23
  22:19 24:2 25:8 90:1
  103:6 107:21 110:13
expertise 85:21 87:4
  110:18 111:4,7,8
experts 14:10 18:4
  25:18 30:8 36:16,18
  36:19 44:3 116:4
explain 5:3 57:11 68:21
explained 23:16 39:6
  83:3
explanation 23:17
expose 137:8 151:19
exposed 60:11 88:10
  148:21 151:12
extend 131:1 154:21
extended 139:25
extends 155:6
extensive 56:19
extent 32:20 61:11 63:3
  144:12 147:9,14
  148:14 151:24 152:18
  153:22 155:10
exterior 57:19 62:13
  69:10
exterior/interior
  137:16
extra 72:20
extremely 61:10 70:19
eye 110:22
e-mail 13:5 24:4
e-mails 24:9
e-male 23:22

F

fabric 98:24 99:2,12
fabricated 84:20
fabricating 84:3 86:2,4
  105:1
fabrication 86:8 93:25
  94:1
fabricator 135:11
fabricators 14:19
  101:21
face 6:16 35:2 41:18,22
  53:15,24 106:22
  107:14 127:22 131:22
  131:25 132:7 133:17
  140:9,25 147:23
  148:16 149:23 153:6
  160:1
faced 86:18,21
facilitate 63:9
facility 32:19
facing 97:25
fact 15:18 53:23 63:18
  65:18 68:1 130:23
  141:13 147:1,2
  152:11 156:17 158:6
  162:19
factors 62:17
factory 44:18 45:12
  46:11 47:1 53:10
  78:4 86:17,25 89:12

factory-supplied 46:23
fail 60:24 61:21 62:20
  73:2,4,14,16 160:18
failed 22:1 64:20 65:4,8
  73:6 76:25 111:2
  133:9 153:16 162:1
failing 65:13
fails 57:19 58:6,15 69:5
  154:21
failsafe 43:15,23 77:2
failure 56:20 57:10
  58:8 59:14 61:12,25
  62:24 65:22 68:17
  76:24 97:12 131:1
  152:4,7 159:24,25
  160:2 161:5
failures 29:6
fair 52:12 54:25
fairly 68:25 165:14
fall 76:18
familiar 21:2 47:22
  48:3 115:11 121:3
  130:16,20,23
far 23:3 39:7 53:1
  94:19 106:12 132:24
fashion 53:17 96:12
  114:21 128:11 132:16
fast 58:10 59:6
fastened 153:9
fault 104:19
fax 23:22
faxes 24:3
FE 124:4
feature 74:2,13
Federal 21:14
feel 87:10,21 88:17,20
  88:22 91:5,16,19 92:7
  107:11 121:13 158:12
feg 45:18
fell 16:13 149:3 150:7
felt 8:5 25:4,6 89:2,14
  90:4,11,25 107:4
ferretti 1:10,11 2:8,11
  29:13 30:20 33:4
  36:2,2,4,5,8,12 37:8,9
  45:21 46:6 47:2,5
  49:12 57:24 78:4,14
  120:23 122:2 123:13
  124:16 130:3 132:6
  133:3 139:22 162:7
Ferretti's 132:18
  160:23
fertig 2:2 72:13
few 15:16,20 23:21
  27:21 77:21 97:1
fiber 69:6,7 81:3
fiberglass 12:23 16:6
  16:10,11,12 22:18
  39:17 41:17 59:24
  82:10 83:6,12,22 84:1
  86:18,21 87:7,11
  101:2 104:3 129:16
  136:19 141:13 149:22
  151:5,7,10,15,17
  154:12 156:8 160:2
field 17:22 18:4
figure 125:20 137:14

file 4:12 8:16,18 9:1
  11:10 17:12 36:24
  38:15 49:24 54:17
  143:1,12 144:7
filed 3:8 61:4
filing 157:17
fill 41:12,15 43:18 59:2
  154:7
filled 58:24 61:5 157:10
filling 58:9 157:14
final 31:11
financially 167:10
find 25:23 33:6 40:13
  48:13 64:12 79:4
  114:16 124:20 125:3
  130:6 141:10 143:1
  168:12
finding 82:25
fine 13:19,23 108:15
fine-tuned 110:22
finish 135:5
finished 77:22 79:19
  139:15
fire 51:4 66:13,14,17
  66:24
fired 23:21
firmly 161:9
first 3:14 4:3,6,16 6:4
  6:11 9:4 10:2 16:8
  27:20,25 28:20 29:21
  34:15 41:2 45:7
  48:10 55:12,13,19
  56:11 76:9 81:12,17
  82:6,8,16 83:5 86:6
  89:13,25 104:23
  115:24 149:4 153:6
  163:25
firsthand 69:11 110:19
  137:12
first-hand 19:24
  142:11
first-person 140:19
fit 139:25
fitted 139:7
fitting 129:21
five 9:18 11:2,9 19:2
  20:21,22,23 28:10
  97:4 155:15 156:10
  156:21 157:6
five-eights 125:18
fix 134:17 135:24
fixed 135:25
FL 168:5
flapping 162:23
flex 62:22
flexibility 64:8
flexible 63:25 145:8
  146:23
flexing 62:21
flexion 141:5,8 142:1
float 159:16
floating 66:3
flood 76:17 77:18
  111:25 113:9,20
  114:22 118:2 158:21
flooded 59:7 112:19
  114:7 115:3 117:3,16

118:13 158:20
flooding 44:11 77:2
  111:15 112:11 113:3
  158:16 159:2,7
floods 112:23
floor 3:8 98:13 168:5
floors 84:17
florida 1:2,11,16 3:5,7
  3:9 166:2 167:2,14
flotation 113:7
flow 57:15,20 58:11
  158:2
flowed 57:21 111:19
flowing 62:10 157:21
flows 158:21
Fly 30:21
foam 20:6 94:20 95:11
  101:25 102:9,21
foams 102:2
focusing 39:9
folder 8:21,22 9:4,7,11
  9:20,21,21,25 10:10
  10:13 27:14
folders 8:19
folks 16:24 86:5 88:21
  113:22
followed 41:16 83:23
following 34:5 55:13
  79:25 118:5 168:11
follows 3:15 55:22
foregoing 167:6
foreign 119:5
forest 81:7
forget 113:13
form 49:2 94:13 108:13
  116:20,21 124:12
  161:19 163:5 166:23
formal 14:1,11 15:12
  102:25
format 120:18,18
  123:22
formative 82:5
formed 50:11
formerly 1:6
formulate 24:21
formulated 113:23
formulation 102:8
formulator 101:23
Fort 38:7,13,19
forth 23:22 24:4
forward 41:18 89:23
  112:9,12 113:6,17
  114:3 117:1 119:2,5
  123:1 131:25 132:3,7
  133:16 158:11 166:23
found 70:11 78:14
  79:11 125:7,20 130:2
  152:21
foundation 48:1,2,8,19
  48:22 50:9,12 129:12
  four 9:18 22:15,16
  27:20 56:1 66:6 97:4
  131:25 132:2 160:3
Frabetti 36:12 37:3,7
  44:22,23 45:10 46:17
  46:20 50:17 57:14
  58:3 126:21

Frabetti's 126:22
fractured 160:23
fractures 160:10
fragments 25:17 122:5
  122:6
Frank 81:14 83:9,13
  85:24
free-lancer 93:21
French 1:12
frequently 17:7 132:13
freshly-applied 22:8
from 6:16 7:2,2 8:13
  9:16 11:1 13:13
  16:11 18:4 20:13,23
  24:12 26:1 27:25
  30:8 33:24 36:4,12,13
  38:21 49:14 53:15
  57:9,11,15 59:1,13,13
  60:13 62:12 64:8
  65:23 66:21 67:6,14
  68:4 72:13 74:8
  75:14 76:4 78:2,4,14
  82:15 85:6,12,22
  88:16 89:20 93:13
  97:9 104:1 107:15
  108:10 110:14 111:19
  113:15 116:23,24
  118:21,22 119:5
  120:17 124:22 127:14
  127:22 132:13 133:23
  135:20 136:16 137:12
  137:25 140:9,13,25
  142:16 145:17 146:18
  147:1,2 148:1,15,19
  155:7,18 164:12
front 10:21 71:2 72:4
  150:5,19 153:15
  155:4
Frost 115:5 128:21
FT 1:3
fulfill 90:5
full 23:17 74:7 106:3,18
  147:11 154:22
full-time 85:2
function 58:13,16
fund 3:20
furnished 168:11
further 5:9 63:23
  139:12 144:24 145:10
  146:18 165:18,19
  167:8
futures 74:9
fuzzy 104:4

G

gained 93:7
gallons 57:16
gap 41:9,10,13,16
  99:10
gaps 156:18,25
gas 86:19
gauge 137:4
gave 19:16 21:20
  122:23 168:9
gear 139:8
gee 110:2 135:18
Gel 100:9

gelcoat 106:14 137:2
  148:15,18,21 149:23
  150:6,14,16,25 151:4
  151:8,9,11 152:5
gelcoated 86:22
gelcoating 93:1
general 19:11 29:11
  55:5 57:6 60:18,20
  62:8 72:18 105:23
generalize 13:15
generally 5:2 9:12
  25:23 28:15 41:3
  55:15 73:23 128:17
  134:13
generate 36:6
generated 58:3
generation 24:4
generator 46:4
generic 81:1 95:14
generous 42:21 43:1
gentleman 17:5 35:18
gets 109:25
getting 28:6 73:8
  128:20 159:16
give 4:5 13:12 15:2
  28:8 33:19 65:17
  73:12 74:25 91:9
  92:10 116:6 119:16
  121:20 146:8 151:23
  152:2,17 155:9
given 22:9,11,15 23:6
  28:19 52:17 62:18,25
  65:18 138:6,10 143:5
  166:5 167:7
gives 119:18
giving 3:25 18:16 23:11
  23:12 140:12
glass 115:16
globe 96:17
go 4:10 8:16,18 15:1,3
  15:4,10,11 22:21
  23:15,17 27:16,19
  39:7 60:25 68:19
  70:21 82:2 103:24
  108:19 116:7,10,11
  116:12 123:1 128:24
  129:7,24 138:20
  150:23 152:15 157:3
  161:20
goal 86:20 96:11
goals 87:1
goes 35:24 39:23 62:22
going 3:23 4:9,10 8:17
  10:11 23:1 27:18,19
  27:22 34:15 39:21
  47:11 48:12 53:17
  55:7,16 61:21 67:25
  74:24 75:7 77:21
  79:20 82:2,3,4 87:19
  107:1 108:13 115:4,6
  115:8,13 117:14
  118:7 119:21 132:1
  137:14 138:5,25
  140:1,1,2 146:9
  150:24
Gold 32:12 33:8
goldstein 1:7,7 3:23

11:23 12:4,18 31:6
  66:21 67:10,21,21
  158:1,6
Goldsteins 68:3
Goldstein's 31:1 65:23
  67:6 162:21
gone 14:12 24:3 33:6,9
  47:7
good 30:3 47:14 61:1,3
  61:9 68:22 87:24
  104:6 131:19 132:22
  155:7
gotten 25:4 39:3 56:12
  76:6
grade 128:4
graduate 13:17
graduated 13:13,15,24
  85:22
GRAMLING 2:2
Grand 97:3
gray 70:1,2,4,6,6,6
great 89:16 93:9 104:5
  150:15
greater 139:20 144:25
  146:17,24
green 8:22 9:21 10:10
  75:18,21
grew 16:7
grinder 148:15
grinding 106:13 150:2
  151:3,19
gross 60:13 155:7
  161:4
grossly 45:19
ground 99:10 151:11
grounding 119:4
Group 19:7,14
growing 74:18
growth 75:3
guaranteed 112:22
Guard 66:14,21
guess 16:6 17:25 19:3
  29:11 30:19 37:24
  50:17 55:11 56:12
  70:2 116:19 130:7
guesstimating 20:14
guilt-free 115:25
guy 37:25
guys 53:8

**H**

H 2:17
half 32:7 135:1
Hall 81:14 83:9,13
  85:24
hammer 154:2
hammers 155:19
hand 4:16 5:23 6:6,6
  9:3 24:16 93:2
handed 144:3,7,8
handle 31:8 40:25
handling 14:9
handmixing 102:10
hands 82:17 146:5
hands-on 15:11 87:6
  92:13 135:10
handwritten 9:19

123:24 124:2
hangers 62:6
happen 38:10 159:15
  161:16
happened 59:19 161:13
happening 44:6
happens 34:13 60:20
  69:18
hard 145:16 151:14
harder 146:10
hardness 100:11,11
hatch 67:11 76:12
  162:25 163:2,3 164:5
  165:12,15
hatches 68:14 76:7,21
  77:8,12,19 162:13,14
  162:23 163:10
Hatteras 97:1
having 64:4,6 72:19
  84:16 112:9 116:10
  129:21
hazardous 101:13,15
haz-mat 101:18
headed 27:19 163:12
hear 35:16 71:13
heat 105:5
heights 155:18
held 13:20 43:10 129:8
  143:18
help 8:16 95:1 101:10
helped 59:2 83:2 94:18
hence 99:15
her 35:13
heretofore 3:8
hesitated 105:13
he'll 34:11
hidden 61:17
high 13:13,15 56:22
  60:10 151:11 158:11
higher 50:3
highlighting 5:4,18
highly 61:10 89:11
him 17:16,23 34:7
  36:14 46:17 51:24
  115:14 117:24 118:4
  120:7 122:16 143:6
  144:7
himself 18:11 19:13
  25:13
Hinkley 97:2,21
hire 87:5
hired 12:23 85:3 89:5
  116:5
history 19:15
hit 119:1,2 155:20
  161:17 163:4,17,23
hitting 155:19 162:9
hold 33:21 146:4
holding 8:6
holds 145:17
hole 39:22,23 40:21,23
  41:5,9 45:17,25 46:13
  48:14 49:14,14 68:15
  76:16 128:9,25
holes 35:1,21 37:16,20
  38:4,10 39:1,8 40:3
  40:16 41:22 42:9

44:8,14,16 45:15,18
  46:7,11,14,15 48:5,16
  49:4,12,21,22 50:1,12
  50:16 51:5,7,9,10,23
  51:24 52:1,6,9,16,25
  53:1,18 54:15,23
  57:18 77:6,13 126:25
  127:7,12,15,19,25
  129:11,17 137:13
  138:13,17,23 139:1,2
  139:5,5,24 140:3
  157:22 158:22
holland 2:7 5:6 7:2,24
  10:18 11:2 21:16
  36:11,16 168:4
home 12:16
honest 32:17
Hong 94:25
hoped 82:4
hopefully 4:10
hoping 4:14 165:2
horizontal 50:10,11
horizontally 99:7
hose 145:23,25 146:4,8
  146:13,20,23
hoses 47:13 128:18
  129:4
hose-clamped 62:5
hour 4:15 147:23
hours 23:23 32:7 42:4,5
  42:22
house 16:7 115:16
Hudson 13:18
hull 6:16 32:8,20 34:16
  34:23 35:1 37:14,22
  41:22 43:17,20,25
  44:11 45:1 53:15,24
  56:9 70:24 76:20
  77:3 111:5,15 112:13
  126:20 127:22 138:19
  139:9 142:4 149:13
  149:17
humidity 106:12
hundreds 97:16
Hurricane 6:11 7:16
  127:22
hydraulic 35:5 46:8,14
  47:3,4,9 48:5,7,22
  49:8 50:13 52:16
  128:10,18 129:3
hypothetical 103:17
  132:22

**I**

idea 68:1 137:17
  141:25
identical 13:4
identification 2:18 6:10
  9:10,24 10:16,24
  72:11 75:10 120:4
  126:18 150:11,22
  153:20
identified 29:24 32:22
  56:6 130:2
identify 6:7 32:21
  78:25
identifying 110:22

imagine 48:24 115:1
  147:22
imagined 76:19
immediately 13:16
  17:13 18:21 61:16
  74:13 76:3 88:5
impact 96:4,10 160:11
impermeable 98:1
implemented 132:6
implication 52:24
imply 84:11
import 95:9
important 50:25 53:13
imported 96:10
importers 20:5 94:11
  95:7
impounded 32:18
impregnated 99:12
impregnating 102:18
impregnation 99:15
impregnator 98:24
  99:2
improve 97:24
inadequate 61:13
  130:24
inappropriate 118:15
  155:25
inappropriately 47:15
INC 1:10,11 168:20
inch 41:7,8 74:14
  125:18,23
inches 120:21
incident 158:15
incidental 36:15
include 11:22 34:19
included 11:11
including 36:20 62:18
inclusion 140:18
incomplete 60:2,3
  148:18 154:25 160:6
inconsistent 67:5
Incorporated 94:10
increased 64:1
indeed 139:10 142:24
independently 93:7
indicate 38:25 74:17
indicated 24:19 35:20
  44:14 66:21 125:14
  134:15 145:6
indicates 31:13 68:22
indicating 30:11 34:7
  57:6 75:17 142:19
indication 15:17
indicative 73:1,13
indicator 69:21
individual 8:20 62:3
  93:20 105:21
individually 1:7
Industrial 95:20
industries 95:24
industry 4:19 15:18,21
  60:14 86:23 92:15
  93:3 105:23 153:1
industry-standard
  39:18
inevitable 61:12,21
inevitably 156:18

**information** 13:7 16:24
  18:17 24:20 25:19
  26:3 29:24 30:4,7
  31:12 33:17 34:6
  36:13 37:12 60:7
  78:2 88:11 89:2,15
  93:14 137:6 142:10
  142:16 148:19 165:6
**ingress** 34:16,25 37:13
  37:21 55:23 56:2,4,22
  58:14 165:12
**inhibit** 145:20
**initial** 5:7 26:19 27:24
  28:5,11 31:21 147:5
**insert** 63:10
**inserted** 39:24 64:23
**inside** 39:23 47:24
  63:16,19 66:10 71:2
  73:11,21
**inspect** 29:1,14 74:11
  130:11 131:4
**inspected** 10:5 25:17
  32:10 49:11
**inspecting** 32:3,3 74:10
  75:6
**inspection** 5:19 6:1,15
  7:4 16:25 17:23 22:2
  22:3 30:17 32:25
  36:7 45:16 51:12
  54:5 61:15,19 79:16
  80:20 127:10 131:13
  133:6 152:23
**inspections** 31:16
  126:23 127:15
**inspector** 133:12 137:9
**install** 153:5
**installation** 113:4
  145:14
**installed** 60:21
**installing** 102:5
**instance** 45:20 81:23
  91:13
**instances** 22:12
**instead** 77:15 99:7
  148:21
**instructed** 24:7 83:21
**instruction** 28:19
**instructions** 34:6 72:13
  168:11
**instructor** 16:17
**insufficient** 130:25
**insulating** 86:18
**insurance** 1:5,6 3:22,23
  17:2,18
**insure** 99:14
**intact** 43:17 70:9
**integrity** 43:16,24,25
**intellectually** 108:2
**intended** 45:6 120:19
**intention** 87:1
**interacted** 94:20
**interaction** 92:14
**interest** 121:15
**interested** 16:5 28:2
  92:17 102:12 167:10
**interests** 14:24
**interface** 154:9

**interior** 66:5 106:14
  137:1 148:16 164:13
**interject** 52:20
**interpret** 103:18 109:4
**interpretation** 141:12
  141:22
**interview** 36:5
**interviewed** 35:25
**interviews** 36:24
**intimately** 68:25
**intricate** 128:1,2
**introduced** 51:16 84:17
**intrusion** 118:20 119:8
**intumescent** 51:4
**invented** 80:22
**investigate** 138:21
**investigated** 139:11
**investigation** 120:10
**involve** 23:6
**involved** 42:15 81:12
  81:17 87:25 98:7
  99:21 111:18,21
  118:19 149:16
**involvement** 83:25
**involves** 76:7 98:1
**involving** 98:10 111:18
**in-hand** 89:15
**irrelevant** 19:18 43:24
**Island** 4:8 81:15 83:10
  83:17,18 85:23
**isolated** 76:15
**issue** 18:6 31:5
**issued** 24:22
**issues** 18:9,12 42:17
**Italian** 1:11
**Italy** 36:5,13 44:25
  57:24 78:5 94:24
**item** 8:20
**itemized** 21:12
**items** 11:8,20,25 12:2
  27:21 54:18 77:21

**J**

**J** 1:7,7
**January** 91:22
**jeopardize** 44:13
**jeopardizing** 76:13
**Jersey** 20:4 84:6 94:11
**job** 16:8 17:17 28:2
  42:7,19 43:7 60:22
  61:1,3,9,11 87:23
  88:19,21,22,23 89:14
  91:4,12,15 92:3,8
  94:4,7 103:22 104:10
  105:12,18 106:2
  133:5 135:9 137:25
  137:25 138:5 139:15
  152:22 157:1
**jobs** 19:22 88:9,12
  93:23 105:9
**johnson** 3:6 167:4,14
  168:20
**join** 132:6 144:22
**joinder** 106:22 107:13
  131:17
**joined** 130:21 141:1
  149:22

**joiner** 41:5
**joint** 25:1,15 41:18
  60:1 62:19 71:6,9
  73:24 131:21 147:25
**joints** 106:4,19 155:21
**July** 82:8
**juncture** 61:12 136:17
**jury** 72:13 108:8,25
**just** 4:10 5:2,11,21 8:13
  8:20 9:11 11:4 12:5
  13:1,9,12,12 20:9
  23:10,25 26:14 27:11
  27:18 28:9,11,15
  29:11 30:19,25 31:4
  32:2,16 33:3 35:23
  37:6,11 40:12,13 42:1
  42:4,10 47:10 50:23
  52:2,20 55:15 57:1
  60:13,18,19,23 61:6
  66:10 71:13,16 74:24
  75:8,17,17 77:21 79:4
  79:5,6 84:16 87:7
  93:21 98:22 107:17
  107:25 109:24 110:10
  115:18,22 119:18
  121:4 123:5,9 129:24
  134:23 136:19 138:23
  139:23 141:17 142:22
  143:21 145:5 148:4
  151:13 156:20,20
  157:3,8 158:2 159:1
  161:8 164:22

**K**

**keep** 35:13 54:8 112:12
  158:15 159:2
**kept** 65:25 159:7
**Key** 32:12 33:9
**kids** 110:5
**Kim** 17:4,15
**kind** 15:2,15 25:1 46:1
  83:1 114:14
**knee** 146:5
**knew** 87:22 139:15
**knight** 2:7 5:6 7:3,24
  10:19 11:2 36:12,16
  168:4
**know** 17:9,21,22 23:3
  27:18 34:12 37:8
  38:24 43:4,8 44:2,20
  46:12,19 49:6,11
  50:23 52:3 53:6 59:9
  60:24 61:1 65:7
  66:23 68:1 71:17
  78:21,22 79:9,19
  85:19 88:3,5,13 90:16
  90:18,19 99:3 103:9
  103:11,14,15,17
  108:24 113:10 122:17
  142:24,25 143:15
  151:12 162:13,14,18
  162:18,24 163:2,16
  163:17,18,22 164:4,8
  165:7
**knowledgable** 139:14
**knowledge** 59:5 63:2
  68:2 89:22 91:6,20

93:4,6 105:20 106:21
  106:24 107:5,12
  109:14
**known** 1:6
**knows** 72:2
**Kong** 94:25

**L**

**lab** 94:18 99:24 100:8
  100:16 101:1
**label** 6:14 8:10
**laboratory** 152:24
**labs** 97:12
**lack** 125:1 138:6
**lacking** 152:21
**lamina** 130:25 131:1
**laminate** 39:1,6,9,14
  42:11 59:24 60:6
  70:20,24 76:4 78:13
  96:6 98:10 101:2
  104:3 123:8,12
  124:12 125:4,10,14
  125:15 126:8,9,11
  128:1,2,6 129:2,16
  130:12 131:13 142:9
  148:21 151:10,12,15
  151:17,20,21 153:16
**laminated** 40:6,9
**laminates** 35:3 41:23
  68:23 69:1,10,12
  92:19,21 94:20
  106:16 125:9 149:9
**laminating** 42:1,3,19
  60:14 68:22 102:17
  105:24 128:4,15,17
  149:12 152:8 155:8
**lamination** 123:23
  124:1 136:6
**laminator's** 73:25
**land** 148:21
**landfill** 100:24 101:12
**land-based** 84:8
**lap** 149:4
**large** 3:7 41:9 59:22
  132:9 146:1
**largely** 19:18
**larger** 30:12
**last** 3:18 4:4,4,6 11:9
  15:18 20:21 22:15,23
  47:16 148:22
**lasted** 85:5
**latch** 162:25 163:1
**late** 81:20 165:1
**later** 5:13 6:8 121:8
  164:22.24
**lauderdale** 1:3 38:7,13
  38:20
**laundry** 99:4,5
**law** 15:7 101:17
**lawful** 3:13
**lawyer** 139:23
**lawyers** 51:23 67:18,23
  103:13
**layer** 149:3,3,4,14,16
  153:11 155:1 156:11
  156:18,21,24 157:5

160:3
**layers** 157:1
**layman's** 29:12
**layout** 93:2
**Lazzara** 97:1
**lead** 47:14 52:23 92:4
  160:25
**leads** 49:6 74:17,17
**leakage** 76:12,21
**learn** 15:11 89:6 92:8,9
**learned** 33:20 91:23
  92:3,8 103:3 148:19
**learning** 82:19
**least** 31:13 123:16
  135:1 152:10 162:25
**leave** 15:7 52:13,21
  87:19 147:24 148:1
**led** 49:20 87:5 91:24
**Lee** 36:21 59:15 158:10
**left** 63:11 74:15 77:19
  146:5 150:5.20
**legal** 15:4
**legs** 156:19
**length** 146:8,24
**lengths** 62:3 146:15
**less** 23:23 25:25 28:18
  56:19 115:6 125:19
  145:9 146:21
**let** 4:16 5:23 6:6 26:9
  34:11 55:5 60:17
  71:7 91:9 97:1 109:7
  110:6 135:5 143:4
  149:24 150:12
**let's** 9:3 23:15 27:16
  36:19 40:11 43:13
  71:18 76:5 84:23
  87:14 89:17 90:2
  91:13,22 104:17
  107:17 113:13 114:1
  123:9 126:2 129:7
  132:20 133:2,11
  135:19 146:3 152:15
  164:22
**level** 17:18 70:6 81:19
  84:1,2 87:11,17
  133:24 160:17
**license** 15:4
**licenses** 14:6,7
**life** 91:19 100:25
**lifting** 91:24
**lights** 75:21
**lightweight** 102:5
**like** 6:23 8:23 14:14,16
  15:5,10 18:19 20:16
  20:19 33:16 36:1
  40:19,21,24 41:2,3
  45:7 46:1 47:24
  54:24 63:11 72:7,12
  79:15 80:3 81:7
  82:21 91:10,16 94:3
  100:12 110:8,12
  112:17,25 116:7,25
  120:21 124:16 126:15
  136:13 143:16 151:10
  159:11,15,17 164:25
**likelihood** 161:23
**likely** 118:20 146:19

**limited** 36:20 62:19
  132:14
**line** 40:20 52:16 71:3
  73:11,19 74:1,6,9,13
  74:16,18,25 75:1,3
  86:20 89:10 110:11
  138:14 166:7 168:14
**linear** 74:2 95:10
**lines** 46:8,14 47:3,4,9
  47:11 48:5,7,22 49:8
  50:13 51:6,8,9,11
**liquified** 86:19
**list** 11:20 18:25 54:17
  119:13 122:15
**listed** 8:7 11:3 12:1
  15:20 26:4 33:18
  78:22 124:10
**listen** 15:5,10 107:2,6
  115:7 116:3 128:21
**listened** 107:3
**listing** 4:25
**lists** 4:18 10:4,7 19:2
  122:22 123:2
**literature** 9:13,14
  82:25 92:16 93:12
  107:22
**litigation** 20:16
**little** 35:23 37:23 61:2
  80:21 110:4 129:24
  141:18 152:25
**lived** 115:16
**living** 80:4
**LLC** 80:8,17
**loading** 144:14
**local** 16:9
**located** 48:8 50:1 75:24
  75:25 78:9 94:10
**location** 48:16,18,18
  49:7,21 50:4,20
  125:19,24 134:25
  152:6 157:2
**locations** 49:19 53:19
  131:12
**lock** 54:25
**locked** 162:15
**locked-in** 145:13
  146:25
**lock-in** 145:22
**log** 55:7,12
**logic** 160:21
**logs** 27:10,11,12
**long** 28:14 32:1,2 42:8
  42:12,13 73:24 74:2
  76:15 84:25
**longer** 17:5 63:24
  146:11 151:8
**longterm** 94:8
**look** 26:16,24 29:13,14
  29:14 50:7 51:6
  52:14 60:25 64:13,22
  104:10 110:12 115:17
  121:5 122:14 124:7
  138:16 143:1 150:23
**looked** 11:18 64:15
  123:7,7,12 142:8
  144:8 162:24
**looking** 5:12 12:11 15:1

15:9,25 16:16 20:24
  50:8 69:9 73:10 80:5
  88:1 110:20 122:20
  137:15
**looks** 6:23 46:1 47:24
  72:12 143:15 151:10
**losing** 44:12
**lot** 14:9,10,11,13 25:19
  54:18 67:17,22 93:6
  94:19
**lots** 65:20 69:6,6
**lower** 9:6 102:3 126:12
  153:15
**low-level** 101:14
**lucky** 82:25
**lunch** 79:22,24

**M**

**machale** 2:5 168:23
**machine** 99:2 102:24
**machinery** 94:17 99:14
  102:15,20
**machines** 102:18
**Madame** 3:25 6:2,12
  26:24 29:14 30:6,18
  30:20 31:15,24 32:3
  32:23 33:5,9 34:23
  38:3,13 42:9 45:7,20
  47:6 64:18 65:9
  66:18 78:1,9 104:21
  110:24 111:18,20,24
  112:4,18 120:10
  122:3 127:18 142:2
  144:15 157:11,23
  158:13 159:10,21
  162:14
**Madame's** 131:18
  135:23
**made** 11:20 31:15,16
  36:9,25 45:11 46:11
  46:15,20 51:2 61:15
  63:15 64:16 67:10,15
  68:8,9 74:11 82:8
  107:13 118:15 120:6
  120:9 123:24 126:10
  134:6,9 136:6 164:11
**magazine** 18:1,2,3,5,13
**magazines** 82:22,24
  93:12,13
**mail** 24:13
**main** 76:19 77:3 115:7
  126:20 138:19 142:4
**mainly** 110:20
**maintain** 15:4
**major** 13:23 94:8 152:7
  152:13 154:24
**majority** 19:10
**make** 5:22 6:7 31:4
  32:16 38:8 41:10
  43:6 47:2 49:20
  83:22 84:24 89:18
  95:19 103:19 105:13
  106:4 110:4,6,8 121:5
  121:13,19 122:1
  124:8 134:11 135:12
  136:1,12,13,20
  137:18 143:13 154:1

159:24 166:3 168:13
**makes** 49:9 73:24
**making** 31:10 41:20
  53:7 74:7 92:25
  121:17 166:5
**man** 132:19 133:3
**management** 87:3
**manner** 114:6 130:20
**manual** 11:24 12:5,21
  142:19
**manufacture** 45:2
  86:21 95:5,8
**manufactured** 103:16
**manufacturer** 104:24
**manufacturers** 96:14
  96:18,19,20,23
  133:20
**manufacturing** 19:21
  88:24 89:8,10 97:13
  135:22
**many** 7:9 14:23 19:22
  19:22 22:14 42:4,5
  45:5 65:19 78:8
  82:18 88:9 93:1
  96:25,25 116:13
  133:7
**man-hours** 42:24,25
**marina** 81:22
**marine** 4:19 14:10
  15:17,21 16:5 17:18
  19:12,16 22:18,19
  56:16 93:3 109:21
  110:14,19,21 131:19
**mark** 5:16,20 8:20 9:21
  10:21 71:18,20 75:7
  119:25 126:15
**marked** 4:11,17 5:11
  5:23,25 6:10,12,22
  7:3 8:12 9:9,23 10:14
  10:15,23 11:9 12:1
  20:25 27:3 37:5
  71:21 72:10,23 75:9
  120:3 123:16,17
  124:3 126:17 143:20
  150:10,21 153:19
**marketed** 98:24
**marketing** 80:22 102:8
**marking** 9:6 75:12
**marks** 74:14
**mat** 152:25 153:2,6,9
  154:7,8
**material** 40:4 45:23
  69:25 83:1 94:19
  100:23 102:6 105:15
  134:25 135:1 146:1
  153:7,8,12 154:12
  155:25 156:8 160:2
**materials** 14:20 20:6
  26:22 41:15 53:18
  81:2,4 82:1,7,18
  94:13 95:1,7,8,9,11
  97:11,25 101:18,20
  102:2,10,14 105:1,5
  105:11
**math** 59:16 158:11
**matter** 98:22 135:17
  168:9

**may** 11:17 15:3,16 34:3
  36:2 37:25 46:14
  47:10 48:15 49:1,13
  49:17 50:22 51:6,8,15
  51:20 52:20 53:12,18
  53:19 54:24 56:12
  57:8,21 58:21,23 59:2
  59:18,19 66:17 68:3
  68:10,12,13,14 69:23
  72:18,25 73:12 74:18
  88:3 89:19 95:2
  105:19 107:23 116:10
  121:8 123:10 127:21
  132:13 136:18 137:17
  146:6 149:6 166:24
**maybe** 15:13 39:3
  71:14 73:4 91:15
  94:2 123:19 164:22
**McCartney** 17:4,15
**mcleod** 2:3,15 3:17,21
  9:6,20 10:13,20 13:22
  26:17 43:12 46:18
  47:8 52:7 53:6 54:1
  54:13 71:15,20 72:9
  72:12,17,21 75:7,11
  79:18 83:13,19 90:6
  90:16,21 108:23,25
  122:12,14,20,24
  123:19,23 129:7
  134:8,14,20 135:4,20
  136:3,15 137:17
  141:23 143:15,23
  144:1 161:19 163:5,9
  165:19 168:22
**McLeod's** 144:20
**mean** 7:10 40:14 42:7
  43:14 54:9 60:24
  68:16 69:23 73:3
  104:4,6 141:9 149:2
  150:1
**meaning** 65:6 151:15
**means** 35:3 41:23 69:4
  69:22
**meant** 141:24 165:2
**measurements** 73:12
  125:11
**measuring** 74:14
**meat** 104:17
**mechanical** 79:3 100:4
  105:4,6 145:17
**mechanics** 14:13
**mechanism** 161:1
**meet** 71:10 87:1 114:25
**meeting** 36:11 101:17
**meetings** 14:18 24:18
  24:22
**member** 14:19
**membership** 19:4,10
**membrane** 98:1
**mention** 19:1 66:23,24
  95:25 101:25
**mentioned** 12:6 23:5,11
  35:10,17 37:24 39:3
  47:10 63:5 66:17
  71:2 86:13 93:15
  96:13,16 97:20 98:18
  99:23 102:16 126:19

127:9 140:5 144:23
  147:10 150:24 152:4
**merely** 137:15 145:12
**MERRITT** 2:9
**met** 25:18 36:4
**metal** 38:5,9,21 81:8
  86:2 145:24
**meter** 30:1,22 31:7
  101:25 102:13
**metered** 69:25
**metering** 69:17 102:10
**method** 42:1 102:5,9
**methodology** 88:6
**methods** 41:25 82:18
  102:11
**metric** 120:18 121:2
**Miami** 1:16 3:9 168:5
**michael** 2:3,7,10 3:21
  17:7 23:19,20 25:12
  78:6 115:15 168:3,22
  168:23,24
**Michigan** 21:17
**Micky** 46:1
**mid** 80:15
**middle** 55:25
**might** 14:25 16:3 37:3
  38:1 42:18 44:11,12
  52:1,2,17 54:2 63:3
  66:10 75:3 84:11
  91:13 97:19 100:22
  110:12 111:10 113:7
  121:14 134:22 135:2
  136:10,25 138:24
  140:6 142:17 145:13
  164:21
**Mike** 52:20 143:5
**military** 121:4
**miller** 2:4,5,15 4:14
  15:6 18:22 43:2,6
  46:16 47:16 49:2
  71:7,11,13,18,22 72:7
  74:21 80:2 83:20
  90:18,23,24 108:15
  108:17,19 109:2,6
  115:15,21 116:3,15
  116:22 117:22 118:1
  118:8,9 122:13,17,23
  123:3 124:6 126:2,5
  126:15 129:10 137:23
  139:16,21 143:4,12
  144:9 148:22 164:25
  165:4,5,18 168:23
**Miller's** 79:19
**millimeters** 120:21
**million** 37:15
**mind** 18:21 28:22
  29:12 53:12 61:2,6
  73:6 113:19 141:6
**mine** 5:15 72:20
**minimize** 112:11
**minute** 5:10 57:16
**minutes** 4:10 11:9 32:6
**misalignment** 64:6,9
  145:9 146:12,20,23
  147:5
**misheard** 83:19
**missile** 96:4

missing 13:7 22:7 25:19
misspoke 22:22
mistake 143:13
mix 102:1,13
mixed 69:14,25
mixing 69:16
mode 115:5
modification 70:16
  92:24 110:11 138:12
  144:23
modifications 5:9
  29:18 35:4 50:14
  64:16 73:4 76:11
  77:15 86:25 133:21
modified 29:2 48:18
  49:1,9,21 50:18
modify 34:3
mold 135:10
moment 27:9 30:25
  79:6 157:4
month 28:17 91:16
months 65:19 66:6 85:5
  88:25
moore 2:7 5:6,9 15:6
  17:13 23:20 24:6,18
  25:2,5,12,23 26:1,8
  26:11,20,23 28:1
  29:13 32:13 34:11,13
  42:6 52:5,8,20 53:4
  72:1 78:3,7 79:22
  90:22 115:8,19,24
  116:19 117:18,24
  118:2 119:24 120:5
  121:8,20 127:11
  136:1 142:16 143:5,7
  143:17,20 144:6
  168:3,23
Moore's 24:12 34:5
more 15:9 18:12 32:5
  38:9 42:19 66:7
  77:10 87:17 96:12
  97:19 100:3 102:13
  104:14 110:5 123:2
  136:13 140:3 146:11
  146:19 159:1 162:14
  164:20
most 16:14 50:25
  118:20 119:3,9 163:7
Mouse 46:1
move 62:22 141:18
moved 48:15 49:4
  50:22,23 85:23
much 16:12 27:5 58:5,9
  59:6 64:23 65:17
  69:14 77:18 79:9,19
  92:15 93:14 125:19
  142:10 146:9
multiple 17:24 35:1
  41:22 159:12
murky 141:10
Must 83:7
myself 33:19 81:21
  89:12 104:7 107:21
  107:23 114:9

N

N 2:12

name 3:19,21 4:4,4,4,6
  17:6 21:13 32:10
  35:19 84:11 96:25
names 97:5,18
nancy 3:6 167:4,14
  168:20
narrow 132:2
narrower 135:1
national 14:18,22
natural 62:21 86:19
  141:5,8,21 142:1
naturally 144:13
nature 21:23 33:16
  63:20 88:10 141:17
naval 117:13
navigation 75:21
near 52:1 160:17
  162:11
nearly 40:22 63:17
necessarily 28:20 62:19
necessary 35:12 86:25
  88:18 92:7 106:25
  133:19 139:10 168:10
need 31:20 72:14 79:8
  116:3 121:9 128:21
  138:21 141:1 142:24
  158:18 168:16
needed 38:7
never 40:1 66:4 67:23
  83:14 109:16 110:2
  111:6 135:15,18
nevertheless 111:25
  138:14,18
new 13:18 16:14,21
  17:8 20:4 68:23 84:6
  88:11,11,11 92:23
  93:25 94:10 149:9,10
Newark 84:6
next 4:9 6:22 9:20 18:6
  41:12 43:13 71:19
  72:8 83:25 94:4,6,8
  102:16 105:21,22
  158:18
nice 72:16
night 119:1
nine 9:18
nip 99:1
nobody 31:6 67:20
  122:23
nobody's 39:3,6
nomenclature 121:3
none 19:5 43:19 51:11
  67:12 103:2
non-design 110:25
non-designer 114:24
  117:4
non-destructive 80:21
non-emergency 159:3
non-engineer 114:23
  117:4 134:2
non-engineering
  110:25 148:3 154:15
  155:15
normal 19:7 30:2,5,20
  63:4 65:8 68:16
  76:22 141:15
normally 39:16 42:15

68:13 69:5 112:14
Nos 2:19 6:9
nose-in-the 135:10
Notary 3:6
note 5:17,18 19:5 71:2
  73:10 75:20
noted 56:18 152:6
  168:13,15
notes 5:4,21,21 9:19
  24:18 31:20 36:22,23
  36:25 37:4 123:25
  124:2
nothing 39:20 61:17
  69:22 128:4
notice 3:7 50:5 139:19
  168:8
noticed 126:8 135:18
notify 121:21
notion 117:10
novicius 82:16
number 33:14 40:15
  55:25 56:3,6,14 62:17
  65:21 69:4 71:22,24
  72:8 76:18 78:16
  80:18 93:8 95:23
  100:13 101:23 119:19
  122:9 123:11 124:4,8
  130:25 136:11 139:14
  140:10 143:21 152:5
  159:24,25 160:1,3
  168:14
numbers 108:10 109:8
  109:10,15 121:6
  122:19 123:16,18
numerous 22:11 31:2
N-I-P 99:1

O

oath 3:15 167:1
object 41:6 49:2 108:13
  115:8 116:20 119:6
  161:19 163:5
objection 116:17 163:9
objections 116:19
  149:11
objective 153:22
  164:16
objects 155:18
obscured 22:7 61:18
observation 67:10
observations 29:9
  35:14 44:21 55:8
  70:14 78:18 121:16
  122:5 124:21 125:10
  131:14 134:4,6
  135:12 140:21 152:24
  164:19,11,14 151:18
observe 137:25
observed 70:18
observing 111:1
obtain 19:4 30:4 52:13
  93:4
obviously 47:12 118:16
  142:23
occasion 86:10
occasional 97:10
occurred 29:25 63:4

95:3 130:8
occurring 16:12
occurs 73:19
ocean 57:4 59:13
  160:11
October 1:17 3:9
off 13:20 23:16 38:10
  43:10 44:4,7 53:24
  61:4 62:11 76:18
  106:14 129:7,8
  138:23 143:18 151:4
  151:11
offer 9:15
offered 12:24 14:12
  15:13 37:25 38:2
  115:9
office 24:12,18 54:21
  119:12,21 142:17
  166:24
officer 166:4
offset 146:17
offshore 29:25
often 88:4 134:18
  132:14 137:15
Oh 22:22 24:17 93:20
  94:2 100:22
okay 8:24 10:1,12
  12:22 24:14 79:8
  121:23 128:23
old 82:9 84:22 85:7
  149:10
old-fashioned 99:3
omitting 154:8
onboard 66:18
once 7:1 35:21 113:3
  114:23 129:17 131:2
  136:24,25 142:21
  155:14 159:11 168:14
one 7:14 9:17 13:5 15:8
  18:11 20:9,25 21:3
  22:22 23:2 29:20
  30:1,22 31:7,15 33:13
  33:14,16 34:1,15 39:3
  40:15 45:19 46:13
  50:12 53:13 56:3
  63:10,11 65:2,3,21
  68:3 69:14,19 70:3
  72:20 75:7 77:18
  79:5 80:6 87:14
  90:21 96:9 99:17
  105:19 109:8 110:8
  115:7 118:6,19
  120:25 122:24 123:2
  124:9 125:19,21
  130:2 132:14 140:10
  144:4,17 147:20
  149:11,14 151:18
  152:5 153:10 154:6
  155:1 156:11,17,21
  156:24 157:5 159:18
  159:24 160:3 162:14
  164:10,23 165:14
  ones 12:13 33:7 72:18
  72:19 123:5
one-of-kind 89:9
one-page 9:13
only 13:4 16:9 20:25

22:12 33:8,19 44:10
  55:10 68:25 74:12
  77:11 81:4 96:25
  115:12 116:17 130:10
  143:7 147:15 149:14
  152:11,23 155:1
  156:1,2,11,17,24
  157:5 159:18 160:3
  161:17 162:5 165:14
only-one-in-the-world
  89:10
onto 27:16 152:15
  153:6
on-site 17:23 35:14,19
  36:7 126:23
on-the-job 103:3
opaque 137:2,3
open 61:19 77:19 163:4
opened 67:11 131:13
opening 39:18 58:17
  147:23
openings 158:17
open-molded 93:2
operated 31:2 80:14
  119:10
operating 30:2,5 31:7
  57:13 58:13 62:9
  118:25 119:4 140:20
operation 30:11 43:9
  65:9 87:3,5 133:18
  134:10 141:16 149:16
  161:14,16
operational 135:21
operations 133:14
  134:15
operator 30:15 118:21
  118:22
operator's 11:23 12:5
  12:21
opinion 10:8 18:16
  24:2 26:6,7 29:16
  30:14,18 34:22 35:10
  36:10,14 37:18,19
  44:16 52:4,15 53:7
  54:2 55:1,11,13,16,18
  55:21,22,25 56:3,6,11
  56:14 57:7,12 58:7,20
  58:25 61:11 65:16
  73:8 76:5,10 77:1
  78:12 89:3 106:24,25
  107:5 114:11 116:6
  117:11 124:23 134:6
  138:10 140:13 144:12
  147:19 148:3 152:18
  155:15 157:1 159:13
  159:22 160:13 161:12
  161:24,25 163:18
opinions 4:1 6:20 7:5
  11:11 23:11 24:22
  26:4 27:7 33:20 34:4
  34:8,10,15 35:25 36:6
  107:24 108:5 115:10
  121:18
opportunities 82:19
  130:10
opportunity 18:19
  33:19

**opposed** 20:17 53:10
  55:11 56:9 74:4 99:7
  99:7
**opposite** 15:25
**oral** 13:13
**orally** 30:8
**organization** 19:11
  134:3 136:10
**organized** 8:23
**orient** 75:8
**orienting** 75:20
**original** 8:4 29:2,5
  38:18 45:21 47:6
  48:17 53:21 64:15
  66:20 68:24 75:1
  78:13 88:17 166:23
**originally** 47:10 48:9
  49:1 71:16
**Orleans** 16:21
**osmotic** 22:2,7
**other** 4:2 6:3 7:6,7 10:4
  11:8 12:12,18 14:1,25
  15:13,21 18:4 20:18
  20:23 22:9,10,11 24:9
  24:17 25:18,22 30:8
  31:16 33:9 35:3 36:1
  36:16,21,25 40:3,4
  41:20,23,25 44:12
  49:23 53:13 56:5
  63:12,17,19 64:4,11
  67:7,13 69:19 75:14
  79:11,13 85:9 91:8
  96:5 101:1,8,9 105:7
  118:14,16 119:4
  130:6 133:20 134:8
  134:16 146:17,18
  151:18 153:9 154:19
  156:15 164:10
**otherwise** 36:5
**out** 7:14 8:9 17:22
  20:22 25:23 33:6
  34:14 40:13 47:17
  48:13 51:8,9 54:24
  56:1 57:3 61:18
  66:22 67:1,1,3 79:4
  98:4 99:5 137:14
  138:11 139:3 147:24
  148:1 153:3 157:18
  157:24
**outboards** 119:11
**outfall** 55:24 56:16,18
  56:21 57:17 58:15
  59:21,23 68:15 70:10
  76:1 147:22 162:12
**outfalls** 39:10 110:24
**outfitting** 42:16
**outside** 59:1,13 137:2
  142:21
**outward** 74:8
**over** 4:13 15:18 20:7
  25:5 27:3 33:16
  51:24,24 53:8 54:20
  87:7 91:23 98:1
  111:13 139:7,25
  146:5 149:4,23 154:2
**overall** 147:16 155:11
**overboard** 57:21

**overcome** 158:15
**overlap** 155:5
**overlapping** 104:14
**overlayed** 81:9
**overlooking** 13:9
**overnight** 26:11
**oversized** 45:19
**over-aged** 100:24 101:3
**own** 121:15 130:4
  153:25 160:23
**owned** 119:10
**owner** 76:12 110:2
  114:20 116:23 117:15
  118:10
**owners** 93:21
**o'clock** 148:1

**P**

**P** 3:20
**package** 142:16
**page** 2:13,18 5:25 9:15
  17:12 26:5 27:21
  33:3,13 34:17 55:6
  56:1,14 57:2 70:2,5
  71:1,24,25 72:4,25
  73:9 77:23 107:9,10
  122:21 123:1,2
  126:12 150:5,19
  153:15 155:4 166:7
  168:13
**pages** 9:19 27:20
  116:13 119:19 168:15
**pagination** 13:6
**paid** 81:25 116:6
**paint** 22:8
**panal** 125:12
**panel** 39:15 41:19
  102:6 104:9 142:8
**panels** 84:16 86:18,22
**paper** 144:4
**paragraph** 31:11 38:25
  43:13 72:24 76:9,10
**pardon** 91:2
**part** 9:1 18:24 25:16
  37:11 47:17 49:24
  57:11 60:12 67:2,3
  69:5 70:23 74:10
  103:21 104:16 106:14
  111:22 132:9,10
  141:15 142:15 143:24
  148:2,22 152:10
**part-time** 85:15 93:18
**particular** 60:9 87:23
  103:16 104:3,4 106:1
  111:17 155:10
**particularly** 18:15
  60:14 64:5 145:24
**parties** 21:8 126:10
  166:24 167:9,10
**parts** 32:4

**passthrough** 128:17
**pass-through** 39:14
  41:4,25 45:22 50:13
**pass-throughs** 41:21
  43:17
**patented** 80:22
**path** 115:6
**pay** 103:11 142:10
**paying** 43:3,5
**PCV** 102:21
**peeled** 54:22
**peeling** 44:4
**pending** 3:4
**penetration** 42:22 47:2
  76:1
**penetrations** 35:9
  44:15,16 45:1,6,11
  46:7 48:6,8,25 49:7
  51:1 76:16
**people** 15:5,13 36:21
**per** 57:16,16 93:25
**percent** 20:23 25:13,14
  147:15 148:3 152:11
  154:3,14 155:16
  156:1,2,6,7,11,21
  157:6
**percentage** 20:15,22
**perfect** 40:22 117:20
**perfectly** 64:10 121:2
**perform** 121:8,10
**performance** 96:10
  100:17
**performed** 29:18
  104:22 106:23
**perhaps** 76:22 104:14
**perimeter** 41:10 74:16
  139:9 147:24 152:12
**periphery** 139:9
**permitted** 56:22
**person** 16:9 134:3
  136:9 139:14
**personal** 24:17 30:15
  118:23,25 119:7
  121:15 138:10 142:11
  153:25
**personally** 119:4 167:4
**perverse** 15:17
**pfund** 1:24 2:14 3:1,12
  4:6 44:24 52:12
  79:18 157:10 168:3,7
**Pfund's** 5:21
**phased** 47:17
**phenomenon** 73:19
**phone** 28:6 36:5
**photo** 55:7 70:2 71:1
**photograph** 38:12,17
  55:12 71:1,18 72:5,23
  73:10 74:15 75:12,13
  125:21 126:13,16
  130:1 149:25
**photographs** 6:1 10:7
  26:1,19 29:10 38:20
  44:23 45:4,9 49:23
  50:2 51:13,15,19 52:3
  52:11,15 53:8 54:3,19
  54:21 55:1,4,9 64:15
  75:8 122:6 126:1,13

  150:5
**photos** 50:6
**phrase** 141:7
**physical** 50:19 83:17
  134:23 162:24 163:14
  164:4,16 165:16
**physically** 108:2
**pick** 64:19 110:7
**piece** 9:13 46:23 50:11
  63:12 99:20 145:23
  146:4
**pieces** 63:8 144:22
  145:19
**pin** 122:17
**pioneer** 102:7
**pipe** 39:10,17,24 40:6,8
  41:8 42:23 59:18
  62:10,13,15 68:15
  70:20,22,23 76:1
  104:11 106:22 107:14
  139:7,8 140:25
  144:22 145:19 146:16
  147:11 149:17 152:12
  154:22 160:14 161:1
  161:3,9 162:12
  163:23 165:8
**pipes** 42:23,25 63:24
  64:4,6,10 106:8 139:5
  139:25 144:24 145:7
  145:10,21 146:19
  147:1,6
**place** 79:25 113:19
  118:19
**placed** 8:4 115:2
**places** 130:6
**placing** 98:1
**plaintiff** 21:11,13
**plaintiffs** 1:8 2:3 3:2
  44:3
**plan** 34:2,5 124:11
**plane** 119:1
**planning** 33:22
**plans** 10:4 12:7,9,12,13
  12:18 122:7,10,15
  123:2,4,5,12 124:7,10
  126:23,25 127:5
**plant** 87:2
**plastic** 81:13
**plastics** 81:3,3,9
**plate** 163:1
**plates** 38:10,21
**plating** 38:5
**plausibility** 22:6
**plausible** 63:2 65:13
  66:2,9 160:16 161:7,8
  161:13,15,21
**plausibly** 63:23 137:10
**please** 26:10 34:1 47:17
  52:23 71:7,19 92:1
  107:9 121:19 135:5
  148:9 150:12,24
  151:22 164:3 166:23
  168:8,11
**plies** 130:25 131:1
  136:13,13
**plug** 92:25 103:17
  108:9 109:1,8

**plumbed** 46:25
**plumbing** 49:18 68:10
**plural** 158:6
**plywood** 48:19 50:11
  81:8 86:21
**point** 5:20 38:6 58:6
  61:22 68:2 82:3 90:2
  91:19,24 101:3
  104:18 121:11 136:16
  164:15
**points** 88:11 92:4,7
  96:16
**policy** 138:7
**polymeric** 101:11
**polyvinyl** 94:12 95:10
**poor** 56:15 57:7 59:20
  60:5,6,6,23 61:10,13
  62:25 70:19 161:4
  162:3,4,7
**port** 45:20 46:2,3 47:12
  50:8 56:18 60:16
  63:1 68:11 69:10
  70:7,8,12,12 73:3
  75:18 130:10,13
  149:13 150:15
**portable** 99:24 100:8
**portion** 47:19 59:22
  148:23
**posed** 37:15 131:23
  141:6
**position** 39:17 49:12
  71:25 83:11 114:6
  147:14 151:23
**positioned** 47:9,13
**possessed** 158:13
**possibility** 57:19 69:13
  161:22
**possible** 114:25 116:24
  117:6,10 118:11
  140:10 155:4 165:11
**possibly** 93:14
**post** 50:15 78:19
**potential** 42:16 64:1,3
  101:23 112:12
**potentially** 62:1 63:23
  64:9 76:13 77:12
  158:15
**power** 40:18 133:3,4,13
**powerboats** 81:22
**powered** 119:10
**powerful** 158:9
**practical** 41:11 117:11
**practice** 33:14 60:14
  68:22 131:19 132:14
  153:2 155:8
**practices** 105:24
**practitioners** 19:12
**precise** 125:6 131:24
**precisely** 86:14 104:19
**predating** 28:11
**predominately** 86:7
**prefer** 118:4,11 147:10
**Premarked** 2:19
**preparation** 105:3
  106:6 148:11,14
  151:24 152:19
**prepare** 23:24 150:2

159:25
**prepared** 5:6,19 8:6
23:20 25:7,16,20,22
26:14 27:6 30:3
147:18
**preparing** 6:20 10:5,9
29:4
**present** 30:12 34:1
51:11 53:19 128:10
151:8 152:14
**presented** 15:19 16:20
**presently** 78:10 121:9
**preserved** 116:20
**presidential** 116:8
**presses** 132:20
**presume** 151:22
**pretty** 13:3 41:7 79:8
158:9,11
**previous** 4:25 38:11
105:9 107:15,19
**previously** 47:21 58:11
95:6 148:25 168:10
**pre-load** 64:9 146:22
**pre-purchase** 22:3
**primarily** 77:22
**primary** 37:21
**primitive** 53:16 54:7
**principles** 103:4
**printout** 109:9
**prior** 10:5 17:13 24:4
45:12 65:22,22 88:3
121:22 161:5,10,14
161:17 162:1,9,15
164:9,18
**Pritchard** 36:21
**privilege** 116:9
**pro** 81:23
**probably** 7:13 21:21
28:4 85:5 87:23
93:20 105:18 108:8
133:7
**problem** 31:3 69:16,17
69:17 77:9,10 88:1,2
88:5,8 116:4 128:21
130:7 134:17 135:16
138:5 156:24
**problems** 70:11,17 83:3
84:15 88:15 95:2
144:18
**procedure** 39:19 166:2
**proceedings** 79:25
126:4
**process** 14:21 54:4,6,7
54:14 61:7 80:13
89:1,9 91:5 94:17,18
98:19 100:15.19
102:13 128:1,3,6
129:2 134:18 135:22
145:14 156:16
**processing** 98:15 99:20
**produce** 40:22 86:17
98:4 102:21
**produced** 156:18
**product** 24:7,11.19
82:24 96:5 98:5
110:15
**production** 8:3 86:20

132:25 133:21 135:7
136:4,5
**products** 68:18 81:7
94:21 95:4,13,15,23
96:9
**profess** 85:21
**profession** 15:13
**professional** 14:7 17:25
18:6,8,10 19:1,15
81:18,21,24.25 89:3
103:20 108:5 114:11
121:18
**professionals** 15:22
**profit** 43:6
**profitable** 43:9
**program** 109:9
**progress** 138:1
**progressed** 82:15
**project** 28:3 87:1 89:15
89:24 90:11 91:7
92:18 138:12
**projects** 80:8,16 85:9
87:24 93:9,18 121:4
**project-by-project**
85:4
**promise** 49:5
**promptly** 121:20,21
**pronounce** 3:18
**pronounced** 3:20
**propagates** 74:8
**propagation** 74:22
**proper** 40:10 99:15
130:13 138:3
**properly** 69:14 145:21
159:20
**properly-designed**
112:17
**properties** 100:4
103:18 105:4
**proportionate** 147:25
**proportioning** 69:17
**proprietary** 89:11
**prospective** 89:21
118:21,22
**protocol** 134:1
**prototype** 94:16,17
96:1 102:14
**prototyping** 92:25
**provide** 19:19 153:21
**provided** 7:23 8:2 13:2
13:8 26:21 37:5 54:3
168:16
**PROVIDES** 166:2
**providing** 20:8 121:21
**proviso** 127:20
**prudent** 33:19 140:4
159:14,18
**prudently** 47:12
**PSIs** 104:6
**Public** 3:6
**publication** 119:19
**publicity** 89:11
**published** 18:3,7,9
**publishing** 18:5
**puddle** 99:8
**puddles** 154:9
**puddly** 69:8

**pull** 8:18 99:4
**pulled** 8:13 51:8,9
**pulling** 8:8
**pulls** 99:13
**pump** 76:23,25 157:24
158:2,5,9,23 159:1,5
159:16,18
**pumped** 157:18
**pumping** 158:14 159:9
159:19
**pumps** 157:23 158:6
159:3,12
**purchased** 86:17
**pure** 97:10
**purpose** 3:3 20:16
75:22 112:9 138:23
**purposes** 101:7,8,10
154:6
**pursuant** 3:7 112:4
**put** 10:10 27:2 89:23
95:13 110:3 114:3
116:25 137:20 141:7
146:5 153:5 159:9
**puts** 49:12
**putting** 41:7 98:2 121:7
162:22
**putty** 41:14 42:1 59:25
70:1,2,4,6,6,6
**P-F-U-N-D** 4:7
**p.m** 165:22

**Q**

**qualification** 19:9,18
**qualifications** 94:19
**qualified** 90:5 104:8
117:5 121:13 124:24
**qualify** 29:17 88:18
100:17
**quality** 29:19 60:4
97:24 98:16 106:17
132:18 133:2,6
147:25 149:12
**quantified** 96:12
147:18
**question** 5:19 20:20
25:10 32:2 42:7 47:1
48:11 49:3 55:5
58:19 63:14 67:24
68:12 71:16 85:11,11
88:17 89:18 90:9,20
91:17,18 92:1 105:14
107:2,7,8,16,20
108:14,16,20 109:3,5
109:7,24 113:25
114:12 115:7,22,23
116:2,4,9 117:23,25
118:8,10 120:7
121:22 126:6 128:12
128:21,23 131:8,23
132:4,22 140:4 141:6
141:23 148:9 160:19
164:3
**questioned** 37:12 144:2
**questioning** 27:23
**questions** 3:24 33:25
42:14 60:19 67:17,22
72:14 79:20 88:14

105:14 141:4 144:20
165:18,19
**question's** 37:15
**quite** 15:20 108:11
113:5 121:3 131:14
136:22 137:14 150:6
**quote** 61:9 141:8,8

**R**

**racing** 86:1 98:14
**radius** 47:15 146:2
**raised** 38:3 54:22
**ran** 139:5
**range** 14:18 93:11
97:14 134:21 154:3
155:16
**rarely** 114:19
**rate** 57:15 58:12,14
111:19 158:16 159:2
**rates** 4:23 111:15
**rather** 8:17 134:14
147:2
**RE** 168:6
**reach** 34:9 106:25
124:15
**reached** 87:10 101:3
**read** 7:14 30:9 37:25
47:16,20 55:18 56:15
67:9 82:17 142:17
148:22,24 158:10
162:20 168:11,12,14
**reader** 93:13
**reading** 6:8 13:1 36:1
80:7 82:21,24,24
92:15
**reads** 28:25
**real** 76:10 107:6 117:11
136:16
**realistic** 161:7,9
**really** 31:5 39:3,6 90:23
116:3 127:5 137:3
143:23 145:11 163:18
165:13
**rear** 38:21
**reason** 32:16 33:2
162:5 166:7
**reasonably** 60:11
**reasons** 166:4
**recall** 17:17 21:13 23:9
28:5 30:25 32:11
49:15 50:3 59:15
65:22 66:23,24 67:6
67:12 79:14 124:9,14
125:18,21 127:2,13
128:12 131:20 142:23
143:21
**received** 7:2 11:1 13:5
15:22 16:1 25:25
26:15 27:25 36:13
78:4 122:8 126:9
142:16
**recess** 79:24
**recognized** 97:19
**recollection** 11:21 26:8
66:19
**recommend** 105:3
128:17,22 141:3

**recommendation** 33:15
**recommendations**
104:25
**recommended** 132:14
132:23
**reconfiguration** 88:24
**record** 13:21 37:6
43:11 72:2 129:7,9
143:19 167:7
**recorded** 47:21 148:25
**records** 20:21 78:16
**red** 75:17,20
**reduced** 147:16 151:25
152:19 153:23 154:13
155:10 156:6,10
**reduction** 147:25 154:4
156:22 157:7
**redundant** 92:22
**refer** 7:12 28:24 31:20
98:9 113:14 126:12
130:19 149:24 150:4
155:3
**reference** 80:6
**referenced** 168:9
**references** 9:15
**referred** 67:13 71:24
123:5 130:1 131:21
164:1
**referring** 31:12 56:3
70:3 72:2 79:7 80:25
87:13 88:22 117:18
127:17 128:13 129:3
141:12 143:6,14
146:15 148:13,18
150:17 152:10 153:14
153:17
**refers** 56:1 81:1 102:23
**regard** 37:4 46:21 77:2
108:5 111:7,15 133:1
134:1
**regarding** 5:7 13:11
88:23 128:13
**regardless** 115:1
**region** 17:8 75:2
**regional** 14:18,21
**register** 68:23 73:22
89:3
**regressed** 22:7
**regular** 103:21
**regulations** 113:24
115:11
**reinforced** 81:2,3
145:25
**reinforcements** 41:17
73:21 134:24
**relate** 85:21 120:15
**relating** 121:13
**relation** 76:2
**relative** 68:6 167:9,9
**relatively** 60:10 66:8
**Relax** 165:4
**relayed** 78:3
**relevant** 5:7 8:5 14:23
18:15 36:10,14
**reluctant** 88:13
**rely** 24:20
**remain** 112:1,18,22

113:21 114:8 118:12
**remained** 70:9 161:9
**remaining** 150:14,25
**remedy** 134:9
**remember** 94:6 97:3,5
97:6 108:20 116:15
143:23 145:3
**removal** 6:15 7:15
53:14 54:4,9,10,12,14
78:19 148:18
**remove** 69:2 148:15
152:5
**removed** 127:22
**render** 107:5 108:4
114:11 115:10 124:24
134:5 147:18
**rendered** 36:10
**rendering** 24:2 107:23
**rep** 17:8
**repair** 70:15 77:6,10
84:3 93:23 153:1
**repaired** 60:20 70:12
81:21
**repairs** 77:15 83:22
92:23 137:18
**repeat** 132:4
**report** 3:25 5:19 6:1
7:13 10:3,5,9 11:11
23:13 26:2 27:2,17,20
28:25 29:4 30:9
31:12,13,14 33:3,12
34:24 35:18 37:10
55:6 57:23 68:20
71:21,21,24 72:24
73:9 77:24 80:5
107:22 126:14 130:17
138:2,15 139:10
143:24 150:5 160:9
161:25 167:6
**reported** 35:11 66:13
131:11
**reporter** 47:20 119:25
148:24
**reports** 10:8 58:2
**repositioned** 47:4,11
**represent** 3:22 75:3
104:7 107:21 114:9
121:18 141:16
**representation** 110:18
**representations** 103:19
**representative** 94:23
**represented** 27:8 32:24
110:10
**representing** 94:25
**represents** 4:14
**request** 18:25
**requested** 47:19 93:12
148:23
**requests** 59:10
**require** 42:5
**required** 34:8 42:18
89:16 93:9 111:14
112:5 130:4 159:2,4
160:18
**requirement** 19:7
**requirements** 90:5
112:20,22

**requisite** 89:6 109:13
110:16 111:4,8
**research** 88:7,10 89:16
93:10
**researching** 88:25
**reservations** 105:17
**residence** 4:7
**resin** 60:8 68:20 69:1,2
69:7,8,12,13,19,20
99:8,11,13,15,16,24
100:4,8,16,17 101:23
106:10 149:9 151:13
151:17 154:9
**resins** 82:10 94:20
99:25 101:3,12 102:3
105:2
**resin-rich** 154:9
**resistance** 105:6
**resources** 30:24
**respect** 7:25 29:17 37:2
44:11 46:16 52:16
118:16 120:10 152:22
**respects** 124:18
**respond** 96:7 116:18
**response** 148:8
**rest** 62:11
**restarting** 88:24
**restate** 92:1 109:7
116:1
**restoration** 86:1
**result** 27:1 147:1 157:6
161:10
**results** 59:13 103:19
**resume** 13:13 97:17
**resumé** 4:18,20 13:1
15:20 19:2 97:20
**retain** 87:2
**retained** 25:5 28:15
29:1 88:2,4,8,20
89:12
**retention** 25:24 27:25
**return** 168:15,16
**returned** 31:24
**reverse** 99:6
**review** 19:17 26:19
126:22
**reviewed** 6:17 10:9
11:18 12:14 19:15
20:21 57:23 78:23
**reviewing** 26:22 34:6
54:17
**re-evaluated** 132:24
**rich** 69:7
**richard** 1:10 2:6 29:18
35:3,21 76:11
**richness** 68:20 99:16
**ridged** 63:24
**ridiculous** 114:18
**right** 6:20 11:6 12:3
21:9 38:22 39:23
40:6 46:12,17,18
48:16 50:10 61:18
63:12 67:8,16,17,19
67:21 71:2,6,9 72:12
73:24,25 74:14 85:17
90:15 92:20 96:22
109:18 112:13 122:25

126:13,14 129:13
130:4 132:20 133:4
134:19 136:18 141:19
141:20,24 144:18
146:4 147:12 151:1
153:15 154:18 155:4
156:7,23 161:11,18
162:9 163:4 165:15
**right-hand** 5:17 9:7
72:5
**rigid** 73:22 141:14
**RINA** 124:5 142:18
**ringer** 99:3
**ripped** 44:7
**river** 38:19
**road** 4:8 81:15 83:10
83:16,18 85:23 116:7
116:10
**roads** 115:5
**Robert** 26:1 115:4
128:20 148:20
**role** 138:8
**roles** 99:6
**role-dip** 99:2
**rollers** 69:3
**rolls** 99:4,8,9,9,11,13
**room** 34:25 51:23
65:10 66:22 67:1,11
67:14,21 76:17
111:20,24 112:5,10
112:18,23 113:2,6,8
113:18,21 114:4,7,21
115:3 117:2,3,16
118:13,18 119:8,11
157:22 158:22 159:8
159:13,19
**root** 73:23,25 155:6
**rotate** 99:4,8
**rotation** 99:12
**rough** 53:17
**roughly** 106:18 140:21
**round** 40:17,20,23
**ROV** 6:23 7:3 8:1,4,11
8:14 164:12
**roving** 153:1,3,7,9,16
154:5
**rubber** 62:4 63:5,10,21
63:25 64:5,8,24 139:6
139:6,24 144:21
145:20,23 147:3
**rubbery** 45:24
**rubbing** 147:8
**rudders** 94:2
**RULE** 166:2
**rules** 112:4 113:14,23
166:2
**run** 14:10 47:13 146:9
147:3 159:18
**running** 58:23 65:2,19
119:1 133:20
**runs** 74:14

**S**

**S** 2:17 3:6 167:4,14
168:20
**saber** 40:18
**safety** 44:13 76:13

**sailboat** 22:4 98:15
109:25
**sailboats** 81:21
**sales** 97:10
**salvage** 7:2 35:19 53:10
**salvaged** 6:16 32:7,19
35:8
**salvagers** 35:9,11,15
**salvor** 37:24
**same** 32:14,19 34:17
49:12,12 51:23 57:1
57:25 72:24 83:9
107:9,10 108:9 131:5
146:9 160:15 161:1
161:22 163:9
**samples** 154:1
**sand** 65:20
**sanded** 151:13
**sandwich** 110:7
**sandwiched** 95:15
102:6
**sank** 30:13 34:25 44:8
68:6 164:6
**satellite** 95:21
**saturate** 69:1
**save** 143:4
**saved** 158:3
**saw** 17:11,23 40:18,18
40:18,20,22 51:1,3,3
51:4 62:25 66:22
70:17 80:5 125:19
127:11 131:5,8
132:19 133:5,15
135:23,23 138:1,13
138:17 139:4,23
142:18 162:11
**saying** 31:6 40:5 44:7
44:10,24 54:8 61:2,20
77:5 89:7,7 90:17,18
90:19 134:14 136:2
139:13 149:11 150:3
**says** 5:18 12:12 55:7
71:1 73:10 97:17
110:2 113:16 130:24
**scantlings** 142:19
**scenario** 76:24
**scenarios** 76:18
**scene** 132:19
**schedule** 123:24 124:1
124:12 125:4,14,15
126:9 142:9
**schedules** 123:8,12
**schemes** 78:17
**Schofield** 35:17 131:7
131:10,16 132:5
148:20
**Schofield's** 26:2 30:9
130:17 131:15,20
143:8,9
**school** 13:13,16 15:1,9
158:11
**schools** 14:12,14,14
**scientific** 164:17 165:7
**scope** 25:24 27:22
28:24 111:22
**scored** 102:21
**scoured** 66:11

**scrim** 102:20,24
**se** 93:25
**sea** 30:5 31:5 139:4,16
140:1 144:14
**seal** 35:12 39:14 40:10
42:8,24,25 45:3 51:2
129:17 136:7
**sealant** 51:8 53:10
**sealed** 35:2,22 39:1,5
40:2,4,7 41:23 43:18
44:15,18 45:15,23
50:20 51:25,25 52:2,2
52:17 53:2,10 54:16
127:12,16,20,25
128:11 129:1 139:24
**sealer** 51:3
**sealing** 39:7 140:3
**search** 138:24
**seas** 30:1,11,22 31:7
142:2
**seashell** 143:9
**seasonal** 85:23
**seatings** 110:1
**seats** 110:2
**seat-of-the-pants** 148:2
148:7 154:15
**seawater** 56:22 58:14
59:1
**seaworthy** 30:11
**second** 9:15 55:11,16
55:21,22 57:7 58:25
76:6,9 123:1 124:1
149:3,3,16 157:4
**secondary** 105:6
148:20 149:8,10,18
149:21 150:7,13,16
151:1,25 152:19
153:23 154:13 155:11
**section** 19:1 29:23
31:12 97:17 130:11
131:12 137:9
**sectional** 158:16
**sectioning** 79:17
**sections** 8:5 63:6
125:12
**see** 9:3 16:17 17:1 26:9
36:20 38:21 40:3,19
41:2 51:4,7 55:12
60:13 64:22 65:24
68:18 69:6,7 71:7,8
71:12 74:12,15 79:8
84:23 90:19 96:6,24
97:1 101:2 104:22
107:1,5 110:23 115:4
116:17,25 117:7,22
121:9 124:13 127:14
127:19 128:9,25
129:15,20 131:4,24
132:12 133:13 138:4
140:16 143:1 149:15
150:12,14,15,25
151:3,7 152:13,25
153:1,16 155:5
**seeking** 92:11
**seem** 92:11
**seems** 92:2
**seen** 7:7,10 33:8 49:24

51:13,15,18 52:3,10
52:25 53:7,11 54:18
54:20,24 55:1,3 58:2
65:9 66:12,16 67:2
68:4 131:11 142:5,25
147:11
**segments** 7:1
**select** 17:1 153:8
**selected** 60:8 97:18
154:12
**selecting** 106:15
**selection** 155:25
**self-addressed** 168:16
**seminars** 14:23,25 15:3
15:19
**send** 96:23 101:11
**sending** 100:24
**sends** 34:7
**senior** 17:7,18
**sense** 26:18 105:24
111:1 112:8,16,24
113:15 114:1,5
116:23 163:7
**sent** 5:8 20:7 26:23
94:23 96:13 139:4
**sentences** 5:14 55:17
**separate** 33:25 72:8
140:8
**separated** 165:8
**separating** 165:13
**series** 77:9
**serious** 76:12 77:10
**service** 33:5 63:4 74:5
74:20 78:1 93:13
94:22
**services** 9:14 19:19
20:8 28:24 111:22
168:20
**set** 33:23 94:18
**sets** 124:10
**seven** 9:18 28:18
**seven-sixteenths**
125:23
**severely** 53:22
**severity** 162:11
**share** 145:18
**sheet** 123:21 143:10
166:1,23 168:12,13
168:15
**sheets** 120:17 122:7
**shelf** 100:25
**shell** 56:17 59:21,25
70:21,25 126:11
130:12 148:17 161:3
**sheriff** 10:2 32:18
**shiny** 69:7
**ship** 16:21 19:21 31:22
32:1,9,22 33:1 36:8
44:13,21 45:17 49:25
126:24 140:1
**shipbuilding** 20:19
**shipping** 16:18,23
84:12,19
**ships** 33:4,10 44:25
49:17 77:25 86:19
**shipyard** 28:7 43:2
83:14

**shipyards** 97:3,4,5
**ship's** 41:4 42:17
**shock** 64:2
**shocks** 63:22
**shock-absorbing** 63:20
**shop** 98:13
**Shore-D** 100:11
**short** 126:2
**shorter** 147:3
**shot** 91:10
**shoulders** 16:13
**show** 39:13 44:23 45:4
48:25 70:1 73:16
75:13 123:17,19
126:25 155:23
**showed** 11:15 17:13
72:22 142:14
**showing** 6:15 7:4 78:17
162:23
**shown** 38:12 75:16
79:13
**shows** 14:22 56:19
82:20 150:6 164:12
**shut** 133:3,13
**shutdown** 133:21
**shutting** 133:18 134:10
134:15
**side** 17:10 42:22 46:3
47:12 50:8 55:8
56:17,18 60:15,22
63:11 68:11 70:7,12
70:12,18 75:14,18
112:13 126:11 130:10
130:13 131:25 132:3
132:7 148:16 150:4
150:15
**sides** 40:9 63:1 130:21
131:17,23 132:1,2
149:13
**sidewalls** 84:18
**sign** 168:10,15
**signature** 166:25 168:9
**signed** 166:23
**significance** 109:10,14
**significantly** 30:12
**sikes** 2:9,10 26:9 37:15
54:8,11 72:16 108:13
108:16,18,20,24
116:13 139:13,17
143:24 164:24 165:2
168:24
**Silent** 3:20
**similar** 13:3 18:17
23:11 56:19 57:25
60:15 73:4 78:1
110:23 124:12 128:17
133:19
**simple** 42:20 97:10
110:11 111:1 125:11
136:23
**simplist** 134:22
**simply** 63:7 67:24 92:6
99:24 116:20
**simultaneously** 153:3
153:10
**since** 47:3 74:10 89:25
92:17 97:16 114:9

116:5,8
**Singapore** 94:25 97:4
**singular** 158:5,8
**sink** 29:21 115:2 118:3
158:23
**sinkable** 118:6
**sinking** 3:24 29:5,25
30:22 35:7 38:18
50:15 70:9 120:11
121:13 142:3 157:15
161:6,10,14,17 164:9
164:18 165:8
**sister** 31:22 32:1,9,22
33:1,4,10 36:8 44:21
45:16 49:16,24 77:25
78:8 126:24
**sit** 15:4,10 28:21 67:25
**site** 137:25
**sites** 97:8
**situation** 30:20 41:3
44:5 146:14
**situations** 115:1 134:9
**six** 9:18 18:7,20 27:21
33:3 77:23 78:12
148:1
**six-inch** 146:8
**size** 41:7 45:17 113:5
140:21
**sketches** 110:6
**skills** 86:2 89:6
**skimmed** 142:22
**skinny** 73:24
**skins** 97:25
**skip** 27:21
**skipped** 37:11
**slap** 62:12 136:19
**slave** 83:12
**sleaves** 139:24
**sledge** 154:2 155:19
**sleeve** 63:10,11 64:5,8
139:6 144:22
**slightest** 64:6
**slightly** 50:3 63:24
92:22 130:15
**Sloppily** 160:5
**sloppy** 152:8
**small** 31:8 38:20 41:10
93:18 132:10
**smaller** 51:1
**smoke** 66:3,9,22,24
67:2,10,14 68:4
**societies** 114:17
**society** 14:20 114:2
**software** 103:18 108:3
108:9
**solely** 59:7 79:16
160:15
**solution** 88:14
**solve** 83:2
**some** 3:24 4:1,11 5:9,13
5:14,18 6:3 9:14
12:12 26:19 30:19
36:13,21,25 38:5 40:4
40:18 41:14 42:16,17
44:2 45:23 47:23
49:23 51:21,25 57:10
57:21 58:6 59:15

61:21 64:3 65:9 66:3
66:20 67:17 68:2
70:11 75:4 78:14
79:20 81:10 82:25
83:2 84:2,15,20 86:4
87:2 88:2 97:18
100:3 102:14,18,20
104:14 114:1 118:16
121:4,14 123:8
124:18 125:11 136:19
137:8 141:4 142:5,7
142:18 145:13 146:6
147:20 151:20,21
152:2 164:11
**somebody** 21:9 66:17
144:2
**someone** 61:15 104:8
112:25 115:15 135:13
**something** 25:12,13
33:20 38:1 40:19
49:15 60:25 69:23
74:4 96:6 144:5
**sometimes** 135:15,17
**somewhere** 28:7 36:24
38:15,19 66:16 80:6
93:17
**SON** 7:14,17
**soon** 5:6
**soot** 65:5,10,11 66:3,9
**sorry** 37:10 122:13
127:13 163:25
**sort** 40:18 41:14 81:10
110:9 115:4 116:7
120:25
**sorts** 87:24 122:18
154:2
**sound** 113:4
**sounds** 117:20
**source** 34:16 37:21
56:1,4,5
**sources** 33:18 37:13
165:11
**source(s)** 55:23
**southern** 1:2 3:5
**speak** 80:3,24 137:12
**speaking** 37:24 45:25
54:14,23 75:14 76:14
79:1
**Special** 80:8,16
**specialist** 19:13
**specialize** 137:13
**specific** 35:9 46:20 63:2
72:19 78:21 82:1
85:3 88:1,14 92:11
105:17 120:6 128:12
149:24 164:20
**specifically** 16:23 29:2
29:15 45:10 52:25
60:19 66:23 71:23
74:12 84:13 88:22
94:6 98:15 100:7,16
102:23 105:2 124:9
126:12 146:14 148:17
153:15
**specification** 122:7
**specifications** 105:10
120:17 122:10 123:14

124:22 160:23
**specified** 68:11 119:20
**speed** 57:13 58:13
119:1
**spell** 4:4
**spelled** 4:7
**spend** 27:5
**spent** 17:22 32:2,5,6
58:18
**spoilers** 78:2
**spoiler's** 53:15,23
127:21
**spoke** 11:4
**spot** 130:2 133:7
**spots** 151:11
**spread** 120:17 122:7
123:21 143:9
**squeegee** 69:3
**squeezes** 99:5
**SSR** 7:18
**stamp** 26:15
**stand** 16:10 68:3
**standard** 4:23 9:1,14
19:17 33:14 41:12
60:14 105:23 153:2
159:15
**standpoint** 104:2
108:11 110:14 113:16
116:24,25 135:21
140:13 145:17
**starboard** 55:8 56:17
56:21 57:3,8 58:6,21
59:17 60:15,21 63:1
64:13 65:7,13 68:11
69:10 70:18 73:5
75:19 104:11,20
106:23 107:13 126:10
140:9,25 147:11
149:13 150:4 160:14
160:25 161:3 162:12
162:25 163:1,3,23
164:5 165:7
**start** 17:13 55:6,16
82:3
**started** 4:3 26:22 67:20
**starting** 73:2,4,14,16
74:19
**starts** 73:11
**state** 3:7 15:17 21:15
21:16 30:5 31:5
57:25 167:2,14
**stated** 8:10 30:25 34:24
40:12 58:11 95:6
109:16 156:9 161:12
161:24
**statement** 29:25 31:1
31:10 38:11 41:21
46:20 49:20 109:5
132:1 153:22 163:25
166:4
**statements** 36:9 44:21
**states** 1:1 3:5 76:10
78:9 94:24
**static** 62:15
**stating** 37:14 88:4,6
140:12
**status** 19:6,8,16 23:2

stay 114:22 117:3,17
stayed 38:6
steel 38:5 141:19
stenographic 167:6
step 35:23 41:12
  105:19 158:19 164:23
steps 136:12
stern 142:4
Stick 82:23
sticker 6:7
sticking 40:8
stiff 73:22
still 44:8 70:11 77:1
  158:23
stone 115:16
stop 51:4 60:17 132:20
  133:23
stopping 132:25 134:17
  135:21,25 136:3
stops 64:7
storage 64:19
store 65:25
stored 32:20
straight 158:11
straightforward 39:18
  128:3 136:12
strand 152:25 153:2
  154:7
street 138:24
strength 103:15 104:3
  105:6 106:17,21
  107:12 110:16 147:16
  148:4 151:25 153:23
  154:13 155:11 156:3
  157:7
stress 146:25
stresses 74:5 110:17
  111:9 145:13,22
strictly 85:3 110:24
  120:18
strike 93:15 119:6
  130:19 140:6 162:13
  162:18
striking 161:6 162:1
strip 149:22
strong 136:18 149:11
stronger 136:20 137:19
structural 20:6 74:7
  94:13 95:11
structurally 116:5
structure 34:18 101:2
structures 81:18 83:6
  110:21
stuck 159:16
students 155:23
studio 8:3
study 91:15
stuff 15:15 119:2,2
stupid 114:18
style 21:7
subject 6:1 29:1 37:22
  52:22 75:5 141:14
  152:16
subjected 111:10
subjective 104:5
  121:16 147:20 152:2
  152:17 154:17 155:9

155:13,14 156:3
subpoena 9:16 10:1
  18:25
subscribe 93:11
subsequent 10:9 136:8
  137:18
subsidiary 84:5
substance 27:16 166:3
substandard 61:11,17
  132:8,11 133:15,24
  138:2,5
substantiate 121:16
substrate 154:10
substrates 106:7
SUB-RUN 7:14,17
successfully 95:2
sufficient 106:20 107:5
  107:11 131:1 151:19
  165:6
suggest 39:8 52:1 67:4
  68:6
suggesting 133:22
suggests 68:9
suitcase 100:5,12
summer 13:16 16:8
summery 24:1
sunk 37:17 157:11
  159:10,21
superfluous 105:20
superior 96:10 98:5
  138:15,21 139:11
supervision 61:14
supervisor 138:2
supplementing 62:15
supplied 105:4,11
  128:18
supplying 129:4
support 47:24,25 62:6
  102:8
supports 163:14
suppose 80:7 133:11
supposed 68:19
supposedly 33:23
sure 31:5 32:16 38:8
  48:11 67:20 89:18
  110:6 118:2 121:5
  159:23 163:18,22
  168:15
surface 24:13 106:7,8
  137:16 148:4,10,14
  149:4 150:2 151:9,13
  151:24 152:18 160:1
  163:11
surfboard 82:8,16
surgery 164:12
surplus 69:12
surprised 114:19
surrounding 66:20
survey 6:23 7:3 8:1,4
  8:11,14 19:12 22:3
surveyor 17:20 22:1,7
surveyors 15:21 16:22
  19:7,16
surveyor's 19:6
survive 110:16
susceptible 146:12
sustained 119:3

swat 154:1
switches 159:16
sworn 3:14 167:5
synopsis 119:17
syntactic 101:25 102:2
  102:9
system 29:3,6,16 42:18
  45:18 55:8,24 56:18
  57:18 58:15 59:25
  60:12 62:7 64:10,16
  70:16 73:1,13 76:25
  128:14 146:22 159:9
  159:19 164:2
systematically 123:9
systems 35:5 41:4
  62:16 139:1
S-C-R-I-M 102:20
S.p.A 1:11 2:8 29:13
  37:9

**T**

T 2:7,17
tab 106:23 155:7
  162:25
tabbed 104:13 147:11
  152:12 156:1
tabbing 39:19 70:20
  104:10,20 130:24
  131:17 132:6 133:5
  133:13,15 147:15,24
  149:17 152:14,22
  154:10,21 155:1,5,6
  156:11,15,18,19,21
  156:25 157:2,5
  159:24,25 160:3,4
table 126:6
tabs 149:3
tailed 155:2
tailor 39:16
tailoring 60:5 106:16
  152:8
tailpipe 140:9 149:22
  165:8,13
Taiwan 94:25 97:3
take 13:12 19:4 29:13
  42:8,12,13 79:21,22
  82:11 83:21 85:20
  91:6,20 92:5,8 108:17
  115:6 116:13 117:14
  126:2 132:1 137:20
  139:18 140:15 145:23
  150:23 158:18 164:22
  168:8
taken 3:2 24:18 38:20
  54:21 64:17 67:19
  76:22 79:24 151:4
taking 19:17 34:19
  88:12 157:7 165:21
talk 25:23 82:4 87:14
  113:13
talked 65:14 105:19
  127:24
talking 34:17 38:22
  48:9 52:5,8,15 54:15
  55:20 57:2 58:5
  64:14 73:18 74:21
  89:20 96:21 132:2

136:15 145:11
tanks 95:22,22
tansom 3:14 38:4 77:7
tape 7:14,15,17,18,18
  7:25 8:1,4,4,12,14
  26:11 74:14 164:12
tapes 6:4,5 26:16 39:14
taping 39:19 60:4,5
  152:9
target 92:11
task 86:24 104:22
tasked 29:4,8 58:19
  142:22
taught 15:19,24 16:17
  86:2
Taylor 17:7,9
teaching 16:16 155:22
technical 14:14,23 18:1
  80:23 83:2 92:16
  93:12 94:22 102:8
technique 42:4,10
  87:12,13 97:24 99:18
  104:15
techniques 98:7,12,16
  105:1 128:15
technologies 80:13
  88:12
technology 89:1 98:20
teenage 82:4
teenager 16:8 81:16,22
  82:20,23 92:17
telefax 119:24
telephone 25:6
tell 4:16 5:2 6:4,12,25
  9:25 15:2 27:11 45:5
  46:6,12,13 53:2 55:15
  59:17 67:16 69:19
  82:15 86:14 101:5
  102:1 109:23 116:11
  122:9 123:11 125:20
  127:5 152:21
telling 46:17 89:4
  104:11 115:12 137:24
  149:20 154:11
temperature 60:11
  106:12
temperatures 100:9
ten 4:10 9:18 126:12
  154:3
tentatively 74:24
term 48:1 81:1 85:4
  92:20 95:14 109:23
  141:22 146:25
Termanto 94:12
terminology 74:1 98:22
  141:10
terms 4:23 29:12 57:6
  60:9,18,20 82:21
  104:5 105:5
terrible 104:5,12
terribly 59:20 61:13
test 19:9,18 80:21
  94:16 96:1 97:12
  99:25 100:2,3,12
  101:2,22 102:19
  146:9 155:17
tested 15:15

tester 96:4
testified 3:15 21:3,18
  22:13
testify 23:4
testifying 53:9
testimony 4:25 21:23
  22:5 37:25 38:2
  52:21 167:7
testing 88:7 94:19
  100:7,12,14,17
  102:16 152:24 154:1
tests 154:3
texture 151:9 154:6,7
thank 79:18 83:19
  121:25 165:19
their 14:15,21 19:17
  20:9 35:4 43:9 50:19
  67:19 83:1,23 84:5
  86:19 87:1 88:5
  94:20 95:1,1 96:11
  104:25 105:1,5 109:1
  113:23 116:7 134:4
  144:25 152:25 155:5
  155:6
themselves 62:16 95:8
  139:2 147:2
theories 68:7
theory 44:2 57:25,25
  65:1,12
thermal 62:8
Theurer 84:4 86:11,16
  87:15 88:19 89:5,19
  89:23 91:3,6,14 93:16
  94:4,7
thick 125:23 130:3
  145:25
thicker 130:15 136:12
thickness 125:4,11,13
  125:15 126:8 137:4
thicknesses 125:22
thing 15:8 41:2 50:25
  53:14 61:21 104:23
  105:21,22 108:11
  109:8,10 135:17
  137:20 143:7
things 4:2 10:5 14:25
  15:14 20:19 26:19
  35:24 54:24 65:25
  82:21 83:3 94:3
  100:12 110:4 120:21
  131:5 134:13,16,22
  135:2 136:13 137:13
  155:18 159:15,17
think 13:2 18:15,20
  19:2 20:25 22:14,16
  23:16 26:13 35:6
  39:2 42:21 45:10
  48:21 50:22,25 52:24
  54:19,25 59:17 61:10
  62:17 65:20 66:8
  74:17 87:19 89:17,21
  90:16 92:4 93:6
  102:23 106:20 108:21
  108:25 109:13 110:3
  113:15 114:5 117:5
  121:11 124:4 128:3
  129:3 132:11 133:6

133:18 136:1 138:7
138:25 139:9 140:4
143:7,15 149:6
153:12 158:18 162:8
162:10
**thinking** 113:23
**third** 76:5 119:2,5
**third-world** 95:22
**though** 24:25 39:21
113:7 132:16 157:21
164:15
**thought** 53:5 89:19
90:22 105:10 134:16
137:19 138:1,4 140:8
163:25
**thoughts** 145:18
**thousand** 54:20
**three** 8:19 9:17 10:18
15:5 28:10 33:23
45:1 54:20 55:6,25
56:6 70:2,5,5,5 72:25
73:9 110:6 144:4
150:5 153:15 155:4
160:2 165:11
**three-day** 16:17
**three-eights** 125:22
**three-foot** 146:3
**three-quarters** 125:18
**three-ring** 10:20 12:8
**through** 4:11 8:16,18
13:1,12,14 23:17
27:19 35:1 40:8 41:5
41:6,8,14 43:19 45:18
46:25 48:21,22 49:19
51:7 55:16 56:17
57:18 58:23 62:10,23
67:25 68:9,9,13,14
69:2 70:8,16 77:8,13
85:20 99:5,13 103:3
128:14 129:1,18,21
139:1,5,25 143:1
157:22 158:16,22
168:11
**throughout** 14:15
**through-hull** 129:21
**tide** 110:1
**tiger** 40:18
**tight** 47:15 73:21
**time** 4:15 16:2,11 17:22
23:25 25:6,16,19,21
27:5,6,6,10,11,12
29:21 31:13,14 33:16
34:1 35:19 42:15
49:13 58:18 79:20
82:3 83:5 84:17,22
85:6,12,18,19 95:7
121:11 137:25,25
143:4 146:10 161:20
163:11 164:23 168:9
**timely** 159:9,20
**times** 14:10 18:8 31:2
37:15 100:9
**title** 5:25 6:14 17:18
37:8 119:16,18
**titled** 8:14
**today** 3:24 6:4 11:12,13
11:14,19 20:17 23:12

28:21 33:8,21 36:6
52:13 91:14 161:25
**together** 17:22 64:7
110:4 113:20 117:2
137:21 144:23 145:7
145:19
**toilet** 95:22
**told** 35:15 57:14 78:8
90:10 114:3 120:7
126:21 127:11 157:4
**tool** 40:21 110:8
**tooling** 84:3,20 92:25
**top** 150:5 153:3,7
**topic** 67:13 92:16
131:21
**topics** 15:6
**Torin** 20:4 94:9,14,16
95:4 96:9,13,23 97:15
97:17 102:7
**total** 42:24 159:5
**touching** 63:19
**tow** 38:7,24
**toward** 38:19
**towards** 88:7
**towed** 38:13,18,19
**tractor** 84:18,21
**trade** 10:11 14:22
15:22 19:7,10,14
82:20 92:15 93:12
**traditional** 93:2 102:9
**trailer** 84:4,11,21 85:1
86:11,16
**trailers** 84:18
**training** 20:8 97:10
98:11,15 102:25
103:4
**transcript** 6:8 47:20
148:24 166:6 167:7
168:10,12,14,14,17
168:22
**transition** 16:11
**transom** 6:16 29:3,15
35:1,10,22 37:16,20
39:22 40:6,8,16 41:22
42:10 43:17,20 44:15
44:17 45:2,6,11 46:7
46:25 47:2 48:6,7
49:8 53:15,24 68:9
77:13 78:18,19
112:15 127:22 128:14
131:22 139:1 158:17
**transportation** 84:7
86:19,22 96:18
**transported** 84:8
**trapped** 109:25
**travel** 100:5
**traveled** 115:6
**trial** 21:3,18,21 22:21
22:23 33:23 34:3
67:25,25 68:3 121:10
121:22 139:4,16
140:2 165:3
**tried** 93:13
**troubleshooter** 20:3
94:23
**troubleshooting** 20:8
**truck** 154:2

**true** 115:19 145:17
167:7
**truly** 168:18
**try** 41:10 64:22 68:23
107:8 115:13 131:8
146:5
**trying** 33:5 40:13 48:13
48:20 52:23 61:6
73:15 79:4 90:19
92:6 95:1 106:4
116:6 122:17 123:12
145:5
**tube** 39:14 56:17 57:3,8
58:21,23 59:14 61:4
62:6,24 63:6,8,11,12
64:13,19 65:4,7
104:20 149:12
**tubes** 53:11 60:21 62:5
63:17,18 64:23
**tube's** 56:21
**tubing** 59:25 62:4
104:25 128:14
**tow** 38:20
**tugboat** 38:20
**turn** 4:8,13 77:23 99:3
**turned** 131:2
**twelve** 148:1
**twice** 39:3
**two** 6:4,5 7:6 8:19 9:17
12:1 20:21 22:16
26:4,14 30:1,22 31:7
31:21 32:7 33:25
38:4,9 42:13 46:14
50:12 52:5,9 53:1
56:3,14,14 63:8,16
64:4,6,10 71:1,10
72:4 79:13 80:6
84:14 85:25 91:16
115:5 117:17 118:2
129:11 139:14 144:22
145:19 146:13,15
150:19 157:1 159:25
**two-part** 108:16
**type** 19:4 30:2,19 38:5
40:4 45:24 47:23
57:10 89:24 91:21
98:6 100:2 120:6
133:15 134:10 138:8
147:20 154:11
**typeface** 13:6
**types** 49:16 95:4,9
**typical** 93:3
**typically** 74:5 95:13
102:22
**T-E-R-M-A-N-T-O**
94:12
**T-H-E-U-R-E-R** 84:4
**T-O-R-I-N** 94:9

**U**

**Uh-huh** 129:14
**ultimate** 61:25 105:4
**ultimately** 24:25 27:7
34:23 48:12 56:8
159:5
**unable** 161:20
**unaware** 113:22 137:11
**unblended** 102:3

**uncertain** 26:6
**uncommon** 33:17
65:24
**uncooperative** 146:1
**uncured** 98:2
**under** 17:1,25 29:23
65:18 66:7 68:16
76:22 83:1 90:11
96:10 98:3 106:10
109:22,25 118:5
144:14
**underlined** 5:14
**underneath** 150:6
**undersigned** 167:4
**understand** 42:6 48:11
52:21 61:7 83:4
89:18 90:8 101:9
115:13 135:20 138:22
139:20 140:7 141:7
145:16 149:1 157:3
158:12
**understanding** 28:22
46:22 63:7 72:17
158:25
**Understood** 148:6
149:19
**undertake** 92:3 108:6
**undertook** 90:3 149:17
**underway** 111:11
140:21 141:15
**unfamiliar** 141:11
**unfamiliarity** 89:8
**unfilled** 102:3
**Unfortunately** 88:16
103:13
**uniform** 106:18
**uninhibited** 147:3
**united** 1:1 3:4 78:9
94:24
**universe** 7:20 12:13
35:24
**university** 15:12
**unknown** 126:10
**unlatched** 163:10 164:5
**Unless** 105:17
**unlocked** 165:12
**unnecessary** 116:17
**unpleasant** 48:23
**unprofessional** 53:25
**unreactive** 101:11
**unsafe** 118:15
**unsealed** 139:6 157:22
**unsinkability** 118:16
**unsinkable** 117:18
118:5
**unspecified** 87:2
**unsupported** 62:7
**until** 17:11 85:7,12
91:24 115:22 133:4
**unusual** 39:20 105:12
**updated** 23:2
**upper** 5:17 45:20
**USA** 36:8
**use** 3:3 8:8 39:12,13
40:24 69:3 86:22
88:6 95:1 97:11
99:14 101:1,7,16

102:9 134:25,25
135:9 146:25 153:2
156:7 157:14 159:9
160:2
**used** 3:22 11:10 16:4
17:7 22:3 38:10
49:16 54:11 60:1
62:6 82:10 86:2
94:22 95:18 97:24
100:18,21,22 101:21
102:22 122:10 144:22
148:15 149:14 153:13
155:1 156:11,17
158:7,14
**user** 114:15,16
**users** 20:9
**using** 42:10 63:9 75:22
83:22 100:8 105:1
106:9 156:3,24 157:4
160:3
**utilize** 159:14
**utilized** 159:20,20
**U.S** 20:5 94:11 120:18

**V**

**v** 168:6
**vacation** 13:16
**vaccum** 98:2
**vacuum** 93:14 97:22,23
98:2,16
**valid** 69:24
**vapor** 113:3
**vaportight** 41:25
113:11,13
**variance** 49:13
**varied** 20:23 97:9
**variety** 4:18 20:6 41:15
41:24 93:20 94:15
95:23 113:5 134:12
**various** 18:4 20:18
33:18 93:1 96:14
111:9 155:21
**verbally** 25:5
**veritas** 1:12 112:3,20
112:21,25 113:16
115:10 123:24
**version** 5:8
**versions** 23:21
**versus** 32:3 118:6
**vertically** 99:7
**very** 5:6 23:22,25 32:17
53:16,16 56:15 60:5,5
61:1,3,9 64:4,7 70:17
72:16 73:23 79:18
82:25 87:23 99:9
102:10 110:22 118:17
125:11 127:25 132:12
132:12 135:6,6
136:25 137:9 141:10
145:7,16,25 146:1
148:22 149:15 152:8
154:5 155:2,2 168:18
**very-well** 131:8
**vessel** 6:2 11:24 25:17
30:2,10,13,17 34:18
34:24 35:8,11,14,20
37:22 38:18 43:17,20

45:12 46:8 57:18
62:9,11,13 65:18
75:18 76:11,20 77:4
78:18 111:10 112:22
113:5 161:6,13,16,17
162:1 163:11
**vessels** 17:23,24 45:7
49:11 78:8 110:14
140:20 141:13
**vessel's** 29:1 35:4 61:24
76:13 111:5 113:7
**via** 168:22
**vibrating** 140:22
**vibration** 61:24 62:8
64:2 140:19
**vibrations** 63:22 140:6
140:8,24
**vicinity** 129:12
**Vicki** 67:21
**Victoria** 67:21
**video** 6:4,5,22 7:18 8:3
8:6 26:11
**videos** 7:21 10:4 162:22
**videotape** 6:11,15 7:2
7:17 8:7 54:5
**videotapes** 7:6,7 10:8
66:8
**view** 104:12 136:16
149:2 152:3
**violent** 160:10,15
**virtue** 160:24
**visible** 79:16
**visit** 31:15,22
**visited** 31:22,24
**visiting** 97:7
**visual** 32:25 61:14
125:10 152:23,24
**Visually** 151:21
**vocabulary** 149:6
**volume** 56:22 119:19
119:20
**voluntarily** 48:24
**voyage** 162:15
**vs** 1:9 21:9

**W**

**W** 2:3
**waive** 168:9
**Waldwick** 20:4 94:10
**wall** 145:25 148:16
**wandering** 89:17
**want** 8:17 25:11,11
31:4 32:16 41:15
52:2 53:6 60:24 63:9
68:1 108:18 112:25
114:20 116:11,12
117:16 121:15 129:24
135:2 139:19 148:8
149:15 159:23
**wanted** 5:22 71:17
121:4
**wants** 113:16
**warehouse** 31:15,25
32:4,6 64:19
**wash** 99:3
**washed** 66:11
**wasn't** 9:16 25:1 26:13

65:23 66:25 77:9
115:9 117:22 118:8
143:24
**waste** 101:13,15
**watched** 7:10,21
**watching** 155:19
**water** 34:16,17,22,25
37:13,21 43:18,19
55:19,23 56:2,4,8,9
56:12,23 57:8,10,15
57:20 58:5,8,8,9,9,12
58:23,24 59:3,6,8,12
61:5,5 62:10,12,14,23
65:18,24 66:7 76:6,19
77:7,11,18 95:22 99:5
111:19 112:13 118:20
119:8 138:14 141:17
157:11,14,17,21,24
158:2,21
**waterline** 138:18
**watertight** 35:11,21
41:20,24 43:16,24,25
45:12 106:4 112:6,9
113:1,6,11,14,17,18
114:3,4 117:1,17
126:20
**watertightness** 45:14
127:6
**way** 8:22 16:4 39:13
40:9,10 44:25 48:18
53:25 63:15 69:19,24
70:12 75:19 76:6
82:2 89:12 111:18,21
111:25 131:23 135:24
136:5,5,21 137:4
148:19 151:18 156:25
164:10
**ways** 41:20 100:13
**week** 15:11 22:23
**weeks** 28:18 31:21
33:23
**weight** 47:25 62:7,14
62:15 65:17
**well** 26:7,12 30:1,5
33:14 39:10 48:12
49:6,13,17,20 55:15
56:14 58:11 61:3
62:3 65:3,6 69:20
81:6,20 84:23 87:14
89:25 102:18 106:2
115:8 119:17 125:8
127:24 130:25 131:24
134:12,21 136:17
138:22 164:22
**well-founded** 140:16
**Wendeling** 38:1 51:17
53:9
**Wendeling's** 51:19,22
52:10,14
**went** 8:3 13:16 14:21
14:22 22:23 26:22
48:14 51:24 53:8
64:18 81:14 85:19
139:3
**weren't** 22:24 49:5
73:4 145:11
**Wes** 36:8

**Westerly** 4:8
**wet** 65:21 66:1,4 153:3
**we'll** 110:8 123:20
**we're** 20:17 34:17
38:21 42:20 50:8
52:5 57:1 64:14
73:10 82:2,3,4 88:16
89:17,18,20 96:21
107:1,10 115:4
131:24 132:1,2 133:8
133:10
**we've** 28:11 130:2
133:20 135:15 137:8
138:15 154:23 159:23
**whatsoever** 39:20
59:24 61:17 70:24
107:24 108:5 128:5
141:25
**while** 27:9 28:6 82:20
93:8 111:10 125:25
133:12 155:22 161:13
161:16
**white** 12:2 71:6,9
150:16
**whited** 69:6
**whole** 65:12 137:20
**wide** 14:18 41:15,24
50:8 93:11,20 94:15
95:22 97:13 113:4
134:12,21
**wider** 134:25 136:13
**widespread** 102:4
**wife** 110:5
**Willard** 36:20
**WILLIAMSON** 2:4
**Windover** 4:8
**wing** 83:2
**wings** 90:11
**wire** 45:22
**wires** 128:18 129:22
**wise** 139:10
**wish** 168:13
**withstand** 30:21
**withstanding** 60:10
**witness** 2:13 5:1 10:8
18:24 26:13 32:13
43:4,8 46:19 53:3,13
54:10,12 71:8,12,14
71:23 72:4 74:23
78:6 83:16 90:7
108:21 109:4 115:9
115:17,21,25 116:1
122:25 123:21 134:12
134:19,21 135:5
136:8,22 137:22
139:18 143:9 166:3,5
166:25 167:4,7
**wooden** 16:11
**woods** 115:6 133:10
**word** 39:9 48:2 54:11
**words** 5:13 91:8 96:5
101:1 157:15
**work** 16:12,14 17:2
24:7,11,19 26:22 27:1
29:17 41:5 42:5,20
73:5 77:6,11,14 81:5
81:6,14 82:13 83:6

84:3,25 85:4 86:11
88:7 90:1 92:19 93:7
93:16 97:15,21 98:6
98:10 109:20 110:9
114:14 135:23 138:1
140:3
**worked** 16:22 17:4,5,6
17:16 19:25 28:14
85:7,24 87:15 89:13
97:17 105:15
**working** 16:10 22:1
37:9 68:24 72:19
73:20 82:1,6 85:10,13
87:7 93:17,21 97:11
97:12 98:11,16,19,21
106:11 121:3 134:3
140:3
**workmanship** 56:16
57:7 59:20 60:23
61:9,13,16,18 62:25
70:19 104:12 132:8
152:5 155:24 161:4
162:3,4,8
**workmanship-like**
157:1
**workman-like** 41:16
**works** 17:5
**world** 19:23 20:8 92:13
117:20
**worried** 89:19
**worse** 31:2
**worth** 148:8
**worthy** 91:11
**wouldn't** 36:3 37:17
43:3,7 44:8 70:14
105:13 132:21 133:5
133:7 140:3 141:2
**woven** 153:1,3,16 154:5
**wrapper** 110:7
**write** 166:6 168:14
**writing** 18:2 75:20
80:23
**written** 23:12 119:13
161:25
**wrong** 23:19 52:23
122:21
**wrote** 25:12,13 72:15
**W-A-L-D-W-I-C-K**
94:10

**X**

**X** 2:12,17
**xerox** 11:23

**Y**

**yacht** 16:22 111:25
112:17 140:1 162:23
163:4,23
**yachts** 23:6
**yacht's** 160:24
**yanked** 53:24
**yard** 16:13 32:14 42:3
42:13 83:9 138:11
**yards** 19:25
**yeah** 7:11 81:24 91:9
125:21 136:11 164:25
**year** 13:24 18:8

**years** 15:19 18:9 20:21
20:22,23 22:15 82:5,9
85:6 87:8 94:9
111:14
**yellow** 115:5 133:10
144:4
**York** 13:18
**Young** 97:2

**Z**

**zero** 20:22
**zooming** 54:23,24

**0**

**01223** 123:23
**01300** 124:4

**1**

**1** 6:23 7:3,14 8:4,11,14
11:3,5 26:7 91:22
124:10
**1.310** 166:2
**10** 2:21,22 7:18 41:7
154:13 156:6
**10/18/2000** 168:8
**10/30/2000** 168:1
**10:50** 1:17 3:10
**100** 25:13,14
**101** 128:4
**11** 18:9
**120** 2:23
**126** 2:24
**14** 41:8 82:9 85:5
**15** 15:18 83:7 85:19
**150** 2:24,25
**153** 2:25
**16** 42:24 85:5
**160** 57:16
**17** 81:23
**175** 30:21
**18** 1:17 74:13
**18th** 3:9
**19** 74:14
**1964** 82:8
**1970s** 81:20
**1972** 13:17,25 85:22
**1978** 91:9
**1979** 20:14 91:22 92:18
**1980** 84:23
**1980s** 80:15
**1981** 20:14
**1987** 20:12 98:18
**1990s** 80:15
**1994** 21:4
**1995** 16:18

**2**

**2** 10:7 11:3,5 26:6
**2/27/99** 7:19
**20** 16:21 20:23 154:3
154:14 155:15 156:7
156:10,21 157:6
**2000** 1:17 3:9 167:12
**227** 12:12
**228** 123:25 124:13
**229** 124:3

**230** 79:10 122:12
**231** 79:7 122:12

**3**

**3** 2:15
**30** 84:24 85:6,12,19
**30th** 3:8 168:5
**31-plus** 85:7,12
**3131** 168:5
**32** 42:25
**33** 7:19
**360** 104:13 147:12 159:25

**4**

**4:30** 165:22
**46** 49:16
**47** 7:15
**48** 23:23 33:4,6 77:25
**489** 2:19 4:17
**490** 4:22
**491** 4:24 20:25
**492** 5:2,11 23:15 24:25 26:5,21 27:6
**493** 2:19 5:24 27:4,8
**494** 2:19 6:9,12
**495** 2:20 6:9,22 7:25 8:12
**496** 2:20 9:8,9
**497** 2:21 9:22,23 11:6 12:2
**498** 2:21 10:14,15 27:15
**499** 2:22 10:22,23

**5**

**5:00** 164:25
**50** 147:15 148:3 152:11
**500** 2:22 72:9,10,23
**501** 2:23 75:9,13,23
**502** 2:23 120:1,3
**503** 2:24 126:16,17 130:2
**504** 2:24 150:8,10,24
**505** 2:25 150:17,21
**506** 2:25 153:17,19 155:4

**6**

**6** 2:19,20
**60** 30:20 147:15 152:11 156:1,2,6
**64** 18:12
**66** 18:9,12

**7**

**7** 4:8
**70s** 14:17
**701** 1:16 3:8 168:4
**72** 2:22
**75** 2:23
**76** 91:10
**77** 91:10
**79** 86:9 90:7

**8**

**8** 7:17
**80** 2:15 57:15
**80s** 14:17 20:11

**9**

**9** 2:20,21
**9/12/2000** 31:22
**90** 32:5
**92** 98:19
**99-6587-CIV-HURL...** 1:4

```
1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2      _____

3   ACE AMERICAN INSURANCE COMPANY
    (formerly known as CIGNA INSURANCE
    COMPANY) a/s/o ALAN J. GOLDSTEIN and
4   ALAN J. GOLDSTEIN, individually,

5           Plaintiffs,

6   vs.                    No. 99-6587-CIV-HURLEY/LYNCH

7   RICHARD BERTRAM, INC., a
    Delaware Corporation;
8   FERRETTI OF AMERICA, INC.,
    a Florida Corporation; FERRETTI
9   S.p.A., an Italian Corporation,

10          Defendants.
    ----------------------------/
11

12          To: RUSS JOHNSON
            c/o MACHALE A. MILLER, ESQ.
            Miller & Williamson, LLC
13          1850 Energy Centre
            1100 Poydras Street
14          New Orleans, LA, 70163

15

16          Your deposition taken in the above
    entitled cause is now ready for signature.
17  Please come to this office and sign same; or
    if you wish to waive the signing of the
18  deposition, please so advise.
            If this deposition has not been signed
19  by November 10, 2000, we shall consider your
    signature waived.
20
            ESQUIRE DEPOSITION SERVICES
21          1218 Southeast Third Avenue
            Fort Lauderdale, Florida, 33316
22          (954) 463-9505

23

24          _____
            Lisa Mileur, R.P.R.
25
```

COPY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ACE AMERICAN INSURANCE COMPANY
(formerly known as CIGNA INSURANCE
COMPANY) a/s/o ALAN J. GOLDSTEIN and
ALAN J. GOLDSTEIN, individually,

       Plaintiffs,

vs.          No. 99-6587-CIV-HURLEY/LYNCH

RICHARD BERTRAM, INC., a
Delaware Corporation;
FERRETTI OF AMERICA, INC.,
a Florida Corporation; FERRETTI
S.p.A., an Italian Corporation,



       Defendants.

_____/

Fort Lauderdale, Florida
October 17th, 2000
10:45 a.m.

DEPOSITION

OF

RUSSELL A. JOHNSON

— — — — — — — —

ESQUIRE DEPOSITION SERVICES (954) 463-9505

APPEARANCES:

FERTIG & GRAMLING, P.A.,
By:  MICHAEL W. McLEOD, ESQ.,
Appearing on behalf of the Plaintiffs.

MERRITT & SIKES, P.A.,
By:  MICHAEL D. SIKES, ESQ.,
Appearing on behalf of the Defendant/Ferretti of
America, Inc.

HOLLAND & KNIGHT, P.A.,
By:  MICHAEL T. MOORE, ESQ.,
Appearing on behalf of the Defendant/Ferretti S.p.A.

MILLER & WILLIAMSON, LLC,
By:  MACHALE A. MILLER, ESQ.,
Appearing on behalf of the Defendant/Richard Bertram,
Inc.


        Deposition of RUSSELL A. JOHNSON, a witness of

lawful age, taken by the Plaintiff, for purposes of

discovery and for use as evidence in the

above-entitled cause, pursuant to notice heretofore

filed, before LISA MILEUR, Registered Professional

Reporter and Notary Public, in and for the State of

Florida at Large, at 1218 S.E. Third Avenue, Fort

Lauderdale, Florida.




        ESQUIRE DEPOSITION SERVICES (954) 463-9505

3

```
 1                        INDEX

 2    WITNESS:                                PAGE

 3    Russell A. Johnson

 4      Direct Examination by Mr. McLeod            4

 5      Cross-Examination by Mr. Moore            100

 6      Cross-Examination by Mr. Sikes           148

 7      Redirect Examination by Mr. McLeod       151

 8    EXHIBITS:                                PAGE

 9    Plaintiff's Exhibit No. 455               7
      Plaintiff's Exhibit No. 456               8
10    Plaintiff's Exhibit No. 457               8
      Plaintiff's Exhibit No. 458               9
11    Plaintiff's Exhibit No. 459               9
      Plaintiff's Exhibit No. 460               9
12    Plaintiff's Exhibit No. 461               9
      Plaintiff's Exhibit No. 462              10
13    Plaintiff's Exhibit No. 463              10
      Plaintiff's Exhibit No. 464              10
14    Plaintiff's Exhibit No. 465              11
      Plaintiff's Exhibit No. 466              11
15    Plaintiff's Exhibit No. 467              11
      Plaintiff's Exhibit No. 468              12
16    Plaintiff's Exhibit No. 469              12
      Plaintiff's Exhibit No. 470              12
17    Plaintiff's Exhibit No. 471              13
      Plaintiff's Exhibit No. 472              13
18    Plaintiff's Exhibit No. 473              15
      Plaintiff's Exhibit No. 474              16
19    Plaintiff's Exhibit No. 475              29
      Plaintiff's Exhibit No. 476              31
20    Plaintiff's Exhibit No. 477              49
      Plaintiff's Exhibit No. 478              57
21    Plaintiff's Exhibit No. 479              61
      Plaintiff's Exhibit No. 480              65
22    Plaintiff's Exhibit No. 481              78
      Plaintiff's Exhibit No. 482              79
23    Plaintiff's Exhibit No. 483              81
      Plaintiff's Exhibit No. 484              81
24    Plaintiff's Exhibit No. 485             122
      Plaintiff's Exhibit No. 486             152
25    Plaintiff's Exhibit No. 487             154
```

4

```
 1    Thereupon:
 2                    RUSSELL A. JOHNSON
 3              a witness, being first duly sworn in the
 4    above-entitled cause, testified under oath as
 5    follows:
 6                    DIRECT EXAMINATION
 7         Q.    (By Mr. McLeod)  Good morning,
 8    Mr. Johnson; my name is Michael McLeod, and I am one
 9    of the attorneys for the plaintiff in this case, Ace
10    American Insurance Company, and Alan Goldstein, who
11    owned the "Madame."
12              What I'm going to do, I'm going to ask
13    you some questions about your retention as an expert
14    by Richard Bertram and Mr. Miller.
15         A.    Yes.
16         Q.    Can you state your name for the record
17    and your employment address for me?
18         A.    Yes.  It's -- My name is Russell A.
19    Johnson.  I'm a registered professional engineer in
20    the State of Florida, New Jersey and Pennsylvania;
21    and my address is 8951 Bonita, B-O-N-I-T-A, Beach
22    Road, Suite 525; and it runs as PMB 306, Bonita
23    Springs, Florida 34135.
24         Q.    Okay.  And do you have your file with
25    you?
```

         A.     Yes.

         Q.     Okay.  Can you pull that out for me?
What I'm going to have to do is mark it as an exhibit
to the deposition.

               How big is your file; is it boxes or --

         A.     Lots.

         Q.     Uh-huh.

         A.     Lots.

         Q.     Let me see.

               You may think you have a lot, but to
tell you the truth --

         A.     No, I don't have a lot.

         Q.     That's nothing that we have compared
to --

         A.     I have copies of some of the depositions
from other experts, and I -- and also some
correspondence, the reports that I formed, areas like
that.

         Q.     Okay.  Can you pull that out and put it
up here on the table?

               I'm not going to go through every page
of the file, I'm just going to mark the file.  I'm
just going to mark the folders.

               Okay.  That's it, huh?

               Okay.

```
 1          A.    That's enough, isn't it?
 2          Q.    Believe it or not, some of the experts
 3   in this case have boxes, six or eight boxes full of
 4   stuff.
 5               Within your file do you have a copy of
 6   your resume, and, I guess, a list of cases where
 7   you've either testified in deposition or at trial?
 8          A.    I have a copy of the data, and --
 9   basically within -- I was asked within the last, I
10   guess, three years what cases I've testified on; and
11   in this particular case, I have not testified in the
12   last three years.  I've served as, essentially,
13   report furnisher; and I am slated to testify on a
14   case for Quincy Soybean vs. Tankanics, but that
15   deposition has not been taken yet, it's supposed to
16   occur in August.
17          Q.    So there's no trial testimony or
18   deposition testimony within --
19          A.    Within the last three years.
20          Q.    Okay.  Great.
21               MR. MILLER:  Now, let me say something
22          about his file that I said yesterday.
23               MR. SIKES:  Is this off the record?
24               MR. MILLER:  It doesn't matter.  Yeah,
25          it doesn't need to be on the record.
```

```
 1                    (Discussion off the record.)

 2          A.      This is what you want.

 3          Q.      That's what I'm looking for.

 4                    (Discussion off the record.)

 5          Q.      (By Mr. McLeod)  Okay, Mr. Johnson, I'm

 6   going to hand -- I'm going to mark your resume or

 7   vitae as Exhibit 455; and can you look at this

 8   document and tell me if that's up to date and current

 9   through today's date?

10          A.      It is as of the beginning of September.

11   I don't know of any change.

12                    (Thereupon, Plaintiff's Exhibit No. 455

13          was marked for identification.)

14          Q.      (By Mr. McLeod)  Okay.  What I want to

15   do, before we get into the meat of your deposition

16   and your report --

17          A.      Uh-huh.

18          Q.      -- is I want you to help me go through

19   your file; and to make this go faster, you've done a

20   good job of labeling your folder and things, so I'll

21   mark your separate folders and you just tell me

22   generally what's inside each folder.

23                    So, for example, the first one is titled

24   "Madame" sketches, and I'll mark this manila folder

25   as -- the contents of Exhibit 456; and can you tell
```

```
 1   me just generally what's in that folder?

 2        A.    They're basically sketches that I took

 3   and made in review of the remains of the -- of the

 4   "Madame" --

 5        Q.    Uh-huh.

 6        A.    -- in the warehouse area and also in the

 7   yard.

 8              (Thereupon, Plaintiff's Exhibit No. 456

 9        was marked for identification.)

10        Q.    (By Mr. McLeod)  Okay.  The next folder

11   I'll mark is Exhibit 457; and tell me what's

12   contained in that folder.

13        A.    Those are photographs that I had been

14   given, which were, I believe, taken by Justin Blue.

15   These were prior to the sinking of the "Madame"

16   vessel.

17              (Thereupon, Plaintiff's Exhibit No. 457

18        was marked for identification.)

19        Q.    (By Mr. McLeod)  Okay.  The next manila

20   folder I'll mark as Exhibit 458.  Can you tell me

21   what's in that folder?

22        A.    These are pictures that I had taken of

23   the "Madame" at -- sections of it in the warehouse.

24        Q.    Those are your photographs, 458?

25        A.    Yes.  Those right there.
```

9

```
 1              (Thereupon, Plaintiff's Exhibit No. 458
 2         was marked for identification.)
 3         Q.    (By Mr. McLeod)   The next folder I'll
 4    mark as Exhibit 459.  Can you tell me what's
 5    contained in that folder?
 6         A.    This would be the deposition -- Excuse
 7    me, the report of Frank Hamlin, and some of my notes
 8    from his report.
 9              (Thereupon, Plaintiff's Exhibit No. 459
10         was marked for identification.)
11         Q.    (By Mr. McLeod)  Okay.  The next folder
12    is marked as Exhibit 460.  Please tell me what's
13    contained in there.
14         A.    That is basically some of my
15    correspondence with Mac Miller, my project file.
16              (Thereupon, Plaintiff's Exhibit No. 460
17         was marked for identification.)
18         Q.    (By Mr. McLeod)  All right.  The next
19    folder I've marked as Exhibit 461.  Can you tell me
20    what's contained in that folder?
21         A.    That's a picture index of photographs I
22    took of the "Madame" on August 30th.
23              (Thereupon, Plaintiff's Exhibit No. 461
24         was marked for identification.)
25         Q.    (By Mr. McLeod)  Okay.  The next folder
```

1    I'll mark as Exhibit 462.  What does this folder

2    contain?

3           A.     Pictures of -- primarily of the

4    starboard and the port exhaust of the "Madame" taken

5    on August 30th in the storage warehouse.

6                  (Thereupon, Plaintiff's Exhibit No. 462

7           was marked for identification.)

8           Q.     (By Mr. McLeod)  Okay.  The next folder

9    is Exhibit 463; what does that contain?

10          A.     This contains some analysis that I made

11   on October 16th as a flexibility stress analysis of

12   the port exhaust system of the "Madame."

13                 (Thereupon, Plaintiff's Exhibit No. 463

14          was marked for identification.)

15          Q.     (By Mr. McLeod)  All right.  The next

16   thing I'm going to mark is a FedEx envelope, and it

17   appears to have some plans contained in it, so I'm

18   just going to mark the outside of the FedEx envelope

19   as Exhibit 464; and let me know what's inside there.

20          A.     They are copies of exhibits, primarily

21   plans and drawings of the vessel and the spoiler

22   attachment.

23                 (Thereupon, Plaintiff's Exhibit No. 464

24          was marked for identification.)

25          Q.     (By Mr. McLeod)  Okay.  Okay.  The next

1    exhibit I'll mark as Number 465; and can you tell me

2    what's in that folder?

3           A.    It's -- Contained within this is

4    Mr. Justin Blue's deposition.

5           Q.    Do you have notes taken on that?

6           A.    Some notes.  On just the top page.

7           Q.    Okay.

8           A.    There's no separate note page.

9                 (Thereupon, Plaintiff's Exhibit No. 465

10          was marked for identification.)

11          Q.    (By Mr. McLeod)  All right.  The next

12   folder I'll mark as Exhibit 466.  What is contained

13   in that folder?

14          A.    This is Mr. Biro's deposition and some

15   notes that I had taken on that.  There's one sheet.

16          Q.    Nick Biro's deposition.  Okay.

17                (Thereupon, Plaintiff's Exhibit No. 466

18          was marked for identification.)

19          Q.    (By Mr. McLeod)  The next exhibit I'll

20   mark as Exhibit 467; and can you tell me what's in

21   that folder?

22          A.    This is the deposition of Mr. Georges

23   Meyer.

24                (Thereupon, Plaintiff's Exhibit No. 467

25          was marked for identification.)

1    Q.    (By Mr. McLeod)   The next document or

2    the next folder is marked as Exhibit 468.   What is

3    contained in that folder?

4        A.    Mr. Goldstein's deposition.

5        Q.    Alan Goldstein or --

6        A.    Alan Goldstein's deposition.   I guess

7    Victoria's was in there, but I must have dropped that

8    out someplace.   Maybe it's back at the hotel room,

9    but I don't know -- It was in there.

10            (Thereupon, Plaintiff's Exhibit No. 468

11        was marked for identification.)

12        Q.    (By Mr. McLeod)   The next folder is

13   marked as Exhibit 469.   What's in that folder?

14        A.    That contains Andrea Frabetti's

15   deposition and some notes.

16            (Thereupon, Plaintiff's Exhibit No. 469

17        was marked for identification.)

18        Q.    (By Mr. McLeod)   The next folder I'll

19   mark as Exhibit 470.   Can you tell me what's in

20   there?

21        A.    This is -- Contained within this is

22   notice of loss reports.

23            (Thereupon, Plaintiff's Exhibit No. 470

24        was marked for identification.)

25        Q.    (By Mr. McLeod)   And what are those

1      again?

2            A.      Notice of loss reports by TMS.

3            Q.      Okay.

4            A.      And --

5            Q.      They're expert reports?

6            A.      Expert reports.

7            Q.      Okay.  The next folder I'll mark as

8      Exhibit 471.  What is contained in that folder?

9            A.      These are just some of my notes, reports

10     primarily.  My report of September 19th and --

11           Q.      Okay.  Okay.  So Exhibit 471 contains

12     your report and notes.  I'm going to hold that one

13     out for a minute.  I know I'm going to come back to

14     your report, so --

15                   (Thereupon, Plaintiff's Exhibit No. 471

16           was marked for identification.)

17           Q.      (By Mr. McLeod)  The next folder I'll

18     mark as Exhibit 472.

19           A.      That is Robert Schofield's report.

20                   (Thereupon, Plaintiff's Exhibit No. 472

21           was marked for identification.)

22           Q.      (By Mr. McLeod)  Okay.  There's one

23     more folder.

24           A.      Envelope.

25           Q.      It's a manila envelope from Miller &

1    Williamson to your office?

2          A.    September 27th.

3          Q.    And I'll mark that as Exhibit 473.

4    What's contained in that envelope?

5          A.    I believe there's some other reports and

6    information.

7          Q.    More expert reports?

8          A.    More expert reports.  Reports of Robert

9    Connell and --

10               (Thereupon, Plaintiff's Exhibit No. 473

11          was marked for identification.)

12         Q.    (By Mr. McLeod)  Okay.  That's good.

13   Other than what we've gone through, this big stack of

14   paper and folders on the table here, is there

15   anything else that's contained in your file?

16         A.    One thing that I did not bring in here

17   was a large picture of the "Golden Cay."

18         Q.    Yeah.

19         A.    It just shows an aft picture of that.

20   But it's a big one.  I just did not bring that here.

21               MR. MILLER:  As long as the table.

22         A.    It's as large as the table, of the aft

23   section.

24         Q.    Of another photograph that you have in

25   your file, though?

1          MR. MILLER:  No.

2     A.    No.

3     Q.    Where did you --

4          MR. MILLER:  From Chris Fertig.  Chris

5     provided us with the enlargement.

6          MR. McLEOD:  Oh, okay.

7          MR. SIKES:  When you say "aft section,"

8     what are you talking about?

9          MR. MILLER:  It shows the --

10          MR. SIKES:  Transom or the --

11          MR. MILLER:  No, it's a side view, if I

12     remember correctly, showing --

13          THE WITNESS:  Side view.

14          MR. MILLER:  -- showing the spoiler and

15     the exhaust flairs and the like.

16          It's more of an exemplary-type

17     photograph so he could get a feel for what the

18     boat looked like before any modification work

19     was done.

20     Q.    (By Mr. McLeod)  Okay.  Mr. Johnson,

21 you can put your file on the ground so you don't have

22 to stare over the top of it.

23     A.    Thank you.

24     Q.    The one thing --

25     A.    Oh, and one other --

16

```
 1          Q.    Okay.  What else?

 2                Oh, a videotape.  Let me mark that.

 3          A.    Sorry.  It was buried.

 4          Q.    Okay.  The next thing I'm marking as

 5    Exhibit 474, can you tell me what that is?

 6          A.    That's a video of the "Madame" being

 7    raised the first time.

 8                (Thereupon, Plaintiff's Exhibit No. 474

 9          was marked for identification.)

10          Q.    (By Mr. McLeod)  Is that the only video

11    that you reviewed?

12          A.    No.

13          Q.    How many videos have you reviewed?

14          A.    I reviewed segments of the video of the

15    "Madame" being raised at Chris's office; and also I

16    looked at other exhibits, potential exhibits, large

17    pictures that he had blown up of the -- primarily

18    Justin Blue's pictures, and also of the transom

19    separation and other areas that were in the office

20    over there initially on August 30th.

21                I don't have any of them in my

22    possession, I just saw them.

23          Q.    Okay.  I'm just wondering because

24    there's about 50 videotapes in this case, and they've

25    been copied for everybody and some of the experts
```

```
 1     have seen them and some haven't.  I'm just trying to
 2     figure out --
 3            A.    I did not see the entire video.  He had
 4     a video --
 5            Q.    Uh-huh.
 6            A.    -- that was taken, one at -- several
 7     video footages.  One was basically the news videos of
 8     the incident, and --
 9            Q.    I'm just trying to find out what's in
10     your file, that's it.
11                 So this is the only one that's in your
12     file?
13            A.    That's the only one that's in my file.
14     I thought you said what I had seen.
15            Q.    I'm just trying to figure out what your
16     file is right now.
17            A.    That's it.
18            Q.    You can put that down there, I know what
19     that is.
20                 Now, have you read any other depositions
21     that we haven't discussed that are contained in your
22     file other than Victoria Goldstein's, which you said
23     may be back at your hotel?
24                 You mentioned --
25            A.    No.
```

1      Q.     Okay.  So that's it.

2             Now, have you been provided with the

3      entire depositions or only excerpts of those

4      depositions?

5      A.     The entire depositions and some of the

6      exhibits.

7      Q.     Okay.  And you haven't been provided

8      with all of the exhibits to every deposition you

9      read?

10     A.     No, I asked for certain exhibits and I

11     was provided with those.

12     Q.     Okay.  Let's go back to your resume real

13     quick, and let me get this out of the way.  This is

14     Exhibit 455.

15            Rather than me going through your resume

16     line by line, we can save some time if you can give

17     me basically just a general oral resume of what

18     happened to you basically since high school.

19            You went to college, and you majored in

20     this and how you progressed to this point.  You don't

21     have to go line by line.  I'm just looking for --

22     Because we have your resume and we have marked it as

23     an exhibit, I'm just tying to find out generally who

24     you are before I start asking you questions about

25     your report.

1      A.     Okay.  Educationally speaking, I have an

2  Associate of Science degree, mechanical technology,

3  1965, from St. Petersburg Junior College.

4           I have a Bachelor of Science in

5  engineering, structures materials and fluids, from

6  the University of South Florida in 1970, specializing

7  in materials engineering.

8           I have a Master of Science degree in

9  engineering, structures materials and fluids, from

10  the University of South Florida; and my specialty was

11  experiential stress analysis of composite materials.

12           Master's thesis, "Strain Rate Effects in

13  Particulate," P-A-R-T-I-C-U-L-A-T-E, "Filled Epoxy."

14           From a professional experience --

15      Q.     When did you graduate college?

16      A.     Okay.  1970.  I had a simultaneous

17  degree and National Science Foundation fellowship.

18      Q.     From USF?

19      A.     From USF.

20      Q.     And that's in Tampa; right?

21      A.     Yes.

22      Q.     All right.  And where did you go after

23  college?

24           Did you then take an exam to get an

25  engineering license?

```
 1              A.    Yes.

 2              Q.    When did you do that?

 3              A.    I took in 19 -- About 1984 I became

 4    licensed as -- in the State of Florida -- a

 5    professional registered engineer through taking my

 6    EIT examination, and later took my examination in

 7    civil engineering.

 8              Q.    What did you do between 1970 and 1994?

 9              A.    Well, in 19 -- Let's go back before

10    then.

11              In December of 1965 to September of

12    1968, I was employed by Martin Marietta Corporation

13    in their advanced composite group department, and I

14    think I obtained four patents.  One, two, three,

15    four -- Five patents --

16              Q.    Okay.

17              A.    -- for them.

18              And basically in the 1969 period, as far

19    as Honors areas, I had a National Science Foundation

20    grant to devise and construct dynamic testing

21    equipment and investigate sand-filled thermosetting

22    resin composites.

23              In 1970 to July of 1984, I was manager

24    of engineering for CorBan, located in Tampa, Florida.

25              Q.    Oh, okay.  Go ahead.
```

```
 1          A.     And basically the functions of that
 2    company were the design analysis and construction of
 3    composite material vessels, structures, piping and
 4    involved -- as far as vessels was primarily for
 5    Disney, for the corporation, Walt Disney Corporation,
 6    Nautilus submarine.  Was involved in the design
 7    construction of the Nautilus, about four other
 8    fiberglass boats, that Tampa Ship manufactured for
 9    them and some of the -- involved in the composites
10    for the rail -- railroad cars that are used at Disney
11    World.
12          Q.     Okay.
13          A.     And I guess during the time period of
14    1989 to the present, I formed a company called
15    Russcor Engineering that basically provides expert
16    witness engineering on certain projects; but from the
17    period of 1989 through '84, I devoted the principal
18    amount of my time to Beetle Plastics and Beetle
19    Engineering Associates.
20          Q.     What is that?
21          A.     Beetle Engineering Associates is a
22    consulting engineering firm that does design and
23    analysis of -- failure analysis of fiberglass
24    reinforced composite structures, primarily piping
25    and -- detail piping support systems and also is --
```

22

```
 1    was a provider of piping supports.
 2                In 1999, essentially, that corporation,
 3    Beetle Engineering Associates, was closed and not
 4    functioning.
 5         Q.    So now you are at Russcor Engineering?
 6         A.    Russcor Engineering.
 7         Q.    When did you --
 8                When were you first licensed as an
 9    engineer?
10                Was that way back in 1965?
11         A.    No.  I believe it was 1989 or 1988.
12         Q.    And where was that license?  Where was
13    your first one?
14         A.    In the State of Florida.
15         Q.    Florida.
16                And then you're licensed also in New
17    Jersey and Pennsylvania?
18         A.    Yes.
19         Q.    When did you obtain those ones?
20         A.    Probably in the 1992 or -- to '96
21    period.
22         Q.    Okay.  Now, you indicated that you
23    haven't given deposition or testified in trial in the
24    last three years.
25                How many times would you say that you've
```

1    testified at a trial?

2         A.    At a particular trial?

3         Q.    Yeah.  I'm just trying to find out a

4    number.  It may be one, it may be a thousand.

5         A.    Probably three.

6         Q.    Three times.

7               And each time you testified at trial,

8    were you testifying as an expert witness or a fact

9    witness or what was your designation?

10        A.    Expert witness.

11        Q.    Okay.  And what subject areas did you

12   testify about?

13              You don't have to give me the specifics;

14   you can say, Mike, I testified in three trials, I was

15   qualified as an expert in mechanical engineering in

16   the first one, as this in the second one and this in

17   the third.  That's kind of what I'm looking for.

18   Just generally.

19        A.    Civil -- It was a civil mechanical

20   engineering related expert witness.

21        Q.    All three?

22        A.    All three.

23        Q.    Where were the cases pending?

24        A.    The largest one was Cleveland Electric

25   Illuminating vs. CorBan Co.  1978 through --

24

```
 1            Q.    I'm just generally trying to find out
 2    whether it was state court in Cleveland, federal --
 3            A.    Federal.
 4            Q.    -- court in Cleveland?
 5            A.    That's one.
 6            Q.    And the second one?
 7            A.    Was Olympia, New York.  That was
 8    probably state court.  New York was in federal court.
 9            Q.    Was it federal or state in New York?
10                  If you can't remember, just tell me you
11    can't remember.
12            A.    I can't remember.
13            Q.    And how about the last one?
14            A.    The last one was -- I believe it was
15    federal court.
16            Q.    Where?
17            A.    In the State of Louisiana.
18            Q.    Okay.  How recent was that?
19            A.    Probably '92.  I think.  Is that '92
20    or --
21                  MR. MILLER:  Let's go off the record for
22            a second.
23                  MR. McLEOD:  Okay.
24                  (Discussion off the record.)
25                  MR. MILLER:  Let's go on the record.
```

1                For purpose of clarification, I remember

2           this vividly, I had hired Russ Johnson to help

3           me defend Armco in related cases pending in

4           Mobile and Jacksonville.

5                I think much of the testimony was taken

6           by deposition in Louisiana; hence, his answer;

7           but he testified as a structural engineer and

8           expert in failure analysis with respect to

9           fiberglass structures in Mobile and later in

10          Jacksonville.

11               THE WITNESS:  That's correct.

12          Q.    (By Mr. McLeod)  So that's right, you

13     agree with --

14          A.    I -- I -- My recollection's refreshed.

15          Q.    Okay.  Now, I see there's lots of

16     information on your -- on your vitae, I guess, about

17     piping; and there may be actually some patents that

18     you hold having to do with piping.  At least with

19     respect to your publications, there's a lot of

20     mention of piping.

21               Are any of the publications that you've

22     authored, do any of those publications have to do

23     with exhaust piping on vessels?

24          A.    No.

25          Q.    Do any of the publications have anything

1    to do with piping on vessels whether exhaust or not?

2            A.    Some do.

3            Q.    Okay.  Do any of the --

4                  Would it be fiberglass piping or --

5            A.    Fiberglass piping.

6            Q.    Which ones are those?

7                  On vessels.  That's all I'm interested

8    in right now.

9            A.    None of them were explicitly related

10   entirely to piping on vessels, but they did have

11   mention of them.

12                 I believe one was in 1989 for the

13   "Design & Fabrication of Aboveground Fiberglass

14   Piping Systems" to NACE Managing Corrosion with

15   Plastics at the Tenth Biennial Symposium in San

16   Antonio, Texas.

17           Q.    I was just looking to find out if you've

18   actually authored an article on the -- basically, the

19   proper installation methods of exhaust piping in

20   vessels or something.

21           A.    The answer is no.

22           Q.    How about with respect to your patents,

23   do any of these patents involve exhaust piping or

24   piping in vessels in any way?

25           A.    No.

1        Q.    When were you first contacted about the

2   sinking of the "Madame"?

3        A.    My thinking was -- I believe it was in

4   July of this year.  Mr. Miller contacted me, whether

5   I would be available and --

6        Q.    Uh-huh.

7        A.    -- on that project; and then August 28th

8   officially basically asked if I could review the

9   "Madame" and its remains.

10       Q.    Okay.  So if I'm looking for a date of

11  initial retainer, can I use August 28th, or should

12  I -- should I use the July date?

13       A.    August 28th.

14       Q.    Okay.  Now, what were you asked to do on

15  August 28th?

16       A.    I was asked to come over to Fort

17  Lauderdale to review the "Madame," and basically

18  sections that had been brought up also of the spoiler

19  area that are contained in the warehouse, and

20  subsequently to furnish some opinions with regard to

21  the exhaust piping primarily, and opinions overall on

22  the structure related to pri -- more directly to the

23  swim platform.

24       Q.    Was the ultimate goal of your retention

25  to determine why the "Madame" may have sank?

1       A.     No.

2       Q.     No?

3              It -- it was just to look at two

4    structures on the boat and give your opinions

5    relative to those structures, one of them being the

6    exhaust piping and the other one being the dive

7    platform?

8              MR. SIKES:  What?

9              MR. McLEOD:  And the other one being the

10        dive platform or the spoiler.

11      A.     The primary area.

12      Q.     Okay.  I'm looking through your folder

13   that I marked as 471 that contains your expert

14   report, and I see some things that indicate you've

15   done a supplemental expert report.  I'm really

16   looking for the first one.

17             Okay.  Let me -- Let's do this.  This is

18   easier.  Let me hand you your folder back, Exhibit

19   471.  Can you pull out of this folder the first

20   expert report that you drafted in this case?

21             (Discussion off the record.)

22             MR. MILLER:  What are you talking about?

23             MR. McLEOD:  I just want his first

24        report, and then I'm going to find out if

25        he --

```
 1          A.      September 19th.
 2                  MR. MOORE:   What are the dates of the
 3          two reports?
 4                  MR. McLEOD:   I'm going to do that right
 5          now.
 6          Q.      (By Mr. McLeod)  Okay.  Here, let me --
 7    The September 19th report is your first report, this
 8    is your first formal written report after you were
 9    retained on August 28th --
10          A.      Yes.
11          Q.      -- correct?
12                  Okay.  I'm going to mark that report as
13    Exhibit 475; and the first page that I have marked
14    actually is a fax cover sheet from your office to
15    Mr. Miller, and then the report is one, two -- four
16    pages long following that.  So that's the first
17    report; and that's dated, again, September 19th.
18                  (Thereupon, Plaintiff's Exhibit No. 475
19          was marked for identification.)
20          Q.      (By Mr. McLeod)  After you drafted that
21    report, did you -- were you provided with additional
22    information by Mr. Miller or any other information
23    after the September 19th report?
24          A.      Yes.
25          Q.      Okay.  Is that information contained in
```

1    the documents we already looked through, the files

2    that we've gone through?

3         A.    Yes.

4         Q.    And then did your review of that

5    information lead you to supplement your report or

6    change anything in the first report that's marked as

7    475?

8         A.    To basically supplement some information

9    in the report in particular as to item seven.

10        Q.    Okay.  Can you pull the supplemental

11   report out of your folder?

12        A.    I have copies of that.

13        Q.    Okay.  This report is dated October

14   16th.

15              These are the same ones?

16        A.    Yes.

17        Q.    Just two copies of the same thing.

18              MR. MOORE:  Can I have one copy?  I

19        haven't seen that yet.

20              MR. McLEOD:  Neither have I.

21              MR. MILLER:  I just saw it this morning

22        upon receiving --

23              MR. MOORE:  That's yesterday.

24              MR. McLEOD:  It is.

25              MR. MILLER:  Upon receiving the --

```
 1            Ferretti's report, I sent those to Russ and

 2            asked him to look at it and see if we could

 3            quantify any of this.

 4                 If you remember, I was asking

 5            Mr. Schofield if anything could be quantified

 6            here; and that led me into posing the same

 7            question to Russ; and he did a little

 8            calculation that you'll see there relating to

 9            this question of the flexing of the --

10                 MR. MOORE:  Okay.

11                 MR. MILLER:  -- the spoiler and whether

12            that could detach the starboard pipe.

13                 (Thereupon, Plaintiff's Exhibit No. 476

14            was marked for identification.)

15            Q.    (By Mr. McLeod)  Let me show you

16      Exhibit 476, and tell me what that document is.

17            A.    Basically --

18            Q.    Just generally.  I'm going to go through

19      it fully later, but I just want to know generally

20      what that is.

21            A.    The document expounds upon item 17 --

22      Excuse me, item seven of my September 19th report

23      with regard to providing results of a stress analysis

24      on the modified exhaust tube on the starboard side.

25            Q.    Okay.  And this is dated the 16th of
```

```
 1    October, which is yesterday.
 2              Other than the first report dated
 3    September 19th, and the supplemental report dated
 4    October 16th, 2000, are there any other reports that
 5    you're authored in this case?
 6         A.    No.
 7         Q.    Okay.
 8         A.    You want to keep this in there?  However
 9    you want to do it.
10         Q.    No, these have to stay out.
11              Okay.  You can put this down there.
12         A.    Okay.
13         Q.    Let me --
14              (Discussion off the record.)
15              (Whereupon, a recess was had.)
16         Q.    (By Mr. McLeod)  Okay.  Mr. Johnson,
17    with re -- can you --
18              With respect to your first report, how
19    many hours do you think you've spent reviewing the
20    case and performing inspections of equipment and
21    whatever else you did to develop the opinions that
22    are contained in this report that's 475?
23         A.    Probably about 40 hours.
24         Q.    Forty hours?
25         A.    Give or take.
```

1      Q.    Okay.  And do you have time records

2  indicating what you worked on and things like that?

3      A.    Yes.

4      Q.    Are those in the file there or did you

5  not bring those with you?

6      A.    They're in the file.

7      Q.    Do you know which folder they're in over

8  there?  Or will they be obvious?  If I start going

9  through your folder, it will be pretty obvious?

10     A.    Probably obvious.

11     Q.    And with respect to your supplemental

12 report that's marked as 476, you spent about eight

13 hours, did the calculations contained in this report?

14     A.    Yes.

15     Q.    How many times have you actually

16 inspected the "Madame" or its parts?

17     A.    One time.

18     Q.    When was that?

19     A.    On August 30th.  I've also looked at

20 pictures as -- introduced as evidence from others.

21     Q.    Uh-huh.  I'm talking about hands-on

22 analysis, picking up the exhaust tubes and all the

23 different pieces that are in the warehouse.

24     A.    August 30th.

25     Q.    How long did you spend in the warehouse

1  versus at the "Madame" itself, the boat?

2       A.    Probably spent about three hours in the

3  warehouse, three-and-a-half hours in the warehouse,

4  and maybe about two-and-a-half to three hours at the

5  vessel.

6       Q.    Okay.  And you have come up with, I

7  guess, eight different opinions or eight related

8  opinions in this case; and just so I'm absolutely

9  clear, the opinions in your September 19th letter,

10 there's eight opinions contained in that letter -- or

11 report, and there's basically just a supplement to

12 item number seven, that's all that this Exhibit 476

13 is?

14      A.    Correct.

15      Q.    Okay.  I'm just going to that.  Let's

16 just walk through your report one by one and see how

17 fast we can take care of this.

18            With respect to -- I guess your first

19 opinion is that "The yacht's builder, Cantieri Navali

20 Ferretti, did not follow its own drawings to secure

21 the spoiler section to the transom of the vessel or

22 for the structural reinforcement of the spoiler."

23            What drawings are you referring to?

24      A.    I believe it's Exhibit 228 -- And I have

25 some of those -- Exhibit 228, Exhibit 229, Exhibit

1  230, Exhibit 231 and probably Exhibit 227, which is

2  the spoiler profile.

3          Q.    Okay.  Now, so it's your opinion that

4  the manufacturer did not follow its own plans to

5  build the "Madame," and those plans are Exhibit 227,

6  228, 229, 230 and 231; correct?

7          A.    Yes.

8          Q.    Well, let's go through them.

9          Can you pull out -- Is there a

10 particular order that I should do this, or can I just

11 do it numerically and say show me what they didn't do

12 on Exhibit 227 and go down like that?

13         Is that a good way to do it or should I

14 do it a different way?

15         A.    Simply, it --

16         Q.    Or is there a better way to --

17         A.    Keeping it simple, if you look at

18 Exhibit 230, which reflects the bolted connection to

19 the transom and the use of a large washer for load

20 distribution, that wasn't used.  They used small

21 washers.

22         The other exhibit, 231, reflects a large

23 bolted plate, tapped and built-up plate,

24 approximately 4.72-inch washer area, bearing area,

25 that wasn't used.

1      Q.    What general area on the boat are we

2  looking at here?

3      A.    Okay.  This coincides with the bolting

4  locations reflected in Exhibit 234.

5      Q.    Okay.  Mr. Johnson, just because you

6  haven't been in deposition in a long time, remember

7  when you're referring to different documents -- and

8  you're doing a pretty good job -- remember to

9  identify them by the exhibit number, that way we

10  won't get lost later.

11          So when you say "this," you have to say

12  the -- you have to say Exhibit 231 and 230

13  corresponds in some way to another exhibit, so that

14  we all know what you're talking about two weeks from

15  now when we're reading this.

16      A.    Okay.

17      Q.    So just remember to identify what you

18  are looking at by the number, and that will keep us

19  moving faster.

20      A.    Okay.  Exhibit 234 reflects the bolting

21  locations schematically along the transom of the

22  vessel.

23          Exhibit 231 and Exhibit 230 reflect the

24  bolted detailed connections with the use of a large

25  bearing washer to transfer the load from the bolt

37

```
1    into the transom of the vessel and also into the
2    spoiler area.
3          Q.    What do these bolts attach?  Just
4    generally.
5          A.    The bolts attach the spoiler to the
6    transom of the "Madame."
7          Q.    Okay.  Go ahead.  And you're saying that
8    the "Madame" was not built according to these three
9    plans, 230, 231 and 234; right?
10         A.    Correct.
11         Q.    How is it different?
12         A.    The large bearing area washers were not
13   present.
14               MR. SIKES:  What size were those washers
15         to be?  That's what I've been trying to find
16         out.  Nobody seems to be able to tell me that.
17               THE WITNESS:  Exhibit 231 specifies the
18         bearing area of the washer is 120 millimeters,
19         which is 4.72 inches.
20               MR. SIKES:  4.72 inches.
21               In other words, that's -- that washer
22         should cover that area, 4.72 inches?
23               THE WITNESS:  Yes.
24               MR. SIKES:  That's a hell of a big
25         washer; isn't it?
```

1              THE WITNESS:  It's a fabricated washer.

2              MR. SIKES:  I ain't never seen one of

3         those in my lifetime at the hardware store.

4              THE WITNESS:  No.  Quite often in marine

5         construction for a bearing area, these would

6         be fabricated out of brass or cut -- cut and

7         burned; they would not be a standard washer,

8         particularly the one that's reflected in

9         Exhibit 231, is reflected -- shown as tapped.

10         In other words, it would have a thickness of

11         10 millimeters or .393 inches, so it's

12         actually made from plate --

13              MR. SIKES:  Okay.  .393 inches?

14              THE WITNESS:  -- thickness.

15              MR. SIKES:  Okay.

16         Q.    (By Mr. McLeod)  Okay.  How was -- how

17    was the "Madame" built differently than what is shown

18    in these three exhibits, 230, 231 and 234?

19         A.    My recollection is -- you know, not

20    seeing the bolted connections, it was disassembled at

21    that time, but the pictures in -- the areas in the

22    indentations indicated the washer's probably about an

23    inch-and-a-half in diameter, and it was a minimum

24    washer, probably like a standard -- standard bolted

25    washer.

```
 1                 Actually, the -- I should correct
 2     myself, that the washers were placed back through the
 3     hole, I guess, in some cases.
 4            Q.    Okay.  Let me get those three.
 5                 MR. SIKES:  Let me just make an inquiry.
 6                 This washer which was actually put in,
 7            this was not a machine washer, is this the
 8            kind of washer that you can buy somewhere?
 9                 THE WITNESS:  The washer that was
10            actually used appeared to be a standard metric
11            washer, was used by the manufacturer.
12            Q.    (By Mr. McLeod)  All right.  So we've
13     gone through 230, 231 and 234.
14                 You also identified 227, 228 and 229 as
15     plans where you did not believe that the boat was
16     built according to the plan, I guess.
17                 So you're about to do it --
18            A.    Yeah, I'm about to do it.
19                 Huh?
20                 Okay.  This probably is going to tie
21     into another one of the points, but we can go ahead
22     and address it.
23                 At this point on Exhibit 228 and Exhibit
24     229, they reflect the lamination plan for the vessel
25     and also the -- used in the spoiler.
```

```
 1          Q.     Okay.

 2                 MR. MOORE:   228 is the vessel and 229 is

 3          the spoiler?

 4                 THE WITNESS:   No, 228 is -- is basically

 5          the engineering drawing by Ferretti of the

 6          vessel, and it reflects the engineering

 7          lamination schedule.

 8                 MR. MOORE:   For the --

 9                 THE WITNESS:   For the vessel as marked

10          up by -- I believe by the -- by Georges Meyer.

11                 I think the -- Exhibit 229 is -- is

12          basically unmarked; and 228 marks a -- changed

13          the lamination schedule.

14          Q.     (By Mr. McLeod)  You say "marked," you

15   mean notes?

16          A.     No, sir.  There are changes in the

17   number of lamina ply layers that are added.

18                 MR. MOORE:   For the vessel?

19                 THE WITNESS:   For the vessel.

20                 228, they're modified; and 229 appear to

21          be unmodified.

22          Q.     (By Mr. McLeod)  Okay.  How was the

23   "Madame" built differently from the specifications

24   set forth on Exhibit 228 and 229?

25          A.     Item two within my report addresses this
```

```
 1     point more explicitly, so --
 2             Q.    I'm just trying to find out --
 3                   You know, generally you've identified
 4     the plans for me that you think are at issue, and
 5     you've told me that -- generally how the "Madame" was
 6     not built according to Exhibits 230, 231 and 234; and
 7     I just want to know right now, without getting into
 8     your report specifically, how the "Madame" was built
 9     differently than the requirements set forth in
10     Exhibits 228 and 229.
11             A.    Well, very simply put, it was intended
12     that the spoiler hull itself be constructed in one
13     piece, it was constructed in two pieces; and, number
14     two, that the lamination layers or the thickness of
15     laminate that attached the spoiler to the spoiler end
16     of the -- called the transom end of the spoiler, I
17     guess, meeting area, was not reinforced with the
18     number of plies as defined within the laminate
19     schedule.
20             Q.    Okay.  And what were the two pieces you
21     talked about?
22                   You said it was supposed -- it was
23     intended to be built in one piece, but it was built
24     in two pieces.  What were the --
25             A.    The forward -- the forward bulkhead of
```

1    the spoiler was laminated with fiberglass

2    reinforcement, a -- plywood core scraps of material

3    and more fiberglass lamina, and then it was attached

4    to the main hull of the spoiler by a secondary bond.

5         Q.    Okay.  And that -- What you're saying is

6    that's different than what the plans call for?

7         A.    Right.

8         Q.    Okay.  Now, are there any other plans

9    that you feel were not complied with when the

10   "Madame" was constructed?

11            We have the lamination plans, 228 and

12   229, that you just talked about; and then we have the

13   bolt patterns for securing the spoiler onto the

14   vessel, which were 230, 231 and 234.  Are there any

15   other plans that you -- that you've reviewed and come

16   to the opinion that the "Madame" just wasn't built

17   per those plans?

18        A.    I did not review the drawings of the

19   structural reinforcement of the spoiler itself, but I

20   have opinions that the rib and the reinforcement of

21   the spoiler itself, I would feel that it would -- it

22   would not comply with the drawings, but I did not

23   review those.

24        Q.    Okay.  And that's in your report

25   somewhere?

```
 1                    I think I saw that somewhere.  Okay.  I
 2    just want to make sure that I've got all the plans
 3    identified.
 4                    Okay.  So --
 5        A.     I guess I just want to say I did not
 6    critique the overall laminate design in other
 7    locations, I just particularly was looking at the
 8    spoiler area itself.
 9        Q.     Okay.  All right.  Back to your first
10    opinion.
11                    The drawings to secure the spoiler
12    section to the transom, we just talked about those.
13                    What are the plans for the structural
14    reinforcement of the spoiler, or are those what you
15    just -- are those the -- I guess the plans that you
16    just talked about that you didn't actually review?
17                    You see what I'm saying?  In your first
18    sentence --
19        A.     The first sentence reflected what I
20    testified earlier, was essentially Exhibit 231 --
21        Q.     Okay.
22        A.     -- and Exhibit 230 --
23        Q.     Okay.
24        A.     -- and then the second sentence
25    basically was inferring that the design with regard
```

1    to that call out -- on the drawings it calls for

2    plywood core to be used between the two sections.

3    They -- The fabricator located essentially at the

4    initial lower bolt line scraps of plywood core

5    material so that it formed a seamed junction right

6    along the main bolted path.

7         Q.    And you're looking at the bolt line

8    that's indicated on Exhibit 234; correct?

9         A.    Right.

10        Q.    And what's wrong with that?

11        A.    Basically, the core reinforcement was

12   not continuous, but it was a juncture of materials

13   under highly stressed area right central along the

14   centroid of the bolt path line near the bottom of the

15   spoiler.

16        Q.    And is that what you mean when you say

17   in your opinion number one that "The design placement

18   of the plywood core reinforcement was not adequate"?

19        A.    Yes.

20        Q.    Well, what -- in real life terms, what

21   does that -- what problem does that cause?

22.            I mean, if they use plywood core

23   reinforcement as opposed to one big piece of plywood,

24   what difference does it really make?

25        A.    Well, the spoiler section is really

1    pretty elementary, the spoiler's about five feet

2    long, and essentially it reflects the load for the

3    trim tab and buoyancy.  The primary stress line is

4    going to be your lower bolt area of the vessel or

5    anyplace --

6             Q.    Uh-huh.

7             A.    Just elementary Mechanics 101, general

8    fabrication; and anyone looking at the structure

9    would say in order to react -- in order to react your

10   load planes, you try to locate splices and joints in

11   an area of low stress near your -- the centroid of an

12   area up around the mid area.

13             It was just -- it was just a lack of

14   engineering and direction, and it was -- probably

15   transpired in the construction of the spoiler.

16             Q.    Okay.  I understand that, and I'm not

17   disagreeing with you that -- that it may not have

18   been a good idea to put those bolts in an area where

19   scrap sections of plywood were used, but I'm just

20   trying to find out --

21             MR. SIKES:  Let me --

22             Q.    (By Mr. McLeod)  -- what difference it

23   makes.

24             What happens if you -- if you do it

25   right, how does the boat react; and if you do it

46

```
 1    wrong, how does the boat react?  What real difference
 2    does it make?
 3              A.    Well, from a laminate structure -- In
 4    other words, when you're designing fiberglass
 5    composites as a -- for whatever purpose, the most
 6    elementary area, the first course engineers or people
 7    learn, is that when you transfer your bending loads,
 8    you rely on the core to stay intact and to resist the
 9    shear and bending pressure that is placed.
10              When -- when you place a juncture of two
11    seams of a core material right in a molded line,
12    physically you get rotation and separation and
13    delamination, and is evidenced by some pictures, you
14    know, like the marine growth below that area.
15    Physically buckling of the structure.
16              Q.    Okay.  You mentioned a second ago trim
17    tabs; and in your report in the first opinion you
18    offer, there's a sentence that says there, "The trim
19    tab reaction forces induced excessive stresses in the
20    lower bolted connection along this non-continuous
21    plywood interface line."  How -- What are trim tab
22    reaction forces?
23              A.    Well, the trim tab stabilizer on the --
24    on this particular vessel is -- is attached to the
25    aft end of the spoiler; and basically under dynamic
```

```
1    conditions with the vessel underway, in order to
2    bring the bow down, the trim tab is elevated downward
3    and it creates a force essentially with the water
4    greater than just the buoyant reaction.  It transfers
5    its load back along the hull section of the spoiler
6    to the bolted interface.
7              Basically it's a moment caused by its
8    force, and the lever arm distance to the spoiler, and
9    then, coincidingly, the distance from the base --
10   base of the hull, the bolt line, is a secondary
11   moment, so you can -- the load is pretty elementary,
12   it just gets transferred.  That's your highest --
13   your peak stress is along that bolted line.
14        Q.   How much additional load -- and I guess
15   that's -- if that's the right word -- was the trim
16   tabs at to the -- to that bolted area that you were
17   talking about?
18        A.   I haven't quantified that.
19        Q.   No?
20             I'm just moving down your report.
21   There's a sentence -- The next sentence says, "This
22   created an open space along the bottom of the -- of
23   the hull sections between the forward section of the
24   spoiler and the transom."  What area is that?
25        A.   With regard to Exhibit 234, if you took
```

```
 1        the distance from the lower bolt hole line --
 2              Q.    Uh-huh.
 3              A.    -- towards the base or the bottom of the
 4        vessel, it would be that distance from the center of
 5        those bolt holes to the base area along the bottom of
 6        the spoiler area.
 7                    And directly in the transom connection
 8        when this would be viewed, there was evidence of some
 9        marine growth shown in some photos.
10              Q.    Okay.  I'm just trying to find out the
11        section you're talking about.  This lower section
12        along the bottom row --
13              A.    Yes.
14              Q.    -- of the bolts on Exhibit 234?
15                    Okay.
16              A.    I have a photograph of that, if that
17        would help.
18              Q.    Okay.  Do you?  Can you pull that out?
19                    And I noticed here on your report, the
20        very last sentence of your report says that you might
21        be providing picture attachments.  Do you have a
22        report with attached photographs or do you --
23              A.    No, I don't.  I did not do that.
24              Q.    Okay.  Okay.  You've just handed me a
25        picture that I'll mark as Exhibit --
```

```
 1                    Well, first orient me to north and south
 2      before I put the sticker on it, and then I'll put the
 3      exhibit sticker on there.
 4           A.    Okay.
 5           Q.    Which is the top of the picture?
 6           A.    This is the top of the picture; this is
 7      the bottom of the transom.  This is the bottom of the
 8      spoiler.  This is the section of the transom that
 9      would be bolted to the --
10           Q.    Okay.  Well, I'll mark that picture
11      as -- or that photograph as Exhibit 477; and you
12      indicated that this photograph may help me to
13      understand the sentence in your first opinion where
14      it says, "This created an open space along the bottom
15      of the hull."
16                    (Thereupon, Plaintiff's Exhibit No. 477
17           was marked for identification.)
18           Q.    (By Mr. McLeod)  Can you use that
19      picture to help me understand what you're talking
20      about?
21           A.    Not totally.  No, I can't.
22                    The photo that basically reflects the
23      marine growth in that area is contained in one of the
24      large photographs that I don't have a copy of would
25      reflect.
```

1    Q.    Well, what does Exhibit 477 show us?

2    Why is this important?

3    A.    It essentially reflects the core

4    construction.  The seam of the core that aligns

5    itself with the bolt hole locations along the base of

6    the --

7    Q.    So the --

8    A.    -- spoiler.

9    Q.    So the left -- the -- I guess the wall

10   of the object in Exhibit 477 that's on the left, that

11   is what part of the boat?  That's --

12   A.    This would be the aft end of the spoiler

13   section where it would be bolting to the transom of

14   the vessel.

15        The picture doesn't show the distortion.

16   Of course, it could have occurred as a result of some

17   of the fracture; but physically the mechanics of the

18   aftermath, you know, reflect a failure in that zone

19   and just reflect the construction differentials.

20   Q.    So I can -- I can orient myself between

21   Exhibit 477 and 434, the crack that is apparent on

22   Exhibit 477 that may be almost close to halfway in

23   the -- well, close to in the middle of the page, does

24   that crack correspond to the lower bolt line,

25   Exhibit -- identified in Exhibit 234?

1       A.    It's most likely -- without being exact,

2  it's -- probably the cross-section is removed between

3  the third bolt -- Wait a minute.

4            It would be between the -- between the

5  very bottom bolt and probably the second bolt going

6  from center towards the starboard side.

7       Q.    On the lower bolt line, though?

8       A.    On the lower bolt line.

9            MR. SIKES:  Let me see that for just a

10       minute.

11            THE WITNESS:  Exhibit 234?

12            MR. SIKES:  I want to be able to

13       understand that.

14            MR. SIKES:  Let me just ask him a couple

15       of questions about this, if you don't mind, so

16       I can understand what he's had to say.

17            MR. McLEOD:  Go ahead.

18            MR. SIKES:  Again, we're looking at

19       Exhibit 477; and, as I view this myself, it

20       would appear that the -- what I call the --

21       the "L," as reflected in the photograph, would

22       be what part of the spoiler, the starboard

23       outside portion of the spoiler?

24            THE WITNESS:  Yes.

25            MR. SIKES:  Okay.  So the -- the -- that

52

1     part of the "L" -- and we're talking about the

2     perpendicular part of the "L" -- there is a

3     crack in the center; do you see that?

4          THE WITNESS:  Yes.

5          MR. SIKES:  That crack is approximately

6     even with the lower bolt line as described on

7     Exhibit 234?

8          THE WITNESS:  Yes.

9          MR. SIKES:  And you're saying that this

10    crack, once again, is evidence of Ferretti not

11    having followed the specific plans and

12    specifications for the forward section of the

13    spoiler and the bolting of that onto the

14    vessel transom?

15         THE WITNESS:  Correct.

16         MR. SIKES:  Okay.  You are able to say

17    that this crack occurred prior to the sinking

18    of this vessel?

19         THE WITNESS:  Yes.

20         I'd like to add a clarification.

21    It's -- The crack is really a gap that you see

22    between the core materials itself.

23         The fracture that appears to the far

24    left may have been a result of the actual

25    fracture where it actually tore the fiberglass

```
 1        facing materials loose.
 2             MR. SIKES:  I understand that the bottom
 3        part of the forward section of the spoil -- of
 4        the spoiler was composed of scrap materials of
 5        core plywood.
 6             Now, is what we see where the ruler runs
 7        along there that portion where the scrap
 8        materials would be used?
 9             THE WITNESS:  Yes, along the --
10             MR. SIKES:  This portion here?
11             THE WITNESS:  Along the tape.  The tape
12        is following the -- along the -- I don't know
13        the exact word for it, but is following along
14        the perimeter line of the hull base of the
15        spoiler area itself.
16             MR. SIKES:  Would the top part where you
17        see the end of those scrap materials, which
18        you referred to as scrap plywood materials,
19        would that be the end of those materials and
20        the beginning of some other solid piece of
21        core plywood which was part of the forward
22        bulkhead of the spoiler?
23             THE WITNESS:  In general terms, yes.  In
24        other words --
25             MR. SIKES:  Okay.
```

1          THE WITNESS:  -- the line is a line of

2     demarcation.

3          Essentially it appears that over a large

4     area along the bolt -- lower bolted line that

5     that seam line of bolting also coincides with

6     the seam line split of core and its area; so

7     it may not have been reflected explicitly on

8     the drawings that they use continuous sheet of

9     plywood material core along that line.

10          It's very poor practice to split core

11     materials right along a bolt line.  They did

12     not have very explicit engineering definition

13     on their drawing to say this is where the core

14     plate seam should end.

15          MR. SIKES:  I don't see the bolts in

16     477.

17          THE WITNESS:  They're not evident.  It's

18     clearly the way that view was taken.  There

19     are probably other pictures.

20          I did not take that along that line to

21     explicitly show the bolt pattern, it was just

22     an observation subsequently reviewing the

23     transom section and also looking at

24     photographs in view that were available, I

25     could see the marine growth, and it would

55

1    coincide that this was present for some time

2    before, there's some flexure and some opening

3    of that space.

4         MR. SIKES:  These objects which are

5    sticking through what we see here in this

6    Photograph 477, are those bolts, part of the

7    bolts?

8         THE WITNESS:  No, no.

9         MR. SIKES:  What are those?

10        THE WITNESS:  They look like screws that

11   held some plate or fastener on it or --

12        MR. SIKES:  That -- I just wanted to

13   make sure that I have oriented myself.

14        Have you seen that?

15        THE WITNESS:  Just off the record for a

16   second.

17        (Discussion off the record.)

18        MR. MILLER:  On the record.

19        One problem we had is that one roll of

20   Russ's film --

21        MR. SIKES:  Well --

22        MR. MILLER:  -- didn't develop.  I don't

23   know what happened, but it didn't come out.

24        MR. SIKES:  Well, here is something I

25   don't --

```
 1              Here, look at 360.  Does that help you
 2        at all?
 3              THE WITNESS:  Yeah, it actually -- On
 4        Mr. Jules Schubert's exhibit, his exhibit
 5        Number 1, shows essentially the transom
 6        section before the -- before it was removed
 7        from the vessel; and you can see the blistered
 8        appearance right along the bolt line where the
 9        core materials were actually occurred and
10        where it actually had formed a buckling area.
11              And also that -- in his Photograph
12        Number 3 shows a crack that goes right along
13        that seam.
14              MR. SIKES:  Let me just --
15              Has Mr. Schubert's Number 1 been marked?
16              MR. McLEOD:  Uh-huh.
17              MR. SIKES:  What is it?
18              MR. McLEOD:  I don't know.  I mean, all
19        of his pictures are marked, and we marked them
20        all as -- all as one exhibit.  He was
21        referring to them as Exhibit Number blank,
22        Photo Number 1.  We can re-mark that if you
23        want.
24              MR. SIKES:  I just want -- Here again, I
25        don't want to intercede here, but I don't want
```

57

```
 1          this to go by.
 2                  I'm looking at a photograph --
 3                  MR. McLEOD:  You want to just mark it?
 4          I don't care, it's my copy.
 5                  MR. SIKES:  Yeah.  Why don't we just
 6          mark this as a composite.  It's --
 7                  MR. McLEOD:  Okay.  Mark them all again;
 8          that's fine.
 9                  (Thereupon, Plaintiff's Exhibit No. 478
10          was marked for identification.)
11                  MR. SIKES:  It's 478.  There are two
12          pictures here.  The -- What you referred to as
13          a blistering effect, looking at the top
14          photograph of 478, just above the bottom of
15          the boat is a line which looks to me to be
16          about six or eight inches above the bottom
17          that runs along the entire bottom in a "V,"
18          the shape of the hull.
19                  THE WITNESS:  Yes.
20                  MR. SIKES:  That is a -- you said a
21          blistered effect.  Caused by what?
22                  THE WITNESS:  It appears it's a
23          combination of -- of different effects.
24                  The visual appearance appears that
25          basically moisture or water was capsuled in
```

1         that area along that line; and when the boat

2         was brought up from the larger -- from a

3         greater depth, the water expanded and it

4         caused that surface to physically raise and

5         become visually apparent.

6              That line of demarcation, where it shows

7         as a raised appearance, appears, from my

8         examination, to coincide as the split juncture

9         between the core materials, where physically

10        and by load, whether by impact with the bottom

11        or beforehand, to some extent, the inner core

12        that you are looking at was physically

13        buckling as a reaction to the load.

14        Q.    (By Mr. McLeod)  We're saying that the

15    scrap materials which were used for the forward

16    section of the spoiler are evident here, are they

17    not?

18              THE WITNESS:  Yes.

19              MR. SIKES:  Okay.  And we're talking

20        about the top photograph.  We can see a piece

21        of scrap plywood here, can we not?

22              THE WITNESS:  Yes.

23              MR. SIKES:  Okay.  Did you determine how

24        high up this scrap plywood went before it met

25        with a solid piece?

59

```
 1              THE WITNESS:  I did to some degree, made

 2       a couple of sketches of the area, and along

 3       the perimeter took some -- some digital

 4       photographs of the sur --

 5              I didn't attempt to quantify the exact

 6       locations, but there's also a cutout that some

 7       other individual had made, which I -- which is

 8       reflected in the photograph I introduced that

 9       shows clearly, you know, where that line of

10       demarcation is.

11              MR. SIKES:  Why would a boat

12       manufacturer use scrap plywood as opposed to a

13       continuous sheet which would fit on the

14       forward section of the spoiler?

15              THE WITNESS:  It's extremely unusual

16       that anyone would, you know, just locate a

17       seam of plywood right along a bolt line.

18              It's just -- It's, I would say, almost

19       stupid, because typically when you use larger

20       sheets, you would expect the sheets would go

21       horizontally.  They might be -- You know,

22       where the sheets are trimmed and placed, it

23       just -- There's no logical reason that you

24       would place materials --

25              MR. SIKES:  There's plenty of plywood
```

1    around; and the thickness of this plywood, was

2    what?

3            THE WITNESS:  I think it was around

4    five-eighths to three-quarters of an inch.

5            MR. SIKES:  And it comes in sheets of --

6            THE WITNESS:  Probably four feet by

7    eight feet.

8            MR. SIKES:  So there's ample plywood in

9    a sheet like that to -- to comply with the

10   plans and specifications, is there not?

11           THE WITNESS:  Correct.

12           And normally the normal practice would

13   be -- by a lot of builders -- when you are

14   using large sheets, is -- just so there's

15   clarity to the workers, they'll align and say

16   you cut -- here's a cut plan for seams and

17   material.

18           MR. SIKES:  The jig.

19           THE WITNESS:  The jigs or the line

20   between the splice between materials to occur

21   at a certain point.

22           MR. SIKES:  My point to you is, if, in

23   fact, you have got a jig, it seems to me that

24   it would be easier to use a jig, and this

25   would be to cut up a bunch of scrap plywood

61

```
 1          faster, more expeditiously?
 2               THE WITNESS:  Well, it's very illogical
 3          to have such a large surface area and to
 4          physically locate a deliberate seam right
 5          along a bolt path.  It's just absurd, really,
 6          when you think about it.
 7               MR. SIKES:  Go ahead.
 8          Q.    (By Mr. McLeod)  You mentioned -- you
 9     pointed to another photograph that was taken by Jules
10     Schubert, and I just wanted to mark it only because
11     you had pointed to it during the crux of your
12     explanation to Mr. Sikes; and that photograph is the
13     top photograph on the -- on the document I've marked
14     as Exhibit 479.
15               (Thereupon, Plaintiff's Exhibit No. 479
16          was marked for identification.)
17          Q.    (By Mr. McLeod)  You pointed to this
18     area along where there's a few bolts in the cracked
19     area.  Can you tell us what that is?
20          A.    It appears that the cracked plane that's
21     reflected in Photograph 3 of Exhibit 479 is a line of
22     demarcation right along the bolt line that also
23     coincides to the termination line of a lower plate
24     section of plywood and a top section of plywood where
25     there's non-continuous plywood through the highly
```

```
 1    stressed principal bolt line.
 2           Q.    All right.  Why don't you --
 3                 At this point, I'm going to go to your
 4    second opinion; but before we get too lost here, I'm
 5    going to try to keep the exhibits from this
 6    deposition in this pile, and anything else that you
 7    may refer to over here.  I just don't want to end up
 8    with a --
 9           A.    This one --
10                 This is what we've referred to.  You
11    should keep that together.
12           Q.    We have already marked these in Exhibit
13    234.  As long as you keep referring to it as Exhibit
14    234.
15           A.    Okay.
16           Q.    We have this.
17           A.    Fine.
18           Q.    So it's easy for us to find.
19                 I'm just saying, anything that we put a
20    sticker on today, try to keep it different from the
21    things in your file that I have already marked.
22    Remember, we marked all these plans as an exhibit in
23    that folder.
24                 So let's go to your second opinion; and
25    that appears to be that "The forward end of the
```

1    spoiler hull appears as if it was also not

2    constructed as one piece, as a one-piece molded

3    integral section of the spoiler."

4            Can you explain that, and tell me if

5    that's different than what you were just talking to

6    Mr. Sikes about?

7        A.    Yes, it is different than what we spoke

8    of before.

9            Basically, the section of the transom

10   reflected in Exhibit 478, Photograph 1, which is the

11   "Madame," an aft view prior to the aft transom

12   section being removed, the entire area or plate

13   section across the beam of the vessel from the top of

14   the spoiler area to the bottom of the keel appears as

15   if it was a prefabricated section where a core

16   material was laminated as a sandwich between

17   fiberglass faces to form a large bulkhead surface

18   area; and through secondary bonding, this section was

19   attached to a spoiler hull transom section.

20           The actual attachment and formation of

21   the spoiler box simply may have been prefabricated in

22   a means in which the size and very aft end of the

23   spoiler were connected to a prefabricated plate

24   section in the process of construction, and then the

25   joints which attached the transom section to the

1   spoiler were secondary bonds, not a continuous

2   one-piece section.

3          And I reflected in my deposition

4   (***sic) that there are -- "A segment of the spoiler

5   bottom laminate was not bonded to the spoiler forward

6   end, only about 0.09 thickness of lamination was

7   present, two mat-type reinforcement plies were

8   present," on the interior; and "Other experts

9   (Mr. Frank Hamlin and Mr. Robert Schofield) have made

10  similar observations of this deficiency and others in

11  the structural integrity of the spoiler laminations."

12          MR. McLEOD:  Hold on one second.

13          (Whereupon, a recess was had.)

14      Q.    (By Mr. McLeod)  Okay.  I'm trying --

15  I'm trying to understand the different pieces that

16  we're talking about between the spoiler and the hull

17  of the vessel and the way it was attached; and I've

18  drawn this little diagram; and to your left I've

19  drawn something, and I'm going to represent that that

20  is the hull of the vessel; and to the extreme right,

21  I have a drawing of what I think is the spoiler body,

22  just the hull of the spoiler itself; and in the

23  center of the page, I've marked an item that says

24  "forward face of the spoiler."

25          And what I mean by "forward face of the

1    spoiler," it's this forward plywood composite

2    structure that's actually bolted to the hull.

3              You understand that?

4         A.    I do.

5              (Thereupon, Plaintiff's Exhibit No. 480

6         was marked for identification.)

7         Q.    (By Mr. McLeod)   Okay.   And your

8    Opinion Number 2, can you explain to me what you're

9    saying here when you say that "The spoiler hull

10   appears as if it was also not constructed in one

11   piece."

12             Using this diagram, 480, what -- what

13   was the one piece supposed to be?

14        A.    Okay.   I had read one of the earlier

15   depositions by the fabricator, and he spoke as if the

16   spoiler body was made as -- essentially from a plug

17   mold, essentially all hull surfaces being constructed

18   in one -- one section, one piece.   Be it not, the

19   options they had, it appeared that they did plug

20   mold, which you could call on Exhibit 480 the right

21   section or the spoiler body aft of the forward face

22   of the spoiler initially.

23             Sometime, some point in their

24   construction, they took a plate section, which is the

25   forward face of the spoiler which was prefabricated

```
 1    to some degree with core sections attached with some
 2    laminations and then they bonded the forward face of
 3    the spoiler to the spoiler body with secondary bonds.
 4              Not being wrong in itself, but the
 5    secondary bonds were neither of the thickness, nor
 6    did they carry -- particularly in the lower starboard
 7    section -- the continuous Kevlar enforcement across
 8    that tie the sections together.
 9         Q.    Okay.  Hold on for a second.
10              This area where I've just written the
11    letter "A" and I've drawn an arrow, what you just
12    said describes how the spoiler body was actually
13    attached to the forward face of the spoiler as I've
14    drawn it on --
15              MR. SIKES:  Can you move your hand,
16         please?
17         Q.    (By Mr. McLeod)  -- 480; is that right?
18              MR. MILLER:  And I think this is drawn a
19         little deceptive, because this line here does
20         not exist.  This face here forms that line.
21              Now, I know I've used "this" and "that,"
22         and it's not very clear on the record.
23              MR. SIKES:  That's understood.
24         Q.    (By Mr. McLeod)  Okay.  So you have an
25    opinion about how the spoiler body was attached to
```

1    the forward face of the spoiler; correct?

2          A.    Yes.

3          Q.    Do you have an opinion about how the

4    forward face of the spoiler with the spoiler body was

5    attached to the hull of the vessel itself, as I just

6    indicated here with the arrow marked "B"?

7          A.    As earlier referenced through Exhibit

8    478, Photograph 1, the connection that's made at the

9    bolted -- bolted area along the bottom of the -- of

10   the hull area forms the connections referenced in "B"

11   between the two -- two sections.

12               It's not shown in this photograph, but

13   that would form the actual connection between the two

14   we've earlier -- We previously discussed that.

15         Q.    So the connection that I've indicated on

16   Exhibit 480 with the circled letter "B," you

17   testified about that already, and that had to do to

18   with the bolt patterns and the plywood core and

19   things like that?

20         A.    Correct.

21         Q.    Okay.  Now, where do you -- We're at

22   Opinion Number 2, and this opinion deals with the

23   connection that I have indicated with the letter "A"

24   on Exhibit 480; is that right?

25         A.    Correct.

```
 1         Q.    Okay.  Now I'm with you.  Explain to me

 2   basically how the connection was done, and give me

 3   your opinions about how that was done.

 4              The connection here, "A."

 5         A.    I believe I have mentioned this, but

 6   I'll --

 7              MR. SIKES:  Well, you are talking about

 8         the Kevlar being -- being connected?

 9              THE WITNESS:  The Exhibit 228

10         establishes the lamination schedule, and for

11         different sections of the vessel there's a

12         descriptive area.

13              It labels ply layers that would be used

14         in each particular area, I believe, like the

15         Poppa being the forward aft -- called the

16         forward fabricated end of the spoiler -- would

17         contain a certain number of plies of mat, a

18         certain number of plies of a Kevlar

19         enforcement and then a certain thickness of

20         core material.

21              I'm mistaken, I thought you said --

22         You're talking 228.  Exhibit 2 --

23              MR. MOORE:  Did you just say 228?

24              THE WITNESS:  I thought -- I meant

25         Exhibit 228 is the lamination schedule.
```

1           MR. MOORE:   Check 228.

2           MR. McLEOD:   Underneath there.

3           THE WITNESS:   228.

4           MR. MOORE:   That's the engineering

5    drawings for the vessel that contains the

6    lamination schedule --

7           THE WITNESS:   Yes.

8           MR. MOORE:   -- for the primary hull.

9           THE WITNESS:   Yes.

10          MR. MOORE:   Okay.   Now, what is 229?

11          THE WITNESS:   Did I say 229?

12          MR. MOORE:   No, I'm asking you what it

13   is.

14          THE WITNESS:   Oh, 229.   I may need help

15   from someone else.   I -- I'm thinking that

16   this was a -- a -- It's the same basic table,

17   but before it was modified by an additional

18   layer of -- of Kevlar Aramat.

19          You want me to spell that?   A-R-A-M-A-T,

20   space, 72.   That's generically the Kevlar

21   enforcement.

22          MR. MOORE:   Same table as 228 before

23   modification?   That -- that's what it appears

24   to be to you; right?

25          THE WITNESS:   229 is before the

70

```
 1              modifications, I think.
 2                   MR. MOORE:  Right.
 3                   THE WITNESS:  Yes.
 4         Q.    (By Mr. McLeod)  Okay.  Well, let me
 5   bring you back to this second opinion, and I'm going
 6   to read a sentence in your Opinion Number 2.
 7                   It says, "Secondary bonds attached the
 8   forward spoiler section with a deficiency in the
 9   quantity of reinforcement lamina layers, length of
10   reinforcement, and an absence of continuous
11   directional reinforcement."  Is the area you are
12   speaking of in that sentence represented here by my
13   letter "A" on Exhibit 480?
14         A.    Yes.
15         Q.    Okay.  Now, explain what that means in
16   English.
17         A.    Basically, in the most simplicity --
18   simplistic forms --
19         Q.    Okay.
20         A.    -- if you were attaching a plate section
21   to another section in fiberglass structures, you
22   would achieve strength through a connection by the
23   thickness and the type of plies of material --
24         Q.    Uh-huh.
25         A.    -- and basically unlike a steel -- well,
```

1   where you actually make a fusion at a local point,

2   you have to have a certain shear length or an overlap

3   length of materials that tie together.

4          I think Mr. Schofield had inferred, and

5   also standard lamination practice tell you that

6   generally it's a -- you stagger your layers; and as

7   you are making your junctures for a secondary bond,

8   to at least to no less than about a one-inch gap

9   between your fiber terminations, generally good

10  practice is you lay -- you start your first plies

11  about three inches back on the surface and then you

12  stagger them out to increase a tapered bond area to

13  get load discontinuity stresses between the sections

14  and to tie -- tie them together.

15         Q.    And did you find that on the "Madame"?

16  Was the "Madame" built like that?

17         A.    No.

18         Q.    How was it built?  How did it differ?

19               MR. MOORE:  What are we talking about

20         tying together, can you be a little more

21         specific?

22               MR. SIKES:  The forward section of

23         the --

24               MR. MOORE:  I just want him to say it.

25         I want him to say what he's talking about

72

1          tying together.

2                   What are you talking about tying

3          together?

4                   THE WITNESS:  Along the bottom of the

5          spoiler, the connection of the forward

6          fabricated bulkhead to the spoiler body

7          itself, particularly along the starboard side,

8          that was the section that just reflected the

9          absence of continuous reinforcement in the

10         juncture that tied the forward fabricated

11         plate section to the spoiler body.

12                  MR. MOORE:  Okay.  Okay.  And so you're

13         talking about the starboard side of the

14         spoiler box to the forward part of the spoiler

15         box?

16                  THE WITNESS:  Yes.

17                  MR. MOORE:  Okay.  Go ahead.

18         Q.     (By Mr. McLeod)  Okay.  Now, you

19    explained how this attachment should have been made,

20    this -- the attachment that I'm -- I have a little

21    arrow on and marked as Exhibit "A."  Tell me how the

22    "Madame" differed from that.

23         A.     As stated in Opinion 2, the base area,

24    there were -- there was but two layers of mat

25    reinforcement that bridged on the interior --

1 interior face core, the thickness of about 09 inches,

2 where the thickness of the reinforcement plies per

3 the lamination schedule would have been in excess of

4 .31 inches per facing thickness.

5   Q. Okay.

6   A. So it was less than one-twelfth of the

7 thickness that should have been present.

8   Q. And why is that not a good thing?  I

9 mean, what difference does that make?

10   A. It subjects the area to a shear

11 separation failure and a shear line failure; and that

12 was evident in -- when the one of the videos were

13 taken of the vessel being raised, it actually -- you

14 actually see a flapping in that section.

15   Q. And that's what you're talking about

16 here on your exhibit -- on your Opinion Number 3?

17   A. Yes.

18   Q. When you say, "The above points indicate

19 the spoiler was working loose from the transom of the

20 vessel," the points you are -- points you're talking

21 about are the bolts that we talked about before and

22 now this lamination opinion; right?

23   A. Right.

24   Q. That's what you're speaking of?

25   A. Right.

```
 1          Q.     Okay.  And you saw --

 2               Well, let me ask you, because to tell

 3     you the truth, I'm probably the only one in the room

 4     that hasn't seen the video; and Opinion Number 3, I

 5     will just read it and I'm just going to ask you what

 6     you saw in this video.

 7               Opinion Number 3, you state that "The

 8     above points indicate the spoiler was working loose

 9     from the transom of the vessel.  A review of the

10     initial raising of the vessel indicated the bottom of

11     the spoiler was opening and closing along the line --

12     along the line indicated by point 2."

13               I understand what the line was; what did

14     you see on the video?

15          A.     Basically you could see a diaphragming

16     appearance of the bottom of the spoiler at its

17     juncture to the hull itself as if it was moving down

18     approximately maybe an inch, inch-and-a-half,

19     actually flapping or moving away from the initial

20     line of connection along your line "B" plane.  "B" to

21     "A," I'd guess you'd say.

22               The "B" to "A" connection appeared to be

23     opening from a distance maybe, oh, two feet.

24               MR. SIKES:  Referring to the drawing

25          which is --
```

1          THE WITNESS:  480.

2          MR. SIKES:  Is that on the -- more on

3     the starboard side or the port side?

4          THE WITNESS:  Starboard side.

5          MR. SIKES:  It was on the starboard

6     side.

7          THE WITNESS:  Yes.

8     Q.    (By Mr. McLeod)  Your Opinion Number 4

9     is basically that the exhaust flairs that -- we've

10    been using that term -- were not -- didn't add

11    structural strength to the spoiler; is that basically

12    your opinion?

13    A.    With regard to your reactions from your

14    bouyant connection and with a reaction to your

15    spoiler interaction, its center of gravity or the

16    centroid of that section is well above the centroid

17    of the section of the spoiler.

18    Q.    Is it that they weren't designed to

19    provide any structural strength from the spoiler or

20    that they just didn't at all?

21    A.    The location and construction of them

22    would be -- would be, you know, poor practice to put

23    any reliance on that, one section protruded out for

24    about four inches and down, you know, several inches.

25    They were -- were not structurally stiffened; so any

```
 1    impact to that area, they would easily shatter or
 2    separate.
 3                And also, basically, they could cripple,
 4    they would not -- you know, were not webbed or
 5    constructed to transfer large stiffness loads.
 6         Q.    Okay.  Okay.  With respect to Number 6,
 7    you have an opinion here that says "The spoiler could
 8    have become flooded and not detected since no
 9    high-water alarm was present in the spoiler."
10                And then you say, "Several possible
11    events could have contributed to complete flooding of
12    the spoiler"; and then you list A, B and C; is that
13    right?
14         A.    Yes.
15         Q.    Okay.  Now, are A, B and C listed in
16    order of priority, or is there no --
17         A.    Just strictly arbitrary.
18         Q.    Okay.  Your first opinion is that the
19    spoiler could have become flooded if the -- if the
20    bottom of the spoiler had become fractured while
21    underway.  That's your -- that's letter A opinion;
22    right?
23         A.    Yes.
24         Q.    Okay.  Where would the fracture occur?
25         A.    We've discussed on Exhibit 480 the
```

1    transition connection A, particularly along the
2    starboard area that was viewed in the video to
3    actually be flapping and opening.  That was after the
4    vessel was being raised.
5              That was what I was speaking to with
6    regard to what I call the lower section of the
7    spoiler body deflecting downward and acting as a
8    scoop.
9         Q.    Scoop to fill water -- fill the spoiler
10   with water.
11             Your second opinion has to do with the
12   flooding of the spoiler through the hatch covers of
13   the spoiler; and you talk about the bent and torn out
14   hatch cover hinge.  Where was that?  Which hatch
15   cover?
16        A.    I have pictures.  In my deposition
17   Exhibit 458, I had taken a couple of photographs of
18   the -- I had taken some photographs of the hatch
19   covers; and basically you asked which hatch cover was
20   torn loose and the hinge that was distorted?
21        Q.    Uh-huh.
22        A.    Photograph 5 -- I should say Photograph
23   25S, the -- the port hatch cover had the hinge that's
24   torn loose and fractured; and also the nature of the
25   center hatch on 5/24S shows where that one had

```
 1    rotated.

 2              Apparently, I guess, the -- I guess the

 3    center hatch is not secured by a latching mechanism,

 4    whereas the hatches of the port and the starboard

 5    side hold the -- hold the --

 6         Q.    Uh-huh.

 7         A.    -- center hatch down; and basically the

 8    hatches are not very substantial, hatch hinges are

 9    not very substantial, nor is the latch mechanism, and

10    basically that's where it -- I think I was

11    reflecting.

12         Q.    Okay.  Let me -- I'm going to mark the

13    photograph -- your 5/25S as Exhibit 481.

14              (Thereupon, Plaintiff's Exhibit No. 481

15         was marked for identification.)

16         Q.    (By Mr. McLeod)  This photograph, top

17    photograph on that page shows the hatch that you

18    think became torn off the vessel; is that right?

19              Is this the hatch that was torn off the

20    boat?

21         A.    Well, all three of them were torn off

22    the vessel when it was -- I believe when it was

23    raised, or basically they became loose at some point,

24    whether it became -- after the second sinking, the

25    hatches were loose.
```

79

1              Initially in the video, you can see that

2    the hatches are initially attached and are moving

3    upward or have some movement to them.

4              You can't see -- my recollection is in

5    the video -- the presence of the dinghy center

6    support that rested on the center hatch, that was

7    missing.  I don't think that was ever retrieved.  I

8    did not find that.

9         Q.    What I'm asking is, I just want to make

10   sure that this photograph that I just marked as 481

11   shows the bent and torn out hatch cover hinge that's

12   listed in your Opinion 6(b)?

13        A.    Well, it's more so evident in Photograph

14   5 -- 24S of 5, which is --

15        Q.    Okay.

16        A.    -- an enlargement of that.

17        Q.    Okay.  I'll just mark that exhibit or

18   that photograph as Exhibit 482; and which -- which

19   hatch cover hinge are you speaking of, the hatch

20   cover hinge that's near the big circle Number 7; is

21   that it?

22        A.    That one is --

23              Yes.

24              (Thereupon, Plaintiff's Exhibit No. 482

25        was marked for identification.)

```
 1              Q.    Okay.  All right.  Now, you also just
 2    mentioned the latching mechanism and -- for the
 3    hatches; and in your report you offer the opinion
 4    that "The latch mechanism on the spoiler hatch covers
 5    and the hinges do not appear structurally resistant
 6    to counter a significant upward force by even bouyant
 7    reactions to waves over the spoiler."
 8              The hatch cover hinges that you're
 9    talking about are the hinges we just looked at from
10    Exhibit 482; is that right?
11         A.    Yes.
12         Q.    Okay.  Can you show me the latches that
13    you're speaking of?
14         A.    Yes.
15         Q.    Sorry.
16         A.    No.  Oh, here it is.
17         Q.    You have two photographs that we are
18    going to talk about.
19         A.    Yeah.
20         Q.    So before we start talking about them,
21    let me mark them so you can refer to them as marked
22    exhibits.  I'll mark the first photograph -- Does it
23    matter where I put this?
24         A.    Anywhere.  Why don't you put it down by
25    that number.
```

81

```
 1                    (Thereupon, Plaintiff's Exhibit No. 483
 2            was marked for identification.)
 3            Q.    And I'll mark that document or that
 4       photograph as Exhibit 483; and the second photograph
 5       as Exhibit 484; and just explain to me what you are
 6       showing us in those two exhibits.
 7                    (Thereupon, Plaintiff's Exhibit No. 484
 8            was marked for identification.)
 9            A.    Exhibit 483, Photo 5/32, reflects the
10       port latch receiver by the hatch.
11                    Exhibit 484, Photo 5/33, reflects the
12       latch assembly in also the -- it would be on the port
13       hatch cover.
14            Q.    Okay.  Is 483 in the deck of the
15       spoiler, is that what this picture is of?
16            A.    Yes.
17            Q.    Where is 484, is that on the hatch
18       itself?
19            A.    Yeah, it's on the lower side of the
20       hatch cover.
21                    It appears that on Exhibit 484, Photo
22       5/33, that the latch was not engaged on that surface.
23                    In other words, it was free to move.
24       That -- Probably by fracture or failure, the deck had
25       separated right through the latch area.
```

1          Q.     Why don't you think that the latches

2     are -- Why can't they resist wave action or

3     significant wave action?   What --

4          A.     Well, first of all, the blade of the

5     latch is probably about three thirty-seconds of an

6     inch thick, three-quarters of an inch wide, it's

7     secured with screws through the underside of the

8     surface and it's not very rigid; and even the new

9     Ferretti design, I think it's been testified that

10    they've gone to actually more of a dog-type latch in

11    that area.   It's more of -- This is almost like a

12    cabinetry-type lock.

13         Q.     Okay.   And just so I'm properly

14    oriented -- and I think I'm with you now -- Exhibit

15    484, this is the underside of the latch --

16         A.     Yes.

17         Q.     -- or underside of the hatch?   Excuse

18    me.

19         A.     Correct.

20         Q.     So it's under there.

21              I was looking at the picture wrong, and

22    I couldn't figure out what you were taking a

23    photograph of, but now I'm with you.

24              All right.   Let's keep going.   Your

25    Opinion 6(c) talks about water flow into the scuppers

```
 1    of the vessel.  Seawater flow.  And into the hatches.
 2              Did you do any calculations there to
 3    determine how much water --
 4         A.    No, I didn't.  That was just a --
 5         Q.    Okay.
 6         A.    It was another probable area.
 7         Q.    Okay.  Have you spoken to -- I think his
 8    name is Arthur Sargent.  Is that his name?  Have you
 9    talked to Mr. Sargent?
10         A.    Yes.
11         Q.    About that?
12         A.    No.
13         Q.    Do you know that he made those
14    calculations or he might have tried to do that?
15         A.    I'm not aware of what he made on that.
16         Q.    All right.  The next opinion, Number 7,
17    that's the opinion that you supplemented --
18         A.    Yes.
19         Q.    -- correct?
20         A.    Yes.
21         Q.    So I need to read Item Number 7 in
22    conjunction with your report that's marked as 476.
23              So before we do that, let me see if I
24    can jump and get rid of Opinion Number 8.
25              Opinion Number 8 is kind of interrelated
```

1  to Opinion Number 7, they all have to deal with

2  the -- with whether the exhaust tube -- starboard

3  exhaust tube became detached from the spoiler before

4  the sinking; is that right, both of those opinions

5  they have to do with that subject?

6       A.    Yes.

7       Q.    And your opinion is that they didn't

8  detach until after the vessel hit the bottom?

9       A.    Definitely.

10      Q.    Right.

11            Let me -- I'm just going to try to

12  eliminate Opinion Number 8, so then we can spend some

13  time on your supplemental report in conjunction with

14  Opinion Number 7.

15            You say here that the -- on the last

16  sentence -- that there's a video of the initial

17  raising of the vessel indicating the starboard

18  exhaust tube was attached to the spoiler.

19            Are there notes in your file somewhere

20  that would tell me where on the video I can see that?

21            I just want to be able to go back and

22  look at the video and say, oh, that's what

23  Mr. Johnson's talking about, it's right here.

24      A.    Well, two things benefited this.  The

25  initial video that I viewed --

```
 1              MR. MILLER:  Short break after this

 2         answer?

 3              I'll be right back.

 4              (Whereupon, a recess was had.)

 5         Q.    (By Mr. McLeod)  Okay.  The last --

 6    Mr. Johnson, the last question I asked was about the

 7    videotape and your Opinion 8; and all I'm looking for

 8    is something in your file, or can you tell me where

 9    the -- this part of the video is where I can see the

10    starboard exhaust tube attached to the spoiler?

11         A.    I guess --

12              MR. MILLER:  Let me help, if I may.  If

13         you ask Chris Fertig to show you the same tape

14         that he showed, Russ, you'll see it.

15              THE WITNESS:  Yes.  He has the tape.

16              MR. MILLER:  It's a composite tape.

17              THE WITNESS:  A composite tape; and he

18         has it computerized, and it's on a large

19         screen and you can stop it and look at it and

20         you can actually view the --

21              MR. McLEOD:  Is there anything written

22         down?

23              MR. MILLER:  Justin Blue's photographs

24         are on it, the Coast Guard rescue video.  I

25         think it might even be his mediation tape.
```

1          Q.     (By Mr. McLeod)   Okay.   Is there

2     somewhere on there where you have got a note that

3     says five minutes and ten seconds into --

4          A.     I don't know exactly where it is, he was

5     flying through this, I had probably an hour to go

6     through the whole tape and as much information as I

7     could gather.

8          Q.     All right.   The second question is

9     that -- it's about this sentence here, it says, "This

10    is supported by the factors of no exhaust stains on

11    the inward sides of the spoiler"; and I think what

12    you're saying is basically one of the facts that

13    supports your theory that this exhaust tube remained

14    intact until the boat hit the bottom of the ocean is

15    that there are no exhaust stains or anything like

16    that in the spoiler itself?

17         A.     That's one of the factors.

18         Q.     That's just one?

19         A.     Yes.

20         Q.     Just one?

21         A.     Yes.

22         Q.     My question is, how would there be

23    exhaust stains on the inside of the spoiler if the

24    spoiler's basically being filled with water at the

25    same time, why would exhaust stains stick to the

87

1   walls of the spoiler?

2          A.    Well, if you had a diesel exhaust, it's

3   an oily surface, it doesn't take hardly anything just

4   to show the white -- white painted surface on there,

5   would be like an oily stain or residue.

6                That's probably of a smaller consequence

7   to the other areas of the fracture surfaces in the

8   area to look at it physically.

9          Q.    I'm -- I'm just talking about the

10  staining that --

11               One fact is how would you really expect

12  there to be exhaust stains inside the spoiler if the

13  spoiler was filling up with water at the same time

14  that the rupture is taking place, and then the boat

15  goes to the bottom of the ocean; it seems to me all

16  the water would wash out any staining that would be

17  in the spoiler itself.

18         A.    My opinion, I think you would see some

19  staining localized right adjacent to where this

20  exhaust pipe penetration is located.

21         Q.    Okay.  And see staining -- exhaust

22  stains inside the exhaust tube itself; right?

23         A.    Yes.

24         Q.    How long does it -- If I put a new

25  exhaust tube into a boat that's similar to the

```
 1   exhaust tube that's on the "Madame," how long does it
 2   take for that tube to become stained?
 3        A.    I don't -- I don't have a quantification
 4   of that time.
 5        Q.    Okay.
 6        A.    But I would say generally it's fairly
 7   quick.
 8             I've seen where exhaust pipes have been
 9   used for a trial run, looked at them afterwards and
10   you could see the staining very evident immediately.
11        Q.    Is it staining or is it something I
12   could wash away?  If I put a hose and shoved it in
13   that tube, could I wash the stain off?
14        A.    It depends.  If it's a painted surface,
15   it will be -- it should adhere for a longer period of
16   time.  If it's just a natural glazed surface that's
17   not air-inhibited surface, it could be removed a
18   little more easily.
19        Q.    Do you know how long a time?
20        A.    No, I don't know.
21             MR. McLEOD:  That is it.  That is all I
22        have before you go to lunch.
23             (Discussion off the record.)
24             MR. McLEOD:  What I think we're going to
25        do now is, we're going to stop and go to
```

1        lunch, and I think I have divided it pretty

2        evenly between the spoiler and the exhaust

3        tube, and we'll come back and talk about the

4        exhaust tube.

5              (Whereupon, a luncheon recess was had.)

6        Q.    (By Mr. McLeod)  All right,

7   Mr. Johnson, I'm going to ask you a couple of

8   questions on your seventh opinion, and then I'm going

9   to be finished.

10             I see here on the bottom paragraph of

11   Page 3, it says, "The attachment laminated bond area,

12   though not of high quality surface preparation in all

13   zones, had a lamination area sufficient to retain the

14   position of the exhaust tube without bond fracture

15   until a sinking reaction impact with the bottom."

16             And you're basically saying that even

17   though the starboard exhaust tube was not laminated

18   to the spoiler in the best way, that you believe that

19   it didn't become detached until the vessel hit the

20   bottom of the ocean?

21        A.    Yes.

22        Q.    Okay.  Do you think that the --

23             Did you -- Or did you look at the port

24   lamination --

25        A.    Yes.

```
 1           Q.     -- the lamination of the port exhaust
 2    tube?
 3           A.     Right.
 4           Q.     Did you find anything wrong with that?
 5           A.     No.
 6           Q.     So that was done --
 7           A.     No.
 8                  I can give --
 9           Q.     -- appropriately?
10           A.     -- you more detail why I can say without
11    a doubt that, you know, it was attached on that side.
12                  I mean, if you want to go --
13           Q.     All right.  I'll ask you in a second.
14                  What I want to know now is, you think
15    that the port side was done correctly, the lamination
16    of the port exhaust tube to the spoiler box was done
17    correctly?
18           A.     Well, I think the lamination that
19    secured both sides were sufficient to hold them
20    for -- for service.  I didn't tear off or disrupt the
21    port side itself to look at the underlying surface
22    preparation of that area.  It is attached at this
23    point.  They both fractured by -- by bending as the
24    spoiler eventually hit the bottom.
25           Q.     I just want to know if in your opinion
```

1    the port attachment of the exhaust tube to the

2    spoiler was done correctly in your mind when you look

3    at that, and you say, Well, they did a good job at

4    the port one.  Can you say that for the port exhaust

5    tube?

6         A.    It looks like from the surface.  In

7    other words, the other one has about 60 percent of

8    the surface area and one has 360.

9         Q.    Okay.  Now, you have some criticisms,

10   however, of the starboard side.  At least you say

11   that it wasn't of high quality.

12        A.    Yes.

13        Q.    What was the -- the difference between

14   the starboard side and the port side that led you to

15   say, well, it may not have been of high quality?

16        A.    Well, the lamination area that was

17   present on the starboard side was not to the same

18   degree, 360, as it was on the port side.

19              Also, there were some areas where the

20   bond adhesion on the starboard side, particularly

21   near the flair up the coping on the back was not

22   as -- as -- as -- down to the virgin material, it

23   still had -- it was lightly ground, but not to remove

24   all of the prior --

25        Q.    Okay.

```
 1            A.     -- pigmented coat.
 2            Q.     What significance do you place on "The
 3   far side of the connection was sealed with filler
 4   adhesive putty"?
 5                   Is that the starboard connection we're
 6   talking about?
 7            A.     Yes.
 8            Q.     Why is that -- What are you explaining
 9   to me there?  Why are you telling me that it was
10   sealed with filler adhesive putty?
11            A.     The starboard side, the exhaust pipe
12   sits probably within a half to one inch below the
13   ladder recession pocket, and it's not easily
14   accessible on the starboardmost side; so basically in
15   the assembly when the sections were prepared, the --
16   initially the tube was adhered to the structure with
17   a filler putty adhesive, and that was present on the
18   starboardmost side --
19            Q.     Okay.
20            A.     -- and formed as a seal transition,
21   primary seal, and then basically the securing tabs
22   were probably 60 percent around that area.
23            Q.     Okay.  And they use the putty because
24   they couldn't get into that small an area; is that
25   what you're saying?
```

93

1          A.     Well, they use -- use sealing putty on

2     both surfaces.  In other words, on, I should say,

3     both the port and the starboard side likely used

4     sealing putty as the initial attachment and seal

5     between the exhaust tube and the structure.

6               You can't see --

7          Q.     Uh-huh.

8          A.     -- the port side because it's still

9     attached.

10         Q.     But I'm placing emphasis on your comment

11    about the space that was available to work in; and

12    here actually you have a sentence in your opinion

13    that says, "Note less than one inch of space existed

14    above the exhaust tube connection beneath the swim

15    ladder receiver cavity, this prevented placement of

16    an external overlay on the opposite side."

17              What you're saying, basically, is that

18    the workers couldn't get up into that area to seal it

19    because there wasn't enough room to work in?

20         A.     That's right.

21         Q.     Why couldn't they have popped the deck

22    of the spoiler off and sealed it that way?

23         A.     I don't know why.  I'm not -- The people

24    there -- I mean, they could have cut the bottom of

25    the ladder recession pocket out and accessed that

1    area --

2         Q.    Okay.

3         A.    -- but that's not really a consequence.

4         Q.    Okay.  Now, on your second report that's

5    dated October 16th and is marked as Exhibit 476, what

6    were you trying -- what are you showing in this

7    report?

8              I understand your opinion generally

9    that, you know, this exhaust tube became displaced

10   when the boat hit the bottom of the ocean, I

11   understand that, and I'm not -- I may not disagree

12   with you, but I -- I want to know just because

13   this -- primarily because this report was -- the

14   second report was done yesterday, what led you to do

15   the report and what -- just in general terms without

16   going through all of this, what does this report

17   show?

18        A.    Well, I've had conversation with

19   Mr. Miller, and basically others have raised the

20   position that the exhaust tube re -- could have come

21   loose at some point; and I wanted to go through and

22   just deduce some simple analysis to show clearly

23   that, in addition to other facts, that you could show

24   clearly that there was not sufficient forces, even if

25   the end of the spoiler hypothetically would move a

1    quarter of an inch by flexure, which flexure, even if

2    the aft end of the spoiler where the connection was

3    present were to move upward or downward a quarter of

4    an inch and outward about twenty-thousandths, that

5    there would not be sufficient stress that would be

6    created to -- to fracture the bond line between the

7    starboard exhaust connection and the aft section.

8         Q.    Okay.  You're talking about a complete

9    failure or partial failure?

10        A.    Any failure.

11        Q.    Okay.  And just before -- I don't even

12   know that I'm going to get into this that much, but I

13   just want to make sure I understand what you're

14   saying.

15             These calculations on the second report

16   here marked as Exhibit 476 basically show, according

17   to you, that the starboard exhaust tube, first of

18   all, wouldn't have failed, the connection between the

19   tube and the spoiler wouldn't have failed under

20   normal operation?

21        A.    Correct.

22        Q.    Okay.  And then you also considered

23   additional flexing of the spoiler because it may not

24   have been constructed properly; and you're still of

25   the opinion that even with that additional flexing,

1    due to an improper construction of the spoiler, that

2    the exhaust tube wouldn't have failed under normal

3    operation; right?

4          A.    Yes.

5          Q.    Okay.  And that's what you're showing

6    here?

7          A.    Yes.

8          Q.    And did you consider the impact to the

9    trim tabs, if that would have impacted at all in your

10   calculations?

11         A.    I -- Theoretically, I just took a -- an

12   approximation, hypothetically, a quarter-of-an-inch

13   flexure of this huge section upward or downward, and

14   said what would that do to the connection; and the

15   additional stresses, both torsional and shear

16   stresses and bending stresses, would be very minimal

17   because of the presence of the expansion joints; and

18   basically by, you know, looking at the fracture

19   surfaces of the starboard and the port side exhaust

20   pipe, it's clearly evident that it was attached on

21   the bottom, it was not loose.

22         Q.    Okay.  I just want to make sure that you

23   take into consider -- you considered the boat under

24   normal operation; then you also took into account any

25   additional flexing of the spoiler, given that it may

1    not have been built with the proper lamination

2    schedule; you considered that, too --

3         A.    Right.

4         Q.    -- right?

5              And you also considered whatever

6    pressures the trim tabs would have exerted on the

7    dive platform, as well, in doing these calculations;

8    correct?

9         A.    Correct.

10         Q.    Okay.  And did you consider forces --

11    only -- only upward forces, or did you consider all

12    the different movements the spoiler would make?

13         A.    I considered both vertical upward

14    forces, if you would see like with the trim tab,

15    activated force, or downward because it was flexing,

16    if there was some contention that the flair added

17    some stiffness, that it would move downward, that

18    this would have, you know, no negligible influence on

19    the stresses.

20         Q.    How about side forces or forces that

21    would not be uniform upwards or downwards caused by

22    wave action where -- or the boat plowing through the

23    seas, did you make any effort to calculate those?

24         A.    The section modulus of the spoiler would

25    be too -- would be too large to effect any

1    significant lateral movement.

2         Q.    Okay.  Did you -- So we're talking

3    upwards and downward forces, basically?

4         A.    Yes.

5         Q.    Did you take into account the difference

6    in forces that may have existed in the spoiler if the

7    spoiler was filled with some type of water?

8         A.    It --

9         Q.    Like weight out instead of weight in?

10        A.    I assumed the worst case, whereas if the

11   spoiler would be -- would be empty inside and not

12   take into consideration the lessening of the load to

13   a bouyant action of exhaust tube.

14        Q.    Tell me how, if I want to, I guess, in

15   response to your calculations, because I think

16   they're in response to one of my experts, what he may

17   have said, and that was Rob Schofield, if Rob

18   Schofield wants to recreate and input the data that

19   you've inputted to recreate your calculations, how

20   does he do that; is there a folder over there that

21   you can just hand me and say, Mike, give this

22   information to Rob Schofield and he'll know what to

23   do?

24                (Discussion off the record.)

25        A.    I do and have been practicing for a

1    number of years complex flexibility stress analysis

2    on piping and code applications for nuclear power

3    plants and --

4         Q.    Okay.

5         A.    -- all types of applications, and I just

6    took and made a very simplistic model of the exhaust

7    tube from the penetration point in the aft area

8    forward, its connection, rubber sleeve connection,

9    expansion joint connection passage, where it has a

10   rubber collar around it to pass through the transom,

11   another expansion connection up where it would tie

12   into a vertical riser from the engine exhaust for the

13   secondary pipe; and also some dimensions of the --

14   that I had taken of the tube and of the locations;

15   and I use this as a -- create a general model, and

16   also considering the slope on the section as it went

17   down so it would flow down.

18        Q.    Did you measure how far the sections of

19   the exhaust pipe extended into these rubber

20   couplings?

21        A.    No, I didn't.

22        Q.    You didn't measure that coupling.

23              I don't need you to explain step-by-step

24   how you did it, I just want to know if there's an

25   area -- I think you pulled out a folder.

1          A.     There's a whole folder.   There is three

2    summary reports that are basically done, and comply

3    with code requirements for flexibility stress

4    analysis on pipes, the ASME code --

5          Q.     I understand.

6          A.     -- and I just looked at those, and

7    there's input parameters that I've made based on the

8    materials and --

9          Q.     But all the data's in that folder?

10         A.     All the data's there.

11         Q.     And what folder is that?   Just look on

12   the outside.

13         A.     This folder -- I should have said -- was

14   Exhibit 463.

15              MR. McLEOD:   All right.   That's it.   I'm

16         done with all my questions.   Thank you very

17         much.

18              Now you have to deal with Mr. Moore.

19         Mr. Sikes.   I'm sorry.   Whoever's going to ask

20         you questions next.

21              MR. SIKES:   You want to go?

22              MR. MOORE:   I'll take a shot.   You want

23         to go after?

24              MR. SIKES:   Yeah.

25                    CROSS-EXAMINATION

1      Q.     (By Mr. Moore)  In reviewing your

2   resume, I didn't see much experience in the boat

3   building industry; is that correct?

4      A.     That's correct.

5      Q.     Do you have any experience in the boat

6   building industry?

7           I'll call it the "boat building

8   industry" for lack of a better term.

9      A.     I worked for a period of three years for

10  Tampa Ship Repair and Drydock, as the owner and

11  parent company of CorBan; and basically in the summer

12  periods when their marine engineer went back to

13  Sweden, I served in the capacity to help in certain

14  cases on some of the naval shipyard questions that

15  occurred, mainly shipyard maintenance.

16     Q.     Isn't Tampa Shipyard primarily a repair

17  facility for metal boats?

18     A.     It was, but in the 1970 period they had

19  approximately about -- probably I would say a

20  multi-million dollar contract with Walt Disney World

21  to basically design and construct a number of the

22  vessels, the exhibits, and things that they had

23  there.

24           They employed almost 500 people to build

25  these vessels; and I worked very closely with the

102

```
 1    Disney Imagineering people and the naval architects
 2    to create the structures.
 3                So probably for a period of two years,
 4    it was fairly intense to, you know, design the
 5    vessel, to get them constructed and -- with 500
 6    people, to establish quality control and basically
 7    achieve the results.
 8                So during that time period, I was
 9    involved in fairly large structures, if that's --
10         Q.    This is the 70's, building the boats for
11    Walt Disney?
12         A.    Yes.
13         Q.    And these are the boats that are used in
14    their rides and so forth in --
15         A.    Yes.
16         Q.    -- Walt Disney World?
17                You mention in your resume that you
18    work -- It seems to me from your resume, anyway, that
19    you are working with Beetle Engineering and Russcor
20    Engineering at the same time.
21         A.    I was for a period of time.  Presently
22    I'm basically semi-retired, just do smaller
23    consulting work and projects.
24         Q.    Does Russcor Engineering, Inc., have any
25    employees other than yourself?
```

103

```
 1          A.    Not at this time.

 2          Q.    Is it basically at this time you are

 3    consulting for Russcor Engineering, Inc., or acting

 4    as its president and sole employee?

 5          A.    Yeah.

 6                (Discussion off the record.)

 7          Q.    (By Mr. Moore)  Now, with respect to

 8    your opinions regarding various failures --

 9          A.    Yes.

10          Q.    -- my question is, do you have an

11    opinion as to any failures of the primary hull of the

12    motor yacht "Madame"?

13          A.    "Primary" being exclusive of the

14    spoiler?

15          Q.    Right.

16          A.    No, I don't.

17          Q.    I mean, my understanding from hearing

18    you is that all of your testimony relates to the

19    alleged failure of the spoiler.  I mean, with respect

20    to the spoiler, and you have other alleged failures,

21    as well, but I -- in other words, it's nothing

22    forward of the transom?

23          A.    Correct.

24          Q.    Now, in looking at the top of the

25    spoiler remains, you could see the -- what was
```

104

1    formerly an intact deck of a spoiler; correct?

2          A.    Yes.

3          Q.    Could you tell by simply looking at that

4    spoiler deck and attachments and so forth that that

5    compartment was not a watertight compartment?

6          A.    Yes.

7          Q.    Could you tell that it was not designed

8    to be a watertight compartment?

9          A.    Yes.

10          Q.    In your report, you speak of two things,

11    or two situations, let's call them, that I want to

12    ask you about.

13                The first is in your Opinion Number 1,

14    you talk about there was some marine growth between

15    the transom and the spoiler.

16          A.    Yes.

17          Q.    Did you actually see this marine growth?

18          A.    I saw this as represented in pictures

19    that were taken --

20          Q.    Okay.

21          A.    -- large four-by-maybe-six-foot

22    pictures, three by six-foot pictures.

23          Q.    You did not personally actually see the

24    marine -- personally see the marine growth?

25          A.    There was some signs of like residue, a

1  little more brown on the surface of the stern section

2  as if it was there.  You couldn't identify it at that

3  time because some time had taken place in a dry --

4       Q.    But you actually saw this vessel on

5  August 30, year 2000; correct?

6       A.    Yes.

7       Q.    And do you know when the vessel was

8  pulled from the water after it was successfully

9  raised in 1999, what day?

10      A.    I don't recall.  I've seen it written.

11  Maybe it's -- I don't recall the exact date.

12      Q.    But we can at least agree that --

13      A.    It was probably eight months or

14  something like that.

15      Q.    It was the early part of 1999; and you

16  saw it in the latter part of the eighth month of the

17  year 2000?

18      A.    Right.

19      Q.    So it would be correct to say that

20  whatever it is you saw on that transom, you didn't

21  really personally form a professional opinion about

22  it?

23      A.    Not from that, but basically from

24  looking at the photos that were taken when the

25  sections were immediately separated, that was my

106

```
 1      source of judgment to see the green -- green algae --
 2                   MR. MILLER:  If this will help any, we
 3           would stipulate that Mr. Johnson offers no
 4           opinions as to whether there was or was not
 5           algae there, he would rely strictly on what
 6           others who had eyewitness data would say; and,
 7           secondly, if demonstrated that the yacht was
 8           afloat after being raised for an appreciable
 9           length of time during which algae growth could
10           form, then we would certainly have to
11           recognize the validity of that evidence.
12                   I just don't know, we don't have enough
13           data for us --
14                   THE WITNESS:  He's right.
15                   MR. MILLER:  -- to be definitive on
16           that.
17           Q.   (By Mr. Moore)  I mean, you basically
18      just picked up on that, you saw something there, and
19      you kind of picked that up from some other reports
20      that you submit you've read and -- but you're not
21      really giving an opinion what that growth was and how
22      it got there or when it got there?
23           A.   Well, before I read any of the
24      depositions or other reports, I saw these
25      photographs.  In other words, I was retained,
```

1    essentially, August 28th, came over the 30th --

2         Q.    Right.

3         A.    -- looked at it, completed my

4    examination of the vessel, the components that were

5    in the storage warehouse, and then I had the

6    opportunity to review what other photographs were

7    there; and it jumped out like a sore thumb as far as

8    seeing that, and also seeing the line of the

9    separation of the transom and --

10        Q.    Yeah, but so we don't get all confused,

11   I'm only -- I'm just really trying to keep it

12   focussed right on that growth that you saw that was

13   on the outside of the spoiler and aft on the outside

14   of the transom of the primary hull.

15        A.    Yes.

16        Q.    I mean, that's what you saw; you don't

17   really know when it got there, or how it got there

18   or, indeed, what it is?

19        A.    It was --

20        Q.    You're not a biologist?

21        A.    No, I'm not.  I -- Just the presence,

22   the significance of noting there was something that

23   was there as far as the surfaces were not sealed to

24   prevent water entrance or anything from growing

25   occurring.  There was some finite space that existed

108

1   between that bolted line and the very bottom

2   connection and all.

3        Q.    But you can't really say that, can you?

4             I mean, think about it for a moment.   I

5   mean, it was not -- it was -- There was a space after

6   the boat was dropped twice between the transom of the

7   primary hull and the spoiler attachment.

8             I mean, you -- I mean, we can almost

9   agree that had --

10            This boat was dropped twice.   Do you

11  have any doubt that the boat was dropped on its stern

12  twice?

13       A.    No.   When I said "finite space," I mean

14  the spoiler -- The --

15       Q.    At some point in time --

16       A.    The spoiler is bolted to the transom,

17  and it is basically sealed in some means with caulk

18  that's around the surface.   There is some finite

19  space between the two planes --

20       Q.    Right.

21       A.    -- and all I'm just saying is I can't

22  say when it occurred, but there is the presence of

23  something that appears like a marine growth in that

24  area.

25       Q.    Right.

1          And the space, that finite space between

2    the spoiler and the hull of the primary and the

3    transom of the primary hull, probably, in all

4    likelihood, increased after the boat was dropped on

5    its stern twice?

6          A.    That's a likely -- likely -- very

7    likely.

8          Q.    Have you seen Arthur Sargent's

9    calculations as to the amount of force exerted on the

10   spoiler after the vessel sank to a depth of -- I

11   think he said 700 and -- about 700 feet, the amount

12   of force that would be exerted when it hit the

13   immovable ocean floor?

14         A.    Yes.

15         Q.    It was a fairly significant force?

16         A.    Yes.

17         Q.    Would you agree that force would be

18   greater than the kind of forces exerted when the boat

19   was traveling at ten knots from Ocean Reef on the

20   morning of November 10th?

21         A.    Yes.  Very easily.

22         Q.    And you may have noticed in that first

23   video that you looked at that the spoiler was still

24   there after the first drop?

25         A.    Yes.

```
 1          Q.    So I think it would be fair to say that
 2    as to the presence of the marine growth, that's one
 3    thing; but it really is not possible at this point in
 4    time to know when that marine growth started growing,
 5    and, you know, where the boat was at the time it
 6    started growing given the fact the boat was pulled
 7    out of the water, it was in the water after the
 8    second sinking, it floated in the water after the
 9    second sinking, it was put on land in a wet condition
10    after the second sinking, it was then taken to Fort
11    Lauderdale on its own bottom after the second sinking
12    and there's a lot of things going on.
13          A.    I'm not a biologist, I can't relate to
14    the growth of it.  All I'm saying is I saw the
15    presence of a coloration and felt it might have had
16    some significance.
17          Q.    Fine.
18                Now, as to the heavy rust stains that
19    you cite to, I mean, are you talking about rust
20    stains that appeared on the --
21                Where are these heavy rust stains we're
22    talking about that you are referring to?
23          A.    Present in the transom of the vessel,
24    and also some around the lower spoiler bolting areas.
25          Q.    Let me just show you Exhibit 478.  Is
```

1    that what you are referring to when you refer to

2    heavy rust stains?

3         A.    That type of stain indication, yes.

4         Q.    But, I mean, that is -- that is a

5    photograph taken, does it have a time line on it, by

6    the way, when the picture was taken?

7         A.    It does not.

8         Q.    Okay.  Because a lot of the other

9    photographs in Mr. Hamlin's photographs appear to

10   have been taken at least weeks after the boat was

11   pulled out of the water.

12             Isn't that the kind of rust that forms

13   in the -- when exposed to air and so forth after

14   being subjected to saltwater?

15        A.    It could form after -- after or before.

16   Basically at any point in time.  I mean, it could

17   have been present before the -- before the sinking or

18   it --

19        Q.    I mean, in all fairness, looking at that

20   rust, I mean, this is not what one would call a sort

21   of crevice corrosion, is it?

22        A.    No.

23        Q.    I mean, what -- In fact, we have sort of

24   proof positive, don't -- we have a bag of bolts that

25   were actually removed from the transom.  Did you

1      actually inspect that bag of bolts?

2            A.    I did not.

3            Q.    I mean, it just seems to me that that's

4      going to be sort of telling evidence, because we

5      actually have the very bolts that were pulled out of

6      the back of the transom; but I just wanted to confirm

7      that basically they're what you're talking about, you

8      sort of -- to some extent you've picked that up from

9      some other reports and mentioned this as an

10     indicator, but it doesn't really form a major part of

11     your analysis, does it?

12           A.    It does not form a major part, no.

13           Q.    Now, you were talking about a secondary

14     bond.  The secondary bonding of the spoiler.

15                 Now, do I understand that you're talking

16     there about the -- the secondary bonds, the primary

17     bond being the bolts that bolt the spoiler to the

18     transom?

19           A.    No.

20           Q.    Okay.  Tell me what you are referring

21     to.  What are the primary bonds that we're talking

22     about?

23           A.    Typically, in the construction of a

24     composite, primary bonds are when layers of cloth

25     lamina layers are overlapped on top of each other

113

```
 1    prior to gelling and curing and they form a primary
 2    bond as the structure.   In other words, as it's
 3    laminating, it's progressing.
 4              A secondary bond would be you take two
 5    plate sections, you would butt them up and you would
 6    take a -- glass layers, and you would be attaching
 7    over one surface that had already been cured and to
 8    be forming a connection.   It's called a secondary
 9    bond.
10         Q.    Okay.   I understand.
11              I just wanted to make sure we weren't
12    trying to -- that you're not referring to the fairing
13    that was done on the hull side between the spoiler
14    and the primary hull.
15         A.    No, I'm not.   That also serves as a
16    secondary bond on the sides.
17         Q.    Right.
18              It might provide some additional
19    secondary bonding, but it's not --
20         A.    It's not a primary area.   It's more for
21    aesthetics, I think.
22         Q.    Exactly.
23              When you were -- when you read
24    Mr. Goldstein's deposition that the spoiler was a wet
25    compartment, do you remember him talking about --
```

114

```
 1          A.    Yes.

 2          Q.    -- putting scuba gear back there and

 3   saying that's what it was for?

 4                Do you remember that statement where he

 5   said --

 6          A.    Yes.

 7          Q.    -- that's where I put scuba gear?

 8          A.    Yes.

 9          Q.    That's what it's for?

10          A.    Well, I thought -- I thought he was

11   referencing that it was a wet area.

12                It wasn't where you could contain and

13   keep things that you'd want to stay in a dry

14   condition because of wave action, other areas that

15   come in that water gets into that area.

16          Q.    Right.

17                And he had never had a problem with the

18   bilge pump keeping it -- keeping it pumped out?

19          A.    Right, but he had noticed on occasion

20   when he was running the boat that the bilge light

21   would go on frequently, so it must have been enough

22   water coming in or some source of it that it had --

23   had to be removed.

24          Q.    Right.

25                And this man who had been a sailor for a
```

1    couple of decades or more didn't seem to be terribly

2    troubled by that, did he?

3              A.    Apparently not.  In his deposition.

4              Q.    And did you read the testimony of Peter

5    Laak regarding the spoiler compartment?

6              A.    I don't recall specifics of it.

7                    MR. MILLER:  I don't think I --

8                    THE WITNESS:  I don't think you sent me

9         that one.  I don't recall that.

10             A.    I recall -- recall reference to him

11   looking at it by Mr. Goldstein, but other -- but I

12   don't think I saw any paperwork on it.

13             Q.    The reality is that at least insofar as

14   the trip from Ocean Reef to the point where

15   Mr. Goldstein cut his engines at 8:20, the -- the

16   spoiler bilge pump on at least -- and this is just

17   with respect to this first point -- seemed to be

18   doing its job pumping out whatever water was in

19   there, it would turn on when it was operational, it

20   would turn off when the compartment was dry; right?

21             A.    I believe that's what -- what his

22   testimony was.

23             Q.    That's the evidence we have in the

24   record?

25             A.    Right.

Q.    You mention there are several possible events that could have led to the complete flooding of the spoiler, including the lifting up of the starboard hatch.

Describe, if you would, please, your comments regarding what happens when you cut your engines rapidly from a speed of ten knots to zero.

A.    Typically, when you're underway and if you were to immediately, you know, cut your speed without throttling back, you would take a bigger -- a wash would essentially come from your aft area and move up onto your swim platform as like a secondary wave.

I notice this is more as a boater myself.  That's when you are underway that this would occur.

Q.    Now, have you been involved in the design of vessels?

A.    Not in the primary design of vessels of this type.  I've been involved in the design of vessels.

Q.    Right.

Well, let me just ask you this question. With respect to the starboard hatch of the spoiler platform, do you see any evidence to support the

```
 1    notion that the starboard hatch was latched during

 2    the 0700 to 8:20 period on the morning of

 3    November 10, 1998?

 4         A.    I see no evidence to support it was

 5    latched, and basically evidence to support that it

 6    was not latched.

 7         Q.    Is the little metal bar that comes out

 8    and goes into the housing to keep the hatch latched,

 9    is that still present in the lock?

10         A.    It appears to be.

11         Q.    What other evidence do you see to

12    support your opinion that it was not latched?

13         A.    Well, basically the starboard and the

14    port side had latches that were available.  There are

15    receivers that are thin, probably eighth-inch thick

16    brackets with a slot in those that would accept a --

17    a bar to come into them; and basically if they were

18    latched, you would expect that you would see the bolt

19    holes of the latch assembly on the underside of the

20    covers to be pulled back, you would see damage to the

21    latch finger itself, and you'd see damage in the

22    fiberglass area.

23              The tear which appears and was in one of

24    the earlier photographs I referenced as an exhibit,

25    actually shows that it's a failure.  The failure
```

```
 1    where it actually broke through that area likely
 2    could have occurred when the -- after it hit the
 3    bottom or a later point.
 4              MR. MILLER:  On the port side?
 5              THE WITNESS:  On the port side.  Excuse
 6         me.  On the port side.
 7         Q.    (By Mr. Moore)  That evidence was on
 8    the port side, whereas on the starboard side --
 9         A.    There's nothing.  It just -- like --
10    like it just had a little bit of light corrosion on
11    it.
12         Q.    Is there some principle of engineering
13    that suggests to you that given the same designs and
14    physical properties, if one item has certain damages
15    having been subjected to the same forces, etc., that
16    you can infer -- You know, like if A equals B and B
17    equals C, then, therefore, A equals C?
18         A.    I don't know where you are coming from
19    on that.  You got me confused.
20         Q.    I'll have to give it some more thought.
21              MR. SIKES:  You're talking about vector
22         forces, aren't you?
23         Q.    (By Mr. Moore)  If both latches were
24    subjected to the same vector forces, one would
25    conclude, if they were in the same latched state,
```

1    they would have manifested the same physical

2    properties after the subjection of those vector

3    forces?

4          A.    Yes.

5                MR. MILLER:  Good word, "vector."

6          Q.    (By Mr. Moore)  Let me ask you this,

7    because I have to admit, I definitely don't

8    understand your conclusion with respect to the --

9    what I call the slots into which the dinghy cradle

10   goes.  Let me -- let me see if we can agree on a few

11   things to get us to the question.

12               You understand that the cradle that --

13   into which the dinghy rested, putting aside how it

14   was secured, if you simply put the dinghy on top of

15   the cradle, it would sit on two cradles; and at the

16   bottom part of those cradles there's two metal rods,

17   and those two metal rods simply go down into two

18   metal sheaths, one that's anchored on the top of a

19   hatch, the forward one's anchored in the top of the

20   hatch, and the aft one's anchored in the spoiler top.

21   Do you agree with that so far?

22         A.    Not sure whether it was anchored where

23   the --

24               If you're talking with regard to the --

25   the cradle support on the center hatch, there's

120

```
 1    definitely one that's attached to the door itself;

 2    and whether the other pin section is in the aft or

 3    the forward section of the swim platform, I don't

 4    recall just from prior pictures at this point.

 5            Q.    Okay.  Take a look at Exhibit 481, and

 6    direct your attention to the left side of the six and

 7    seven in circles.

 8            A.    See.

 9            Q.    You see those two metal poles there on

10    the -- one is on the hatch top and the other's on the

11    spoiler top?

12            A.    Yes.

13            Q.    Okay.  Does that sort of refresh --

14            A.    Yes, it does.

15            Q.    Okay.  Now, my first question is with

16    respect to the metal bars that are part of the

17    cradle, do you agree that those two metal bars that

18    are part of the cradle, they fit down into those two

19    sleeves?

20            A.    Yes.

21            Q.    Do you know of any way that those two

22    metal bars are locked into that sleeve?

23            A.    I don't know for sure how they're locked

24    in.  I think there was a screw attachment on the

25    hatch which appears in figure 5/25S of Exhibit 481,
```

```
 1     where there may have been a secondary bolt that may
 2     have held or screwed or would fasten something down
 3     to that surface.
 4          Q.    In other words, there might have been
 5     something that would have locked the cradle top --
 6          A.    To the hatch cover.
 7          Q.    -- to the hatch cover and to the spoiler
 8     on --
 9          A.    There was some attachment.  There was a
10     hole in the surface that's evident right there, and
11     that was pulled -- that had been pulled out.
12          Q.    In other words, you've looked at it; and
13     what you've done is, you looked under that center
14     hatch, and you've seen that that casing is compressed
15     upward?
16          A.    Yes.
17          Q.    But don't you think that that also could
18     be explained by the compressive forces of a vessel
19     sitting a thousand feet below the earth's surface
20     underwater if there was an air pocket in there?  I
21     don't know if you have ever calculated that, if it
22     would be necessary to calculate it, but doesn't that
23     offer also an explanation?
24          A.    It does, but it doesn't appear because
25     of the presence of some of the rust stain in that
```

122

```
 1   area.  It appeared it had been there for -- for a
 2   while.  In other words, as far as the recession that
 3   was pulled back into that area.
 4            I think I had a picture.  I don't know
 5   if we introduced it or not.
 6            MR. MOORE:  See if you can find that
 7       picture.
 8            MR. SIKES:  Well, this shows the hinges.
 9            (Discussion off the record.)
10       A.    This is the pictures that I had.  This
11   was --
12            Maybe you want to introduce those.
13       Q.    Now, why don't we go ahead and mark
14   these as whatever exhibit number it is.
15            Now, do you recall in looking at this
16   exhibit that we are going to mark as Number --
17            MR. McLEOD:  485.
18            (Thereupon, Plaintiff's Exhibit No. 485
19       was marked for identification.)
20       Q.    (By Mr. Moore)  -- 485, do you know
21   with respect to the top photograph which hole is
22   that, is that the -- There are four possibilities.
23   One is the port -- on the port side of the spoiler
24   top foremost hole, there's another hole that is port
25   side aft and there is a starboard hole forward and a
```

123

1    starboard hole aft.  Which one is that one?

2         A.    Let me grab this one picture.  It is the

3    center hatch aft connection that is in the hatch

4    doorway.  Is the one that is reflected in Exhibit 485

5    as 5/021S.

6         Q.    Okay.

7         A.    And the underside of it is in my -- in

8    the same Exhibit 485, it's 5/020S.

9         Q.    So that is the forward hole over the

10   center hatch; correct?

11        A.    Yes.

12              To answer, you know, your question that

13   you asked, and I really didn't have these pictures,

14   here you said wouldn't this -- or are you -- or you

15   inferred -- I don't have the exact words -- that the

16   cracking or the crazing that was present would

17   have -- would that be present and occurred as a

18   result of hydrostatic force.

19        Q.    Right.

20        A.    And my answer is -- really is -- still

21   is no.  This is -- Basically, if it had been a result

22   of hydrostatic forces alone, it likely would have

23   occurred in other places, whereas -- where there was

24   sealing and as a section.  It would be able to allow

25   the water to equalize right around the penetration

124

1    hole; and, again, that -- my reference to the

2    cracking that was present was in Exhibit 485, 5/020S.

3         Q.    Did you have occasion to examine both of

4    the holes that were aft on the spoiler platform?

5              Both the port side hole and the

6    starboard side hole.  And the holes I'm referring to

7    are the holes that receive the bolts from the

8    cradles, the dinghy cradles.

9         A.    I -- I don't recall -- What did you say,

10   on -- the hole locations in which hatch?

11        Q.    Yeah, I'm asking you if you had a chance

12   to examine the holes for the dinghy cradle bolts, you

13   know, the bolts that come down off the bottom of the

14   dinghy cradle, did you have a chance to examine the

15   holes that were port side aft and starboard side aft?

16        A.    The only thing that you can look at is

17   the receivers that are there.

18        Q.    The holes?

19        A.    The holes, basically.

20        Q.    Right.

21             And but -- but, as I understand it,

22   you -- you've drawn to some conclusion by the fact

23   that the hole at the top of Exhibit 485 has a rust

24   stain around it; and your conclusion, was what?

25        A.    The conclusion was that at some point in

125

```
 1    time it had taken an upward load in that area to

 2    compress and crack the underside of the hatch cover

 3    itself.

 4         Q.    And at what point in time do you

 5    think --

 6              When do you think that occurred?

 7         A.    I don't speculate an exact time period

 8    on that.  The -- the dinghy cradle, to my knowledge,

 9    was not recovered.  I did not see it if it was at

10    that point.

11              And, I mean, its construction,

12    basically, or how it was secured or -- some point

13    there was an upward -- upward load that was placed on

14    that in that -- for that connection.

15         Q.    Well, do I understand --

16              I mean, it seems to me that if you

17    looked at the Justin Blue photograph -- just to move

18    this thing along -- that shows the holes that were

19    taken in -- a couple of months before the sinking;

20    you see that the holes -- you know, the metal holes

21    that are on the surface of the spoiler deck are

22    undisturbed and without rust; do you agree?

23         A.    The top surfaces don't show any -- any

24    rust or anything on that --

25         Q.    Right.
```

1          A.      -- or any protrusion.

2                   There's no pictures that show the

3      underside of the cover, underside of the hatch cover,

4      where this pin location would have been in the

5      center -- center hatch.

6          Q.      Right.

7                   But at the same time, your Exhibit

8      Number 485 shows clear rust around the hole in the

9      top of the picture?

10         A.      True.

11         Q.      So the point I'm simply making, is that,

12     once again, we have the formation of rust, one layer,

13     before the sinking wasn't there, after the sinking --

14     giving at least some indication how fast rust forms,

15     and that any conclusions that are drawn by the

16     presence of rust in this case can be sort of -- that

17     snake's head can be cut off at this point unless

18     somebody can actually point to some rust that

19     preceded the sinking?

20                 MR. SIKES:  Or unless it's a two-headed

21             snake, which it may very well be.

22                 MR. MILLER:  A hydra.

23         Q.      (By Mr. Moore)  Let me posit another

24     theory, since that's what we're really dealing in;

25     wasn't it?

 1              MR. MILLER:  Greek mythology.

 2         A.   Well --

 3         Q.   You could say different theories, you're

 4    talking about rust stains with regard to bolt holes.

 5              MR. SIKES:  But there's rust also on the

 6         dinghy.  There's rust on the dinghy.

 7              MR. MOORE:  Yeah.

 8              MR. SIKES:  On the stainless steel.

 9         Pictures of the dinghy and --

10              MR. MILLER:  Just to try to cut through

11         this --

12              MR. SIKES:  Yeah.

13              MR. MILLER:  -- Jules and Russ and I

14         were puzzled over what you see in Photograph

15         485; and it struck us as -- I think it's clear

16         that some force was exerted upward there.

17              Now, it just dawned on me, if I can

18         testify, that maybe what happened is when the

19         dinghy came loose, one of the "S" hooks caught

20         the cradle and pulled it up, and that's what

21         exerted that force when the dinghy was

22         coming --

23         Q.   (By Mr. Moore)  Well, let me ask you

24    this question.  What if -- What -- Is there --

25              MR. MILLER:  I don't know --

```
 1              MR. McLEOD:   I know exactly how it

 2        happened.

 3        Q.    (By Mr. Moore)   Can you tell by looking

 4   at 485 in which direction the force was exerted?

 5        A.    Well, I'd have to look at the

 6   orientation.  With the fiberglass composite, you

 7   could look at the cracked structures itself and -- to

 8   look at it and tell the direction of the forces.

 9              In other words, the forces to your right

10   where the striations are there are present -- took

11   greater compression, and each of the rings are

12   relative, like a brittle coating interstice.

13        Q.    Meaning, those little circles -- they go

14   off in that photograph in a certain direction -- give

15   you some indication of the direction from which the

16   force was exerted --

17        A.    Right.

18        Q.    -- but as we stand here today, you

19   cannot say that the force was exerted upward or

20   downward on the hatch top?

21        A.    You could say it was exerted from that

22   pin connection coming upward, or basically as the

23   whole pin assembly was being forced over to one side.

24        Q.    Okay.  Let me ask you a question.  Would

25   those -- would those concentric circles tend to be --
```

1    would they tend to be in the direction of the pull?

2    In other words, from whence the force was coming, is

3    that the direction they would go in?

4         A.    Yes.  On the underside.

5         Q.    In other words, if the underside

6    concentric circles, if those circles at the bottom --

7    in the bottom photograph, if the right side of the

8    photograph as you look at it is aft, then whatever is

9    pulling on the top is coming from aft of the vessel?

10        A.    Yes, it'd come through and radiate --

11   The crack, you're looking at it as it is appearing in

12   the compression side; so if it was a pin connection,

13   if you put a force or lever on it, you'd be pushing

14   towards or coming towards your -- towards your left,

15   I guess, you -- towards your arm is from the far

16   side -- putting a force on it to pull it.

17        Q.    I mean, one of the ways that you could

18   compress the -- it seems to me that you could

19   compress that fixture is by simply strapping down

20   your dinghy too tightly, you would certainly be

21   exerting pressure on it, is that -- would you agree

22   with that statement?

23        A.    Not necessarily, because if you were

24   strapping the dinghy down, you'd be putting

25   compression onto the top deck, where you're looking

```
 1    at it in the top photograph, the bottom photograph,

 2    basically, there has been a force that's come up that

 3    is a pin connection, is hard to take a vertical force

 4    through it, you -- it could be, you know, anything --

 5    a little bit more related to the -- to the cradle

 6    itself moving sideways or being pitched sideways a

 7    little bit more.

 8              MR. McLEOD:  If it was splayed outwards,

 9         would it cause that damage?

10              THE WITNESS:  If it was splayed outward?

11              MR. McLEOD:  If the cradle splayed

12         outward.

13              THE WITNESS:  Or if the hatch was trying

14         to open and it was trying to be reacted by

15         just the pin holes sticking down in there.

16              MR. MILLER:  If seas were coming over

17         from the side of the spoiler trying to take

18         the dinghy off from one side to the other,

19         could that explain that phenomenon?

20              THE WITNESS:  It would have to take a

21         load in to the cradle.

22              What I'm saying is, when this cradle is

23         set and it sits in the pin connections, if you

24         were to strictly come back and vertically grab

25         ahold of the cradle, theoretically, unless
```

1    there was a screw securing it, you should be

2    able to lift it up; however, if you had a

3    condition where you had the dinghy strapped

4    down on the far side, and this sitting in

5    here, and the hatch were -- tried to lift

6    this, the pins itself would act and try to

7    cause a buckling and a cracking in that -- the

8    surface there.

9         In other words, the hinge, as the hatch

10   is trying to lift, the far side is held --

11   this is trying to move, and it's -- basically

12   it's sitting in a core; so, in other words,

13   the foam core beneath that, and you just have

14   the hole centers, and trying to --

15        This is confusing where you have it, so

16   just let me clarify it.

17        The receiver in the center hatch

18   basically penetrates a hatch cover structure

19   where there's fiberglass reinforcement, a

20   hollow core, and the lower hollow core -- I

21   should say the lower fiberglass surfaces

22   compressed by apparent rotational movement of

23   the entire grommet receiver.

24        Okay.  Basically this presence gives you

25   the viewing of the surface where there is

132

```
 1              lines of compression where the inner laminate

 2              surface of the latch is compressed and sitting

 3              in -- within the -- within the hatch cover

 4              structure.

 5         Q.    (By Mr. Moore)  Now, as far as -- You

 6    know, let me just sort of get back to what we were

 7    talking about.

 8              As I understand it, you really don't

 9    know with respect to -- with respect to 485 what

10    actually goes down into that slot?

11              I mean, in other words, there's not

12    something inside the slot like a catch or a locking

13    mechanism, as far as you know?

14         A.    I think my recollection from other

15    testimony is it's been reflected that there was a pin

16    that goes back in there that fits in --

17         Q.    Right.

18         A.    -- and --

19         Q.    Just a metal bar, basically?

20         A.    Right.

21         Q.    I mean, cylindrical bar that's affixed

22    to the bottom of the cradle that goes down from

23    there?

24         A.    Yes.

25         Q.    Now, and what all of this -- and what
```

133

1     all of this suggests to you, obviously, the way you

2     pull this thing out of this top fixture -- and there

3     are four of these holes on the hatch covers and on

4     the spoiler deck -- is you put -- you -- you take

5     hold of the cradle anchors and you slip them straight

6     up and they come out as far as -- Wouldn't you agree

7     that's normally the way it's --

8          A.    Yes.

9          Q.    Yes.  And so somehow in that process,

10    the way I understand your testimony, though, you seem

11    to think that that metal bar that's down in that

12    fixture somehow can grab the fixture on the bottom of

13    485 and actually pull it up?

14         A.    I don't think it may be reflected in the

15    report; but, you know, thinking about it a little bit

16    more, as far as the hatch and the way it is pinned

17    with the piece, if the hatch tries to lift, the pin

18    stays engaged unless you pull with a vertical force

19    to pull that out --

20         Q.    Right.

21         A.    -- but the -- by the hatch lifting and

22    moving could possibly cause some of that compression

23    in that surface with the cradle going back across and

24    it's not detached.

25         Q.    What you're saying is the dinghy's now

1    gone and the cradles are still there; and when the

2    hatch tries to open on the incoming waves, it creates

3    this sort of force?

4          A.    It could occur at that point.  The

5    dinghy doesn't have to be missing because, basically,

6    my interpretation from the pictures, looking at it,

7    is on the starboard side, that hatch, if it's not

8    basically latched down, the dinghy doesn't bear on

9    the starboard hatch.

10         Q.    Right.

11         A.    So if that's not latched, that's free to

12   come open.  Okay.  Once the -- If the dinghy is

13   secured, some of the weight goes on the port side

14   hatch; and that, theoretically, may resist some of

15   the motion for the center hatch to come up because

16   the center hatches comes up and then the center hatch

17   can be raised.

18         Q.    Right.

19         A.    But the dinghy is coming loose, then

20   basically allows the port side to also move and the

21   center hatch to raise.

22         Q.    And it's the raising of the hatches that

23   creates the torquing.

24               You understand that the cradle, by the

25   way, is in two pieces, it's got one bolt on one side

135

```
 1   and another bolt on the other side, it's actually two

 2   pieces that come together that form a cradle; are you

 3   aware of that?

 4        A.    I've never seen the cradle.

 5        Q.    So I think we may be getting beyond --

 6   And what really got me, and what started this

 7   discussion was your statement in your report that the

 8   dinghy cradle had been pulled upward with sufficient

 9   force to fracture the underside gelcoated surface and

10   to also pull out a securing topside surface

11   connection screw.

12             Based on our discussion, would you tend

13   to be as confident about that statement now as you

14   were given your understanding at the time you wrote

15   this?

16        A.    I'd be less confident it would be

17   strictly a vertical force.  It was a force that may

18   have been a vector component on this that was going

19   lateral to that area that caused it to rotate in

20   that --

21        Q.    I mean, I think you have a right to

22   supplement your opinions, and I think you may need

23   some more information that you didn't have at the

24   time you gave this statement.  We'll get that to you.

25        A.    I'd agree to that.
```

136

1              Q.    Just give some -- some consideration.

2                    MR. MILLER:  I -- Well, I think I misled

3         him, too, because I thought that the cover --

4                    MR. SIKES:  I'll stipulate to that.

5                    MR. MILLER:   -- was fastened to the

6         cradle.

7              Q.    (By Mr. Moore)  Again, the cover is not

8    fastened to the cradle, you understand that, you

9    understand now that the dinghy is secured to the

10   spoiler deck?

11             A.    Yes.

12             Q.    And it's only -- That's just -- That's

13   the -- There's two fixtures?

14                   MR. MILLER:  Well, we knew -- Let me

15        interrupt you.  Well, we knew that.  I just

16        thought that the cover that was on the dinghy

17        was itself tied down to the cradle; and I

18        don't know where I got that from because it's

19        obviously wrong.

20                   THE WITNESS:  I want to make a

21        clarification also.  I have not reviewed any

22        photograph that indicated how the dinghy was

23        secured, the dinghy on the spoiler, or -- or

24        specifically what the cradle looked like in

25        its structural configuration --

```
 1                MR. MOORE:  Okay.
 2                THE WITNESS:  -- before forming opinions
 3        in this report.
 4        Q.    (By Mr. Moore)  All right.  Now, let me
 5   just ask you, also given the statements regarding the
 6   spoiler top and so on and so forth, and now with
 7   respect to Exhibit Number 482, and we have the two
 8   existing hatch covers which are the center and
 9   starboard hatch, and both of them -- the center and
10   starboard hatch covers --
11                MR. MILLER:  I think that's right.
12        A.    Is it or is it --
13        Q.    The port's missing, trust me on this.
14        A.    Okay.  You're right, you're right,
15   you're right.
16        Q.    Okay.  Now, let's, first of all, agree
17   that this photograph was taken after the second
18   sinking, the second raising, let's put it that way;
19   therefore, after the second sinking; okay?
20        A.    Yes.
21        Q.    And can we also agree that in your first
22   viewing in time of these hatch covers, it was when
23   you were reviewing the video of the "Madame" as she
24   lay on the bottom after the first sinking?
25        A.    Yes.
```

1          Q.      In other words, that would have been
2     like your first point in time the vessel had sunk,
3     they're down there surveying the vessel; and what you
4     saw was both the starboard and center hatches
5     floating up and down on their hinges?
6          A.      Yes.
7          Q.      Okay.  And, therefore, it follows that
8     what you saw next is that if -- you would conclude --
9     this is A equals B, B equals C, therefore, A equals
10    thing -- that these two hatches were ripped off
11    during the second -- as a result of the second
12    sinking, not the first sinking?
13         A.      I think that's a fair conclusion.
14         Q.      So all of these -- all of these --
15    unless somebody can get you a videotape up close of
16    the hatch hinges in that first survey, then we can
17    conclude, hence, the -- since the hinges were,
18    obviously, working, because we see the hatch covers
19    floating up and down, that the hinges were still
20    intact following the first sinking, we don't know
21    that they were perfect hinges at that point, we just
22    know they're simply intact because they were --
23         A.      They were --
24         Q.      I mean, just trying to get it down to --
25    I just don't want anyone to get the idea that this is

1    the picture that, you know, follows the first

2    sinking, Oh, look, the hatches have been all ripped

3    off the top of this spoiler.  That didn't happen?

4          A.    Right.

5          Q.    So whatever your criticisms of the

6    hinges and spoiler hatch covers, the ultimate

7    criticism that you might levy, we must admit they did

8    survive the first sinking, they were good enough to

9    survive the first sinking?

10         A.    I wouldn't take issue with that.

11         Q.    I mean, from what I can see, they

12   worked.  I mean, they were bobbing up and down.  You

13   know, I don't know why, but we have a -- a video

14   record.

15               When you speak of the scuppers or door

16   opening in your paragraph -- subparagraph C to your

17   Opinion 6, are you referring to the door through the

18   combing or --

19         A.    Yes.

20         Q.    -- or are you referring to something

21   else?

22         A.    Door through the combing.

23         Q.    Okay.  Then I have no questions about

24   that.

25               And you say if the hatch to the engine

 1   room was not closed.  Did you notice the -- the black

 2   line underneath the engine room hatch in the first

 3   video?

 4           A.    The operator?

 5           Q.    There's a black line that goes actually

 6   under the hatch, the engine room hatch.  When I say

 7   "line," what landlubbers call a rope.

 8           A.    Yes.

 9           Q.    I mean, do you think that the -- that

10   given the makeup of the engine room hatch and the

11   locking mechanism --

12                 Have you examined the locking mechanism

13   on the engine room hatch?

14           A.    I did not.

15                 MR. SIKES:  That picture with the --

16                 (Discussion off the record.)

17                 MR. MILLER:  While he's looking, who has

18           the original Justin Blue photographs?

19                 MR. SIKES:  I may have them.

20                 MR. MILLER:  This is off the record,

21           Lisa.

22                 (Whereupon, a recess was had.)

23           Q.    (By Mr. Moore)  Now, with respect to

24   your statement regarding, quote, several factory

25   penetrations of the spoiler and transom interface,

1    unquote, okay --

2         A.    Where is this?

3         Q.    That's in the -- your Page 4, and the

4    paragraph beginning with "The modified exhaust tube."

5    The last sentence.

6         A.    Okay.

7         Q.    Think about this question and try to

8    answer "yes" or "no."

9              What you know about who put those holes

10   there is based on what you've been told.  I know

11   that's a very general statement; but let me -- let me

12   state it differently if you are unable to answer that

13   question.

14             Have you examined those holes with your

15   own two eyes to try to make a determination as to who

16   put those holes there?

17        A.    I have not tried to determine who put

18   the holes there.

19        Q.    I want to take you out of that little

20   party.  We've got about 15 people looking at those

21   holes now.

22             MR. MILLER:  I'll speed it up.  I'll

23        stipulate that was not his job.  Anything he

24        knows is what he was told.

25             MR. SIKES:  He's not looked at the

142

```
 1              holes?
 2                   MR. SIKES:  He's looked at, not as part
 3              of the expertise --
 4              Q.    (By Mr. Moore)  We have a lot of people
 5       peering at the holes, and you probably won't be
 6       adding much to what other people opined.
 7                   MR. SIKES:  Congratulations, you are the
 8              only one.
 9              Q.    (By Mr. Moore)  Because you did put it
10       in your report, and that's something you were
11       basically told.  I want to make it clear that's
12       something you were basically told and so on and so
13       forth.
14                   Okay.  Fair enough.
15              A.    Fair.
16              Q.    Okay.  Now, okay, hang cn.
17                   In your report you talk about the video
18       of an opening and closing of the spoiler bottom; but
19       you have to admit that was after the vessel had
20       plunged 700 feet to the bottom, and what you're
21       viewing is something that you are seeing after it's
22       being raised; "yes" or "no"?
23              A.    Yes.
24              Q.    And when you talk about the -- the
25       strength of the spoiler compartment --
```

1          And I'm correct that you have not

2     performed structural analysis calculations of the

3     strength of that -- that box?

4          A.    That's true.

5          Q.    And when you talk about in your report

6     about seawater leakage into the spoiler prior to

7     modifications at Bertram, what you are really

8     referring to are the comment Mr. Goldstein made about

9     it being a, quote, wet compartment, unquote?

10         A.    Yes.

11         Q.    Did you have occasion to review

12    Mr. Cramer's survey where he specifically mentioned

13    that that box does not have ventilation, that it

14    would create its own rain forest in there if it

15    didn't have some ventilation?

16         A.    I don't recall reviewing that.

17         Q.    He didn't say about the rain forest --

18    don't get me wrong; but he talked about it not having

19    ventilation, meaning that it will --

20         A.    I don't recall that.

21         Q.    Okay.  Okay.  Now, in your report, you

22    also talk about the spoiler flooding with no

23    indication to the crew; but isn't there a very good

24    indication of water in the spoiler compartment, the

25    red light going on on the bilge pump panel?

```
 1          A.    Where are you?

 2          Q.    I don't know; but --

 3          A.    The crew --

 4                I didn't understand what you said.

 5          Q.    I think you said that there would be --

 6    there could be a flooding of the spoiler compartment

 7    without indication to the crew; but, I mean -- I

 8    mean, the way every bilge pump on that vessel signals

 9    the crew that it's got water in there and saw a red

10    light coming on at the console right where you'd

11    expect it to be.

12                I'll find it.

13                I mean, you do agree that the way one

14    knows that water's in a compartment is that the red

15    light goes on, the float switch is lifted, the red

16    light goes on, the bilge pump is pumping away?

17          A.    Yes.

18          Q.    I mean, we have to assume certain facts

19    that everything's working.  You can always say, well,

20    maybe something's not working, yes, and that's true;

21    but that's the -- generally the way it works,

22    correct?

23          A.    Yes.

24          Q.    At the time --

25                Now, can you -- referring to any of your
```

145

```
 1    photographs here -- You talk about in your direct

 2    examination about primary stress lines.  My question

 3    is this:  Where is the primary stress line resulting

 4    from the yacht's impact with the ocean bottom after

 5    falling 700 feet?

 6         A.    Along the bolt line at the interface

 7    where the core material separation is present.

 8         Q.    It would be the same line, in other

 9    words?

10         A.    Yes.

11         Q.    Yeah.  Is there -- is there terminology

12    in your world of science that, you know, when you are

13    trying to tear something off, you pull it this way

14    one time and it doesn't come off, and you pull it

15    back the other way and it does come off; is there --

16    is that a physiologic principle, some sort of

17    physical science, a theorem of physical science?

18         A.    Yes.

19         Q.    What's it called?

20         A.    It's called fatigue resistance.

21         Q.    In other words, you break it down to one

22    level, when you pull it to the left, you pull it back

23    to the right and it comes off, that seems to be

24    magically what happens?

25         A.    Well, typically in structures fatigue
```

1    stress is when there's reversals of loads and for

2    generally long periods of time there is nothing that

3    is occurring and then your material may start to

4    crack or fail.

5            And if you are speaking with regard to

6    your tear resistance increasing by equally opposing

7    loads, that's really a tear peel-type failure.

8            Q.    As opposed to a pulling failure or some

9    other type of -- It's a tearing lateral motion is

10   what's pulling -- breaking the connection?

11           A.    Related to bending.  Related to bending.

12           MR. MILLER:  Stop just a second.

13           (Discussion off the record.)

14           Q.    (By Mr. Moore)  What is this item in

15   the bottom photograph of 482, this large black thing?

16   What is that?

17           A.    You're speaking in Exhibit what?

18           MR. MOORE:  Exhibit 482.

19           A.    482.  That is the -- It's a rubber

20   sleeve that was used to pad and support the pipe

21   where it went through the opening in the transom.

22           Q.    Who put that there?

23           A.    I put it there to take -- to get an

24   illustration of -- of how that would look in that

25   surface.

1          Q.     What is the vantage point that we have

2     here; are we looking forward --

3          A.     The --

4          Q.     -- on the aft side of the spoiler wall?

5          A.     Yes.  And the spoiler wall is inverted,

6     I believe.

7                 No, wait that's -- No, wait a minute.

8     This is -- this is the starboard side looking as if

9     it -- you had been in the spoiler compartment looking

10    forward.

11                Let me look at that.

12         Q.     I don't know.

13                MR. MILLER:  What's the question?

14         A.     Okay.  I got it.

15                MR. MILLER:  What's the question?

16         A.     The question is what is the orientation

17    we are looking at, the significance of the surface.

18                The lower or the bottom portion when

19    you're holding the picture so that the 5/5S is north,

20    top, the southmost portion where you see like an

21    orangish color is a foam, which -- section of foam,

22    which would be sort of the top surface where the deck

23    would be, and to the far left is the outside surface

24    where the lamina has come apart.

25                MR. SIKES:  That answer was long enough.

1          MR. MILLER:  Just say where it's

2     located.

3          MR. SIKES:  Don't embellish on it.

4          THE WITNESS:  Sorry.

5          MR. SIKES:  You wanted to.

6          MR. MILLER:  No one did.  I must want to

7     go home.

8          MR. MOORE:  All right.  I don't think I

9     have any further questions of this witness.

10          MR. SIKES:  I have just a couple of

11     questions.

12               CROSS-EXAMINATION

13     Q.    (By Mr. Sikes)  The washers which you

14     spoke about, the 4.72-inch washer for the

15     through-and-through bolts, those would be, obviously,

16     on both sides, on the further side and the head side

17     of the bolt?

18     A.    Correct.

19     Q.    Okay.  As in when -- as in when they had

20     bent through and the boat had been finished, would

21     those washers be observable?

22     A.    Yes.

23     Q.    As would be the nut and the head portion

24     of a bolt?

25     A.    Yes, they would be observable if it did

1    have a nut.

2              One of the configurations had a drilled

3    and tapped hole and a plate to receive the bolt.

4         Q.    One of them?

5         A.    One of a configuration.

6              Again --

7         Q.    So there would have been a plate somehow

8    in the transom and the bolt would have gone through a

9    threaded plate.

10              How many of those would there have been,

11   do you know, approximately?

12        A.    One of the illustrations, the exhibit

13   that was not 230, showed two plates of equal size.

14              There it is on Exhibit 231.

15        Q.    And presumably as opposed to using those

16   washers, these plates would have been used; is that

17   what you're saying?

18        A.    Yes.

19        Q.    I.e., it would be a plate along an

20   entire row of bolts?

21        A.    Yes.

22        Q.    Okay.  And those plates would have been

23   approximately in -- the same size as the washers?

24        A.    One hundred millimeters or 4.72 inches.

25        Q.    Okay.  Okay.  Let's see.  And since

150

1   you're not going to talk about which were factory

2   penetrations of the spoiler and which were not and

3   whether or not they were sealed, I won't ask you a

4   question about that.

5          Would you say that since you have read a

6   lot of the other reports from other experts in this

7   case that your opinions are somewhat duplicitous?

8      A.   You said what, duplicitous?

9      Q.   Yes.

10     A.   Some areas they're agreeing and some

11  areas they're different.

12     Q.   Yeah, I know.

13          But there are a lot of other people who

14  are experts in this case who basically say the same

15  thing that you do?

16     A.   Yes.

17     Q.   Would you agree with that?

18     A.   Yes.

19          MR. SIKES:  I don't have any other

20          questions.

21          MR. McLEOD:  Okay.  Don't get too

22          comfortable, I have some.

23          MR. SIKES:  I'm leaving, you can go

24          ahead.

25          MR. MILLER:  On a fast train.

```
 1              MR. SIKES:  He's going to be here two
 2        hours.  I know, I saw him taking notes.
 3              (Whereupon, Michael Sikes, Esq., left
 4        the room.)
 5                  REDIRECT EXAMINATION
 6        Q.    (By Mr. McLeod)  Mr. Johnson, you
 7   made -- A couple on redirect.
 8              You were asked all kinds of questions
 9   about this Exhibit 485; and can you tell -- and I
10   guess it looks like some type of fracture or damage
11   that's in the pictures.
12              Can you tell me what this top photograph
13   on Exhibit 485 is?
14        A.    On Exhibit 485, Figure 5/021 is the top
15   surface looking down at the receiver through the
16   center hatch cover.
17              The lower figure of that deposition
18   article, 485, Photo 5/20S, is the underside of the
19   hatch cover showing the nut and washer section of the
20   same receiver.
21        Q.    Okay.  So the metal portion shown in the
22   top picture on the Exhibit 485, this is what you see
23   of that fixture on the deck of the "Madame," on --
24        A.    Yes.
25        Q.    -- the deck of the spoiler; right?
```

```
 1              A.     Yes.

 2              Q.     And is that on the hatch?

 3              A.     On the center hatch.

 4              Q.     If you lift that hatch up, what you are

 5    seeing is the metal portion that's shown in the

 6    bottom of that photograph --

 7              A.     Yes.

 8              Q.     -- on 485?

 9              A.     Yes.

10              Q.     Now, let me show you --

11                     And what is the purpose of this fixture

12    on the top of Exhibit 485?

13              A.     I believe this fixture is to receive a

14    cradle support for the dinghy.

15              Q.     Okay.  Let me show you Exhibit 481.

16                     Do you find the fixture shown on Exhibit

17    485 on the top photograph of page -- of Exhibit 481?

18              A.     Yes.  In Photo 5/25S on the center hatch

19    to the right of the port cover is the subject

20    penetration fitting.

21              Q.     Let me show -- I'm going to mark another

22    photograph of Jules Schubert; and actually it has two

23    photographs on it, and I'll mark this as Exhibit 486.

24                     (Thereupon, Plaintiff's Exhibit No. 486

25              was marked for identification.)
```

153

1          Q.     (By Mr. McLeod)   On the top photograph
2     of 486, can you locate the fixture that we're
3     speaking of that's shown in Exhibit 485?
4          A.     Yes, I can.
5          Q.     Okay.
6          A.     On Exhibit 486, Figure 25, the center
7     hatch cover is the one that reflects this same
8     fitting.
9          Q.     Okay.  Now, the center hatch cover, I'm
10    showing you that right now; correct?
11         A.     Yes.
12         Q.     And that would be one fitting into which
13    one of the tender chock posts fit, right, inserted
14    into that fitting?
15         A.     Yes.
16         Q.     Okay.  There's a corresponding fitting
17    on the deck of the spoiler; is that right?
18         A.     Yes.
19         Q.     That's shown in this photograph?
20         A.     Yes.
21         Q.     Did you --
22                Are you aware that there's another --
23    there is an identical pair of fittings towards the
24    port side of the platform, as well?
25         A.     Yes.

```
 1              Q.    Okay.  You're aware of that.
 2              Okay.  What I want to do is show you a
 3    diagram that I've drawn, and ask you a couple of
 4    questions; and where I'm going is to determine how
 5    this damage may have been done.
 6              I'll mark this drawing as 487; and I did
 7    this while you were testifying before to Mr. Moore.
 8              (Thereupon, Plaintiff's Exhibit No. 487
 9         was marked for identification.)
10              Q.    (By Mr. McLeod)  And what I'm going to
11    do is for the first part of this -- part of your
12    testimony, I'm going to mark the first top drawing as
13    "A."
14              Now, does "A" kind of generally show
15    where -- where the -- those fixtures are that accept
16    the tender chocks on the dive platform?
17              A.    I believe so.
18              Let me clarify your orientation.  Please
19    clarify your orientation for me.
20              Q.    What I have drawn here is basically --
21              A.    I'm just asking forward and aft.
22              Q.    This is the hull of the boat of the
23    transom right here.  I'll write "transom."
24              MR. MILLER:  So that's forward.
25              Q.    (By Mr. McLeod)  And -- and if you look
```

155

```
 1     at Exhibit 486, what I've drawn is the top
 2     photograph.
 3               See what I'm saying?
 4       A.    Yes.
 5       Q.    Kind of?  Generally.
 6               What I'm focussing on, there's three
 7     hatches on the dive platform and there are four
 8     receptacles for the tender chocks; right?
 9       A.    Correct, because there's also another
10     hatch to the far right that's for the ladder.
11       Q.    Okay.  I'm looking at the actual hatches
12     that you open and go into --
13       A.    Okay.
14       Q.    -- to go into the tender or into the
15     spoiler.
16               Okay.  Now, I've just circled and marked
17     as Exhibit -- as Figure B, the next figure down, the
18     center figure on my little drawing of 487.
19               These -- The area here where I have
20     drawn, these are representing the tender chocks
21     themselves.  Okay.  Upon these the tender sits.
22               All right.  And if you assume this
23     configuration that I've shown you right here in B,
24     right --
25       A.    I have a question.  I thought --
```

```
 1              Q.     Okay.
 2              A.     -- I thought the cradles went aft
 3     forward.
 4                     MR. MOORE:  They do.
 5              Q.     (By Mr. McLeod)  They do.
 6              A.     They do.
 7                     MR. MOORE:  The railroad ties go all the
 8              way across all three hatches, for sure, for
 9              sure.
10                     THE WITNESS:  Okay.
11                     MR. MOORE:  The bottom -- the second --
12              The bottom second one, they go across all
13              three hatches.
14                     MR. McLEOD:  You want me to draw them
15              like this?
16                     MR. MOORE:  Yeah.  I don't know what it
17              means.
18                     Yeah, exactly.
19                     MR. McLEOD:  Okay.  I'll draw them like
20              this.  For the purposes of my question, it
21              makes no difference.
22                     MR. MILLER:  Russ hasn't been briefed on
23              the former securing method.
24                     MR. McLEOD:  That's okay.
25              Q.     (By Mr. McLeod)  The photograph that
```

157

1    you've seen of the tender chocking system was a

2    system that was -- that -- basically it didn't come

3    with the boat.  I'm showing you how the boat was

4    originally equipped.

5              Okay.  So what I've marked here on

6    Exhibit B and lengthened to reflect that they

7    actually did go onto the third hatch are the two

8    tender chocks as the boat originally was delivered to

9    Mr. Goldstein.

10             And in that configuration the tender

11   chocks are still inserted into the deck of the

12   spoiler using the same identical padeyes or fixtures

13   that are shown in your Exhibits 485 and 486; right?

14             Do you understand that?

15        A.   Yes.

16        Q.   Okay.  Now, if you look to the far right

17   of my Diagram B on Exhibit 487, I've drawn -- made an

18   effort to draw how the tender would sit upon those

19   tender chocks.  Do you see that?

20        A.   Yes.

21        Q.   And that would be from a side view of

22   the spoiler?

23        A.   Yes.

24        Q.   Okay.  And the rods or pins that you

25   called -- that you talked about before are shown in

1    this little diagram; and that's how the pins would

2    actually sit into the -- into this eye shown on

3    Exhibit 485; right?  Are we on the same page now?

4         A.    Yes.

5         Q.    Okay.  Let me go to the next diagram on

6    that page, which I'll mark as C on the right-hand

7    side because --

8              And Diagram C is a view of the same

9    system, but from the side.  See what I'm saying?

10   From the port side where the engine is if you are

11   looking at the spoiler.

12             What I'm trying to show is generally

13   how -- how the dinghy would sit on those tender

14   chocks.

15             And my question is this:  In the event

16   that the tender chocks couldn't support the dinghy

17   and splayed outward as it's shown in Diagram C, would

18   that cause the damage shown on Exhibit 485?

19        A.    It possibly could, but you would expect

20   that same damage to be replicated on the other

21   adjacent hatch, and it wasn't.

22        Q.    Okay.  Because why, why would you expect

23   that?

24        A.    Because the -- if there was a pin

25   connection in the center -- I'm sorry.  If there was

159

1   a pin connection in the center hatch and one also on

2   the port hatch cover, and there's a beam that

3   connects them and the beam rotates, you would expect

4   that there would be a similar distortion in both

5   lo -- in both locations of the port and the center

6   hatch.

7        Q.    Okay.  And was the port hatch -- was

8   that recovered, this hatch right here?

9        A.    I don't believe so.  I think the

10  starboard was.

11       Q.    Okay.  So you couldn't inspect the port

12  hatch to see if that same damage is existing on the

13  port hatch, could you?

14       A.    True.

15       Q.    Okay.  Now, did you flip the deck of the

16  spoiler upside down to look at the other receptacles

17  that are actually into the spoiler to see if that

18  same damage existed there?

19       A.    I did not.

20       Q.    Okay.  Now, in the same -- If I

21  represent to you that the same damage that is shown

22  on the bottom picture of 485 exists in all three of

23  those receptacles for that spoiler or for the tender

24  chocks, would you say that -- that the splaying of

25  the tender chocks might have had some relation to the

1    damage shown in 485?

2         A.    Yes.

3         Q.    Now, what impact would the weight of the

4    dinghy, as shown here on this -- as set up, the

5    dinghy's sitting on these tender chocks as they exist

6    here in my drawing, what -- what impact would that

7    have on the locking device of the hatches themselves?

8         A.    If the cross beams were inclined, as you

9    have illustrated, in other words, you have drawn them

10    as if they were rotated from the vertical --

11         Q.    Splayed outwards?

12         A.    -- splayed outward 20 degrees to

13    30 degrees, and you applied a vertical reaction, you

14    might expect it would be some -- some bending taking

15    place in the fitting itself.

16         Q.    And -- Okay.  Here's -- The other

17    question I have is I -- during the course of your

18    retention here as an expert, I'm sure that you've

19    seen somewhere the work order that Bertram used or

20    generated as a result of the modification of the

21    "Madame."  Have you seen that?

22         A.    I don't recall seeing it.  I've heard

23    of -- some mention of a list.

24         Q.    Okay.  Have you -- And the reason I'm

25    asking is because you have very specific photographs

```
 1   of these tender chock padeyes or securing devices,

 2   however you want to call them.

 3              There is an item on Number -- on that

 4   Bertram invoice that says "remove and rebed tender

 5   chocks"; and I want to know what they did, what work

 6   did Bertram perform to the -- to the tender chock

 7   system?  Do you have any idea?

 8        A.    I do -- I have no idea.

 9              MR. McLEOD:  Okay.  That's all I have.

10              MR. MILLER:  Mike, we have repeatedly

11         asked for Victoria Goldstein's notes and her

12         article relating to the incident.  When can we

13         get those?

14              MR. McLEOD:  I'll call up there again

15         today and find out.  They're on the boat.

16              But in the same instance, I would like

17         to have the photographs that were taken by

18         Nick Biro, the Polaroid photographs that he

19         had taken; and they were actually marked as

20         exhibits in this deposition, and they were

21         never given --

22              MR. MILLER:  I took them after the

23         deposition.

24              MR. McLEOD:  There's actual Polaroids,

25         and there's no negatives or anything like
```

```
 1              that, so they're lost.
 2                   MR. MILLER:  I think that must be in
 3              Reggie's file because I sent that whole file
 4              back to him.
 5                   MR. McLEOD:  But we need them.  That's
 6              one of the missing items.
 7                   MR. MILLER:  Okay.
 8               (Deposition concluded at 3:40 p.m.)
 9                 AND FURTHER DEPONENT SAITH NOT
10
11              _____
                          SIGNATURE OF WITNESS
12
13   STATE OF FLORIDA
     BROWARD COUNTY
14
                SUBSCRIBED AND SWORN to before me this
15   day of               , 2000, at Broward County,
     Florida.
16
17              _____
                Notary Public, State of Florida at Large
18              Commission No:
                My Commission Expires:
19
20
21
22
23
24
25
```

```
 1                 C E R T I F I C A T E

 2

 3    STATE OF FLORIDA,   )

 4    COUNTY OF BROWARD.  )

 5

 6         I, LISA MILEUR, Registered Professional

 7    Reporter and Notary Public in and for the State of

 8    Florida at Large, do hereby certify that the

 9    foregoing testimony was taken before me; that the

10    witness was duly sworn by me; and that the foregoing

11    pages constitute a true record of the testimony

12    given by said witness.

13         I further certify that I am not a relative or

14    employee or attorney or counsel of any of the

15    parties, or a relative or employee of such attorney

16    or counsel, nor financially interested in the

17    action.

18         Under penalties of perjury, I declare that I

19    have read the foregoing certificate and that the

20    facts stated herein are true.

21         Signed this     day of October, 2000.

22

23         _____

24         LISA MILEUR, Shorthand Reporter
           Notary Public, State of Florida at Large
           Commission No.: CC 752277
25         My commission expires: July 27, 2002
```

**A**

**able** 37:16 51:12 52:16
84:21 123:24 131:2
**above** 57:14,16 73:18
74:8 75:16 93:14
164:16
**Aboveground** 26:13
**above-entitled** 2:16 4:4
**absence** 70:10 72:9
**absolutely** 34:8
**absurd** 61:5
**accept** 117:16 154:15
**accessed** 93:25
**accessible** 92:14
**according** 37:8 39:16
41:6 95:16
**account** 96:24 98:5
**ace** 1:2 4:9 164:2
**achieve** 70:22 102:7
**across** 63:13 66:7
133:23 156:8,12
**act** 131:6
**acting** 77:7 103:3
**action** 82:2,3 97:22
98:13 114:14 163:17
**activated** 97:15
**actual** 52:24 63:20
67:13 155:11 161:24
**actually** 25:17 26:18
29:14 33:15 38:12
39:1,6,10 43:16 52:25
56:3,9,10 65:2 66:12
71:1 73:13,14 74:19
77:3 82:10 85:20
93:12 104:17,23
105:4 111:25 112:1,5
117:25 118:1 126:18
132:10 133:13 135:1
140:5 152:22 157:7
158:2 159:17 161:19
**add** 52:20 75:10
**added** 40:17 97:16
**adding** 142:6
**addition** 94:23
**additional** 29:21 47:14
69:17 95:23,25 96:15
96:25 113:18
**address** 4:17,21 39:22
**addresses** 40:25
**adequate** 44:18
**adhere** 88:15
**adhered** 92:16
**adhesion** 91:20
**adhesive** 92:4,10,17
**adjacent** 87:19 158:21
**admit** 119:7 139:7
142:19
**advanced** 20:13
**advise** 164:18
**aesthetics** 113:21
**affixed** 132:21
**afloat** 106:8
**aft** 14:19,22 15:7 46:25
50:12 63:11,11,22
65:21 68:15 95:2,7
99:7 107:13 116:11
119:20 120:2 122:25

123:1,3 124:4,15,15
129:8,9 147:4 154:21
156:2
**after** 19:22 29:8,20,23
77:3 78:24 84:8 85:1
100:23 105:8 106:8
108:5 109:4,10,24
110:7,8,10,11 111:10
111:13,15,15 118:2
119:2 126:13 137:17
137:19,24 142:19,21
145:4 161:22
**aftermath** 50:18
**afterwards** 88:9
**again** 13:1 29:17 51:18
52:10 56:24 57:7
124:1 126:12 136:7
149:6 161:14
**age** 2:14
**ago** 46:16
**agree** 25:13 105:12
108:9 109:17 119:10
119:21 120:17 125:22
129:21 133:6 135:25
137:16,21 144:13
150:17
**agreeing** 150:10
**ahead** 20:25 37:7 39:21
51:17 61:7 72:17
122:13 150:24
**ahold** 130:25
**ain't** 38:2
**air** 111:13 121:20
**air-inhibited** 88:17
**alan** 1:3,4 4:10 12:5,6
164:3,4
**alarm** 76:9
**algae** 106:1,5,9
**align** 60:15
**aligns** 50:4
**alleged** 103:11 117:10,23
**allow** 123:24
**allows** 134:20
**almost** 50:22 59:18
82:11 101:24 108:8
**alone** 123:22
**along** 36:21 44:6,13
46:20 47:5,13,22 48:5
48:12 49:14 50:5
53:7,9,11,12,13 54:4
54:9,11,20 56:8,12
57:17 58:1 59:2,17
61:5,18,22 67:9 72:4
72:7 74:11,12,20 77:1
125:18 145:6 149:19
**already** 30:1 62:12,21
67:17 113:7
**always** 144:19
**america** 1:8 2:5 164:8
**american** 1:2 4:10
164:2
**amount** 21:18 109:9,11
**ample** 60:8
**analysis** 10:10,11 19:11
21:2,23,23 25:8 31:23
33:22 94:22 99:1
100:4 112:11 143:2

**anchored** 119:18,19,20
119:22
**anchors** 133:5
**Andrea** 12:14
**another** 14:24 36:13
39:21 61:9 70:21
83:6 99:11 122:24
126:23 135:1 152:21
153:22 155:9
**answer** 25:6 26:21 85:2
123:12,20 141:8,12
147:25
**Antonio** 26:16
**anyone** 45:8 59:16
138:25
**anyplace** 45:5
**anything** 14:15 25:25
30:6 31:5 62:6,19
85:21 86:15 87:3
90:4 107:24 125:24
130:4 141:23 161:25
**anyway** 102:18
**Anywhere** 80:24
**apart** 147:24
**apparent** 50:21 58:5
131:22
**Apparently** 78:2 115:3
**appear** 40:20 51:20
80:5 111:9 121:24
**appearance** 56:8 57:24
58:7 74:16
**APPEARANCES** 2:1
**appeared** 39:10 65:19
74:22 110:20 122:1
**appearing** 2:3,5,7,9
129:11
**appears** 10:17 52:23
54:3 57:22,24 58:7
61:20 62:25 63:1,14
65:10 69:23 81:21
108:23 117:10,23
120:25
**applications** 99:2,5
**applied** 160:13
**appreciable** 106:8
**appropriately** 90:9
**approximately** 35:24
52:5 74:18 101:19
149:11,23
**approximation** 96:12
**Aramat** 69:18
**arbitrary** 76:17
**architects** 102:1
**area** 8:6 27:19 28:11
35:24,24 36:1 37:2,12
37:18,22 38:5 41:17
43:8 44:13 45:4,11,12
45:12,18 46:6,14
47:16,24 48:5,6 49:23
53:15 54:4,6 56:10
58:1 59:2 61:3,18,19
63:12,14,18 66:10
67:9,10 68:12,14
70:11 71:12 72:23
73:10 76:1 77:2
81:25 82:11 83:6
87:8 89:11,13 90:22

91:8,16 92:22,24
93:18 94:1 99:7,25
108:24 113:20 114:11
114:15 116:11 117:22
118:1 122:1,3 125:1
135:19 155:19
**areas** 5:17 16:19 20:19
23:11 38:21 87:7
91:19 110:24 114:14
150:10,11
**arm** 47:8 129:15
**Armco** 25:3
**around** 45:12 60:1,3
92:22 99:10 108:18
110:24 123:25 124:24
126:8
**arrow** 66:11 67:6 72:21
**Arthur** 83:8 109:8
**article** 26:18 151:18
161:12
**aside** 119:13
**asked** 6:9 18:10 27:8,14
27:16 31:2 77:19
85:6 123:13 151:8
161:11
**asking** 18:24 31:4
69:12 79:9 124:11
154:21 160:25
**ASME** 100:4
**assembly** 81:12 92:15
117:19 128:23
**Associate** 19:2
**Associates** 21:19,21
22:3
**assume** 144:18 155:22
**assumed** 98:10
**attach** 37:3,5
**attached** 41:15 42:3
46:24 48:22 63:19,25
64:17 66:1,13,25 67:5
70:7 79:2 84:18
85:10 90:11,22 93:9
96:20 120:1
**attaching** 70:20 113:6
**attachment** 10:22
63:20 72:19,20 89:11
91:1 93:4 108:7
120:24 121:9
**attachments** 48:21
104:4
**attempt** 59:5
**attention** 120:6
**attorney** 163:14,15
**attorneys** 4:9
**August** 6:16 9:22 10:5
16:20 27:7,11,13,15
29:9 33:19,24 105:5
107:1
**authored** 25:22 26:18
32:5
**available** 27:5 54:24
93:11 117:14
**Avenue** 2:19 164:21
**aware** 83:15 135:3
153:22 154:1
**away** 74:19 88:12
144:16

91:8,16 92:22,24 (continues)
**A-R-A-M-A-T** 69:19
**a.m** 1:16
**a/s/o** 1:3 164:3

**B**

**B** 67:6,10,16 74:20,20
74:22 76:12,15
118:16,16 138:9,9
155:17,23 157:6,17
**Bachelor** 19:4
**back** 12:8 13:13 17:23
18:12 20:9 22:10
28:18 39:2 43:9 47:5
70:5 71:11 84:21
85:3 89:3 91:21
101:12 112:6 114:2
116:10 117:20 122:3
130:24 132:6,16
133:23 145:15,22
162:4
**bag** 111:24 112:1
**bar** 117:7,17 132:19,21
133:11
**bars** 120:16,17,22
**base** 47:9,10 48:3,5
50:5 53:14 72:23
**based** 100:7 135:12
141:10
**basic** 69:16
**basically** 6:9 8:2 9:14
17:7 18:17,18 20:18
21:1,15 26:18 27:8,17
30:8 31:17 34:11
40:4,12 43:25 44:11
46:25 47:7 49:22
57:25 63:9 68:2
70:17,25 74:15 75:9
75:11 76:3 77:19
78:7,10,23 86:12,24
89:16 92:14,21 93:17
94:19 95:16 96:18
98:3 100:2 101:11,21
102:6,22 103:2
105:23 106:17 108:17
111:16 112:7 117:5
117:13,17 123:21
124:19 125:12 128:22
130:2 131:11,18,24
132:19 134:5,8,20
142:11,12 150:14
154:20 157:2
**Beach** 4:21
**beam** 63:13 159:2,3
**beams** 160:8
**bear** 134:8
**bearing** 35:24 36:25
37:12,18 38:5
**became** 20:3 78:18,23
78:24 84:3 94:9
**become** 58:5 76:8,19,20
88:2 89:19
**Beetle** 21:18,18,21 22:3
102:19
**before** 2:17 7:15 15:18
18:24 20:9 49:2 55:2
56:6,6 58:24 62:4
63:8 69:17,22,25

73:21 80:20 83:23
84:3 88:22 95:11
106:23 111:15,17,17
125:19 126:13 137:2
154:7 157:25 162:14
163:9
**beforehand** 58:11
**beginning** 7:10 53:20
141:4
**behalf** 2:3,5,7,9
**being** 4:3 16:6,15 28:5
28:6,9 51:1 63:12
65:17 66:4 68:8,8,15
73:13 77:4 86:24
103:13 106:8 111:14
112:17 128:23 130:6
142:22 143:9
**believe** 6:2 8:14 14:5
22:11 24:14 26:12
27:3 34:24 39:15
40:10 68:5,14 78:22
89:18 115:21 147:6
152:13 154:17 159:9
**below** 46:14 92:12
121:19
**bending** 46:7,9 90:23
96:16 146:11,11
160:14
**beneath** 93:14 131:13
**benefited** 84:24
**bent** 77:13 79:11
148:20
**bertram** 1:7 2:9 4:14
143:7 160:19 161:4,6
164:7
**best** 89:18
**better** 35:16 101:8
**between** 20:8 44:2
47:23 50:20 51:2,4,4
52:22 58:9 60:20,20
63:16 64:16 67:11,13
71:9,13 89:2 91:13
93:5 95:6,18 104:14
108:1,6,19 109:1
113:13
**beyond** 135:5
**Biennial** 26:15
**big** 5:5 14:13,20 37:24
44:23 79:20
**bigger** 116:10
**bilge** 114:18,20 115:16
143:25 144:8,16
**biologist** 107:20 110:13
**Biro** 161:18
**Biro's** 11:14,16
**bit** 118:10 130:5,7
133:15
**black** 140:1,5 146:15
**blade** 82:4
**blank** 56:21
**blistered** 56:7 57:21
**blistering** 57:13
**blown** 16:17
**Blue** 8:14 125:17
140:18
**Blue's** 11:4 16:18 85:23
**boat** 15:18 28:4 34:1

36:1 39:15 45:25
46:1 50:11 57:15
58:1 59:11 78:20
86:14 87:14,25 94:10
96:23 97:22 101:2,5,7
108:6,10,11 109:4,18
110:5,6 111:10
114:20 148:20 154:22
157:3,3,8 161:15
**boater** 116:14
**boats** 21:8 101:17
102:10,13
**bobbing** 139:12
**body** 64:21 65:16,21
66:3,12,25 67:4 72:6
72:11 77:7
**bolt** 36:25 42:13 44:4,7
44:14 45:4 47:10
48:1,5 50:5,24 51:3,5
51:5,7,8 52:6 54:4,11
54:21 56:8 59:17
61:5,22 62:1 67:18
112:17 117:18 121:1
127:4 134:25 135:1
145:6 148:17,24
149:3,8
**bolted** 35:18,23 36:24
38:20,24 44:6 46:20
47:6,13,16 49:9 54:4
65:2 67:9,9 108:1,16
**bolting** 36:3,20 50:13
52:13 54:5 110:24
**bolts** 37:3,5 45:18
48:14 54:15 55:6,7
61:18 73:21 111:24
112:1,5,17 124:7,12
124:13 148:15 149:20
**bond** 42:4 71:7,12
89:11,14 91:20 95:6
112:14,17 113:2,4,9
113:16
**bonded** 64:5 66:2
**bonding** 63:18 112:14
113:19
**bonds** 64:1 66:3,5 70:7
112:16,21,24
**Bonita** 4:21,22
**both** 84:4 90:19,23 93:2
93:3 96:15 97:13
118:23 124:3,5 137:9
138:4 148:16 159:4,5
**bottom** 44:14 47:22
48:3,5,12 49:7,7,14
51:5 53:2 57:14,16,17
58:10 63:14 64:5
67:9 72:4 74:10,16
76:20 84:8 86:14
87:15 89:10,15,20
90:24 93:24 94:10
96:21 108:1 110:11
118:3 119:16 124:13
129:6,7 130:1 132:22
133:12 137:24 142:18
142:20 145:4 146:15
147:18 152:6 156:11
156:12 159:22
**bouyant** 75:14 80:6

98:13
**bow** 47:2
**box** 63:21 72:14,15
90:16 143:3,13
**boxes** 5:5 6:3,3
**brackets** 117:16
**brass** 38:6
**break** 85:1 145:21
**breaking** 146:10
**bridged** 72:25
**briefed** 156:22
**bring** 14:16,20 33:5
47:2 70:5
**brittle** 128:12
**broke** 118:1
**brought** 27:18 58:2
**broward** 162:13,15
163:4
**brown** 105:1
**buckling** 46:15 56:10
58:13 131:7
**build** 35:5 101:24
**builder** 34:19
**builders** 60:13
**building** 101:3,6,7
102:10
**built** 37:8 38:17 39:16
40:23 41:6,8,23,23
42:16 71:16,18 97:1
**built-up** 35:23
**bulkhead** 41:25 53:22
63:17 72:6
**bunch** 60:25
**buoyancy** 45:3
**buoyant** 47:4
**buried** 16:3
**burned** 38:7
**butt** 113:5
**buy** 39:8
**B-O-N-I-T-A** 4:21

**C**

**C** 76:12,15 118:17,17
138:9 139:16 158:6,8
158:17 163:1,1
**cabinetry-type** 82:12
**calculate** 97:23 121:22
**calculated** 121:21
**calculation** 31:8
**calculations** 33:13 83:2
83:14 95:15 96:10
97:7 98:15,19 109:9
143:2
**call** 42:6 44:1 51:20
65:20 77:6 101:7
104:11 111:20 119:9
140:7 161:2,14
**called** 21:14 41:16
68:15 113:8 145:19
145:20 157:25
**calls** 44:1
**came** 107:1 127:19
**Cantieri** 34:19
**capacity** 101:13
**capsuled** 57:25
**care** 34:17 57:4
**carry** 66:6

**cars** 21:10
**case** 4:9 6:3,11,14
16:24 28:20 32:5,20
34:8 98:10 126:16
150:7,14
**cases** 6:6,10 23:23 25:3
39:3 101:14
**casing** 121:14
**catch** 132:12
**caught** 127:19
**caulk** 108:17
**cause** 2:16 4:4 44:21
130:9 131:7 133:22
158:18 164:16
**caused** 47:7 57:21 58:4
97:21 135:19
**cavity** 93:15
**Cay** 14:17
**CC** 163:24
**center** 48:4 51:6 52:3
64:23 75:15 77:25
78:3,7 79:5,6 119:25
121:13 123:3,10
126:5,5 131:17
134:15,16,16,21
137:8,9 138:4 151:16
152:3,18 153:6,9
155:18 158:25 159:1
159:5
**centers** 131:14
**central** 44:13
**Centre** 164:13
**centroid** 44:14 45:11
75:16,16
**certain** 18:10 21:16
60:21 68:17,18,19
71:2 101:13 118:14
128:14 144:18
**certainly** 106:10
129:20
**certificate** 163:19
**certify** 163:8,13
**chance** 121:14
**change** 7:11 30:6
**changed** 40:12
**changes** 40:16
**Check** 69:1
**chock** 153:13 161:1,6
**chocking** 157:1
**chocks** 154:16 155:8,20
157:8,11,19 158:14
158:16 159:24,25
160:5 161:5
**Chris** 15:4,4 85:13
**Chris's** 16:15
**CIGNA** 1:3 164:3
**circle** 79:20
**circled** 67:16 155:16
**circles** 120:7 128:13,25
129:6,6
**cite** 110:19
**civil** 20:7 23:19,19
**clarification** 25:1 52:20
136:21
**clarify** 131:16 154:18
154:19
**clarity** 60:15

**clear** 34:9 66:22 126:8
127:15 142:11
**clearly** 54:18 59:9
94:22,24 96:20
**Cleveland** 23:24 24:2,4
**close** 50:22,23 138:15
**closed** 22:3 140:1
**closely** 101:25
**closing** 74:11 142:18
**cloth** 112:24
**Co** 23:25
**Coast** 85:24
**coat** 92:1
**coating** 128:12
**code** 99:2 100:3,4
**coincide** 55:1 58:8
**coincides** 36:3 54:5
61:23
**coincidingly** 47:9
**collar** 99:10
**college** 18:19 19:3,15
19:23
**color** 147:21
**coloration** 110:15
**combination** 57:23
**combing** 139:18,22
**come** 13:13 27:16 34:6
42:15 55:23 89:3
94:20 114:15 116:11
117:17 124:13 129:10
130:2,24 133:6
134:12,15 135:2
145:14,15 147:24
157:2 164:17
**comes** 60:5 117:7
134:16 145:23
**comfortable** 150:22
**coming** 114:22 118:18
127:22 128:22 129:2
129:9,14 130:16
134:19 144:10
**comment** 93:10 143:8
**comments** 116:6
**commission** 162:18,18
163:24,25
**company** 1:2,3 4:10
21:2,14 101:11 164:2
164:3
**compared** 5:13
**compartment** 104:5,5,8
113:25 115:5,20
142:25 143:9,24
144:6,14 147:9
**complete** 76:11 95:8
116:2
**completed** 107:3
**complex** 99:1
**complied** 42:9
**comply** 42:22 60:9
100:2
**component** 135:18
**components** 107:4
**composed** 53:4
**composite** 19:11 20:13
21:3,24 57:6 65:1
85:16,17 112:24
128:6

composites 20:22 21:9 46:5
compress 125:2 129:18 129:19
compressed 121:14 131:22 132:2
compression 128:11 129:12,25 132:1 133:22
compressive 121:18
computerized 85:18
concentric 128:25 129:6
conclude 118:25 138:8 138:17
concluded 162:8
conclusion 119:8 124:22,24,25 138:13
conclusions 126:15
condition 110:9 114:14 131:3
conditions 47:1
confident 135:13,16
configuration 136:25 149:5 155:23 157:10
configurations 149:2
confirm 112:6
confused 107:10 118:19
confusing 131:15
Congratulations 142:7
conjunction 83:22 84:13
connected 63:23 68:8
connection 35:18 46:20 48:7 67:8,13,15,23 68:2,4 70:22 72:5 74:20,22 75:14 77:1 92:3,5 93:14 95:2,7 95:18 96:14 99:8,8,9 99:11 108:2 113:8 123:3 125:14 128:22 129:12 130:3 135:11 146:10 158:25 159:1
connections 36:24 38:20 67:10 130:23
connects 159:2
Connell 14:9
consequence 87:6 94:3
consider 96:8,23 97:10 97:11 164:19
consideration 98:12 136:1
considered 95:22 96:23 97:2,5,13
considering 99:16
console 144:10
constitute 163:11
construct 20:20 101:21
constructed 41:12,13 42:10 63:2 65:10,17 76:5 95:24 102:5
construction 21:2,7 38:5 45:15 50:4,19 63:24 65:24 75:21 96:1 112:23 125:11
consulting 21:22

102:23 103:3
contacted 27:1,4
contain 10:2,9 68:17 114:12
contained 8:12 9:5,13 9:20 10:17 11:3,12 12:3,21 13:8 14:4,15 17:21 27:19 29:25 32:22 33:13 34:10 49:23
contains 10:10 12:14 13:11 28:13 69:5
contention 97:16
contents 7:25
continuous 44:12 54:8 59:13 64:1 66:7 70:10 72:9
contract 101:20
contributed 76:11
control 102:6
conversation 94:18
copied 16:25
copies 5:15 10:20 30:12 30:17
coping 91:21
copy 6:5,8 30:18 49:24 57:4
CorBan 20:24 23:25 101:11
core 42:2 44:2,4,11,18 44:22 46:8,11 50:3,4 52:22 53:5,21 54:6,9 54:10,13 56:9 58:9,11 63:15 66:1 67:18 68:20 73:1 131:12,13 131:20,20 145:7
corporation 1:7,8,9 20:12 21:5,5 22:2 164:7,8,9
correct 25:11 29:11 34:14 35:6 37:10 39:1 44:8 52:15 60:11 67:1,20,25 82:19 83:19 95:21 97:8,9 101:3,4 103:23 104:1 105:5,19 123:10 143:1 144:22 148:18 153:10 155:9
correctly 15:12 90:15 90:17 91:2
correspond 50:24
correspondence 5:17 9:15
corresponding 153:16
corresponds 36:13
corrosion 26:14 111:21 118:10
counsel 163:14,16
counter 80:6
county 162:13,15 163:4
couple 51:14 59:2 77:17 89:7 115:1 125:19 148:10 151:7 154:3
coupling 99:22
couplings 99:20
course 46:6 50:16

160:17
court 1:1 24:2,4,8,8,15 164:1
cover 29:14 37:22 77:14,15,19,23 79:11 79:19,20 80:8 81:13 81:20 121:6,7 125:2 126:3,3 131:18 132:3 136:3,7,16 151:16,19 152:19 153:7,9 159:2
covers 77:12,19 80:4 117:20 133:3 137:8 137:10,22 138:18 139:6
crack 50:21,24 52:3,5 52:10,17,21 56:12 125:2 129:11 146:4
cracked 61:18,20 128:7
cracking 123:16 124:2 131:7
cradle 119:9,12,15,25 120:17,18 121:5 124:12,14 125:8 127:20 130:5,11,21 130:22,25 132:22 133:5,23 134:24 135:2,4,8 136:6,8,17 136:24 152:14
cradles 119:15,16 124:8,8 134:1 156:2
Cramer's 143:12
crazing 123:16
create 99:15 102:2 143:14
created 47:22 49:14 95:6
creates 47:3 134:2,23
crevice 111:21
crew 143:23 144:3,7,9
cripple 76:3
criticism 139:7
criticisms 91:9 139:5
critique 41:7
cross 160:8
cross-examination 3:5 3:6 100:25 148:12
cross-section 51:2
crux 61:11
cured 113:7
curing 113:1
current 7:8
cut 38:6,6 60:16,16,25 93:24 115:15 116:6,9 126:17 127:10
cutout 59:6
cylindrical 132:21
c/o 164:12

D

D 2:4
damage 117:20,21 130:9 151:10 154:5 158:18,20 159:12,18 159:21 160:1
damages 118:14
data 6:8 98:18 106:6,13 116:19,20
data's 100:9,10

date 7:8,9 27:10,12 105:11
dated 29:17 30:13 31:25 32:2,3 94:5
dates 29:2
dawned 127:17
day 105:9 162:15 163:21
deal 84:1 100:18
dealing 126:24
deals 67:22
decades 115:1
December 20:11
deceptive 66:19
deck 81:14,24 93:21 104:1,4 125:21 129:25 133:4 136:10 147:22 151:23,25 153:17 157:11 159:15
declare 163:18
deduce 94:22
defend 25:3
Defendants 1:10 164:10
definition 54:12
definitive 106:15
deflecting 77:7
degree 19:2,8,17 59:1 66:1 91:18
degrees 160:12,13
delamination 46:13
Delaware 1:7 164:7
deliberate 61:4
delivered 157:8
demarcation 54:2 58:6 59:10 61:22
demonstrated 106:7
department 20:13
depends 88:14
DEPONENT 162:9
deposition 1:19,25 2:13 2:25 5:4 6:7,15,18 7:15 9:6 11:4,14,16 11:22 12:4,6,15 18:8 22:23 25:6 36:6 62:6 64:3 77:16 113:24 115:3 151:17 161:20 161:23 162:8 164:16 164:18,18,20
depositions 5:15 17:20 18:3,4,5 65:15 106:24
depth 58:3 109:10
Describe 116:5
described 52:6
describes 66:12
descriptive 68:12
design 21:2,6,22 26:13 43:6,25 44:17 82:9 101:21 102:4 116:18 116:19,20

designation 23:9
designed 75:18 104:7
designing 46:4
designs 118:13
detach 31:12 84:8
detached 84:3 89:19 133:24
detail 21:25 90:10
detailed 36:24
detected 76:8
determination 141:15
determine 27:25 58:23 83:3 141:17 154:4
develop 32:21 55:22
device 160:7
devices 161:1
devise 20:20
devoted 21:17
diagram 64:18 65:12 154:3 157:17 158:1,5 158:8,17
diameter 38:23
diaphragming 74:15
diesel 87:2
differ 71:18
differed 72:22
difference 44:24 45:22 46:1 73:9 91:13 98:5 156:21
different 33:23 34:7 35:14 36:7 37:11 42:6 57:23 62:20 63:5,7 64:15 68:11 97:12 127:3 150:11
differentials 50:19
differently 38:17 40:23 41:9 141:12
digital 59:3
dimensions 99:13
dinghy 79:5 119:9,13 119:14 124:8,12,14 125:8 127:6,6,9,19,21 129:20,24 130:18 131:3 134:5,8,12,19 135:8 136:9,16,22,23 152:14 158:13,16 160:2
dinghy's 133:25 160:5
direct 3:4 4:6 120:6 145:1
direction 45:14 128:4,8 128:14,15 129:1,3
directional 70:11
directly 27:22 48:7
disagree 94:11
disagreeing 45:17
disassembled 38:20
discontinuity 71:13
discovery 2:15
discussed 17:21 67:14 76:25
discussion 7:1,4 24:24 28:21 32:14 55:17 88:23 98:24 103:6 122:9 135:7,12 140:16 146:13
Disney 21:5,5,10

101:20 102:1,11,16
displaced 94:9
disrupt 90:20
distance 47:8,9 48:1,4
 74:23
distorted 77:20
distortion 50:15 159:4
distribution 35:20
DISTRICT 1:1,1 164:1
 164:1
dive 28:6,10 97:7
 154:16 155:7
divided 89:1
document 7:8 12:1
 31:16,21 61:13 81:3
documents 30:1 36:7
dog-type 82:10
doing 36:8 97:7 115:18
dollar 101:20
done 7:19 15:19 28:15
 68:2,3 90:6,15,16
 91:2 94:14 100:2,16
 113:13 121:13 154:5
door 120:1 139:15,17
 139:22
doorway 123:4
doubt 90:11 108:11
down 17:18 32:11
 35:12 47:2,20 74:17
 75:24 78:7 80:24
 85:22 91:22 99:17,17
 119:17 120:18 121:2
 124:13 129:19,24
 130:15 131:4 132:10
 132:22 133:11 134:8
 136:17 138:3,5,19,24
 139:12 145:21 151:15
 155:17 159:16
downward 47:2 77:7
 95:3 96:13 97:15,17
 98:3 128:20
downwards 97:21
drafted 28:20 29:20
draw 156:14,19 157:18
drawing 40:5 54:13
 64:21 74:24 154:6,12
 155:18 160:6
drawings 10:21 34:20
 34:23 42:18,22 43:11
 44:1 54:8 69:5
drawn 64:18,19 66:11
 66:14,18 124:22
 126:15 154:3,20
 155:1,20 157:17
 160:9
drilled 149:2
drop 109:24
dropped 12:7 108:6,10
 108:11 109:4
dry 105:3 114:13
 115:20
Drydock 101:10
due 96:1
duly 4:3 163:10
duplicitous 150:7,8
during 21:13 61:11
 102:8 106:9 117:1

138:11 160:17
dynamic 20:20 46:25

E

E 163:1,1
each 7:22 23:7 68:14
 112:25 128:11
earlier 43:20 65:14
 67:7,14 117:24
early 105:15
earth's 121:19
easier 28:18 60:24
easily 76:1 88:18 92:13
 109:21
easy 62:18
Educationally 19:1
effect 57:13,21 97:25
effects 19:12 57:23
effort 97:23 157:18
eight 6:3 33:12 34:7,7
 34:10 57:16 60:7
 105:13
eighth 105:16
eighth-inch 117:15
EIT 20:6
either 6:7
Electric 23:24
elementary 45:1,7 46:6
 47:11
elevated 47:2
eliminate 84:12
embellish 148:3
emphasis 93:10
employed 20:12 101:24
employee 103:4 163:14
 163:15
employees 102:25
employment 4:17
empty 98:11
end 41:15,16 46:25
 50:12 53:17,19 54:14
 62:7,25 63:22 64:6
 68:16 94:25 95:2
Energy 164:13
enforcement 66:7
 68:19 69:21
engaged 81:22 133:18
engine 99:12 139:25
 140:2,6,10,13 158:10
engineer 4:19 20:5 22:9
 25:7 101:12
engineering 19:5,7,9,25
 20:7,24 21:15,16,19
 21:21,22 22:3,5,6
 23:15,20 40:5,6 45:14
 54:12 69:4 102:19,20
 102:24 103:3 118:12
engineers 46:6
engines 115:15 116:7
English 70:16
enlargement 15:5
 79:16
enough 6:1 93:19
 106:12 114:21 139:8
 142:14 147:25
entire 17:3 18:3,5
 57:17 63:12 131:23

149:20
entirely 26:10
entitled 164:16
entrance 107:24
envelope 10:16,18
 13:24,25 14:4
Epoxy 19:13
equal 149:13
equalize 123:25
equally 146:6
equals 118:16,17,17
 138:9,9,9
equipment 20:21 32:20
equipped 157:4
esq 2:2,4,7,9 151:3
 164:12
ESQUIRE 1:25 2:25
 164:20
essentially 6:12 22:2
 43:20 44:3 45:2 47:3
 50:3 54:3 56:5 65:16
 65:17 107:1 116:11
establish 102:6
establishes 68:10
etc 118:15
even 52:6 80:6 82:8
 85:25 89:16 94:24
 95:1,11,25
evenly 89:2
event 158:15
events 76:11 116:2
eventually 90:24
ever 79:7 121:21
every 5:21 18:8 144:8
everybody 16:25
everything's 144:19
evidence 2:15 33:20
 48:8 52:10 106:11
 112:4 115:23 116:25
 117:4,5,11 118:7
evidenced 46:13
evident 54:17 58:16
 73:12 79:13 88:10
 96:20 121:10
exact 51:1 53:13 59:5
 105:11 123:15 125:7
exactly 86:4 113:22
 128:1 156:18
exam 19:24
examination 3:4,7 4:6
 20:6,6 58:8 107:4
 145:2 151:5
examine 124:3,12,14
examined 140:12
 141:14
example 7:23
excerpts 18:3
excess 73:3
excessive 46:19
exclusive 103:13
Excuse 9:6 31:22 82:17
 118:5
exemplary-type 15:16
exerted 97:6 109:9,12
 109:18 127:16,21
 128:4,16,19,21
exerting 129:21

exhaust 10:4,12 15:15
 25:23 26:1,19,23
 27:21 28:6 31:24
 33:22 75:9 84:2,3,18
 85:10 86:10,13,15,23
 86:25 87:2,12,20,21
 87:22,25 88:1,8 89:21
 89:4,14,17 90:1,16
 91:1,4 92:11 93:5,14
 94:9,20 95:7,17 96:2
 96:19 98:13 99:6,12
 99:19 141:4
exhibits 3:8 10:20
 16:16,16 18:6,8,10
 38:18 41:6,10 62:5
 80:22 81:6 101:22
 157:13 161:20
exist 66:20 160:5
existed 93:13 98:6
 107:25 159:18
existing 137:8 159:12
exists 159:22
expanded 58:3
expansion 96:17 99:9
 99:11
expect 59:20 87:11
 117:18 144:11 158:19
 158:22 159:3 160:14
expeditiously 61:1
experience 19:14 101:2
 101:5
experiential 19:11
expert 4:13 13:5,6 14:7
 14:8 21:15 23:8,10,15
 23:20 25:8 28:13,15
 28:20 160:18
expertise 142:3
experts 5:16 6:2 16:25
 64:8 98:16 150:6,14
expires 162:18 163:25
explain 63:4 65:8 68:1
 70:15 81:5 99:23
 130:19
explained 72:19 121:18
explaining 92:8
explanation 61:12
 121:23
explicit 54:12
explicitly 26:9 41:1
 54:7,21
exposed 111:13
expounds 31:21
extended 99:19
extent 58:11 112:8
external 93:16
extreme 64:20
extremely 59:15
eye 158:2
eyes 141:15
eyewitness 106:6

F

F 163:1
fabricated 38:1,6 68:16
 72:6,10
fabrication 26:13 45:8
fabricator 44:3 65:15

face 64:24,25 65:21,25
 66:2,13,20 67:1,4
 73:1
faces 63:17
facility 101:17
facing 53:1 73:4
fact 23:8 60:23 87:11
 110:6 111:23 124:22
factors 86:10,17
factory 140:24 150:1
facts 86:12 94:23
 144:18 163:20
fail 146:4
failed 95:18,19 96:2
failure 21:23 25:8
 50:18 73:11,11 81:24
 95:9,9,10 103:19
 117:25,25 146:7,8
failures 103:8,11,20
fair 110:1 138:13
 142:14,15
fairing 113:12
fairly 88:6 102:4,9
 109:15
fairness 111:19
falling 145:5
far 20:18 21:4 52:23
 92:3 99:18 107:7,23
 119:21 122:2 129:15
 131:4,10 132:5,13
 133:6,16 147:23
 155:10 157:16
fast 34:17 126:14
 150:25
fasten 121:2
fastened 136:5,8
fastener 55:11
faster 7:19 36:19 61:1
fatigue 145:20,25
fax 29:14
federal 24:2,3,8,9,15
FedEx 10:16,18
feel 15:17 42:9,21
feet 45:1 60:6,7 74:23
 109:11 121:19 142:20
 145:5
fellowship 19:17
felt 110:15
ferretti 1:8,8 34:20
 40:5 52:10 82:9
 164:8,8
Ferretti's 31:1
fertig 2:2 15:4 85:13
few 61:18 119:10
fiber 71:9
fiberglass 21:8,23 25:9
 26:4,5,13 42:1,3 46:4
 52:25 63:17 70:21
 117:22 128:6 131:19
 131:21
figure 17:2,15 82:22
 120:25 151:14,17
 153:6 155:17,17,18
file 4:24 5:5,22,22 6:5
 6:22 7:19 9:15 14:15
 14:25 15:21 17:10,12
 17:13,16,22 33:4,6

62:21 84:19 85:8
  162:3,3
**filed** 2:17
**files** 30:1
**fill** 77:9,9
**filled** 19:13 86:24 98:7
**filler** 92:3,10,17
**filling** 87:13
**film** 55:20
**financially** 163:16
**find** 17:9 18:23 23:3
  24:1 26:17 28:24
  37:15 41:2 45:20
  48:10 62:18 71:15
  79:8 90:4 122:6
  144:12 152:16 161:15
**fine** 57:8 62:17 110:17
**finger** 117:21
**finished** 89:7 148:20
**finite** 107:25 108:13,18
  109:1
**firm** 21:22
**first** 4:3 7:23 16:7 22:8
  22:13 23:16 27:1
  28:16,19,23 29:7,8,13
  29:16 30:6 32:2,18
  34:18 43:9,17,19 46:6
  46:17 49:1,13 71:10
  76:18 80:22 82:4
  95:17 104:13 109:22
  109:24 115:17 120:15
  137:16,21,24 138:2
  138:12,16,20 139:1,8
  139:9 140:2 154:11
  154:12
**fit** 59:13 120:18 153:13
**fits** 132:16
**fitting** 152:20 153:8,12
  153:14,16 160:15
**fittings** 153:23
**five** 20:15 45:1 86:3
**five-eighths** 60:4
**fixture** 129:19 133:2,12
  133:12 151:23 152:11
  152:13,16 153:2
**fixtures** 136:13 154:15
  157:12
**flair** 91:21 97:16
**flairs** 15:15 75:9
**flapping** 73:14 74:19
  77:3
**flexibility** 10:11 99:1
  100:3
**flexing** 31:9 95:23,25
  96:25 97:15
**flexure** 55:2 95:1,1
  96:13
**flip** 159:15
**float** 144:15
**floated** 110:8
**floating** 138:5,19
**flooded** 76:8,19
**flooding** 76:11 77:12
  116:2 143:22 144:6
**floor** 109:13
**florida** 1:1,8,15 2:19,20
  4:20,23 19:6,10 20:4

20:24 22:14,15
  162:13,15,17 163:3,8
  163:24 164:1,8,21
**flow** 82:25 83:1 99:17
**fluids** 19:5,9
**flying** 86:5
**foam** 131:13 147:21,21
**focussed** 107:12
**focussing** 155:6
**folder** 7:20,22,24 8:1
  8:10,12,20,21 9:3,5
  9:11,19,20,25 10:1,8
  11:2,12,13,21 12:2,3
  12:12,13,18 13:7,8,17
  13:23 28:12,18,19
  30:11 33:7,9 62:23
  98:20 99:25 100:1,9
  100:11,13
**folders** 5:23 7:21 14:14
**follow** 34:20 35:4
**followed** 52:11
**following** 29:16 53:12
  53:13 138:20
**follows** 4:5 138:7 139:1
**footages** 17:7
**force** 47:3,8 80:6 97:15
  109:9,12,15,17
  123:18 127:16,21
  128:4,16,19 129:2,13
  129:16 130:2,3
  133:18 134:3 135:9
  135:17,17
**forced** 128:23
**forces** 46:19,22 94:24
  97:10,11,14,20,20
  98:3,6 109:18 118:15
  118:22,24 119:3
  121:18 123:22 128:8
  128:9
**foregoing** 163:9,10,19
**foremost** 122:24
**forest** 143:14,17
**form** 63:17 67:13
  105:21 106:10 111:15
  112:10,12 113:1
  135:2
**formal** 29:8
**formation** 63:20
  126:12
**formed** 5:17 21:14 44:5
  56:10 92:20
**former** 156:23
**formerly** 1:3 104:1
  164:3
**forming** 113:8 137:2
**forms** 66:20 67:10
  70:18 111:12 126:14
**Fort** 1:15 2:19 27:16
  110:10 164:21
**forth** 40:24 41:9 102:14
  104:4 111:13 137:6
  142:13
**Forty** 32:24
**forward** 41:25,25
  47:23 52:12 53:3,21
  58:15 59:14 62:25
  64:5,24,25 65:1,21,25

66:2,13 67:1,4 68:15
  68:16 70:8 71:22
  72:5,10,14 99:8
  103:22 119:19 120:3
  122:25 123:9 147:22
  147:10 154:21,24
  156:3
**Foundation** 19:17
  20:19
**four** 20:14,15 21:7
  29:15 60:6 75:24
  122:22 133:3 155:7
**four-by-maybe-six-f...**
  104:21
**Frabetti's** 12:14
**fracture** 50:17 52:23
  52:25 76:24 81:24
  87:7 89:14 95:6
  96:18 135:9 151:10
**fractured** 76:20 77:24
  90:23
**Frank** 9:7 64:9
**free** 81:23 134:11
**frequently** 114:21
**from** 5:16 9:8 13:25
  15:4 19:3,5,9,14,18
  19:19 21:16 29:14
  33:20 36:14,25 38:12
  40:23 46:3 47:9 48:1
  48:4 51:6 56:7 58:2,2
  58:7 62:5,20 63:13
  65:16 69:15 72:22
  73:19 74:9,19,23
  75:13,19 80:9 84:3
  91:6 99:7,12 102:18
  103:17 105:8,23,23
  106:19 107:24 109:19
  111:25 112:8 115:14
  116:7,11 118:18
  120:4 124:7 128:15
  128:21 129:2,9,15
  130:17,18 132:14,22
  134:6 136:18 139:11
  145:4 150:6 157:21
  158:9,10 160:10
**full** 6:3
**fully** 31:19
**functioning** 22:4
**functions** 21:1
**furnish** 27:20
**furnisher** 6:13
**further** 148:9,16 162:9
  163:13
**fusion** 71:1

**G**

**gap** 52:21 71:8
**gather** 86:7
**gave** 135:24
**gear** 114:2,7
**gelcoated** 135:9
**gelling** 113:1
**general** 18:17 36:1 45:7
  53:23 94:15 99:15
  141:11
**generally** 7:22 8:1
  18:23 23:18 24:1

31:18,19 37:4 41:3,5
  71:6,9 88:6 94:8
  144:21 146:2 154:14
  155:5 158:12
**generated** 160:20
**generically** 69:20
**Georges** 11:22 40:10
**gets** 47:12 114:15
**getting** 41:7 135:5
**give** 18:16 23:13 28:4
  32:25 68:2 90:8
  98:21 118:20 128:14
  136:1
**given** 8:14 22:23 96:25
  110:6 118:13 135:14
  137:5 140:10 161:21
  163:12
**gives** 131:24
**giving** 106:21 126:14
**glass** 113:6
**glazed** 88:16
**go** 5:21 7:18,19 18:12
  18:21 19:22 20:9,25
  24:21,25 31:18 35:8
  35:12 37:7 39:21
  51:17 57:1 59:20
  61:7 62:3,24 72:17
  84:21 86:5 88:22,25
  90:12 94:21 100:21
  100:23 114:21 119:17
  122:13 128:13 129:3
  148:7 150:23 155:12
  155:14 156:7,12
  157:7 158:5
**goal** 27:24
**goes** 56:12 87:15 117:8
  119:10 132:10,16,22
  134:13 140:5 144:15
  144:16
**going** 4:12,12 5:3,21,22
  5:23 7:6,6 10:16,18
  13:12,13 18:15 28:24
  29:4,12 31:18 33:8
  34:15 39:20 45:4
  51:5 62:3,5 64:19
  70:5 74:5 78:12
  80:18 82:24 84:11
  88:24,25 89:7,8 94:16
  95:12 100:19 110:12
  112:4 122:16 133:23
  135:18 143:25 150:1
  151:1 152:21 154:4
  154:10,12
**Golden** 14:17
**goldstein** 1:3,4 4:10
  12:5 115:11,15 143:8
  157:9 164:3,4
**Goldstein's** 12:4,6
  17:22 113:24 161:11
**gone** 14:13 30:2 39:13
  82:10 134:1 149:8
**good** 4:7 7:20 14:12
  35:13 36:8 45:18
  71:9 73:8 91:3 119:5
  139:8 143:23
**grab** 123:2 130:24
  133:12

**graduate** 19:15
**GRAMLING** 2:2
**grant** 20:20
**gravity** 75:15
**Great** 6:20
**greater** 47:4 58:3
  109:18 128:11
**Greek** 127:1
**green** 106:1,1
**grommet** 131:23
**ground** 15:21 91:23
**group** 20:13
**growing** 107:24 110:4
  110:6
**growth** 46:14 48:9
  49:23 54:25 104:14
  104:17,24 106:9,21
  107:12 108:23 110:2
  110:4,14
**Guard** 85:24
**guess** 6:6,10 12:6 21:13
  25:16 34:7,18 39:3,16
  41:17 43:5,15 47:14
  50:9 74:21 78:2,2
  85:11 98:14 129:15
  151:10

**H**

**half** 92:12
**halfway** 50:22
**Hamlin** 9:7 64:9
**Hamlin's** 111:9
**hand** 7:6 28:18 66:15
  98:21
**handed** 48:24
**hands-on** 33:21
**hang** 142:16
**happen** 139:3
**happened** 18:18 55:23
  127:18 128:2
**happens** 45:24 116:6
  145:24
**hard** 130:3
**hardly** 87:3
**hardware** 38:11
**hatch** 77:12,14,14,18
  77:19,23,25 78:3,7,8
  78:17,19 79:6,11,19
  79:19 80:4,8 81:10,13
  81:17,20 82:17 116:4
  116:24 117:1,8
  119:19,20,25 120:10
  120:25 121:6,7,14
  123:3,3,10 124:10
  125:2 126:3,5 128:20
  130:13 131:5,9,17,18
  132:3 133:3,16,17,21
  134:2,7,9,14,15,16,21
  137:8,9,10,22 138:16
  138:18 139:6,25
  140:2,6,6,10,13
  151:16,19 152:2,3,4
  152:18 153:7,9
  155:10 157:7 158:21
  159:1,2,6,7,8,12,13
**hatches** 78:4,8,25 79:2
  80:3 83:1 134:16,22

138:4,10 139:2 155:7
155:11 156:8,13
160:7
**having** 25:18 52:11
118:15 143:18
**head** 126:17 148:16,23
**heard** 160:22
**hearing** 103:17
**heavy** 110:18,21 111:2
**held** 55:11 121:2
131:10
**hell** 37:24
**help** 7:18 25:2 48:17
49:12,19 56:1 69:14
85:12 101:13 106:2
**hence** 25:6 138:17
**her** 161:11
**heretofore** 2:16
**he'll** 98:22
**high** 18:18 58:24 89:12
91:11,15
**highest** 47:12
**highly** 44:13 61:25
**high-water** 76:9
**him** 31:2 51:14 71:24
71:25 113:25 115:10
136:3 151:2 162:4
**hinge** 77:14,20,23
79:11,19,20 131:9
**hinges** 78:8 80:5,8,9
122:8 138:5,16,17,19
138:21 139:6
**hired** 25:2
**hit** 84:8 86:14 89:19
90:24 94:10 109:12
118:2
**hold** 13:12 25:18 64:12
66:9 78:5,5 90:19
133:5
**holding** 147:19
**hole** 39:3 48:1 50:5
121:10 122:21,24,24
122:25 123:1,1 124:1
124:5,6,10,23 126:8
131:14 149:3
**holes** 48:5 117:19 124:4
124:6,7,12,15,18,19
125:18,20,20 127:4
130:15 133:3 141:9
141:14,16,18,21
142:1,5
**HOLLAND** 2:6
**hollow** 131:20,20
**home** 148:7
**Honors** 20:19
**hooks** 127:19
**horizontally** 59:21
**hose** 88:12
**hotel** 12:8 17:23
**hour** 86:5
**hours** 32:19,23,24
33:13 34:2,3,4 151:2
**housing** 117:8
**huge** 96:13
**huh** 5:24 39:19
**hull** 41:12 42:4 47:5,10
47:23 49:15 53:14

57:18 63:1,19 64:16
64:20,22 65:2,9,17
67:5,10 69:8 74:17
103:11 107:14 108:7
109:2,3 113:13,14
154:22
**hundred** 149:24
**hydra** 126:22
**hydrostatic** 123:18,22
**hypothetically** 94:25
96:12

**I**

**idea** 45:18 138:25
161:7,8
**identical** 153:23 157:12
**identification** 7:13 8:9
8:18 9:2,10,17,24
10:7,14,24 11:10,18
11:25 12:11,17,24
13:16,21 14:11 16:9
29:19 31:14 49:17
57:10 61:16 65:6
78:15 79:25 81:2,8
122:19 152:25 154:9
**identified** 39:14 41:3
43:3 50:25
**identify** 36:9,17 105:2
**illogical** 61:2
**Illuminating** 23:25
**illustrated** 160:9
**illustration** 146:24
**illustrations** 149:12
**Imagineering** 102:1
**immediately** 88:10
105:25 116:9
**immovable** 109:13
**impact** 58:10 76:1
89:15 96:8 145:4
160:3,6
**impacted** 96:9
**important** 50:2
**improper** 96:1
**inc** 1:7,8 2:5,10 102:24
103:3 164:7,8
**inch** 60:4 74:18 82:6,6
92:12 93:13 95:1,4
**inches** 37:19,20,22
38:11,13 57:16 71:11
73:1,4 75:24,24
149:24
**inch-and-a-half** 38:23
74:18
**incident** 17:8 161:12
**inclined** 160:8
**including** 116:3
**incoming** 134:2
**increase** 71:12
**increased** 109:4
**increasing** 146:6
**indeed** 107:18
**indentations** 38:22
**index** 3:1 9:21
**indicate** 28:14 73:18
74:8
**indicated** 22:22 38:22
44:8 49:12 67:6,15,23

74:10,12 136:22
**indicating** 33:2 84:17
**indication** 111:3
126:14 128:15 143:23
143:24 144:7
**indicator** 112:10
**individual** 59:7
**individually** 1:4 164:4
**induced** 46:19
**industry** 101:3,6,8
**infer** 118:16
**inferred** 71:4 123:15
**inferring** 43:25
**influence** 97:18
**information** 14:6 25:16
29:22,22,25 30:5,8
86:6 98:22 135:23
**initial** 27:11 44:4 74:10
74:19 84:16,25 93:4
**initially** 16:20 65:22
79:1,2 92:16
**inner** 58:11 132:1
**input** 98:18 100:7
**inputted** 98:19
**inquiry** 39:5
**inserted** 153:13 157:11
**inside** 7:22 10:19 86:23
87:12,22 98:11
132:12
**insofar** 115:13
**inspect** 112:1 159:11
**inspected** 33:16
**inspections** 32:20
**installation** 26:19
**instance** 161:16
**instead** 98:9
**insurance** 1:2,3 4:10
164:2,3
**intact** 46:8 86:14 104:1
138:20,22
**integral** 63:3
**integrity** 64:11
**intended** 41:11,23
**intense** 102:4
**interaction** 75:15
**intercede** 56:25
**interested** 26:7 163:16
**interface** 46:21 47:6
140:25 145:6
**interior** 64:8 72:25
73:1
**interpretation** 134:6
**interrelated** 83:25
**interrupt** 136:15
**interstice** 128:12
**introduce** 122:12
**introduced** 33:20 59:8
122:5
**inverted** 147:5
**investigate** 20:21
**invoice** 161:4
**involve** 26:23
**involved** 21:4,6,9 102:9
116:17,20
**inward** 86:11
**issue** 41:4 139:10
**Italian** 1:9 164:9

item 30:9 31:21,22
34:12 40:25 64:23
83:21 118:14 146:14
161:3
**items** 162:6
**it'd** 129:10
**I.e** 149:19

**J**

**J** 1:3,4 164:3,4
**Jacksonville** 25:4,10
**Jersey** 4:20 22:17
**jig** 60:18,23,24
**jigs** 60:19
**job** 7:20 36:8 91:3
115:18 141:23
**johnson** 1:21 2:13 3:3
4:2,8,19 7:5 15:20
25:2 32:16 36:5 85:6
89:7 106:3 151:6
164:11
**Johnson's** 84:23
**joint** 99:9
**joints** 45:10 63:25
96:17
**judgment** 106:1
**Jules** 56:4 61:9 127:13
152:22
**July** 20:23 27:4,12
163:25
**jump** 83:24
**jumped** 107:7
**junction** 44:5
**juncture** 44:12 46:10
58:8 72:10 74:17
**junctures** 71:7
**Junior** 19:3
**Justin** 8:14 11:4 16:18
85:23 125:17 140:18

**K**

**keel** 63:12
**keep** 32:8 36:18 62:5
62:11,13,20 82:24
107:11 114:13 117:8
**keeping** 35:17 114:18
114:18
**Kevlar** 66:7 68:8,18
69:18,20
**kind** 23:17 39:8 83:25
106:19 109:18 111:12
154:14 155:5
**kinds** 151:8
**knew** 136:14,15
**KNIGHT** 2:6
**knots** 109:19 116:7
**know** 7:11 10:19 12:9
13:13 17:18 31:19
33:7 36:14 38:19
41:3,7 46:14 50:18
53:12 55:23 56:18
59:9,16,21 66:21
75:22,24 76:4 83:13
86:4 88:19,20 90:11
90:14,25 93:23 94:9
94:12 95:12 96:18
97:18 98:22 99:24

102:4 105:7 106:12
107:17 110:4,5 116:9
118:16,18 120:21,23
121:21 122:4,20
123:12 124:13 125:20
127:25 128:1 130:4
132:6,9,13 133:15
136:18 138:20,22
139:1,13,13 141:9,10
144:2 145:12 147:12
149:11 150:12 151:2
156:16 161:5
**knowledge** 125:8
**known** 1:3 164:3
**knows** 141:24 144:14

**L**

**L** 51:21 52:1,2
**LA** 164:14
**Laak** 115:5
**labeling** 7:10
**labels** 68:13
**lack** 45:13 101:8
**ladder** 92:13 93:15,25
155:10
**lamina** 40:17 42:3 70:9
112:25 147:24
**laminate** 41:15,18 43:6
46:3 64:5 132:1
**laminated** 42:1 63:16
89:11,17
**laminating** 113:3
**lamination** 39:24 40:7
40:13 41:14 42:11
64:6 68:10,25 69:6
71:5 73:3,22 89:13,24
90:1,15,18 91:16 97:1
**laminations** 64:11 66:2
**land** 110:9
**landlubbers** 140:7
**large** 2:19 14:17,22
16:16 35:19,22 36:24
37:12 49:24 54:3
60:14 61:3 63:17
76:5 85:18 97:25
102:9 104:21 146:15
162:17 163:8,24
**larger** 58:2 59:19
**largest** 23:24
**last** 6:9,12,19 22:24
24:13,14 48:20 84:15
85:5,6 141:5
**latch** 78:9 80:4 81:10
81:12,22,25 82:5,10
82:15 117:19,21
132:2
**latched** 117:1,5,6,8,12
117:18 118:25 134:8
134:11
**latches** 80:12 82:1
117:14 118:23
**latching** 78:3 80:2
**later** 20:6 25:9 31:19
36:10 118:3
**lateral** 98:1 135:19
146:9
**latter** 105:16

**Lauderdale** 1:15 2:20 27:17 110:11 164:21
**lawful** 2:14
**lay** 71:10 137:24
**layer** 69:18 126:12
**layers** 40:17 41:14 68:13 70:9 71:6 72:24 112:24,25 113:6
**lead** 30:5
**leakage** 143:6
**learn** 46:7
**least** 25:18 71:8 91:10 105:12 111:10 115:13 115:16 126:14
**leaving** 150:23
**led** 31:6 91:14 94:14 116:2
**left** 50:9,10 52:24 64:18 120:6 129:14 145:22 147:23 151:3
**length** 70:9 71:2,3 106:9
**lengthened** 157:6
**less** 71:8 73:6 93:13 135:16
**lessening** 98:12
**let** 5:9 6:21 10:19 16:2 18:13 28:17,18 29:6 31:15 32:13 39:4,5 45:21 51:9,14 56:14 70:4 74:2 78:12 80:21 83:23 84:11 85:12 110:25 116:23 119:6,10,10 123:2 126:23 127:23 128:24 131:16 132:6 136:14 137:4 141:11,11 147:11 152:10,15,21 154:18 158:5
**letter** 34:9,10 66:11 67:16,23 70:13 76:21
**let's** 18:12 20:9 24:21 24:25 28:17 34:15 35:8 62:24 82:24 104:11 137:16,18 149:25
**level** 145:22
**lever** 47:8 129:13
**levy** 139:7
**license** 19:25 22:12
**licensed** 20:4 22:8,16
**life** 44:20
**lifetime** 38:13
**lift** 131:2,5,10 133:17 152:4
**lifted** 144:15
**lifting** 116:3 133:21
**light** 114:20 118:10 143:25 144:10,15,16
**lightly** 91:23
**like** 5:17 15:15,18 33:2 35:12 38:24 46:14 52:20 55:10 60:9 67:19 68:14 71:16 82:11 86:15 87:5 91:6 97:14 98:9

104:25 105:14 107:7 108:23 116:12 118:9 118:10,16 128:12 132:12 136:24 138:2 147:20 151:10 156:15 156:19 161:16,25
**likelihood** 109:4
**likely** 51:1 93:3 109:6,6 109:7 118:1 123:22
**line** 18:16,16,21,21 44:4,7,14 45:3 46:11 46:21 47:10,13 48:1 50:24 51:7,8 52:6 53:14 54:1,1,4,5,6,9 54:11,20 56:8 57:15 58:1,6 59:9,17 60:19 61:21,22,23 62:1 66:19,20 73:11 74:11 74:12,13,20,20 95:6 107:8 108:1 111:5 140:2,5,7 145:3,6,8
**lines** 132:1 145:2
**lisa** 2:17 140:21 163:6 163:23 164:24
**list** 6:6 76:12 160:23
**listed** 76:15 79:12
**little** 31:7 64:18 66:19 71:20 72:20 88:18 105:1 117:7 118:10 128:13 130:5,7 133:15 141:19 155:18 159:5
**LLC** 2:8 164:12
**lo** 159:5
**load** 35:19 36:25 45:2 45:10 47:5,11,14 58:10,13 71:13 98:12 125:1,13 130:21
**loads** 46:7 76:5 146:1,7
**local** 71:1
**localized** 87:19
**locate** 45:10 59:16 61:4 153:2
**located** 20:24 44:3 87:20 148:2
**location** 75:21 126:4
**locations** 36:4,21 43:7 50:5 59:6 99:14 124:10 159:5
**lock** 82:12 117:9
**locked** 120:22,23 121:5
**locking** 132:12 140:11 140:12 160:7
**logical** 59:23
**long** 14:21 29:16 33:25 36:6 45:2 62:13 87:24 88:1,19 146:2 147:25
**longer** 88:15
**look** 7:7 28:3 31:2 35:17 55:10 56:1 84:22 85:19 87:8 89:23 90:21 91:2 100:11 120:5 124:16 128:5,7,8 129:8 139:2 146:24 147:11 154:25 157:16 159:16

**looked** 15:18 16:16 30:1 33:19 80:9 88:9 100:6 107:3 109:23 121:12,13 125:17 126:34 141:25 142:2
**looking** 7:3 18:21 23:17 26:17 27:10 28:12,16 36:2,18 43:7 44:7 45:8 51:18 54:23 57:2,13 58:12 82:21 85:7 96:18 103:24 104:3 105:24 111:19 115:11 122:15 128:3 129:11,25 134:6 140:17 141:20 147:2 147:8,9,17 151:15 155:11 158:11
**looks** 57:15 91:6 151:10
**loose** 53:1 73:19 74:8 77:20,24 78:23,25 94:21 96:21 127:19 134:19
**loss** 12:22 13:2
**lost** 36:10 62:4 162:1
**lot** 5:10,12 25:19 60:13 110:12 111:8 142:4 150:6,13
**lots** 5:6,8 25:15
**Louisiana** 24:17 25:6
**low** 45:11
**lower** 44:4 45:4 46:20 48:1,11 50:24 51:7,8 52:6 54:4 61:23 66:6 77:6 81:19 110:24 131:20,21 147:18 151:17
**lunch** 88:22 89:1
**luncheon** 89:5

**M**

**Mac** 9:15
**MACHALE** 2:9 164:12
**machine** 39:7
**Madame** 4:11 7:24 8:4 8:15,23 9:22 10:4,12 16:6,15 27:2,9,17,25 33:16 34:1 35:5 37:6 37:8 38:17 40:23 41:5,8 42:10,16 63:11 71:15,16 72:22 88:1 103:12 137:23 151:23 160:21
**made** 8:3 10:10 38:12 59:1,7 64:9 65:16 67:8 72:19 83:13,15 99:6 100:7 143:8 151:7 157:17
**magically** 145:24
**main** 42:4 44:6
**mainly** 101:15
**maintenance** 101:15
**major** 112:10,12
**majored** 18:19
**make** 7:19 39:5 43:2 44:24 46:2 55:13 71:1 73:9 79:9 95:13

96:22 97:12,23 113:11 136:20 141:15 142:11
**makes** 45:23 156:21
**makeup** 140:10
**making** 71:7 126:11
**man** 114:25
**manager** 20:23
**Managing** 26:14
**manifested** 119:1
**manila** 7:24 8:19 13:25
**manufactured** 21:8
**manufacturer** 35:4 39:11 59:12
**many** 16:13 22:25 32:19 33:15 149:10
**Marietta** 20:12
**marine** 38:4 46:14 48:9 49:23 54:25 101:12 104:14,17,24,24 108:23 110:2,4
**mark** 5:3,22,23 7:6,21 7:24 8:11,20 9:4 10:1 10:16,18 11:1,12,20 12:19 13:7,18 14:3 16:2 29:12 48:25 49:10 57:3,6,7 61:10 78:12 79:17 80:21,22 81:3 122:13,16 152:21,23 154:6,12 158:6
**marked** 7:13 8:9,18 9:2 9:10,12,17,19,24 10:7 10:14,24 11:10,18,25 12:2,11,13,17,24 13:16,21 14:11 16:9 18:22 28:13 29:13,19 30:6 31:14 33:12 40:9,14 49:17 56:15 56:19,19 57:10 61:13 61:16 62:12,21,22 64:23 65:6 67:6 72:21 78:15 79:10,25 80:21 81:2,8 83:22 94:5 95:16 122:19 152:25 154:9 155:16 157:5 161:19
**marking** 16:4
**marks** 40:12
**Martin** 20:12
**Master** 19:8
**Master's** 19:12
**mat** 68:17 72:24
**material** 21:3 42:2 44:5 46:11 54:9 60:17 63:16 68:20 70:23 91:22 145:7 146:3
**materials** 19:5,7,9,11 44:12 52:22 53:1,4,8 53:17,18,19 54:11 56:9 58:9,15 59:24 60:20 71:3 100:8
**matter** 6:24 80:23
**mat-type** 64:7
**may** 5:10 17:23 23:4,4 25:17 27:25 45:17 49:12 50:22 52:24

54:7 62:7 63:21 69:14 85:12 91:15 94:11 95:23 96:25 98:6,16 109:22 121:1 121:1 126:21 133:14 134:14 135:5,17,22 140:19 146:3 154:5
**maybe** 12:8 34:4 74:18 74:23 105:11 122:12 127:18 144:20
**mcleod** 2:2 3:4,7 4:7,8 7:5,14 8:10,19 9:3,11 9:18,25 10:8,15,25 11:11,19 12:1,12,18 12:25 13:17,22 14:12 15:6,20 16:10 24:23 25:12 28:9,23 29:4,6 29:20 30:20,24 31:15 32:16 38:16 39:12 40:14,22 45:22 49:18 51:17 56:16,18 57:3,7 58:14 61:8,17 64:12 64:14 65:7 66:17,24 69:2 70:4 72:18 75:8 78:16 85:5,21 86:1 88:21,24 89:6 100:15 122:17 128:1 130:8 130:11 150:21 151:6 153:1 154:10,25 156:5,14,19,24,25 161:9,14,24 162:5
**mean** 40:15 44:16,22 56:18 64:25 73:9 90:12 93:24 103:17 103:19 106:17 107:16 108:4,5,8,8,13 110:19 111:4,16,19,20,23 112:3 125:11,16 129:17 132:11,21 135:21 138:24 139:11 139:12 140:9 144:7,8 144:13,18
**meaning** 128:13 143:19
**means** 63:22 70:15 108:17 156:17
**meant** 68:24
**measure** 99:18,22
**meat** 7:15
**mechanical** 19:2 23:15 23:19
**mechanics** 45:7 50:17
**mechanism** 78:3,9 80:2 80:4 132:13 140:11 140:12
**mediation** 85:25
**meeting** 41:17
**mention** 25:20 26:11 102:17 116:1 160:23
**mentioned** 17:24 46:16 61:8 68:5 80:2 112:9 143:12
**MERRITT** 2:4
**met** 58:24
**metal** 101:17 117:7 119:16,17,18 120:9 120:16,17,22 125:20 132:19 133:11 151:21

152:5
**method** 156:23
**methods** 26:19
**metric** 39:10
**Meyer** 11:23 40:10
**michael** 2:2,4,7 4:8
  151:3
**mid** 45:12
**middle** 50:23
**might** 48:20 59:21
  83:14 85:25 110:15
  113:18 121:4 139:7
  159:25 160:14
**Mike** 23:14 98:21
  161:10
**mieur** 2:17 163:6,23
  164:24
**miller** 2:8,9 4:14 6:21
  6:24 9:15 13:25
  14:21 15:1,4,9,11,14
  24:21,25 27:4 28:22
  29:15,22 30:21,25
  31:11 55:18,22 66:18
  85:1,12,16,23 94:19
  106:2,15 115:7 118:4
  119:5 126:22 127:1
  127:10,13,25 130:16
  136:2,5,14 137:11
  140:17,20 141:22
  146:12 147:13,15
  148:1,6 150:25
  154:24 156:22 161:10
  161:22 162:2,7
  164:12,12
**millimeters** 37:18
  38:11 149:24
**mind** 51:15 91:2
**minimal** 96:16
**minimum** 38:23
**minute** 13:13 51:3,10
  147:7
**minutes** 86:3
**misled** 136:2
**missing** 79:7 134:5
  137:13 162:6
**mistaken** 68:21
**Mobile** 25:4,9
**model** 99:6,15
**modification** 15:18
  69:23 160:20
**modifications** 70:1
  143:7
**modified** 31:24 40:20
  69:17 141:4
**modulus** 97:24
**moisture** 57:25
**mold** 65:17,20
**molded** 46:11 63:2
**moment** 47:7,11 108:4
**month** 105:16
**months** 105:13 125:19
**moore** 2:7 3:5 29:2
  30:18,23 31:10 40:2,8
  40:18 68:23 69:1,4,8
  69:10,12,22 70:2
  71:19,24 72:12,17
  100:18,22 101:1

103:7 106:17 118:7
  118:23 119:6 122:6
  122:20 126:23 127:7
  127:23 128:3 132:5
  136:7 137:1,4 140:23
  142:4,9 146:14,18
  148:8 154:7 156:4,7
  156:11,16
**more** 13:23 14:7,8
  15:16 27:22 41:1
  42:3 61:1 71:20 75:2
  79:13 82:10,11 88:18
  90:10 105:1 113:20
  115:1 116:14 118:20
  130:5,7 133:16
  135:23
**morning** 4:7 30:21
  109:20 117:2
**most** 46:5 51:1 70:17
**motion** 134:15 146:9
**motor** 103:12
**move** 66:15 81:23
  94:25 95:3 97:17
  116:12 125:17 131:11
  134:20
**movement** 79:3 98:1
  131:22
**movements** 97:12
**moving** 36:19 47:20
  74:17,19 79:2 130:6
  133:22
**much** 25:5 47:14 83:3
  86:6 95:12 100:17
  101:2 142:6
**multi-million** 101:20
**must** 12:7 114:21 139:7
  148:6 162:2
**myself** 39:2 50:20
  51:19 55:13 116:15
**mythology** 127:1

---

**N**

**NACE** 26:14
**name** 4:8,16,18 83:8,8
**National** 19:17 20:19
**natural** 88:16
**nature** 77:24
**Nautilus** 21:6,7
**naval** 101:14 102:1
**Navali** 34:19
**near** 44:14 45:11 79:20
  91:21
**necessarily** 129:23
**necessary** 121:22
**need** 6:25 69:14 83:21
  99:23 135:22 162:5
**negatives** 161:23
**negligible** 97:18
**neither** 30:20 66:5
**never** 38:2 114:17
  135:4 161:21
**new** 4:20 22:16 24:7,8
  24:9 82:8 87:24
  164:14
**news** 17:7
**next** 8:10,19 9:3,11,18
  9:25 10:8,15,25 11:11

11:19 12:1,2,12,18
  13:7,17 16:4 47:21
  83:16 100:20 138:8
  155:17 158:5
**Nick** 11:16 161:18
**Nobody** 37:16
**None** 26:9
**non-continuous** 46:20
  61:25
**normal** 60:12 95:20
  96:2,24
**normally** 60:12 133:7
**north** 49:1 147:19
**Notary** 2:18 162:17
  163:7,24
**note** 11:8 86:2 93:13
**notes** 9:7 11:5,6,15
  12:15 13:9,12 40:15
  84:19 151:2 161:11
**nothing** 5:13 103:21
  118:9 146:2
**notice** 2:16 12:22 13:2
  116:14 140:1
**noticed** 48:19 109:22
  114:19
**noting** 107:22
**notion** 117:1
**November** 109:20
  117:3 164:19
**nuclear** 99:2
**number** 11:1 23:4
  34:12 36:9,18 40:17
  41:13,18 44:17 56:5
  56:12,15,21,22 65:8
  67:22 68:17,18 70:6
  73:16 74:4,7 75:8
  76:6 79:20 80:25
  83:16,21,24,25 84:1
  84:12,14 99:11 101:21
  104:13 122:14,16
  126:8 137:7 161:3
**numerically** 35:11
**nut** 148:23 149:1
  151:19

---

**O**

**oath** 4:4
**object** 50:10
**objects** 55:4
**observable** 148:21,25
**observation** 54:22
**observations** 64:10
**obtain** 22:19
**obtained** 20:14
**obvious** 33:8,9,10
**obviously** 133:1 136:19
  138:18 148:15
**occasion** 114:19 124:3
  143:11
**occur** 6:16 60:20 76:24
  116:16 134:4
**occurred** 50:16 52:17
  56:9 101:15 108:22
  118:2 123:17,23
  125:6
**occurring** 107:25 146:3
**ocean** 86:14 87:15

89:20 94:10 109:13
  109:19 115:14 145:4
**October** 1:16 10:11
  30:13 32:1,4 94:5
  163:21
**off** 6:23 7:1,4 24:21,24
  28:21 32:14 55:15,17
  78:18,19,21 88:13,23
  90:20 93:22 98:24
  103:6 115:20 122:9
  124:13 126:17 128:14
  130:18 138:10 139:3
  140:16,20 145:13,14
  145:15,23 146:13
**offer** 46:18 80:3 121:23
**offers** 106:3
**office** 14:1 16:15,19
  29:14 164:17
**officially** 27:8
**often** 38:4
**oh** 15:6,25 16:2 20:25
  69:14 74:23 80:16
  84:22 139:2
**oily** 87:3,5
**Olympia** 24:7
**once** 52:10 126:12
  134:12
**ones** 22:19 26:6 30:15
**one's** 119:19,20
**one-inch** 71:8
**one-piece** 63:2 64:2
**one-twelfth** 73:6
**only** 16:10 17:11,13
  18:3 61:10 64:6 74:3
  97:11,11 107:11
  124:16 136:12 142:8
**onto** 42:13 52:13
  116:12 129:25 157:7
**open** 47:22 49:14
  130:14 134:2,12
  155:12
**opening** 55:2 74:11,23
  77:3 139:16 142:18
  146:21
**operation** 95:20 96:3
  96:24
**operational** 115:19
**operator** 140:4
**opined** 142:6
**opinion** 34:19 35:3
  42:16 43:10 44:17
  46:17 49:13 62:4,24
  65:8 66:25 67:3,22,22
  70:5,6 72:23 73:16,22
  74:4,7 75:8,12 76:7
  76:18,21 77:11 79:12
  80:3 82:25 83:16,17
  83:24,25 84:1,7,12,14
  85:7 87:18 89:8
  90:25 93:12 94:8
  95:25 103:11 104:13
  105:21 106:21 117:12
  139:17
**opinions** 27:20,21 28:4
  32:21 34:7,8,9,10
  42:20 68:3 84:4
  103:8 106:4 135:22

137:2 150:7
**opportunity** 107:6
**opposed** 44:23 59:12
  146:8 149:15
**opposing** 146:6
**opposite** 93:16
**options** 65:19
**oral** 18:17
**orangish** 147:21
**order** 35:10 45:9,9 47:1
  76:16 160:19
**orient** 49:1 50:20
**orientation** 128:6
  147:16 154:18,19
**oriented** 55:13 82:14
**original** 140:18
**originally** 157:4,8
**Orleans** 164:14
**other** 5:16 14:5,13
  15:25 16:16,19 17:20
  17:22 21:7 28:6,9
  29:22 32:2,4 35:22
  37:21 38:10 42:8,15
  43:6 46:4 53:20,24
  54:19 59:7 64:8
  81:23 87:7 91:7,7
  93:2 94:23 102:25
  103:20,21 106:19,24
  106:25 107:6 111:8
  112:9,25 113:2
  114:14 115:11 117:11
  120:2 121:4,12 122:2
  123:23 128:9 129:2,5
  130:18 131:9,12
  132:11,14 135:1
  138:1 142:6 145:8,15
  145:21 146:9 150:6,6
  150:13,19 158:20
  159:16 160:9,16
**others** 33:20 64:10
  94:19 106:6
**other's** 120:10
**out** 5:2,19 12:8 13:13
  17:2,9,15 18:13,23
  23:3 24:1 26:17
  28:19,24 30:11 32:10
  35:9 37:16 38:6 41:2
  44:1 45:20 48:10,18
  55:23 71:12 75:23
  77:13 79:11 82:22
  87:16 93:25 98:9
  99:25 107:7 110:7
  111:11 112:5 114:18
  115:18 117:7 121:11
  133:2,6,19 135:10
  141:19 161:15
**outside** 10:18 51:23
  100:12 107:13,13
  147:23
**outward** 95:4 130:10
  130:12 158:17 160:12
**outwards** 130:8 160:11
**over** 15:22 16:20 27:16
  33:7 54:3 62:7 80:7
  98:20 107:1 113:7
  123:9 127:14 128:23
  130:16

overall 27:21 43:6
overlap 71:2
overlapped 112:25
overlay 93:16
own 34:20 35:4 10:11
  141:15 143:14
owned 4:11
owner 101:10

**P**

pad 146:20
padeyes 157:12 161:1
page 3:2,8 5:21 11:6,8
  29:13 50:23 64:23
  78:17 89:11 141:3
  152:17 158:3,6
pages 29:16 163:11
painted 87:4 88:14
pair 153:23
panel 143:25
paper 14:14
paperwork 115:12
paragraph 89:10
  139:16 141:4
parameters 100:7
parent 101:11
part 50:11 51:22 52:1,2
  53:3,16,21 55:6 72:14
  85:9 105:15,16
  112:10,12 119:16
  120:16,18 142:2
  154:11,11
partial 95:9
particular 6:11 23:2
  30:9 35:10 46:24
  68:14
particularly 38:8 43:7
  66:6 72:7 77:1 91:20
Particulate 19:13
parties 163:15
parts 33:16
party 141:20
pass 99:10
passage 99:9
patents 20:14,15 25:17
  26:22,23
path 44:6,14 61:5
pattern 54:21
patterns 42:13 67:18
peak 47:13
peel-type 146:7
peering 142:5
penalties 163:18
pending 23:23 25:3
penetrates 131:18
penetration 87:20 99:7
  123:25 152:20
penetrations 140:25
  150:2
Pennsylvania 4:20
  22:17
people 46:6 93:23
  101:24 102:1,6
  141:20 142:4,6
  150:13
per 41:17 73:2,4
percent 91:7 92:22

perfect 138:21
perform 161:6
performed 143:2
performing 32:20
perimeter 53:14 59:3
period 20:18 21:13,17
  22:21 88:15 101:9,18
  102:3,8,21 117:2
  125:7
periods 101:12 146:2
perjury 163:18
perpendicular 52:2
personally 104:23,24
  105:21
Peter 115:4
Petersburg 19:3
phenomenon 130:19
photo 49:22 56:22 81:9
  81:11,21 151:18
  152:18
photograph 14:24
  15:17 48:16 49:11,12
  51:21 55:6 56:11
  57:2,14 58:20 59:8
  61:9,12,13,21 63:10
  67:8,12 77:22,22
  78:13,16,17 79:10.13
  79:18 80:22 81:4,4
  82:23 111:5 122:21
  125:17 127:14 128:14
  129:7,8 130:1,1
  136:22 137:17 146:15
  151:12 152:6,17,22
  153:1,19 155:2
  156:25
photographs 8:13.24
  9:21 48:22 49:24
  54:24 59:4 77:17,18
  80:17 85:23 106:25
  107:6 111:9,9 117:24
  140:18 145:1 152:23
  160:25 161:17,18
photos 48:9 105:24
physical 118:14 119:1
  145:17,17
physically 46:12,15
  50:17 58:4,9,12 61:4
  87:8
physiologic 145:16
picked 106:18,19 112:8
picking 33:22
picture 9:21 14:17,19
  48:21,25 49:5,6,10,19
  50:15 81:15 82:21
  111:6 122:4,7 123:2
  126:9 139:1 140:15
  147:19 151:22 159:22
pictures 8:22 10:3
  16:17,18 33:20 38:21
  46:13 54:19 56:19
  57:12 77:16 104:18
  104:22,22 120:4
  122:10 123:13 126:2
  127:9 134:6 151:11
piece 41:13,23 44:23
  52:20 58:20,25 63:2
  65:11,13,18 133:17

pieces 33:23 41:13,20
  41:24 64:15 134:25
  135:2
pigmented 92:1
pile 62:6
pin 120:2 126:4 128:22
  128:23 129:12 130:3
  130:15,23 132:15
  133:17 158:24 159:1
pinned 133:16
pins 131:6 157:24
  158:1
pipe 31:12 87:20 92:11
  96:20 99:13,19
  146:20
pipes 88:8 100:4
piping 21:3,24,25 22:1
  25:17,18,20,23 26:1,4
  26:5,10,14,19,23,24
  27:21 28:6 99:2
pitched 130:6
place 46:10 59:24
  87:14 92:2 105:3
  160:15
placed 39:2 46:9 59:22
  125:13
placement 44:17 93:15
places 123:23
placing 93:10
plaintiff 2:14 4:9
Plaintiffs 1:5 2:3 164:5
Plaintiff's 3:9,9,10,10
  3:11,11,12,12,13,13
  3:14,14,15,15,16,16
  3:17,17,18,18,19,19
  3:20,20,21,21,22,22
  3:23,23,24,24,25 7:12
  8:8,17 9:1,9,16,23
  10:6,13,23 11:9,17,24
  12:10,16,23 13:15,20
  14:10 16:8 29:18
  31:13 49:16 57:9
  61:15 65:5 78:14
  79:24 81:1,7 122:18
  152:24 154:8
plan 39:16,24 60:16
plane 61:20 74:20
planes 45:10 108:19
plans 10:17,21 35:4,5
  37:9 39:15 41:4 42:6
  42:8,11,15,17 43:2,13
  43:15 52:11 60:10
  62:22
plants 99:3
Plastics 21:18 26:15
plate 35:23,23 38:12
  54:14 55:11 61:23
  63:12,23 65:24 70:20
  72:11 113:5 149:3,7,9
  149:19
plates 149:13,16,22
platform 27:23 28:7,10
  97:7 116:12,25 120:3
  124:4 153:24 154:16
  155:7
please 9:12 66:16 116:5
  154:18 164:17,18

plenty 59:25
plies 41:18 64:7 68:17
  68:18 70:23 71:10
  73:2
plowing 97:22
plug 65:16,19
plunged 142:20
ply 40:17 68:13
plywood 42:2 44:2,4,18
  44:22,23 45:19 46:21
  53:5,18,21 54:9 58:21
  58:24 59:12,17,25
  60:1,8,25 61:24,24,25
  65:1 67:18
PMB 4:22
pocket 97:2,13 93:25
  121:20
point 18:20 39:23 41:1
  60:21,22 62:3 65:23
  71:1 74:12 78:23
  90:23 94:21 99:7
  108:15 110:3 111:16
  115:14,17 118:3
  120:4 124:25 125:4
  125:10,12 126:11,17
  126:18 134:4 138:2
  138:21 147:1
pointed 61:9,11,17
points 39:21 73:18,20
  73:20 74:8
Polaroid 161:18
Polaroids 161:24
poles 120:9
poor 54:10 75:22
Poppa 68:15
popped 93:21
port 10:4,12 75:3 77:23
  78:4 81:10,12 89:23
  90:1,15,16,21 91:1,4
  91:4,14,18 93:3,8
  96:19 117:14 118:4,5
  118:6,8 122:23,23,24
  124:5,15 134:13,20
  152:19 153:24 158:10
  159:2,5,7,11,13
portion 51:23 53:7,10
  147:18,20 148:23
  151:21 152:5
port's 137:13
posing 31:6
posit 126:23
position 89:14 94:20
positive 111:24
possession 16:22
possibilities 122:22
possible 76:10 110:3
  116:1
possibly 133:22 158:19
posts 153:13
potential 16:16
power 99:2
Poydras 164:13
practice 54:10 60:12
  71:5,10 75:22
practicing 98:25
preceded 126:19
prefabricated 63:15,21

63:23 65:25
preparation 89:12
  90:22
prepared 92:15
presence 79:5 96:17
  107:21 108:22 110:2
  110:15 121:25 126:16
  131:24
present 21:14 37:13
  55:1 64:7,8 73:7 76:9
  91:17 92:17 95:3
  110:23 111:17 117:9
  123:16,17 124:2
  128:10 145:7
Presently 102:21
president 103:4
pressure 46:9 129:21
pressures 97:6
presumably 149:15
pretty 33:9 36:8 45:1
  47:11 89:1
prevent 107:24
prevented 93:15
previously 67:14
pri 27:22
primarily 10:3,20
  13:10 16:17 21:4,24
  27:21 94:13 101:16
primary 28:11 45:3
  69:8 92:21 103:11,13
  107:14 108:7 109:2,3
  112:16,21,24 113:1
  113:14,20 116:19
  145:2,3
principal 21:17 62:1
principle 118:12
  145:16
prior 8:15 52:17 63:11
  91:24 113:1 120:4
  143:6
priority 76:16
probable 83:6
probably 22:20 23:5
  24:8,19 32:23 33:10
  34:2 35:1 38:22,24
  39:20 45:14 51:2,5
  54:19 60:6 74:3
  81:24 82:5 86:5 87:6
  92:12,22 101:19
  102:3 105:13 109:3
  117:15 142:5
problem 44:21 55:19
  114:17
process 63:24 133:9
professional 2:17 4:19
  19:14 20:5 105:21
  163:6
profile 35:2
progressed 18:20
progressing 113:3
project 9:15 27:7
projects 21:16 102:23
proof 111:24
proper 26:19 97:1
properly 82:13 95:24
properties 118:14
  119:2

protruded 75:23
protrusion 126:1
provide 75:19 113:18
provided 15:5 18:2,7
  18:11 29:21
provider 22:1
provides 21:15
providing 31:23 48:21
Public 2:18 162:17
  163:7,24
publications 25:19,21
  25:22,25
pull 5:2,19 28:19 30:10
  35:9 48:18 129:1,16
  133:2,13,18,19
  135:10 145:13,14,22
  145:22
pulled 99:25 105:8
  110:6 111:11 112:5
  117:20 121:11,11
  122:3 127:20 135:8
pulling 129:9 146:8,10
pump 114:18 115:16
  143:25 144:8,16
pumped 114:18
pumping 115:18
  144:16
purpose 25:1 46:5
  152:11
purposes 2:14 156:20
pursuant 2:16
pushing 129:13
put 5:19 15:21 17:18
  32:11 39:6 41:11
  45:18 49:2,2 62:19
  75:22 80:23,24 87:24
  88:12 110:9 114:7
  119:14 129:13 133:4
  137:18 141:9,16,17
  142:9 146:22,23
putting 114:2 119:13
  129:16,24
putty 92:4,10,17,23
  93:1,4
puzzled 127:14
P-A-R-T-I-C-U-L-A-...
  19:13
P.A 2:2,4,6
p.m 162:8

Q
qualified 23:15
quality 89:12 91:11,15
  102:6
quantification 88:3
quantified 31:5 47:18
quantify 31:3 59:5
quantity 70:9
quarter 95:1,3
quarter-of-an-inch
  96:12
question 31:7,9 85:6
  86:8,22 103:10
  116:23 119:11 120:15
  123:12 127:24 128:24
  141:7,13 145:2
  147:13,15,16 150:4

155:25 156:20 158:15
  160:17
questions 4:13 18:24
  51:15 89:8 100:16,20
  101:14 139:23 148:9
  148:11 150:20 151:8
  154:4
quick 18:13 88:7
Quincy 6:14
Quite 38:4
quote 140:24 143:9

R
R 163:1
radiate 129:10
rail 21:10
railroad 21:10 156:7
rain 143:14,17
raise 58:4 134:21
raised 16:7,15 58:7
  73:13 77:4 78:23
  94:19 105:9 106:8
  134:17 142:22
raising 74:10 84:17
  134:22 137:18
rapidly 116:7
Rate 19:12
Rather 18:15
re 32:17 94:20
react 45:9,9,25 46:1
reacted 130:14
reaction 46:19,22 47:4
  58:13 75:14 89:15
  160:13
reactions 75:13 80:7
read 17:20 18:9 65:14
  70:6 74:5 83:21
  106:20,23 113:23
  115:4 150:5 163:19
reading 36:15
ready 164:16
real 18:12 44:20 46:1
reality 115:13
really 28:15 44:24,25
  52:21 61:5 87:11
  94:3 105:21 106:21
  107:11,17 108:3
  110:3 112:10 123:13
  123:20 126:24 132:8
  135:6 143:7 146:7
reason 59:23 160:24
rebed 161:4
recall 105:10,11 115:6
  115:9,10,10 120:4
  122:15 124:9 143:16
  143:20 160:22
receive 124:7 149:3
  152:13
receiver 81:10 93:15
  131:17,23 151:15,20
receivers 117:15
  124:17
receiving 30:22,25
recent 24:18
receptacles 155:8
  159:16,23
recess 32:15 64:13 85:4

89:5 140:22
recession 92:13 93:25
  122:2
recognize 106:11
recollection 38:19 79:4
  132:14
recollection's 25:14
record 4:16 6:23,25 7:1
  7:4 24:21,24,25 28:21
  32:14 55:15,17,18
  66:22 88:23 98:24
  103:6 115:24 122:9
  139:14 140:16,20
  146:13 163:11
records 33:1
recovered 125:9 159:8
recreate 98:18,19
red 143:25 144:9,14,15
redirect 3:7 151:5,7
Reef 109:19 115:14
refer 62:7 80:21 111:1
reference 115:10 124:1
referenced 67:7,10
  117:24
referencing 114:11
referred 53:18 57:12
  62:10
referring 34:23 36:7
  56:21 62:13 74:24
  110:22 111:1 112:20
  113:12 124:6 139:17
  139:20 143:8 144:25
reflect 36:23 39:24
  49:25 50:18,19 157:6
reflected 36:4 38:8,9
  43:19 51:21 54:7
  59:8 61:21 63:10
  64:3 72:8 123:4
  132:15 133:14
reflecting 78:11
reflects 35:18,22 36:20
  40:6 45:2 49:22 50:3
  81:9,11 153:7
refresh 120:13
refreshed 25:14
regard 27:20 31:23
  43:25 47:25 75:13
  77:6 119:24 127:4
  146:5
regarding 103:8 115:5
  116:6 137:5 140:24
Reggie's 162:3
registered 2:17 4:19
  20:5 163:6
reinforced 21:24 41:17
reinforcement 34:22
  42:2,19,20 43:14
  44:11,18,23 64:7 70:9
  70:10,11 72:9,25 73:2
  131:19
relate 110:13
related 23:20 25:3 26:9
  27:22 34:7 130:5
  146:11,11
relates 103:18
relating 31:8 161:12
relation 159:25

relative 28:5 128:12
  163:13,15
reliance 75:23
rely 46:8 106:5
remained 86:13
remains 8:3 27:9
  103:25
remember 15:12 24:10
  24:11,12 25:1 31:4
  36:6,8,17 62:22
  113:25 114:4
remove 91:23 161:4
removed 51:2 56:6
  63:12 88:17 111:25
  114:23
repair 101:10,16
repeatedly 161:10
replicated 158:20
report 6:13 7:16 9:7,8
  13:10,12,14,19 18:25
  28:14,15,20,24 29:7,7
  29:8,12,15,17,21,23
  30:5,6,9,11,13 31:1
  31:22 32:2,3,18,22
  33:12,13 34:11,16
  40:25 41:8 42:24
  46:17 47:20 48:19,20
  48:22 80:3 83:22
  84:13 94:4,7,13,14,15
  94:16 95:15 104:10
  133:15 135:7 137:3
  142:10,17 143:5,21
Reporter 2:18 163:7,23
reports 5:17 12:22 13:2
  13:5,6,9 14:5,7,8,8
  29:3 32:4 100:2
  106:19,24 112:9
  150:6
represent 64:19 159:21
represented 70:12
  104:18
representing 155:20
requirements 41:9
  100:3
rescue 85:24
residue 87:5 104:25
resin 20:22
resist 46:8 82:2 134:14
resistance 145:20 146:6
resistant 80:5
respect 25:8,19 26:22
  32:18 33:11 34:18
  76:6 103:7,19 115:17
  116:24 119:8 120:16
  122:21 132:9,9 137:7
  140:23
response 98:15,16
rested 79:6 119:13
result 50:16 52:24
  123:18,21 138:11
  160:20
resulting 145:3
results 31:23 102:7
resume 6:6 7:6 18:12
  18:15,17,22 101:2
  102:17,18
retain 89:13

retained 29:9 106:25
retainer 27:11
retention 4:13 27:24
  160:18
retrieved 79:7
reversals 146:1
review 8:3 27:8,17 30:4
  42:18,23 43:16 74:9
  107:6 143:11
reviewed 16:11,13,14
  42:15 136:21
reviewing 32:19 54:22
  101:1 137:23 143:16
re-mark 56:22
rib 42:20
richard 1:7 4:14 164:7
rid 83:24
rides 102:14
right-hand 158:6
rigid 82:8
rings 128:11
ripped 138:10 139:2
riser 99:12
Road 4:22
Rob 98:17,17,22
Robert 13:19 14:8 64:9
rods 119:16,17 157:24
roll 55:19
room 12:8 74:3 93:19
  140:1,2,6,10,13 151:4
rope 140:7
rotate 135:19
rotated 78:1 160:10
rotates 159:3
rotation 46:12
rotational 131:22
row 48:12 149:20
rubber 99:8,10,19
  146:19
ruler 53:6
run 88:9
running 114:20
runs 4:22 53:6 57:17
rupture 87:14
russ 25:2 31:1,7 85:14
  127:13 156:22 164:11
Russcor 21:15 22:5,6
  102:19,24 103:3
russell 1:21 2:13 3:3
  4:2,18
Russ's 55:20
rust 110:18,19,21 111:2
  111:12,20 121:25
  124:23 125:22,24
  126:8,12,14,16,18
  127:4,5,6
R.P.R 164:24

S
S 127:19
sailor 114:25
SAITH 162:9
saltwater 111:14
same 30:15,17 31:6
  69:16,22 85:13 86:25
  87:13 91:17 102:20
  118:13,15,24,25

119:1 123:8 126:7
148:4 149:23 150:14
151:20 153:7 157:12
158:3,8,20 159:12,18
159:20,21 161:16
164:17
**San** 26:15
**sandwich** 63:16
**sand-filled** 20:21
**sank** 27:25 109:10
**Sargent** 83:8,9
**Sargent's** 109:8
**save** 18:16
**saw** 16:22 30:21 43:1
74:1,6 104:18 105:4
105:16,20 106:18,24
107:12,16 110:14
115:12 138:4,8 144:9
151:2
**saying** 37:7 42:5 43:17
52:9 58:14 62:19
65:9 86:12 89:16
92:25 93:17 95:14
108:21 110:14 114:3
130:22 133:25 149:17
155:3 158:9
**says** 46:18 47:21 48:20
49:14 64:23 70:7
76:7 86:3,9 89:11
93:13 161:4
**schedule** 40:7,13 41:19
68:10,25 69:6 73:3
97:2
**schematically** 36:21
**Schofield** 31:5 64:9
71:4 98:17,18,22
**Schofield's** 13:19
**school** 18:18
**Schubert** 61:10 152:22
**Schubert's** 56:4,15
**science** 19:2,4,8,17
20:19 145:12,17,17
**scoop** 77:8,9
**scrap** 45:19 53:4,7,17
53:18 58:15,21,24
59:12 60:25
**scraps** 42:2 44:4
**screen** 85:19
**screw** 120:24 131:1
135:11
**screwed** 121:2
**screws** 55:10 82:7
**scuba** 114:2,7
**scuppers** 82:25 139:15
**seal** 92:20,21 93:4,18
**sealed** 92:3,10 93:22
107:23 108:17 150:3
**sealing** 93:1,4 123:24
**seam** 50:4 54:5,6,14
56:13 59:17 61:4
**seamed** 44:5
**seams** 46:11 60:16
**seas** 97:23 130:16
**seawater** 83:1 143:6
**second** 23:16 24:6,22
43:24 46:16 51:5
55:16 62:24 64:12

66:9 70:5 77:11
78:24 81:4 86:8
90:13 94:4,14 95:15
110:8,9,10,11 137:17
137:18,19 138:11,11
146:12 156:11,12
**secondary** 42:4 47:10
63:18 64:1 66:3,5
70:7 71:7 99:13
112:13,14,16 113:4,8
113:16,19 116:12
121:1
**secondly** 106:7
**seconds** 86:3
**section** 14:23 15:7
34:21 43:12 44:25
47:5,23 48:11,11 49:8
50:13 52:12 53:3
54:23 56:6 58:16
59:14 61:24,24 63:3,9
63:12,13,15,18,19,24
63:25 64:2 65:18,21
65:24 66:7 70:8,20,21
71:22 72:8,11 73:14
75:16,17,23 77:6 95:7
96:13 97:24 99:16
105:1 120:2,3 123:24
147:21 151:19
**sections** 8:23 27:18
44:2 45:19 47:23
66:1,8 67:11 68:11
71:13 92:15 99:18
105:25 113:5
**secure** 34:20 43:11
**secured** 78:3 82:7
90:19 119:14 125:12
134:13 136:9,23
**securing** 42:13 92:21
131:1 135:10 156:23
161:1
**see** 5:9 17:3 25:15
28:14 31:2,8 34:16
43:17 51:9 52:3,21
53:6,17 54:15,25 55:5
56:7 58:20 73:9 74:10
74:14,15 79:1,4 83:23
84:20 85:9,14 87:18
87:21 88:10 89:10
93:6 97:14 101:2
103:25 104:17,23,24
106:1 116:25 117:4
117:11,18,20,21
119:10 120:8,9 122:6
125:9,20 127:14
138:18 139:11 147:20
149:25 151:22 155:3
157:19 158:9 159:12
159:17
**seeing** 38:20 107:8,8
142:21 152:5 160:22
**seem** 115:1 133:10
**seemed** 115:17
**seems** 37:16 60:23
87:15 102:18 112:3
125:16 129:18 145:23
**seen** 17:1,14 30:19 38:2
55:14 74:4 88:8

105:10 109:8 121:14
135:4 157:1 160:19
160:21
**segment** 64:4
**segments** 16:14
**semi-retired** 102:22
**sent** 31:1 115:8 162:3
**sentence** 43:18,19,24
46:18 47:21,21 48:20
49:13 70:6,12 84:16
86:9 93:12 141:5
**separate** 7:21 11:8 76:2
**separated** 81:25 105:25
**separation** 16:19 46:12
73:11 107:9 145:7
**September** 7:10 13:10
14:2 20:11 29:1,7,17
29:23 31:22 32:3
34:9
**served** 6:12 101:13
**serves** 113:15
**service** 90:20
**SERVICES** 1:25 2:25
164:20
**set** 40:24 41:9 130:23
160:4
**seven** 30:9 31:22 34:12
120:7
**seventh** 89:8
**several** 17:6 75:24
76:10 116:1 140:24
**shape** 57:18
**shatter** 76:1
**shear** 46:9 71:2 73:10
73:11 96:15
**sheaths** 119:18
**sheet** 11:15 29:14 54:8
59:13 60:9
**sheets** 59:20,20,22 60:5
60:14
**Ship** 21:8 101:10
**shipyard** 101:14,15,16
**Short** 85:1
**Shorthand** 163:23
**shot** 100:22
**shoved** 88:12
**show** 31:15 35:11 50:1
50:15 54:21 80:12
85:13 87:4 94:17,22
94:23 95:16 110:25
125:23 126:2 152:10
152:15,21 154:2,14
158:12
**showed** 85:14 149:13
**showing** 15:12,14 81:6
94:6 96:5 151:19
153:10 157:3
**shown** 38:9,17 48:9
67:12 151:21 152:5
152:16 153:3,19
155:23 157:13,25
158:2,17,18 159:21
160:1,4
**shows** 14:19 15:9 56:5
56:12 58:6 59:9
77:25 78:17 79:11
117:25 122:8 125:18

126:8
**sic** 64:4
**side** 15:11,13 31:24
51:6 72:7,13 75:3,3,4
75:6 78:5 81:19
90:11,15,21 91:10,14
91:14,17,18,20 92:3
92:11,14,18 93:3,8,16
96:19 97:20 113:13
117:14 118:4,5,6,8,8
120:6 122:23,25
124:5,6,15,15 128:23
129:7,12,16 130:17
130:18 131:4,10
134:7,13,20,25 135:1
147:4,8 148:16,16
153:24 157:21 158:7
158:9,10
**sides** 86:11 90:19
113:16 148:16
**sideways** 130:6,6
**sign** 164:17
**signals** 144:8
**signature** 162:11
164:16,19
**signed** 163:21 164:18
**significance** 92:2
107:22 110:16 147:17
**significant** 80:6 82:3
98:1 109:15
**signing** 164:17
**signs** 104:25
**sikes** 2:4,4 3:6 6:23
15:7,10 28:8 37:14,20
37:24 38:2,13,15 39:5
45:21 51:9,12,14,18
51:25 52:5,9,16 53:2
53:10,16,25 54:15
55:4,9,12,21,24 56:14
56:17,24 57:5,11,20
58:19,23 59:11,25
60:5,8,18,22 61:7,12
63:6 66:15,23 68:7
71:22 74:24 75:2,5
100:19,21,24 118:21
122:8 126:20 127:5,8
127:12 136:4 140:15
140:19 141:25 142:2
142:7 147:25 148:3,5
148:10,13 150:19,23
151:1,3
**similar** 64:10 87:25
159:4
**simple** 35:17 94:22
**simplicity** 70:17
**simplistic** 70:18 99:6
**simply** 35:15 41:11
63:21 104:3 119:14
119:17 126:11 129:19
138:22
**simultaneous** 19:16
**since** 18:18 76:8 126:24
138:17 149:25 150:5
**sinking** 8:15 27:2 52:17
78:24 84:4 89:15
110:8,9,10,11 111:17
125:19 126:13,13,19

137:18,19,24 138:12
138:12,20 139:2,8,9
**sir** 40:16
**sit** 119:15 157:18 158:2
158:13
**sits** 92:12 130:23
155:21
**sitting** 121:19 131:4,12
132:2 160:5
**situations** 104:11
**six** 6:3 57:16 120:6
**six-foot** 104:22
**size** 37:14 63:22 149:13
149:23
**sketches** 7:24 8:2 59:2
**slated** 6:13
**sleeve** 99:8 120:22
146:20
**sleeves** 120:19
**slip** 133:5
**slope** 99:16
**slot** 117:16 132:10,12
**slots** 119:19
**small** 35:20 92:24
**smaller** 87:6 102:22
**snake** 126:21
**snake's** 126:17
**sole** 103:4
**solid** 53:20 58:25
**some** 4:13 5:15,16 6:2
9:7,14 10:10,17 11:6
11:14 12:15 13:9
14:5 16:25 17:1 18:5
18:16 21:9 25:17
26:2 27:20 28:14
30:8 34:25 36:13
39:3 46:13 48:8,9
50:16 53:20 55:1,2,2
55:11 58:11 59:1,3,3
59:6 65:23 66:1,1
77:18 78:23 79:3
84:12 87:18 91:9,19
94:21,22 97:16,17
98:7 99:13 101:14
104:14,25 105:3
106:19 107:25 108:15
108:17,18 110:16,24
112:8,9 113:18
114:22 118:12,20
121:9,25 124:22,25
125:12 126:14,18
127:16 128:15 133:22
134:13,14 135:23
136:1,1 143:15
145:16 146:8 150:10
150:10,22 151:10
159:25 160:14,14,23
**somebody** 126:18
138:15
**somehow** 133:9,12
149:7
**someone** 69:15
**someplace** 12:8
**something** 6:21 26:20
55:24 64:19 85:8
88:11 105:14 106:18
107:22 108:23 121:2

121:5 132:12 139:20
  142:10,12,21 145:13
something's 144:20
Sometime 65:23
somewhat 150:7
somewhere 39:8 42:25
  43:1 84:19 86:2
  160:19
sore 107:7
sorry 16:3 80:15
  100:19 148:4 158:25
sort 111:20,23 112:4,8
  120:13 126:16 132:6
  134:3 145:16 147:22
source 106:1 114:22
south 19:6,10 49:1
Southeast 164:21
SOUTHERN 1:1 164:1
southmost 147:20
Soybean 6:14
space 47:22 49:14 55:3
  69:20 93:11,13
  107:25 108:5,13,19
  109:1,1
speak 104:10 139:15
speaking 19:1 70:12
  73:24 77:5 79:19
  80:13 146:5,17 153:3
specializing 19:6
specialty 19:10
specific 52:11 71:21
  160:25
specifically 41:8 136:24
  143:12
specifications 40:23
  52:12 60:10
specifics 23:13 115:6
specifies 37:17
speculate 125:7
speed 116:7,9 141:22
spell 69:19
spend 33:25 84:12
spent 32:19 33:12 34:2
splayed 130:8,10,11
  158:17 160:11,12
splaying 159:24
splice 60:20
splices 45:10
split 54:6,10 58:8
spoil 53:3
spoiler's 45:1 86:24
spoke 63:7 65:15
  148:14
spoken 83:7
Springs 4:23
St 19:3
stabilizer 46:23
stack 14:13
stagger 71:6,12
stain 87:5 88:13 111:3
  121:25 124:24
stained 88:2
staining 87:10,16,19,21
  88:10,11
stainless 127:8
stains 86:10,15,23,25
  87:12,22 110:18,20

110:21 111:2 127:4
stand 128:18
standard 38:7,24,24
  39:10 71:5
starboard 10:4 31:12
  31:24 51:6,22 66:6
  72:7,13 75:3,4,5 77:2
  78:4 84:2,17 85:10
  89:17 91:10,14,17,20
  92:5,11 93:3 95:7,17
  96:19 116:4,24 117:1
  117:13 118:8 122:25
  123:1 124:6,15 134:7
  134:9 137:9,10 138:4
  147:8 159:10
starboardmost 92:14
  92:18
stare 15:22
start 18:24 33:8 71:10
  80:20 146:3
started 110:4,6 135:6
state 2:18 4:16,20 20:4
  22:14 24:2,8,9,17
  74:7 118:25 141:12
  162:13,17 163:3,7,24
stated 72:23 163:20
statement 114:4 129:22
  135:7,13,24 140:24
  141:11
statements 137:5
STATES 1:1 164:1
stay 32:10 46:8 114:13
stays 133:18
steel 70:25 127:8
step-by-step 99:23
stern 105:1 108:11
  109:5
stick 86:25
sticker 49:2,3 62:20
sticking 55:5 130:15
stiffened 75:25
stiffness 76:5 97:17
still 91:23 93:8 95:24
  109:23 117:9 123:20
  134:1 138:19 157:11
stipulate 106:3 136:4
  141:23
stop 85:19 88:25
  146:12
storage 10:5 107:5
store 38:3
straight 133:5
Strain 19:12
strapped 131:3
strapping 129:19,24
Street 164:13
strength 70:22 75:11
  75:19 142:25 143:3
stress 10:11 19:11
  31:23 45:3,11 47:13
  95:5 99:1 100:3
  145:2,3 146:1
stressed 44:13 62:1
stresses 46:19 71:13
  96:15,16,16 97:19
striations 128:10
strictly 76:17 106:5

130:24 135:17
struck 127:15
structural 25:7 34:22
  42:19 43:13 64:11
  75:11,19 136:25
  143:2
structurally 75:25 80:5
structure 27:22 45:8
  46:3,15 65:2 92:16
  93:5 113:2 131:18
  132:4
structures 19:5,9 21:3
  21:24 25:9 28:4,5
  70:21 102:2,9 128:7
  145:25
stuff 6:4
stupid 59:19
subject 23:11 84:5
  152:19
subjected 111:14
  118:15,24
subjection 119:2
subjects 73:10
submarine 21:6
submit 106:20
subparagraph 139:1
SUBSCRIBED 162:14
subsequently 27:20
  54:22
substantial 78:8,9
successfully 105:8
sufficient 89:13 90:19
  94:24 95:5 135:8
suggests 118:13 133:1
Suite 4:22
summary 100:2
summer 101:11
sunk 138:2
supplement 30:5,8
  34:11 135:22
supplemental 28:15
  30:10 32:3 33:11
  84:13
supplemented 83:17
support 21:25 79:6
  116:25 117:4,5,12
  119:25 146:20 152:14
  158:16
supported 86:10
supports 22:1 86:13
supposed 6:15 41:22
  65:13
sur 59:4
sure 43:2 55:13 79:10
  95:13 96:22 113:11
  119:22 120:23 156:8
  156:9 160:18
surface 58:4 61:3 63:17
  71:11 81:22 82:8
  87:3,4 88:14,16,17
  89:12 90:21 91:6,8
  105:1 108:18 113:7
  121:3,10,19 125:21
  131:8,25 132:2
  133:23 135:9,10
  146:25 147:17,22,23
  151:15

surfaces 65:17 87:7
  93:2 96:19 107:23
  125:23 131:21
survey 138:16 143:12
surveying 138:3
survive 139:8,9
Sweden 101:13
swim 27:23 93:14
  116:12 120:3
switch 144:15
sworn 4:3 162:14
  163:10
Symposium 26:15
system 10:12 157:1,2
  158:9 161:7
systems 21:25 26:14
S.E 2:19
S.p.A 1:9 2:7 164:9


T

T 2:7 163:1,1
tab 45:3 46:19,21,23
  47:2 97:14
table 5:20 14:14,21,22
  69:16,22
tabs 46:17 47:16 92:21
  96:9 97:6
take 19:24 32:25 34:17
  54:20 87:3 88:2
  96:23 98:5,12 100:22
  113:4,6 116:10 120:5
  130:3,17,20 133:4
  139:10 141:19 146:23
taken 2:14 6:15 8:14,22
  10:4 11:5,15 17:6
  25:5 54:18 61:9
  73:13 77:17,18 99:14
  104:19 105:3,24
  110:10 111:5,6,10
  125:1,19 137:17
  161:17,19 163:9
  164:16
taking 20:5 82:22
  87:14 151:2 160:14
talk 77:13 80:18 89:3
  104:14 142:17,24
  143:5,22 145:1 150:1
talked 41:21 42:12
  43:12,16 73:21 83:9
  143:18 157:25
talking 15:8 28:22
  33:21 36:14 47:17
  48:11 49:19 52:1
  58:19 63:5 64:16
  68:7,22 71:19,25 72:2
  72:13 73:15,20 80:9
  80:20 84:23 87:9
  92:6 95:8 98:2
  110:19,22 112:7,13
  112:15,21 113:25
  118:21 119:24 127:4
  132:7
talks 82:25
Tampa 19:20 20:24
  21:8 101:10,16
Tankanics 6:14
tape 53:11,11 85:13,15

85:16,17,25 86:6
tapered 71:12
tapped 35:23 38:9
  149:3
tear 90:20 117:23
  145:13 146:6,7
tearing 146:9
technology 19:2
tell 5:11 7:8,21,25 8:11
  8:20 9:4,12,19 11:1
  11:20 12:19 16:5
  24:10 31:16 37:16
  61:19 63:4 71:5
  72:21 74:2 84:20
  85:8 98:14 104:3,7
  112:20 128:3,8 151:9
  151:12
telling 92:9 112:4
ten 86:3 109:19 116:7
tend 128:25 129:1
  135:12
tender 153:13 154:16
  155:8,14,20,21 157:1
  157:8,10,18,19
  158:13,16 159:23,25
  160:5 161:1,4,6
Tenth 26:15
term 75:10 101:8
termination 61:23
terminations 71:9
terminology 145:11
terms 44:20 53:23
  94:15
terribly 115:1
testified 4:4 6:7,10,11
  22:23 23:1,7,14 25:7
  43:20 67:17 82:9
testify 6:13 23:12
  127:18
testifying 23:8 154:7
testimony 6:17,18 25:5
  103:18 115:4,22
  132:15 133:10 154:12
  163:9,11
testing 20:20
Texas 26:16
Thank 15:23 100:16
their 20:13 54:13 65:23
  101:12 102:14 138:5
themselves 155:21
  160:7
theorem 145:17
theoretically 96:11
  130:25 134:14
theories 127:3
theory 86:13 126:24
thermosetting 20:21
thesis 19:12
thick 82:6 117:15
thickness 38:10,14
  41:14 60:1 64:6 66:5
  68:19 70:23 73:1,2,4
  73:7
thin 117:15
thing 10:16 14:16
  15:24 16:4 30:17
  73:8 110:3 124:16

125:18 133:2 138:10
146:15 150:15
**things** 7:20 28:14 33:2
62:21 67:19 84:24
101:22 104:10 110:12
114:13 119:11
**think** 5:10 20:14 24:19
25:5 32:19 40:11
41:4 43:1 60:3 61:6
64:21 66:18 70:1
71:4 78:10,18 79:7
82:1,9,14 83:7 85:25
86:11 87:18 88:24
89:1,22 90:14,18
98:15 99:25 108:4
109:11 110:1 113:21
115:7,8,12 120:24
121:17 122:4 125:5,6
127:15 132:14 133:11
133:14 135:5,21,22
136:2 137:11 138:13
140:9 141:7 144:5
148:8 159:9 162:2
**thinking** 27:3 69:15
133:15
**third** 2:19 23:17 51:3
157:7 164:21
**thirty-seconds** 82:5
**though** 14:25 51:7
89:12,17 133:10
**thought** 17:14 68:21,24
114:10,10 118:20
136:3,16 155:25
156:2
**thousand** 23:4 121:19
**threaded** 149:9
**three** 6:10,12,19 20:14
22:24 23:5,6,14,21,22
34:2,4 37:8 38:18
39:4 71:11 78:21
82:5 100:1 101:9
104:22 155:6 156:8
156:13 159:22
**three-and-a-half** 34:3
**three-quarters** 60:4
82:6
**throttling** 116:10
**through** 5:21 7:9,18
14:13 18:15 20:5
21:17 23:25 28:12
30:1,2 31:18 33:9
34:16 35:8 39:2,13
55:5 61:25 63:18
67:7 70:22 77:12
81:25 82:7 86:5,6
94:16,21 97:22 99:10
118:1 127:10 129:10
130:4 139:17,22
146:21 148:20 149:8
151:15
**through-and-through**
148:15
**thumb** 107:7
**tie** 39:20 66:8 71:3,14
71:14 99:11
**tied** 72:10 136:17
**ties** 156:7

**tightly** 129:20
**time** 16:7 18:16 21:13
21:18 23:7 33:1,17
36:6 38:21 55:1
84:13 86:25 87:13
88:4,16,19 102:8,20
102:21 103:1,2 105:3
105:3 106:9 108:15
110:4,5 111:5,16
125:1,4,7 126:7
135:14,24 137:22
138:2 144:24 145:14
146:2
**times** 22:25 23:6 33:15
**titled** 7:23
**TMS** 13:2
**today** 62:20 128:18
161:15
**today's** 7:9
**together** 62:11 66:8
71:3,14,20 72:1,3
135:2
**told** 41:5 141:10,24
142:11,12
**top** 11:6 15:22 49:5,6
53:16 57:13 58:20
61:13,24 63:13 78:16
103:24 112:25 119:14
119:18,19,20 120:10
120:11 121:5 122:21
122:24 124:23 125:23
126:9 128:20 129:9
129:25 130:1 133:2
137:6 139:3 147:20
147:22 151:12,14,22
152:12,17 153:1
154:12 155:1
**topside** 135:10
**tore** 52:25
**torn** 77:13,20,24 78:18
78:19,21 79:11
**torquing** 134:23
**torsional** 96:15
**totally** 49:21
**towards** 48:3 51:6
129:14,14,14,15
153:23
**train** 150:25
**transfer** 36:25 46:7
76:5
**transferred** 47:12
**transfers** 47:4
**transition** 77:1 92:20
**transom** 15:10 16:18
34:21 35:19 36:21
37:1,6 41:16 43:12
47:24 48:7 49:7,8
50:13 52:14 54:23
56:5 63:9,11,19,25
73:19 74:9 99:10
103:22 104:15 105:20
107:9,14 108:6,16
109:3 110:23 111:25
112:6,18 140:25
146:21 149:8 154:23
154:23
**transpired** 45:15

**traveling** 109:19
**trial** 6:7,17 22:23 23:1
23:2,7 88:9
**trials** 23:14
**tried** 83:14 131:5
141:17
**tries** 133:17 134:2
**trim** 45:3 46:16,18,21
46:23 47:2,15 96:9
97:6,14
**trimmed** 59:22
**trip** 115:14
**troubled** 115:2
**true** 126:10 143:4
144:20 159:14 163:11
163:20
**trust** 137:13
**truth** 5:11 74:3
**try** 45:10 62:5,20 84:11
127:10 131:6 141:7
141:15
**trying** 17:1,9,15 23:3
24:1 37:15 41:2
45:20 48:10 64:14,15
94:6 107:11 113:12
130:13,14,17 131:10
131:11,14 138:24
145:13 158:12
**tube** 31:24 84:2,3,18
85:10 86:13 87:22,25
88:1,2,13 89:3,4,14
89:17 90:2,16 91:1,5
92:16 93:5,14 94:9,20
95:17,19 96:2 98:13
99:7,14 141:4
**tubes** 33:22
**turn** 115:19,20
**twenty-thousandths**
95:4
**twice** 108:6,10,12 109:5
**two** 20:14 28:3 29:3,15
30:17 36:14 40:25
41:13,14,20,24 44:2
46:10 57:11 64:7
67:11,11,13 72:24
74:23 80:17 81:6
84:24 102:3 104:10
104:11 108:19 113:4
119:15,16,17,17
120:9,17,18,21
134:25 135:1 136:13
137:7 138:10 141:15
149:13 151:1 152:22
157:7
**two-and-a-half** 34:4
**two-headed** 126:20
**tying** 18:23 71:20 72:1
72:2
**type** 70:23 98:7 111:3
116:20 146:9 151:10
**types** 99:5
**typically** 59:19 112:23
116:8 145:25

**U**

**Uh-huh** 5:7 7:17 8:5
17:5 27:6 33:21 45:6

48:2 56:16 70:24
77:21 78:6 93:7
**unable** 141:12
**under** 4:4 44:13 46:25
82:20 95:19 96:2,23
121:13 140:6 163:18
**underlying** 90:21
**underneath** 69:2 140:2
**underside** 82:7,15,17
117:19 123:7 125:2
126:3,3 129:4,5 135:9
151:18
**understand** 45:16
49:13,19 51:13,16
53:2 64:15 65:3
74:13 94:8,11 95:13
100:5 112:15 113:10
119:8,12 124:21
125:15 132:8 133:10
134:24 136:8,9 144:4
157:14
**understanding** 103:17
135:14
**understood** 66:23
**underwater** 121:20
**underway** 47:1 76:21
116:8,15
**undisturbed** 125:22
**uniform** 97:21
**UNITED** 1:1 164:1
**University** 19:6,10
**unless** 126:17,20
130:25 133:18 138:15
**unlike** 70:25
**unmarked** 40:12
**unmodified** 40:21
**unquote** 141:1 143:9
**until** 84:8 86:14 89:15
89:19
**unusual** 59:15
**upside** 159:16
**upward** 79:3 80:6 95:3
96:13 97:11,13
121:15 125:1,13,13
127:16 128:19,22
135:8
**upwards** 97:21 98:3
**use** 2:15 27:11,12 35:19
36:24 44:22 49:18
54:8 59:12,19 60:24
92:23 93:1,1 99:15
**used** 21:10 35:20,20,25
39:10,11,25 44:2
45:19 53:8 58:15
66:21 68:13 88:9
93:3 102:13 146:20
149:16 160:19
**USF** 19:18,19
**using** 60:14 65:12
75:10 149:15 157:12

**V**

**V** 57:17
**validity** 106:11
**vantage** 147:1
**various** 103:8

**vector** 118:21,24 119:2
119:5 135:18
**ventilation** 143:13,15
143:19
**versus** 34:1
**vertical** 97:13 99:12
130:3 133:18 135:17
160:10,13
**vertically** 130:24
**very** 41:11 48:20 51:5
54:10,12 61:2 63:22
66:22 78:8,9 82:8
88:10 96:16 99:6
100:16 101:25 108:1
109:6,21 112:5
126:21 141:11 143:23
160:25
**vessel** 8:16 10:21 34:5
34:21 36:22 37:1
39:24 40:2,6,9,18,19
42:14 45:4 46:24
47:1 48:4 50:14
52:14,18 56:7 63:13
64:17,20 67:5 68:11
69:5 73:13,20 74:9,10
77:4 78:18,22 83:1
84:8,17 89:19 102:5
105:4,7 107:4 109:10
110:23 121:18 129:19
138:2,3 142:19 144:8
**vessels** 21:3,4 25:23
26:1,7,10,20,24
101:22,25 116:18,19
116:21
**Victoria** 17:22 161:11
**Victoria's** 12:7
**video** 16:6,10,14 17:3,4
17:7 74:4,6,14 77:2
79:1,5 84:16,20,22,25
85:9,24 109:23
137:23 139:13 140:3
142:17
**videos** 16:13 17:7 73:12
**videotape** 16:2 85:7
138:15
**videotapes** 16:24
**view** 15:11,13 51:19
54:18,24 63:11 85:20
157:21 158:8
**viewed** 48:8 77:2 84:25
**viewing** 131:25 137:22
142:21
**virgin** 91:22
**visual** 57:24
**visually** 58:5
**vitae** 7:7 25:16
**vividly** 25:2
**vs** 1:6 6:14 23:25 164:6

**W**

**W** 2:2
**wait** 51:3 147:7,7
**waive** 164:17
**waived** 164:19
**walk** 34:16
**wall** 50:9 147:4,5
**walls** 87:1

**Walt** 21:5 101:20
102:11,16
**want** 7:2,14,18 28:23
31:19 32:8,9 41:7
43:2,5 51:12 56:23,24
56:25,25 57:3 62:7
69:19 71:24,25 79:9
84:21 90:12,14,25
94:12 95:13 96:22
98:14 99:24 100:21
100:22 104:11 114:13
122:12 136:20 138:25
141:19 142:11 148:6
154:2 156:14 161:2,5
**wanted** 55:12 61:10
94:21 112:6 113:11
148:5
**wants** 98:18
**warehouse** 8:6,23 10:5
27:19 33:23,25 34:3,3
107:5
**wash** 87:16 88:12,13
116:11
**washer** 35:19,24 36:25
37:18,21,25 38:1,7,24
38:25 39:6,7,8,9,11
148:14 151:19
**washers** 35:21 37:12,14
39:2 148:13,21
149:16,23
**washer's** 38:22
**wasn't** 35:20,25 42:16
91:11 93:19 114:12
126:13,25 158:21
**water** 47:3 57:25 58:3
77:9,10 82:25 83:3
86:24 87:13,16 98:7
105:8 107:24 110:7,7
110:8 111:11 114:15
114:22 115:18 123:25
143:24 144:9
**watertight** 104:5,8
**water's** 144:14
**wave** 82:2,3 97:22
114:14 116:13
**waves** 80:7 134:2
**way** 18:13 22:10 26:24
35:13,14,16 36:9,13
54:18 64:17 89:18
93:22 111:6 120:21
133:1,7,10,16 134:25
137:18 144:8,13,21
145:13,15 156:8
**ways** 129:17
**webbed** 76:4
**weeks** 36:14 111:10
**weight** 98:9,9 134:13
160:3
**well** 20:9 35:8 41:11
44:20,25 46:3,23 49:1
49:10 50:1,23 55:21
55:24 61:2 68:7 70:4
70:25 74:2 75:16
78:21 79:13 82:4
84:24 87:2 90:18
91:3,15,16 93:1 94:18
97:7 103:21 106:23

114:10 116:23 117:13
122:8 125:15 126:21
127:2,23 128:5 136:2
136:14,15 144:19
145:25 153:24
**went** 18:19 58:24 99:16
101:12 146:21 156:2
**were** 8:14,15 16:19
21:2 22:8 23:8,23
26:9 27:1,14 29:8,21
37:12,14 39:2 41:20
41:24 42:9,14 45:19
47:16 54:24 56:9
58:15 63:5,23 64:1,7
66:5 70:20 72:24
73:12 75:10,25,25
76:4 78:21,25 82:22
90:19 91:19 92:15,22
94:6 95:3 104:19
105:24,25 107:4,6,23
111:25 112:5,13
113:23 116:9 117:14
117:17 118:23,25
124:4,15 125:18
127:14 129:23 130:16
130:24 131:5 132:6
135:14 137:23 138:10
138:17,19,21,22,23
139:8,12 142:10,12
150:1,2,3 151:8 154:7
160:8,10 161:17,19
161:20
**weren't** 75:18 113:11
**wet** 110:9 113:24
114:11 143:9
**we'll** 89:3 135:24
**we're** 36:15 51:18 52:1
58:14,19 64:16 67:21
88:24,25 92:5 98:2
110:21 112:21 126:24
153:2
**we've** 14:13 30:2 39:12
62:10 67:14 75:9
76:25 141:20
**while** 76:20 122:2
140:17 154:7
**white** 87:4,4
**Whoever's** 100:19
**whole** 86:6 100:1
128:23 162:3
**wide** 82:6
**williamson** 2:8 14:1
164:12
**wish** 164:17
**witness** 2:13 3:2 4:3
15:13 21:16 23:8,9,10
23:20 25:11 37:17,23
38:1,4,14 39:9 40:4,9
40:19 51:11,24 52:4,8
52:15,19 53:9,11,23
54:1,17 55:8,10,15
56:3 57:19,22 58:18
58:22 59:1,15 60:3,6
60:11,19 61:2 68:9,24
69:3,7,9,11,14,25
70:3 72:4,16 75:1,4,7
85:15,17 106:14

115:8 118:5 130:10
130:13,20 136:20
137:2 148:4,9 156:10
162:11 163:10,12
**wondering** 16:23
**word** 47:15 53:13
19:5
**words** 37:21 38:10 46:4
53:24 81:23 91:7
93:2 103:21 106:25
113:2 121:4,12 122:2
123:15 128:9 129:2,5
131:9,12 132:11
138:1 145:9,21 160:9
**work** 15:18 93:11,19
102:18,23 160:19
161:5
**worked** 33:2 101:9,25
139:12
**workers** 60:15 93:18
**working** 73:19 74:8
102:19 138:18 144:19
144:20
**works** 144:21
**world** 21:11 101:20
102:16 145:12
**worst** 98:10
**wouldn't** 95:18,19 96:2
123:14 133:6 139:10
**write** 154:23
**written** 29:8 66:10
85:21 105:10
**wrong** 44:10 46:1 66:4
82:21 90:4 136:19
143:18
**wrote** 135:14

--- Y ---
**yacht** 103:12 106:7
**yacht's** 34:19 145:4
**yard** 8:7
**Yeah** 6:24 14:18 23:3
39:18 56:3 57:5
80:19 81:19 100:24
103:5 107:10 124:11
127:7,12 145:11
150:12 156:16,18
**year** 27:4 105:5,17
**years** 6:10,12,19 22:24
99:1 101:9 102:3
**yesterday** 6:22 30:23
32:1 94:14
**York** 24:7,8,9

--- Z ---
**zero** 116:7
**zone** 50:18
**zones** 89:13

--- 0 ---
**0.09** 64:6
**0700** 117:2
**09** 73:1

--- 1 ---
**1** 56:5,15,22 63:10 67:8

104:13
**10** 3:12,13,13 38:11
117:3 164:19
**10th** 109:20
**10:45** 1:16
**100** 3:5
**101** 45:7
**11** 3:14,14,15
**1100** 164:13
**12** 3:15,16,16
**120** 37:18
**1218** 2:19 164:21
**122** 3:24
**13** 3:17,17
**148** 3:6
**15** 3:18 141:20
**151** 3:7
**152** 3:24
**154** 3:25
**16** 3:18
**16th** 10:11 30:14 31:25
32:4 94:5
**17** 31:21
**17th** 1:16
**1850** 164:13
**19** 20:3,9
**19th** 13:10 29:1,7,17,23
31:22 32:3 34:9
**1965** 19:3 20:11 22:10
**1968** 20:12
**1969** 20:18
**1970** 19:6,16 20:8,23
101:18
**1978** 23:25
**1984** 20:3,23
**1988** 22:11
**1989** 21:14,17 22:11
26:12
**1992** 22:20
**1994** 20:8
**1998** 117:3
**1999** 22:2 105:9,15

--- 2 ---
**2** 65:8 67:22 68:22 70:6
72:23 74:12
**20** 160:12
**2000** 1:16 32:4 105:5
105:17 162:15 163:21
164:19
**2002** 163:25
**227** 35:1,5,12 39:14
**228** 34:24,25 35:6
39:14,23 40:2,4,12,20
40:24 41:10 42:11
68:9,22,23,25 69:1,3
69:22
**229** 34:25 35:6 39:14
39:24 40:2,11,20,24
41:10 42:12 69:10,11
69:14,25
**230** 35:1,6,18 36:12,23
37:9 38:18 39:13
41:6 42:14 43:22
149:13
**231** 35:1,6,22 36:12,23
37:9,17 38:9,18 39:13

41:6 42:14 43:20
149:14
**234** 36:4,20 37:9 38:18
39:13 41:6 42:14
44:8 47:25 48:14
50:25 51:11 52:7
62:13,14
**24S** 79:14
**25** 153:6
**25S** 77:23
**27** 163:25
**27th** 14:2
**28th** 27:7,11,13,15 29:9
107:1
**29** 3:19

--- 3 ---
**3** 56:12 61:21 73:16
74:4,7 89:11
**3:40** 162:8
**30** 105:5 160:13
**30th** 9:22 10:5 16:20
33:19,24 107:1
**306** 4:22
**31** 3:19 73:4
**33316** 164:21
**34135** 4:23
**360** 56:1 91:8,18
**393** 38:11,13

--- 4 ---
**4** 3:4 75:8 141:3
**4.72** 37:19,20,22
149:24
**4.72-inch** 35:24 148:14
**40** 32:23
**434** 50:21
**455** 3:9 7:7,12 18:14
**456** 3:9 7:25 8:8
**457** 3:10 8:11,17
**458** 3:10 8:20,24 9:1
77:17
**459** 3:11 9:4,9
**460** 3:11 9:12,16
**461** 3:12 9:19,23
**462** 3:12 10:1,6
**463** 3:13 10:9,13
100:14
**463-9505** 1:25 2:25
164:22
**464** 3:13 10:19,23
**465** 3:14 11:1,9
**466** 3:14 11:12,17
**467** 3:15 11:20,24
**468** 3:15 12:2,10
**469** 3:16 12:13,16
**470** 3:16 12:19,23
**471** 3:17 13:8,11,15
28:13,19
**472** 3:17 13:18,20
**473** 3:18 14:3,10
**474** 3:18 16:5,8
**475** 3:19 29:13,18 30:7
32:22
**476** 3:19 31:13,16
33:12 34:12 83:22
94:5 95:16

41:6 42:14 43:20
149:14

**477** 3:20 49:11,16 50:1
  50:10,21,22 51:19
  54:16 55:6
**478** 3:20 57:9,11,14
  63:10 67:8 110:25
**479** 3:21 61:14,15,21
**480** 3:21 65:5,12,20
  66:17 67:16,24 70:13
  75:1 76:25
**481** 3:22 78:13,14
  79:10 120:5,25
  152:15,17
**482** 3:22 79:18,24
  80:10 137:7 146:15
  146:18,19
**483** 3:23 81:1,4,9,14
**484** 3:23 81:5,7,11,17
  81:21 82:15
**485** 3:24 122:17,18,20
  123:4,8 124:2,23
  126:8 127:15 128:4
  132:9 133:13 151:9
  151:13,14,18,22
  152:8,12,17 153:3
  157:13 158:3,18
  159:22 160:1
**486** 3:24 152:23,24
  153:2,6 155:1 157:13
**487** 3:25 154:6,8
  155:18 157:17
**49** 3:20

---
**5**

**5** 77:22 79:14,14
**5/020S** 123:8 124:2
**5/021** 151:14
**5/021S** 123:5
**5/20S** 151:18
**5/24S** 77:25
**5/25S** 78:13 120:25
  152:18
**5/32** 81:9
**5/33** 81:11,22
**5/5S** 147:19
**50** 16:24
**500** 101:24 102:5
**525** 4:22
**57** 3:20

---
**6**

**6** 76:6 139:17
**6(b)** 79:12
**6(c)** 82:25
**60** 91:7 92:22
**61** 3:21
**65** 3:21

---
**7**

**7** 3:9 79:20 83:16,21
  84:1,14
**70's** 102:10
**700** 109:11,11 142:20
  145:5
**70163** 164:14
**72** 69:20
**752277** 163:24
**78** 3:22

**79** 3:22

---
**8**

**8** 3:9,10 83:24,25 84:12
  85:7
**8:20** 115:15 117:2
**81** 3:23,23
**84** 21:17
**8951** 4:21

---
**9**

**9** 3:10,11,11,12
**92** 24:19,19
**954** 1:25 2:25 164:22
**96** 22:20
**99-6587-CIV-HURL...**
  1:6 164:6